UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JASON FREY, BRIANNA FREY,　　　　　　　　　　　Case No. 21 Civ. 05334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

　　　　　　　　　　　　　Plaintiffs,

　　　　　-against-　　　　　　　　　　　　　　　AFFIRMATION OF SERVICE

KEVIN P. BRUEN, Acting Superintendent
of the New York State Police, in his official
capacity, NEW YORK CITY, New York,
and DERMOT SHEA, in his official capacity
as NYPD Police Commissioner,

　　　　　　　　　　　　　Defendants.
----------------------------------------------------------------x

　　　Amy L. Bellantoni, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following pursuant to CPLR § 2106:

　　　I am over the age of eighteen years of age, I am not a party to this proceeding, and I reside in Westchester County, New York. On June 22, 2021, I served a true copy of the Summons, Complaint and Civil Cover Sheet in the above-captioned matter on NEW YORK CITY, NEW YORK and DERMOT SHEA by electronic mail on consent to the electronic address of the addressee(s) as indicated below:

To:　　New York City Law Department
　　　　serviceecf@law.nyc.gov

The foregoing statement is made under the penalty of perjury.

Dated:　Scarsdale, New York
　　　　June 22, 2021　　　　　　　　　　By:　　___/s/ *Amy L. Bellantoni*_____
　　　　　　　　　　　　　　　　　　　　　　　　Amy L. Bellantoni, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　　　　　2 Overhill Road, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Scarsdale, New York 10583

| | |
|---|---|
| **From:** | ServiceECF (Law) |
| **To:** | Amy L. Bellantoni |
| **Subject:** | Proof of service receipt |
| **Date:** | Tuesday, June 22, 2021 10:58:29 AM |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.



| | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JONATHAN JAY PINN<br>Chief, Operations Division<br>100 Church Street<br>NY, NY 10007<br>jpinn@law.nyc.gov |

**MEMORANDUM**

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:
www.nyc.gov/law

| | |
|---|---|
| **From:** | ServiceECF (Law) |
| **To:** | Amy L. Bellantoni |
| **Subject:** | Proof of service receipt |
| **Date:** | Tuesday, June 22, 2021 10:58:49 AM |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

**This mailbox is only monitored for service.** **Please call (212) 356-1140** with any questions or concerns.



JAMES E. JOHNSON  
Corporation Counsel

THE CITY OF NEW YORK  
**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

JONATHAN JAY PINN  
Chief, Operations Division  
100 Church Street  
NY, NY 10007  
jpinn@law.nyc.gov

**MEMORANDUM**

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:  
www.nyc.gov/law