## AFFIRMATION OF SERVICE

IAN RAMAGE, an attorney admitted to practice in the courts of the State of New York, affirms as follows:

I am an attorney licensed to practice in the State of New York, and an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On July 14, 2021, I served copies of the following papers:

1. Letter to the Court dated July 14, 2021;

on Michelle Goldberg-Cahn of the New York City Law Department, co-defendant, at the following electronic mailing address provided by co-defendants:

    Migoldbe@law.nyc.gov

by sending a copy of the papers to the above-mentioned electronic mailing address.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2021
       New York, New York

                          /s/ *Ian Ramage*
                          Ian Ramage
                          Assistant Attorney General