**MEMORANDUM ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/16/2021____

<u>Frey at al v. Bruen et al</u>

21-cv-5334 (NSR)

The Court reviewed Defendants' letter, dated July 14, 2021, requesting an extension of time to September 14, 2021 to respond to the Complaint. (ECF No. 7.) The Court also reviewed Plaintiffs' letter, dated July 15, 2021, requesting leave to file a motion for a preliminary injunction with a return date of September 14, 2021. (ECF No. 8.)

The Court grants the parties' requests. Defendants time to respond to the Complaint is extended to September 14, 2021. Plaintiffs are granted leave to file their motion for a preliminary injunction with the following briefing schedule: Plaintiffs' moving papers shall be served (**not filed**) on or before August 9, 2021; Defendants' opposition papers shall be served (**not filed**) on or before September 7, 2021; and Plaintiffs' reply papers shall be served (**not filed**) on or before September 14, 2021.

**All motion documents shall be filed on the reply date, September 14, 2021.** The parties shall mail two courtesy copies and email one electronic copy of their motion documents to Chambers <u>as the documents are served</u>.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 7.


Dated: July 16, 2021
      White Plains, NY

                                       SO ORDERED.

                                       Nelson S. Román, U.S.D.J.



July 15, 2021

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *Frey, et al. v. New York City, et al.*
           21 Civ. 05334 (NSR)

Your Honor,

    I represent the plaintiffs, Jason Frey, Brianna Frey, Jack Cheng, and William Sappe in the above-referenced matter.

    I had the pleasure of speaking with counsel for the New York State and New York City defendants yesterday, at which time we discussed, *inter alia*, the extension of time in which all defendants would answer or otherwise respond to the complaint, as well as the plaintiffs' intention to file a motion for a preliminary injunction.

    Due to counsels' previously scheduled obligations next month and September's religious holidays, the parties reached a consensus whereby the defendants' answer/response to the complaint would be filed on September 14, 2021, as reflected in the defendants' letter filed with the Court earlier today.

    In that connection, the plaintiffs' motion for a preliminary injunction is intended to be served on or before August 9, 2021, with a return date of September 14, 2021, consistent with the defendants' deadline to answer or otherwise move. On this track, the defendants' opposition is to be served on or before September 7, 2021, and the plaintiffs' reply on or before September 14, 2021.

    Thank you for the Court's consideration.

Sincerely,

/s
Amy L. Bellantoni

2 Overhill Road, Suite 400    *info@bellantoni-law.com*    (914) 367-0090 (t)
Scarsdale, New York 10583    www.bellantoni-law.com    (888) 763-9761 (f)

cc: Ian Ramage, Esq.
NYS Attorney General's Office (via ECF)

NYC Law Department (via ECF)



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8659

July 14, 2021

**VIA ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Jason Frey, et al., v. City of New York, et al.,* 21 CV 5334

Dear Judge Roman:

This Office represents Defendant Superintendent of the State Police Kevin Bruen and the New York City Law Department represents Defendants New York City and Police Commissioner Dermot Shea in the above-referenced action. We write, on behalf of our Office and the Law Department and with consent from Plaintiff's counsel, to respectfully request that the time for all Defendants to respond to Plaintiff's Complaint be extended, *nunc pro tunc* as necessary, to September 14, 2021.[1]

The reason for this request is that our Offices have just received requests for representation and copies of the service papers, and more time is required to investigate the facts to determine the appropriate response to the Complaint.

This is the first request for an extension of time to respond to Plaintiff's Complaint. We thank the Court for its attention to this matter.

Respectfully submitted,

---

[1] The current deadlines appear to be July 14, 2021 for Defendants New York City and Commissioner Shea and July 16, 2021 for Defendant Bruen.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

Judge Roman                                                                                       Page 2
July 14, 2021

                                                          /s/ Ian Ramage
                                                          Ian Ramage
                                                          Assistant Attorney General
                                                          Ian.Ramage@ag.ny.gov

cc:      Amy Bellantoni, Esq.
          (via ECF)

          New York City Law Department
          (via e-mail)