UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON FREY, BRIANNA FREY, JACK CHENG, and
WILLIAM SAPPE,

                               Plaintiffs,

             - against -

KEVIN P. BRUEN, Acting Superintendent of the New
York State Police, in his official capacity, NEW YORK
CITY, New York, and DERMOT SHEA, in his official
capacity as NYPD Police Commissioner,

                             Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21-cv-5334 (NSR)

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

Rachel K. Moston, appears as counsel for defendants, the City of New York ("City") and Dermot

Shea, in his official capacity as Police Commissioner of the New York City Police Department

("NYPD") (collectively, "City Defendants"), and requests receipt of notice of all docket events

via the Electronic Case Filing system.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 19, 2021

GEORGIA M. PESTANA
Acting Corporation Counsel of
the City of New York
*Counsel for City Defendants*
100 Church Street, Room 5-153
New York, New York 10007
Email: rmoston@law.nyc.gov
Tel: (212) 356-2190

By:     *Rachel K. Moston*
      Rachel K. Moston
      Assistant Corporation Counsel

TO:    All Counsel (via ECF)