UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JASON FREY, BRIANNA FREY,
JACK CHENG, and WILLIAM SAPPE,          21-CV-05334 (NSR)

       Plaintiffs,                         **NOTICE OF APPEARANCE**

  -against-

KEVIN P. BRUEN, Superintendent
of the New York State Police, in his
official capacity, NEW YORK CITY,
New York, and DERMOT SHEA, in his
official capacity as NYPD Police
Commissioner,

       Defendants.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Neil Shevlin, duly admitted to practice in this Court, hereby appears as counsel on behalf of defendant Superintendent Kevin Bruen in the above-captioned action.  Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       August 10, 2021

                          LETITIA JAMES
                          Attorney General
                          State of New York
                          <u>Attorney for Superintendent Bruen</u>

                   By: __/s/ Neil Shevlin_____
                         Neil Shevlin
                         Assistant Attorney General
                         28 Liberty Street, 18th Fl.
                         New York, New York 10005
                         (212) 416- 8561
                         Neil.shevlin@ag.ny.gov