

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL K. MOSTON**
Senior Counsel
Administrative Law Division
phone: 212-356-2190
fax: 212-356-2019
email: rmoston@law.nyc.gov

September 3, 2021

**By ECF**

Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

    Re:    *Jason Frey, et al., v. City of New York, et al.,* 21 CV 5334

Dear Judge Román:

    I am an attorney in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, counsel for defendants, New York City and Dermot Shea, in his official capacity as NYPD Police Commissioner (collectively, "City Defendants"). I write to respectfully join in the State Defendant's request for an extension of defendants' time to oppose plaintiffs' motion for a preliminary injunction. Currently, defendants' opposition papers are due Tuesday, September 7, 2021. City Defendants require additional time to oppose plaintiffs' motion based on the fact that plaintiffs previously relayed their consent to the request for an extension, as well as the upcoming holiday weekend and Jewish Holidays over the next few weeks. In addition, City Defendants require additional time for client review. This is City Defendants' first request for an extension. In the event that the Court is not inclined to grant the full 45-day extension requested by State Defendant in the letter dated September 2, 2021 (ECF Docket No. 12), then City Defendants respectfully request at least several more weeks to prepare and file their opposition papers.

Respectfully submitted,

/s/

Rachel K. Moston

cc: All Counsel of Record (via ECF)