

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

DIRECT DIAL: (212) 416-8561

September 13, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/13/2021
```

*MEMO ENDORSED*

Re: *Frey v. New York City, et al.*, 21 Civ. 5334 (NSR)

Dear Judge Román

    This Office represents Defendant Superintendent of the New York State Police Kevin Bruen in the above-referenced action. We write, with the consent of Plaintiffs' counsel, to respectfully request permission to exceed your Honor's page limit for responsive briefs and that said page limit be extended by fifteen pages, from <u>twenty-five pages</u> to <u>forty pages</u>.

    The reasons for our request are because of the scope of Plaintiffs' motion and the complexity of the issues raised therein. Defendants need additional space to address the factual background, the legal history and tradition of New York's firearms law, address the issues of standing for each Plaintiff, and to establish, in any event, that Plaintiffs fail to show a clear likelihood of success. Additionally, the Second Amendment issues raised by Plaintiffs uniquely rest on detailed and thorough historical analysis which requires additional space to adequately address.

    We understand the Court encourages and appreciates brevity, but due to the seriousness and legal complexity of Plaintiffs' motion, additional pages are required. This is the first request for a page limit extension by Defendant Bruen. Counsel for Plaintiffs consented to our request for a page limit extension.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin

28 LIBERTY ST., NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Page 2

                                            Assistant Attorney General
                                            Neil.Shevlin@ag.ny.gov

cc:    Counsel for Plaintiff (via ECF)

       Counsel for New York City &
       Dermot Shea (by ECF)

Defendants' request is GRANTED. The page limit for responsive briefs shall be extended to forty (40) pages. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 16.

Dated: September 13, 2021　　　　　　SO ORDERED:
　　　　White Plains, New York

*[signature]*

NELSON S. ROMÁN
United States District Judge