USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   09/20/2021



**BELLANTONI**
LAW FIRM

Plaintiffs' request is
GRANTED.  Plaintiffs are
granted an additional five
pages for their reply
memorandum. The Clerk
of the Court is kindly
directed to terminate the
motion at ECF No. 18.

September 20, 2021

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Dated: September 20, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re:    *Frey, et al. v. New York City, et al.*
          21 Civ. 05334 (NSR)

Your Honor,

I represent the plaintiffs, Jason Frey, Brianna Frey, Jack Cheng, and William Sappe in the above-
referenced matter.

I write to request permission to file an oversized reply memorandum of law in response to the
defendants' opposition to Plaintiffs' motion for a preliminary injunction. The return date for Plaintiffs'
motion is tomorrow, September 21, 2021. Counsel has indicated their consent to Plaintiffs' request.

As the Court may recall, the State defendant was granted an additional 20 pages for his
opposition brief, which was on consent as well.

Plaintiff is requesting an additional 10 pages for their reply brief. This request is based on the
length of space required to respond to the State's arguments regarding standing, which has left very little
space to reply to the arguments concerning the substance of Plaintiffs' motion for injunctive relief.

Thank you for the Court's consideration.

Sincerely,

/s
Amy L. Bellantoni

MEMO ENDORSED

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)

cc:     Ian Ramage, Esq.
         NYS Attorney General's Office (via ECF)

         NYC Law Department (via ECF)