UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JASON FREY, BRIANNA FREY,                    Case No. 21 Civ. 5334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

                              Plaintiffs,

              -against-                              **NOTICE OF MOTION**
                                                                 **FOR PRELIMINARY**
KEVIN P. BRUEN, Acting Superintendent        **INJUNCTION**
of the New York State Police, in his official
capacity, NEW YORK CITY, New York,
and DERMOT SHEA, in his official capacity
as NYPD Police Commissioner,

                              Defendants.
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Amy L. Bellantoni with annexed exhibits and accompanying Memorandum of Law, Plaintiffs Jason Frey, Brianna Frey, Jack Cheng, and William Sappe, by the through their attorneys, The Bellantoni Law Firm, PLLC, will move this Court at the United States District Court, Southern District of New York located at 300 Quarropas Street, White Plains, New York on the 14th day of September, 2021 for an order temporarily enjoining Defendants, their officers, agents, servants, and employees, all other persons who are in active concert or participation with Defendants receiving actual notice of such order by personal service or otherwise from enforcing (i) §§ 265.01(1), 265.01-b, 265.03(3), and § 400.00(15) against Plaintiffs and those similarly situated individuals who possess a valid NYS handgun license issued by a statutory licensing officer in New York State and who carry a handgun, registered thereon, open and exposed on their person in New York State, including the 5 boroughs of New York City; and (ii) § 265.01(1), 265.01-b, 265.03(3), § 400.00(6), and 400.00(15) against Plaintiff William Sappe and those similarly situated individuals who possess a valid unrestricted NYS concealed carry handgun

1

license and who carry a handgun, registered thereon, concealed on their person in the 5 boroughs of New York City; and such further and different relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers submitted on behalf of the defendants shall be served on the undersigned via email at abell@bellantoni-law.com on or before September 7, 2021.

Dated: Scarsdale, New York
August 9, 2021

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiffs*

By: _____/s/_____
Amy L. Bellantoni (AB3061)
2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090 (t)
(888) 763-9761 (f)
abell@bellantoni-law.com

To:   Neil Shelvin
      Ian Ramage
      Office of the NYS Attorney General
      *Counsel for NY State Defendant*
      (VIA EMAIL 8/8/2021)

      Michelle Goldberg-Cahn
      New York Law Department
      *Counsel for NY City Defendants*
      (VIA EMAIL 8/8/2021)