UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON FREY, BRIANNA FREY,                         Case No. 21 Civ. 5334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

                              Plaintiffs,

        -against-                                                **DECLARATION OF**
                                          **AMY L. BELLANTONI**

KEVIN P. BRUEN, Acting Superintendent
of the New York State Police, in his official
capacity, NEW YORK CITY, New York,
and DERMOT SHEA, in his official capacity
as NYPD Police Commissioner,

                              Defendants.
------------------------------------------------------------x

      AMY L. BELLANTONI, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares the following pursuant to 28 U.S.C. § 1746.

      1.     I am the Principal of The Bellantoni Law Firm, PLLC, attorneys for the Plaintiffs in the above-captioned matter. I am admitted to practice law before the United States District Courts for the Southern District of New York. I am also admitted to practice law before the United States District Courts for the Northern and Eastern Districts of New York, the District of Columbia, the Second Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts giving rise to this litigation and instant motion for a preliminary injunction based on a review of the file maintained in my office and communications with my clients.

      2.     The Declarations and exhibits annexed hereto as submitted in support of Plaintiffs' application for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.

1

2

      3.      Annexed hereto as Exhibit 1 are the sworn Declarations of Jason Frey, Brianna Frey, Jack Cheng, and William Sappe.

      4.      Annexed hereto as Exhibit 2 is the June 9, 2021 Decision and Order of the Hon. Eileen Rakower, J.S.C. and transcript of the underlying oral argument.

      5.      Annexed hereto as Exhibit 3 is the Brief Amicus Curiae of the States of Maryland, California, Connecticut, Hawai'i, Illinois, Iowa, Massachusetts, New York, Oregon, and Washington.

The foregoing is sworn to under the penalty of perjury.

Dated: Scarsdale, New York
       August 9, 2021

                                                               THE BELLANTONI LAW FIRM, PLLC
                                                               *Attorneys for Plaintiffs*

                By:        _____/s/_____
                                  Amy L. Bellantoni (AB3061)
                                  2 Overhill Road, Suite 400
                                  Scarsdale, New York 10583
                                  (914) 367-0090 (t)
                                  (888) 763-9761 (f)
                                  abell@bellantoni-law.com