**AFFIRMATION OF SERVICE**

IAN RAMAGE, an attorney admitted to practice in the courts of the State of New York, affirms as follows:

I am an attorney licensed to practice in the State of New York, and an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On September 14, 2021, I served copies of the following papers:

1. Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction, dated September 14, 2021;

on Amy Bellantoni, Esq, attorney for the Plaintiffs, and Rachel Moston of the New York City Law Department, co-defendant, at the following electronic mailing address contained in the Docket and provided by opposing counsel and co-defendant:

ABell@Bellantoni-law.com

RMoston@law.nyc.gov

by sending a copy of the papers to the above-mentioned electronic mailing address.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2021
New York, New York

/s/ *Ian Ramage*
Ian Ramage
Assistant Attorney General