**EXHIBIT 2**

# STATE OF NEW YORK
_____

                                747

                       2017-2018 Regular Sessions

# IN SENATE

                            January 4, 2017
                            _____

   Introduced  by  Sens. RITCHIE, CROCI, MARCHIONE, O'MARA, SEWARD -- read
     twice and ordered printed, and when printed to  be  committed  to  the
     Committee on Judiciary

                 CONCURRENT RESOLUTION OF THE SENATE AND ASSEMBLY

   proposing  an amendment to article 1 of the constitution, in relation to
     the right to bear and keep arms

 1    Section 1. Resolved (if the Assembly concur), That article  1  of  the
 2  constitution be amended by adding a new section 19 to read as follows:
 3    **§ 19. Right to keep and bear arms. A well regulated militia being**
 4  **necessary to the security of a free state, the right of the people to**
 5  **keep and bear arms cannot be infringed.**
 6    §  2.  Resolved (if the Assembly concur), That the foregoing amendment
 7  be referred to the first regular legislative session convening after the
 8  next succeeding general election of members of  the  assembly,  and,  in
 9  conformity  with  section  1  of  article  19  of  the  constitution, be
10  published for 3 months previous to the time of such election.


       EXPLANATION--Matter in **italics** (underscored) is new; matter in brackets
                         [-] is old law to be omitted.
                                                               LBD89053-01-7