# EXHIBIT 3

# Permitless Carry States

**Last Updated:** 9/1/2021

**Notice:** Click on the States Name to view information on any restrictions that may apply for those who wish to carry under that states Permitless Carry statute. For Permitless Carry to Apply a Person must be in a place they can legally be!

**Alaska** - Effective date for Permitless Carry: **September 9, 2003** Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of Alaska without a permit.                                                        **Alaska Statute § 11.61.220**

**Arizona** - Effective date for Permitless Carry: **July 29, 2010** Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of Arizona without a permit. Arizona law requires a valid permit from any state to carry into an establishment that serves alcohol for consumption on the premises.          **Arizona Statute  § 13-3102**

**Arkansas** - Effective date for Permitless Carry:   Law passed  **August 16, 2013**. Those in positions of authority in Arkansas could not agree on what the law actually allowed. Some stated it did allow Permitless Carry and others said it didn't. Some local authorities said they would arrest those carrying without a permit. 10/17/18  Court Ruling confirmed  Permitless Carry in Arkansas. Any person 21 years of age or older who can legally possess a firearm under State and Federal Law or those 18 years of age or older who are Active Military, National Guard, Reserve or Honorably Discharged Veterans can carry a concealed handgun in Arkansas without a permit.       AR HR1013 Affirming Permitless Carry          **Arkansas Statute  § 5-73-120**

**Iowa** - Any person  21 years of age or older who can legally possess a firearm under State and Federal Law can carry a handgun openly or concealed in the State of Iowa without a permit.  PC Bill HF 756 as State Statute may not be updated for some time.                                              **Iowa Statute § 724.5**

**Idaho** - Effective date for Permitless Carry: **July 1, 2016** . Additions **July 1, 2019** & **July 1,2020.**  Any U.S. Citizen 18 years of age or older or a member of the U.S. Armed Forces who can legally possess a firearm under State and Federal Law can carry a concealed handgun in Idaho without any type of permit.                                                                                 **Idaho Statute § 18-3302**

**Kansas** - Effective date for Permitless Carry: **July 1, 2015** Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of  Kansas without a permit.                                                          **Kansas Statute  § 21-6302**

**Kentucky** - Effective date for Permitless Carry: **June 27, 2019**  Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of Kentucky without a permit.                                                    **Kentucky Statute § 237.109**

**Maine** - Effective date for Permitless Carry: **October 12, 2015**  Maine's Permitless Carry applies to any person 21 years of age or older who can legally possess a firearm under State and Federal Law. Active Military or Honorably Discharged Veterans 18 years of age or older who can legally possess a firearm can carry a concealed handgun without a permit. Permits Maine issues/honors can carry in some places that those carrying under Permitless Carry can't legally carry. Maine also does not honor all other states but only states that honor them. Click on the states name for more information on Maine.        **Maine Statute  252 § 2001-A**

**Mississippi** - Effective date for Permitless Carry: **July 1, 2015**  Any person 18 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of Mississippi without a permit.                               **Mississippi Statutes  § 97-37-1  &  § 45-9-101**

**Missouri** - Effective date for Permitless Carry: **January 1, 2017**  Any person who can legally possess a firearm under State and Federal Law and is 19 years of age , 18 for Military, can carry a concealed handgun in Missouri without a permit.                                  **Missouri Statute  Title XXXVIII § 571.030**

**Montana  -**  Montana passed limited Permitless Carry in September 15, 1991. Statewide Permitless Carry became effective  **February 18, 2021**. Any person 18 or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun without a permit.          **Montana Statutes  § 45-8-316**

**New Hampshire**  -  Effective date for  Permitless Carry:     **February 22, 2017**   Any person 18 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of New Hampshire without a permit.          **New Hampshire Statute Title XII § 159:6**

**North Dakota**  -  **(Limited)**   Effective date of  Permitless Carry:  **August, 1, 2017**  North Dakota Permitless Carry **only applies to Residents** of  North Dakota 18 or older who can legally possess a firearm under State and Federal Law.  They must be a resident for at least one month before they can carry a concealed handgun under Permitless Carry in North Dakota as shown by their North Dakota Drivers Licenses or State Issued ID. No Permitless Open Carry.

