UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022
```

JASON FREY, BRIANNA FREY, JACK CHENG, and WILLIAM SAPPE,

                Plaintiffs,

-against-

KEVIN P. BRUEN, Acting Superintendent of the New York State Police, in his official capacity, NEW YORK CITY, New York, and DERMOT SHEA, in his official capacity as NYPD Commissioner,

                Defendants.

7:21-CV-5334 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

    Plaintiffs Jason Frey, Brianna Frey, Jack Cheng, and William Sappe ("Plaintiffs") have filed a motion for a preliminary injunction requesting an order enjoining Defendants and their officers, agents, servants, and employees from enforcing certain portions of New York's Penal Law. (ECF No. 20.) Plaintiffs have requested oral argument. It is hereby

    ORDERED that the above case is scheduled for **oral argument on February 1, 2022 at 11:00 am to be held via teleconference**.

    To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

    In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. Mute when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

Dated:   January 5, 2022                                                SO ORDERED:

   White Plains, New York

_____

NELSON S. ROMÁN

United States District Judge