UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON FREY, BRIANNA FREY, JACK CHENG, and
WILLIAM SAPPE,

                                          Plaintiffs,

                        -against-

KEVIN P. BRUEN, Acting Superintendent of the New
York State Police, in his official capacity, NEW YORK
CITY, New York, and DERMOT SHEA, in his official
capacity as NYPD Commissioner,

                                       Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 CV 5334 (NSR)

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

Nicholas R. Ciappetta, appears as counsel for Defendant CITY OF NEW YORK and

DEFENDANT former New York City Police Department Commissioner DERMOT SHEA[1], in

his official capacity, and requests to receive notice of all docket events via the Electronic Case

Filing system.

        I certify that I am admitted to practice before this Court.

Dated:      New York, New York
           August 26, 2022

---

[1] Defendant Shea was the Commissioner of the New York City Police Department ("NYPD") at the time of the filing of the Complaint but has since been succeeded by Keechant L. Sewell. Pursuant to Federal Rule of Civil Procedure 25(d), the successor to a public officer sued in their official capacity is automatically substituted as a party.

Respectfully Submitted,

HON.    SYLVIA    O.    HINDS-RADIX
Corporation Counsel of the City of New York

Attorney for Defendants City of New York
and former New York City Police Department
Commissioner Dermot Shea


100 Church Street
New York, New York 10007
(212) 356-4036
nciappe@law.nyc.gov

By: _____

NICHOLAS R. CIAPPETTA
Assistant Corporation Counsel

2