UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JASON FREY, BRIANNA FREY,
JACK CHENG, and WILLIAM SAPPE,

Plaintiffs,

-against-

NEW YORK CITY, New York, KEVIN BRUEN,
in his Official Capacity, KEECHANT SEWELL,
in her Official Capacity,

Defendants.
---------------------------------------------------------------x

Case No. 21 Civ. 05334 (NSR)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys, that Plaintiffs will file a Second Amended Complaint on or before October 17, 2022; and

IT IS FURTHER STIPULATED AND AGREED that Defendants will file an Answer or otherwise respond to the Second Amended Complaint on or before November 28, 2022; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, a facsimile or electronic signature on this stipulation shall be treated as an original, and same shall be electronically filed with the court without further notice.

Dated: October 14, 2022

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiffs*

By: *Amy L. Bellantoni*
Amy L. Bellantoni, Esq.

Dated: October 14, 2022

LETITIA JAMES
Attorney General of the State of New York
*Attorneys for Defendant Kevin Bruen*

By: _____
Ian Ramage, Esq.

Dated: October 14, 2022

SYLVIA HINDS-RADIX
New York City Corporate Counsel
*Attorneys for Defendant New York City and Keechant Sewell*

By: *[signature]*

Rachel K. Moston, Esq.
Nicholas Ciappetta, Esq.