UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JASON FREY, BRIANNA FREY,             Case No. 21 Civ. 05334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

                             Plaintiffs,

         -against-                               **DECLARATION OF**
                                                                       **AMY L. BELLANTONI**
NEW YORK CITY, New York, STEVEN NIGRELLI,     **IN SUPPORT OF ORDER**
in his Official Capacity, KEECHANT SEWELL,         **TO SHOW CAUSE**
in her Official Capacity,

                             Defendants.
---------------------------------------------------------------x

       AMY L. BELLANTONI, an attorney duly admitted to practice law, declares pursuant to 28 U.S.C. § 1746:

       1.       I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiffs in the above-captioned matter. I am admitted to practice law before the United States District Court for the Southern District of New York. I am also admitted to practice law before the United States District Courts for the Northern and Eastern Districts of New York and the District of Columbia, the Second Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein based upon a review of the file maintained by my office in this matter, research, and discussions with my clients and others having personal knowledge of the facts giving rise to this litigation and the instant application. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

       2.       I submit this Declaration in support of the instant Order to Show Cause for a preliminary and permanent injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with

Defendants who receive actual notice thereof from implementing and enforcing Penal Law sections 400.00(6), 400.00(15), 265.01, 265.01-b, 265.01-d, 265.01-e[1], 265.03(3), and NYC Admin. Code 10-315 and the NYPD Rules promulgated thereunder against: (1) individuals who hold a valid handgun license issued by a New York State licensing officer and carry a handgun open and holstered on their person; (2) individuals who hold a valid handgun license issued by a New York State licensing officer[2] and carry a handgun concealed; and for such further and different relief as this Court deems just and proper.

3. Attached hereto as Exhibit 1 is the August 2022 Legal Bureau Bulletin Memorandum from the Office of the NYC Deputy Commissioner.

4. Attached hereto as Exhibit 2 is the September 6, 2022 email from the New York State Police Pistol Permit Bureau.

5. Attached hereto as Exhibit 3 is a copy of the Second Amended Complaint.

Dated: Scarsdale, New York
October 19, 2022

                                                 THE BELLANTONI LAW FIRM, PLLC
                                                 *Attorneys for Plaintiff*

                                                 *Amy L. Bellantoni*
                                                 Amy L. Bellantoni (AB3061)
                                                 2 Overhill Road, Suite 400
                                                 Scarsdale, New York 10583
                                                 abell@bellantoni-law.com

---

[1] With the exception of those locations the Supreme Court has enumerated as specifically 'sensitive places', such as polling places and courthouses.
[2] As defined in Penal Law § 265.00(10).