# EXHIBIT 2

| | |
|---|---|
| **From:** | KINZEL, EMMETT (TROOPERS) |
| **To:** | Amy L. Bellantoni |
| **Subject:** | RE: Open Carry |
| **Date:** | Tuesday, September 6, 2022 5:42:15 PM |

Amy,

As you know, PL 400.00(2)(f) states "have and carry concealed," the arrestable offense to open carry could be the lesser class A misdemeanor in PL 400.00(15), for violating the terms of the pistol permit. An argument could be made that the individual carried outside of the pistol permit and therefore was in criminal possession of a weapon. These are decisions made by the investigation police agency, along with the District Attorney's office.

Emmett


Emmett R. Kinzel
Technical Sergeant, Pistol Permit Bureau

New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

(518) 464-7128 (office) |  emmett.kinzel@troopers.ny.gov
(518) 464-7186 (fax)

www.troopers.ny.gov



-----Original Message-----
From: Amy L. Bellantoni <abell@bellantoni-law.com>
Sent: Tuesday, September 6, 2022 5:30 PM
To: KINZEL, EMMETT (TROOPERS) <EMMETT.KINZEL@troopers.ny.gov>
Subject: Open Carry

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Good afternoon Sgt. Kinzel,

With respect to "open carry", if an individual holding a valid NYS pistol license carries open and exposed in a holster for self-defense, would that be an arrestable offense?
If so, would that be a violation of Penal Law 265 (because open carry is banned in NY) or Penal Law 400.00(15)?
Thank you,

Amy L. Bellantoni, Esq.
THE BELLANTONI LAW FIRM, PLLC
 2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090 (t)
(888) 763-9761 (f)

_____

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.