UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JASON FREY, BRIANNA FREY,
JACK CHENG, and WILLIAM SAPPE,        :     21 Civ. 5334 (NSR)
                                                          :
                Plaintiffs,             :     **NOTICE OF APPEARANCE**
                                                          :
      - against -                     :
                                                          :
NEW YORK CITY, New York, STEVEN   :
NIGRELLI, in his Official Capacity, KEECHANT
SEWELL, in her Official Capacity,         :
                                                          :
               Defendants.              :
-------------------------------------------------------------- :
                                                          X

**PLEASE TAKE NOTICE** that Assistant Attorney General Suzanna Publicker Mettham of the Office of the New York State Attorney General Letitia James, duly admitted to practice in this Court, hereby appears on behalf of State Defendant Steven Nigrelli. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, NY
       October 26, 2022

                                                     LETITIA JAMES
                                                     Attorney General
                                                     State of New York
                                                     *Attorney for Defendant Steven Nigrelli*
                                                     By:

                                                     */s/ Suzanna Publicker Mettham*
                                                   Suzanna Publicker Mettham
                                                   Section Chief
                                                   28 Liberty Street
                                                   New York, NY 10005
                                                   Tel: (212) 416-6295
                                                   Email: Suzanna.Mettham@ag.ny.gov