

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6295

October 27, 2022

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

     Re: *Frey v. Bruen,* 21 Civ. 5334 (NSR)

Dear Judge Román:

     This Office represents Defendant Steven Nigrelli, in his official capacity as Acting Superintendent of the New York State Police, and the New York City Law Department represents Defendants New York City and Police Commissioner Keechant Sewell in the above-referenced action. We write, on behalf of our Office and the Law Department, to respectfully request that the time for all Defendants to respond to Plaintiffs' third motion for a preliminary injunction be extended to <u>November 28, 2022</u>, with a concomitant extension of time for Plaintiffs to reply by <u>December 12, 2022</u>. Defendants further request that they be granted until 30 days after the resolution of the pending motion for a preliminary injunction to file their responses to the Second Amended Complaint. Plaintiffs do not consent to these requests.

     The reason for our request for an extension of the briefing schedule is that, based on the potential implications of Plaintiffs' motion and the substantive changes to the relevant legislative landscape in the wake of *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022), more time is needed to research the historical evidence required to justify the challenged legislative provisions. In addition, given the significance of the matter, both City and State Defendants require additional time for client review. Defendants note that the recently passed Concealed Carry Improvement Act, which is challenged by Plaintiffs, has been in effect since September 1, 2022. Thus, there is no significant urgency to complete the briefing. This is Defendants' first request for an extension of time to respond to the third preliminary injunction.

Judge Román                                                                                     Page 2
October 27, 2022

      With regard to Defendants' response to the Second Amended Complaint, on October 14, 2022, the parties stipulated that Defendants' answers would be due by November 28, 2022. However, at the time of that stipulation, Defendants were not aware that Plaintiffs intended to file the instant motion for a preliminary injunction, which was filed less than a week later, on October 20, 2022. To conserve judicial and government resources, an extension is now appropriate because the claims asserted by Plaintiffs in the action—and Defendants' defenses thereto—may be altered by the Court's decision on the pending motion.

      For all the aforementioned reasons, Defendants respectfully request that they be granted until November 28, 2022 to respond to Plaintiffs' third motion for a preliminary injunction and that Plaintiffs' reply be filed by December 12, 2022. Defendants further respectfully request that their responses to the Second Amended Complaint be held in abeyance until 30 days following the Court's resolution of the pending motion for a preliminary injunction.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Suzanna Publicker Mettham*

Suzanna Publicker Mettham
Section Chief
Suzanna.Mettham@ag.ny.gov

cc:    Amy Bellantoni, Esq.
       THE BELLANTONI LAW FIRM, PLLC
       *Attorneys for Plaintiffs*
       (via ECF)

       Rachel K. Moston, Esq.
       Nicholas Ciappetta, Esq
       THE NEW YORK CITY LAW DEPARTMENT
       *Attorneys for Defendant New York City*
       *and Keechant Sewell*
       (via ECF)