

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6295

November 18, 2022



**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

    Re: *Frey v. Bruen,* 21 Civ. 5334 (NSR)

Dear Judge Román:

    This Office represents Defendant Steven Nigrelli, in his official capacity as Acting Superintendent of the New York State Police, in the above-referenced action. We write jointly with City Defendants, to respectfully request permission to exceed Your Honor's page limit for the State and City Defendants' responsive briefs and that said page limit be extended, from twenty-five pages to fifty pages. Plaintiffs, who have consented to Defendants' request, seek up to an additional ten pages to address the arguments for each side (30 total pages).[1]

    The reasons for our request are because of the scope of Plaintiffs' motion and the complexity of the issues raised therein. Specifically, Defendants need additional space to address the factual background, the legal history, and the tradition of New York's firearms law; to address the issues of standing for each Plaintiff; and to establish, in any event, that Plaintiffs fail to show a clear likelihood of success. Additionally, the Second Amendment issues raised by Plaintiffs uniquely rest on detailed and thorough historical analysis which requires additional space to adequately address.

---

[1] Should Plaintiffs decide that they require additional time to reply, given the length of the opposition papers, Defendants will not oppose such a request.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

Judge Román                                                                                                  Page 2
November 18, 2022

      We understand that the Court encourages and appreciates brevity, but due to the seriousness and legal complexity of Plaintiffs' motion, additional pages are required. This is the first request for a page limit extension by any party.

      We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Suzanna Publicker Mettham

Suzanna Publicker Mettham
Section Chief
Suzanna.Mettham@ag.ny.gov

cc:    Amy Bellantoni, Esq.
       THE BELLANTONI LAW FIRM, PLLC
       *Attorneys for Plaintiffs*
       (<u>via</u> ECF)

       Rachel K. Moston, Esq.
       Nicholas Ciappetta, Esq
       THE NEW YORK CITY LAW DEPARTMENT
       *Attorneys for Defendant New York City*
       *and Keechant Sewell*
       (<u>via</u> ECF)

      The parties' consented-to request for leave to file excess pages is GRANTED.  As requested, the State and City Defendants may file responsive briefs of up to 50 pages, and Plaintiffs may file a reply brief of up to 30 pages.

      Date: November 18, 2022      SO ORDERED:
            White Plains, NY

                                      HON. NELSON S. ROMÁN
                                      UNITED STATES DISTRICT JUDGE