

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

RACHEL K. MOSTON
Senior Counsel
Administrative Law Division
phone: 212-356-2190
fax: 212-356-2019
email: rmoston@law.nyc.gov

November 23, 2022



**By ECF**

The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Frey v. Bruen, et al., 21-cv-5334 (NSR)

Dear Judge Roman:

   I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for Defendants, the City of New York ("City") and Keechant Sewell, Commissioner of the New York City Police Department ("NYPD"), named in her official capacity (collectively, "City Defendants"), in the above-referenced action.

   I am writing to seek a two (2) day extension of time – from November 28, 2022 to November 30, 2022 – to serve opposition papers to plaintiffs' motion for a preliminary injunction. The State Defendants join in this request as well. Due to the upcoming holiday weekend, the City Defendants require two additional days for internal and client review of the City's opposition papers. This is the City's second request for an extension. The State of New York made the first request for an extension on behalf of both City and State Defendants. Your Honor granted that request by Order dated October 28, 2022 (see ECF Doc. No. 58). We contacted plaintiffs' counsel earlier this week, but we have not yet heard back regarding plaintiffs' position. Accordingly, we respectfully request that Defendants' opposition papers be served on November 30, 2022.

Respectfully submitted,
/s/ *Rachel K. Moston*
Rachel K. Moston

cc:   Amy Bellantoni, Esq. (via ECF)
      Suzanna Publicker Mettham, Esq. (via ECF)

---

**Memo Endorsement:**

Defendants' request for a two-day extension is GRANTED. Defendants' are directed to serve and file their opposition papers on or before Nov. 30, 2022. Plaintiffs are directed to serve and file their reply papers on or before Dec. 15, 2022.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 61.

Dated: November 23, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE