EXHIBIT B
cv-05334-NSR   Document 64-2   Filed 11/30/22

# RULES AND REGULATIONS

FOR

## RUNNING THE TRAINS

ON THE

# North Pennsylvania Railroad,

*Adopted June 1, 1875.*

### AND APPROVED BY THE PRESIDENT.

---

Other Rules, Regulations and Notices, equally binding, will be issued on the Time Tables and Supplements.

---

PHILADELPHIA,

1875.

Digitized by Google

# REGULATIONS.

40  The PASSENGER CONDUCTOR will be with his train twenty minutes before starting time; will have general charge of it from terminus to terminus; also, of the men employed on it, and will require each and every one of them to conform strictly to these regulations.

41. He will announce his train in both public rooms at the Berks Street Depot, and will see that no person passes the gate without a ticket, and that passengers do not take into the cars guns, dogs, valises, large bundles or baskets.  He will make frequent examinations of the cars while stopping at stations for water or otherwise, to discover defective wheels, brakes, &c., or hot boxes, and shift out cars found unsound. He must see that his train is kept clean and in proper running order, and that the cars are locked at night and the windows shut down.  He must superintend the making up of his train at points where required and must see that the brakemen do not slide the wheels, or neglect their duty.

42. He will cause the name of each station at which the train may stop, to be announced, twice, audibly and distinctly, to the passengers, and must be particularly careful to direct passengers to the right train or car at transfer points.

43. He must systematize his collection of tickets and fares so that by no possibility can a passenger ride twice on the same ticket, or for a longer distance than he pays for.  Tickets and passes are to be accepted and construed strictly as they read, without deviation; if any dispute, refer to the proper officer for correction.