UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JASON FREY, BRIANNA FREY, JACK :
CHENG, and WILLIAM SAPPE, :
  :
                Plaintiffs, :  Case No. 21 Civ. 5334 (NSR)
  :
        - against - :  **DECLARATION OF SUZANNA**
  :  **PUBLICKER METTHAM IN**
STEVEN NIGRELLI, Acting Superintendent of :  **SUPPORT OF DEFENDANT'S**
the New York State Police, in his official :  **OPPOSITION TO PLAINTIFFS'**
capacity, NEW YORK CITY, New York, and :  **THIRD MOTION FOR A**
KEECHANT SEWELL, in her official capacity :  **PRELIMINARY INJUNCTION**
as NYPD Commissioner, :
  :
                Defendants. :
------------------------------------------------------------ X

SUZANNA PUBLICKER METTHAM, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

    1.    I am an Assistant Attorney General, of counsel to Letitia James, New York State Attorney General. With my co-counsel, Ian Ramage, I represent Defendant Steven A. Nigrelli, in his official capacity as Acting Superintendent of the New York State Police, in this action.

    2.    I submit this Declaration in support of Defendant's Memorandum of Law in Opposition to Plaintiff's Third Motion for a Preliminary Injunction for the limited purpose of putting before the Court certain documents referenced in the accompanying memorandum of law.

    3.    Attached as **Exhibit A** is a copy of an 1880 ordinance enacting a system for pistol permits for "proper and law abiding person[s]" in the City of Brooklyn, as reprinted in the October 26, 1880 edition of the *Brooklyn Daily Eagle*.

    4.    Attached as **Exhibit B** is an excerpt from the 1891 Session Laws of New York, revising the charter of the city of Buffalo to provide for pistol permitting upon the discretion of the superintendent.

5. Attached as **Exhibit C** is a copy of an 1892 ordinance enacting a system of pistol permits for "proper and law abiding person[s]" in the city of Elmira, as reprinted in the July 28, 1892 edition of the *Elmira Gazette*.

6. Attached as **Exhibit D** is a copy of an 1892 ordinance of the City of Syracuse permitting the chief of police to issue one-year permits "in proper cases," as reprinted in the 1894 edition of the Charter and Ordinances of the City of Syracuse, N.Y.

7. Attached as **Exhibit E** is a copy of a 1905 ordinance of the City of Troy, enacting a system of pistol permits for "proper and lawabiding person[s]," as reprinted in the 1905 edition of the Municipal Ordinances of the City of Troy.

8. Attached as **Exhibit F** is a copy of Penal Ordinance No. 35 of the City of Lockport, enacted in 1909, permitting concealed carry permits "in the discretion of the chief of police," as reprinted in the 1913 edition of the Revised Charter and Ordinances of the City of Lockport.

9. Attached as **Exhibit G** is a copy of a 1905 "ordinance regulating the carrying of loaded firearms in the City of Albany," establishing a system of pistol permits issued by the Commissioner of Public safety "if satisfied that the applicant is a proper and law-abiding person," as reprinted in the 1910 edition of the Municipal Code of the City of Albany, N.Y.

10. Attached as **Exhibit H** is an excerpt from the 1715 Session Laws of Maryland, containing an April 1715 "Act for the speedy trial of criminals, and ascertaining their punishment in the county courts when prosecuted there, and for payment of fees due from criminal persons," penalizing persons who "shoot, kill or hunt, or be seen to carry a gun."

11. Attached as **Exhibit I** is an excerpt from 3 James T. Mitchell & Henry Flanders, *The Statutes at Large of Pennsylvania from 1682 to 1801: 1712 to 1724* (Clarence M. Busch,

Printer, 1896) containing a 1721 "Act to prevent the killing of deer out of season, and against carrying of guns or hunting by persons not qualified." *Id.* at 254–55.

12. Attached as **Exhibit J** is an excerpt from 1 Frederick C. Brightly, *A Digest of the Laws of Pennsylvania from 1700 to May 21, 1861* (1862) containing a 1760 law that stated "[i]f any person or persons shall presume to carry any gun, or hunt on any enclosed or improved lands of any inhabitants of this province, other than his own, unless he shall have license or permission from the owner of such lands . . . shall, for every such offence, forfeit the sum of forty shillings."

13. Attached as **Exhibit K** is an excerpt from the 1741 Session Laws of New Jersey containing an act enacted in 1722 to "prevent the Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified."

14. Attached as **Exhibit L** is an excerpt from the 1771 Session Laws of New Jersey, containing a 1771 "Act for the Preservation of Deer and other Game, and to prevent trespassing with Guns."

15. Attached as **Exhibit M** is an excerpt from the 2 *Laws of New-York from The Year 1691, to 1773 inclusive* (Hugh Gaine, Printer, 1774), containing a 1763 act establishing a "[p]enalty for entering with Fire-Arms into any inclosed land within this City or its Liberties." *Id.* at 441–42.

