# EXHIBIT A

# THE BROOKLYN DAILY EAGLE.

VOL. 41.—NO. 298. BROOKLYN, TUESDAY, OCTOBER 26, 1880. THREE CENTS.


## DEMOCRATS.

### Meetings in Brooklyn Last Night.

**The Constitutional Union Association. Kings County War Veterans—Addresses by Demas Barnes, General McMahon and Others—Defining the Issues.**

The Constitutional Union Association held a meeting last evening in the Olympic Theatre, which was filled with an attentive audience. Mr. Thomas E. Pearsall presided and introduced as speakers Mr. M. L. Towns and Colonel Daniel J. O'Leary.

MR. TOWNS' ADDRESS.

Mr. Towns said that the cloud which a fortnight ago lowered on the horizon had been dispelled by the rays of Democratic truth and the heavens were all propitious. Those of least courage, who a few days ago wore long faces and gloomy countenances, fearing the worst, though determined to do their best, were now enthusiastic and full of hope. They remembered that it was not until the third day that Hancock at Gettysburg achieved victory and rescued the nation [loud applause], and this remembrance fostered the faith and hope that the glad news would resound through the country on the third day of November next that Hancock had led the ranks of the Democracy through the ballot box to civil liberty, and scattered the enemies of free institutions and a united nation. [Applause.] Then would they be assured of constitutional liberty and the perpetuation of those glorious institutions which their fathers established in blood. At the beginning of this campaign the Republicans came before the people with

THE OLD SECTIONAL CRY

about the South and the rebel claims and the danger which would be incurred by placing the Government in the hands of Toombs and Jeff. Davis and the rebel brigadiers. On that basis the campaign in Vermont and Maine was conducted, but when the vote of the free people of the Pine Tree State was recorded the bloody shirt was furled, and those who had waved it were indicted by the people for indecent exposure and compelled to hide their heads in shame. Blaine was routed and betook himself to Philadelphia. There he assumed the doleful Quaker garb, and reflecting, as a sadder and a wiser man, upon the error of his party, proclaimed a new issue. Then the country was astonished to hear that the Republican party, which had fostered monopolies, moneyed institutions and big corporations, had suddenly awakened to the fact that the workingman, whom they had hitherto despised, was a factor in society and needed protection, and that they were his only friends. They began with war claims and sectional issues and by stirring up bad blood betwixt North and South, and by parading Garfield from Ohio to Fifth avenue, and by enlisting the respectability of the country on their side—meaning capitalists and those who run large corporations; but finding this would not do, they put on a philanthropic face and gave a sympathetic leer, and announced themselves as the friends of the workingman. [Laughter.] This was nothing but

A GARB OF HYPOCRISY.

[Applause.] Had not all the corporations and large capitalists of the country been protected by the Republican party from the very first, not only by national but by State legislation? Under the Republican party had not wages declined? Who was accountable for the panic of 1873, when the wages of the working man were reduced to the lowest possible basis? Amid all the prosperity of later years the workingman had reaped no benefit. His hours of labor were no shorter, his wages no greater, his children and himself no better fed or clad, and his tenement dwelling unimproved and uncheapened. Pro-

...

