# EXHIBIT C

TWO CENTS.

# Elmira Gazette and Free Press

TWO CENTS.

VOL. LXVIII—NO. 177. ELMIRA, N. Y., THURSDAY EVENING, JULY 28, 1892. THIRD EDITION.

# THE BIG IRON STRIKE.

**Soldiers at Homestead Think They Will All Get Away Next Week.**

**SOME REGIMENTS HAVE GONE.**

**Several Hundred Men are Now Said to be at Work in the Pittsburg Mills—Labor Leader Hugh O'Donnell Has Left Homestead Again.**



ALEX. BERKMAN. FRICK'S ASSAILANT.

HOMESTEAD, Pa., July 28.—Hugh O'Donnell has left Homestead quietly and is probably on his way East again. Mrs. O'Donnell was quite nervous this morning and said her husband was away on private business. It is not understood here that the labor leader has any particular mission East, unless it be to further his political schemes. He has no commission from the Amalgamated Association or the advisory committee, so far as could be learned.

The members of the advisory committee have little to say concerning the rosy reports of mill work except that it is very easy to impose upon a person not acquainted with the subject. A fact which is being brought to the notice of the committee by many of the earnest fighters is the increasing number of absent workmen. At the beginning of the fight a resolution was adopted that any man who left Homestead without leave would not be allowed to work in the mill after the fight was over. For three weeks after the 28th of June very few persons left town and they were all excused, but during the past week hundreds have gone away and, as a result, the watchfulness of the men has been most decidedly impaired. A week ago not a stranger entered the mill whose arrival was not noted. Yesterday 150 non-union men went in and few knew of it until informed by the papers. This morning two strangers, with valises, got off the train at Homestead and inquired the way to the steel works. Some townsmen told them, but no one asked why they wanted to go to the plant.

The militia is responsible for this seeming apathy, as the men have come to recognize that as long as men remain in the works it is impossible to argue with them and induce them to leave. So no necessity exists for such vigilance as before.

Camp Black was looking rather dreary this morning, several regiments having gone and others are breaking camp. Major General Snowden and staff leave this afternoon. In an interview the commanding officer said: "The troops have behaved admirably, the discipline being almost perfect. I am well satisfied with the showing. It is deplorable, indeed, that a condition exists which necessitates the calling out of the state militia every two or three years to suppress troubles arising out of wage disputes. Some other means of settling these troubles should be arrived at."

The impression is prevalent among the soldiers who are to remain that they will not be kept here longer than the end of next week. It is expected that the difficulty will be settled by that time.

**THE SITUATION AT PITTSBURG.**

**Seven Hundred Men Are Now Said to be at Work in the Mills.**

PITTSBURG, July 28.—The Carnegie Steel company notified their former workmen yesterday that, as they were no longer in the employ of the company, interest on money deposited by them would stop and the principal would be paid upon application at the office. There are now 700 men at work, and all departments are running.

A conference of delegates representing various trades and labor orders throughout the country began in Sailer's Hall here yesterday. The object of the meeting is to devise plans of forming an international organization which will keep "in touch" with the labor organizations of the world. The question of the formation of a bureau of international information was discussed all day and finally referred to a committee.

The iron manufacturers and Amalgamated Association resumed their conference yesterday, but accomplished nothing. Another session of the conference will be held to-day.

The Carnegie offices on Fifth avenue are now under constant surveillance of the police. Suspicious looking men have been loitering about the place several days, but no attempts has been made to enter it. Four officers are now stationed outside and in, and no loitering is allowed.

Thirty-six informations were made yesterday by Secretary Lovejoy against strikers for aggravated riot and warrants were issued. Seven arrests were made during the afternoon and others will follow.

A meeting was held at Duquesne yesterday at which W. E. Carney, first vice-president of the Amalgamated Association, was present and made an address. All operatives, including day laborers, were admitted to membership into the association and the plant is now more organized than any mill in Western Pennsylvania. It is yet idle.

A STRIKE AT BRADDOCK.

The men in the transportation department at the Edgar Thompson steel works, Braddock, struck for higher wages yesterpay afternoon. The men out are yard trainmen and have charge of all freight consigned to and shipped from the mill. The Amalgamated Association men claim that as nothing can be shipped into or from the steel works, it will have to shut down if the transportation department remains out for three days. In this case, the large plant in the Carnegie interests will be shut down.

**A PRETTY ANARCHIST.**

**Emma Goldman, The Friend of Berkman, Talks Pleasantly to a Reporter.**

NEW YORK, July 28.—Emma Goldman, the friend of Berkman, the would-be assassin of Mr. Frick, was found yesterday by a reporter in her apartments in the rear of the first floor of No. 340 East Fifth street. The reporter depicts her as follows:

She is about five feet two in height, and has an exceptionally fine figure and large, clear blue eyes, which alternately sparkled with fun or anger as she talked with the reporter. She was dressed in a dark blue and white striped skirt, white muslin waist, and wore russett shoes and black silk stockings.

A GOOD TALKER.

As she talked she looked the reporter straight in the face and answered his questions in almost perfect English. Only once or twice did her accent betray that she was not an American born, of which fact she said she was proud.

She talked freely about herself and her anarchistic principles, got mad when the name of John Most was introduced, and was almost dumb whenever Berkman and his crime were mentioned.

The reporter then describes the interview:

"I am a native of Russia," she said, "but where I was born or of my childhood and early life I don't care to talk. I came to this country seven years ago, and have travelled about in all the principal cities of the United States lecturing to my comrades. I have never been arrested for any crime, but I am expecting to be arrested now at any minute."

Then the pretty Anarchist indulged in some sarcasm at the expense of the police, who, she said, could have found her at her home or around the streets at any time during the past week, as she had not made any attempt to conceal herself. She explained that she had known Berkman for three years and saw him last week at her rooms in this city before he went to Pittsburg, but she declined to say on what day he visited her or on what day he left the city.

In answer to all questions relating to Berkman and his crime she replied that she knew nothing about it, and she did not know where he was going when she parted from him last week.

"If I did," she said with a roguish laugh, "you don't think that I would be such a fool as to tell you reporters? You write nothing but lies; but I don't blame you, because the public does not want to know the truth when it is not the the kind of a story they expect and want."

Berkman, she said, had not been staying at her house in this city for some time, and was not her guest at the time she saw him last week.

NOT MARRIED TO BERKMAN.

"I was never married to Berkman," she went on, "but I am a Russian, and these things are not conducted on the American customs there," she added, modestly.

"I am an Anarchist," she continued, "and we help each other when we are in need of assistance. I gave him money if he needed it, and he would have given it to me."

She said she had not heard from or written to Berkman since she last saw him, and afterwards she said she would not say whether she had received any communication from him or not since he had left the city.

Referring to Herr Most's statement that she had obtained money from him and that she had supplied it to Berkman, she laughed and afterwards flew into a passion.

"I wish I had got some of John Most's money when I could. He gets his easily out of poor working people."

Then she went on with a tirade of sarcasm and abuse of Most and his doings, and characterized him as a coward and a sneak, and was anything but complimentary to the fiery and bloodthirsty ex-resident of Blackwell's Island.

**THE CHICAGO ANARCHISTS.**

**Superintendent McClaughrey Doesn't Think They Had a Hand in The Frick Business.**

CHICAGO, July 28.—Dispatches from Pittsburg announce the finding of numerous letters from Chicago Anarchists in the house of Carl Knold, together with several anarchistic publications. The finding of letters and papers influence the Pittsburg authorities to believe that anarchy in Chicago is not dead by any means.

"I do not think the letters or papers found in Knold's possession indicate the revival of anarchy in this city," said Superintendent of Police McClaughrey. "These people write letters to their fellows all over the world. They have their weekly meetings and all that, but there is no great activity among them. Mrs. Parsons' paper comes out regularly, and never fails to roast the police. The same is true of other anarchistic publications, but we do not care to interfere with them as long as they confine themselves to discussions and letter-writing. We merely keep track of their proceedings. If they try to commit any overt act we are prepared to meet it, and know exactly where to place our hands on the guilty participants.

