# EXHIBIT F

# REVISED CHARTER

### AND

## ORDINANCES

#### OF THE

# CITY OF LOCKPORT

PRINTED BY AUTHORITY OF THE COMMON COUNCIL
OF THE CITY.

## LOCKPORT, N. Y.

AUGUST, 1913.

Generated on 2021-06-15 14:02 GMT / https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

336                    PENAL ORDINANCES

of sixteen years, to allow or permit any such child or ward to go or be in or upon any street, alley, park or other public places, within the time prohibited in section one of this ordinance, unless there exists a reasonable necessity therefor.

Sec. 3.  **Curfew bell.**  Two strokes of the fire alarm bell shall be given by the police from police headquarters, at the appointed time, as a warning, to be called the "Curfew Bell," after which a child is required to be in his or her home or off the streets.

Sec. 4.  **Penalty.**  Any policeman, constable or peace officer, is hereby authorized to arrest any such minor violating any of the provisions of section one of this ordinance, and for the first violation to take such child to his home and notify his parents or guardian of said violation, and of the penalty if again arrested; upon any subsequent violation of the provisions of this ordinance, said parents or guardian shall be fined not less than One Dollar ($1.00) nor more than Five Dollars ($5.00); and if it shall appear that said child or minor person for want of proper parental care is growing up in mendicancy or vagrancy, or is incorrigible, such proceedings shall be had and taken as authorized and provided by law in such cases.

Sec. 5.  This ordinance shall take effect immediately.

---

## PENAL ORDINANCE NO. 35.
## CONCEALED WEAPON.

(Adopted Dec. 7, 1909.)

The common council of the city of Lockport do ordain as follows:

Section 1.  **Concealed weapon.**  No person over the age

Generated on 2021-06-15 14:03 GMT  /  https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

of 16 years shall have or carry concealed upon his person, in said city, any pistol, revolver, or other firearm without a written license therefor, theretofore issued to him by the chief of police of such city as hereinafter provided.

Sec. 2. **Permit.** The chief of police may, upon application therefor, issue to any person, who is over sixteen years of age and a citizen of the United States, a permit in writing to carry a pistol or revolver in said city. For such permits so issued said chief of police shall charge and receive a fee of one dollar and fifty cents in advance. Said permit shall not continue in force for more than one year, and may, in the discretion of the chief of police, be revoked or renewed from time to time upon the payment in advance of one dollar and fifty cents for each year, or fraction thereof. The chief of police shall keep a record of the name, age, residence and occupation of every person to whom he shall issue such permit, and date of issue, or renewal, and the fee received for the same; and all the fees so received by him shall be deposited monthly in the city treasury to the credit and for the use of the police pension fund of said city. Any permit issued hereunder shall be produced and exhibited by any person holding the same, upon the request of a member of the police department of said city.

Sec. 3. **Penalty.** Any person violating any of the provisions of this ordinance shall be guilty of a misdemeanor and shall be punishable by a fine not to exceed fifty dollars, or imprisonment not to exceed six months, or by both such fine and imprisonment. And all fines imposed and collected for a violation of this section shall be deposited to the credit of said pension fund by the person so collecting the same.

Sec. 4. This ordinance shall take effect immediately.

Generated on 2021-06-15 14:03 GMT / https://hdl.handle.net/2027/nyp.33433082074760
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY