# EXHIBIT J

# A DIGEST

OF THE

# LAWS OF PENNSYLVANIA,

FROM THE

## YEAR ONE THOUSAND SEVEN HUNDRED

TO THE

## TWENTY-FIRST DAY OF MAY, ONE THOUSAND EIGHT HUNDRED AND SIXTY-ONE.

ORIGINALLY COMPILED BY
JOHN PURDON, ESQ.

### NINTH EDITION.

Revised, with Marginal References; Foot Notes to the Judicial Decisions; Analytical Contents; a Digested Syllabus of each Title; and a New, Full and Exhaustive Index.

BY

FREDERICK C. BRIGHTLY, ESQ.,

AUTHOR OF "EQUITY JURISPRUDENCE;" "UNITED STATES DIGEST," ETC.

PHILADELPHIA:
KAY & BROTHER, 19 SOUTH SIXTH STREET,
LAW BOOKSELLERS, PUBLISHERS & IMPORTERS.
1862.

Entered, according to Act of Congress, in the year one thousand eight hundred and forty-six, by THOMAS DAVIS, in the Clerk's office of the District Court of the Eastern District of Pennsylvania.

Entered, according to Act of Congress, in the year one thousand eight hundred and fifty-one, by JAMES KAY, in the Clerk's office of the District Court of the Eastern District of Pennsylvania.

Entered, according to Act of Congress, in the year one thousand eight hundred and fifty-three, by JAMES KAY, in the Clerk's office of the District Court of the Eastern District of Pennsylvania.

Entered, according to Act of Congress, in the year one thousand eight hundred and sixty-two, by KAY & BROTHER, in the Clerk's office of the District Court of the Eastern District of Pennsylvania.

MEARS & DUSENBERY, STEREOTYPERS.

[ 534 ]

# Hunting.

[See GAME.]

1 Penalty for hunting deer at certain seasons. Mode of conviction.
2. What to be sufficient evidence.
3. Penalty for hunting on another's lands without license.
4. Penalty for shooting in the streets of a town.
5. Appropriation of penalties.
6. Constables to present offenders.

**Penalty for hunting deer at certain seasons.** 1. If any person or persons shall hunt, chase or follow with a design to kill or destroy any buck, doe or fawn,(a) within the lands already or hereafter to be purchased of the Indians, at any other time or season, excepting only between the first day of the month of August, and the first day of the month of January, and shall be lawfully convicted(b) **Mode of conviction.** thereof by the oaths or affirmations of one or more credible witnesses, or the confession of the party, before one or more justices of the peace for the respective county, where such offence shall be committed, he or they shall forfeit and pay the sum of three pounds for every such offence, to the uses aforesaid: *Provided*, such conviction be made within six months after such offence committed.

**What to be sufficient evidence.** 2. Every person in whose custody shall be found, or who shall expose to sale any green deer-skins, fresh venison, or deer's flesh, at any other time of the year, than what is before excepted, such green deer-skins, fresh venison or deer's flesh, shall be deemed and taken as evidence of the guilt of the person in whose custody the same shall be found.

**Penalty for hunting on another's lands without license.** 3. If any person or persons shall presume to carry any gun, or hunt on any enclosed or improved lands of any inhabitants of this province, other than his own, unless he shall have license or permission from the owner of such lands, or shall presume to fire a gun on or near any of the king's highways, and shall be thereof convicted, either upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall, for every such offence, forfeit the sum of forty shillings.

**Penalty for shooting in the streets of a town.** 4. No person whatsoever shall presume to shoot at, or kill with a fire-arm, any pigeon, dove, partridge or other fowl, in the open streets of the city of Philadelphia, or in the gardens, orchards and enclosures adjoining upon, and belonging to any of the dwelling-houses within the limits of the said city, or suburbs thereof, or any of the boroughs or towns within this province, upon the forfeiture of forty shillings for every such offence, to be convicted in the manner aforesaid.

**Appropriation of penalties.** 5. All which penalties and forfeitures, not hereinbefore appropriated, shall be paid, one moiety thereof to the informer, and the other to the overseers of the poor of the township where such offence is committed, for the use of the poor of the said township, but if convicted upon view of a justice of the peace, the whole forfeiture shall be paid to the overseers of the poor of the said township, for the use of the poor of said township; and if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods by warrant, under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any, to the owner, the charge of distraining being first deducted; and for want of such distress, he shall be committed to prison, where the forfeiture is three pounds, for the space of thirty days; and where the forfeiture is forty shillings, for the space of twenty days, without bail or mainprise.

**Constables to present offenders.** 6. The constable of each respective township, in every county of this province, having any knowledge of any offences against this act, shall, and is hereby required, under the penalty of five pounds, to present, on oath or affirmation, every such offence to some one justice of the peace of their respective counties, or before the justices of the general quarter sessions of the peace for the same county, together with the name or names of all such offenders, that they may be tried, agreeably to the provisions of this act.

1. Act 9 April 1760, § 3. 1 Sm. 228.
2. Ibid. § 4.
3. Ibid. § 6.
4. Ibid. § 7.
5. Ibid. § 9.
6. Ibid. § 2.

(a) See act 7 March 1821, against hunting in enclosed grounds in the counties of Philadelphia and Delaware. 7 Sm. 386. For killing deer in certain counties; see acts 8 April 1840, P. L. 251; 4 March 1841, P. L. 56; 29 April 1844, P. L. 524; 11 April 1845, P. L. 370; 3 March 1848, P. L. 97; 24 March 1848, P. L. 223; 2 April 1850, P. L. 320; 24 March 1851, P. L. 213; 10 April 1851, P. L. 588; 9 April 1852, P. L. 300; 3 March 1853, P. L. 702; 11 March 1853, P. L. 170; 14 April 1853, P. L. 428; 20 April 1854, P. L. 413; 18 April 1855, P. L. 833; 10 February 1855, P. L. 27; 8 April 1857, P. L. 175; 20 May 1857, P. L. 606; 19 March 1858, P. L. 131; 22 April 1858, P. L. 455; 24 March 1859, P. L. 220; 30 March 1859, P. L. 306; 2 April 1859, P. L. 346; 14 April 1859, P. L. 645; 21 March 1860, P. L. 2, 7; 26 March 1860, P. L. 267; 30 March 1860, P. L. 373; 2 April 1860, P. L. 507; 22 April 1861, P. L. 179; 1 May 1861, P. L. 650; and 1 May 1861, P. L. 643.

(b) The proceedings must be by summary conviction, at common law. 1 Ash. 182.