# EXHIBIT N

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

OF THE

# STATE OF LOUISIANA,

AT THE

# EXTRA SESSION,

HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

ON THE 23d OF NOVEMBER, 1865.

PUBLISHED BY AUTHORITY.

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

# ACTES

## PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

## SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA N<small>LLE</small>-ORLÉANS,

### LE 23me JOUR DE NOVEMBRE 1865.

---◆◆◆---

PUBLIÉS PAR AUTORITÉ.

NOUVELLE-ORLÉANS:
J. O. NIXON, IMPRIMEUR D'ÉTAT.
1866.

14

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---:|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

SEC. 2. Be it enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 18, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 10.]   AN ACT

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

*Penalty.*

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans. Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

| | |
|---|---:|
| C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents | $2,327 18 |
| Allen Hill, deux mille soixante-seize piastres et cinquante cents | 2,076 50 |
| A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents | 1,639 92 |
| Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents | 284 35 |
| J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents | 371 65 |
| P. Ward, cent piastres | 100 00 |
| John Gauche, vingt piastres et cinquante cents | 20 50 |
| Sampson & Keen, trente piastres | 30 00 |
| G. W. R. Bailey, deux cents piastres | 200 00 |
| Total | $7,050 10 |

SEC. 2. Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,<br>
Orateur de la Chambre des Représentants.<br>
ALBERT VOORHIES,<br>
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 18 décembre 1865.
J. MADISON WELLS,<br>
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 10.]                        ACTE

*Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.*

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excèdera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente. *(Peine contre le port illégal d'armes à feu.)*

Repealing clause.

SEC. 2. Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]  AN ACT

To Prevent Trespassing.

Persons offending against this Act, before whom tried.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of competent jurisdiction, and upon proof of the fact shall be fined in a sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

Fine.

Repealing clause.

SEC. 2. Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

SEC. 3. Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.

Approved December 20, 1865.

J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]  AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act relative to crimes and offences," approved March 14, 1855.

SECTION 1. Be it enacted by the Senate and House of Representatives of the State of Louisiana in General Assembly convened, That

Sec. 2. Décrètent de plus: Toutes lois ou dispositions contraires à cet acte, sont et demeurent abrogées par les présentes. — Clause d'abrogation.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 11.]  ACTE

Empêchant la violation du droit de propriété.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: Quiconque entrera dans une habitation sans le consentement du propriétaire ou de son agent, sera considéré coupable d'un délit, et sera sujet à être arrêté et traduit devant toute cour de juridiction compétente; la preuve du fait susdit entraînera une condamnation à une amende qui n'excèdera pas cent piastres, ou à un emprisonnement qui ne durera pas plus d'un mois, et l'on pourra de plus exiger du coupable un cautionnement qui répondra de sa bonne conduite pendant six mois. — Devant quel juge sera traduite toute personne contrevenant au présent acte. Amende.

Sec. 2. Décrètent de plus: Toutes lois ou dispositions à ce contraires, sont par le présent abrogées. — Clause d'abrogation.

Sec. 3. Decrètent de plus: Cet acte sortira son effet à compter de son adoption. — Mise à effet.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

---

No. 12.]  ACTE

Amendant et rééditant la cent vingt-et-unième section de l'acte intitulé: "Acte relatif aux Crimes et Délits," approuvé le 14 mars 1855.

Section 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent:

3