# EXHIBIT Q

# REVISED STATUTES

OF

# THE STATE OF DELAWARE,

OF

EIGHTEEN HUNDRED AND FIFTY-TWO,

As they have since been amended, together with the Additional Laws of a Public and General Nature, which have been enacted since the publication of the Revised Code of eighteen fifty-two,

TO THE YEAR OF OUR LORD ONE THOUSAND EIGHT HUNDRED AND SEVENTY-FOUR;

TO WHICH ARE ADDED, THE

CONSTITUTIONS OF THE UNITED STATES AND OF THIS STATE,

THE DECLARATION OF INDEPENDENCE,

AND

# APPENDIX.

ARRANGED AND PUBLISHED BY AUTHORITY OF THE GENERAL ASSEMBLY.

WILMINGTON, DEL.:
PRINTED BY JAMES & WEBB.
1874.

Case 7:21-cv-05334-NSR    Document 65-17    Filed 11/30/22    Page 3 of 9

272                         LAWS OF DELAWARE.

PROTECTION OF FISH, OYSTERS AND GAME. CHAP. 55. CHAP. 435, VOL. 13.

| | |
|---|---|
| Penalty for neglect. | streets in said town that is not now kept up at the expense of Sussex County or Northwest Fork Hundred. That upon the neglect or failure on the part of the party or parties having such money in hand, to pay the same over to the said Town Commissioners within thirty days after a demand is properly made, the parties so holding said money shall forfeit and pay, for the use of the said Town of Seaford, double the amount that is proved to be in their hands, to be recovered as a debt in a civil action. |
| Act f Feb. 3, 1864, re pealed. | SECTION 7. That the act hereinbefore referred to, entitled, "An act relating to the exportation of oysters from this State," passed at Dover, February 3, 1864, be and the same is hereby repealed, made null and void on and after the first day of June next. |

*Passed at Dover, March 16, 1865.*

### CHAPTER 435. VOL. 13 LAWS OF DELAWARE.

AN ACT FOR THE PROTECTION OF TERRAPINS OF INDIAN RIVER AND REHOBOTH BAY, AND WATERS ADJACENT THERETO.

| | |
|---|---|
| Terrapins of certain size not to be disposed of. Amendment, Chap. 420, Vol. 14. | SECTION 1. That from and after the passage of this act it shall be unlawful for any person or persons to take, carry away, use, sell, or in anywise dispose of, (or any person or persons buying or receiving) any terrapin or terrapins taken or caught in or along Indian River and Rehoboth Bay, or waters adjacent thereto, of less size than (six) inches on the lower or under shell, measuring lengthwise; but it is and shall be the duty of all and every such person or persons so catching, or taking any such terrapin or terrapins of less size than (six) inches on the lower or under shell, measuring as aforesaid, to put into or return back to said waters any such terrapin or terrapins so caught or taken, and any person or persons violating any of the provisions of this section shall forfeit and pay for each and every offence (fifteen) dollars, one-half for the use of the State and one-half to the person who may sue for the same, to be recovered with cost of suit as other debts of like amount are recoverable before any justice of the peace in Sussex county. |
| Penalty for violation of this Section. How recovered. | |
| Unlawful to use dredges. | SECTION 2. That from and after the passage of this act it shall be unlawful for any person or persons to use any dredge or dredges for the purpose of catching or taking any terrapin or terrapins in said Indian river or Rehoboth Bay, or waters adjacent thereto; any person or persons violating this section shall forfeit and pay twenty dollars for each and every offence, one-half for the use of the State and one-half to any person who may sue for the same, to be recovered with cost of suit as debts of like amount are recoverable before any justice of the peace in Sussex county. |
| Penalty. | |
| How recovered. | |

*Passed at Dover, March 16, 1869.*

### GAME, WILD FOWL, &c.

| | |
|---|---|
| Non-resident prohibited from fishing or fowling. Amendment, Vol. 14, Chap. 421. | [SECTION 10. It shall be unlawful for any person not being a citizen of this State, to catch, take or kill, by himself or by his agent, or as the agent for, or in the employment of any other person, whether such other person be or be not a citizen of this State, any fish, wild goose, wild duck, or other wild fowl upon any of the waters of this State, or upon any marsh or land bordering thereon, or to enter upon such waters, land or marsh for such unlawful purpose, and any person offending against the provisions of this section shall be deemed guilty of a misdemeanor and shall pay a fine of not less than fifty dollars, and not more than one hundred dollars, and any boat |
| Misdemeanor. Fine. | |

PROTECTION OF FISH, OYSTERS AND GAME. CHAPTER 55.

