# EXHIBIT R

# THE
# GENERAL STATUTES

## OF THE

## STATE OF COLORADO,

### 1883.

TO WHICH ARE PREFIXED THE DECLARATION OF INDEPENDENCE; THE CONSTITUTION OF THE UNITED STATES; THE ENABLING ACT; THE CONSTITUTION OF THE STATE OF COLORADO; THE ORDINANCES OF THE CONVENTION WHICH FRAMED THE CONSTITUTION; THE PRESIDENT'S PROCLAMATION OF AUGUST 1st, 1876.

AUTHORIZED BY THE FOURTH GENERAL ASSEMBLY.

DENVER, COLORADO:
TIMES STEAM PRINTING AND PUBLISHING HOUSE.
1883.

Entered according to Act of Congress in the year 1883, by MELVIN EDWARDS, SECRETARY OF STATE, for the use of the State of Colorado, in the office of the Librarian of Congress at Washington, D. C.

# CERTIFICATE.

**STATE OF COLORADO,** } ss.
**OFFICE OF SECRETARY OF STATE.**

I, MELVIN EDWARDS, SECRETARY OF STATE of the STATE OF COLORADO, do hereby certify that by virtue of the authority vested in me by an act of the Fourth General Assembly of the State of Colorado, entitled :—

"*An Act to provide for the printing of the Declaration of Independence ; the Constitution of the United States ; The Enabling Act ; the Constitution of the State including the Ordinances of the Convention which framed the Constitution ; The President's Proclamation of August 1st, 1876, proclaiming the admission of Colorado into the Union, together with all the General Laws of the State and an Index to the same, approved February 28th, 1883,*"—

I have caused to be prepared and printed a compilation and revision of all the General Laws of the State of Colorado, together with the Code of Civil Procedure.

I do further certify that I have carefully compared the said printed laws with the original manuscripts now on file in my office, and that the following is a full, true and correct revision thereof.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the great seal of the State of Colorado. Done at the Capitol, this first day of December, A. D. 1883.

MELVIN EDWARDS,

*Secretary of State.*

# CHAPTER XLV.

## GAME.

[Chapter XLI., General Laws, pp. 483-6.]

An act for the protection of wild game and insectiverous birds.

[Approved March 15, 1877—In force June 11, 1877.]

**1543**
S.L.'85. 236.
L.'87. 446.

**1543. What may not be killed—When killing permitted—Exception—Proviso.]**

SECTION 1. No person shall kill, ensnare, net or trap within this State any quail, wild turkey, curlew, plover, lark, dove, whip-poor-will, finch, thrush, sparrow, wren, martin, swallow, snow-bird, bobolink, red-winged blackbird, crow, raven, turkey-buzzard, robin, or other insectiverous birds, except that partridge, pheasant, prairie chicken, prairie hen or grouse may be shot from October 1st to November 15th of each year; and if at any time any person shall be found in possession of any partridge, pheasant, prairie hen, prairie chicken or grouse, at any other time than between the dates above mentioned, or any other of the fowls or birds mentioned in this section at any time, it shall be *prima facie* evidence that the same was killed, netted, ensnared or trapped by such person, in violation of the provisions of this act; *Provided*, that this section shall not be construed to prohibit any person importing or dealing in quail, partridge, prairie hen, prairie chicken, pheasant, wild turkey, imported into this State from any other state or territory: *And provided further*, that this act shall not prohibit any professional taxidermist from killing birds or animals for preservation in cabinets or museums. And such professional taxidermist shall be exempt from the penalties of the following sections upon making satisfactory proof that the birds or animals so killed have been preserved as aforesaid. [Sec. 1282 (1), p. 483, G. L.

**1544. Penalty—Half to informer—School fund.]**

SEC. 2. Any person who shall violate any of the provisions of the first section of this act shall be guilty of a misdemeanor, and upon conviction thereof shall be fined in a sum not less than five dollars nor more than fifty dollars, with costs of suit, and shall be prosecuted and punished in the same manner as in other cases of misdemeanor. One-half of the fine in such cases shall be paid to the person informing against such offender and the other half to the treasurer of the county in which the offense was committed, and become a part of the school fund; *Provided*, that if such informant shall not demand the same within thirty days after such fine shall be paid or collected, the whole of such fine shall be paid to such treasurer and applied to such school fund. [Sec. 1283 (2), pp. 483-4, G. L.

**1545**
L.'85. 237.
'87. 276.

**1545. Killing animals—Time—Dogs, owner liable—Penalty.]**

SEC. 3. (1.) No person shall kill or wound, ensnare or trap any elk, deer, buffalo or bison, fawn, antelope or mountain sheep within this State between the first day of January and the fifteenth day of September in each and every year. No person or persons, except butchers and dealers in meat, who have regularly established stands or places of business, shall offer to sell or expose to sale the saddle or hind quarters of any elk, deer, buffalo or bison, fawn, antelope or mountain sheep, without offering or exposing therewith the fore-

quarters of the same. No person or persons shall wantonly kill and destroy any of the game, birds or animals mentioned in this act. And any person or persons outside of any incorporated town or village found in possession of two or more of the saddles or hind quarters of any elk, deer, buffalo or bison, fawn, antelope or mountain sheep without having the fore quarters thereof, shall be deemed guilty of violating the provisions of this section, and such possession shall be *prima facie* evidence of his having wantonly killed and destroyed said animal. Any person or persons offending against the provisions of this section shall be deemed guilty of a misdemeanor, and upon conviction thereof before any justice of the peace shall be fined in any sum not less than fifty nor more than two hundred dollars for the first offense, and for each subsequent offense shall be fined in any sum not less than fifty nor more than two hundred dollars, and be imprisoned in the county jail not less than thirty nor more than ninety days. Any person arrested and brought before any justice of the peace for any violation of the provisions of this section shall be entitled to a trial by jury of six, unless he shall waive the same; and if the jury find him guilty the justice of the peace shall assess the fine and costs, and fix the term of imprisonment, as the case may be. And in case the fine and costs be not paid the same shall be collected in the manner provided for the collection of fines in cases of assault and battery before justices of the peace. One-half of said fine shall go to the informer, and one-half to the school fund, as provided in section two of this act. [Sec. 1284 (3), p 484, G. L.—As amended, sec. 1, p. 199, acts 1883.

