# EXHIBIT S

# JONES AND ADDINGTON'S

## SUPPLEMENT

TO

## STARR AND CURTIS'S

# ANNOTATED STATUTES

OF THE

## STATE OF ILLINOIS

In Force July 1, 1902

EMBRACING ALL GENERAL STATUTES ENACTED SINCE 1895, SO FAR AS IN FORCE, WITH HISTORICAL AND OTHER STATUTORY NOTES, AND WITH DIGESTED NOTES OF DECISIONS RENDERED BY THE STATE AND FEDERAL COURTS OF ILLINOIS CONSTRUING OR ILLUSTRATING ANY EXISTING STATUTORY OR CONSTITUTIONAL PROVISION

EDITED BY

**W. CLYDE JONES**

AND

**KEENE H. ADDINGTON**

Of the Chicago Bar

CHICAGO
CALLAGHAN AND COMPANY
1902

COPYRIGHT, 1902,
BY
W. CLYDE JONES
AND
KEENE H. ADDINGTON

STATE JOURNAL PRINTING COMPANY,
PRINTERS AND STEREOTYPERS,
MADISON, WIS.

such license in his or her name and possession, ready to exhibit the same for inspection, and shall at his or her expense attach his or her photograph to such license before using the same, and such license shall be void after the first day of June next succeeding its issuance. Any person found guilty of violating any of the provisions of this section shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be fined in any sum not less than twenty-five (25) dollars, nor more than two hundred (200) dollars for each and every offense, and shall stand committed to the county jail until such fine and costs are paid, but such imprisonment shall not exceed ninety days for each one offense; or such person may be proceeded against in an action of debt, in the name of the People of the State of Illinois, for the recovery of the penalty herein prescribed.

All acts and parts of acts conflicting with this act are hereby repealed.

As amended by L. 1901, p. 212, May 19, July 1.

Amendment is section 26, as enacted April 24, 1899, rewritten with various changes.

*Non-resident* of state, who is stockholder in sporting club owning land in this state, must pay license fee. In re Eberle, 98 F. R., 296.

¶ 27. **Materially altering certificate made forgery.**] § 27. Any person who shall at any time alter or change in any material manner any license issued as aforesaid shall be deemed guilty of forgery, and on conviction thereof shall be subject to the penalties provided for the commission of forgery.

¶ 28. **Prosecutions — Disposition of fines.**] § 28. All prosecutions for violation of the provisions of this act relating to licenses shall be brought by any person in the name of the People of the State of Illinois against any person or persons violating any of the provisions of this act, so far as it relates to licenses, before any court of competent jurisdiction, and it is hereby made the duty of all State's attorneys to see that the provisions of this act are enforced in their respective counties, and shall prosecute all offenders on receiving information of the violation of any of the provisions of this act; and it is made the duty of all sheriffs, deputy sheriffs, constables and police officers to inform against and prosecute all persons whom there is reasonable cause to believe are guilty of violating any of the provisions of this act; one-half of the amount recovered in any penal action under this act, in so far as it relates to licenses, shall be paid to the person filing the complaint in such action, and the remaining one-half to the State game protection fund; the moneys for such fund shall be, by the magistrate or court before whom the case is tried, at once transmitted to the State Treasurer, and by him placed to the credit of said fund.

¶ 29. **Not to hunt without consent.**] § 29. It shall be unlawful for any person or persons to hunt with gun, dog or net within or upon the grounds or lands of another without first obtaining from the owner, agent or occupant of such grounds or lands his, her or their permission so to do.

¶ 30. **Penalty — Suit — Evidence.**] § 30. Any person or persons violating section 29 of this act shall be deemed guilty of a misdemeanor, and may be prosecuted in the name of the People of the State of Illinois, before any justice of the peace, or by indictment, or information in any court in the county where such misdemeanor was committed; and in all such prosecutions, the fact being established that the defendant was within or upon the grounds or lands of another with gun, dog or net, without permission from the owner, agent or occupant, shall be taken as *prima facie* evidence of guilt: *Provided,* in all such prosecutions the owner or owners or persons in possession of said

grounds or lands shall not be required to prove title to the grounds or lands in controversy.

**¶ 31. Fines.]**  § 31. Any person convicted of violating section 29 of this act shall be fined in a sum not less than three dollars and not exceeding one hundred dollars. All fines collected by virtue of this act shall be paid into the common school fund of the township in which the offense is committed.

**¶ 32. Repeal.]**  § 32. All acts and parts of acts in conflict herewith are hereby repealed.

FORMER GENERAL STATUTES.

AN ACT to revise and consolidate the several Acts relating to the protection of game, and for the protection of deer, wild fowl and birds. L. 1879, p. 173, May 14.

AN ACT to prohibit persons from hunting within the inclosures of others, without leave. L. 1871-2, p. 486, April 15.

AN ACT to provide for an additional remedy for the protection of game, and for the protection of deer, wild fowl and birds, and for the appointment of game wardens and defining the powers and duties of the same. L. 1885, p. 205, June 27.

AN ACT entitled "An Act for the protection of wild game." L. 1887, p. 192, June 9.