# EXHIBIT U

# ACTS AND RESOLUTIONS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF GEORGIA,

PASSED IN ATLANTA, GEORGIA,

AT THE

# SESSION OF 1870.

COMPILED AND PUBLISHED BY AUTHORITY.

ATLANTA, GEORGIA:
PRINTED BY THE PUBLIC PRINTER.
1870.

To preserve the peace and harmony of the people of this State, etc.

# TITLE XVI.

## PENAL CODE—AMENDMENTS TO.

SECTIONS.
1. Carrying deadly weapons to certain places prohibited.
2. Violation—misdemeanor—penalty.
3. Chain-gang punishment prohibited.
4. Punishment in lieu of chain-gang.

SECTIONS.
5. Section 415 of the Code changed— *nolle prosequi.*
6. All indictments, etc., submitted to a jury.

### (No. 285.)

*An Act to preserve the peace and harmony of the people of this State, and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That, from and immediately after the passage of this act, no person in said State of Georgia be permitted or allowed to carry about his or her person any dirk, bowie-knife, pistol or revolver, or any kind of deadly weapon, to any court of justice, or any election ground or precinct, or any place of public worship, or any other public gathering in this State, except militia muster-grounds. *(Carrying deadly weapons to certain places prohibited. Exception.)*

SEC. 2. *Be it further enacted,* That if any person or persons shall violate any portion of the above recited section of this act, he, she or they shall be guilty of a misdemeanor, and upon conviction shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the court. *(Violation a misdemeanor—penalty.)*

SEC. 3. All laws and parts of laws militating against this act are hereby repealed.

Approved October 18, 1870.

### (No. 286.)

*An Act to alter and amend section 4245 of Irwin's Revised Code, by striking out of said section the words " to work in a chain-gang on the public works," and for other purposes.*

SECTION 1. *Be it enacted, etc.,* That the words "to work in a chain-gang on the public works," which occur in fourth and fifth lines of section 4245 of Irwin's Code, be, and the same are hereby, *(Chain-gang punishment prohibited.)*

To repeal Section 415 of the Revised Code.

stricken from said section, and chain-gangs shall no longer exist, or be tolerated in the State of Georgia, for persons convicted of misdemeanors.

Sec. 2. *Be it further enacted,* That said section be further amend-<span style="float:left">Punishment</span>ed, by substituting for the words herein stricken out, the words <span style="float:left">in lieu of</span><span style="float:left">chain-gang.</span> " to work on the city or town streets, or county roads, not longer than six months; but in no case shall such prisoners be chained or otherwise confined in a gang, but shall be guarded."

Sec. 3. *Be it further enacted,* That all laws and parts of laws in conflict with this act be, and they are hereby, repealed.

Approved October 27, 1870.

---

(No. 287.)

*An Act to repeal section four hundred and fifteen (415) of Irwin's Revised Code, in relation to entering nolle prosequis, and to prescribe the mode of settlement in criminal cases.*

SECTION 1. *Be it enacted, etc.,* That section four hundred and <span style="float:left">Section 415</span>fifteen (415) of Irwin's Revised Code of Georgia, which said section <span style="float:left">of Code, as</span><span style="float:left">to *nolle pros-*</span>authorizes Solicitors-General in this State to enter a *nolle prose-* <span style="float:left">*equi,* repeal-</span><span style="float:left">ed.</span>*qui* on indictments, be, and the same is hereby repealed, and no *nolle prosequi* shall be allowed, except it be in open court, for some fatal defect in the bill of indictment, to be judged of by the court, <span style="float:left">Judge shall</span>in which case the presiding Judge shall order another bill of in-<span style="float:left">order sec-</span><span style="float:left">ond bill.</span>dictment to be forthwith submitted to the grand jury.

Sec. 2. *And be it further enacted by the authority aforesaid,* That <span style="float:left">All indict-</span>all cases of indictments, or special presentments, shall be submit-<span style="float:left">ments sub-</span><span style="float:left">mitted to</span>ted to and passed upon by the jury, under the direction of the <span style="float:left">jury.</span>presiding Judge, unless there is a settlement thereof between the <span style="float:left">Settle-</span>prosecutor and defendant, which settlement shall be good and <span style="float:left">ment—when</span><span style="float:left">good.</span>valid only by the approval and order of the court on examination into the merits of the case.

Sec. 3. *And be it further enacted, etc.,* That all laws and parts of laws conflicting with this act be, and the same are hereby, repealed.

Approved October 28, 1870.