# EXHIBIT AA

Case 7:21-cv-05334-NSR   Document 65-27   Filed 11/30/22   Page 2 of 5



# THE STATUTES:

## REVISED EDITION.

---

### VOL. I.

### HENRY III. TO JAMES II.

#### A.D. 1235-6—1685.

---

**By Authority.**



LONDON:
PRINTED BY GEORGE EDWARD EYRE AND WILLIAM SPOTTISWOODE,
PRINTERS TO THE QUEEN'S MOST EXCELLENT MAJESTY.

1870.

216970-C.



| | |
|---|---|
| Itm le Roi comaunde q̃ les viscontes & Baillifs des franchises, & toutz autr̃s q̃ pnent enditementz a lor tourns, ou ailliours ou enditementz s̃rount faitz, preignent tieux enditementz p roule endente dount Lune ptie demeorge ṽs les enditours, & lautre ptie deṽs cely qi prendra Lenqueste, issint q̃ les enditementz ne soient beseleez come avant ces houres ount este, & issint q̃ un de lenqueste peut monstrer lune ptie de lendenture a la Justice qᵃnt il vendra pʳ la deliṽaunce faire. | Item, the King commandeth, that the sheriffs and bailiffs of franchises, and all other that do take indictments in their turns, or elsewhere, where indictments ought to be made, shall take such indictment by roll indented, whereof the one part shall remain with the indictors, and the other part with him that taketh the inquest; so that the indictments shall not be imbezilled as they have been in times past; and so that one of the inquest may shew the one part of the indenture to the justices, when they come to make deliverance. |

XVII. Indictments shall be taken by indenture.

---

## 2 EDWARD III.    A.D. 1328.

### 𝕾𝖙𝖆𝖙𝖚𝖙𝖚̄ 𝖊𝖉𝖎𝖙𝖚̄ 𝖆𝖕𝖚𝖉 𝕹𝖔𝖗𝖍'𝖙', 𝖆𝖓𝖓𝖔 𝖗. 𝕽. 𝕰. 𝖙'𝖈𝖎𝖎 𝖕𝖔𝖘𝖙 𝖈𝖔𝖓𝖖𝖚𝖊𝖘𝖙𝖚̄ 𝖘𝖈'𝖉𝖔.

STATUTE made at NORTHAMPTON;
In the SECOND Year of the Reign of K. EDWARD the THIRD after the Conquest.

*Ex magno Rot. Stat. in Turr. Lond.* m. 28.

| | |
|---|---|
| Nr̃e seignʳ le Roi Edward, le tierz aps le conqueste, a son plement tenuz a Norħt as trois semeins de Pasch, Lan de son regne secund, desiraunt q̃ la pees de sa t̃re, & les leis & estatuz avant ces heures ordenez & usez, soient gardez & meintenuz en touz poyntz, Al honʳ de dieu & de seinte eglise, & a cõe pfit du poeple, p assent des Prelatz, Countes & Barons & autres gᵉntz, & tote la cõe du roialme, au dit plement somons, ordena & establit en meisme le plement les choses sonthescrites en la forme q̃ sensuit. | OUR lord King Edward, the third after the conquest, at his Parliament holden at Northampton, at the three weeks of Easter, in the second year of his reign, desiring that the peace of his land, and his laws and statutes, ordained and used before this time, may be kept and maintained in all points; to the honour of God and of Holy Church, and to the common profit of the people, by assent of the prelates, earls, barons, and other great men, and all the commonalty summoned to the same Parliament, hath ordained and established in the said Parliament these things underwritten, in form following. |

\* \* \* \* \* \*

|  |  |
|---|---|
| II.<br>Pardons for felony. | Item, whereas offenders have been greatly encouraged, because [the ¹] charters of pardon have been so easily granted in times past, of manslaughters, robberies, felonies, and other trespasses against the peace; it is ordained and enacted, that such charter shall not be granted, but only where the King may do it by his oath, that is to say, where a man slayeth another in his own defence, or by misfortune : [Rep., Stat. Law Rev. Act, 1863.]  And also they have been encouraged, because that [² the justices of gaol-delivery, and of oyer and terminer, have been procured by great men ²] against the form of the statute made in the xxvij year of the reign |
| 27 *Ed. I. c.* 3. | of King Edward, grandfather to our lord the King that now is, wherein is contained, that justices assigned to take assises, if they be laymen, shall make deliverance ; and if the one be a clerk, and the other a layman, that the lay judge, with another of the country associate to him, shall deliver |
| Justices of assise and gaol delivery. | the gaols: Wherefore it is enacted, that such [justices ³] shall not be made against the form of the said statute ; and that the assises, attaints, and certifications be taken before the justices commonly assigned, which should be good men and lawful, having knowledge of the law, and none other, after the form of another statute made in the time of the said [King Edward |
| Oyers and terminers. | the First ;⁴] and that the oyers and terminers shall not be granted but before justices of the one bench or the other, or the justices errants, and that for great [hurt,] or horrible trespasses, and of the King's special grace, after the form of the statute thereof ordained in time of the said grandfather, and none otherwise. |
| III.<br>Riding or going armed in affray of the peace. | Item, it is enacted, that no man great nor small, of what condition |

