# EXHIBIT BB



In usum

**Magistri**

Coll. Magn. Aul. Univ.

in Acad. Oxon.

ex Testamento

**Joannis Browne, S.T.P.**

olim Magistri

A. D. Mdcclxiv.

CANCELLED
UNIV. COLL.
OXON.

# THE

# 𝔖tatutes at Large,

From the Firſt Year of K. RICHARD III.

T O

The 31ſt Year of K. HENRY VIII. incluſive.

B Y

DANBY PICKERING, of GRAY's INN, Eſq;

# THE

# 𝕾𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊,

### FROM THE

## First Year of King RICHARD III.

### TO THE

## Thirty-first Year of King HENRY VIII. inclusive.

To which is prefixed,

A TABLE containing the TITLES of all the STATUTES during that Period.

---

## VOL. IV.

---

By DANBY PICKERING, of Gray's-Inn, Esq;

Reader of the Law Lecture to that Honourable Society.

---

### CAMBRIDGE,

Printed by JOSEPH BENTHAM, Printer to the UNIVERSITY; for CHARLES BATHURST, at the Cross-Keys, opposite St. Dunstan's Church in Fleet-Street, London.   1763.

*CUM PRIVILEGIO.*





**The penalty for transporting offenders into or forth of Wales at unlawful times.**

upon *Severn* aforesaid, from henceforth do not convey, neither carry with any manner barge, boat or other veſſel, any perſon or perſons with horſes, mares, oxen, kine or any other cattle, nor no other perſon or perſons, before the time of the ſun riſing in the morning, and after the time of the ſun being gone down at night, (5) upon pain of impriſonment and fine to be ſet on him that ſhall ſo convey or carry over any of the ſaid paſſages over the ſaid river of *Severn* out of *England* into *Wales* or the foreſt of *Dean*, or out of *Wales*, or the ſaid foreſt of *Dean*, into *England*, unleſs the ſaid paſſengers and every of them, have good knowledge of ſuch perſon and perſons and of their dwelling-places ; (6) and upon requeſt to them made by any perſon or perſons, to diſcloſe the name and the dwelling-place of every ſuch perſon or perſons ſo by them conveyed over the ſaid water, to any ſuch perſon or perſons requiring the ſame, if ſuit be made for and after them upon any outcry, huy or freſh ſuit, of or for any felony, robbery, murder and manſlaughter, committed and done from henceforth.

**Keepers of ferries ſhall be bound to tranſport no offenders at unlawful times.**

II. And that the King's juſtices of the peace within every of the ſaid counties of *Gloceſter* and *Somerſet*, at their quarter-ſeſſions, ſhall have full power and authority to call before them all ſuch perſons which hereafter ſhall keep any of the ſaid paſſages, or any other ferry or paſſage over the ſaid water into *Wales* or the ſaid foreſt, or out of *Wales* or the ſaid foreſt into *England*, and to bind them with ſufficient ſureties with them in recognizance in ſuch ſums of money as it ſhall ſeem to the diſcretion of the ſaid juſtices of peace, that they and every of them, being paſſengers and keepers of ferries and paſſages as is aforeſaid, from henceforth ſhall not, after the ſaid times before limited and appointed, convey or carry, or cauſe to be conveyed or carried, any manner of perſon or perſons or any kind of cattle, but ſuch perſons as they do know and will anſwer for, and know where their abidings, dwellings and habitations be, and upon requeſt made to them, or any of them, as is aboveſaid, ſhall from time to time diſcloſe, as well the ſame perſon or perſons, as the goods and chattels ſo paſſing the ſaid paſſages, upon freſh ſuit made or hereafter to be made upon any felony, murder or robbery committed and done in the borders of the counties aforeſaid, or in any other place within this realm or *South-Wales.*

## CAP. VI.
### *The bill concerning councils in Wales.*

**Murders, felonies, &c. in Wales to be inquired of in the ſhires next adjoining, &c. Cro. Car. 331. Mod. caſes in law 136. The long perſeverance in wickedneſs of**

FORASMUCH *as the people of Wales and marches of the ſame, not dreading the good and wholſom laws and ſtatutes of this realm, have of long time continued and perſevered in perpetration and commiſſion of divers and manifold thefts, murders, rebellions, wilful burnings of houſes and other ſcelerous deeds and abominable malefacts, to the high diſpleaſure of God, inquietation of the King's well-diſpoſed ſubjects, and diſturbance of the publick weal, which malefacts and ſcelerous deeds be ſo rooted and fixed in the ſame people, that they be not like to ceaſe, unleſs ſome ſharp correction and puniſhment for redreſs and amputation*

