# EXHIBIT DD

# LAWS OF KANSAS.

—::—

## CHAPTER I.

### ACCOUNTS IN RELATION TO PENITENTIARY.

SENATE RESOLUTION providing for Inquiry into Accounts of
Penitentiary.

*Resolved by the Legislature of the State of Kansas:*

That the Auditor of State be and he is hereby directed
to institue a rigid inquiry as to labor performed by state
convicts confined in the jails of Leavenworth and Douglas
counties, as to labor performed for the counties, before he
draws any order upon the Treasurer of State, for money
appropriated at this session of the Legislature, in favor of
either Douglas or Leavenworth counties, or the Sheriffs of
the same, or either of the Penitentiary Commissioners, he
shall be satisfied from investigation that the State has been
and is credited for all labor performed by convicts for any
party or parties as above.

*Auditor to institute inquiry.*

3

Digitized from Best Copy Available

## CHAPTER XII.

### ARMS.—PREVENT CARRYING OF.

#### AN ACT to prevent the carrying of Deadly Weapons.

*Be it enacted by the Legislature of the State of Kansas:*

SECTION 1.   Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the Government of the United States, who shall be found within the limits of this State, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor; and upon conviction shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court.

*Conviction for carrying deadly weapons.*

SEC. 2.   Justices of the Peace shall have original jurisdiction of all cases arising under this Act, and on complaint being made, shall proceed to hear and determine the same in a summary manner, and shall have full authority to enforce both fine and imprisonment as provided in this Act, *Provided*, that nothing in this Act shall conflict with the ordinance of any incorporated city of the State.

*Complaint made before Justice of the Peace.*

SEC. 3.   In all cases arising under this Act, the accused shall be entitled to a jury of six men, possessing the qualifications of electors, who, if they find the defendant guilty, shall assess the fine to be paid by him, and fix the term of his imprisonment; and if convicted, may appeal to the District Court of the proper county as in other cases provided by law.

*Fine to be assessed.*

SEC. 4.   This Act to take effect and be in force from and after its publication.

Approved, February 23d, 1867.

S. J. CRAWFORD,
*Governer.*

Digitized from Best Copy Available