# EXHIBIT LL

[Published by Authority.]

# THE
# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

## FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
Printed by the Star Printing Company.

1888.

CC
Salt Lake City
3
1888

44-158
Judah P. Benjamin

# CHAPTER XXVII.

## OF LIBERTY PARK.

1. Mayor to control Park and appoint Keepers. Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed. Racing prohibited.
5. Vending in Park prohibited.
6. Injuring property. Disturbance. Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1. The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park, under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter. *Mayor to control Park and appoint Keepers. Keepers given police powers.*

SEC. 2. All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor. *When gates to be closed.*

SEC. 3. No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park. *Drays, trucks, etc., not to travel upon drives.*

SEC. 4 All persons are hereby prohibited from riding or driving upon the roads within said *Rate of speed.*

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

*Racing prohibited.*

SEC. 5. No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

*Vending in Park prohibited.*

SEC. 6. No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor: 1—Let loose any cattle, horses, goats, sheep or swine. 2—Drive a herd of said animals through the grounds. 3—Carry or discharge firearms. 4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided. 6—Catch or kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

SEC. 7. All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

*Rule in meeting vehicles.*

SEC. 8. When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

*Associations, etc., to get permit.*

SEC. 9. Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

*Penalty.*