# EXHIBIT UU

Case 7:21-cv-05334-NSR Document 65-47 Filed 11/30/22 Page 2 of 4

ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL.

# THE CHARTER

OF THE

# TY OF WILMINGTON

AS AMENDED TO MAY 6TH, 1893;

## ts of the General Assembly

RELATING TO THE CITY,

INCLUDING THE SESSION OF 1893;

*being vol. 19. Laws of Del.)*

—AND—

## INANCES, AND RULES AND REGULATIONS

Of Departments of the City Government,

S AMENDED AND IN FORCE, SEPTEMBER 1ST, 1893;

—ALSO—

## E ORIGINAL BOROUGH CHARTER.

PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.



Digitized by Google

# PART VII.

# RULES AND REGULATIONS

OF THE

# BOARD OF PARK COMMISSIONERS.

Digitized by Google

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

### As Amended and in Force September 1st, 1893.

1. No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . . . . Penalty, $5 00

2. No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty. $5 00

3. No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . . Penalty, $5 00

4 No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5. No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . . . . . . . Penalty, $5 00

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park   Penalty, $5 00

7. No person shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein.
Penalty, $5 00

8. No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park.
Penalty, $5 00

9. No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park.
Penalty, $10 00

10   No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes.
Penalty, $10 00

*Adopted October* 12, 1887.

Digitized by Google