**North Dakota Statutes § 62.1-03-01** & **§ 62.1-04-02** & **§ 62.1-04-04**

**Oklahoma**  -  Effective date for  Permitless Carry:  **November 1, 2019**  Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in Oklahoma. Active Members of the US Military, National Guard or Reserves or an Honorably Discharged Veteran 18 or older can carry a concealed handgun in Oklahoma without a permit. Oklahoma also limits the maximum caliber a person can carry to .45          **Oklahoma Statutes  Title 21. Chpt. 53 O.S. § 1272**

**South Dakota  -**  Effective date for  Permitless Carry:  **July 1, 2019**  Any person 18 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of South Dakota without a permit.          **South Dakota Statute  § 23-7-7**

**Tennessee -**  Effect date for Permitless Carry:  **July 1, 2021**. Any person 21 years of age or older or 18 if Active Military or Honorably Discharged Veterans who can legally possess a firearm under State and Federal Law can carry openly or  concealed in the State of Tennessee without a permit. The Person is in a place where the person is lawfully present.. See PC Bill HB 786.  There are places where a permit is still needed to carry in some areas of Tennessee. Click on states name for more information.

**Tennessee Statute § 39-17-1307**

**Texas  -**  Effective date for Permitless Carry **September 1, 2021**.  Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a handgun in the State of Texas without a permit.          See HB 1927          **Texas Penal Code § 46.02**

**Utah**  –  Effective date for Permitless Carry.  **May 5 2021.**  Any person 21 years of age or older who can legally possess a firearm under State and Federal Law can carry a **Concealed Handgun** in Utah without a permit.          PC Bill HB 60.          **Utah Statute  § 76-10-523**

**Vermont**  -  Effective date for  Permitless Carry:  **March 4, 1791**  Laws  usually tells us what we can't do. Vermont doesn't have a law saying carrying a concealed firearm for self defense is illegal.  Any person 18 years of age or older who can legally possess a firearm under State and Federal Law can carry a concealed handgun in the State of Vermont without a permit.          **Vermont Statutes  Title 13: Chpt. 85: § 4003**

**West Virginia  -**  Effective date for  Permitless Carry: **May 26, 2016**  Under Permitless Carry U.S Citizens or legal residents 21 years of age or older who can legally possess a firearm under State and Federal Law or active members of the Military, Reserves or National Guard 18 and older can carry a concealed handgun without a permit. Military under 21 must have their Military ID. West Virginia does not honor all other states permits. Without a permit West Virginia Issues or Honors you can't have a firearm inside your vehicle on K-12 property.          **West Virginia Statute  § 61-7-7** & **§ 61-7-6**

**Wyoming  -**  Effective dates for  Permitless Carry: July 1, 2011 was restricted to Wyoming residents only. **July 1, 2021**  Statute passed to allow any person 21 years of age or older who can legally possess a firearm under State and Federal Law and a resident of the USA can carry a concealed handgun in WY without a permit.        See HB 0116 as statute may not be updated at this time.        **Wyoming Statute  § 6-8-104**

**Notice:**   When carrying a firearm in any state you must go by the Laws/Regulations on carrying firearms in that state.  It is your responsibility to know those Laws/Regulations.  If states restricts Permitless Carry to just their residents the listing states that. Active Military or Veterans who can carry under that exemption in some states (Under 21) should carry their military ID or if discharged their DD214.  Some of the listed states may allow the carrying of other weapons under their  Permitless Carry statutes. All states listed above still issue permits to carry except Vermont which has never required a permit to carry. For more information on Permitless Carry and other state specific laws click on the states name for addition information on that state with links to state resources.    https://www.handgunlaw.us

**Updates to This Page:**                                                    **Links Checked:** 7/22/2021

**1/9/2021**  -  Must be U.S. Citizen or Legal Resident Added to West Virginia Entry.
**2/20/2021**  -  Utah Added to Listing and  Montana entry Updated.
**4/10/2021** – Iowa  and Tennessee Entries Added. Wyoming Entry Updated.
**5/15/2021** – Missouri Age Changed from 18 to 19.
**6/10/2021** – Texas Entry Added.
**7/1/2021** – Note in Entry stating Not Effective  Until 7/1/2021 Removed from Iowa, Tennessee and Wyoming  Entries.
**9/1/2021** -  Not Effective  Until 9/1/2021 Removed from Texas Entry.