16. Attached as **Exhibit N** is an excerpt from the 1865 Session Laws of Louisiana (Extra Session), containing "An Act To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner."

17. Attached as **Exhibit O** is an excerpt from 4 George W. Paschal, *Digest of the Laws of Texas Containing the Laws in Force, and the Repealed Laws on Which Rights Rest, from 1754*

*to 1875*, containing an 1866 "Act to Prohibit the Carrying of Firearms on Premises or Plantations of any Citizen Without the Consent of the Owner."

18. Attached as **Exhibit P** is an excerpt from the 1893 Session Laws of Oregon, containing an Act "To Prevent a Person from Trespassing upon any Enclosed Premises or Lands not His Own Being Armed with a Gun, Pistol, or other Firearm, and to Prevent Shooting upon or from the Public Highway."

19. Attached as **Exhibit Q** is chapter 435, § 16 of the Revised Statutes of the State of Delaware of 1874, which states "[i]f any person or persons shall enter upon any lands, not owned by himself, with gun and dog, or with gun alone, for the purpose of shooting any kind of birds or game without first obtaining permission to do so by the owner or occupant, he shall forfeit and pay a fine of five dollars; and if he shall not pay the said fine he shall forfeit his gun until redeemed, as hereinafter provided."

20. Attached as **Exhibit R** is chapter 45, § 5 of the General Statutes of the State of Colorado of 1883, which states "[i]t shall not be lawful for any person to kill, ensnare or trap in the enclosure of any other person, any elk, deer, antelope, mountain sheep, or any game whatsoever at any time, without the consent of the proprietor or owner of said enclosure, or enter such enclosure with a gun for the purpose of hunting without the consent of the owner."

21. Attached as **Exhibit S** is chapter 61, §§ 29 and 30 of the Annotated Statutes of the State of Illinois of 1902. Enacted in 1871, § 29 states "[i]t shall be unlawful for any person or persons to hunt with gun, dog or net within or upon the grounds or lands of another without first obtaining from the owner, agent or occupant of such grounds or lands his, her or their permission so to do," and § 30 states that, in prosecutions brought under § 29, "the fact being established that

the defendant was within or upon the grounds or lands of another with gun, dog or net, without permission from the owner, agent or occupant, shall be taken as *prima facie* evidence of guilty."

22. Attached as **Exhibit T** is an excerpt from the 1869–70 Session Laws of Tennessee, containing "An Act to Amend the Criminal laws of the State," providing that no person may carry a "deadly or dangerous weapon" when attending "any fair, race course, or other public assembly of the people."

23. Attached as **Exhibit U** is an excerpt from the 1870 Session Laws of Georgia, containing "An Act to preserve the peace and harmony of the people of this State, and for other purposes," which banned the carrying of deadly weapons in "any [] public gathering in this State."

24. Attached as **Exhibit V** is an excerpt from the 1870 Session Laws of Texas, containing "An Act Regulating the Right to Keep and Bear Arms," prohibiting deadly weapons in "any other place where people may be assembled . . . to perform any other public duty."

25. Attached as **Exhibit W** is an excerpt from the 1883 Session Laws of Missouri, containing an act concerning "Concealed Weapons," barring fire arms from "any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose."

26. Attached as **Exhibit X** is an excerpt from the 1889 Session Laws of Arizona, containing "An Act Defining and Punishing Certain Offenses Against the Public Peace," prohibiting deadly weapons in any "place where persons are assembled for amusement . ., or into any circus, show or public exhibition of any kind, or into a ball room, social party or social gathering."

27. Attached as **Exhibit Y** is an excerpt from the 1890 Statutes of Oklahoma, containing laws regarding "Concealed Weapons," barring firearms from "any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering."

28. Attached as **Exhibit Z** is an excerpt from the 1878 Session Laws of Mississippi, containing "An Act to prevent the carrying of concealed weapons, and for other purposes."

29. Attached as **Exhibit AA** is a copy of a 1328 English law stating that "no man . . . [may] go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the justices or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure."

30. Attached as **Exhibit BB** is a 1534 English law stating that no person in Wales "shall bring or bear . . . to any town, church, fair, market or other congregation . . . any bill, long-bow, cross-bow, hand-gun, sword, staff, dagger, halbert, morespike, spear or any other manner of weapon."

31. Attached as **Exhibit CC** is an excerpt from the 1786 Session Laws of Virginia, containing "An Act forbidding and punishing Affrays."

32. Attached as **Exhibit DD** is an excerpt from the 1867 Session Laws of Kansas, containing "An Act to prevent the carrying of Deadly Weapons."

33. Attached as **Exhibit EE** is an 1872 statute preventing intoxicated persons from being armed, as reprinted in Arthur L. Sanborn & John R. Berryman, *Annotated Statutes of Wisconsin* (1889).

34. Attached as **Exhibit FF** is an excerpt from the 1858 *Minutes of Proceedings of the Board of Commissioners of the Central Park* in which the Board adopts an ordinance forbidding the carriage of firearms within Central Park.