of which I speak were relieved of the payment of $5,000,000, and the tide gates for a depreciation of the currency were also let loose. Trace any of the workings of this party and we find ourselves going back to the same place. When I find this enthusiasm, these fireworks, these manifestations of delight, they remind me of an anecdote I heard some time ago, regarding the trial by jury, of a negro accused of stealing a pig, and, in this connection, it will be well to bear in mind the declaration made by Republicans to the effect that the success of the Democracy would be the ruin of the country. Sam, who was charged with stealing the pig, employed Mr. Johnson to defend him, and the jurors, like Sam, were colored. The first witness swore that he saw Sam steal the pig. Turning to his client, Mr. Johnson said, "Sam, this won't do. How do you account for this?" "Never mind," said Sam, "go on with the trial." The next witness swore that he saw Sam kill the pig. "Why," said Mr. Johnson, hastily turning toward his client, "you are almost certain to be convicted." "Never mind," repeated Sam, "go on with the trial." The jury retired and in a few minutes brought in a verdict of not guilty. When Sam left the court room he explained to Mr. Johnson the cause of the verdict in his favor, doing so in these words, "The jury had some of the bacon." This question of bacon runs through the country altogether too much, and if we have anything to do in purifying the sentiment of our politics, it is particularly upon that one point. If I were going to make a speech I think I should want to elaborate on this question. The issues are so many, with reference to the tariff, to our finances, to the Southern matter, and with regard to the destroyed commerce of the country, that it would take longer time than I can devote to-night, but there is one question on which I will slightly touch. If you cross the ocean, to whom do you pay your freight and passage money? You pay it to foreigners. Is this the kind of prosperity that a party in power for twenty years could have given us, with plain, practical sense? We are certainly great in many respects, but we are cramped by the legislation from Washington. In many things, gentlemen, if I were able to regulate affairs, there would be a change. We would not only be prosperous in the present degree, but in a degree far greater. We have the artisan school and the political capital, but we have not brains at Washington sufficiently good to grapple with the question as to whether it befits us to send our material abroad in foreign ships. England loads her ships and sails them wherever she chooses, but the American is excluded from foreign markets by what I call false legislation at Washington, and by a party that has been in power for twenty years. These are vital questions. They are interesting because they are practical. Mr. Chairman, I am much obliged for this opportunity of saying a word. I will not detain the audience longer, for I see that you have other speakers, but will bid you good evening. [Loud applause.]

The third speaker was

MR. JAMES D. BELL,

of this city. He said a great deal had been heard this campaign about the protection that Republicans intended to give to labor. There had been six years of Democratic domination in the House of Representatives. In 1874 numerous tariff projects were introduced into Congress, all of which were quietly ignored by the Democrats, who proposed to let the tariff question settle itself. It had the power to alter the tariff and it did not do it. Did that look as if the Democrats were to make any great change if in power in the time to come? The Democrats, it was fair to presume, would not change the tariff. As a matter of fact, the tariff was not an issue in this campaign, but was only raised as a cry against the Democrats, to offset the general enthusiasm for General Hancock. Rev. Mr. Beecher pronounced himself a free trader, and yet announced his intention to vote for General Garfield. If the tariff were at issue would it be likely that Mr. Beecher would make any such assertion? The speaker thought not. Erastus Corning was a protectionist, but he had no fear that the Democratic party would, by carrying its policy, be opposed to the best interests of the people of the whole country. Leaving the tariff question, Mr. Bell referred to the so called solid South, and closed his address by a review of the records of the candidates, and an appeal to work hard until election day in favor of the maintenance of Democratic principles and good government. [Applause.]

It was announced that the Moran Brothers had subscribed $10 toward club expenses, and then the meeting adjourned.

...

poor fellow's money or his political scalp. [Laughter.] He next touched upon the Chinese letter. The Republicans say it was the most wicked forgery ever devised. Strange that a man in public life as long as Garfield should be under the necessity of not only denying the genuineness of the letter, but of hunting up proof that it was a forgery. Although the speaker had sat only three years in the Assembly, it would not be necessary for him to deny a forged letter to-morrow, no matter how cleverly counterfeited, as he would only have to point to his record, if the substance of the letter had even come up in any shape before the Legislature. The Chinese labor question came up in Congress several times while Garfield was a member of the House, and his actions were in full accord with the spirit of the letter. The speaker quoted from the Congressional Record, and remarked that the Republicans would scarcely dare to say that the book was a forgery. [Laughter and applause.] So you see the man who forged the handwriting must have gone down deep into Garfield's heart, for the sentiments expressed were unquestionably his. Garfield's denial should also be considered in the light of his record for veracity, as given by the Tribune, Times and Harper's Weekly.