"I do not think the Chicago agitators had anything to do with the attempt to assassinate Mr. Frick. My judgment is that it resulted from no prearranged plan, but was wholly the outgrowth of a disordered brain. Berkman, to my mind, had no confederates. He is simply another Guiteau."

**No Fusion in South Dakota.**

YANKTON, S. D., July 28.—Chairman Miller of the Democratic State Central Committee states that the proposition for fusion with the People's party on the state ticket have been withdrawn. The People's party leaders want the majority of offices, which the Democrats decline to grant.

# ANXIOUS TO GO HOME.

**First Session of the Fifty-Second Congress Likely to End Saturday.**

**ACTION OF THE HOUSE TO-DAY**

**A Joint Resolution Providing for Final Adjournment on Saturday at 2 p. m. Adopted—Filibustering on the World's Fair Bill.**

WASHINGTON, July 28.—Mr. McMillin of Tennessee offered and called up in the House to-day a joint resolution providing for the final adjournment of Congress on Saturday at 2 p. m. Mr. Hatch of Missouri has opposed it because he wants the anti-options bill to pass, and Mr. Outhwaite, the leader of the World's Fair filibusters, has also opposed it. Mr. Outhwaite said the sundry civil bill had not passed and intimated that it might not pass. In any event, time was needed for both houses to act on it, and he suggested Monday next as the date for adjournment. General speechmaking followed.

The House refused—65 to 110—to agree to an amendment fixing the date of adjournment at 12 o'clock on Monday next. The original McMillin resolution was then adopted—121 to 51.

The Speaker stated the pending motion to be that made to the sundry civil bill by Mr. Bingham of Pennsylvania, to table the motion to reconsider the vote by which the House receded from its disagreement to the Senate World's Fair amendment.

Immediately the fiilibusters came to the front, led by Mr. Outhwaite, who moved an adjournment, supplementing this motion with one to adjourn to Saturday. Mr. Cummings of New York acted as lieutenant and moved an adjournment until Monday.

**INTERNAL REVENUE REPORT.**

**Collections for the Year, $153,857,543—Sugar Bounty Paid, $7,342,077.**

WASHINGTON, July 28.—John W. Mason, Commissioner of Internal Revenue, has submitted to the Secretary of the Treasury a preliminary report as to the operations of his bureau for the fiscal year ended June 30, 1892. The report says: The total collections from all sources of internal revenue for the fiscal year just ended were $153,857,543.45, an increase of $7,822,127.48 over the previous fiscal year. The cost of collection for the fiscal year just ended will aggregate about $4,284,000, an increase of about $78,300. The percentage of the cost of collection is about 2.78. The percentage of the cost of collection for the fiscal year ended June 30, 1891, was 2.88.

During the year bounty was paid on sugar to the amount of $7,342,077. The expense of collection was $146,297. Bounty was paid to producers in states as follows:

| State. | Producers. | Amount |
|---|---|---|
| Louisiana | 619 | $6,882,589 83 |
| Texas | 14 | 176,301 73 |
| Florida | 11 | 18,233 79 |
| Mississippi | 1 | 190 86 |
| California | 3 | 163,510 56 |
| Nebraska | 2 | 14,690 00 |
| Utah | 1 | 31,898 00 |
| Kansas | 3 | 22,197 28 |
| Massachusetts | 3 | 121 58 |
| New York | 51 | 1,131 15 |
| Pennsylvania | 8 | 142 15 |
| Ohio | 39 | 1,050 86 |
| Total | 757 | $7,342,077 79 |

A large number of the maple sugar producers who were licensed made no claims for bounty, and most of the claims which have been presented were not filed in time for payment prior to July 1.

The total quantity of maple sugar of the production of the past season upon which bounty will be claimed is about 3,600,000 pounds, and the total amount to be paid thereon will be about $63,000, as estimated.

**Indians in an Ugly Mood.**

SPOKANE, Washn., July 28.—An ugly feeling prevails among the Indians over the invasion of the Colville reservation by boomers. The Indian police are patrolling the frontier, but several hundred boomers have evaded their vigilance and got into the mountains. Chief Major and a war party of sixty bucks threaten to scalp every white man they find. Yesterday a party of prospectors was stoned while trying to cross Columbia river. Large numbers of boomers are gathering along the boundary.

**The Trotting Stallion Green River Dead.**

STURGIS, Mich., July 28.—The trotting stallion Green River, belonging to Robert Dixon of Henderson, Ky., and valued at $25,000, died here yesterday. Green River has a record of 2:22¼. He had won every race he started in this season and was entered in $65,000 worth of the coming races here.

**Express Interests.**

MONTREAL, July 28.—J. C. Fargo of the National Express company and H. C. Julier of the American Express company are in consultation here with Gilman Cheney of the Canadian Express and L. J. Sargeant of the Grand Trunk with a view to the amalgamation of express interests.

**Will Fusion Defeat C. R. Breckinridge?**

MALVERN, Ark., July 28.—The Democrats of the Second Congressional district have nominated C. R. Breckinridge for Congress without opposition. The Republican and People's party will unite on an opposition candidate.

**The Axtell-Allerton Race Practically Off.**

INDEPENDENCE, Ia., July 28.—The great race between Axtell and Allerton is practically off. C. W. Williams has received word from Budd Doble that Axtell is not in condition to start.

**For Governor of West Virginia.**

PARKERSBURG, W. Va., July 28.—The Democratic state convention nominated McCorkle for Governor at 1 a. m. amid a scene of wild enthusiasm.

**TWENTY OIL TANKS ON FIRE.**

**A Tank Containing 27,000 Barrels Struck by Lightning—Awful Heat.**

PITTSBURG, July 28.—Lightning struck tank No. 17 of the Southwest Pennsylvania Pipe Line company six miles from Washington yesterday afternoon. The tank contained 27,000 barrels of oil, and when it burst the burning fluid spread to twenty tanks in the vicinity and soon all were afire. The conflagration was still raging at 10 a. m. to-day, notwithstanding the efforts of 300 men who have been fighting it since yesterday. The heat is so intense that trains cannot approach within an eighth of a mile of the scene and passengers on the Washington branch of the Pan Handle road were unable to reach their destinations last night. The loss will be heavy.

**A COLD WAVE COMING.**

**The Sun Finds Many New Victims in New York and Elsewhere.**

NEW YORK, July 28.—New York still suffers under the great heat, but there is a prospect of cooler weather by evening. A cool wave in the West that makes Chicago a fairly comfortable place to day, with a temperature at 76, is coming this way. The sun finds many new victims, six cases of heat prostration being reported this morning, as well as the death of a man who was stricken yesterday.

CINCINNATI, July 28.—There were thirteen heat prostrations here yesterday which were fatal.

**THE LAW TO TAKE ITS COURSE.**

**Gov. Flower Decides Not to Grant a Reprieve to Murderer Wood.**

WATERTOWN, July 28.—Gov. Flower, in his decision in the case of Wood, condemned to be executed for the murder of Pasco, and asking for a reprieve, says:

Wood has had the benefit of two trials, by juries of his countrymen, and both have found him guilty of murder. He has been defended by able and eloquent counsel, and if there had been any doubt of his guilt, or any extenuating circumstances connected with the case, it ought to have resulted in a disagreement.

The Governor decides therefore to allow the law to take its course.