or vessel, with her tackle, apparel and furniture, and any gun, decoy-geese, or decoy-ducks, used with the consent or knowledge of the owner thereof, shall be forfeited, and may be seized condemned and sold as hereinafter provided. But this section shall not prohibit a citizen of this State, nor any person being a citizen thereof regularly in his employment, from catching, taking or killing any such fish or wild fowl upon any of said waters, or land and marsh. But this section shall not prohibit any owner of any marsh or land bordering thereon, though not a citizen of this State, from catching, taking or killing any fish or wild fowl upon marsh or land so owned by him and the waters adjacent thereto. It shall be the duty of any justice of the peace, upon affidavit made that a person has violated this section, forthwith to issue his warrant, directed to the sheriff or in his absence to any constable, commanding him to arrest the person so charged and to bring him forthwith before such justice for trial. *Forfeiture. Proviso. Further proviso. Justice to issue warrant.*

If upon such trial the said justice shall find that the person arrested has violated this section, he shall thereupon fine such person in a sum not exceeding one hundred dollars and not less than fifty dollars, and shall commit him to the custody of said sheriff or constable, who made the arrest, until said fine and costs are paid ; *Provided*, that if the person so arrested shall, upon appearing before the justice, elect in writing to be tried by a jury in the Court of General Sessions of the Peace and Jail Delivery, and shall enter into a recognizance to the State of Delaware, with one or more sufficient sureties, in the sum of two hundred dollars for his appearance at said court for trial, then, and in that case the said justice shall have no further jurisdiction, and shall return the said affidavit, election and recognizance to the Clerk of the Peace in and for the county in which such offence is alleged to have been committed. *Fine. Proviso. Trial by jury. Recognizance. Affidavit, &c., returned to Clerk of the Peace.*

The said Clerk of the Peace shall, on the first day of the term of said court to which they are returned, deliver the said affidavit, election and recognizance to the Attorney General, who shall cause the person charged to be prosecuted as in other cases of misdemeanor. *Affidavit, &c. delivered to Attorney General. Attorney General to prosecute.*

The said recognizance shall be according to the form prescribed in Section 8 of Chapter 97 of the Revised Code, except that after the word "answer," in the ninth line of said form, it shall be as follows : " a certain charge made in and by the affidavit of C. D. that he the said A. B. has violated Section 10, of Chapter fifty-five of the Revised Code of the State of Delaware, entitled " For the protection of fish, oysters and game," and shall not depart the Court without leave thereof, then this recognizance to be void, otherwise to be and remain in full force and virtue. Taken, signed and acknowledged before me ———— a justice of the peace for said county, the ——— day of ———, A. D. 18—. *Form of recognizance.*

It shall be the duty of any justice of the peace, upon affida- *Duty of Justice to*

21

PROTECTION OF FISH, OYSTERS AND GAME. CHAPTER 55.

| | |
|---|---|
| issue warrant upon affidavit that boats, &c., are used in violation of this act. Trial. | vit made that a boat or vessel, gun, decoy-geese or decoy-ducks is or are used or have been used in violation of the provisions of this section, forthwith to issue his warrant to the sheriff, or, in his absence, to any constable, commanding him to seize and detain such boat or vessel, and all guns and decoys used as aforesaid for trial before said justice ; and if, upon such trial, the justice shall find that such boat, vessel, gun, or decoys have been or are used with the consent or knowledge of the owner thereof, in violation of this section, he shall |
| Warrant to sell. | thereupon issue his warrant to the sheriff or constable who seized such property, commanding him to sell the same at pub- |
| Notice. | lic auction, upon five days' notice, posted at five several places |
| Proceeds of sale divided among captors. Proviso. Appeal. | in the county where said property is to be sold, and to divide the proceeds of such sale, after deducting costs and charges, equally among the captors and informers ; *Provided* that in the case of the condemnation of such property, an appeal shall be allowed from the judgment of said justice, if applied for within ten days, to the Court of General Sessions of the Peace |
| Security. | and Jail Delivery, on security being given by bond and suffi- |
| Condition of bond. | cient surety in the full value of the property condemned, conditioned to be void if such judgment shall be reversed by said |
| Jury trial. | court. Upon such appeal a jury trial shall be had on the issue whether the property seized has been used in violation of this section, and if it be found in the affirmative, the court shall affirm the judgment of the justice, otherwise such judgment shall be reversed and the property seized shall be sold or released accordingly. |
| Attorney General to appear for captors. | The Attorney General shall appear for the captors and defend the appeal. |
| Posse comitatus. | The sheriff or constable, in the execution of either or both of said warrants, may, if necessary, summon the *posse comitatus*, armed with fire-arms and ammunition, and may require the assistance of any other boat or vessel on paying or tendering |
| Not necessary to state name in affidavit. Name may be inserted after arrest. Penalty for resisting an officer. | just compensation therefor. It shall not be necessary that either of the affidavits or warrants herein provided shall state the name of the person charged, nor of the boat or vessel, nor of the owner or owners of such boat or vessel, or other property ; such name or names may be inserted in the proceedings after the arrest or seizure. If any person shall resist or oppose the sheriff or constable, or other persons in the execution of said warrant or warrants, or shall resist the lawful seizure of such boat, vessel, or other property, such person shall be deemed guilty of a misdemeanor and shall pay to the |
| Fine. Warrant may be executed in any county. | State a fine of one hundred dollars. The said sheriff or constable, to whom such warrant is delivered for execution, may execute the same in either county of this State, and if, after due diligence, the sheriff or constable cannot arrest the person charged as aforesaid, because of his absence from the State, |
| Non est inventus. Affidavit. | he shall return said warrant or warrants to said justice with the indorsement " *non est inventus* " thereon, whereupon the said |