**1546. Killing for food—Necessity.]**

Sec. 4. It shall be unlawful for any person or persons, at any other time than that specified in the preceding section, to kill, destroy or have in possession any animal named in the foregoing section, for any purpose or under any pretext whatsoever, except for food; and then only when necessary for immediate use, governed in amount and quantity by the reasonable necessities of the person or persons killing such animal. [Sec. 1285 (4), p. 485, G. L.

**1547. Killing in enclosures—Penalty.]**

Sec. 5. It shall not be lawful for any person to kill, ensnare or trap in the enclosure of any other person, any elk, deer, antelope, mountain sheep, or any game whatsoever at any time, without the consent of the proprietor or owner of said enclosure, or enter such enclosure with a gun for the purpose of hunting without the consent of the owner. Any one violating the provisions of this section shall be subject to a fine not to exceed one hundred dollars and not less than twenty-five dollars for every such offense so committed; said fine shall be paid into the school fund of the county in which said offense was committed, and in case of refusal or neglect of any person so convicted to pay the fine above stated he shall be confined in the county jail one day for every three dollars thereof until said fine shall be discharged. [Sec. 1286 (5), p. 485, G. L.

**1548. Duty of officers—Arrest on warrant.]**

Sec. 6. (2.) For the more certain detection and punishment of violators of this act, it is hereby made the duty of county commissioners, sheriffs and constables, or any other person of the several counties, whenever a violation of its provisions is brought to their knowledge, to file or cause to be filed an

1548
A. S. L. '85
238.

Bounty for Hawks' Heads.]                                    [Wasting Edible Portions·

affidavit before a justice of the peace, charging the person or persons with the offense committed, and thereupon a warrant shall issue for the arrest of said person or persons, and trial shall be had as provided in section three of this act. Justices of the peace are hereby empowered to appoint special constables who of their own knowledge, or upon the information of a reputable citizen of the county, may arrest without warrant any person or persons violating the provisions of this act, and take him or them before the nearest acting justice of the peace, where trial shall be had as provided in section three of this act, after the proper affidavit shall have been filed, as though a warrant had issued in the first instance. And this section shall be a full protection to any such officer or person above mentioned, who causes the affidavit, or the arrest, to be made in good faith, or upon the information of a reputable citizen of the county. [Sec. 1287 (6), p. 485, G. L.—As amended, sec. 2, p. 200, acts 1883.

1549
S. L.'85.
235.

### 1549. Bounty for hawks' heads.]

SEC. 7. That any person who shall kill any hawk or any number of hawks within this State, shall receive a premium of twenty-five cents for each hawk so killed, to be paid out of the State treasury, which premium shall be paid by the county treasurer upon the presentation of head of said hawk or hawks, and the amount so paid out by said county treasurer shall be credited to said county treasurer by the State treasurer, upon the sworn statement of said county treasurer as to the number of hawks killed and paid for in his county. [Sec. 1288 (7), p. 485, G. L.

### 1550. Wasting edible portions forbidden.]

SEC. 8. (6.) Hereafter when any buffalo, elk, deer, antelope, or any other four-footed game shall be killed by any one, such person or persons shall not leave any edible portion of such game so killed, to waste; but shall take care of and shall preserve, or shall bring into market each and all parts of such game that are edible.· [Sec. 6, pp. 135-6, acts 1872—Omitted in G. L.

## CHAPTER XLVI.

### GARNISHMENT.

[Session Laws, 1879.]

An act concerning garnishment in courts of record and before justices of the peace, on judgments rendered, and in relation to the proceedings and practice in garnishment.

[Approved and in force February 21, 1879—pp. 76-84, acts 1879.]

| | |
|---|---|
| Summons of garnishee—form.......... 1551 | Effect of judgment against garnishee.. 1563 |
| Execution need not be returned....... 1552 | Discharge no bar to suit.............. 1564 |
| How garnishee answer............... 1553 | Execution stayed till debt due........ 1565 |
| Questions to garnishee............... 1554 | Garnishee deliver goods............... 1566 |
| Refusal to answer—summons........ 1555 | Officer hold and sell................. 1566 |
| Garnishee may pay to officer......... 1556 | Lien on goods—plaintiff tender and sell 1567 |
| Receipt—sale—surplus .............. 1556 | Goods held on contract—plaintiff perform .................... 1568 |
| Plaintiff may dispute answer.......... 1557 | |
| Affidavit, sci. fa., judgment.......... 1557 | Goods disposed of as on execution.... 1569 |
| Default of garnishee, sci. fa......... 1558 | Attachment against garnishee........ 1570 |
| How served—final judgment......... 1558 | Court award costs—fees of garnishee.. 1571 |
| Goods claimed by third party......... 1559 | Conduct of trial—form of judgment... 1572 |
| Trial of right of property ........... 1559-60 | Appeals........ .. .................. 1573 |
| Garnishee deduct claim—set-off...  .. 1561 | Words "plaintiff," "defendant," defined 1574 |
| Negotiable inst. not due............. 1562 | |