\* \* \* \* \*

Ensement pr ceo q̃ meffesours ont este esbauditz de ce q̃ chartres de pdoun ont este si leg̃ment g*ntees avant ces heures, des homicides, robies, felonies & autres trespas countre la pees ; acorde est & establi q̃ tiels chartres ne soient mes g*ntees fors qen cas ou le Roi le poet faire p son ȝment, cest assavoir en cas ou home tue autre soi defendant, ou p infortune : [Rep., Stat. Law Rev. Act, 1863.]  Et auxint ont este esbauditz de ceo q̃ Justiceries as deliṽances des gaoles, & a oier & ƚminer, ont estez g*ntees as gentz pcurez countre forme de lestatut fait en temps le Roi Edward, ael nr̃e Seignr le Roi qore est, en quele est contenuz q̃ les Justices as assises p̃ndre assignez sils soient lais, facent les deliṽances ; et si lun soit clerc, & lautre lais, q̃ le dit lais, associe a lui un autre du pais, facent la deliṽance des gaols ; p qoi acorde est & establi, q̃ tiels Justiceries ne soient mes g*ntees countre la forme du dit estatut, & q̃ les assises, atteintes, & c̃tifications soient pises devant les Justices cōmunement assignez, q̃ soient bones gentz & loialx & conissantz de la lei, & nemie autres ; solonc la forme dun autre statut fait en temps meisme le ael ; et q̃ les oiers & ƚminers ne soient grantees forsq̃ - - - - devant les Justices de lun Baunk & de lautre, ou les Justices errantz ; & ce pr led & orrible trespas, & de lespeciale g*ce le Roi, solonc forme de statut de ce ordene en temps meisme le ael ; & nemie autrement.

Ensement acorde est & establi, q̃ nul, g*nt ne petit de quele condicion

---

¹ that
² *commissions of gaol delivery and of oier and terminer have been granted to persons procured*
³ *commissions*        ⁴ *grandfather*

Digitized by Google

qil soit, **sauve les Sjantz le Roi** en la p̃sence le Roi, & les Ministres le Roi, enfesantz execucion des mandementz le Roi, ou de lour office, & ceux qi sont en lour compaignies, eidantz as ditz ministres, & auxint au cri de fait darmes de pees, & ce en lieux ou tielx faitz se ferront, soit si hardi de venir devant les Justices le Roi, ou autres Ministres le Roi enfesant lour office, a force & armes ; ne force mesner en affrai de la pees, ne de chivaucher ne daler arme, ne de nuit ne de jour, en faires, marchees, nen p̃sence des Justices, ne dautres Ministres, ne nule part aillours, sur peine de pdre lour armures au Roi & de lour corps a la prisone a la volunte le Roi. Et q̃ Justices le Roi en lour p̃sences, viscountes & autres Ministres le Roi en lour baillies, seign^rs des fraunchises & lour baillifs en yceles, & Meire & Baillifs des Citees & Burghs deinz meismes les Citees & Burghs, Burghaldres, conestables, & gardeins de la pees deinz lour gardes, eient poair **affaire** execucion de cest acord. Et ij les Justices assignez, a lour venu en pais, eient poair denquere coment tielx Ministres & seign^rs ont use lour office en ce, & de punir ceux qils trovont, qi nount mie fait ce q̃ a lour office appent.

Et p^rce q̃ la pees ne poet mie estre bien garde sauntz bons ministres, come

soever he be, except the King's servants in his presence, and his ministers in executing of the King's precepts, or of their office, and such as be in their company assisting them, and also [upon a cry made for arms to keep the peace, and the same in such places where such acts happen,[1]] be so hardy to come before the King's justices, or other of the King's ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in fairs, markets, nor in the presence of the justices or other ministers, nor in no part elsewhere, upon pain to forfeit their armour to the King, and their bodies to prison at the King's pleasure. And that the King's justices in their presence, sheriffs, and other ministers ([2]) in their bailiwicks, lords of franchises, and their bailiffs in the same, and mayors and bailiffs of cities and boroughs, within the same cities and boroughs, and borough-holders, constables, and wardens of the peace within their wards, shall have power to execute this act. And that the justices assigned, at their coming down into the country, shall have power to enquire how such officers and lords have exercised their offices in this case, and to punish them whom they find that have not done that which pertained to their office.

Item, because the peace cannot be well kept without good ministers, as

IV.
The Statute of Lincoln, 9 Edw. II. concerning sheriffs, &c. confirmed.

---

[1] *upon a proclamation of deeds of arms in time of peace, and that in places where such deeds are to be done,* —See Lib. Rub. Scac. Westm̄. fo. 122 b. a writ reciting a grant of K. Richard I. " qd̃ Torneam̃ta sint in Angl̃ in v. placias: Iñ Sarr̄ & Wiltoñ : Iñ Warrewich & Kenelingworth : Iñ Stanford & Warneford : Iñ Brakele & Mixebr̄ : Iñ Blie & Tykehiłł. Ita qd̃ pax l̃re nr̃e nō infringet^r, nc potestas Justiciaria minorabit^r Nec de forestis nr̃is dāpnū inferet^r."

[2] *of the King*

Digitized by Google