*tion of the premisses be provided, according to the demerits of the of-* fome lewd
*fenders :* (2) be it therefore enacted by the King our fovereign people in
lord, and the lords fpiritual and temporal, and the commons, Wales, and
in this parliament affembled, and by authority of the fame, That thereof.
all and fingular perfon and perfons dwelling or refiant within All perfons
*Wales,* or in the lordfhips marchers of the fame, from time to fhall appear,
time, and at all times hereafter, upon fuch monition or warn- lawful fum-
ing given for the court to be kept in *Wales,* or in any of the mons given,
lordfhips marchers aforefaid, as before this time hath been ufed, before the ju-
fhall perfonally repair, refort and appear before the juftice, ftices in the
fteward, lieutenant or other officer, at all and every feffions, courts in
court and courts, to be holden before the fame juftice, fteward Wales.
or other officer, in any whatfoever caftle, fortrefs or other place
within *Wales,* or within the precincts, limits and jurifdictions of
every the lordfhips marchers or feigniories aforefaid, or the
marches of the fame, as by the faid juftice, fteward or other of-
ficer fhall be appointed; (3) and then and there fhall give his
or their perfonal attendance, to do, execute and accomplifh all
and every thing and things which to him or them fhall affere
and appertain, upon pain of fuch fines, forfeitures and amer-
ciaments as fhall be affered, affeffed and taxed by the juftice,
fteward or other officer, to the King's ufe, if it be within any
of the King's lordfhip's marchers ; (4) and if it be within any
other lordfhips marchers, then to the ufe of the lord of the faid
lordfhip marcher for the time being ; (5) the faid forfeitures
and amerciaments to be levied, perceived and taken by way of
diftrefs of the goods and chattels of every perfon not appearing
at the faid court or courts, or not doing, executing or accom-
plifhing his duty as is abovefaid.

II. *And forafmuch as the officers in the lordfhips marchers in* Wrongs done
*Wales have often and fundry times heretofore unlawfully exacted of* by officers in
*the King's fubjects within fuch lordfhips where they have had rule or* lordfhips
*authority, by many and fundry ways and means, and alfo committed* marchers.
*them to ftrait durefs and imprifonment for fmall and light feigned*
*caufes, and extortioufly compelled them thereby to pay unto them fines*
*for their redemptions, contrary to the law :* (2) therefore be it further Untrue fur-
enacted, That if any fteward, lieutenant or any other officer of mifes feigned
any lordfhip marcher, do feign, procure or imagine any untrue againft them
furmife againft any perfon or perfons that fhall fo give their which appear,
perfonal attendance before them at fuch court or courts, and to imprifon
upon the fame untrue furmife commit them to any durefs or them.
imprifonment, contrary to the law, or contrary to the true and
laudable cuftom of that lordfhip, that then upon fuit made unto
the King's commiffioners, or council of the marches for the
time being, by any fuch perfon or perfons fo imprifoned, or by
any of their friends, that then the fame commiffioners or coun-
cil fhall have full power and authority to fend for fuch fteward,
lieutenant or officer, and alfo for the perfon or perfons fo im-
prifoned ; (3) and if the fame perfon or perfons fo imprifoned,
can evidently prove before the faid council, by good and fub-
ftantial witnefs or otherwife, that his imprifonment was upon
any feigned furmife, without caufe reafonable or lawful, that then

2                                        then

then the fame commiffioners fhall have full power and authority to affefs the faid officer, to pay to the faid perfon or perfons wrongfully imprifoned, vi. s. viij. d. for every day of their imprifonment or more, by the difcretions of the faid commiffioners, according to the hurts and behaviour of the perfon or perfons imprifoned.

**The party's remedy against the officer which doth imprifon him upon feigned furmifes.** III. And that the fame commiffioners fhall fet further fine upon the faid officer, to be paid to the King's ufe, as by their difcretions fhall be thought convenient; (2) and in cafe the fame officer do refufe to appear before the fame commiffioners incontinent after any commandment to them directed and delivered after any fuch complaint made to the fame commiffioners, that then the fame commiffioners fhall have full power and authority, upon every default made by any officer or officers, to affefs and fet upon every fuch officer or officers making default, fuch fine or fines to be levied to the King's ufe, as by their difcretions fhall be thought convenient; (3) and that the fame commiffioners fhall have full power and authority to compel the faid officer or officers by way of imprifonment, as well to pay fuch fines as fhall be fet and taxed upon them to the King's ufe, as to pay unto every perfon or perfons fo imprifoned, fuch fums of money as they fhall be feffed to pay for their wrong imprifonment.