35. Attached as **Exhibit GG** is an excerpt from the 1868 Session Laws of Pennsylvania, which states that "[n]o person shall carry fire arms . . . in [Fairmount Park] or within fifty yards thereof."

36. Attached as **Exhibit HH** is an excerpt from the 1876 Laws and Ordinances Governing the Village of Hyde Park, which contains a law enacted in 1875 that states "all persons are forbidden to carry fire arms . . . within said park."

37. Attached as **Exhibit II** is an ordinance from the 1881 edition of the Municipal Code of Chicago stating that "[a]ll persons are forbidden to carry firearms . . . within any one of the public parks."

38. Attached as **Exhibit JJ** is an ordinance from David H. MacAdam, Tower Grove Park of the City of St. Louis (1883), which states "[a]ll persons are forbidden . . . [t]o carry firearms" within Tower Grove Park.

39. Attached as **Exhibit KK** is an excerpt from 1883 edition of The Revised Ordinances of the City of Danville, which states "[w]hoever shall carry any fire-arms into said parks . . . shall be fined not less than one dollar nor more than one hundred dollars, for each offense."

40. Attached as **Exhibit LL** is chapter 27, § 6 of the 1888 Revised Ordinances of Salt Lake City, which states "[n]o person shall, within Liberty Park, . . . [c]arry or discharge firearms."

41. Attached as **Exhibit MM** is an excerpt from the 1888 Rules and Regulations of the Public Parks and Grounds of the City of Saint Paul, which states "[n]o person shall carry firearms . . . in any Park or within fifty yards thereof."

42. Attached as **Exhibit NN** is an excerpt from the 1903 City of Trenton, New Jersey, Charter and Ordinances, which states "[n]o personal shall carry firearms . . . in said park or squares, or within fifty years thereof."

43. Attached as **Exhibit OO** is an 1891 ordinance from Springfield, Massachusetts, stating that "within the Public Parks, except with prior consent of the Board, it is forbidden . . . to discharge or carry firearms."

44. Attached as **Exhibit PP** is an excerpt from the 1891 *Third Annual Report of the Park Commissioners of the City of Lynn*, which states that "within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden . . . [to] carry firearms."

45. Attached as **Exhibit QQ** is an excerpt from the 1891 Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania, which states that "[n]o person shall carry fire-arms . . . within the Park."

46. Attached as **Exhibit RR** is an excerpt from the 1907 Compiled Ordinances of the City of Grand Rapids containing a law first enacted in 1891 and amended in 1892 and 1897, which states "[n]o person shall . . . carry any rifle, gun, or other fire arm of any kind within any park."

47. Attached as **Exhibit SS** is an excerpt from the 1903 Municipal Code of the City of Spokane, Washington, containing an 1892 ordinance stating "[a]ll persons are forbidden to carry firearms . . . within any one of the public parks or other public grounds of the city."

48. Attached as **Exhibit TT** is an excerpt from the 1892 Laws and Ordinances of the City of Peoria, Illinois, which states "[a]ll persons are forbidden to carry fire arms . . . within any of the public parks, public squares, or public grounds, within said city."

49. Attached as **Exhibit UU** is Part VII, § 7 of the 1893 Charter of the City of Wilmington, which states "[n]o person shall carry fire-arms . . . within the Park."

50. Attached as **Exhibit VV** is an excerpt from the 1897 A Digest of the Acts of Assembly Relating to and the General Ordinances of the City of Pittsburgh, which contains an 1893 law stating that "[n]o person shall be allowed to carry firearms . . . within the limits of the parks or within one hundred yards thereof."

51. Attached as **Exhibit WW** is an excerpt from the 1895 Local Acts of the Legislature of the State of Michigan, which contains an act that states "[n]o person shall fire or discharge any gun or pistol or carry firearms" within Detroit's Belle Isle Park.

52. Attached as **Exhibit XX** is an excerpt from the 1895 Revised Ordinances of the City of Canton, Illinois, stating "all persons are forbidden to carry firearms . . . within any one of these Public Parks."

53. Attached as **Exhibit YY** is an excerpt from the 1904 General Ordinances of the City of Indianapolis, which contains an 1896 law stating "[n]o person shall . . . have possession of any fire-arm within the limits of any public park."

54. Attached as **Exhibit ZZ** is an excerpt from the 1897 A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania, which states "[n]o person shall carry firearms, or shoot in the common, or with fifty yards thereof."

55. Attached as **Exhibit AAA** is an excerpt from the 1899 Revised Ordinances of the City of Boulder stating "[a]ny person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm . . . shall be deemed guilty of a misdemeanor."

56. Attached as **Exhibit BBB** is *Firearms Regulations in the National Parks 1897–1936*, a report published by the National Park Service in 2008 collecting historical firearms regulations in National Parks between 1897 and 1936.

57. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: New York, New York
       November 30, 2022

*S. Mettham*
SUZANNA PUBLICKER METTHAM