After the singing of an effective campaign-song the meeting came to a close.

### Long Island Political Notes.

Last evening there was a Republican rally at Comac, and an address by Hon. E. A. Carpenter.

This evening, the Democrats of Northport will be addressed by the Hon. James Wadsworth and Judge Armstrong.

The Republicans of St. James held an enthusiastic meeting, and it is said the largest ever convened there, on Friday evening. They were addressed by Wilmot D. Smith and District Attorney Petty.

Last Friday evening there was a grand Democratic demonstration at Babylon. Over fifteen hundred people were present, some seven hundred being visitors from Huntington and Port Jefferson.

The Republican County Committee of Suffolk has sent out a circular levying an assessment of three per cent. of the gross yearly receipts of each officeholder. Several postmasters have refused to pay it.

The Hell Gate pilotage question is the pivotal issue in Suffolk County, and both candidates for the Assembly have pledged their influence for the repeal of the law.

Colonel Fleming, of Jamaica, President of the Hancock Club, has gone into the western part of the State to do service on the stump. He is an effective campaign orator.

The Democratic campaign is badly managed in Queens County. Last evening two such eloquent gentlemen as Major Quincy and Mr. Hollahan had an audience of about one hundred people in Jamaica.

On Friday evening the Republicans of Huntington had twelve hundred people at their meeting, and addresses were made by Mr. N. G. Carman, of Babylon, and Mr. Whittridge, of New York, President of the Independent Republican Association.

Though late in the campaign, the Democrats of Smithtown have organized a campaign club, with the following officers: President, George W. Hallock; Vice President, H. D. Norenus; Treasurer, W. Smith; Secretary, A. E. Hallock.

Stephen B. French, one of the New York Police Commissioners, is now on a tour through Suffolk County, putting the Republicans in line for a grand struggle for victory next Tuesday. Mr. French belongs in Sag Harbor. He was formerly Treasurer of Suffolk County, and once the Republican candidate for Congressman. He is particularly interested in the election of Mr. Carpenter to the Assembly.

## THE ELECTION.

### Orders for the Direction of the Police.

The following important general orders have been issued to the various police captains by Superintendent Campbell. The captains have been notified that the provisions of the orders will be rigidly enforced:

OFFICE OF THE SUPERINTENDENT OF POLICE,
CITY OF BROOKLYN, MUNICIPAL BUILDING,
BROOKLYN, October 26, 1880.

GENERAL ORDERS, No. 206—The following orders are hereby promulgated for the information and direction of the Police Department, while on duty at the polls on Tuesday, the 2nd day of November, 1880:

I. You will take special precaution for the preservation of the public peace, and order the whole force under your command on duty at thirty minutes before sunrise, excepting those detailed by the Superintendent of Police for that day; you will frequently visit the several polling places in your precinct, and carefully supervise and instruct your officers in the performance of their duties; you will detail the most competent Sergeants to take charge of the telegraphic instruments during the day, and until the close of the canvass; you will promptly transmit information to the Central Office of all disturbances and arrests that may occur during that day.

II. You will be held responsible for the prompt and safe transmission, before sunrise, of the prescribed number of ballot boxes to each election district in your precinct; and that said boxes are properly labeled and inspected; and that they contain no ballots before the polls are duly opened; and that they are properly placed in one continuous row, with the glass sides facing to the front; and that the provisions of Section 23 of the Election law are fully complied with.

III. A sufficient space must be kept clear of all persons in front of the buildings where the polls are located to enable all citizens to approach the polls without interruption. Citizens will be formed in one line in the order of their arrival at the polls, preparatory to depositing their votes. The police must take orders from the Inspectors and Canvassers of Election, and they must accept of the co-operation and co-operate with the Deputy United States Marshals and U. S. Supervisors of Election for the preservation of the peace and protection of citizens. They shall arrest and convey to the nearest station house all disturbers of the public peace and violators of the Election law.