**FARM LABORERS NEEDED.**

**The Dakotas And Minnesota Send Out a Cry For Help in the Harvest Fields.**

ST. PAUL, July 28.—There is a panic among Dakota farmers lest they be unable to harvest their great wheat crop. The grain is now being cut in the southern part of South Dakota. Central South Dakota will begin its wheat harvest in about a week or ten days. In the vicinity of Huron farmers are especially anxious. It is estimated that from 300 to 400 laborers are needed in every county in South Dakota. This means about 10,000 laborers. Southern Minnesota needs help in the harvest field also, and North Dakota will begin harvesting in two or three weeks.

Altogether, conservative estimates are that 40,000 laborers will be needed within the next month to harvest the immense grain crop of the Northwest. The acreage is a little less than last year, but the yield promises to be equally great if only the crop can be secured. In order to induce laborers to come to the grain fields, all the railroads have announced a special rate of $5 from this city to the Dakotas for farm laborers. The farmers also promise good wages and abundant work; threshing follows the cutting and giving many weeks employment at an average of $2 a day. The fact that a large part of last year's crop was lost through lack of farm laborers emphasizes the need of the present, and Dakota and Minnesota send out a cry for help in the harvest fields.

**Confined in a Building Vermin-Infested.**

WARDNER, Ida., July 28.—The strikers who have been arrested are to be taken before the United States Commissioner's Court which is to be convened. When bound over they will be put into the custody of the United States Marshal. In this way the state officials will be relieved from the necessity of providing for them. One hundred and six prisoners are confined here in a building but poorly adapted for such purposes, and the place is infested with vermin. At Wallace there are 116 prisoners. If all the troops should be withdrawn from this region it is thought there would be an exodus of non-union miners. The War Department desires to withdraw all troops at the earliest possible moment, but the state authorities are using every effort to retain some of the troops till winter sets in.

**A. A. McLeod President of a New Company.**

ALBANY, July 28.—A certificate of the consolidation of the Central New England & Western Railway company with the Poughkeepsie Bridge & Railroad company, forming the Philadelphia, Reading & New England company, was filed with the Secretary of State to-day. The capital of the new corporation is $6,600,000. The directors are A. A. McLeod, president; C. Tower, Jr., W. W. Gibbs, John W. Brock, Charles Hartshorne, vice president; and Elias. E. Morgan, Jr., of Philadelphia; Arthur Brock of Lebanon, Pa.; Joseph F. Sinnott of Rosemont, Pa., James Armstrong, J. H. Taylor, William Jacobs, Maurice Aviel and Pierson Brown of New York city. W. R. Taylor of Philadelphia is secretary of the company and W. A. Church of Philadelphia treasurer. The consolidation is in pursuance to an agreement with the Reading Railway company which guarantees the payment of the principal and interest of the first mortgage bonds of this consolidated company amounting to $11,000,000.

The first trial of Dr. Wood's Norway Pine Syrup will satisfy any one that the lung-healing virtue of the pine has now been refined into an effective and convenient cough medicine. Sold by all dealers on a guarantee of satisfaction.

# CAUSE OF HOME RULE

**Views of Tim Healy, William Redmond and Michael Davitt.**

**FINANCIAL AID FROM AMERICA**

**A Recount of the Votes in the Recent Election in Greenock, Scotland, Reduces Mr. Gladstone's Majority in the House to Forty.**

DUBLIN, July 28.—At the Irish Federation meeting here yesterday Tim Healy said he calculated that the expenses of the Parnellites in the recent elections amounted to 11,000 pounds, and in the incoming Parliament the Parnellites would be steered by the hands that furnished that money. Continuing, Healy said that Rockfort Maguire, for whom the Parnellites had found a seat in Clare, was a pal of the Duke of Abercorn and the Tories. He, Healy, regarded Maguire as the Parnellites' paymaster, and said Maguire would practically be the dictator of the Redmondites. On the eve of the elections, he said, the McCarthyites were almost entirely without funds and when he, Healy, drew a check for 33 pounds for expenses he had to ask the payee not to present the check for a few days; but within ten days the McCarthyites received 10,000 pounds from America and Australia, and it should be remembered that if home rule was obtained with the aid of the Irish party, the latter would have been now extinct, from inability to pay sheriffs' fees, except for the welcome financial support from America and Australia.

William Redmond says the English must be compelled to concede home rule to Ireland. If necessary to gain this end, the country must be run into a general election every six months. The policy of the Parnellites, he declared, was to get as much as they could from both the Conservatives and Liberals. In regard to the question of voting in Parliament, he said that they must follow the independent policy laid down by Mr. Parnell.

Michael Davitt in an address said that every member of the party would remain glued to his seat in Parliament every moment that the interests of home rule required. They were confident of the advent of home rule for Ireland. He said he did not believe the members of the Labor party who had been elected to the House of Commons would oppose Mr. Gladstone.

**Mr. Gladstone's Majority Reduced to 40.**

LONDON, July 28.—A recount of the votes cast in the recent election in Greenock, Scotland, for member of Parliament shows that Sir Thomas Sutherland, dissident Liberal, received 2,942 votes, against 2,887 cast for John Bruce, his Liberal opponent, who the first count showed had been elected. This change in the result at Greenock reduces Gladstone's majority in the House to 40, still counting upon the Gladstonian candidate in the Orkney Islands, the returns from which district have not yet been received.

**STABBED AT THE ALTAR.**

**A Priest Attacked While Celebrating Mass in a Spanish Church.**

MADRID, July 28.—In the city of Burgos yesterday while Canon Somozo was celebrating mass in the cathedral, a man suddenly rushed from his place in the body of the church, and bounding up the steps of the altar attacked the canon with a knife, stabbing him in two places. Instantly the worshipers were thrown into a state of excitement by the sacrilegious act and a number of the men present made an attempt to apprehend the man. He fought desperately to make his escape, and stabbed two of those men who had seized hold of him before he was overpowered and his bloody weapon was wrested from his grasp. The motive which induced the man to attempt the life of the canon is not known.

**RIVERS OF MOLTEN ROCK.**

**Details of the Recent Eruption of the Volcano Gunona.**

AMSTERDAM, July 28.—Letters from Celebes give details of the recent eruption of the volcano Gunona on Great Sangir Island. The eruption commenced at 6 p. m. on a day early in June, and was unheralded by the slightest seismic warning. Immense volumes of flame and smoke and masses of stones suddenly burst from the volcano. The stones fell all over the island, killing hundreds of natives who were busy in the fields getting in the rice crop. Those who succeeded in reaching the supposed shelter of their homes found many houses crushed beneath the weight of the falling stones, and roofs having collapsed under the weight of ashes, burying the inmates, in many instances whole families. Streams of lava flowed with frightful rapidity down the slopes of the burning mountain, upon which there were situated numerous farms and villages. Houses and fugitives alike were overwhelmed by these rivers of molten rock.

It is estimated that over 1,000 persons perished on the slopes of the mountain and many hundreds more in the lowlands, but the exact loss of life is not yet known. A week after the eruption had abated the inhabitants were still in a state of terror and would not approach the scene of the disaster. The island is now threatened with famine, all the crops having been destroyed. Cocoa trees are still standing, but their leaves and fruit have been destroyed and their stems left bare. In many parts of the island wells have become dry. The Dutch authorities are doing the best they can to alleviate the distress of the people. A government steamer has been placed at the disposal of the local controller to distribute relief, and many doctors have been sent to the island. The inhabitants, though nearly demented with terror, are docile, and the authorities have met with no disorder.

**A QUESTION OF BRAVERY.**

**An Englishman and American Killed While Ascending the Volcano of Colima.**

CITY OF MEXICO, July 28.—James Dornsby Walton of Brockenhurst, England, and Henry Adams of Bellows Falls, Vt., attempted to reach the largest crater of the volcano of Colima a few days ago. Both men were engaged in the mining business and after some bantering they determined to settle the question which were the braver, Englishmen or Americans, the test being the ascent of the volcano. The guides say that with their respective flags they reached a shelving rock when suddenly a volume of ashes shot from the crater hundreds of feet in the air. Walton and Adams after the ashes had fallen were seen grasping hands. The next instant a solid volume of lava was vomited forth, reaching a height of thousands of feet. Walton and Adams perished in the descending fire. The guides escaped.