Case 7:21-cv-05334-NSR   Document 65-17   Filed 11/30/22   Page 6 of 9

LAWS OF DELAWARE.                              275
PROTECTION OF FISH, OYSTERS AND GAME. CHAPTER 55.

justice shall forthwith deliver the said affidavit and warrant to the Clerk of the Peace for the county wherein such offence is charged to have been committed. <span style="float:right">*and warrant delivered to clerk of the peace.*</span>

It shall be the duty of the Attorney General to cause the person therein charged, to be indicted, and with all others indicted under this chapter who are out of the State, to be demanded and brought to trial. The sheriff or constable shall be entitled to five dollars per day when the person charged shall be brought for trial, and each person summoned by him and rendering him aid to one dollar per day ; but if the person charged shall not appear before said justice, the said officer shall be entitled to two dollars per day, and the persons summoned and rendering him aid to fifty cents per day each. *Attorney General to indict. Requisition. Compensation of sheriff or constable, &c.*

The justice of the peace shall be entitled to fifty cents for taking and filing said affidavit and issuing said warrant, and to one dollar for each trial and judgment under this section, all which fees and costs shall be paid by the person convicted or the property condemned and sold as aforesaid, or by the State in case of acquittal ; *Provided, however*, that this section shall be subject to the license laws of this State in regard to fishermen. *Fees of Justice. Proviso.*

SECTION 11. That if any person shall kill, take or destroy, sell, or expose to sale, or have in his or her possession after the same has been killed, in either of the counties of Kent or Sussex, any partridge, pheasant or rabbit between the fifteenth day of February and the first day of November, or in the county of New Castle between the first day of January and the first day of November, or any woodcock, in either of the said counties, between the first day of January and the first day of July, in any year, such person shall be deemed guilty of a common nuisance, and upon conviction thereof before any justice of the peace in this State shall be fined five dollars for each bird or rabbit so killed, taken or destroyed, sold, or exposed to sale, or in his or her possession after the same has been killed, and if such person shall fail or refuse to pay such fine and all costs immediately, the said justice shall forthwith commit him to the custody of the sheriff until the same are paid, one-half of said fine for the use of the State, the other half for the informer. *Provided*, that this section shall not prohibit any person from killing game on his own land at any time. *Penalty for killing game out of season. Common nuisance. Fine. Commitment for refusing to pay fine. Fine, one-half to informer. Proviso.*

SECTION 12. That if any person shall, at any time or place within this State, take, kill or destroy in any manner whatever any partridge, pheasant, woodcock, or other game bird in the night time, that is to say, within the time from one hour after sunset until one hour before sunrise, and every person found with gun, dog or net between the hours aforesaid having in his or her possession any partridge, pheasant, woodcock or other game bird shall be deemed to have taken or killed the same in violation of this section unless the contrary *Penalty for killing game in the night time.*

PROTECTION OF FISH, OYSTERS AND GAME. CHAPTER 55.

<div style="margin-left: 2em;">

*Taking game with net or trap.* be proved, or if any person shall, at any time or place within this State, take, kill or destroy any partridge, pheasant, woodcock, or other game bird, with or by means of any net, trap, or snare, every such person shall be deemed guilty of a common nuisance, and upon conviction thereof before any justice *Fine.* of the peace in this State shall be fined five dollars for each partridge, pheasant, or other game bird so killed, taken or *Commitment for refusal to pay fine* destroyed, and if such person shall fail or refuse to pay such fine and all costs immediately, the said justice shall forthwith commit him to the custody of the sheriff until the same are paid, one-half of said fine for the use of the State, the other half for the informer.