**No weapon fhall be brought to courts, fairs or churches in Wales. 4 H. 4. c. 27 & 29.** IV. And be it alfo enacted by authority aforefaid, That no perfon or perfons dwelling or refiant within *Wales* or the lordfhips marchers of the fame, of what eftate, degree or condition foever he or they be of, coming, reforting or repairing unto any feffions or court to be holden within *Wales*, or any lordfhips marchers of the fame, fhall bring or bear, or caufe to be brought or borne to the fame feffions or court, or to any place within the diftance of two miles from the fame feffions or court, nor to any town, church, fair, market or other congregation, except it be upon a hute or outcry made of any felony or robbery done or perpetrated, nor in the highways, in affray of the King's peace, or the King's liege people, any bill, long-bow, crofs-bow, hand-gun, fword, ftaff, dagger, halbert, morefpike, fpear or any other manner of weapon, privy coat or armour defenfive, (2) upon pain of forfeiture of the fame weapon, privy coat or armour, and to fuffer imprifonment and make fine and ranfom to the King's highnefs by the difcretion of the King's commiffioners of his marches for the time being, except it be by the commandment, licence or affent of the faid juftices, fteward or other officer, or of the commiffioners or council of the marches for the time being.

**None fhall levy any exactions, or commorths, or collections, or make games in Wales.** V. And that no perfon or perfons from henceforth, without licence of the faid commiffioners in writing, fhall within *Wales*, or the marches of the fame, or in any fhires adjoining to the fame, require, procure, gather or levy any commorth, bydale, tenants ale, or other collection or exaction of goods, chattels, money, or any other thing, under colour of marrying, or fuffering of their children faying or finging their firft maffes or gofpels,

pels, of any priefts or clerks, or for redemption of any murder,. or any other felony, or for any other manner of caufe, by what. name or names foever they fhall be called; (2) nor fhall make or procure to be made any games of running, wreftling, leaping, or any other games, (the game of fhooting only excepted, and foreprifed,) (3) upon pain of one whole year's imprifonment of every perfon or perfons as fhall gather, or procure to be gathered, any fuch collection or exaction, or fhall make or procure to be made any games as is aforefaid; (4) and further, they and every of them fhall make fuch fine as by the difcretion of the King's commiffioners of his marches. fhall be thought convenient: (5) and further, the faid commiffioners by this prefent act fhall have power and authority to hear and determine the faid offences by their examination; (6) and that <sub>No *arthel* fhall</sub> no perfon or perfons fhall hereafter at any time caft any thing <sub>be caft into</sub> into any court within *Wales*, or in the lordfhips marchers of <sub>any court.</sub> the fame, by the mean or name of an arthel, by reafon whereof the court may be letted, difturbed or difcontinued for that. time, upon pain of one whole year's imprifonment of any fuch. perfon or perfons as fhall caft or caufe to be caft any fuch arthel into any court or courts hereafter to be holden within *Wales* or the lordfhips marchers of the fame; any cuftom before this time ufed to the contrary notwithftanding.

VI. And that all feffions and courts hereafter to be holden <sub>All courts</sub> within *Wales*, or the lordfhips marchers of the fame, fhall be <sub>fhall be kept</sub> kept within the moft fure and peaceable place within the fame <sub>within moft</sub> lordfhip marcher, where the faid juftice, fteward, or other officer fhall appoint; (2) and for the punifhment and fpeedy. trials, as well of the counterfeiters of any coin current within this realm, wafhing, clipping or minifhing of the fame, as of. all and fingular felonies, murders, wilful burning of houfes, manflaughters, robberies, burglaries, rapes and acceffaries of the fame, and other offences felonioufly done, perpetrated and committed, or hereafter to be done, perpetrated and committed, within any lordfhip marcher of *Wales*: (3) be it enacted by the <sub>Indictment in</sub> authority aforefaid, That the juftices of the gaol-delivery and <sub>the next coun-</sub> of the peace, and every of them for the time being, in the fhire <sub>ty for a felony</sub> or fhires of *England* where the King's writ runneth, next ad- <sub>within any</sub> joining to the fame lordfhip, marcher, or other places in *Wales*, <sub>lordfhip mar-</sub> where fuch counterfeiting, wafhing, clipping or minifhing of <sub>cher.</sub> any coin current within this realm, or murder hath been, or <sub>27 H.8.c.26.</sub> hereafter fhall be committed or done, or where any other fe- <sub>34 & 35 H.8.</sub> lonies or acceffaries fhall be hereafter committed, perpetrated <sub>Rex v. Athoe,</sub> or done, fhall have from henceforth full power and authority at <sub>Trin. 9 Geo.1.</sub> their feffions and gaol-delivery, to enquire by verdict of twelve <sub>in B.R.</sub> men of the fame fhire or fhires next adjoining within *England*. where the King's writ runneth, there to caufe all fuch counterfeiters, wafhers, clippers of money, felons, murderers and acceffaries to the fame, to be indicted according to the laws of. this land, in like manner and form as if the fame petit treafons, murders, felonies and acceffaries to the fame had been done, committed or perpetrated within any of the faid fhires within