IV. The police force must remember that they are not the agents of any political candidate, faction or party, and that manifestation of interest or conduct to the advantage or prejudice of any candidate, faction or party, by any member of the Department, will be followed by immediate dismissal therefrom.

V. Inasmuch as the right to challenge is the inherent right of all voters, therefore all challengers must be protected in the discharge of that duty, whenever and wherever they may desire to exercise it. And you will allow citizens to be present at the canvassing of the votes, but under no circumstances will the citizens be permitted to interfere with the canvassers in the discharge of their duty.

VI. The enforcement of the law prohibiting the sale, or exposure for sale, of any intoxicating liquors of any description, and the closing of all drinking saloons within the prescribed distance from the polls, and of section 26 of the Election law of 1872, is strictly enjoined. The slightest evasion of duty in this respect will be followed by severe penalties.

VII. It is to be hoped that the conduct of the police (on not only this very important occasion, but at all times) will be such as to deserve the confidence and respect of all good citizens. Their attention is directed to sections 13, 14, 23, 24 and 26 of the Election law of 1872. They will report to their respective captains the names of all canvassers who may refuse or neglect to canvass the votes, as provided by law, and instructions of the Board of Elections, to wit:

First, electoral; second, State judiciary; third, Congress; fourth, Assembly; fifth, county officers; sixth, city officers; seventh, ward officers; eighth, Constitutional amendments.

VIII. You will be held strictly responsible for the faithful execution of the letter and spirit of this order, and a prompt compliance with the provisions of the Election laws, and of the following general orders.

By order of the Commissioner.
P. CAMPBELL, Superintendent of Police.

To Captain———, ———Precinct.

BROOKLYN, October 26, 1880.

GENERAL ORDERS, No. 207.—You are hereby particularly charged with the carrying out of the following instructions of the Commissioner, and will be held personally responsible for their execution in every particular:

Immediately after each ballot box is sealed at the polling place by the canvassers, the officer who shall carry the box to the station house will securely attach to the said box the police label provided for that purpose, and fill up the blanks plainly in ink, by inserting the words and figures as indicated on the said labels. Upon the delivery of each box to the sergeant in charge at each station house, he shall enter upon the blotter the name of the officer so delivering it, and the exact time of receiving the same.

The sergeant in charge will also be very particular in noting the condition of the said label and the locking and sealing of the box, and shall enter a description of such condition on the blotter upon the reception of each box.

The sergeant in charge will cause the boxes to be placed in the main office, immediately in front of and in full view from the desk, in charge of an officer, who shall be especially assigned to that duty, until the said boxes are taken therefrom, by the captains and commanding sergeants, for the purpose of being conveyed and delivered to the Superintendent of Police, at Police Headquarters, on the morning of Wednesday, the third day of November, 1880.

At all times during the canvassing of the votes one or more officers shall be present for the purpose of witnessing such canvass at each polling place. By order of the Commissioner.

P. CAMPBELL, Superintendent of Police.

To Captain———, ——— Precinct.

## HANCOCK IN CONNECTICUT.

### The Desire For a Change of Administration.

To the Editor of the Brooklyn Eagle:

I have just returned from a hurried professional trip through a portion of Connecticut and made a few notes touching the Presidential campaign, which possibly may interest you: At South Norwalk, which has always gone Republican, I found that the utmost enthusiasm for Hancock prevails. There is a large hat manufactory, employing something like 1,200 hands, and a lock factory employing about 300 in the town. I asked the proprietor of one of the principal hotels—Abram Knapp, who is a native of the State, and one of the oldest residents of Norwalk—how the election would go. He replied by saying: "It is difficult to tell. I've always voted the Republican ticket, as have the majority of my neighbors, but this time I'll vote for Hancock, and I know that thirty-seven Republicans in this town will do likewise." "Why," I asked, "have you decided to vote for Hancock?" "Well, said he, "it is about time that a change was made in the Administration of the National Government, and the accounts of those who have been in office twenty-five years inquired into and balanced. I think there has been more stealing than we have heard of and the only way we can get at the true condition of things is by a change of officeholders.