**Insolent Anarchists.**

PARIS, July 28.—During the trial at Versailles yesterday of four Anarchists charged with stealing dynamite which was used in the explosions on last May Day, one of the prisoners, named Etievant, was told by the judge to stand up. Instead of complying with the order, the prisoner remained in his seat and impudently replied: "Get up yourself. Why don't you get up?"

The judge answered "I am a magistrate and need not rise to speak to you." Etievant retorted "One man is as good as another. Get up if you want to speak to speak to me; then I will get up, too."

The other prisoners followed the example of bravado set by Etievant and adopted an insolent mien towards the judge. Each in turn began a violent harangue and tried to expatiate on the subject of Anarchism. The judge, after a scene of considerable disorder, succeeded in silencing them.

**THE FAMOUS FAIRIBAULT PLAN**

**For Which Archbishop Ireland Went to Rome to Fight, a Failure.**

ST. PAUL, Minn., July 28.—The famous Fairibault plan, for which Archbishop Ireland went to Rome to fight, has proved a failure at Stillwater, Minn. It is announced that St. Michael's parish of that city, which has been conducted during the past year under the new plan, will conduct its schools as parochials this year. The Stillwater Board of Education will not enter into a contract with St. Michael's school for amalgamation, and in view of the opposition of the Catholics themselves, the scheme was abandoned. There had been talk that the parochial schools would be closed and the children sent to public schools and largely for this reason the city Board of Education has taken steps to erect two additional schools. The action of the Baltimore synod, recommending that the churches maintain their parochial schools, would prevent this.

**Mrs. Cornwallis West's Electioneering.**

From the Pall Mall Gazette.

Mrs. Cornwallis West has been emulating Mrs. Stanley. Col. Cornwallis West is the Unionist candidate for the Vale of Clwyd division of Denbighshire, and the other night he was accompanied to the platform by his wife and other ladies, as well as by his masculine supporters. His reception was very noisy, and his speech was by no means well received. Presently, the disorder became very marked, and at this point Mrs. Cornwallis West stepped forward. Holding up both hands, she tried to gain a hearing. For a moment there was a lull, and shouts of "Listen to the lady:" "Don't shout a woman down anyhow!" She began, "I am an Irish woman—[cheers and renewed disorder]—it was not until I came to Wales that—"

This was as far as she was allowed to get, and, finally, she had to resume her seat in the midst of a perfect babel. A man in the audience was now attempting to address the chair from a chair with violent gestures and a strident voice. After a few seconds' paused, and without waiting to communicate with her husband or his supporters, Mrs. Cornwallis West left the platform and descended among the audience, who were now standing up. She went straight through the crowd to the orator, and tried to argue with him for some time. He bent down from the chair on which he stood, and shoving his rough and angry countenance close to hers, shouted at her fiercely and repeatedly shook his fist in her face. This conclusion of the episode, which had been watched with intense interest, was followed by the return of Mrs. West to the platform, and soon afterward the meeting came to an abrupt conclusion.

**Beecher and a Man Who Stole His Sermon.**

From the Boston Globe.

Henry Ward Beecher once went in search of a brief rest to a small fishing village, where his appearance was apparently unknown. When Sunday came around he went to the morning service at the Congregational church, and was not a little astonished to hear the preacher for the day, a very young man, rattle off one of his (Beecher's) best sermons as an original discourse.

At the conclusion of the service the great preacher waited for a chat with the young man.

"Might I ask you how long it took you to compose the sermon you preached to us this morning?" inquired the real author.

"Oh, about six or seven hours, sir," was the rejoinder.

"You must be a very smart young man," said Beecher, "for it took me just five days to write that selfsame sermon."

After a careful but unblushing scrutiny of the great pulpit orator, the youth remarked:

"I guess you're Mr. Ward Beecher, then?"

A grave nod was the only response.

Then the juvenile apostle put out his hand, and, grasping that of his celebrated listener, exclaimed:

"Look here, Mr. Beecher, you just go on writing sermons like that. As long as you do I shall never be ashamed to preach them."

WHY DON'T YOU TRY Carter's Little Liver Pills? They are a positive cure for sick headache, and all the ills produced by disordered liver. Only one pill a dose.

# CITY EDITION.

**The Latest General, Foreign and Local News Up to 3:45 p. m.**

### The Weather.

[Reported for the GAZETTE by Gerity Bros'.]

ELMIRA, N. Y., July 27, 1892.

| | | | |
|---|---|---|---|
| 3 p. m. | 83° above | Wind S W | Cloudy |
| 9 p. m. | 74° above | Wind S W | Clear |
| July 28. | | | |
| 7 a. m. | 75° above | Wind N W | Clear |
| 12 m. | 90° above | Wind N W | Clear |
| 1 p. m. | 93° above | Wind N W | Clear |

### Forecasts Till 8 P. M. Friday.

WASHINGTON, July 28.

Eastern New York—Local showers to-night or Friday, continued warm, westerly winds, probably cooler Friday night.

Western New York—Increasing cloudiness, with local thunderstorms to-night or Friday, southerly winds shifting to westerly, probably cooler by Friday night.

### GOOD EVENING!

**A Big Price.**

The price paid for the building at the corner of Hudson and Pennsylvania avenues by Col. D. C. Robinson was $17,000.

**Personal.**

—Rev. Dr. George H. McKnight went to Rochester this afternoon.

—Mrs. H. L. Armstrong is visiting Mrs. J. S. Fassett in Larchmont.

**Laying off Street Laborers.**

The street laborers have been laid off, all the work which the funds will permit of this summer having been done. At Eldridge lake three out of five employes have been discharged.

**A Row at Sodus.**

[Special Dispatch to the GAZETTE.]

WATKINS, N. Y., July 28.—A row occurred at Sodus last night between the combined forces of Havanna and Watkins and a gang of Sodus toughs. The latter got the worst of it. It is said they started the fuss.

**Died This Afternoon.**

Mary L. Johnson, the infant daughter of Alonzo D. Johnson of No. 229 West Water street, died this afternoon at 1:30 o'clock. The funeral will be held to-morrow afternoon at 2 o'clock at the house, and the interment will be in SS. Peter and Paul's cemetery.

**Thoroughly Reliable.**

Bacon & Rubin, are two thoroughly reliable young men, who have had large experience as scavengers. Their advertisement appears in to-day's GAZETTE.

One of the strong points they make, is no pay will be required unless work is done as agreed.

**An Accident to a Horse.**

[Special Dispatch to the GAZETTE.]

CORNING, July 27.—A valuable horse of Joseph F. Moore was seriously injured this forenoon by falling through Sloan's bridge near Little Flats. Mrs. Moore accompanied by Mrs. Prichard, was driving when the accident occurred but they were not injured.

**An Engineer Injured.**

Engineer Vandemark of Erie engine No. 625, met with a serious accident near Eldridge lake this morning. The train was bound west, and left Elmira at 3:30 o'clock. It appears that an ash pan had been blown out, and dumped near that place. Mr. Vandemark was running along the track when one foot got into the place, where the hot ashes had been dumped, and was terribly burned. He was obliged to dis continue his run, and was taken back to his home at Susquehanna.

**Brief City News.**

—The new switch from the D., L. & W. to the silk mills is nearly completed.

—Six new electric cars arrived in the city over the Northern Central railway yesterday.

—A gang of workmen are laying a sewer connection at the corner of Lake and East Fifth streets.

—The following inscription adorns the front of the new academy building, "Elmira Academy A. D. '91."

—Mrs. Ellis of Waverly arrived in this city to-day and took the girls, whose arrests are mentioned elsewhere in this issue, home.