*Common nuisance to kill rabbits by the use of the ferret.* SECTION 13. If any person shall, within this State, take, kill or destroy any rabbit or hare by the use of the ferret, or shall have in his possession any ferret while hunting for or after any hare or rabbit, or shall be associated in hunting for hares or rabbits with others who shall have in their possession or under their control any ferret, such person shall be deemed guilty of a common nuisance, and upon conviction thereof before any justice of the peace in this State shall be fined twenty-five *Fine.* dollars for each offence, and if such person shall fail or refuse *Commitment for refusal to pay fine.* to pay such fine and all costs immediately, the said justice shall forthwith commit him to the custody of the sheriff until the same are paid ; one half of said fines for the use of the State, the other half for the informer.

*Common nuisance for non resident to kill game on land of another.* SECTION 14. If any person not a citizen of this State shall himself, or by his agent, or by acting as the agent for or in the employment of another person, whether such other person be or be not a citizen of this State, kill, take or destroy any partridge, pheasant wood-cock, or tolan, or reed-bird, rail, or rabbit, in this State, upon land not owned by himself, without license from the owner or occupant thereof, such person shall be deemed guilty of a common nuisance, and upon conviction thereof before any justice of the peace in this State, shall be *Fine.* fined five dollars for each bird or rabbit so killed, taken and *Trespasser.* destroyed, and shall be liable as a trespasser, and if such per- *Commitment for refusal to pay fine.* son shall fail or refuse to pay such fine and all costs immediately, the said justice shall forthwith commit him to the custody of the sheriff until the same are paid.

*Possession.* If any such person shall have in his possession such bird or rabbit it shall be evidence of his having killed, taken or destroyed the same, or that it was killed, taken or destroyed for his use in violation of this section, unless otherwise proved : one half of said fine for the use of the State, the other half for the informer.

*Common nuisance to kill insectivorous birds.* SECTION 15. If any person within either of the counties of this State shall kill, take or destroy, upon lands not owned by himself, any of the following birds, viz : Robin, blue-bird, martin, swallow, mocking-bird, thrush, wood-pecker, sparrow, wren, whip-poor-will, cat-bird, night-hawk, wake-up, dove,

</div>

PROTECTION OF FISH, OYSTERS AND GAME. CHAPTER 55.

cuckoo, king-bird, oriole, fire or red-bird, yellow-bird, humming-bird, ground-robin, field-lark, sky-lark, brown-thrasher, flicker, sap-sucker, or other insectivorous bird, or shall wilfully take or destroy the eggs or nest of any of the aforesaid birds, such person shall be deemed guilty of a common nuisance, and upon conviction thereof before any justice of the peace, in this State, shall be fined one dollar for each bird so killed, taken or destroyed, or for each nest of birds-eggs taken or destroyed as aforesaid : and every person having such bird in his possession shall be deemed to have taken, killed or destroyed the same in violation of the provisions of this section, unless the contrary be proved ; and if such person shall fail or refuse to pay such fine and all costs immediately, the said justice shall forthwith commit him to the custody of the sheriff until the same are paid ; one-half of said fine for the use of the State, and the other half for the informer. <span style="font-size:smaller">Fine. Possession evidence. Commitment for refusal to pay fine.</span>

SEC. 16. If any person or persons shall enter upon any lands not owned by himself, with gun and dog, or with gun alone, for the purpose of shooting any kind of birds or game without first obtaining permission to do so by the owner or occupant, he shall forfeit and pay a fine of five dollars ; and if he shall not pay the said fine he shall forfeit his gun until redeemed, as hereinafter provided. The justice of the peace shall hold the said gun for thirty days, for the purpose of giving the owner time to redeem it by paying the fine imposed by law ; at the expiration of said time it shall be publicly sold, and so much of the proceeds as is necessary shall be appropriated to the payment of said fine, and the balance to be returned to the owner of the gun. That all said fines shall be paid into the State Treasury. <span style="font-size:smaller">Penalty for entering upon lands with gun and dog. Fine. Forfeiture. Justice to hold gun 30 days for redemption. Sale. Proceeds appropriated to pay fine. Fines to be paid into State Treasury.</span>