within the faid realm, and alfo to hear, determine and judge the fame, according to the laws of this realm.

**Acquittal in lordfhips marchers no bar.**

VII. And that all foreign pleas pleaded by any of the faid malefactors and offenders, fhall be tried and determined in the faid fhire or fhires ; (2) and that the acquittal or fine making for any of the caufes aforefaid in any of the lordfhips march-ers, fhall be no bar for any perfon or perfons, being indicted in the faid fhire or fhires, within two years next after any fuch murder or felony done.

**Juftices may award procefs unto lordfhips marchers.**

VIII. And further it is enacted, That the faid juftices of peace and gaol-delivery, and every of them, fhall have full power and authority to award all manner of procefs as well of outlawry as otherwife, againft all and every fuch offender and offenders fo indicted in manner and form, and according to the cuftoms and laws ufed and accuftomed within this realm of

**A certificate of an outlaw-ry to a lord-fhip marcher, &c.**

*England* ; (2) and that the faid juftices or two of them, afore whom any fuch offender fhall happen to be outlawed, or at-tainted by outlagary, fhall immediately upon the fame outla-gary or attainder, direct and fend unto the King's officers of his lordfhips marchers or to their deputies, or unto the lord or lords marchers of the fame lordfhip marcher or to his or their officer or officers or to their deputies, wherein fuch of-fence, murder or felony fhall happen to be done, or where any fuch offender, murderer or felon fhall happen to be refiant, a certificate under the feals of them or two of them, of any fuch outlagary or attainder ; (3) commanding them and every of them by the fame, under pain of forfeiture of a hundred pounds to the King, to be levied and perceived as well of the goods, chattels, lands and tenements of the fame lord or lords march-ers, as of the goods and chattels, lands and tenements of the King's officer there to apprehend and attach, or caufe to be apprehended and attached, the body or bodies of the fame of-fender or offenders fo outlawed or attainted, and fafely to keep, or caufe to be kept, the fame offender or offenders, till fuch convenient time before the next feffions of the King's juftices of the gaol-delivery of the fhire where fuch offender or offenders fhall happen to be outlawed or attainted, as to the King's of-ficers of his lordfhips marchers, or to their deputies, or unto the lord marcher or lords marchers of the fame lordfhip march-er, or his or their officer or officers, or their deputies, where fuch offender or offenders fhall be apprehended, attached, de-tained and kept, fhall be thought expedient for the conveyance

**By what means an of-fender fhall be conveyed from one lord-fhip marcher to another.**

and conducting of the fame offender or offenders, (4) in man-ner and form following, to be delivered from the King's offi-cers or their deputies, or the lord marcher or the lords march-ers, or his or their officer or officers, to other perfons affigned by this act to receive and convey fuch offender or offenders, by indenture to be made between the deliverer or deliverers, and the receiver or receivers, that is to fay, that the King's of-ficers of his lordfhip marcher, or their deputies, or the lord or lords marchers of the lordfhip marcher, or his or their officer