After leaving Mr. Knapp, I met a prominent insurance man—an officer of a local insurance company—and he very frankly announced that although he had invariably voted with the Republican party he would vote for Hancock and English at the forthcoming election because he believed the leaders of his party had stolen the Presidency in 1876.

On the cars between South Norwalk and New Haven, I met a gentleman who in conversing with myself and others declared that although he had been a Republican all his life, he would vote for Hancock and he added that he was acquainted with several Republicans whose votes would go in a similar direction.

IN NEW HAVEN

the national campaign is enlivened by the fact that both Democratic and Republican candidates for Governor are residents of that city. The Democratic candidate, Mr. English, is very popular, and will, it is conceded, carry the city by from 800 to 1,600 majority over his opponent, Mr. Bigelow. All the railroad employes, a great many of whom make New Haven their home, are bitterly opposed to the Republicans since the passage by the State Legislature last year of what is known as the "color blind law." This law compels all railroad engineers, firemen, brakemen, conductors, &c., to go before a board of medical examiners and obtain certificates that they are free from color blindness. It appears that several deserving men, some of whom have large families, failed to obtain these certificates, and were consequently thrown out of employment. At all events the railroad employes are much exercised over the matter, and as far as I could learn nine-tenths of them will vote for Hancock and English, because by so doing they think or hope to "get square" with the men who tried, as one of them remarked to me, "to take the bread out of our mouths."

In Hartford, the men with whom I conversed seemed to think that no one could with any degree of certainty say how the State would go. It seemed to be the unanimous opinion that the contest would be the closest on record. The Republicans have to some extent succeeded in scaring timid manufacturers with the free trade bugaboo. The bloody shirt and rebel war claims are seldom touched upon by Republican orators, who dwell almost incessantly on the tariff question. In this connection I would suggest that too much cannot be said or done by Democrats to combat the false statements and groundless allegations advanced against the party of the people on this question by unprincipled and audacious politicians.

# PISTOLS—CARRYING OF.

## ORDINANCE TO REGULATE THE CARRYING OF PISTOLS.

The Common Council of the City of Brooklyn do ordain as follows:

SECTION 1. Every person, except those authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his possession, within the City of Brooklyn a pistol of any description, concealed on his person, shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding *ten days*.

SEC. 2. Any person twenty one years of age and over, except as provided in Section 1 of this ordinance, who has occasion to carry a pistol for his protection, may apply to the officer in command of the station house of the precinct where he resides, and such officer, if satisfied that the applicant is a proper and law abiding person, shall give said person a recommendation to the Superintendent of Police, or, in the absence of the superintendent, to the inspector in command at the central office, who may issue a permit, if approved by the Commissioner of Police and Excise, to the said person, allowing him to carry a pistol of any description.

SEC. 3. Any non-resident, who does business in the City of Brooklyn, and has occasion to carry a pistol while in said city, must make application for permission to do so to the officer in command of the station house of the precinct in which he does business, in the same manner as is required by residents of said city, and shall be subject to the same conditions and restrictions.

SEC. 4. The Commissioner of Police and Excise is hereby authorized and empowered, for reasons appearing to be *satisfactory to him, to annul or revoke any permit given* under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

SEC. 5. If, at the time of the arrest of any person, a pistol of any description shall be found concealed on the person so arrested, without the necessary permit to carry the same, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint (in addition to the complaint under which the arrest is made) against such prisoner for violation of this ordinance.

Adopted in Common Council, October 4, 1880.

Ten days had elapsed on the 19th day of October, without the same being approved or disapproved by the Mayor.

D. McNAMARA, City Clerk.

CITY CLERK'S OFFICE, Brooklyn, October 25, 1880.

I do hereby certify that the foregoing is a true copy of the original ordinance on file in this office, and of the whole of said original.

*oc25 10t* *D. McNAMARA, City Clerk.*