—In Elmira Tuesday, thermometers registered all the way from 100 to 103 degrees in the shade.—Corning Journal. That shade was in the sun.

—Warren S. Hodgman of Painted Post is working hard to capture the Republican nomination for County Clerk of Steuben county this fall.

—The Excelsior Colored Band paraded the streets to-day preparatory to the Union excursion to Sodus Bay, which left the city this morning. There were about 350 people in attendance.

—The next session of the grand lodge K. of P. will be held in Elmira. This is due to the energetic efforts of Dauntless lodge K. of P. of this city, of which James A. Campbell is the representative at the grand lodge at Troy, N. Y.

—The Masonic band of Towanda was in the city this morning on their way to Hammondsport, N. Y., to attend the firemen's parade to-day. Tioga hose company of Waverly also passed through the city en route to that place. The Palmer drum corps of this city are in attendance.

—Last night's Corning papers and this morning's Elmira Advertiser contained an item in regard to the pantaloons and pocket-book of G. R. Brown, whose house at Fassett's was blown down sometime ago, being found several miles away from the scene of the disaster. GAZETTE readers knew of the circumstance a few days' after its occurrence.

Grand excursion to Keuka Lake Assembly Aug. 12, to hear the Rev. Joseph Cook. All young people's societies and Sunday schools are invited to join. Fare $1 round trip.

Low rates and a grand good time assured all who go to Lake Keuka Sunday, July 31st, on the Erie's excursion.

When you buy meat go to D. S. Hays' market 227 South Main street.

## THE ROLLING MILLS.

**What Was Heard and Seen Around That Industry This Morning.**

A GAZETTE reporter called at the Elmira rolling mills this morning for the purpose of interviewing Mr. Doxey upon the rumors floating about the city as to an agreement having been reached between the old hands and the rolling mill company. That gentleman was very reticent about the matter. He said all he knew about the matter was what he saw in the newspapers. He, however, did state that if the men declared the strike off, the puddling mill would be opened, and several hundred more men would be given employment. He would not say anything as to whether he thought the strike would or would not be declared off The reporter was shown through the mills by Charles J. Root, and many old employes were to be seen at work.

In all there are now 150 men in the company's employ and they are all satisfied with their pay, and have no hesitation whatever in saying so. One of the old men, who was sent to Canada by the association, has returned and recently gone back to work.

He stated that in order to get back, he was obliged to pawn his watch. The average run of wagesis stated to be $18 to $20 per week. The scale paid, he stated, is as high as is paid in any mill in the country at the present time.

Within the past two weeks a new attachment has been added to the mills. It is in the form of a pounderous anvil, weighing thirteen tons. This rests upon fourteen feet of solid oak timber. It is to be used to hammer strap iron. As soon as this is in running condition, it will require the employment of twenty-five more men.

The reporter was told by an outsider, and one, who pretended to know, that the only reason the men did not return to work and declare the strike off was because of the mere fact that they disliked to "give in." Elmirans would all like to see the mill in its full working order again.

## A BRAVE YOUNG MAN.

**A Former Elmiran Distinguishes Himself in The West.**

Edward O'Connor, who is well known in this city, where he resided until about three years ago, has come into prominence as a hero at Denver, Colorado. Edward is the son of the groceryman, John O'Connor of East Water street, President of the Father Mathew's total Abstinance Society.

The Rocky Mountain News, a newspaper published at Denver, Colorado, contains an account of the cruel death of Willie Gilpin, the 17-year-old son of ex-Governor Gilpin of Colorado. The lad fell from a height of 200 feet into the Platte canon. The dead and bruised body was swept into the raging torrent. This paper has the following to say of the rescue:

The body of Willie Gilpin had been in the water about an hour and a half, and was so situated that it was dangerous to reach it. Edward J. O'Connor, brakeman on the passenger train, volunteered to undertake the perilous task, and at the risk of his own life rescued the lifeless remains. The body was wrapt up in blankets, placed in the baggage car and carried to Denver.

## HILL NOT GOING TO EUROPE.

**He is Resting Quietly and Will Go Yachting Next Week.**

Senator David B. Hill has no intention of going to Europe during the campaign, as reported in one of the moring papers says to-day's New York Herald.

To a friend who spent a couple of hours on the veranda of Gen. Earle's cottage at Normandie yesterday he said that he had refused two pressing offers to accompany parties of his friends ocross the ocean—not only, as he put it, but because he did not care for sight-seeing, but because his trip might be misconstrued by political enemies.

Senator Hill also laughed at the other bit of gossip that he intended to resign his seat in the United Satates Senate as soon as the session was over and begin the practice of law in this city.

If he has made any plans for the autumn no one knows them, but his friends have no doubt that he will be found on the stump during September.

The rest of this week he will spend at Normandie. After that he intends to make a yatching trip of a week or so with friends.

**The Mercuy Still Stilting It.**

At 7 a. m. this morning the hermometer registered 75°, at 12 m 90°, at 1 p. m. 93°, and at 3 p. m. 97°. At the same time last year the highest notch was 80°. The probabilities say rain.

**Death of a Corning Young Woman.**

CORNING, N. Y., July 98.—Mrs. George Rose died this morning a few minutes past 9 o'clock from consumption. She was the wife of a D., L. & W. transfer man, and she has suffered greatly. She was married only about a year ago and leaves a little baby besides her husband to mourn her loss.

**Their Last Sunday.**

Sunday will be the last Salvation army services held in this city by Captain and Mrs. Frazee and Lieutenant Mugford, who will be transferred elsewhere. It is not known yet who will succeed them. The services Sunday will be at Eldridge park and will continue all day. On Tuesday the Army will hold a picnic at Grove park. Captain and Mrs. Frazee and Lieutenant Mugford have made many friends in Elmira and their departure will be greatly regretted.

Don't buy poor meat but go to D. S. Hays' 227 South Main street and get the best there is for sale anywhere.

**Extra Term of Supreme Court.**

ALBANY, July 28.—Governor Flower has appointed an extraordinary general term of the Supreme Court for the fifth department to be held at Buffalo, August 16.

—GOSSIP—

## RAILROAD RUMBLES.

—OF—

**Little Bits of Steam and Electric Railroad Gossip.**

—THE—

**SOME FACTS, OTHERS ARE ?**

—STREET—

**Rails For the New West Side Railroad Being Distributed Along the Right of Way—Statements That the Hot Weather May Influence.**

This is very hot weather—awful hot, and, like everybody and everything else, rumors are to be treated with a grain of allowance, that is, kept on ice. The GAZETTE hears and publishes frequently, reports in regard to what the Reading steam railroad and Colonel Robinson's electric railroad are going to do. The rumors are published for what they are worth and the GAZETTE does not act as sponsor for any of them. The rumor, however, that the Harris property on Pennsylyvania avenue had been purchased in the interest of the Reading seems to be purely hot weather talk and will scarcely bear the scrutinizing inspection of calmer reflection when the mercury allows people's thoughts and feelings to descend to their normal status.

In talking with an ex-city official yesterday a GAZETTE reporter was informed that the Reading's old scheme was to come into Elmira and run up State street on stilts. Whether the idea of an elevated entrance into Elmira has been altogether abandoned or not, probably no one but the Reading's officials know.

Another bit of gossip is that the Reading has been casting its optics on the old junction canal, or rather that portion of it not owned by the D. L. & W. This route would bring the Reading up Newtown creek. There is a system of switches extending from Sullivan street to Lake in the vicinity of East Fifth street, which, if acquired, would make a very convenient connection with the E. C. & N. It may, or it may not be worth one's while to keep an eye on this route.

THE STREET RAILWAYS.

The hot weather also has its influence on street railroad talk some of which is more than mere gossip. Yesterday 800 tons of rails for the Westside railroad arrived in the city and pedestrians on Baldwin street, to-day, have witnessed the distribution of the rails along that thoroughfare. This, of course, means that the railroad will be commenced in a very few days, perhaps, and perhaps not.