SEC. 17. That the justices of the peace in this State shall have plenary jurisdiction in all cases of the violation of any of the provisions of Sections 11, 12, 13, 14, 15 and 16 of this act ; and it shall be the duty of any justice, upon information, in writing, to him that a person has violated, or is violating any of the provisions of the said sections, to issue his warrant, directed to the sheriff, or to any constable, to arrest such person and bring him before said justice for trial. If, upon such trial, the said justice shall find that the person arrested has violated any provisions of said sections, he shall thereupon impose the fine and penalties in said section mentioned. If any justice of the peace shall refuse or neglect to forthwith issue his warrant, as directed in this section, and if any sheriff or constable shall refuse or neglect to promptly execute such warrant, he shall be deemed guilty of a misdemeanor, and shall, upon indictment and conviction, be fined fifty dollars for each offence. <span style="font-size:smaller">Justices to have plenary jurisdiction. Justice to issue warrant; when. Trial. Fines and penalties imposed. Misdemeanor for an officer to refuse to perform his duty. Fine.</span>

SEC. 18. All penalties and forfeitures incurred under this chapter shall, if not otherwise herein appropriated, belong to the informer, and be for the use of any one who will sue for <span style="font-size:smaller">Penalties and forfeitures not otherwise appropriated.</span>

Case 7:21-cv-05334-NSR   Document 65-17   Filed 11/30/22   Page 9 of 9

278                          LAWS OF DELAWARE.

PROTECTION OF FISH, OYSTERS AND GAME. CHAP. 55.   CHAPS. 531 & 525, V. 11.

to be for use of informer. the same in his own name, and the same shall be recoverable before any justice of the peace, if under one hundred dollars.]

### CHAPTER 531. VOL. 11. LAWS OF DELAWARE.

#### AN ACT TO PROTECT CERTAIN BIRDS IN THE STATE OF DELAWARE.

*The destruction of ortolan, reed-bird or rail prohibited between the 1st day of July and the 5th day of Sept. Penalty, $1. Possession presumptive evidence of killing.*

SECTION 1. That it shall not be lawful for any person to kill, take or destroy, in any of the counties of this State, any ortolan or reed bird or rail, between the first day of July and the fifth day of September in any year, under penalty of forfeiting, for every one so killed, taken or destroyed, one dollar; and every person having such bird or birds in possession, shall be deemed to have killed, taken or destroyed the same, unless he proves to the contrary: *Provided*, That this act shall not prohibit any person from killing such bird or birds on his own lands at any time.

*Proviso.*

SECTION 2. Supplied by Sec. 14 Chap. 55 Rev. Code. See Chap. 421 Vol. 14.

*Penalties to belong to informer. How recovered.*

SECTION 3. That all penalties and forfeitures incurred under this act shall belong to the informer, and be for the use of any one who will sue for the same in his own name; and the same shall be recoverable before any justice of the peace, if under one hundred dollars.

*Passed at Dover, February 2, 1859.*

### CHAPTER 525. VOL. 11. LAWS OF DELAWARE.

#### AN ACT TO PREVENT THE HAULING OF SEINES LONGER THAN TWENTY FATHOMS IN THE SALT AND FRESH PONDS IN BALTIMORE HUNDRED, SUSSEX COUNTY.

*Drawing of seines or nets longer than twenty fathoms in ponds of Baltimore Hundred, Sussex county, prohibited.*

SECTION 1. That from and after the passing of this act, no person or persons shall haul or draw a seine or seines connected in any manner, or a net or nets connected longer than twenty fathoms, in either the salt or fresh ponds in Baltimore Hundred, Sussex County.

SECTION 2. That if any person or persons, after the passing of this act, haul or draw a seine or seines connected in any manner, in the salt or fresh ponds, or either of them, every such person so offending shall, for every

*Penalty, $20.*

such offence, forfeit and pay the sum of twenty dollars,to be recovered, with cost of suit, before any justice of the peace for Sussex County, in the same manner that debts not exceeding one hundred dollars are now recoverable by law; and the said sum of twenty dollars shall be applied, the one-

*How applied*

half thereof to the use of the person or persons sueing for the same, and the other half thereof to School District No. 28, in Sussex County; and it shall be a part of every such judgment that the said seine or seines, or net or

*Nets or seines to be destroyed.*

nets complained of, shall be destroyed; and a separate warrant shall be issued by such justice of the peace aforesaid, to be directed to any constable of the said county, to cause such seine or seines, or net or nets, to be destroyed; and such warrant shall be sufficient authority for so doing.

*Passed at Dover, February 1, 1859.*

### CHAPTER 68. VOL. 14. LAWS OF DELAWARE.

#### AN ACT TO PREVENT THE DESTRUCTION OF FISH IN BRANDYWINE CREEK.

*Catching fish in Brandywine creek*

SECTION 1. That from and after the passage of this act it shall not be lawful for any person or persons within New Castle county to catch or take