or

or officers, or their deputies, where fuch offender or offenders
fhall be apprehended, attached, detained and kept, fhall fafe-
ly and furely conduct and convey, or caufe to be conducted
and conveyed, the fame offender or offenders, to the next
lordfhip marcher toward the fhire where the fame offender or
offenders fhall happen to be outlawed or attainted; (5) and
that the King's officers of the fame lordfhip marcher, or their
deputies, or the lord or lords marchers of the fame lordfhip
marcher, or his or their officer or officers, or their deputies,
fhall receive, and fafely and furely conduct and convey the
fame offender or offenders to the next lordfhip marcher; (6)
and fo the King's officers of every lordfhip marcher, or their
deputies, or the lord or lords marchers of the fame lordfhip, or
his or their officer or officers, or their deputies, to receive,
conduct and convey fafely and furely, every fuch offender or
offenders from one lordfhip marcher to another lordfhip mar-
cher, by indenture, as is aforefaid, unto the time that fuch of-
fender or offenders fhall be fafely delivered before the faid juf-
tices of the gaol-delivery; (7) upon pain of forfeiture by every
of the King's officer or lord marcher, by whofe default the fame
offender or offenders fhall ne may not appear before the fame
juftices at their faid feffions, there to ftand and abide the order
of the King's laws, C. li. to be levied and perceived of the
goods and chattels, lands and tenements of the fame officer or
lord, to the King's ufe.

IX. And that all and every officer and officers, lord and
lords, or other perfons to whom any certificate fhall be di-
rected as is abovefaid, fhall at the next feffions and gaol-deli-
very to be holden after the apprehenfion or attachment of fuch
offender or offenders, return the fame certificate in due form,
and what he or they have done in that behalf, upon the pain
aforefaid; (2) faving alway to all and every offender and offen-
ders, all and fingular traverfes, challenges, exceptions, advan-
tages, and all other pleas, to, of, and upon the outlawry pro-
nounced or promulged againft the fame offender or offenders,
in manner and form as is and hath been ufed and accuftomed
by the laws of this realm for any the King's fubjects dwelling
within the fame realm.

X. Provided always, and be it enacted by the authority a-
forefaid, That if any perfon or perfons which fhall happen
hereafter to be indicted, outlawed, arraigned, convicted or at-
tainted by force of this act, do find fuch fufficient fureties be-
fore the King's juftices of the gaol-delivery as by their difcre-
tions fhall be thought convenient, that the fame perfon or per-
fons fhall not from thenceforth commit nor do any felony,
murder or felonious offence, nor be acceffary to any felony,
murder or felonious offence, but at all times from thenceforth
fhall be of good behaviour againft the King our fovereign lord,
his heirs and fucceffors, his and their laws and fubjects, that
then the fame juftices of gaol-delivery for the time being, with
and by the affent, confent and agreement of the lord prefident,

*The officer fhall return his precept.*

*All advanta-ges faved to the offenders.*

*An offender attainted of any felony, upon furety found of his good beha-viour, may be difcharged. See 34 & 35 H.8.c.26. f. 100.*

and

and two of the King's commiffioners, or council of the marches for the time being, or three of them at the leaft, whereof the lord prefident, or one of the faid council, to be one, fhall and may by their difcretions, for one time only, admit any fuch offender to a certain fine or fum of money on him by them to be affeffed and taxed, to be furely paid to the King's ufe; (2) and fhall have full power and authority, by this prefent act, to difcharge any fuch offender or offenders, fo arraigned, outlawed, convicted and attainted of all and every fuch felony, murder or felonious offence and acceffaries of the fame, and of all executions and punifhments of death, which the fame offender or offenders fhould fuffer by the common laws of this realm, fo that the fame offender or offenders ftand not appealed of the faid felony, murder or felonious offence, or as acceffaries of the fame offences, at the time of his faid difcharge; (3) and that every fuch offender fo difcharged, as is abovefaid, fhall be for the faid offence or offences done within any of the King's lordfhips marchers, or any other lordfhips marchers, difcharged as well againft the King's highnefs, his heirs and fucceffors, as againft all other lords marchers, for one time only.

<span style="float:left">No liberties of lord marcher fhall be a-bridged.</span> XI. Provided alway, and be it enacted by the authority aforefaid, That this prefent act, or any thing therein contained, fhall not extend ne take place to abridge, deprive, or minorate any liberties, privilege or authority of any lords marchers heretofore granted to the fame lord, or lawfully ufed or accuftomed by the faid lord or any of his anceftors, unlefs the forefaid offenders happen to be indicted, outlawed, arraigned, convicted or attainted by force of this act, as is abovefaid, within two years next after fuch murder or other felonious offence perpetrated, done, or committed within the faid lordfhips marchers, or any of them; any thing in this prefent act before rehearfed to the contrary notwithftanding.