F. A. Cheney, manager of the electric light plant, was quoted by the Advertiser this morning as saying that the Elmira & Horseheads line had ordered ten new electric cars and "some six or eight miles for the superstructure."

That the heat affects people differently, no one will deny; hence old Sol may be responsible for the discrepancy existing between the number of new cars as given by Mr. Cheney and that stated by another well informed person, who told a GAZETTE reporter this afternoon that the company had only ordered four cars, for distribution over the several lines. The gentleman further stated that the new track, which has been ordered, is for the retracking of Maple avenue as far down as the "T" rail begins. Superintendent Baldwin, who has just returned from New York city, declined to say anything about the matter.

It begins to look as though there was going to be some riding in Elmira someday, somehow. Street railroads are going to be built and extended. This makes work and work makes business brisk and the GAZETTE says "Welcome the street railroads."

A NEW GENERATOR.

A new electric generator with a capacity to move twenty-five cars, has been ordered by Colonel Robinson. This fact and the fact that there is sufficient power now for the cars in use at the present time, show that more cars are to be used somewhere, sometime.

WILL THERE BE TROUBLE ?

A citizen of Baldwin street called at the City Clerk's office this afternoon to ascertain if the charter of the new West Side Railroad Company allowed a double track to be laid on Baldwin street. He said the citizens along that street do not object to a single track road, but, as four rails are being laid in each pile, he suspected that it was to be a double track and he would kick on that.

The charter merely grants permission to lay a street surface railroad and does not specify whether it shall be double or single track.

**The Examination Adjourned.**

The examination of William Adams was to have occurred in police court this afternoon, but the complainant, R. J. Keyes of Binghamton faiied to appear. Recorder O'Connell said he must be present, and that he had reason to believe he had been kept away. The case was adjourned. Col. Baxter appeared for Adams and John Babcock for the people.

**"Ye Olde Tyme Pick-Nick" Pioneers' Excursion.**

On Thursday August 4th, the 20th annual picnic and festival of the Western New York Pioneer Association will be held at Silver Lake and the Erie lines will run popular low rate excursions from all divisions. Train will leave Elmira at 7:30 a. m. Fare round trip only $1.25.—eodaug2

The old method of cooking with coal, wood or oil will now soon be forgotten. See the new system for sale by all first-class dealers in stoves, namely: C. W. Young & Co., Griswold, Maloney & Co., G. A. Gridley & Son, John J. Wagner, A. Hurst, W. C. Loomis, J. C. Sullivan.

BEWARE OF FRAUDS.—Be sure you get the genuine Dr. Thomas' Eclectric Oil. It cures Colds, Croup, Asthma, Derfness and Rheumatism.

## HORSE LARYNGITIS.

**What a Home Veterinary Surgeon Says About the Disease.**

To a GAZETTE reporter to-day Dr. Edward Stack of State street, who had just returned from a week's visit to Buffalo, said: "The disease known as the laryngitis, which has been giving the owners of horses so much trouble, is visibly on the decline. There are some cases of genuine epizootic in Western New York, especially in Buffalo. This is merely a more aggravated form of the laryngitis. I predict that the malady will have practically subsided within twenty days. But there is something else that is causing horsemen and veterinar ans far more anxiety It is what is commonly known as the glanders. This is one of the most terrible diseases to which horseflesh is addicted. What leperosy is in man, is the glanders among equines, in that it is incurable. While in Buffalo of course I spent most of my time visiting the veterinary hospitals there, and I might tell you of some re markable sights I saw. There the real epizootic seems to be far more familiar than in the smaller towns or country. On High street I attendod a clinic composed of a dozen of the most distinguished veterinarians in the city. It was held in a large barn belonging to a well known brewing company; fourteen of whose finest horses were the subjects of consultation. After critical investigation and carefui deliberation it was desired that the afflicted beasts were all affected with the glanders in different degrees, and they were all caused to be killed. Afterwards the place was quarantined and disinfected. Cases of the dread disease are not uncommon throughout the city. The glanders is dangerously transmissable, as has been repeatedly shown by experiment, or inocculation. It is a constitutional contagion peculiar to the genus equus (horse, ass and mule) readily communicable to man, sheep, goat, dog, cat, rabbit and guinea pig. It is as old as civilization. Vegetius Renatus, a veterinarian, who was famous during the reign of Theodosius, the Roman Emperor, wrote an exhaustive treatise on the subject. Its only cure is caution.

## THE BUFFALO SAVINGS BANK

**To Resume on The Basis of 78 Cents on The Dollar.**

BUFFALO, July 28.—Judge Ward sat in the Suprme Court this morning and reopened the proceeding in reference to the National Savings Bank matter. Deputy Attorney General Hogan and Superintendent Preston were present, also ex-Judge Daniels, Attorney Hoyt, Attorney Ford and Trustees White, Voltz, Morton, McKay and others inrerested. It will be recalled that the motion for the appointment of a receiver was postponed until to-day upon request of Mr. Preston, so that he could in the meantime gain a more complete knowledge of the actual condition of the bank. The examination is now practically completed, as all but a few of the pass books and those calling for small amounts have been brought in and examined.

The statement made a couple of weeks ago showed a deficiency of $285,000 between the assets and liabilities. Since then further shortages have been discovered to the amount of about $60,000, which have been nearly offset by $55,000 worth of property lately turned in by Dann. The deeds for this property, which was appraised by the new trustees last week, were turned over yesterday.

The new trustees held a meeting this morning and renewed their desire that the bank should resume business. They figured that it could pay 78 cents on the dollar. Superintendent Preston renewed his assurances that he wished to take the course that would best protect the depositors. After hearing the attorneys Judge Ward granted the order, allowing the bank to resume, on the basis of 78 cents on the dollar, which will allow a surplus to start with of $10,000, she name to be changed to the Empire State Savings Bank of Buffalo.

Superintendent Preston's revised statement shows that the assets of the bank are $1,058,549.30; liabilities $1,340,000, making the net deficiency $285,450.70. The total amount of the defalcation as discovered in the examination up to date is $486,875.43.

## LIFTED LIKE AN EGGSHELL.

**Several Persons on a Sail Boat Drowned in Ontario.**

WHARTON, Ont., July 28.—Nine persons, four ladies, one little girl, three white men and one Indian, left Cape Croker yesterday in a sail boat for Wiarton. When within ten minutes sail of Wiarton a squall struck them. The sails were all down at the time. The boat was lifted like an eggshell, and the ballast shifting she went over instantly. John Dance, living on the east shore, heard the screams of the wrecked party and went out with a row boat. When he arrived only two white men and the Indian were left, all three hanging to a wire on the boat. One of them was foaming at the mouth. The drowned are George Stevens and wife of Ghesney, S. T. Stevens, two sisters, of Guelph and Mrs. L. Currie and daughter of Wiarton. None of the bodies have been recevered. The storm was the worst ever known here.

**Went to Sleep in the Street.**

ROCHESTER, N. Y., July 28.—A travelling salesman was arrested early this morning on Andrews street, clad only in hat, shirt and socks. At the police station he gave the name of Arthur E. Law, travelling salesman. He insisted that he had been robbed of his clothing and money, but was under influence of liquor and could not tell where. Four hours later a policeman found the clothing neatly piled up on the sidewalk on Andrews street. Upon searching them $44, a gold watch, checks, etc., were found intact. It is thought he was under the impression that he was in his hotel and undressed on the street and retired for the night on the stone pavement.

**Shot His Little Cousin Aged 4.**

TROY, N. Y., July 28.—A 12-yeor-old son of Shadrack Allen of Pittsfield, Mass., while visiting at East Nassau, in this state, became angry at his little cousin, a 4-year-old daughter of Irving Allen, and shot the little girl with a shot gun. Four shot penetrated the child's skull, and many scalp wounds were made. The child is still alive


## Why You Should Use Cleveland's Baking Powder

It is beyond question perfectly wholesome, being composed only of pure cream of tartar and soda, with enough flour added to keep the strength, no ammonia, no alum, no adulteration whatever.