<span style="float:left">Where felonies committed in <em>Merioneth</em> in <em>Wales</em> fhall be enquired of, heard and determined. Repealed by 8 El. c. 20.</span> XII. And furthermore be it enacted by the authority aforefaid, That all murders, robberies, felonies and acceffaries of the fame, which fhall happen hereafter to be done, perpetrated or committed, within the fhire of <em>Merioneth</em> in <em>Wales</em>, fhall and may be from henceforth enquired, heard and determined in the counties of <em>Carnarvon</em> or <em>Anglefey</em>, before the King's juftice of <em>North Wales</em>, or his deputy for the time being, by verdict or inqueft to be taken by the inhabitants of the fame fhires of <em>Carnarvon</em> or <em>Anglefey</em>, or otherwife, if by the difcretion of the juftice there, or his deputy, it fhall be thought convenient: (2) and that the fame juftice, or his deputy for the time being, fhall have full power and authority by his difcretion, by force of this prefent act, to hear and determine all and every the aforefaid murders, felonies, robberies and acceffaries, in form aforefaid.

XIII. *And where heretofore upon divers murders, robberies and felonies perpetrated and done, as well within the lordfhips marchers of* Wales, *as in other places of* Wales *without the fame lordfhips, the offenders divers times flee and efcape from the fame lordfhip or other*

place

*place where such offence was committed, and have repaired and re-*
*sorted into another lordship marcher, and there by the aid, comfort*
*and favour of the said lord of the same lordship, or his officer or of-*
*ficers, have been abiding and resiant, into the which lordships the*
*same lords marchers have and do pretend a custom and privilege, that*
*none of the King's ministers or subjects may enter to pursue, appre-*
*hend and attach any such offender thereunto repaired, as is aforesaid,*
*by reason whereof the same offenders went unpunished, to the ani-*
*mation and encouraging of other evil-disposed people:* (2) it is there-
fore enacted by the authority abovesaid, That every officer
and officers, and their deputies, upon commandment given by
the commissioners or council of the marches for the time be-
ing, shall bring, send or deliver every such offender to the of-
ficer of the lordship marcher, or other place, where any such
offence is or shall be committed or done, upon the metes and
bounds of the said lordships, or to the said commissioners or
council, according as to the said officers by them shall be
commanded under pain of xl. li. the said commandment
or commission to be directed to any such officer, to be sent,
conveyed and delivered by a serjeant at arms, or a pursuivant,
attendant on the said council in the marches for the time
being.

Where and to
whom any of-
fender taken
in Wales shall
be delivered.

## C A P. VII.
### *The bill for the highways in the county of* Suffex.

WHERE *it is ordained and enacted by authority of this present*
*parliament heretofore holden at London the fifteenth day of*
April *in the fourteenth year of the King's most noble reign, and from*
*thence adjourned to* Westminster *the last day of* July *the fifteenth*
*year of his reign, and there holden; in consideration that many common*
*ways in the Weld of* Kent *be so deep and noyous by wearing and*
*course of water, and other occasions, that people cannot have their*
*passages and carriages by horses upon or by the same, but to their*
*great pains, perils and jeopardy;* (2) *that if any person or persons*
*from that time, in any place within the said Weld of the said coun-*
*ty, of his good mind and disposition, without any value of good by him*
*or by them to be received for the same, will, for the common weal of*
*the King's people, assign and lay out a more commodious way in and*
*over the lands thereunto adjoining, whereof the person or persons, or*
*other to his use, shall be seised of fee in estate of inheritance, that the*
*same new way, so to be assigned and laid out; by oversight and assent*
*of two justices of the peace of the said county, and twelve other dif-*
*crest men within the same hundred inhabiting, where any such new*
*way shall be limited and laid out, or inhabiting within the same hun-*
*dred, and other hundreds to the said hundred next adjoining, shall be*
*from thenceforth holden, occupied and used in like manner as the said*
*old way there now is, or before hath been;* (3) *and that also the*
*same person or persons so disposed, willing and accomplishing, shall*
*and may, for the same new way, so assigned and used, receive and*
*hold, in way of recompence for the same new way so to be given, the*
*soil and ground if the old way in severalty to them their heirs and*
*assigns,*

Highways in
Suffex shall be
amended.
14 & 15 H. 8.
c. 6.

Any person
may lay out a
new way in
his own
ground in the
Weld of Kent
by the consent
of two justices
of peace, &c.
and keep seve-
ral the old.