It is the strongest. A rounded teaspoonful of Cleveland's Baking Powder does more and better work than a heaping teaspoonful of others. A large saving on a year's baking.

Cake and other articles of food keep moist and fresh and do not dry up as when made with baking powders containing ammonia or alum.


## NEXT YEAR IN ELMIRA.

**The Grand Lodge of Knights of Pythias to Hold Its Session Here.**

TROY, N. Y., July 28.—At this morning's session, the Grand Lodge of Knights of Pythias decided that it would be inexpedient to pledge financial support to the proposed national Pythian temple at Washington, as the lodge is already committed in favor of a similar institution in this state. It was also decided to continue the office of State Deputy, which will be filled by appointment. The grand lodge appropriated $600 for salary and expenses to the State Deputy.

It was decided to hold the next session of the grand lodge at Elmira in the fourth week of July, 1893. It was decided that the question of eligibility to membership of persons engaged in the liquor traffic was a matter for the subordinate lodges to decide. A motion was made to renew the $500 appropriation to be given as prizes for a competitive drill under the direction of the uniformed divisions. It was laid on the table. Subsequently a motion to make the appropriation $400 was made. The Grand Chancellor ruled under the decision of 1890 the motion was out of order.

**Banker Geo. K. Sistar of New York Suicides.**

NEW YORK, July 28.—At 10:15 a. m. George K. Sistar, a member of the firm of Sistar Brothers, Bankers, 18 Broad street, committed suicide in his room at the Manhattan Club by shooting himself in the right temple, with a revolver. Mr. Sistar was 50 years old.

## FINANCIAL and COMMERCIAL

**To-Day's Oil Quotations.**

[By Telegraph to the GAZETTE.]

OIL CITY, July 28.—Oil opened 51⅛; 12:30 p. m. 51⅝; 1:30 p. m., 51⅝; closed 51⅝.

**Stock and Money Markets.**

[By Telegraph to the GAZETTE.]

NEW YORK, July 28.—Money 1½@2

Government bonds stead , railroad bonds steady stocks quiet firm.

| | | | |
|---|---|---|---|
| U. S. 4s registered | 116¼ | Mich. Cent | 107½ |
| U. S. 4s. cupon | 116¼ | M. L. S. & W | 90 |
| U. S. 4½s. registered | 100 | Do. pref | 130 |
| Central Pac. 1sts | 105¼ | Minn. & St. Louis | 16 |
| Erie 2nd | 105¼ | Do. pref | 37 |
| Northern Pac. 1sts | 116⅛ | Missouri Pacific | 60¼ |
| Do 2nds | 113⅛ | Nashville & Chat | 89 |
| N. W. Consols | 139½ | National Cordage | 121⅛ |
| Do. Debentures | 108 | Do. pref | 114 |
| St. Paul Consols | 130 | N. J. Central | 138 |
| Union Pacific 1sts | 106½ | Norfolk & Western | 11 |
| West Shore | 103¼ | Do. pref | 42⅞ |
| Atchison | 38⅛ | North American Co | 14⅜ |
| Adams Express | 150 | Northern Pacific | 21⅜ |
| Alton & Terra H't | 35 | Do. 1st pref | 58⅜ |
| Do. pref | 150 | Northwestern | 117½ |
| American Express | 118¼ | Do. pref | 144 |
| Buff. Rock & Pitts | 41½ | N. Y. Central | 113⅛ |
| Canadia Pacific | 88¾ | N. Y. Chi. & St. L | 16 |
| Canadian Southern | 59⅜ | Do. 1st pref | 72 |
| Central Iowa | 1 | Do. 2d pref | 35 |
| Central Pacific | 30¼ | N. Y. & New Eng | 35¾ |
| Ches. & Ohio | 24¾ | Ohio & Mississippi | 20½ |
| Do. 1st pref | 63 | Ontario & West'n | 19¾ |
| Do. 2nd pref | 43⅞ | Oregon Improve't | 21 |
| Chicago & Alton | 150 | Do. pref | 75 |
| Do. pref | 165 | Oregon Navigation | 78 |
| Chi. Bur. & Quincy | 101⅛ | Oregon Short Line | 22¾ |
| Chicago & E. Ill | 60 | Pacific Mail | 34⅛ |
| Do. pref | 99 | Peoria, Dec. & Ev | 17 |
| Chicago Gas | 82⅛ | Pittsburg | 155½ |
| Consolidated Gas | 114¾ | Pullman Palace | 197 |
| C., C. C. & St. L | 66⅛ | Reading | 60¾ |
| Do. pref | 98 | Richmond Term'l | 8½ |
| Colorado Coal | 34½ | Do. pref | 41 |
| Cotton Oil Certificate | 43⅛ | Rock Island | 80⅛ |
| Del. & Hudson | 138⅛ | R. W. & Ogdensburg | 112 |
| Del. Lack. & West'n | 159⅞ | S. L. & S. F. 1st pref | 76⅛ |
| Den. & Rio Grande | 16 | St. Paul | 83⅛ |
| Do. pref | 49 | Do. pref | 126 |
| Dist. & Cal. Feed | 48½ | St. Paul & Duluth | 43⅛ |
| East Tennesse | 4½ | Do. pref | 107 |
| Do. 1st pref | 33 | St. Paul & Omaca | 50¼ |
| Do. 2nd pref | 11 | Do pref | 119¼ |
| Edison Gen. E | 109⅛ | Silver Ceril0cates | 85⅞ |
| Erie | 28 | Sugar Certificates | 106⅞ |
| Erie pref | 67⅛ | Do. pref | 101¼ |
| Fort Wayne | 153⅛ | Tenn. Coal & Iron | 33⅛ |
| Gt. Nnorthern pref | 142 | Do. pref | 105 |
| Harlem | 250 | Texas Pacific | 9⅝ |
| Hocking Valley | 35¾ | Union Pacific | 38⅛ |
| Illinois Central | 102⅛ | U. Pa. Den. & Gulf | 16⅛ |
| Iowa Central pref | 40 | U. S. Express | 59 |
| Kansas & Texas | 15 | Utica & Black River | 150 |
| Kings'n & Pemb'k | 14 | Wabash, S. L. & P | 11¾ |
| Lake Erie & West'n | 24¼ | Do. pref | 26⅜ |
| Do. pref | 77¼ | Wells, Fargo & Co | 143 |
| Lake Shore | 134⅛ | Western Union Tel | 95¾ |
| Lead Trust | 37½ | Wisconsin Central | 17⅛ |
| Louisville & Nashv | 70⅜ | Wheeling & L. E | 30¾ |
| Manhattan Con | 132¼ | Do. pref | 73½ |
| Memphis & Ch'n | 50 | St. P., Minn & Man | 113⅞ |

**New York Produce Markets.**

NEW YORK, July 28.

COTTON—Steady; Uplands 7¼; Orleans 7⅝; Futures steady; July 7 40; Aug. 7 40; Sept. 7 45; Oct. 7 54.

FLOUR—Weak; superior 2 15@3 15; city mills 4 35@4 50; do patent 4 60@4 90; winter wheat low, grades 2 15@3 15; do fair to fancy 3 15@4 40; do patent 3 85@4 75; Minn. clear 3 10@3 65; straights 3 50@4 40; patent 4 00@5 00. Receipts 28,000 bbls.; sales 9 000 bbls.

RYE FLOUR—Steady; superfine 3 60@3 95.

WHEAT—Lower; receipts 72,000 bush; sales 1,500,000; July 83¾@; Aug 82⅞@83 5-16; Sept 83 7-16 @83¾; Oct 84⅝@85; Nov. —@—; Dec 87 9-16@ 87 13-16; May 1½@92.

RYE—Weak; western 72@75; state —@—.

CORN—Weak; Mixed —@—; No 2 Aug 55⅛@55⅜; No. 2, 57@58. Receipts 6,000 bush; sales 18,000.

OATS—Weaker; state 35¼@43; western 35@43. Receipts 24,000 bush; sales 50,000 bush.

BEEF—Firm; family 9 00@10 00.

PORK—Steady; old mess 12 25@13 25.

LARD—Firmer; 7 65@—.

BUTTER—Firm; state new 15@21. Creamery 20@22½.

CHEESE—Firm; new 7@9⅛; state white fine 8⅞ @9⅛; colored —@—.

SUGAR—Firm; crushed 5@5⅛; powdered, 4 13-16 @4 15-16; granulated 4⅝@4⅝.

PETROLEUM—Steady; crude 4 90@5 40; refined 5 95@6 00.

TALLOW—Inactive; 4¼@4 5-16.

EGGS—Weaker; 16½@16¾.

HAY—Firm; 60@90.

LEATHER—Firm; sole hemlock, Buenos Ayres, light to heavy weights, 16@22; common 14½@17½.

WOOL—Steady; domestic fleeces 25@35; pulled 20@32; Texas 17@23.

COAL—Firm, unchanged.


**T. PERRY & CO.**
**INSURANCE**
AND REAL ESTATE.
164 & 166 Lake Street.
OPPOSITE THE ROBINSON BUILDING

**ALBANY LAW SCHOOL**
ESTABLISHED 1851.
Course One Year. The Fall Term Begins September 13, 1892.
For Catalogue, &c., Address
DEAN, OR SECRETARY,
Albany, N. Y.
Graduates will please forward their addresses. july16deod2m



## EVERYBODY'S COLUMN.

LOST—A "Wirt" fountain pen on Magee or Fifth street. Reward if left at the GAZETTE office. lt

A SWEDISH GIRL wants a situation as dairy maid. Six years' experience and excellent references. 313 Tuttle avenue. july27d6t

WANTED—Corresponding agents in every town to inform us of parties intending opening or refitting saloons by the largest Saloon Fixture Manufacturers in the world. Good men can make $5000. The Rothschild Bar Fixture Co., 1158 Broadway, cor. 27th st., New York. july16deod7t

FOR SALE—House on Hudson street, 100 feet from Main. Apply to P. J. Neagle. dec6d2awtf

FOR SALE—The Peters house cor. Euclid Place and 3d st. Just built, all modern improvements, slate roof and good walks. One of the finest places in the city. Compton & Hurlbut, 112 Lake st. jy5dtf

FOR SALE—Residence 411 W. 1st st. 9 rooms with hall; hot and cold water and bath; good barn; plenty of fruit; lot 66x165. Compton & Hurlbut, agents. jy5dtf

TO RENT—2 new houses on West Water street. All the latest improvements. Apply to Grumme's furniture store. feb26dtf

MONEY TO LOAN—In New York and Pennsylvania on real estate mortgage. Investments made in these states and in western farm mortgages. R. King, 306 E. Water street. feb12dlyr

MONEY TO LOAN—On real estate, city or farm property. Compton & Hurlbut, 112 Lake street. feb26dtf

**E. E. THORNTON,**
Real Estate Agent.
153 Lake Street.
Real estate for sale in all parts of the city and country. Come and see me if you wish to buy.

**Elmira Opera House**
WAGNER & REIS, Managers.
FOUR NIGHTS AND ONE MATINEE.
COMMENCING
Wednesday, July 27.
THE
Columbia Comedy Company

Thursday, July 28........The Two Orphans
Friday, July 29........The Banker's Daughter
Saturday Matinee, July 30........Confusion
Sat. Night, July 30........Ticket of Leave Man

Prices 15, 25 and 35c.

**BACON & RUBIN,**
LICENSED SCAVENGERS.
Clean Cess Pools and Vaults by Improved Process.
ABSOLUTELY NO ODOR. Prompt service and reasonable charges. We are the only parties having all modern appliances for doing such work.
Six years experience. No pay unless work is done as agreed.
House 161 Washington Street.
Office 151 Baldwin St. july28d1w

**Lumber, Shingles, Lath, Sash, Doors, Blinds, Turned Work**
**Coal and Kindling Wood**
Full lines of the above at lowest prices may always be found at
**The H. C. SPAULDING CO'S.**
Telephone 121. Cor. 5th and State Sts.


## City of Elmira---Official Notice.

The Common Council of the City of Elmira do ordain and enact as follows:

Section 1—Every person except those authorized by law to make arrests, and persons to whom permits shall have been issued. as hereinafter provided, who shall have in his possession within the city of Elmira, a pistol of any description concealed on his person, shall be punished on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

Section 2—Any person twenty-one years old and over, except as provided in section one of this ordinance, who has occasion to carry a pistol for his protection, may apply to the chief of police of this city, and such officer if satisfied that the applicant is a proper and law-abiding person, may issue a permit, if approved by the Commissioners of Police, to the said person, allowing him to carry a pistol of any description. The chief of police shall keep a list of such permits granted and shall make returns of the same, upon suitable blanks, to the Commissioners of Police as each meeting of the board for their approval.

Section 3—The chief of police is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul or revoke any permit given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

Section 4—If, at the time of arrest of any person, a pistol of any description shall be found upon the person so arrested, without the necessary permit to carry the same, it shall be deemed to work a forfeiture of any right or interest such person may have to, or in such pistol; and the officer making the arrest shall, in addition to the complaint for which the arrest is made, make a separate complaint of violation of this ordinance.

Providing that this section shall not apply to any person who may be carrying a pistol unloaded from the place of its purchase to the residence or to the place of business of such person.

CITY CLERK'S OFFICE, } ss:
CITY OF ELMIRA. }

I hereby certify that the foregoing ordinance was duly adopted by the Common Council at a regular meeting thereof, held Monday, July 18th, 1892.

THOMAS S. SMITH,
City Clerk.

Dated City Clerk's Office, Elmira, N. Y., July 22, 1892. july28dtaw2w-fri-tu

# City of Elmira---Official Notice.

The Common Council of the City of Elmira do ordain and enact as follows:

Section 1—Every person except those authorized by law to make arrests, and persons to whom permits shall have been issued. as hereinafter provided, who shall have in his possession within the city of Elmira, a pistol of any description concealed on his person, shall be punished on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

Section 2—Any person twenty-one years old and over, except as provided in section one of this ordinance, who has occasion to carry a pistol for his protection, may apply to the chief of police of this city, and such officer if satisfied that the applicant is a proper and law-abiding person, may issue a permit, if approved by the Commissioners of Police, to the said person, allowing him to carry a pistol of any description. The chief of police shall keep a list of such permits granted and shall make returns of the same, upon suitable blanks, to the Commissioners of Police as each meeting of the board for their approval.

Section 3—The chief of police is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul or revoke any permit given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

Section 4—If, at the time of arrest of any person, a pistol of any description shall be found upon the person so arrested, without the necessary permit to carry the same, it shall be deemed to work a forfeiture of any right or interest such person may have to, or in such pistol; and the officer making the arrest shall, in addition to the complaint for which the arrest is made, make a separate complaint of violation of this ordinance.

Providing that this section shall not apply to any person who may be carrying a pistol unloaded from the place of its purchase to the residence or to the place of business of such person.

CITY CLERK'S OFFICE, }
CITY OF ELMIRA. } ss:

I hereby certify that the foregoing ordinance was duly adopted by the Common Council at a regular meeting thereof, held Monday, July 18th, 1892.

THOMAS S. SMITH,
City Clerk.

Dated City Clerk's Office, }
Elmira, N. Y., July 22, 1892. } july22dtaw2w-fri-tu