# EXHIBIT

# 1



# THE CITY RECORD

### Official Journal of The City of New York

Printed on paper containing 30% post-consumer material

THE CITY RECORD U.S.P.S.0114-660

---

**VOLUME CXLIX NUMBER 168**   **WEDNESDAY, AUGUST 31, 2022**   **Price: $4.00**

---

## TABLE OF CONTENTS

**PUBLIC HEARINGS AND MEETINGS**
Borough President - Brooklyn . . . . . . . . . . . . . . 4429
City Council . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4430
City Planning Commission . . . . . . . . . . . . . . . . . 4432
Community Boards . . . . . . . . . . . . . . . . . . . . . . . 4433
Housing Authority . . . . . . . . . . . . . . . . . . . . . . . 4433
Office of Labor Relations . . . . . . . . . . . . . . . . . . 4434
Landmarks Preservation Commission . . . . . . . . 4434

**PROPERTY DISPOSITION**
Citywide Administrative Services . . . . . . . . . . . . 4434
Housing Preservation and Development . . . . . . . 4434

**PROCUREMENT**
Administration for Children's Services . . . . . . . . 4435
   *Administration* . . . . . . . . . . . . . . . . . . . . . . . . 4435
Administrative Trials and Hearings . . . . . . . . . . 4435
Buildings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4435
Citywide Administrative Services . . . . . . . . . . . . 4435
   *Administration* . . . . . . . . . . . . . . . . . . . . . . . . 4435
Correction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4436
District Attorney - Bronx County . . . . . . . . . . . . 4436
Environmental Protection . . . . . . . . . . . . . . . . . . 4436
   *Water and Sewer Operation* . . . . . . . . . . . . . . 4436
   *Sustainability* . . . . . . . . . . . . . . . . . . . . . . . . . 4436
Financial Information Services Agency . . . . . . . . 4436
   *Procurement Services* . . . . . . . . . . . . . . . . . . . 4436
Fire Department . . . . . . . . . . . . . . . . . . . . . . . . . 4437

Agency Chief Contracting Officer . . . . . . . . . . . . 4437
   *Facility Management (Buildings Unit)* . . . . . . 4437
Health and Mental Hygiene . . . . . . . . . . . . . . . . 4437
Homeless Services . . . . . . . . . . . . . . . . . . . . . . . . 4437
Information Technology and
Telecommunications . . . . . . . . . . . . . . . . . . . . . . 4437
Law Department . . . . . . . . . . . . . . . . . . . . . . . . . 4438
   *Administration* . . . . . . . . . . . . . . . . . . . . . . . . 4438
Parks and Recreation . . . . . . . . . . . . . . . . . . . . . 4438
   *Revenue and Concessions* . . . . . . . . . . . . . . . . 4438
School Construction Authority . . . . . . . . . . . . . . 4439
   *Contract Administration* . . . . . . . . . . . . . . . . 4439
Small Business Services . . . . . . . . . . . . . . . . . . . 4440
   *Procurement* . . . . . . . . . . . . . . . . . . . . . . . . . . 4440

**CONTRACT AWARD HEARINGS**
Administration for Children's Services . . . . . . . . 4440
Environmental Protection . . . . . . . . . . . . . . . . . . 4441
Information Technology and
Telecommunications . . . . . . . . . . . . . . . . . . . . . . 4441

**AGENCY RULES**
Police Department . . . . . . . . . . . . . . . . . . . . . . . . 4441

**SPECIAL MATERIALS**
City Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4447
Comptroller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4448
Environmental Protection . . . . . . . . . . . . . . . . . . 4449
Mayor's Office of Contract Services . . . . . . . . . . . 4449
Parks and Recreation . . . . . . . . . . . . . . . . . . . . . 4451
Changes in Personnel . . . . . . . . . . . . . . . . . . . . . 4452

**LATE NOTICE**
Housing Preservation and Development . . . . . . . 4452

## THE CITY RECORD

**ERIC L. ADAMS**
Mayor

**DAWN M. PINNOCK**
Commissioner, Department of
Citywide Administrative Services

**JANAE C. FERREIRA**
Editor, The City Record

Published Monday through Friday except legal
holidays by the New York City Department of
Citywide Administrative Services under Authority
of Section 1066 of the New York City Charter.

Subscription $500 a year, $4.00 daily ($5.00 by
mail). Periodicals Postage Paid at New York, NY
POSTMASTER: Send address changes to
THE CITY RECORD, 1 Centre Street,
17th Floor, New York, NY 10007-1602

Editorial Office/Subscription Changes:
The City Record, 1 Centre Street, 17th Floor,
New York, NY 10007-1602 (212) 386-0055

**Visit The New City Record Online (CROL)
at www.nyc.gov/cityrecord for a
searchable database of all notices published
in the City Record.**

---

## PUBLIC HEARINGS AND MEETINGS

*See Also: Procurement; Agency Rules*

---

## BOROUGH PRESIDENT - BROOKLYN

■ **PUBLIC HEARINGS**

Office of the Brooklyn Borough President gives notice of a public
hearing, via Webex virtual meeting, on Tuesday, September 6, 2022, at
6:00 P.M., with remote public participation, on the following:

**IN THE MATTER OF** an application submitted by the New York City
Economic Development Corporation ("NYCEDC"), pursuant to the New
York City Uniform Land Use Review Procedure and Section 384(b)(4)
of the New York City Charter, for the disposition of City-Owned
property, located at, 1502 Surf Avenue, in the Borough of Brooklyn
(Block 7074, Lot 190) (the "Property"); The Property is approximately
41,445 square feet, consisting of amusement uses.

The proposed disposition would allow for an extension of the current
lease of the Property between the City of New York and the NYCEDC,
for an additional ten (10) years, extending it from January 1, 2028
through December 31, 2037. NYCEDC's application states that it
proposes such a lease extension to help businesses recoup significant
losses experienced during the COVID-19 pandemic and government
mandated closure of amusements.

Persons wishing to testify live can register here or https://tinyurl.com/
bdfmdth9, until 3:00 P.M., on September 6, 2022. Live testimony is
limited to two (2) minutes per person. Anyone wishing to submit
written testimony on the NYCEDC application must submit it to,
testimony@brooklynbp.nyc.gov. Any such written testimony must be
submitted by 6:00 P.M. EST, on September 9, 2022, for it to be
considered by the Brooklyn Borough Board.

**https://tinyurl.com/m9ry7khc**

**Event ID:** 2336 813 9200 | **Password:** BBPOC
**Short Link:** 23368139200@nycbp.webex.com
**Or Dial:** dial 173.243.2.68 and enter **2336 813 9200**
**Audio:** U.S. Toll 1-408418-9388 | Access code 2336 813 9200

Accessibility questions: Carol-Ann.Church@brooklynbp.nyc.gov, by:
Monday, August 29, 2022, 3:00 P.M.



a25-s6

Case 7:21-cv-05334-NSR  Document 67-1  Filed 11/30/22  Page 3 of 25

# CITY COUNCIL

■ PUBLIC HEARINGS

**NOTICE IS HEREBY GIVEN** that the Council has scheduled the following public hearing on the matter indicated below:

**The Subcommittee on Zoning and Franchises will hold a public hearing, accessible remotely and in person in the Chambers, City Hall, New York, NY 10007, on the following matters commencing, at 10:00 A.M. on September 7, 2022. The hearing will be live-streamed on the Council's website, at https://council.nyc.gov/live/. Please visit https://council.nyc.gov/land-use/ in advance for information about how to testify and how to submit written testimony.**

## HALLETTS NORTH

**QUEENS CB – 1**                                    **C 220198 ZSQ**

Application submitted by Astoria Owners LLC, pursuant to Sections 197-c and 201 of the New York City Charter for the grant of a special permit, pursuant to the Section 62-837(a) of the Zoning Resolution to modify the height and setback, the maximum residential tower size and the maximum width of walls facing the shoreline requirements of Section 62-34 (Height and Setback Regulations on Waterfront Blocks), in connection with a proposed mixed use development, within a general large-scale development, on property generally, bounded by the westerly streetline of the former 3rd Street*, the U.S. Pierhead and Bulkhead Line, a line 330 feet southeasterly of the westerly streetline of the former 3rd Street*, a line 228.5 feet northeasterly of 26th Avenue, a line 179 feet southeasterly of the westerly streetline of the former 3rd Street, and 26th Avenue (Block 911, Lots 1, and the demapped portion of 3rd Street*), in an R7-3/C2-4** District.

*Note: 3rd Street, northeasterly of 26th Avenue, is proposed to be demapped under a concurrent related application for a City Map Change (C 220206 MMQ).

**Note: The site is proposed to be rezoned by changing an M1-1 to an R7-3/C2-4 District under a concurrent related application (C 220196 ZMQ).

## HALLETTS NORTH

**QUEENS CB – 1**                                    **C 220206 MMQ**

Application submitted by Astoria Owners LLC, pursuant to Sections 197-c and 199 of the New York City Charter for an amendment, to the City Map involving:

1.  the elimination of 3rd Street within the area, bounded by 8th Street, 26th Avenue, 2nd Street and the U.S. Pierhead and Bulkhead line;

2.  the adjustment of grades and block dimensions necessitated thereby;

including authorization for any acquisition or disposition of real property related thereto, in accordance with Map No. 5037 dated March 14, 2022 and signed by the Borough President.

## HALLETTS NORTH

**QUEENS CB – 1**                                    **N 220353 ZAQ**

Application submitted by Astoria Owners LLC for the grant of an authorization, pursuant to Section 62-822(a) of the Zoning Resolution to modify the requirements of Section 62-50 (General Requirements for Visual Corridors and Waterfront Public Access Areas) for location, area and minimum dimensions of waterfront public access areas and visual corridor, in connection with a proposed mixed use development, within a general large-scale development, on property generally, bounded by the northwesterly streetline of the former 3rd Street*, the U.S. Pierhead and Bulkhead Line, a line 330 feet southeasterly of the westerly streetline of the former 3rd Street*, a line 228.5 feet northeasterly of 26th Avenue, a line 179 feet southeasterly of the westerly streetline of the former 3rd Street, and 26th Avenue (Block 911, Lots 1, 100, and the demapped portion of 3rd Street*), in an R7-3/C2-4** District.

*Note: 3rd Street, northeasterly of 26th Avenue, is proposed to be demapped under a concurrent related application for a City Map Change (C 220206 MMQ).

**Note: The site is proposed to be rezoned by changing an M1-1 to an R7-3/C2-4 District under a concurrent related application (C 220196 ZMQ).

## 2080 MCDONALD AVENUE

**BROOKLYN CB – 11**                                **C 210174 ZMK**

Application submitted by Jackson Ex 2 Avenue S LLC, pursuant to Sections 197-c and 201 of the New York City Charter for an amendment of the Zoning Map, Section No. 28c:

1.  changing from an R5B District to a C4-4L District property, bounded by a line 170 feet northerly of Avenue S, a line midway between Lake Street and McDonald Avenue, a line 160 feet southerly of Avenue S, and Lake Street; and

2.  changing from an M1-1 District to a C4-4L District property, bounded by a line 170 feet northerly of Avenue S, McDonald Avenue, a line 160 feet southerly of Avenue S and a line midway between Lake Street and McDonald Avenue;

as shown on a diagram (for illustrative purposes only) dated April 11, 2022, and subject, to the conditions of CEQR Declaration E-662.

## 2080 MCDONALD AVENUE

**BROOKLYN CB – 11**                                **N 210175 ZRK**

Application submitted by Jackson Ex 2 Avenue S LLC, pursuant to Section 201 of the New York City Charter, for an amendment of the Zoning Resolution of the City of New York, modifying APPENDIX F for the purpose of establishing a Mandatory Inclusionary Housing area.

Matter underlined is new, to be added;
Matter struck out is to be deleted;
Matter within # # is defined in Section 12-10;
* * * indicates where unchanged text appears in the Zoning Resolution.

**APPENDIX F**

**Inclusionary Housing Designated Areas and Mandatory Inclusionary Housing Areas**

* * *

**BROOKLYN**

Brooklyn Community District 11

* * *

Map 2 – [date of adoption]

[PROPOSED MAP]



Portion of Community District 11, Brooklyn

## BRUCKNER SITES REZONING

**BRONX CB – 10**                                    **C 220007 ZMX**

Application submitted by Throggs Neck Associates LLC, pursuant to Sections 197-c and 201 of the New York City Charter for the amendment of the Zoning Map, Section No. 4b:

1.  eliminating from within an existing R4-1 District a C1-2 District, bounded by a southerly boundary line of St. Raymonds Cemetery and its easterly prolongation, East Tremont Avenue, Bruckner Expressway, and a line 100 feet easterly of Revere Avenue;



2. eliminating from within an existing R4A District a C1-2 District, bounded by Meyers Street, Edison Avenue, a line 150 feet northwesterly of Bruckner Boulevard, Crosby Avenue, Bruckner Expressway, and East Tremont Avenue;

3. eliminating from within an existing R4A District, a C2-2 District, bounded by a line 175feet northwesterly of Bruckner Boulevard, a line 100 feet northeasterly of East Tremont Avenue, Meyers Street, and East Tremont Avenue;

4. changing from an R4-1 District to an R5B District property, bounded by a line 100 feet southerly of Gifford Avenue, the northwesterly centerline prolongation of Brinsmade Avenue, Bruckner Boulevard (southeasterly portion), and a line 100 feet easterly of Balcom Avenue and its southerly prolongation;

5. changing from an R4-1 District to an R6A District property, bounded by a southerly boundary line of St. Raymonds Cemetery and its easterly prolongation, East Tremont Avenue, Bruckner Expressway, and Revere Avenue;

6. changing from an R4A District to an R6A District property, bounded by a line 175 feet northwesterly of Bruckner Boulevard, Edison Avenue, a line 150 feet northwesterly of Bruckner Boulevard, a line 160 feet southwesterly of Crosby Avenue, a line 250 feet northwesterly of Bruckner Boulevard, Crosby Avenue, Bruckner Expressway, and East Tremont Avenue;

7. establishing within the proposed R5B District a C2-4 District, bounded by a line 100 feet southerly of Gifford Avenue, the northwesterly centerline prolongation of Brinsmade Avenue, Bruckner Expressway, and a line 100 feet easterly of Balcom Avenue and its southerly prolongation; and

8. establishing within the proposed R6A District a C2-4 District, bounded by a southerly boundary line of St. Raymonds Cemetery and its easterly prolongation, East Tremont Avenue, a line 175 feet northwesterly of Bruckner Boulevard, Edison Avenue, a line 150 feet northwesterly of Bruckner Boulevard, a line 160 feet southwesterly of Crosby Avenue, a line 250 feet northwesterly of Bruckner Boulevard, Crosby Avenue, Bruckner Expressway, and Revere Avenue;

as shown on a diagram (for illustrative purposes only) dated March 28, 2022, and subject, to the conditions of CEQR Declaration E-669.

### BRUCKNER SITES REZONING

**BRONX CB – 10**　　　　　　　　　　　　　**N 220008 ZRX**

Application submitted by Throggs Neck Associates LLC, pursuant to Section 201 of the New York City Charter, for an amendment of the Zoning Resolution of the City of New York, modifying APPENDIX F for the purpose of establishing a Mandatory Inclusionary Housing area.

Matter underlined is new, to be added;
Matter struck out is to be deleted;
Matter within # # is defined in Section 12-10;
* * * indicates where unchanged text appears in the Zoning Resolution.

* * *

### APPENDIX F

**Inclusionary Housing Designated Areas and Mandatory Inclusionary Housing Areas**

* * *

### THE BRONX

* * *

### The Bronx Community District 10

Map 1 – [date of adoption]

---

[PROPOSED MAP]



☐ Mandatory Inclusionary Housing Program Area　*(see Section 23-154(d)(3)*

Area # — [date of adoption] MIH Program Option 1 and Option 2

Portion of Community District 10, The Bronx

**For questions about accessibility and requests for additional accommodations, please contact swerts@council.nyc.gov or nbenjamin@council.nyc.gov or (212) 788-6936, at least three (3) business days before the hearing.**

Accessibility questions: Kaitlin Greer, kgreer@council.nyc.gov, by: Thursday, September 1, 2022, 3:00 P.M.

☐♿ ☐? ☐cc　　　　　　　　　　　　　☞ a31-s7

NOTICE IS HEREBY GIVEN that the Council has scheduled the following public hearing on the matter indicated below:

**The Subcommittee on Landmarks, Public Sitings, and Dispositions, will hold a public hearing, accessible both in person and remotely, commencing at, 10:00 A.M., on September 6, 2022, in the Committee Room, City Hall, New York, NY 10007. The hearing will be live-streamed on the Council's website at, https://council.nyc.gov/live/. Please visit, https://council.nyc.gov/land-use/, in advance for information about how to testify and how to submit written testimony.**

### 2017 GRAND CONCOURSE

**BRONX CB – 5**　　　　　　　　　　　　　**C 220356 HAX**

Application submitted by the Department of Housing Preservation and Development (HPD)

1. pursuant to Article 16 of the General Municipal Law of New York State for:

   a. the designation of property located at, 2017 Grand Concourse (Block 2808, Lot 90), as an Urban Development Action Area; and

   b. an Urban Development Action Area Project for such area; and

2. pursuant to Section 197-c of the New York City Charter, for the disposition of such property to a developer to be selected by HPD;

to facilitate the development of a new nine-story affordable housing building containing approximately 33 affordable housing units.

### 2017 GRAND CONCOURSE

**BRONX CB – 5**　　　　　　　　　　　　　**C 220357 PQX**

Application submitted by the Department of Housing Preservation and Development, pursuant to Section 197-c of the New York City Charter, for the acquisition of property located at, 2017 Grand Concourse (Block 2808, Lot 90), to facilitate the development of a new nine-story affordable housing building containing approximately 33 affordable housing units.

### 705 10ᵀᴴ AVENUE (DEP SITE)

**MANHATTAN CB – 4**　　　　　　　　　　**C 220340 HAM**

Application submitted by the NYC Department of Housing Preservation and Development (HPD)

1. pursuant to Article 16 of the General Municipal Law of New York State for:

Case 7:21-cv-05334-NSR   Document 67-1   Filed 11/30/22   Page 5 of 25

a. the designation of property located at, 705 10th Avenue (Block 1077, Lot 29), as an Urban Development Action Area; and

b. an Urban Development Action Area Project for such area; and

2. pursuant to Section 197-c of the New York City Charter for the disposition of such property to a developer to be selected by HPD;

to facilitate the development of an eight-story building containing approximately 157 affordable housing units and an open space area.

### 705 10TH AVENUE (DEP SITE)
**MANHATTAN CB – 4**              **N 220339 ZRM**

Application submitted by NYC Department of Housing Preservation and Development, pursuant to Section 201 of the New York City Charter, for an amendment of the Zoning Resolution of the City of New York, modifying special permit provisions of Article IX, Chapter 6 (Special Clinton District).

The proposed text amendment may be seen in the City Planning Calendar of August 24, 2022 (Cal. No. 10) and the Department of City Planning web site: (www.nyc.gov/planning).

### 705 10TH AVENUE (DEP SITE)
**MANHATTAN CB – 4**              **C 220338 ZSM**

Application submitted by NYC Department of Housing Preservation and Development, pursuant to Sections 197-c and 201 of the New York City Charter for the grant of a special permit, pursuant to Section 96-112* of the Zoning Resolution to modify the height and setback requirements of Section 96-104* (Height and setback regulations) and the rear yard regulations of Section 23-532 (Required rear yard equivalents), on a zoning lot that has an area of greater than 40,000 square feet, occupies a frontage of a wide street, and contains existing public infrastructure, in connection with a proposed 8-story mixed-use building, on property located at, 705 10th Avenue (Block 1077, Lot 29), in R8 and R8/C2-5 Districts, partially within the Preservation and partially within the Other Areas (C2), within the Special Clinton District.

*Note: Section 96-104 is proposed to be changed and a new section 96-112 is proposed to be created under a concurrent related application for a Zoning Text Amendment (N 220339 ZRM).

### 705 10TH AVENUE (DEP SITE)
**MANHATTAN CB – 4**              **C 220337 ZSM**

Application submitted by NYC Department of Housing Preservation and Development, pursuant to Sections 197-c and 201 of the New York City Charter for the grant of a special permit, pursuant to Section 74-681 of the Zoning Resolution to allow that portion of a railroad or transit right right-of-way which will be completely covered over by a permanent platform to be included in the lot area, in connection with a proposed 8-story mixed-use building, on property located at, 705 10th Avenue (Block 1077, Lot 29), in R8 and R8/C2-5 Districts, partially within the Preservation and partially within the Other Areas (C2), within the Special Clinton District.

**For questions about accessibility and requests for additional accommodations, please contact, swerts@council.nyc.gov, or nbenjamin@council.nyc.gov, or (212) 788-6936, at least three (3) business days before the hearing.**

Accessibility questions: Kaitlin Greer, kgreer@council.nyc.gov, by: Thursday, September 1, 2022, 3:00 P.M.

🔊 ⓘ cc

             a30-s6

---

# CITY PLANNING COMMISSION

■ **PUBLIC HEARINGS**

The City Planning Commission will hold a remote public hearing, via the teleconferencing application Zoom, at 10:00 A.M. Eastern Daylight Time, on Wednesday, September 7, 2022, regarding the cale ndar items listed below.

The meeting will be live streamed through Department of City Planning's (DCP's) website and accessible from the following webpage, which contains specific instructions on how to observe and participate, as well as materials relating to the meeting: https://www1.nyc.gov/site/nycengage/events/city-planning-commission-public-meeting/396614/1

Members of the public should observe the meeting through DCP's website. Testimony can be provided verbally by joining the meeting using either Zoom or by calling the following number and entering the information listed below:

877 853 5247 US Toll-free
888 788 0099 US Toll-free

253 215 8782 US Toll Number
213 338 8477 US Toll Number

Meeting ID: **618 237 7396**
[Press # to skip the Participation ID]
Password: 1

To provide verbal testimony via Zoom, please follow the instructions available through the above webpage (link above).

Written comments will also be accepted until 11:59 P.M., one week before the date of vote. Please use the CPC Comments form that is accessible through the above webpage.

Please inform the Department of City Planning if you need a reasonable accommodation, such as a sign language interpreter, in order to participate in the meeting. The submission of testimony, verbal or written, in a language other than English, will be accepted, and real time interpretation services will be provided based on available resources. Requests for a reasonable accommodation or foreign language assistance during the meeting should be emailed to *[AccessibilityInfo@planning.nyc.gov],* or made by calling *[212-720-3508].* Requests must be submitted at least five business days before the meeting.

### BOROUGH OF BROOKLYN
#### Nos. 1 & 2
#### *280 BERGEN STREET REZONING*
#### No. 1

**CD 2**              **C 220188 ZMK**

IN THE MATTER OF an application submitted by BNW3 Re-Gen, LLC pursuant to Sections 197-c and 201 of the New York City Charter for an amendment of the Zoning Map, Section No. 16c:

1. changing from an M1-2 District to an R7A District property bounded by Bergen Street, a line 100 feet northwesterly of 3rd Avenue, Wyckoff Street, a line 120 feet northwesterly of 3rd Avenue, a line midway between Bergen Street and Wyckoff Street, a line 275 feet southeasterly of Nevins Street, Wyckoff Street, and Nevins Street;

2. changing from an M1-2 District to an R7D District property bounded by Bergen Street, 3rd Avenue, Wyckoff Street, and a line 100 feet northwesterly of 3rd Avenue; and

3. establishing within the proposed R7D District a C2-4 District bounded by Bergen Street, 3rd Avenue, Wyckoff Street, and a line 100 feet northwesterly of 3rd Avenue;

as shown on a diagram (for illustrative purposes only) dated June 6, 2022, and subject to the conditions of CEQR Declaration E-682.

#### No. 2

**CD 2**              **N 220189 ZRK**

IN THE MATTER OF an application submitted by BNW3 Re-Gen, LLC pursuant to Section 201 of the New York City Charter, for an amendment of the Zoning Resolution of the City of New York, modifying APPENDIX F for the purpose of establishing a Mandatory Inclusionary Housing area.

Matter underlined is new, to be added;
Matter struck out is to be deleted;
Matter within # # is defined in Section 12-10;
*   *   * indicates where unchanged text appears in the Zoning Resolution

\*   \*   \*

**APPENDIX F**
**Inclusionary Housing Designated Areas and Mandatory Inclusionary Housing Areas**

\*   \*   \*

**BROOKLYN**

\*   \*   \*

**Brooklyn Community District 2**

\*   \*   \*

Map 10 – [date of adoption]

[EXISTING MAP]



Mandatory Inclusionary Housing Program Area *see Section 23-154(d)(3)*

Area 11 — 6/16/22 MIH Program Option 1 and Option 2

[PROPOSED MAP]



Mandatory Inclusionary Housing Area *see Section 23-154(d)(3)*

Area 11 — 6/16/22 — MIH Program Option 1 and Option 2

Area # — [date of adoption] — MIH Program Option 1 and Option 2

Portion of Community District 2, Brooklyn

\* \* \*

Sara Avila, Calendar Officer
City Planning Commission
120 Broadway, 31st Floor, New York, NY 10271
Telephone (212) 720-3366

Accessibility questions: (212) 720-3508, AccessibilityInfo@planning.nyc.
gov, by: Friday, September 2, 2022, 5:00 P.M.

    a23-s7

## COMMUNITY BOARDS

■ **PUBLIC HEARINGS**

**NOTICE IS HEREBY GIVEN** that the following matter has been
scheduled for public hearing by Community Board:

### BOROUGH OF MANHATTAN

COMMUNITY BOARD NO. 06 - Monday, September 12, 2022, at 6:30
P.M., via Zoom: https://us06web.zoom.us/webinar/register/
WN_3hBPRYtPTlu9MGo0LcxiDg.

A public hearing with respect to the Manhattan Community District 6
Needs Statement and Budget Requests for Fiscal Year 2024.

a26-s12

## HOUSING AUTHORITY

■ **MEETING**

The next Audit & Finance Committee Meeting of the New York City
Housing Authority, is scheduled for Tuesday, September 13, 2022, at
10:00 A.M. in the Ceremonial Room on the 5th Floor of 90 Church
Street, New York, New York (unless otherwise noted). Copies of the Agenda
will be available on NYCHA's website or may be picked up at the
Department of Internal Audit and Assessment at 90 Church Street, 9th
Floor, New York, NY, no earlier than twenty-four (24) hours before the
upcoming Audit & Finance Committee Meeting. Copies of the draft
Minutes are available on this web page or can be picked up at the
Department of Internal Audit and Assessment no earlier than 3:00
P.M. on Thursday, two weeks after the Audit & Finance Committee
Meeting.

Any changes to the schedule will be posted here and on NYCHA's
website, at https://www1.nyc.gov/site/nycha/about/audit-committee-
meetings.page, to the extent practicable at a reasonable time before the
meeting.

The meeting will be streamed live on YouTube Channel and on
NYCHA's website, at https://www1.nyc.gov/site/nycha/about/audit-
committee-meetings.page, for public access.

The meeting is open to the public. For those wishing to provide public
comment, pre-registration is required, via email, to audit@nycha.nyc.
gov, or by contacting, (212) 306-3780, no later than 4:00 P.M., on the
day prior to the Audit Committee Meeting. When pre-registering,
please provide your name, development or organization name, contact
information, email address and item you wish to comment on. You will
then be contacted with instructions for providing comment. Comments
are limited to the items on the Agenda.

Speaking time will be limited to three minutes. Speakers will provide
comment in the order in which the requests to comment are received.
The public comment period will conclude upon all speakers being heard
or at the expiration of 30 minutes allotted for public comment,
whichever occurs first.

Any person requiring a reasonable accommodation in order to
participate in the Audit & Finance Committee Meeting, should contact
the Department of Internal Audit and Assessment by phone, at
(212) 306-3780 or by email, at audit@nycha.nyc.gov, no later than
Tuesday, September 6, 2022, at 4:00 P.M.

For additional information regarding the Audit & Finance Committee
Meeting, please visit NYCHA's website, contact by phone, at
(212) 306-3780 or by email, at audit@nycha.nyc.gov.

Accessibility questions: Internal Audit, (212) 306-3780,
audit@nycha.nyc.gov, by: Tuesday, September 6, 2022, 4:00 P.M.

    a26-s13

## OFFICE OF LABOR RELATIONS

■ **MEETING**

The New York City Deferred Compensation Board, will hold its next
meeting on Wednesday, September 7, 2022, from 10:00 A.M. to 12:00
P.M. The meeting will be held at, 22 Cortlandt Street, 15th Floor, New
York, NY 10007. Please visit the below link to access the audio
recording of the Board meeting, or to access archived Board meeting
audio/videos: https://www1.nyc.gov/site/olr/deferred/dcp-board-
webcasts.page.

a30-s7

# LANDMARKS PRESERVATION COMMISSION

■ PUBLIC HEARINGS

**NOTICE IS HEREBY GIVEN** that, pursuant to the provisions of Title 25, Chapter 3 of the Administrative Code of the City of New York (Sections 25-303, 25-307, 25-308, 25-309, 25-313, 25-318, 25-320) on Tuesday, September 13, 2022, at 9:30 A.M., the Landmarks Preservation Commission (LPC or agency) will hold a public hearing by teleconference with respect to the properties list below, and then followed by a public meeting.

The final order and estimated times for each application will be posted on the Landmarks Preservation Commission website, the Friday before the hearing. Please note that the order and estimated times are subject to change. The teleconference will be by the Zoom app and will be live streamed on the LPC's YouTube channel, www.youtube.com/nyclpc. Members of the public should observe the meeting on the YouTube channel and may testify on particular matters by joining the meeting using either the Zoom app or by calling in from any phone. Specific instructions on how to observe and testify, including the meeting ID and password, and the call-in number, will be posted on the agency's website, under the "Hearings" tab, https://www1.nyc.gov/site/lpc/hearings/hearings.page, on the Monday before the public hearing. Any person requiring language assistance services or other reasonable accommodation in order to participate in the hearing or attend the meeting should contact the LPC, by contacting Sonia Guior, Community and Intergovernmental Affairs Coordinator, at SGuior@lpc.nyc.gov, at least three (5) business days before the hearing or meeting. Please note: Due to the City's response to COVID-19, this public hearing and meeting is subject to change and/or cancellation.

**236 Albany Avenue - Crown Heights North III Historic District**
LPC-22-09276 - Block 1244 - Lot 81 - Zoning CD: 8
**CERTIFICATE OF APPROPRIATENESS**
An altered Renaissance Revival-style rowhouse, designed by Irving B. Ells and built c. 1899. Application is to legalize storefront infill and windows installed without Landmarks Preservation Commission permit(s).

**233-17 38th Drive - Douglaston Historic District**
LPC-22-11906 - Block 8059 - Lot 30 - Zoning R1-2 CD: 11
**CERTIFICATE OF APPROPRIATENESS**
A vacant lot created by a sub-division. Application is to construct a new house and install a driveway and curb cut.

**108 Shore Road - Douglaston Historic District**
LPC-22-11753 - Block 8040 - Lot 1 - Zoning R1-1, R1-2 CD: 11
**CERTIFICATE OF APPROPRIATENESS**
A Colonial Revival style freestanding house with an attached garage, designed by A.P. Wohlpart and built-in 1920. Application is to alter and enlarge the house.

**65 Spring Street - SoHo-Cast Iron Historic District Extension**
LPC-23-00180 - Block 496 - Lot 35 - Zoning M1-5B CD: 2
**CERTIFICATE OF APPROPRIATENESS**
An altered Italianate style store and tenement building, designed by William E. Waring and built-in 1878. Application is to replace storefront infill.

**73 Perry Street - Greenwich Village Historic District**
LPC-22-09003 - Block 622 - Lot 63 - Zoning R6 CD: 2
**CERTIFICATE OF APPROPRIATENESS**
A French Second Empire style rowhouse, designed by William Naugle and built-in 1868, and altered after 1925 with the removal of the stoop and parlor floor entrance, and installation of a Medieval half-timbered style bay. Application is to alter the façade and areaway, excavate the rear yard and construct retaining walls.

**353 West 20th Street - Chelsea Historic District**
LPC-22-11393 - Block 744 - Lot 10 - Zoning R7B CD: 4
**CERTIFICATE OF APPROPRIATENESS**
A transitional Greek Revival/Italianate style rowhouse, built-in 1852-53. Application is to construct rear yard and rooftop additions, extend chimneys, and excavate the cellar.

**565 Broadway - SoHo-Cast Iron Historic District**
LPC-21-05595 - Block 498 - Lot 5 - Zoning M1-5/R9X CD: 2
**CERTIFICATE OF APPROPRIATENESS**
An Italianate style store and lofts building, designed by John Kellum and built-in 1859-60. Application is to replace marble with substitute materials.

**133 West 4th Street - Greenwich Village Historic District**
LPC-22-12128 - Block 552 - Lot 7505 - Zoning R7-2 CD: 2
**CERTIFICATE OF APPROPRIATENESS**
A Neo-Grec style church house, designed by Charles Hadden and built-in 1879. Application is to install a stoop gate.

**231-233 West 74th Street - West End - Collegiate Historic District Extension**

LPC-22-02413 - Block 1166 - Lot 14 - Zoning R8B CD: 7
**CERTIFICATE OF APPROPRIATENESS**
A Queen Anne style rowhouse, designed by William J. Merritt and built 1885-86. Application is to reconstruct the front façade.

**50 West 72nd Street - Upper West Side/Central Park West Historic District**
LPC-22-06422 - Block 1124 - Lot 59 - Zoning C1-5 CD: 7
**CERTIFICATE OF APPROPRIATENESS**
A Neo-Renaissance style apartment hotel, designed by Sugarman & Berger and built-in 1926-27. Application is to replace storefront windows.

**353 Riverside Drive - Riverside - West End Historic District Extension II**
LPC-22-10740 - Block 1892 - Lot 66 - Zoning R8 CD: 7
**CERTIFICATE OF APPROPRIATENESS**
A Beaux-Arts style rowhouse, designed by Robert D. Kohn and built-in 1899-1901. Application is to enlarge an elevator bulkhead.

**86 Riverside Drive - Riverside Drive - West 80th-81st Street Historic District**
LPC-22-12017 - Block 1244 - Lot 58 - Zoning CD: 7
**CERTIFICATE OF APPROPRIATENESS**
An Elizabethan Renaissance Revival style row house, built-in 1897-1898. Application is to construct rear yard and rooftop additions.

**258 West 97th Street - Riverside - West End Historic District Extension II**
LPC-22-12198 - Block 1868 - Lot 59 - Zoning R10A CD: 7
**CERTIFICATE OF APPROPRIATENESS**
A Renaissance Revival style flats building, designed by C. Huntington and built in 1901-03. Application is to alter the facade to create a barrier-free access entrance and install EIFS cladding at courtyard facades.

**1014 Fifth Avenue - Metropolitan Museum Historic District**
LPC-23-00224 - Block 1494 - Lot 72 - Zoning R10, R8B, Pl CD: 8
**CERTIFICATE OF APPROPRIATENESS**
A Beaux-Arts style townhouse, designed by Welch, Smith & Provot and built-in 1906-1907. Application is to alter the areaway, modify windows and doors, and enlarge a rear yard addition.

a30-s13

# PROPERTY DISPOSITION

*The City of New York in partnership with PublicSurplus.com posts online auctions. All auctions are open, to the public.*

Registration is free and new auctions are added daily. To review auctions or register visit https://publicsurplus.com

# CITYWIDE ADMINISTRATIVE SERVICES

■ SALE

The City of New York in partnership with IAAI.com posts vehicle and heavy machinery auctions online every week at:

**https://iaai.com/search?keyword=dcas+public**
All auctions are open, to the public and registration is free.

Vehicles can be viewed in person at:
Insurance Auto Auctions, Green Yard
137 Peconic Avenue, Medford, NY 11763
Phone: (631) 207-3477

No previous arrangements or phone calls are needed to preview.
Hours are Monday from 10:00 A.M. – 2:00 P.M.

jy29-j17

# HOUSING PRESERVATION AND DEVELOPMENT

■ PUBLIC HEARINGS

All Notices Regarding Housing Preservation and Development Dispositions of City-Owned Property, appear in the Public Hearing Section.

j5-d30

Case 7:21-cv-05334-NSR   Document 67-1   Filed 11/30/22   Page 8 of 25

# PROCUREMENT

### "Compete To Win" More Contracts!

*Thanks to a new City initiative - "Compete To Win" - the NYC Department of Small Business Services offers a new set of FREE services to help create more opportunities for minority and Women-Owned Businesses to compete, connect and grow their business with the City. With NYC Construction Loan, Technical Assistance, NYC Construction Mentorship, Bond Readiness, and NYC Teaming services, the City will be able to help even more small businesses than before.*

● **Win More Contracts, at nyc.gov/competetowin**

*"The City of New York is committed to achieving excellence in the design and construction of its capital program, and building on the tradition of innovation in architecture and engineering that has contributed, to the City's prestige as a global destination. The contracting opportunities for construction/construction services and construction-related services that appear in the individual agency listings below reflect that commitment to excellence."*

### HHS ACCELERATOR PREQUALIFICATION

To respond to human services Requests for Proposals (RFPs), in accordance with Section 3-16 of the Procurement Policy Board Rules of the City of New York ("PPB Rules"), vendors must first complete and submit an electronic HHS Accelerator Prequalification Application using the City's PASSPort system. The PASSPort system is a web-based system maintained by the City of New York for use by its Mayoral Agencies to manage procurement. Important business information collected in the Prequalification Application is required every three years. Documents related to annual corporate filings must be submitted on an annual basis to remain eligible to compete. Prequalification applications will be reviewed to validate compliance with corporate filings and organizational capacity. Approved organizations will be eligible to compete and would submit electronic proposals through the PASSPort system. The PASSPort Public Portal, which lists all RFPs, including HHS RFPs that require HHS Accelerator Prequalification, may be viewed at, https://passport. cityofnewyork.us/page.aspx/en/rfp/request_browse_public. All current and prospective vendors should frequently review information listed on roadmap to take full advantage of upcoming opportunities for funding. For additional information about HHS Accelerator Prequalification and PASSPort, including background materials, user guides and video tutorials, please visit https://www1.nyc.gov/site/mocs/systems/about-go-to-passport.page.

## ADMINISTRATION FOR CHILDREN'S SERVICES

### ADMINISTRATION

■ INTENT TO AWARD

*Services (other than human services)*

**COACH BUS TRANSPORTATION SERVICES** - Negotiated Acquisition - Other - PIN# 06823N0004 - Due 9-7-22 at 12:00 P.M.

ACS, intends to enter into a Negotiated Acquisition Extension (EPIN 06823N0004) with Corporate Transportation Group LLC, to continue providing Coach Bus Transportation Services for the term of July 1, 2022 through April 30, 2023, in the amount of $12,775.56.

☞ a31-s7

## ADMINISTRATIVE TRIALS AND HEARINGS

■ AWARD

*Services (other than human services)*

**3 YEAR TECHNICAL SUPPORT AND MAINTENANCE FOR OATH'S CITYWIDE AND CENTRALLY MANAGED GENETEC SECURITY SYSTEM** - Renewal - PIN# 82019N8192KXLR001 - AMT:

$99,000.00 - TO: Securewatch24 LLC, One Penn Plaza, Suite #4000, New York, NY 10119.

☞ a31

## BUILDINGS

■ AWARD

*Services (other than human services)*

**MAPS SUBSCRIPTION** - Other - PIN# 81022U0003001 - AMT: $549,495.62 - TO: The Sanborn Map Company Inc., 1935 Jamboree Drive, Suite 100, Colorado Springs, CO 80920-5358.

☞ a31

## CITYWIDE ADMINISTRATIVE SERVICES

### ADMINISTRATION

■ SOLICITATION

*Goods*

**HARLEY DAVIDSON MOTORCYCLES NYPD (BRAND SPECIFIC)** - Competitive Sealed Bids - PIN# 85723B0010 - Due 10-12-22 at 10:30 A.M.

All bids are done on PASSPort. To review the details for this solicitation and participate, please use the following link below and use the keyword search fields to find the solicitation for HARLEY DAVIDSON MOTORCYCLES NYPD (BRAND SPECIFIC) You can search by PIN# 85723B0010 or search by keyword:

https://passport.cityofnewyork.us/page.aspx/en/rfp/request_browse_public.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids, at date and time specified above.
*Citywide Administrative Services, 1 Centre Street, 18th Floor, New York, NY 10007-1602. Anne-Shirley Almonor (212) 386-0419; aalmonor@dcas.nyc.gov*

☞ a31

**PRE BID INVITATION FOR HARLEY DAVIDSON MOTORCYCLES NYPD (BRAND SPECIFIC)** - Competitive Sealed Bids - PIN# 85723B0010 - Due 10-12-22 at 10:30 A.M.

All bids are done on PASSPort. To review the details for this solicitation and participate, please use the following link below and use the keyword search fields to find the solicitation for HARLEY DAVIDSON MOTORCYCLES NYPD (BRAND SPECIFIC) You can search by PIN# 85723B0010 or search by keyword:

https://passport.cityofnewyork.us/page.aspx/en/rfp/request_browse_public

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids, at date and time specified above.
*Citywide Administrative Services, 1 Centre Street, 18th Floor, New York, NY 10007-1602. Anne-Shirley Almonor (212) 386-0419; aalmonor@dcas.nyc.gov*

☞ a31

## CORRECTION

■ AWARD

*Goods*

**ON-GOING MAINTENANCE AND SUPPORT OF AUTOMATED FINGERPRINT IDENTIFICAATION SYSTEM** - Negotiated Acquisition - Other - PIN# 07222N0011001 - AMT: $101,314.00 - TO: Idemia Identity & Security USA LLC, 14 Cosby Drive, 2nd Floor, Bedford, MA 01730.

In accordance with 3-04(b)(2)(iii) of the NYC Procurement Policy Rules, DOC, intends to enter into a Negotiated Acquisition Extension with Idemia for an additional 12 months, starting approximately March 1, 2022 through February 28, 2023.

Idemia was contracted by the Department of Correction, to provide On-going maintenance and support of DOC's Automated Fingerprint Information System. The contract has exhausted its renewal option and a subsequent Amendment. It is necessary, to continue these services, therefore the Department is requesting the use of a Negotiated Acquisition Extension so that these services can continue until a new solicitation is in place.

☛ a31

# DISTRICT ATTORNEY - BRONX COUNTY

■ INTENT TO AWARD

*Goods and Services*

**DOCUMENT GENERATION TOOL** - Negotiated Acquisition - Judgment required in evaluating proposals - PIN# 902DOCGEN2023 - Due 9-2-22 at 11:59 P.M.

The Bronx District Attorney's Office (BXDA), seeks proposals to implement a user friendly and easy-to-use document automation tool (cloud based or on-premises) to generate standardized legal documents across BXDA bureaus. The organization currently leverages manually created and maintained templates and documents for use cases including but not limited to Search warrants, Affidavits, Motions, Grand Jury Indictments, Arrest Warrant, Bail Applications, Temporary Orders of Protection and Supporting Deposition that are to be ported into the new tool. The tool will serve 1000 BXDA users and the delivered solution should include:

1. Document assembly/template creation & maintenance using codeless configuration

2. Configurable workflows for approvals

3. Document storage and management

4. Collaboration mechanisms to securely share generated templates/documents

5. Multiple download formats (ex. Word/PDF)

6. Digital signature capabilities

7. Customizable dashboard analytics

8. Site branding conforming to NYC/Bronx DA standards

9. Version control and audit trail

10. Access on portable devices

11. Single Sign on (SSO) with Multi Factor Authentication (MFA)

12. Role-based user authorization with Active Directory (AD) integration

13. Integrate with in-house Case Management platforms using Application Programming Interface (APIs) to:

   • Prepopulate case details when generating documents and return access links

   • Automatically passthrough user permissions to access links to documents in the tool

   • Retrieve document metadata by Case Identifiers

   • Retrieve changes to documents over a date/time frame

14. Data center hosting within the United States

15. Data encryption at rest, in transit and in backups

16. Application vulnerability scans prior to production

17. Training and Product support for the tool. The tool will streamline documentation workflows with improved accuracy and oversight, while supporting the creation of documents of any complexity bringing substantial consistency and efficiency across the Agency's document management processes.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above. *District Attorney - Bronx County, 198 East 161st Street, 4th Floor, Room 426, Bronx, NY 10451. Darryl Rodney (718) 590-2208; RodneyD@bronxda.nyc.gov; CastilloDa@bronxda.nyc.gov; VarugheseS@bronxda.nyc.gov*

a22-s2

# ENVIRONMENTAL PROTECTION

**WATER AND SEWER OPERATION**

■ SOLICITATION

*Services (other than human services)*

**82622B0058-BWSO_TV-21-MQX** - Competitive Sealed Bids - PIN# 82622B0058 - Due 10-5-22 at 10:00 A.M.

TV-21-MQX:Cleaning and CCTV Inspection of sewers up to 84 inches and appurtenances, Manhattan, Queens, and the Bronx.

This Competitive Sealed Bid ("RFx), is being released through PASSPort, New York City's online procurement portal. Responses to this RFx should be submitted via PASSPort. To access the solicitation, vendors should visit the PASSPort Public Portal, at https://www1.nyc.gov/site/mocs/systems/about-go-to-passport.page and click on the "Search Funding Opportunities in PASSPort" blue box. This will take you, to the Public Portal of all procurements in the PASSPort system. To quickly locate the RFx, insert the EPIN 82622B0058 into the Keywords search field. If you need assistance submitting a response, please contact help@mocs.nyc.gov. On the Response Due Date, at 10:00 A.M., please be advised that you will be required to submit a PAPER copy of the Bid Submission Form and the Bid Security to NYC Department of Environmental Protection, 96-05 Horace Harding Expressway, 1st Floor Low Rise, Flushing, NY 11373.

Pre-Bid Conference location -Microsoft TEAMS call in (audio only) +1 347-921-5612,690451940# United States, New York City Phone Conference ID: 690 451 940#, https://gcc02.safelinks.protection.outlook.com/ap/t-59584e83/?url=https%3A%2F%2Fteams.microsoft.com%2Fl%2Fmeetup-join%2F19%253ameeting_MjI1YWQyMDktNzMxNC00NjQ1LWFhYWQtMmRkODQyYzQwYTdJl%2540thre Virtual NY 11373 Mandatory: no Date/Time - 2022-09-14 10:00:00

☛ a31

**SUSTAINABILITY**

■ SOLICITATION

*Services (other than human services)*

**82622B0045-GI-LIT-BK - LITTER REMOVAL SERVICES FOR RIGHT-OF-WAY SERVICES** - Competitive Sealed Bids - PIN# 82622B0045 - Due 10-6-22 at 10:00 A.M.

GI-LIT-BK: This contract provides litter removal work for Green Infrastructure (GI) practices, constructed in the Right-of-Way (ROW) in Brooklyn.

This Competitive Sealed Bid ("RFx), is being released through PASSPort, New York City's online procurement portal. Responses to this RFx should be submitted via PASSPort. To access the solicitation, vendors should visit the PASSPort Public Portal at https://www1.nyc.gov/site/mocs/systems/about-go-to-passport.page, and click on the "Search Funding Opportunities in PASSPort" blue box. This will take you to the Public Portal of all procurements in the PASSPort system. To quickly locate the RFx, insert the EPIN 82622B0045 into the Keywords search field. If you need assistance submitting a response, please contact help@mocs.nyc.gov.

Pre-Bid Conference location -Microsoft Teams Meeting call in (audio only) +1 347-921-5612,793415897# United States, New York City Phone Conference ID: 793 415 897#, https://teams.microsoft.com/l/meetup-join/19%3ameeting_MjUwYTRmMWM4MGE2MS00ZjllLTljM2YtMjNhN2QyMmJjMWRh%40thread.v2/0?context=%7b%22Tid%22%3a%22f470a35f-0853-4633-aae3-ce4e8b5085a3%22%2c%22Oid Virtual NY 11373. Mandatory: no Date/Time - 2022-09-12 10:00:00

☛ a31

# FINANCIAL INFORMATION SERVICES AGENCY

**PROCUREMENT SERVICES**

■ INTENT TO AWARD

*Services (other than human services)*

**SUNGARD AVAILABILITY SERVICES LP DISASTER RECOVERY SERVICE** - Renewal - PIN# 127FY2300034 - Due 9-7-22 at 10:00 A.M.

Pursuant to Section 4-04 of the Procurement Policy Board Rules (PPB), the Financial Information Services Agency (FISA) and Office of Payroll Administration (OPA), intends to exercise its renewal option for an agreement with Sungard Availability Services, for the Contract Term 1/1/2023 - 12/31/2023.

Case 7:21-cv-05334-NSR   Document 67-1   Filed 11/30/22   Page 10 of 25

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Financial Information Services Agency, 450 West 33rd Street, 4th Floor, New York, NY 10001-2603. Petroy Pryce (212) 857-1123; ppryce@fisa-opa.nyc.gov*

a30-s6

**PROPRIETARY SUPPORT MAINTENANCE CONTRACT WITH LEVI, RAY, & SHOUP, INC.** - Sole Source - Available only from a single source - PIN# 127FY2300029 - Due 9-2-22 at 10:00 A.M.

Pursuant to Section 3-05 of the Procurement Policy Board (PPB) Rules, the Financial Information Services Agency/Office of Payroll Administration (FISA-OPA), intends to enter into a Sole Source agreement with Levi, Ray, & Shoup, Inc., for proprietary support maintenance. DRS, VPS/TCPIP, VTAM Printer Support (VPS), is a proprietary mainframe software product that enables mainframe computers to send print jobs from the JES Spool to devices outside the data center which allows for the automating and consolidating of printer operations and the efficient delivery of documents. The support of these software licenses will work in conjunction with our mainframe computers, which process critical applications such as PMS and FMS. Maintaining continuity of mainframe software support services is essential to this agency's daily operation. The contract term is 1/1/2023 - 12/31/2025.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids, at date and time specified above.
*Financial Information Services Agency, 450 West 33rd Street, 4th Floor, New York, NY 10001-2603. Petroy Pryce (212) 857-1123; ppryce@fisa-opa.nyc.gov*

a26-s1

# FIRE DEPARTMENT

## AGENCY CHIEF CONTRACTING OFFICER

■ SOLICITATION

*Goods and Services*

**FULL SCALE SIMULATED TABLETOP CYBER EXCERISE ON THE FDNY'S NETWORK** - Request for Information - PIN# 05722Y0156 - Due 9-29-22 at 4:00 P.M.

The Fire Department of the City of New York ("Fire Department" or "FDNY" or "The Department"), Fire Life Safety Unit, is issuing this Request For Information (RFI), seeking vendors who can develop a Customized Multimedia Full Scale Table-Top Cyber Training Exercise Scenario simulating a cyber-attack on the FDNY's network. The simulated cyber-attack should be based on current real-time threats to evaluate and build upon the Departments current cyber readiness. The exercise should also be able to be fully customizable to the department needs, including mock news feeds, social media posts, and other media injections as the exercise is carried out. The vendor should also be able to provide an evaluation on its findings.

Proposals shall be submitted via PASSPort Questionnaire tab, as one (1) file, in PDF format. All questions regarding this RFI shall be submitted via PASSPort Discussions tab, no later than ten (10) business days prior to the proposal due date.

*This RFI is issued solely for information and planning purposes - it does not constitute a Request for Proposal (RFP) or a promise to issue an RFP or Contract award in the future.*

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Fire Department, 9 MetroTech, 5th Floor, 5S-09K, Brooklyn, NY 11201. David Holmes (718) 999-1327; david.holmes@fdny.nyc.gov*

a26-s1

## FACILITY MANAGEMENT (BUILDINGS UNIT)

■ SOLICITATION

*Construction / Construction Services*

**05722B0005-057230000003 - ASBESTOS ABATEMENT SERVICES** - Competitive Sealed Bids - PIN# 05722B0005 - Due 9-28-22 at 4:00 P.M.

Pre-Bid Conference location - 9 MetroTech, 5th Floor, 5S-09K, Brooklyn, NY 11201. Mandatory: no Date/Time - 2022-09-14 14:00:00

☛ a31

# HEALTH AND MENTAL HYGIENE

■ AWARD

*Services (other than human services)*

**SUBSCRIPTION EDUCATIONAL TRAINING - MS TEAMS COURSES & SQL** - Other - PIN# 81622U0023001 - AMT: $54,820.00 - TO: Learning Tree International USA Inc., 13650 Dulles Technology Drive, Herndon, VA 20171-6156.

☛ a31

# HOMELESS SERVICES

■ INTENT TO AWARD

*Construction Related Services*

**ENVIRONMENTAL ASSESSMENT SERVICES** - Negotiated Acquisition - Other - PIN# 07122N0007 - Due 9-7-22 at 2:00 P.M.

DHS, is requesting an NAE with CSA Group of NY for one year, to provide Environmental Assessment services (EAS), in connection with the opening of new shelters and safe havens. The vendor's scope of work for the EAS reports described the tasks that were necessary to secure the environmental approvals required by the NYC DHS to open new shelters.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Homeless Services, 150 Greenwich Street, 37th Floor, New York, NY 10007. Jacques Frazier; frazierjac@dss.nyc.gov*

a30-s6

■ AWARD

*Human Services / Client Services*

**SHELTER FACILITIES FOR HOMELESS FAMILIES WITH CHILDREN** - Competitive Sealed Proposals - Other - PIN# 07119P0003056 - AMT: $489,190,529.00 - TO: Help Social Service Corporation, 115 East 13th Street, New York, NY 10003.

At HELP Inwood Family Shelter, 1298 Inwood Avenue, Bronx, NY 10452.

☛ a31

# INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS

■ AWARD

*Goods*

**CITYWIDE AMAZON WEB SERVICES (AWS)** - Intergovernmental Purchase - PIN# 85822O0004001 - AMT: $3,300,000.00 - TO: Amazon Web Services Inc., 410 Terry Avenue North, Seattle, WA 98109.

☛ a31

*Services (other than human services)*

**CITYWIDE SYSTEMS INTEGRATION (SI) CLASS 2 ONE-YEAR NAE - IBM** - Negotiated Acquisition - Other - PIN# 85822N0016001 - AMT: $5,000,000.00 - TO: International Business Machines Corp, 1 New Orchard Road, Armonk, NY 10504.

The current Negotiated Acquisition Extension contracts with twelve (12) SI vendors expired on 6/30/2022. A new RFP to replace the current pool of vendors was solicited in June, 2021 with responses received in September, 2021. Due to delays in configuring an evaluation committee, the change in administration, and volume of proposals (142 proposals received over the three classes), a new pool of vendors will not be in place by 6/30/22. While the evaluation committee continues to thoroughly evaluate the proposals, DoITT is utilizing the Negotiated Acquisition Extension Procurement method under the current SI pool in order, to continue, to provide uninterrupted Citywide Standby System

Integration Services. This will allow the service to still be available to all agencies Citywide while we continue to finalize awards from the current RFP to have in place for next year.

☞ a31

# LAW DEPARTMENT
## ADMINISTRATION
■ INTENT TO AWARD

*Goods and Services*

**WORKFLOW MANAGEMENT SYSTEM** - Negotiated Acquisition - Other - PIN#02522N0026001 - Due 9-1-22 at 12:00 A.M.

The Law Department's current workflow system used by Operations, is MS Access based. We are ordered by DoITT cybersecurity, that MS Access is a security risk that Law has to replace this software ASAP. UTC/High Gear software is the replacement for MS Access. High Gear software is cloud based, our IT and CISO has reviewed and approved this system to go forward. It is urgent that we make the change in order to comply with the DoITT mandate. The contract term 11/15/2021 - 11/14/2025. The vendor, UTC Associates, Inc., is a MBE authorized by High Gear, the Workflow Management Service provider.

As this procurement is for the retention of a firm to provide a replacement for MS Access for which there is an urgent and compelling need that cannot be timely met through competitive sealed bidding or competitive sealed proposals, and it has been determined in writing that it is not practical or not advantageous to award this contract by competitive sealed proposals, the Law Department will be using the Negotiated Acquisition method of source selection to award this contract, pursuant to PPB Rules §§ 3-04(b)(2)(i)(D). Consulting firms that believe they are qualified to provide these services and wish to be considered for future procurements for the same or similar services should send an expression of interest to the Department's Agency Chief Contracting Officer, at the following address: Richard Friedman, Agency Chief Contracting Officer, New York City Law Department, 100 Church Street, New York, NY 10007; Phone (212) 356-1024; Fax 212-356-1148; Email: rifriedm@law.nyc.gov.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Law Department, 100 Church Street, New York, NY 10007. Robin Wakefield (212) 356-1123; rowakefi@law.nyc.gov*

a25-31

# PARKS AND RECREATION
■ AWARD

*Construction / Construction Services*

**THE RECONSTRUCTION OF THE PLAYGROUND IN SARATOGA PARK, BROOKLYN** - Competitive Sealed Bids/Pre-Qualified List - PIN#B079-119M - AMT: $1,787,400.00 - TO: Fredante Construction Corporation, 18 Woodlee Road, Cold Spring Harbor, NY 11724.

Epin: 84620B0145001

☞ a31

**THE RECONSTRUCTION OF THE PLAYGROUND AREA IN GRACE PLAYGROUND, BROOKLYN** - Competitive Sealed Bids - PIN#B078-119M - AMT: $1,540,489.53 - TO: Apache Environmental & Development LLC, 442 Northfield Avenue, Staten Island, NY 10303.

Epin: 84620B0167001

☞ a31

**RECONSTRUCTION OF THE LEFFERTS HOUSE LOCATED ALONG FLATBUSH AVENUE BETWEEN THE ZOO AND THE WILLINK ENTRANCE IN PROSPECT PARK, BROOKLYN** - Competitive Sealed Bids - PIN#B073-317M - AMT: $2,269,497.10 -

TO: Sienia Construction Inc., 52-15 65th Place, Unit 6E, Maspeth, NY 11378.

Epin: 84619B0071001

☞ a31

# REVENUE AND CONCESSIONS
■ SOLICITATION

*Goods and Services*

**OPERATION AND MAINTENANCE OF BOOKSTALLS AND RELATED TABLES AT CENTRAL PARK, MANHATTAN** - Competitive Sealed Proposals - Other - PIN# M10-BK 2022 - Due 9-30-22 at 3:00 P.M.

In accordance with Section 1-13 of the Concession Rules of the City of New York, the Department of Parks and Recreation ("Parks"), has issued a non-significant RFP for the operation and maintenance of two (2) bookstalls and related tables at Fifth Avenue between East 60th and 61st Streets, Central Park, Manhattan. Operation will be for the sale of books and related merchandise only.

There will be a recommended remote proposer meeting on Friday, September 23, 2022, at 11:00 A.M. If you are considering responding to this RFP, please make every effort to attend this recommended remote proposer meeting. The Microsoft Teams link for the remote proposer meeting is as follows: https://teams.microsoft.com/l/meetup - join/19%3ameeting_MWU2MjI0YWEtY2JmNy00MzA4LThjOTgtZjVhZGM0ZjRlODE3%40thread.v2/0?context=%7b%22Tid%22%3a%2232f56fc7-5f81-4e22-a95b-15da66513bef%22%2c%22Oid%22%3a%22d47d17ec-c51f-4e53-ad23-fce00dfe3654%22%7d

Or you may also join the remote proposer meeting by phone using the following information:

Call in (audio only): Dial: +1 646-893-7101

Phone Conference ID: 314 128 113#

Subject to availability and by appointment only, Parks may set up a meeting at the concession site located at Fifth Avenue between East 60th and 61st Streets, Central Park, Manhattan.

All Proposals submitted in response to this RFP must be submitted by no later than Friday, September 30, 2022, at 3:00 P.M. Hard copies of the RFP can be obtained, at no cost, commencing, August 22, 2022, through September 30, 2022, by contacting Glenn Kaalund, Senior Project Manager, at (212) 360-3482 or via email, glenn.kaalund@parks.nyc.gov.

The RFP is also available for download, commencing August 22, 2022, through September 30, 2022, on Parks' website. To download the RFP, visit http://www.nyc.gov/parks/businessopportunities, click on the link for "Concessions Opportunities at Parks" and, after logging in, click on the "download" link that appears adjacent to the RFP's description.

For more information or if you cannot attend the remote proposer meeting, the prospective proposer may contact Glenn Kaalund, Senior Project Manager, at (212) 360-3482 or via email: glenn.kaalund@parks.nyc.gov.

TELECOMMUNICATION DEVICE FOR THE DEAF (TDD) 212-504-4115.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Parks and Recreation, The Arsenal, 830 Fifth Avenue, Room 407, New York, NY 10065. Glenn Kaalund (212) 360-3482; glenn.kaalund@parks.nyc.gov*

Accessibility questions: Glenn Kaalund, (212) 360-3482, glenn.kaalund@parks.nyc.gov, by: Friday, September 16, 2022, 4:00 P.M.

♿ ✋    a22-s2

**OPERATION OF CAFE/SNACK BAR AT DAG HAMMARSKJOLD PARK, MANHATTAN** - Competitive Sealed Proposals - Judgment required in evaluating proposals - PIN# M203-C-SB 2022 - Due 10-14-22 at 3:00 P.M.

In accordance with Section 1-13 of the Concession Rules of the City of New York, the Department of Parks and Recreation ("Parks") has issued a non-significant RFP for the operation and maintenance of a Café at Dag Hammarskjold Park, Manhattan.

There will be a recommended remote proposer meeting on Friday, September 23, 2022, at 2:00 P.M. If you are considering responding to this RFP, please make every effort to attend this recommended remote proposer meeting. The Microsoft Teams link for the remote proposer meeting is as follows: https://teams.microsoft.com/l/meetup-join/19%3ameeting_MDY3ZDQ1MWItNWFkZi00NjUxLWFkNTAtYzY3NjVjMjcxMGFm%40thread.v2/0?context=%7b%22Tid%22%3a%2232f56fc7-5f81-4e22-a95b-15da66513bef%22%2c%22Oid%22%3a%225c070957-7f9c-

40dc-9687-72b67b3bbb01%22%7d. Meeting ID: 238 438 858 72 and Passcode: X6oQ3p, Or call in (audio only): +1 646-893-7101 Phone Conference ID: 964 663 791#.

If you cannot attend the remote proposal meeting, please contact us by Friday, September 16, 2022, and subject to availability and by appointment only, we may set up a meeting at the proposed concession site, (Block #1339 & Lot #27), 47th Street and First Avenue in Dag Hammarskjold Park, Manhattan ("Licensed Premises").

Hard copies of the RFP can be obtained, at no cost, commencing, August 29, 2022, through October 14, 2022, by contacting Glenn Kaalund, Senior Project Manager, at (212) 360-3482, or via email, glenn.kaalund@parks.nyc.gov.

The RFP is also available for download, commencing August 29, 2022, through October 14, 2022, on Parks' website. To download the RFP, visit http://www.nyc.gov/parks/businessopportunities, click on the link for "Concessions Opportunities at Parks" and, after logging in, click on the "download" link that appears adjacent to the RFP's description.

For more information or if you cannot attend the remote proposer meeting, the prospective proposer may contact Glenn Kaalund, Senior Project Manager, at (212) 360-3482, or via email: glenn.kaalund@parks.nyc.gov.

TELECOMMUNICATION DEVICE FOR THE DEAF (TDD) (212) 504-4115.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Parks and Recreation, The Arsenal, 830 Fifth Avenue, Room 407, New York, NY 10065. Glenn Kaalund (212) 360-3482; glenn.kaalund@parks.nyc.gov*

Accessibility questions: Glenn Kaalund glenn.kaalund@parks.nyc.gov, by: Friday, September 16, 2022, 5:00 P.M.

a29-s12

---

*Services (other than human services)*

**RENOVATION, OPERATION, AND MAINTENANCE OF A FULL- SERVICE MARINA AT LOCUST POINT, BRONX** - Request for Proposals - PIN# X310-M-2022 - Due 10-11-22 at 3:00 P.M.

In accordance with Section 1-13 of the Concession Rules of the City of New York, the New York City Department of Parks and Recreation ("Parks") is issuing, as of the date of this notice, a Request for Proposals (RFP) for the renovation, operation, & maintenance of a full- service Marina at Locust Point in the Bronx.

There will be a recommended remote proposer meeting on Friday, September 9, 2022, at 12:00 P.M. If you are considering responding to this RFP, please make every effort to attend this recommended remote proposer meeting.

The Teams link for the remote proposer meeting is as follows: https://teams.microsoft.com/l/meetup-join/19%3ameeting_NWZlNDM1ZmYtZDBhZS00MzgyLWE3ODgtY2ZlMjFiZTQ0N2I2%40thread.v2/0?context=%7b%22Tid%22%3a%2232f56fc7-5f81-4e22-a95b-15da66513bef%22%2c%22Oid%22%3a%22c95573bf-36b7-40b2-906b-022b847185cd%22%7d Meeting ID: 239 685 856 273 Passcode: 3HpLYk

You may also join the remote proposer meeting by phone using the following information: call in (audio only) +1 646-893-7101, 416118439# United States, New York City Phone Conference ID: 416 118 439#

If you cannot attend the remote proposer meeting, please let us know by Friday, September 9, 2022, and subject to availability and by appointment only, we may set up a meeting at the proposed concession site, at 140 Reynolds Avenue, Bronx, NY 10465.

All proposals submitted in response to this RFP must be submitted no later than Tuesday, October 11, 2022, at 3:00 P.M. Hard copies of the RFP can be obtained at no cost, commencing Friday, August 26, 2022 through Tuesday, October 11, 2022, by contacting Angel Williams, Senior Project Manager at (212) 360-3495 or at, Angel.Williams@parks.nyc.gov.

The RFP is also available for download, on Friday, August 26, 2022 through Tuesday, October 11, 2022, on Parks' website. To download the RFP, visit http://www.nyc.gov/parks/businessopportunities and click on the "Concessions Opportunities at Parks" link. Once you have logged in, click on the "download" link that appears adjacent to the RFP's description.

For more information or if you cannot attend the remote proposer meeting, prospective proposers may contact Angel Williams, Senior Project Manager, at (212) 360-3495 or at, Angel.Williams@parks.nyc.gov.

TELECOMMUNICATION DEVICE FOR THE DEAF (TDD) (212) 504-4115.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.
*Parks and Recreation, 830 5th Avenue, Angel Williams (212) 360-3495; Angel.Williams@parks.nyc.gov; proposals.Revenue@parks.nyc.gov*

a26-s9

---

# SCHOOL CONSTRUCTION AUTHORITY

## CONTRACT ADMINISTRATION

■ SOLICITATION

*Human Services / Client Services*

**REQUEST FOR QUALIFICATION AND EXPRESSION OF INTEREST FOR PROFESSIONAL CONTINGENT AND TEMPORARY STAFFING** - Request for Information - PIN# 23-000XXR - Due 9-9-22 at 2:00 P.M.

This is a preliminary survey to ascertain your firm's interest in performing Staff Augmentation/Contingent Staffing services for the SCA. Our goal with this latest outreach is to determine our ability to enter into direct contract with more firms, reducing our need for the sub-consultant relationship. We are hopeful that this direct contract relationship will give us an opportunity to meet our MWBE goals at the prime level rather than relying on the sub-consultant percentage achievement. We are excited for this potential opportunity and hope to receive responses from enthusiastic partners as well! Interested firms should respond by submitting all requested information and a completed Attachment A, no later than 2:00 P.M., on September 9, 2022.

Responses must be submitted as a single PDF file via email, to Roxane Pacheco, at rpacheco@nycsca.org, AND rfp@nycsca.org. Proposers are responsible for the timely submittal of their response and must comply with all provisions set forth herein. The SCA shall not be held liable for any pre-award activity or costs incurred by your firm for preparation and delivery of its response, negotiating a fee, producing materials, or any labor, in connection therewith. All questions shall be emailed to Ms. Pacheco no later than September 2, 2022. Although proposing firms need not be pre-qualified by the SCA at the time of proposal, each firm must be pre-qualified prior to contract award. The SCA is not making any commitment as a result of this preliminary survey.

In addition to a completed Attachment A, please provide a detailed response to the following questions in your submittal:

1. Summary of the functional capabilities of your firm, including your firm's size both in staff and number of placements (annually) and any other services your firm provides (including services ancillary to placing staff).
2. Provide two (2) references from past or present clients (with at least one being within the last year) for which you have provided Staff Augmentation (collection and distribution of resumes) services. Include background information, contact person, and telephone number.
3. Describe any government agency your firm has had as a client.
4. Describe your experience working with or as a Minority Owned, Women Owned or local New York City enterprises to deliver your product or services.
5. Describe steps taken to place staff (such as trainings, searches, preliminary interview(s), background checks, etc.).
6. Describe the typical benefits package offered to placed staff. This should include paid time off, holidays, medical coverage, etc. Current benefit packages are of particular interest to the SCA and we are eager to partner with firms that offer solid benefits to their employees.
7. For 2019, 2020 and 2021, provide your (1) net income, (2) direct costs or cost of revenue, (3) cost of goods sold and (4) total deductions. The SCA will be hosting a Town Hall (virtually via Teams) for all interested and qualified respondents. We will discuss the current staffing environment as well as provide an overview of typical Staffing Firm benefit packages that have been implemented by successful SCA counterparts. More information about this event will be shared in coming weeks.

*Use the following address* unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.

*School Construction Authority, 3030 Thomson Avenue, Long Island City, NY 11704. Roxane Pacheco (718) 472-8361; rpacheco@nycsca.org; rfp@nycsca.org.*

a29-s9

*Services (other than human services)*

**SCA ESTIMATING REQUEST FOR EXPRESSIONS OF INTEREST** - Request for Information - Due 9-6-22 at 5:00 P.M.

SCA Estimating Request for Expressions of Interest

I. BACKGROUND:

The New York City School Construction Authority (SCA), is seeking qualified consulting (Consultant) firms interested in responding to an Expression of Interest (EOI) to provide the SCA's Architecture & Engineering Department with cost estimating services for school construction projects throughout the New York City area in connection with its General Construction, HVAC, Plumbing and Electrical work. This EOI is intended to not only identify interested firms that meet the SCA's required expertise and experience to perform construction cost-estimating services for projects, but to also demonstrate their ability to provide such cost estimates for such construction projects by applying industry rates, units and standards to sample mock projects that are typical within the SCA.

II. PROJECT DESCRIPTION:

The standard course-of-work for estimating services at the SCA for any selected Consultant may involve reviewing the drawings and specifications and preparing detailed independent cost estimates for various capital projects (new and renovation/modernization projects) at all prescribed stages of a project. The Consultant may also be required to review and comment on cost estimates prepared by another consultant of the SCA.

When reviewing estimates, the Consultant will also be asked to notify the SCA of any omissions or discrepancies that may impede accurate estimating or bidding.

The Consultant may also be required to perform special cost analyses or cost studies and recommend cost reduction measures to control project costs.

III. MOCK PROJECT METHODOLOGY:

Attached are two sample projects typical of work performed at the SCA (Exhibit A and B). You are asked to apply your assessed cost estimating values to each project using industry standards in both principles and format.

In preparation of the mock project estimates, it is assumed that all project labor costs follow current New York City construction prevailing wage rates and benefits and, all material costs are based on current market conditions.

IV. ADDITIONAL INFORMATION:

PLEASE NOTE THAT THIS IS NOT A REQUEST FOR PROPOSAL BUT A REQUEST FOR EXPRESSION OF INTEREST (EOI). THE SCA WILL NOT AWARD A CONTRACT(S) BASED ON THIS EOI NOR PAY FOR INFORMATION SOLICITED.

The SCA is implementing a two-step procurement process, first requiring prospective consultants to share relevant information as set forth above and then, for those deemed qualified, by soliciting proposals through a Request for Proposal (RFP) selection process. Although proposing firms need not be pre-qualified by the SCA at the time of bid, each firm must be pre-qualified prior to contract award.

Firms must be registered with the NYS Division of Corporations as a NY entity, or qualified to transact business in the State of New York in order to be considered for prequalification by the SCA. Selected firms will be required to successfully complete the prequalification process, if not currently prequalified with the SCA. The SCA now offers a web-based qualification and certification application process. The following link will allow you access to the Vendor Access System: https://dobusiness.nycsca.org. This site can be used for first-time prequalification as well as requalification and certification of MBE and WBE status. Proposers can also contact the SCA VAS hotline at (718) 472-8777 for additional information.

Interested firms should respond by submitting their completed mock prototypes and expression of interest no later than September 6, 2022 to: Martina Mercaldo, Manager of Operations New York City School Construction Authority, 30-30 Thomson Avenue Long Island City, NY 11101, partnering@nycsca.org.

*Use the following address unless otherwise specified in notice, to secure, examine or submit bid/proposal documents, vendor pre-qualification and other forms; specifications/blueprints; other information; and for opening and reading of bids at date and time specified above.*
*School Construction Authority, 30-30 Thompson Avenue, Long Island City, NY 11101. Martina Mercaldo (718) 472-8587; partnering@nycsca.org.*

a24-s6

---

# SMALL BUSINESS SERVICES

## PROCUREMENT

■ **INTENT TO AWARD**

*Human Services / Client Services*

**WORKFORCE1 INDUSTRIAL AND TRANSPORTATION CAREER CENTER** - Negotiated Acquisition - Other - PIN# 80123N0002 - Due 9-7-22 at 6:00 P.M.

The Workforce1 Industrial and Transportation Career Center Negotiated Acquisition Extension will allow SBS to extend the current contract with the vendor for an additional one (1) to continue to identify and meet the hiring, training and other business needs of the aforementioned industries and provide New Yorkers with access to quality jobs with opportunities for training and career advancement in the aforementioned industries.

a26-s1

*Services (other than human services)*

**PAY AGENT** - Negotiated Acquisition - Other - PIN# 80123N0001 - Due 9-7-22 at 6:00 P.M.

The Pay Agent Negotiated Acquisition Extension will allow SBS to extend the current contract with the vendor to administer an additional eleven (11) months of services, to disburse Training and Trainee Voucher payments authorized by SBS to approved training providers and individual customers for its Individual Training Grants, Trade Adjustment Assistance Act, Trainee vouchers and Community Hiring Programs.

a26-s1

---

# CONTRACT AWARD HEARINGS

**NOTE: LOCATION(S) ARE ACCESSIBLE TO INDIVIDUALS USING WHEELCHAIRS OR OTHER MOBILITY DEVICES. FOR FURTHER INFORMATION ON ACCESSIBILITY OR TO MAKE A REQUEST FOR ACCOMMODATIONS, SUCH AS SIGN LANGUAGE INTERPRETATION SERVICES, PLEASE CONTACT THE MAYOR'S OFFICE OF CONTRACT SERVICES (MOCS) VIA E-MAIL AT DISABILITYAFFAIRS@MOCS.NYC.GOV OR VIA PHONE AT (212) 298-0734. ANY PERSON REQUIRING REASONABLE ACCOMMODATION FOR THE PUBLIC HEARING SHOULD CONTACT MOCS AT LEAST THREE (3) BUSINESS DAYS IN ADVANCE OF THE HEARING TO ENSURE AVAILABILITY.**

---

# ADMINISTRATION FOR CHILDREN'S SERVICES

■ **NOTICE**

**NOTICE IS HEREBY GIVEN** that a Public Hearing will be held via a WebEx conference call on Tuesday, September 13, 2022, commencing at 10:00 a.m. on the following:

**IN THE MATTER OF** three (3) proposed contracts between the Administration for Children's Services (ACS) and the Contractors listed below, for the provision of a domestic violence prevention program called, "A Safe Way Forward." The term of the proposed contracts will be from December 1, 2022 through November 30, 2025 with two 3-year renewal options. The EPINs and total contract amounts are listed below.

| Contractor Name & Address | EPIN | Total Contract Amount |
| --- | --- | --- |
| The Children's Aid Society 117 West 124th Street, 3rd Fl New York, NY 10027 | 06822P0008001 | $9,592,500.00 |
| MercyFirst 525 Convent Road Syosset, NY 11791 | 06822P0008002 | $9,592,500.00 |
| Safe Horizon 2 Lafayette Street, 3rd Fl New York, NY 10007 | 06822P0008003 | $9,592,500.00 |

The proposed contractors have been selected by means of the Competitive Sealed Proposal procurement method, pursuant to Section 3-03 of the Procurement Policy Board Rules.

In order to access the Public Hearing or to testify, please join the public hearing WebEx call by calling 1-646-992-2010 (New York), 1-408-418-9388 (outside of NY), Meeting ID: 2345 204 4031, no later than 9:50 am on the date of the hearing. If you require further accommodations, please contact Peter Pabon at peter.pabon@acs.nyc.gov, no later than three business days before the hearing date.

☞ a31

## ENVIRONMENTAL PROTECTION

■ PUBLIC HEARINGS

**NOTICE IS HEREBY GIVEN** that a Public Hearing will be held by the Department of Environmental Protection via conference call on September 16, 2022, commencing at 10:00 A.M. on the following:

**IN THE MATTER OF** a proposed Purchase Order/Contract between the Department of Environmental Protection and Battery Buyers Inc., located at 95 Unions St., Brooklyn, NY 11231 for Repair Service for Uninterruptible Power Supply. The Contract term shall be one calendar year from the date of the written notice to proceed. The Contract amount shall be $110,030.00 Location: 59-17 Junction Blvd, Flushing, NY 11373 PIN#3030001X

The Vendor was selected by MWBE Noncompetitive Small Purchase pursuant to Section 3-08(c)(1)(iv) of the PPB Rules.

In order to access the Public Hearing and testify, please call 1-347-921-5612, Access Code: 957995312# no later than 9:55 AM. If you need further accommodations, please let us know at least five business days in advance of the Public Hearing via e-mail at noahs@dep.nyc.gov.

Pursuant to Section 2-11(c)(3) of the Procurement Policy Board Rules, if DEP does not receive, by September 8, 2022, from any individual a written request to speak at this hearing, then DEP need not conduct this hearing. Requests should be made to Mr. Noah Shieh via email at noahs@dep.nyc.gov.

☞ a31

**NOTICE IS HEREBY GIVEN** that a Public Hearing will be held by the Department of Environmental Protection via conference call on September 16, 2022, commencing at 10:00 A.M. on the following:

**IN THE MATTER OF** a proposed Purchase Order/Contract between the Department of Environmental Protection and Ploutus LLC, located at 518 W 148th St. Apt 5D, NY, NY 10031 for Same-day Courier Services. The Contract term shall be three calendar years from the date of the written notice to proceed. The Contract amount shall be $270,240.00 Location: 59-17 Junction Blvd, Flushing, NY 11373 PIN#3018033X

The Vendor was selected by MWBE Noncompetitive Small Purchase pursuant to Section 3-08(c)(1)(iv) of the PPB Rules.

In order to access the Public Hearing and testify, please call 1-347-921-5612, Access Code: 285703397846# no later than 9:55 AM. If you need further accommodations, please let us know at least five business days in advance of the Public Hearing via e-mail at noahs@dep.nyc.gov.

Pursuant to Section 2-11(c)(3) of the Procurement Policy Board Rules, if DEP does not receive, by September 8, 2022, from any individual a written request to speak at this hearing, then DEP need not conduct this hearing. Requests should be made to Mr. Noah Shieh via email at noahs@dep.nyc.gov.

☞ a31

**NOTICE IS HEREBY GIVEN** that a Public Hearing will be held by the Department of Environmental Protection via conference call on September 16, 2022, commencing at 10:00 A.M. on the following:

**IN THE MATTER OF** a proposed Purchase Order/Contract between the Department of Environmental Protection and Lumal Cleaners Inc Amco Uniform Rental, located at 219-16 Linden Blvd. Cambria Heights, NY 11411 for Lab Coat Services. The Contract term shall be two calendar years from the date of the written notice to proceed. The Contract amount shall be $201,352.50 Location: 59-17 Junction Blvd, Flushing, NY 11373 PIN#3018013X

The Vendor was selected by MWBE Noncompetitive Small Purchase pursuant to Section 3-08(c)(1)(iv) of the PPB Rules.

In order to access the Public Hearing and testify, please call 1-347-921-5612, Access Code: 238219487# no later than 9:55 AM. If you need

further accommodations, please let us know at least five business days in advance of the Public Hearing via e-mail at noahs@dep.nyc.gov.

Pursuant to Section 2-11(c)(3) of the Procurement Policy Board Rules, if DEP does not receive, by September 8, 2022, from any individual a written request to speak at this hearing, then DEP need not conduct this hearing. Requests should be made to Mr. Noah Shieh via email at noahs@dep.nyc.gov.

☞ a31

## INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS

■ PUBLIC HEARINGS

**NOTICE IS HEREBY GIVEN** that a Contract Public Hearing will be held on Monday, September 12, 2022, at 10:00 AM. The Public Hearing will be held via Conference Call. Call-in #: 1-917-410-4077, ACCESS CODE: 513 677 831.

**IN THE MATTER OF** a Purchase Order/Contract between the New York City Department of Information Technology and Telecommunications and LM Language Services Inc, located at 100 Carnegie Center, Suite #300 Princeton, New Jersey 08540 for Language and Transcription Services. The amount of this Purchase Order/Contract will be $200,000.00.

The term will be for 2 years from the issuance of the Notice to Proceed. CB 2, Brooklyn. PIN #: 20220221630, E-PIN #: 85823W0021001.

The Vendor has been selected by M/WBE Noncompetitive Small Purchase Method, pursuant to Section 3-08 (c)(1)(iv) of the Procurement Policy Board Rules. In order to access the Public Hearing and testify, please call 1-917-410-4077, ACCESS CODE: 513 677 831 no later than 9:55 AM.

Pursuant to Section 2-11(c)(3) of the Procurement Policy Board Rules, if DoITT does not receive, by September 06, 2022, from any individual a written request to speak at this hearing, then DoITT need not conduct this hearing. Written notice should be sent to Danielle DiMaggio, NYC DoITT, via email to ddimaggio@oti.nyc.gov.

☞ a31

# AGENCY RULES

## POLICE DEPARTMENT

■ NOTICE

NOTICE OF ADOPTION OF EMERGENCY RULE ESTABLISHING ADDITIONAL RULES FOR RECEIVING A CONCEALED CARRY HANDGUN LICENSE

The New York City Police Department ("NYPD"), pursuant to the authority granted by New York City Charter sections 435 and 1043(i), hereby adopts the following emergency rule, effective immediately, amending rules for receiving a concealed carry handgun license pursuant to New York State Penal Law section 400.00.

**Statement of Basis and Purpose of Emergency Rule**

Prior to June 23, 2022, New York State required applicants to meet a "proper cause" standard in order to obtain a concealed carry handgun license. The "proper cause" standard required applicants to demonstrate a special need for self-protection, distinguishable from that of the general community, in order to qualify for a carry license. Consistent with State-law requirements, Police Department rules likewise required handgun license applicants to establish "proper cause." On June 23, 2022, the United States Supreme Court ruled in N.Y. State Rifle & Pistol Ass'n v. Bruen, 142 S. Ct. 2111 (2022), that New York State's "proper cause" requirement for obtaining a concealed carry firearm license was an unconstitutional restriction on an individual's Second Amendment right to bear arms for self-defense. In light of the Supreme Court's decision in Bruen, New York State can no longer require individuals to show "proper cause" in order to receive a carry license.

On July 1, 2022, New York State enacted new statewide licensing standards removing the "proper cause" standard and including additional criteria, effective September 1, 2022, for carry license applicants (Chapter 371 of the Laws of 2022). Accordingly, these emergency rules amend the licensing standards set forth in Chapter 3 and Chapter 5 of Title 38 of the Rules of the City of New York for applying and obtaining a carry license, making them consistent with the new standards enacted by New York State in Chapter 371.

Specifically, these emergency rules:

- eliminate the "proper cause" standard;
- authorize electronic filing of documents relating to handgun licensure;
- add certain documents required to apply for and receive a handgun license, including four character references and a list of current and former social media accounts from the last three years;
- require an in-person interview prior to receiving a handgun license;
- require a certification of completion of the live firearms safety course pursuant to section 400.00(19) of the Penal Law;
- repeal the pre-license exemption application for applicants who use a gun for instructional purposes;
- add a notice requirement for rifle/shotgun permit holders and handgun licensees and require such permit holders and licensees to affirm receipt of such notice; and
- define the Times Square sensitive location zone.

These emergency rules are required so that the State's new firearms licensing standards and conforming changes to the Police Department's firearms licensing scheme take effect simultaneously. Delaying implementation of these rules would severely impede New York City's ability to regulate handgun use and ownership within its jurisdiction. These rules govern the Police Department's administration of rife/shotgun permits and handgun licenses and are issued on an emergency basis pursuant to Section 1043(i) of Chapter 45 of the New York City Charter.

New material is underlined.
[Deleted material is in brackets.]
* * * indicates omitted text.

"Shall" and "must" denote mandatory requirements and may be used interchangeably in the rules of this department, unless otherwise specified or unless the context clearly indicates otherwise.

**Section 1. Chapter 3 of Title 38 of the Rules of the City of New York is amended by adding a new section 3-15 to read as follows:**

**§ 3-15 Attestations Prior to Receipt of Permit.** Prior to receipt of the permit, the permittee must attest to the receipt of the following information and notifications: (i) the grounds for which the permit issued may be revoked, which shall include, without limitation, the areas and locations where a permittee may not lawfully carry the permitted rifle or shotgun; (ii) that a conviction for unlawfully carrying a rifle or shotgun in such an area or location in violation of §265.01-d or §265.01-e of the New York State Penal Law is a felony for which such permit will be revoked; and (iii) the requirements for safe storage of the licensed rifle or shotgun.

**§ 2. Sections 5-01, 5-02, and 5-03 of Subchapter A of Title 38 of the Rules of the City of New York are amended to read as follows:**

**§ 5-01 Types of Handgun Licenses.** As used in this chapter, the term "handgun" shall mean a pistol or revolver. This section contains a description of the various types of handgun licenses issued by the Police Department. [Section 5-09 of this subchapter contains a description of the procedure for obtaining an exemption from New York State Penal Law Article 265, allowing pre-license possession of a handgun for the purpose of possessing and using a handgun for instructional purposes with a certified instructor in small arms at an authorized small arms range/shooting club.]

(a) *Premises License – Residence or Business.* This is a restricted handgun license, issued for a specific business or residence location. The handgun shall be safeguarded at the specific address indicated on the license, except when the licensee transports or possesses such handgun consistent with these Rules.

(b) *Carry [Business] License.* This is [an unrestricted] a class of license which permits the carrying of a handgun concealed on the person. In the event that an applicant is not found by the License Division to be qualified for a Carry [Business] License, the License Division, based on its investigation of the applicant, may offer a [Limited Carry Business license or a Business] Premises License to an applicant.

(c) [*Limited Carry Business License.* This is a restricted handgun license which permits the licensee to carry the handgun listed on the license concealed on the person to and from specific locations during the specific days and times set forth on the license. Proper cause, as defined in §5-03, shall need to be shown only for that specific time frame that the applicant needs to carry a handgun concealed on her/his person. At all other times the handgun shall be safeguarded at the specific address indicated on the license, and secured unloaded in a locked container.]

(**d**) *Carry Guard License / Gun Custodian License.* These are restricted types of carry licenses, valid when the holder is actually engaged in a work assignment as a security guard or gun custodian.

[(**e**)] (**n**) *Special Licenses.* Special licenses are issued according to the provisions of §400.00 of the New York State Penal Law, to persons in possession of a valid New York State County License. The revocation, cancellation, suspension or surrender of such person's County License automatically renders her/his New York City license void. The holder of a Special License shall carry her/his County License at all times when possessing a handgun pursuant to such Special License.

(1) *Special Carry [Business] License.* This is a special license, permitting the carrying of a concealed handgun on the person while the licensee is in New York City.

(2) *Special Carry Guard License / Gun Custodian License.* These are restricted types of special licenses that permit the carrying of a concealed handgun on the person only when the licensee is actually engaged in the performance of her/his duties as a security guard or gun custodian.

**§ 5-02 Premises Licenses.** The requirements for the issuance of a Premises License are listed below. The license application shall be investigated, including a review of the circumstances relevant to the information provided in the application. During the pendency of the application, the applicant shall notify the License Division of any necessary correction to or modification of the information provided in the original application, or any change in her/his status or circumstances, which may be relevant to the application. The applicant shall:

(a) Be of good moral character, which shall mean having the essential character, temperament, and judgment necessary to be entrusted with a weapon and to use it only in a manner that does not endanger oneself or another;

(b) Have no prior conviction for a felony or other serious offense, as defined in §265.00(17) of the New York State Penal Law, or of a misdemeanor crime of domestic violence, as defined in §921(a) of title 18 of the United States Code, or of a misdemeanor identified in §400.00(1)(n) of the New York State Penal Law;

(c) Disclose whether s/he is or has been the subject or recipient of an order of protection, [or] a temporary order of protection, or an extreme risk protection order;

(d) Have no prior revocation of a license nor be the subject of a suspension or ineligibility order issued pursuant to §530.14 of the New York State Criminal Procedure Law or §842-a of the New York State Family Court Act;

(e) Disclose any history of mental illness;

(f) Be free from any disability or condition that may affect the ability to safely possess or use a handgun;

(g) Reside or maintain a principal place of business within the confines of New York City;

(h) Be an applicant concerning whom no good cause exists for the denial of such license;

(i) Be at least 21 years of age.

**§ 5-03 Carry and Special Handgun Licenses.** In addition to the requirements in §5-02, an applicant seeking a carry or special handgun license shall[: shall] no longer be required to show "proper cause" pursuant to §400.00(2)(f) of the New York State Penal Law. "Proper cause" is determined by a review of all relevant information bearing on the claimed need of the applicant for the license. The following are examples of factors which will shall be considered in such a review.

(a) Exposure of the applicant by reason of employment or business necessity to extraordinary personal danger requiring authorization to carry a handgun.

*Example:* Employment in a position in which the applicant routinely engages in transactions involving substantial amounts of cash, jewelry or other valuables or negotiable items. In these instances, the applicant shall furnish documentary proof that her/his employment actually requires that s/he be authorized to carry a handgun, and that s/he routinely engages in such transactions.

(b) Exposure of the applicant to extraordinary personal danger, documented by proof of recurrent threats to life or safety requiring authorization to carry a handgun.

*Example:* Instances in which Police Department records demonstrate that the life and well-being of an individual is endangered, and that s/he should, therefore, be authorized to carry a handgun. The factors listed above are not all inclusive, and the License Division will consider any proof, including New York City Police Department records, which document the need for a handgun license. It should be noted, however, that the mere fact that an applicant has been the victim of a crime or resides in or is employed in a "high crime area," does not establish "proper cause" for the issuance of a carry or special handgun license] show proof of successful completion of a firearm safety training course as required under §400.00(1)(o)(iii) of the New York State Penal Law.

**§ 3. Section 5-05 Subchapter A of Title 38 of the Rules of the City of New York is amended to read as follows:**

**§5-05 Application Form.** An applicant for a carry license must meet in person with a licensing officer in the License Division for an interview and must also provide the documents listed in this section.

(a)  [An] The application form shall be [distributed, one per person, at the License Division during normal business hours. Assistance in completing the form shall be made available at the License Division. The application form shall be] made available online and be completely filled out and submitted [in person, at the License Division, and only an original application form shall be accepted. Special license applicants should also specifically refer to paragraph (9) of subdivision (b) of this section for application requirements.] electronically via the License Division's online application portal.

(b)  The applicant shall [furnish] upload the items listed below which are applicable, [either] at the time s/he completes and submits her/his application, [in person, or no later than fourteen (14) calendar days after the date of submission of the application , either in person or by mail. All] Incomplete applications will not be reviewed, except as provided in subdivision (c). Upon the License Division's request, applicants shall also make the originals of all documents, certificates, licenses, etc., [shall be submitted in the original] available to the License Division for inspection. A copy certified by the issuing agency as true and complete is also acceptable. [In addition, a legible photocopy of each item submitted shall accompany the original or certified copy.] Originals and certified copies shall be returned. The application shall not be accepted or processed without the required fee payments described in paragraph [(10)] (14) of this subdivision.

(1)  [*Photograph[s].* [Two (2)] One (1) color photograph[s] of the applicant taken within the past thirty (30) days. [They should measure 1 1/2 x 1 1/2 inches] The photograph must be in a square aspect ratio with minimum acceptable dimensions of 600x600 pixels and maximum acceptable dimensions of 1200x1200 pixels and must show applicant from the chest up. The wearing of any article of clothing or adornment that obscures identification is not acceptable. [Special license applicants should refer to paragraph (9) of this subdivision.]

\* \* \*

(8)  [*Letter of necessity.* (i) A letter of necessity explains the need for the license. It shall be typewritten on current letterhead stationery; signed by a corporate officer, partner, or in the case of a sole proprietorship, the owner of the business. Self-employed applicants may submit such letter under their own signature. The letter of necessity shall be affirmed. A letter of necessity shall be submitted by the following applicants:

(A) All applicants except applicants for a Premises Residence License.

(B) All employees seeking a Premises Business License for use in connection with their employment shall submit a letter of authorization signed by the owner of the business.

(ii)  Regardless of whether a handgun license was previously issued by the New York City Police Department or any other issuing authority, the letter of necessity shall contain the following information:

(A)  A detailed description of the applicant's employment and an explanation of why the employment requires the carrying of a concealed handgun.

(B)  A statement acknowledging that the handgun shall only be carried during the course of and strictly in connection with the applicant's job, business or occupational requirements, as described herein.

(C)  A statement explaining the manner in which the handgun shall be safeguarded by the employer and/or applicant when not being carried.

(D)  A statement indicating that the applicant has been trained or shall receive training in the use and safety of a handgun.

(E)  A statement acknowledging that the applicant's employer or, if self-employed, the applicant, is aware of its or her/his responsibility to properly dispose of the handgun and return the license to the License

Division upon the termination of the applicant's employment or the cessation of business.

(F)  A statement indicating that the applicant, and if other than self-employed, a corporate officer, general partner or proprietor, has read and is familiar with the provisions of New York State Penal Law Articles 35 (use of deadly force), 265 (criminal possession and use of a firearm), and 400 (responsibilities of a handgun licensee).

(G)  At the time of the applicant's interview, the applicant shall be advised whether any additional forms or documents are required. Failure to provide the information requested may result in the disapproval of the applicant's application.] Reserved.

(9) *References.* The applicant must submit a minimum of four (4) character references who can attest to the applicant's good moral character and that the applicant has not engaged in any act or made any statement that suggests the applicant is likely to engage in conduct that would result in harm to themself or others. Two (2) of these reference must be non-family members.

(10) *Social Media.* The applicant must submit all of their current and former social media accounts from the past three years.

(11) *Training Certification.* The applicant must submit a certification of completion of the training required by §400.00(1)(o)(iii) of the New York State Penal Law.

(12) *Special carry* license applicants shall submit the items listed below:

(i) All applicants shall submit [two (2)] one (1) application form[s], to be filled out completely [and presented by the applicant in person] and submitted via the online application portal. The applicant shall not mail the application forms.

(ii) [All applicants shall submit three (3) 1$^1/_2$ × 1$^1/_2$ inch color photographs showing the applicant from the chest up, taken within the past 30 days. The wearing of any article of clothing or adornment that obscures identification is not permitted.

(iii)] The applicant shall [bring] submit via the online application portal her/his current County Handgun License [with her/him to have her/his application processed]

(13)  The applicant must maintain and provide to the License Division a functional email address to serve as the applicant's primary means of communication with the License Division.

[(10)] (14)  Upon application, required fees are payable to the New York City Police Department and the New York State Division of Criminal Justice Services. Fees to the New York City Police Department shall be paid by certified check or money order made payable to the N.Y.C. Police Department. Fees may also be paid via the online application portal by credit card or e-check.

*Note:* The fee payable to N.Y.S. Division of Criminal Justice Services applies to all applicants. These fees shall be paid separately. Only U.S. Postal or bank drawn money orders shall be accepted. If the applicant has any questions concerning her/his application, s/he may [call (212) 374-5553] email DG_LIC-HandgunNewApps@NYPD.org. Applications shall be submitted [in person at the License Division, Room 110A, Monday through Friday, 8:30 A.M. to 4:00 P.M.] via the online application portal. The License Division is closed on all legal holidays. All fees are non-refundable.

(c) Renewal applications that are due on or before September 30, 2022 must be timely submitted, except that the certification of completion of the training required by §400.00(1)(o)(iii) of the New York State Penal Law may be separately submitted no later than October 31, 2022.

**§ 4. Subchapter A of Title 38 of the Rules of the City of New York is amended by adding a new section 5-05.1 to read as follows:**

**§ 5-05.1 Nonelectronic Communication and Submissions.** Notwithstanding any provision of this chapter to the contrary, a person unwilling or unable to submit documents electronically pursuant to this chapter, or to otherwise communicate electronically with the License Division pursuant to this chapter, may contact the License Division at telephone number at (646) 610-5560 to arrange a practicable nonelectronic alternative.

**§ 4. Subdivision (a) of section 5-06 Subchapter A of Title 38 of the Rules of the City of New York is amended to read as follows:**

(a)  An applicant shall initially submit electronically a [typed] license application, which shall be affirmed in writing, in accordance with general handgun license rules, including all personal and business documentation requested. Examples of business documentation would be a company's corporate book, including filing receipt; certificate of incorporation; minutes of the corporate meeting reflecting current corporate officers; business certificate or partnership agreement, whichever is applicable.

**§ 5. Subdivision (a) of section 5-07 of Title 38 of the Rules of the City of New York is amened to read as follows:**

(a) [It takes approximately six months to process an application] If [her/his] the application is approved the applicant shall receive a "Notice of Application Approval" [in the mail. If the applicant moves during the time her/his application is being processed, the applicant shall immediately notify the License Division's Handgun License Application Section, Room 110A, One Police Plaza, New York, New York 10038, (212) 374-5553, and be guided by their instructions] at the email address provided in the application. The applicant must immediately notify the License Division of any change to their email address by emailing the License Division at DG LIC-HandgunNewApps@NYPD.org. Failure to make timely notification may result in the disapproval/cancellation of the applicant's application.

**§ 6. Section 5-09 of Subchapter A of Title 38 of the Rules of the City of New York, relating to applications for pre-license exemptions, is repealed and reserved.**

**§ 7. Subdivisions (f) and (n) of section 5-10 of Subchapter A of Title 38 of the Rules of the City of New York are amended to read as follows:**

(f) The applicant is the subject of an order of protection, [or] a temporary order of protection, or an extreme risk protection order.

(n) Other information that demonstrates the lack of good moral character, an unwillingness to abide by the law, a lack of candor towards lawful authorities, a lack of concern for the safety of oneself and/or other persons and/or for public safety, and/or other good cause for the denial of the license.

**§ 8. Section 5-11 of Subchapter A of Title 38 of the Rules of the City of New York is amended to read as follows:**

**§5-11 Grounds for Suspension for Defined Period or Revocation of Handgun License.** A handgun license may be suspended for a defined period or revoked upon evidence of any disqualification pursuant to this chapter. A handgun license shall be revoked upon [the] a conviction in this state or elsewhere of a felony or a serious offense, as defined in subdivision seventeen of section 265.00 of the penal law, a determination that the applicant knowingly made a material false statement on the application, or as set forth in section 5-30. Evidence of disqualification may be demonstrated by an investigation, by a licensee's failure to cooperate with such an investigation, or by other evidence.

**§ 9. Section 5-22 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

**§ 5-22 Conditions of Issuance.**

(a) A handgun license is issued under the following conditions:

* * *

(16) Except for licensees with [unrestricted] Carry [Business] licenses or Special Carry [Business] Licenses, a licensee wishing to transport her/his handgun to a gunsmith or a dealer in firearms shall request permission in writing from the Division Head, License Division. Authorization shall be provided in writing. The licensee shall carry this authorization with her/him when transporting the handgun to the gunsmith or the dealer in firearms, and shall transport the handgun directly to and from the gunsmith or the dealer in firearms. The handgun shall be secured unloaded in a locked container during transport.

* * *

(b) In the following instances the licensee shall make an immediate report to the License Division – Incident Section [, telephone #(212) 374-5538, 5539] by emailing DG LIC-Incidents@NYPD.org, and to the precinct where the incident occurred. (See additional requirements under "Incident Section" – §5-30).

* * *

(c) In the following instances, the licensee shall make an immediate report to the License Division—Incident Section (see Incident Section – §5-30).

* * *

(8) Licensee is or becomes the subject or recipient of an order of protection [or], a temporary order of protection, or an extreme risk protection order.

(9) Change of email address (see Address Changes – §5-29).

**§ 10. Subdivisions (b), (c), (d), and (e) of section 5-23 of Subchapter B of Title 38 of the Rules of the City of New York are amended to read as follows:**

(b) Carry [Business] License. This is [an unrestricted] a class of license [which] that permits the [carrying of a handgun] licensee to carry a handgun listed on the license concealed on the person.

(c) [Limited Carry Business License. This is a restricted handgun license which permits the licensee to carry a handgun listed on the license concealed on the person to and from specific locations during the specific days and times set forth on the license. Proper cause, as defined in §5-03, shall need to be shown only for that specific time frame that the applicant needs to carry a handgun concealed on her/his person. At all other times the handgun shall be safeguarded at the specific address indicated on the license and secured unloaded in a locked container.

(d)] Carry Guard License/Gun Custodian License. These are restricted types of carry licenses, valid when the holder is actually engaged in a work assignment as a security guard or gun custodian.

[(e)] (d) Special Licenses. Special licenses are issued according to the provisions of §400.00 of the New York State Penal Law, to persons in possession of a valid County License. The revocation, cancellation, suspension or surrender of her/his County License automatically renders her/his New York City license void. The holder of a Special License shall carry her/his County License at all times when possessing a handgun pursuant to such Special License.

(1) Special Carry [Business]. This is a class of special license permitting the carrying of a concealed handgun on the person while the licensee is in New York City.

(2) Special Carry Guard License/Gun Custodian License. These are restricted types of Special Carry Licenses. The handgun listed on the license may only be carried concealed on the licensee's person while the licensee is actively on duty and engaged in the work assignment which formed the basis for the issuance of the license. The licensee may only transport the handgun concealed on her/his person when travelling directly to and from home to a work assignment.

**§ 11. Section 5-24 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

(a) Gun Custodian.

* * *

(2) Each designee shall submit [to the License Division] through the License Division's online application portal an additional handgun license application for gun custodian [, which shall be typed and affirmed in writing, along with two (2) color photos, 1 1/2 × 1 1/2 inches, taken within the past thirty (30) days, showing the applicant from the chest up, and the necessary fees.]

* * *

(b) Carry Guard Licensee.

* * *

(3) An immediate report shall be made in the following instances to the Division Head, License Division and the gun custodian or alternate custodian:

* * *

(iv) Change of email address.

**§ 12. Subdivisions (d) and (e) of section 5-25 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

(d) Number of handguns allowed on a handgun license.

(1) [When the total number of handguns possessed by licensee(s) residing in or located in the same household/business exceeds four, the licensee(s)] All licensees shall utilize a safe where handguns are stored out of the licensee's possession at [the] a premises.

(2) [Requests for handguns in excess of four shall not be entertained without] All licensees must provide proof of the ownership of a safe in which the handguns shall be safeguarded when not in use. Proof of ownership consists of a Bill of Sale for the safe and two color photos of the safe, one with the door open and one with the door closed. Photos may not be stock images and must depict the entirety of the safe, not merely a portion thereof.

(3) The Division Head, License Division reserves the right to accept or reject the type of safe proposed for safeguarding the handguns.

(4) The number of handguns allowed under each type of handgun license is listed below. Requests for additional handguns shall be reviewed on an individual basis. [More than four handguns requires satisfactory evidence of safeguarding to prevent theft, as approved by the Division Head, License Division – see above.]

(i) Carry [Business] and Special Carry [Business] – Two handguns. The Division Head of the License Division may, in her/his discretion and in accordance with applicable law, limit [to one] the number of handguns that appear on the carry handgun license [when the licensee's needs do not require possession of two handguns].

(ii) [Limited Carry Business – One handgun.] Reserved.

(iii) Carry Guard and Special Carry Guard – One handgun.

(iv) Gun Custodian – Number of handguns shall be determined by the Division Head, License Division, consistent with the demonstrated needs of the applicant.

(v) Premises Business – One handgun.

(vi) Premises Residence – One handgun.

(e) *Requests for additional handguns for "Special Handgun Licenses."*

* * *

(2) Inquiries concerning this type of transaction may be made to the Issuing Unit at telephone [numbers (212) 374-5522 or 5523] number (646) 610-5550.

**§ 13. Subdivision (k) of section 5-26 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

(k) If the licensee wishes to sell all of her/his handguns and cancel her/his license, s/he may do so by submitting the applicable documentation and her/his handgun license, by [mail] emailing DG LIC-Cancellations@NYPD.org. (See Cancellation Procedures below.)

**§ 14. Subdivision (d) of section 5-27 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

(d) All documents and the license shall be returned to the License Division – Cancellation Unit – One Police Plaza, Room 152, New York, New York 10038, by appointment, within ten (10) calendar days of the disposal of handguns, relocation, etc. [If] To make an appointment, or if the licensee has any questions concerning these procedures, s/he may [call telephone number (212) 374-5531 or 5532] email DG LIC-Cancellations@NYPD.org.

*Note:* If the licensee relocates out of New York City or New York State, s/he shall immediately contact her/his new local Police Department and receive instructions on how to legally possess her/his handgun(s) in their jurisdiction.

**§ 15. Sections 5-28 and 5-29 of Subchapter B of Title 38 of the Rules of the City of New York are amended to read as follows:**

**§ 5-28 Renewal of the Handgun License.** The licensee is required to renew her/his handgun license every three (3) years. The license expires on the licensee's birthday.

(a) The renewal process generally begins sixty (60) calendar days prior to the licensee's month of birth. The licensee shall receive her/his renewal application, instructions, and other required forms and her/his invalidated license [in the mail] electronically. As part of the renewal process, the License Division may require that the licensee produce all licensed handguns for inspection, either using a random selection procedure or when a review of the renewal package discloses the need for such an inspection, as directed by the Commanding Officer, License Division. The licensee shall receive appropriate instructions and a form Affidavit of Handgun Possession, to be completed and affirmed in writing as part of the renewal package. If so directed, the licensee shall transport all licensed handguns to the License Division, One Police Plaza, Room 152, New York, New York or otherwise make the handguns available for inspection, in the manner directed by the instructions. The licensee shall examine the license, complete all required forms including providing color photos, forwarding fees (payable online or by certified check or money order only), etc., and [return] complete and submit the renewal package to the License Division [by mail,] via the online application portal as soon as possible. Upon receipt of the renewal material, the License Division shall process the renewal and return the validated license to the licensee by mail.

(b) [The renewal is not valid unless stamped and sealed by the License Division. The licensee shall sign her/his license in the designated area on the back of the license.

(c)] The renewal application and related documents shall be [mailed] emailed to the address on record for the license. It is the responsibility of the licensee to ensure that they maintain a current and functioning email address on file with the License Division. If the licensee has [moved] changed email address and has not notified the License Division thereof as required by this chapter, the renewal documents shall be returned to the License Division and her/his license shall be cancelled for failure to notify the License Division of an address change (see Address Change – §5-29).

[(d)] (c) If the licensee has not received her/his renewal documents thirty (30) calendar days prior to her/his birth date, s/he shall contact the Renewal Unit [at telephone number (212) 374-5531, or 5532,] for instructions by emailing DG LIC-HandgunRenewals@NYPD.org.

[(e)] (d) If the licensee has extenuating circumstances which prevent her/him from renewing prior to her/his birth date, s/he

shall submit a notarized letter to the Renewal Unit explaining the circumstances. The License Division shall contact the licensee and advise her/him on how to proceed. However, if the licensee is not notified by the License Division by her/his birth date, s/he shall voucher her/his handgun(s) at her/his local precinct until the matter is resolved.

[(f)] (e) Licensees shall carefully read and comply with the instructions on their renewal documents.

[(g)] (f) Incomplete or incorrectly prepared renewal documents shall not be processed, and shall be returned to the licensee for completion/correction, with a letter indicating the problem, information omitted, etc. Consequently, if as a result of the licensee's error, the licensee fails to submit the required material, fees, etc., by her/his birthday, s/he shall be required to voucher her/his handgun(s) at her/his local precinct until the renewal process is completed.

[(h)] (g) If the licensee's birthday has passed and s/he has not yet renewed, s/he shall immediately voucher her/his handgun(s) at her/his local precinct. The License Division shall not process any late renewals unless a copy of the voucher is attached to the complete renewal application which is to be submitted by mail.

[(i)] (h) Failure to renew the license on time is cause for cancellation of the license.

[(j)] (i) Possession of any unlicensed handgun is a violation of Article 265 of the New York State Penal Law, and may subject the licensee to arrest.

[(k)] (j) Renewal fees shall be payable online or in the form of a money order or a certified check made payable to the N.Y.C. Police Department. Cash and personal checks shall not be accepted.

(l) A licensee applying to renew a carry license must show proof of completion of an additional firearm training course as required by §400.00(1)(o)(iii) of the New York State Penal Law, except as provided in subdivision (c) of § 5-05.

**§ 5-29 License Amendments.**

(a) All verifying documents shall be submitted via the License Division's online application portal. Originals of all verifying documents shall, upon the License Division's request, be [presented along with photocopies] made available to the License Division for review. After the original documents have been reviewed, they shall be returned to the licensee.

* * *

(4) *Carry Business License name changes.* If the licensee has a Carry Business License and s/he changes her/his business name – but not the nature of the business, the corporate officers, or the location, s/he shall contact the License Division immediately at telephone [#(212) 374-5531 or 5532] number (646) 610-5560 for instructions on how to proceed.

(5) *"Special" Carry Handgun License Changes.* Licensees shall call telephone number [(212) 374-5531 or 5532] (646) 610-5560, for specific instructions. However, the licensee's basic County Handgun License shall be amended prior to requesting any amendment of her/his New York City "Special Handgun License."

(6) *Individual name changes.*

* * *

(ii) The aforementioned document(s) shall be [submitted in the original, with a copy attached] submitted electronically via the online application portal and the original(s) made available to the License Division for inspection upon the License Division's request. The License Division shall return the original document to the licensee.

* * *

(b) *New business.*

(1) If the licensee has changed her/his business from the one for which s/he was originally licensed, or her/his current business has had a change of name and/or corporate officers, owners, etc., or the nature of her/his business or responsibilities have changed; or if s/he has ended her/his association with the business, *i.e.,* retired, terminated, resigned, the licensee shall within ten (10) calendar days of the change surrender her/his handgun(s) and license to her/his local precinct for safekeeping. Her/his license may be subject to cancellation. (See 38 RCNY §5-27 – Cancellation of the Handgun License.) Questions may be directed to the Incident Section [(212) 374-5538 or 5539] by emailing DG LIC-Incidents@NYPD.org.

* * *

(5) All License Types – Email address changes – All licensees shall immediately notify the License Division via the online application portal of any change in email address.

**§ 16. Subdivision (a) of section 5-30 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:**

(a) Whenever a handgun licensee is involved in an "Incident," the licensee shall immediately report said incident to the License Division's Incident Section – [Telephone number (212) 374-5538 or 5539 –] by emailing DG_LIC-Incidents@NYPD.org. Certain "Incidents" shall also be reported to the "Precinct of Occurrence" (where the incident took place).

§ 17. Subdivision (c) of section 5-32 of Subchapter B of Title 38 of the City of New York is amended to read as follows:

(c) Requests for a records transfer may be [mailed] emailed to the New York City Police Department License Division – Records Unit[, One Police Plaza, Room 152, New York, New York 10038] at DG_LIC-Cancellations@NYPD.org. The License Division shall process her/his request as expeditiously as possible once the License Division has received the necessary information, documentation, fee, etc. If the licensee has any questions concerning this matter contact [(212) 374-5522 or 5523] (646) 610-5560.

§ 18. Section 5-33 of Subchapter B of Title 38 of the Rules of the City of New York is amended to read as follows:

§ 5-33 Familiarity with Rules and Law and Other Attestations.

(a) All licensees shall be required to sign an acknowledgment that they shall be responsible for compliance with all laws, rules, regulations, standards, and procedures promulgated by federal, state, or local jurisdictions, and by federal, state, or local law enforcement agencies, that are applicable to this license. The License Division shall provide the licensee with the acknowledgment statement. This acknowledgment statement shall be affirmed in writing. Failure to affirm the acknowledgment statement shall result in denial of the license application.

(b) Prior to receipt of the license, the licensee must attest to the receipt of the following information and notifications: (i) the grounds for which the license issued may be revoked, which shall include, without limitation, the areas and locations where a licensee may not lawfully carry the licensed handgun; (ii) that a conviction for unlawfully carrying a handgun in such an area or location in violation of §265.01-d or §265.01-e of the New York State Penal Law is a felony for which such license will be revoked; and (iii) the requirements for safe storage of the licensed handgun.

§ 19. Subchapter B of Chapter 5 of Title 38 of the Rules of the City of New York is amended by adding new sections 5-34 and 5-35 to read as follows:

§5-34 Times Square Sensitive Location Zone.

(a) For the purposes of paragraph (t) of subdivision 2 of section 265.01-e of the penal law, the area commonly known as Times Square means and includes the following tract in Manhattan, bounded and described as follows: (i) BEGINNING at the point of intersection of the north side of West 48th Street and the west side of Ninth Avenue; (ii) thence southerly along the west side of Ninth Avenue to the point of intersection where the west side of Ninth Avenue meets the south side of West 40th Street; (iii) thence easterly along the south side of West 40th Street to the point of intersection where the south side of West 40th Street meets the east side of Sixth Avenue; (iv) thence northerly along the east side of Sixth Avenue to the point of intersection where the east side of Sixth Avenue meets the north side of West 53rd Street; (v) thence westerly along the northern side of West 53rd Street to the point of intersection where the north side of West 53rd Street meets the west side of Eighth Avenue; (vi) thence southerly along the West side of Eighth Avenue to the point of intersection where the West side of Eighth Avenue meets the north side of West 48th Street; and (vii) thence westerly along the north side of West 48th Street until the point of intersection where the north side of West 48th Street meets the west side of Ninth Avenue (the point of beginning). Where the area described in this subdivision is bounded and described by a side of a street or avenue, it shall be deemed to include the sidewalk of such side. For the purposes of paragraph (t) of subdivision 2 of section 265.01-e of the penal law, the area commonly known as Times Square does not include the interior of any building or other enclosed structure; provided, however, that such a building or structure may otherwise constitute a restricted or sensitive location pursuant to section 265.01-d or 265.01-e of the penal law.

(b) This section shall expire and be deemed repealed upon the enactment of a local law defining the area commonly known as Time Square for the purposes of paragraph (t) of subdivision 2 of section 265.01-e of the penal law.

§5-35 Times Square Sensitive Location Zone; Permitted Activities.

The following licensees may carry a licensed handgun in the Times Square sensitive location zone, as such zone is described in this chapter or local law, as follows:

(a) A carry licensee who resides in such zone may carry such handgun only directly to or from their dwelling and an area outside of such zone, provided that such transport must be continuous and uninterrupted;

(b) A business premises licensee whose place of business that is identified on such license is located in such zone, or a residence premises licensee whose residence identified on such license is located in such zone may carry a handgun to and from their place of business or residence, respectively, in accordance with the standards set forth in section 5-23(a) and such handgun must be unloaded and carried in a locked container and the ammunition for such handgun must be carried separately;

(c) A rifle/shotgun permittee whose residence identified on such license is located in such zone may carry such rifle/shotgun to and from such residence and a licensed range or hunting area, in a manner consistent with section 3-14(b); and

(d) A carry licensee or a premises licensee may transport such handgun directly through such zone while operating, or while a passenger within, a motor vehicle, provided that such transport must be continuous and uninterrupted; such handgun must be unloaded and carried in a locked container; and the ammunition for such handgun must be carried separately.

**Required Finding Pursuant to New York City Charter Section 1043(i)(1)**

IT IS HEREBY CERTIFIED that the immediate effectiveness of this emergency rule, which establishes additional rules, regulations, and procedures for receiving a concealed carry handgun license to address the necessity to alter existing rules and regulations due to N.Y. State Rifle & Pistol Ass'n v. Bruen, 142 S. Ct. 2111 (2022).

Prior to June 23, 2022, New York State had a proper cause requirement for obtaining a concealed carry handgun license. This required applicants to demonstrate a special need for self-protection, distinguishable from that of the general community in order to qualify for a carry license.

On June 23, 2022, the United States Supreme Court ruled in Bruen that the proper cause requirement was an unconstitutional restriction on carry licenses. New York City likewise cannot impose the proper cause requirement. Due to the high density and high traffic nature of New York City's public spaces, serious concerns are raised about public safety, which necessitates a clear and consistent licensing scheme to persist. The State of New York subsequently passed a series of reforms to the licensing process that will go into effect on September 1, 2022, but will not apply to existing applications.

These changes will ensure that the New York City Police Department's rules for the issuance of gun licenses is consistent with the recent state law and will provide clarification for applicants in the future.

Delaying implementation of these emergency rules, regulations, and procedures would be detrimental to the public's safety and constitutional rights of license applicants within New York City. Furthermore, delaying implementation would severely impede New York City's ability to regulate handgun use and ownership within its boundaries.

Pursuant to section 1043(i)(2) of New York City Charter, the emergency rule will remain in effect for 60 days while the NYPD prepares a permanent rule.

IT IS HEREBY CERTIFIED that the immediate effectiveness of a rule authorizing the NYPD to regulate concealed carry handguns within in New York City in order to maintain the public's safety is necessary in light of the Bruen decision and recent changes to state law.

Dated: August 23, 2022

/s/ Keechant Sewell

Keechant Sewell
Police Commissioner

Dated: August 23, 2022

Approved

/s/ Eric Adams

Eric Adams, Mayor

☛ a31

Case 7:21-cv-05334-NSR   Document 67-1   Filed 11/30/22   Page 20 of 25

# SPECIAL MATERIALS

## CITY RECORD

■ NOTICE

### MONTHLY INDEX
### JULY 2022

**PUBLIC HEARING & MEETINGS**
*See Also: Procurement Agency Rules

ADMINISTRATIVE TRIALS AND HEARINGS -22-26
BOARD MEETINGS- 11, 18, 25
BOROUGH PRESIDENT
    BROOKLYN- 11-21
    BRONX-1-6
    MANHATTAN-27-28
CITY COUNCIL -6-11, 21-28
CITY PLANNING -27
CITY PLANNING COMMISSION-1- 29
CITYWIDE ADMINISTRATIVE SERVICES- 5, 14 , 19 , 27-29
CIVIC ENGAGEMENT COMMISSION -18
COMMISSION ON HUMAN RIGHTS -15
COMMUNITY BOARDS- 20-21, 22-25
CORRECTION -6-12
DISTRICTING COMMISSION -1-7, 8-15
EDUCATION RETIREMENT SYSTEM - 13-25
HEALTH AND MENTAL HYGIENE -20-21
HOUSING AUTHORITY -6-27
LABOR RELATIONS- 14-21
LANDMARKS PRESERVATION COMMISSION -1-19, 26-29
MAYOR'S FUND TO ADVANCE NEW YORK CITY -26-28
MAYOR'S OFFICE OF CONTRACT SERVICES -6
MAYOR, OFFICE OF THE- 7-13
PUBLIC DESIGN COMMISSION -7
STANDARDS AND APPEALS -14-15, 21-22
TRANSPORTATION-1-8 , 29

**COURT NOTICES**

SUPREME COURT
RICHMOND COUNTY
    Notice Of Acquisition, Index Number CY4521/2021,
    Condemnation Proceeding, South Beach Avenue- Stage 2-8-21
    Notice Of Petition, Index Number CY4519/2022, Condemnation
    Proceeding Todt Hill Bluebell-12-25

**PROPERTY DISPOSITION**

CITYWIDE ADMINISTRATIVE SERVICES-Daily
ENVIRONMENTAL PROTECTION -
HOUSING PRESERVATION AND DEVELOPMENT -Daily
POLICE-Daily

**PROCUREMENT**

ADMINISTRATION FOR CHILDREN'S SERVICES-
    Award-1, 6, 7, 8, 12, 14, 15, 18, 19, 22, 25, 26, 28, 29
    Intent to Award-1-7
AGING
    Award –6, 19, 26
BUILDINGS
    Award-12, 18
CAMPAIGN FINANCE BOARD
    Intent to Award-1-8
CHIEF MEDICAL EXAMINER
    Award-5
CITY UNIVERSITY -1, 5, 15
CITYWIDE ADMINISTRATIVE SERVICES -5, 7, 14 , 18, 25, 27, 28, 29
    Award-1, 5, 6, 11, 15, 18, 19, 20
    Intent to Award-7-13
    Vendor Lists-Daily
COMPTROLLER-8
    Award-25
    Intent to Award-29
CORRECTION-
    Award-19

    Intent to Award-1-11, 15-21

DESIGN AND CONSTRUCTION -8, 29
    Award-1, 6, 7, 8, 20, 28
    Vendor List-8-14, 26-29
DISTRICT ATTORNEY - NEW YORK COUNTY -18-22
    Award-1-6
ECONOMIC DEVELOPMENT CORPORATION -13, 22
EDUCATION-5
    Award-15, 18
ELECTIONS -1-7
EMERGENCY MANAGEMENT
    Award-7, 18, 20
    Intent to Award-8-14
ENVIRONMENTAL PROTECTION -1, 15, 25, 26
    Award-1, 6, 7, 12, 13, 15, 18, 20, 21
FINANCE
    Award-7, 26, 28
FIRE DEPARTMENT-
    Award-7
    Intent to Award-21-27
HEALTH AND MENTAL HYGIENE-8
    Award-1, 5, 7, 8, 12, 14 , 15, 18, 19, 20, 22, 25, 26, 28, 29
HOMELESS SERVICES
    Award-1, 5, 6, 7, 8, 18, 19, 20, 21, 22, 25, 26
    Intent to Award-14-20, 29
HOUSING AUTHORITY -1, 5, 7, 12, 14 , 15, 18, 19, 21, 22 , 29
HOUSING PRESERVATION AND DEVELOPMENT
    Award-1, 5, 6, 7, 14 , 15
    Intent to Award-1-5
    Vendor List-22
HUMAN RESOURCES ADMINISTRATION
    Award-1, 5, 6, 7, 12, 13, 14 , 15, 16, 19, 20, 21, 22, 25, 26, 28, 29
    Intent to Award-1-8, 22-28, 29
INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS
    Award-1, 7, 13, 22-25
LAW DEPARTMENT
    Award-12, 28
    Intent to Award-12-18
MANAGEMENT AND BUDGET
    Award-13
MAYOR'S FUND TO ADVANCE NEW YORK CITY- 27-29
MAYOR OFFICE OF THE
    Award-26
MAYOR'S OFFICE OF CRIMINAL JUSTICE
    Award-1, 7
NYC HEALTH + HOSPITAL -7, 11, 12, 15, 16, 21, 27, 28
PARKS AND RECREATION -1-15, 20, 22, 26, 29
    Award-1, 5, 14, 19, 26, 28, 29
    Intent to Award-21-27
    Vendor List-Daily
POLICE DEPARTMENT-8, 28
    Award-22
    Intent to Award-22-28
PROBATION
    Award-11, 14, 19
    Intent to Award-27-29
PUBLIC LIBRARY, QUEENS -7, 12
SANITATION- 14, 21-22
SCHOOL CONSTRUCTION AUTHORITY- 21
SMALL BUSINESS SERVICES
    Award-25
TRANSPORTATION -7-8, 19-29
    Award-1, 5, 6, 7, 13, 19, 21, 28
VETERANS' SERVICES
    Award-1, 5
YOUTH AND COMMUNITY DEVELOPMENT
    Award-1, 5, 6, 7, 8, 13, 14 , 16, 20, 21, 22, 26, 29
    Intent to Award-13

**AGENCY CONTRACT AWARD HEARINGS**

ADMINISTRATION FOR CHILDREN'S SERVICES -12, 16, 21
AGING -1
CAMPAIGN FINANCE BOARD -1, 25, 28
CHIEF MEDICAL EXAMINER- 1
CITYWIDE ADMINISTRATIVE SERVICES- 1
COMPTROLLER -26, 28
CULTURAL AFFAIRS-1
DESIGN AND CONSTRUCTION-1
EDUCATION -5
ENVIRONMENTAL PROTECTION -7, 11, 27, 28
FINANCIAL INFORMATION SERVICES AGENCY -8
FIRE DEPARTMENT-1
HEALTH AND MENTAL HYGIENE- 1, 7
HOMELESS SERVICES -1
HOUSING PRESERVATION AND DEVELOPMENT- 1, 26
HUMAN RESOURCES ADMINISTRATION - 1
INFORMATION TECHNOLOGY AND
TELECOMMUNICATIONS- 1, 5, 8, 15, 16, 19, 20, 28
LAW DEPARTMENT-5, 25
MAYOR'S OFFICE OF CONTRACT SERVICES -1

PARKS AND RECREATION -15
PROBATION -19
TRANSPORTATION- 1
VETERANS' SERVICES -1

AGENCY RULES

BUILDINGS
Notice Of Opportunity to Comment on Proposed Rule -The
Department of Buildings (DOB) Is Proposing to Repeal Rules
Which Are Now Addressed in Title 28 Of The New York City
Administrative Code, Including The New York City Construction
Codes, Or Are Obsolete-14
Notice Of Adoption of Rule That the Department of Buildings
(DOB) Hereby Adopts Amendments to Its Rules Regarding Site
Safety Managers, Site Safety Coordinators and Construction
Superintendents-15
New York City Department of Buildings the Department of
Buildings (DOB) is proposing to amend its rules regarding
elevator emergency operation and signaling devices, elevator
capacity and loading and to add a new rule regarding
maintenance and testing of electric elevators-29
BUSINESS INTEGRITY COMMISSION
The New York City Business Integrity Commission (the
"Commission" or "BIC") Is Proposing Changes to Title 17 Of
the Rules of The City Of New York To Implement Side Guard
Requirements for Heavy Duty Trade Waste Vehicles as Required
By New York City Administrative Code ("Administrative Code")
Sections 16-509(F), 16-513(A) And 16-526(B)-6
CITY CLERK
The Office of The City Clerk Proposes to Amend Chapter 1
Of Title 51 Of the Rules of The City Of New York To Remove
Automatic Extensions Granted Due to A Late Enrollment-15
CIVIC ENGAGEMENT COMMISSION
Notice of Adoption of Final Rules Commission Has Adopted Rules
Pertaining to The Minimum Age Requirement for Participation in
The Citywide Participatory Budgeting Program-13
COMMISSION ON HUMAN RIGHTS
Commission on Human Rights CAPA Regulatory Agenda FY
2023-12
CONSUMER AND WORKER PROTECTION
The Department of Consumer and Worker Protection ("DCWP"
Or "Department") Is Proposing to Amend Its Rules to Permit
Additional Time to Renew Certain Licenses That Expired During
2020 And 2021 And Were Subject to License Term Extensions
Created by Emergency Executive Orders-5
Notice Of Adoption to Add Rules to Implement Local Law 202 Of
2019, Local Law 144 Of 2021, And Local Law 37 Of 2022. These
New Rules Add Penalty Schedules for Violations Related to
Keeping or Selling Any Force-Fed Products, Open Captioning in
Motion Picture Theaters, And Automated Employment Decision
Tools-6
Notice of Public Hearing and Opportunity to Comment on
Proposed Rules - Proposing to Amend Rules Applicable to Process
Servers That Are Licensed by DCWP To Implement Chapter 189
Of the Laws Of 2022, Which Amended General Business Law
89-Cc, And to Make Additional Clarifications for Consistency and
Clarity Throughout-11
Notice of Public Hearing and Opportunity to Comment on
Proposed Rules - Proposing Procedural Amendments to The Rule
Prohibiting Injurious Conduct by Licensees Towards Department
Employees. These Proposed Amendments Outline the Procedural
Steps That the Department and The Office of Administrative
Trials and Hearings ("OATH") Would Follow in Enforcing and
Adjudicating Violations of The Injurious Conduct Rule-12
ENVIRONMENTAL PROTECTION
Notice Of Adoption of Rule That the Department of Buildings
(DOB) Hereby Adopts Amendments to Its Rules Regarding Site
Safety Managers, Site Safety Coordinators and Construction
Superintendents-15
FINANCE
New York City Department of Finance Notice of Adoption-28
FIRE
New York City Fire Department FY 2023 Regulatory Agenda-27
HEALTH AND MENTAL HYGIENE
Notice of Adoption of Amendments to Chapter 10 of Title 24 of the
Rules of the City of New York-7
Notice of Adoption of Amendments to Chapter 6 of Title 24 of The
Rules of The City New York-28
Art. 173 And Art. 11 NOI - Reduction of Blood Lead Level for
Mandatory Reporting and Investigation-29
Amendment of Rules Relating to Tanning Facilities-Health Code
Articles 177 And 5.-29
HOUSING PRESERVATION AND DEVELOPMENT
Notice Of Adoption to Amend Rules Relating to Underlying
Conditions-8
HUMAN RESOURCES ADMINISTRATION
Notice of Public Hearing and Opportunity to Comment on
Proposed Rules Emergency Food Assistance Program Proposed
Rule-12

RENT GUIDELINES BOARD
New York City Rent Guidelines Board 2022 Apartment & Loft
Order # 54-22
TRANSPORTATION
Notice of Adoption--Amendment to Traffic Rules Relating to
Parking Meter Retrofit-18
Notice of Adoption Relating to The Update of The New York City
Department of Transportation's (DOT) "Highway Rules" And
"Penalty Schedule" Contained in Chapters 2 And 3 Of Title 34 Of
the Rules of The City Of New York-20

SPECIAL MATERIALS

CHANGES IN PERSONNEL-5, 6, 7, 8 , 11, 12, 13, 14, 15, 18, 19, 20,
21, 22, 25, 26, 27, 28, 29
CITY PLANNING- 22, 26
CITY RECORD
June Monthly Index-29
CITYWIDE ADMINISTRATIVE SERVICES-
Fuel Oil Price No. 8988-8991-1
Fuel Oil Price No. 8992-8995-8
Fuel Oil Price No. 8996-8999-15
Fuel Oil Price No. 9000-9003-22
Fuel Oil Price No. 9004-9007-29
COLLECTIVE BARGAINING-21
COMPTROLLER -1, 7-29
DESIGN AND CONSTRUCTION- 1-8
HEALTH AND MENTAL HYGIENE -8
HOUSING PRESERVATION AND DEVELOPMENT- 15-25
LANDMARKS PRESERVATION COMMISSION -20, 25
MAYOR'S OFFICE OF CONTRACT SERVICES -13
MAYOR OFFICE OF THE- 18, 22
SANITATION-1
LATE NOTICE
City Council-6, 21
Citywide Administrative Services-27
Community Boards-20
Comptroller-26, 28
Consumer and Worker Protection-5
Financial Information Services Agency-8
Health and Mental Hygiene-7, 8, 20
Housing Preservation and Development-26
Information Technology and Telecommunications-1, 28, 29
Law Department-5
Mayor's Fund to Advance New York City-26, 27
Mayor Office of The-22
Mayor's Office of Criminal Justice-29
School Construction Authority-21
Standards And Appeals-21
☞ a31

# COMPTROLLER

■ NOTICE

**NOTICE OF ADVANCE PAYMENT OF AWARDS PURSUANT TO
THE STATUTES IN SUCH** cases made and provided, notice is hereby
given that the Comptroller of the City of New York, will be ready to
pay, at 1 Centre Street, Room 629, New York, NY 10007, on 9/14/2022,
to the person or persons legally entitled an amount as certified to the
Comptroller by the Corporation Counsel on damage parcels, as follows:

| Damage Parcel No. | Block | Lot |
|---|---|---|
| 28A | 13630 | ADJACENT TO 9 |
| 66, 66A, 66B, 66C | 13604 | ADJACENT TO 30 |
| 87, 87A | 13605 | ADJACENT TO 36 |

Acquired in the proceeding entitled: ROSEDALE AVENUE AREA
STREETS-STAGE 1 subject to any liens and encumbrances of record
on such property. The amount advanced shall cease to bear interest on
the specified date above.

BRAD S. LANDER
Comptroller

a30-s13

**NOTICE OF ADVANCE PAYMENT OF AWARDS PURSUANT TO
THE STATUTES IN SUCH** cases made and provided, notice is hereby
given that the Comptroller of the City of New York, will be ready to
pay, at 1 Centre Street, Room 629, New York, NY 10007, on 9/14/2022,

to the person or persons legally entitled an amount as certified to the Comptroller by the Corporation Counsel on damage parcels, as follows:

| Damage Parcel No. | Block | Lot |
|---|---|---|
| 12, 12A | 13627 | PART OF AND ADJACENT TO 58 |
| 102A, 102B | 13605 | ADJACENT TO 10 |
| 130, 130A, 130B | 13589 | PART OF AND ADJACENT TO 42 |
| 140, 140A, 140B | 13591 | PART OF AND ADJACENT TO 29 |
| 141, 141A | 13591 | PART OF AND ADJACENT TO 27 |
| 142, 142A | 13591 | PART OF AND ADJACENT TO 25 |
| 143, 143A | 13591 | PART OF AND ADJACENT TO 23 |

Acquired in the proceeding entitled: ROSEDALE AVENUE AREA STREETS subject to any liens and encumbrances of record on such property. The amount advanced shall cease to bear interest on the specified date above.

BRAD S. LANDER
Comptroller

        a30-s13

**NOTICE OF ADVANCE PAYMENT OF AWARDS PURSUANT TO THE STATUTES IN SUCH** cases made and provided, notice is hereby given that the Comptroller of the City of New York, will be ready to pay, at 1 Centre Street, Room 629, New York, NY 10007, on 9/7/2022, to the person or persons legally entitled an amount as certified to the Comptroller by the Corporation Counsel on damage parcels, as follows:

| Damage Parcel No. | Block | Lot |
|---|---|---|
| 199A | 4069 | 76 |
| 228A & 229A | 4065 | 9 |

Acquired in the proceeding entitled: ROMA AND HETT subject to any liens and encumbrances of record on such property. The amount advanced shall cease to bear interest on the specified date above.

BRAD S. LANDER
Comptroller

        a23-s6

# ENVIRONMENTAL PROTECTION

■ NOTICE

### Federal Emergency Management Agency
### In accordance with 44 CFR §9.8 for Executive Orders 11988 & 11990 Proposed Tide Gate Installation
### Canarsie, Kings County, New York

**NOTIFICATION IS HEREBY GIVEN** to the public of the intent of the Department of Homeland Security-Federal Emergency Management Agency (DHS-FEMA), to provide Federal funding to the New York City Department of Environmental Protection (NYCDEP) (Subapplicant), for the proposed installation of a new tide gate chamber on an existing storm sewer outfall in Canarsie, Brooklyn. Funding will be provided through the Pre-Disaster Mitigation (PDM) grant program. The purpose of the PDM grant program is to implement sustainable, cost-effective measures designed to reduce the risk to individuals and property from future natural hazards while reducing reliance on federal funding from future disasters. This notification is given in accordance with Executive Order (EO) 11988 (Floodplain Management), EO 11990 (Protection of Wetlands), the Coastal Zone Management Act (CZMA), and the implementing regulations for EO 11988 & 11990 in 44 CFR Part 9.

The proposed project entails the installation of a tide gate chamber for a 9'-6"W x 5'H storm sewer outfall. This action will serve to complete a line of flood protection as originally intended through a separate project known as the Fresh Creek Coastal Protection Project by the Governor's Office of Storm Recovery (GOSR) and the Dormitory Authority of the State of New York (DASNY), which included the installation of five tide gates on existing outfalls in Canarsie; however, this project did not include an outfall adjacent to the intersection of E 108th Street and Avenue K. Therefore, the installation of a new tide gate chamber on this remaining outfall will fulfill the goal of protecting this low-lying neighborhood from backflow flooding. This action area and flood mitigation approach were included in a previous consultation to the New York State Department of State (NYSDOS) and received general concurrence with no objection to funding.

Per the applicable Preliminary Flood Insurance Rate Map (PFIRM) and the National Wetlands Inventory (NWI), the project area is in the

100-year floodplain and mapped wetlands, respectively, which means that it has the potential to affect, and be affected by, the floodplain and wetlands. Alternatives considered include: 1) taking no action or 2) the proposed alternative, which is installation of the new tide gate chamber at its current location. FEMA has determined that installation at the current location is the most practicable alternative. This alternative meets the PDM grant program goals to protect property and human lives from future natural hazards. Potential impacts to water quality or aquatic habitat will be minimized through the application of best management practices and adherence to all applicable local, state, and federal laws, regulations, and ordinances.

Comments about this project, potential alternatives, and floodplain and/or wetland impacts may be submitted in writing within 15 days of the date of this publication to: FEMA Region 2, Attn: Environmental Planning and Historic Preservation, 26 Federal Plaza, New York, NY 10278, or via email, to FEMAR2COMMENT@fema.dhs.gov. If substantive comments are received, FEMA will evaluate and address the comments as part of the environmental documentation for this project.

        a17-s7

# MAYOR'S OFFICE OF CONTRACT SERVICES

■ NOTICE

Notice of Intent to Issue New Solicitation(s) Not Included in FY 2023 Annual Contracting Plan and Schedule

**NOTICE IS HEREBY GIVEN** that the Mayor will be issuing the following solicitation(s) not included in the FY 2023 Annual Contracting Plan and Schedule that is published pursuant to New York City Charter § 312(a):

Agency: Department of Design and Construction
Description of services sought: Design Services Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative City Planner, Administrative City Planner NM, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Chemical Engineer, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Project Manager, Associate Urban Designer, Civil Engineer, Civil Engineer Intern, City Planner, Electrical Engineer, Highways and Sewers Inspector, Landscape Architect, Mechanical Engineer, Mechanical Engineering Intern, Project Manager, Project Manager Intern
Headcount of personnel in substantially similar titles within agency: 600

Agency: Department of Design and Construction
Description of services sought: Construction Management Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Electrical Engineer, Assistant Mechanical Engineer, Assistant Landscape Architect, Assistant Civil Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector, Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor
Headcount of personnel in substantially similar titles within agency: 695

Agency: Department of Design and Construction
Description of services sought: Resident Engineering Inspection Services Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM,

Case 7:21-cv-05334-NSR Document 67-1 Filed 11/30/22 Page 23 of 25

Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector, Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor
Headcount of personnel in substantially similar titles within agency: 695

Agency: Department of Design and Construction
Description of services sought: Consultant Contract Administration: research, training, data analysis, and expert testimony, including services related to damages for delay claims, Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Accountant, Administrative Accountant (NM), Administrative Architect, Administrative Architect NM, Administrative City Planner, Administrative City Planner NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Manager, Administrative Project Manager, Administrative Project Manager NM, Administrative Staff Analyst, Architect, Architectural Intern, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Investigator, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, Construction Project Manager, Electrical Engineer, Estimator (General Construction), Estimator (Mechanical), Investigator, Landscape Architect, Management Auditor, Management Auditor, Mechanical Engineer, Mechanical Engineer Intern, Project Manager, Project Manager Intern, Supervisor of Electrical Installations & Maintenance
Headcount of personnel in substantially similar titles within agency: 735

Agency: Department of Design and Construction
Description of services sought: Construction Support Services: asbestos, boring, testing, monitoring, sampling, site safety, inspections and environmental, Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Construction Project Manager, Administrative Project Manager, Asbestos Hazard Investigator, Assistant Chemical Engineer, Assistant Civil Engineer, Assistant Environmental Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Engineering Technician, Geologist, Industrial Hygienist, Project Manager
Headcount of personnel in substantially similar titles within agency: 418

Agency: Department of Design and Construction
Description of services sought: Contract Administration: fiscal audit, reconciliation of accounts, preparation of change orders, analyzing and finalizing financial transactions and contract close out, Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Accountant, Administrative Accountant (NM), Administrative Architect, Administrative Architect NM, Administrative City Planner, Administrative City Planner NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Manager, Administrative Project Manager, Administrative Project Manager NM, Administrative Staff Analyst, Architect, Architectural Intern, Assistant Architect, Assistant Landscape Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Investigator, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, Construction Project Manager, Electrical Engineer, Estimator (General Construction), Estimator (Mechanical), Investigator, Landscape Architect, Management Auditor, Mechanical Engineer, Mechanical Engineer Intern, Project Manager, Project Manager Intern, Supervisor of Electrical Installations & Maintenance
Headcount of personnel in substantially similar titles within agency: 735

Agency: Department of Design and Construction
Description of services sought: Community Outreach Consultants Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: None
Headcount of personnel in substantially similar titles within agency: 0

Agency: Department of Design and Construction
Description of services sought: Owner's Representative Requirements Contracts Queens Village Community Library Exterior and Interior Renovation
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector, Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor
Headcount of personnel in substantially similar titles within agency: 695

Agency: Department of Design and Construction
Description of services sought: Appraisal Services in Connection with the Acquisition of Certain Portion of Properties for Chester Avenue Area - Borough of Staten Island
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: Task Order
Personnel in substantially similar titles within agency: Accountant, Administrative Accountant (NM), Administrative Architect, Administrative Architect NM, Administrative City Planner, Administrative City Planner NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Manager, Administrative Project Manager, Administrative Project Manager NM, Administrative Staff Analyst, Architect, Architectural Intern, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Investigator, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, Construction Project Manager, Electrical Engineer, Estimator (General Construction), Estimator (Mechanical), Investigator, Landscape Architect, Management Auditor, Mechanical Engineer, Mechanical Engineer Intern, Project Manager, Project Manager Intern, Supervisor of Electrical Installations & Maintenance
Headcount of personnel in substantially similar titles within agency: 735

Agency: Department of Design and Construction
Description of services sought: Design Services Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative City Planner, Administrative City Planner NM, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Chemical Engineer, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, City Planner, Electrical Engineer, Highways and Sewers Inspector, Landscape Architect, Mechanical Engineer, Mechanical Engineering Intern, Project Manager, Project Manager Intern
Headcount of personnel in substantially similar titles within agency: 600

Agency: Department of Design and Construction
Description of services sought: Construction Management Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Electrical Engineer, Assistant Mechanical Engineer, Assistant Landscape Architect, Assistant Civil Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector,

Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor

Headcount of personnel in substantially similar titles within agency: 695

Agency: Department of Design and Construction
Description of services sought: Resident Engineering Inspection Services Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector, Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor
Headcount of personnel in substantially similar titles within agency: 695

Agency: Department of Design and Construction
Description of services sought: Consultant Contract Administration: research, training, data analysis, and expert testimony, including services related to damages for delay claims, Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Accountant, Administrative Accountant (NM), Administrative Architect, Administrative Architect NM, Administrative City Planner, Administrative City Planner NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Manager, Administrative Project Manager, Administrative Project Manager NM, Administrative Staff Analyst, Architect, Architectural Intern, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Investigator, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, Construction Project Manager, Electrical Engineer, Estimator (General Construction), Estimator (Mechanical), Investigator, Landscape Architect, Management Auditor, Management Auditor, Mechanical Engineer, Mechanical Engineer Intern, Project Manager, Project Manager Intern, Supervisor of Electrical Installations & Maintenance
Headcount of personnel in substantially similar titles within agency: 735

Agency: Department of Design and Construction
Description of services sought: Construction Support Services: asbestos, boring, testing, monitoring, sampling, site safety, inspections and environmental, Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Construction Project Manager, Administrative Project Manager, Asbestos Hazard Investigator, Assistant Chemical Engineer, Assistant Civil Engineer, Assistant Environmental Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Engineering Technician, Geologist, Industrial Hygienist, Project Manager
Headcount of personnel in substantially similar titles within agency: 418

Agency: Department of Design and Construction
Description of services sought: Contract Administration: fiscal audit, reconciliation of accounts, preparation of change orders, analyzing and finalizing financial transactions and contract close out, Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Accountant, Administrative Accountant (NM), Administrative Architect, Administrative Architect NM, Administrative City Planner, Administrative City Planner NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Manager, Administrative Project Manager, Administrative Project Manager NM, Administrative Staff Analyst,

Architect, Architectural Intern, Assistant Architect, Assistant Landscape Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Mechanical Engineer, Assistant Urban Designer, Associate Investigator, Associate Project Manager, Associate Urban Designer, City Planner, Civil Engineer, Civil Engineering Intern, Construction Project Manager, Electrical Engineer, Estimator (General Construction), Estimator (Mechanical), Investigator, Landscape Architect, Management Auditor, Mechanical Engineer, Mechanical Engineer Intern, Project Manager, Project Manager Intern, Supervisor of Electrical Installations & Maintenance
Headcount of personnel in substantially similar titles within agency: 735

Agency: Department of Design and Construction
Description of services sought: Community Outreach Consultants Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: None
Headcount of personnel in substantially similar titles within agency: 0

Agency: Department of Design and Construction
Description of services sought: Owner's Representative Requirements Contracts Installation of storm sewers, sanitary sewers and water mains on 224th Street and 223rd Street between 149th Street and South Conduit Avenue - South East Queens
Start date of the proposed contract: 11/1/2022
End date of the proposed contract: 6/30/2027
Method of solicitation the agency intends to utilize: RFP
Personnel in substantially similar titles within agency: Administrative Architect, Administrative Architect NM, Administrative Construction Project Manager, Administrative Engineer, Administrative Engineer NM, Administrative Landmarks Preservationist, Administrative Landscape Architect, Administrative Landscape Architect NM, Administrative Project Manager, Administrative Project Manager NM, Architect, Assistant Architect, Assistant Civil Engineer, Assistant Electrical Engineer, Assistant Landscape Architect, Assistant Mechanical Engineer, Associate Project Manager, Civil Engineer, Construction Project Manager, Electrical Engineer, Highways and Sewers Inspector, Mechanical Engineer, Project Manager, Project Manager Intern, Surveyor
Headcount of personnel in substantially similar titles within agency: 695

☛ a31

---

Notice of Intent to Issue New Solicitation Not Included in FY2023 Annual Contracting Plan and Schedule

**NOTICE IS HEREBY GIVEN** that the Mayor will be issuing the following solicitations not included in the FY 2023 Annual Contracting Plan and Schedule that is published, pursuant to New York City Charter § 312(a):

Agency: ACS
Description of Services: Consulting Services for Raise the Age 2.0
Method of Procurement: Negotiated Acquisition
Start Date: 11/1/22
End Date: 10/31/23
Personnel in Substantially Similar Titles within Agency: None
Headcount of Personnel in Substantially Similar Titles within Agency: 0

Agency: ACS
Description of Services: Consulting Services for Raise the Age 2.0
Method of Procurement: Negotiated Acquisition Extension
Start Date: 11/1/22
End Date: 10/31/23
Personnel in Substantially Similar Titles within Agency: None
Headcount of Personnel in Substantially Similar Titles within Agency: 0

☛ a31

---

# PARKS AND RECREATION

■ NOTICE

**PUBLIC NOTICE**
Notice of Availability of Environmental Assessment Report Regarding World's Fair Marina Project
Flushing Meadows Corona Park, Queens County, New York
FEMA-4085-DR-NY

Notification is hereby given to the public of the intent of the Department of Homeland Security-Federal Emergency Management Agency (DHS-FEMA), to provide Federal financial assistance to New York State Division of Homeland Security and Emergency Services (NYSDHSES), as Recipient, and New York City Department of Parks

and Recreation (NYCDPR), as Subrecipient, address damage that the Marina sustained during tidal surges and waves associated with Hurricane Sandy and thereby improve the resiliency of the marina to withstand future flooding and coastal storms. The proposed action will also improve the safety and security of the marina, including utility upgrades to bring them up to current codes, and to address ADA accessibility. On October 29, 2012, Hurricane Sandy caused storm damage to several areas of New York State. President Barack H. Obama declared the storm incident period a major disaster on October 30, 2012 (FEMA 4085-DR-NY). This declaration makes Federal Disaster Assistance available to affected communities and certain nonprofit organizations in accordance with the Robert T. Stafford Disaster Relief and Emergency Assistance Act of 1974 (Stafford Act; 42 U.S.C. 5172), as amended.

The proposed action will remove and relocate the park's eastern-most Pier 1 and associated floating docks to a new location, approximately 1,000 feet to the west. The new location will align to the existing boat launch and landward parking area and be closer to Marina concessions. Some materials will be re-used including the western-most floating docks and the pump-out and refueling dock. New pier supports will be concrete pilings with a cast-concrete deck to provide increased strength. New timber decking will maintain the appearance of the existing pier and docks. In a similar layout as the current but with slightly less mooring capacity, floating docks will attach to the pier along with new flotation devices. Commercial docks for ferry service and recreational boat tours will be accessed by aluminum gangways similar to those in use before the storm. A floating dock will also be dedicated for the use of human-powered vessels (i.e. kayaks, SUPs, etc.) A timber wave attenuation screen extending into Flushing Bay will provide for a calmer docking environment and protect the pier and floating docks against future storm events.

In accordance with the National Environmental Policy Act (NEPA), an Environmental Assessment (EA) has been prepared to assess the potential impacts of the proposed action on the human environment. DHS-FEMA's requirement of addressing floodplain management and wetlands protection in accordance with 44 CFR Part 9 is incorporated within the EA. The EA is available for public comment, and comments can be sent via email, to FEMAR2COMMENT@fema.dhs.gov. The EA will be available for download from the website, https://www.nycgovparks.org/facilities/marinas/13 and can be viewed in hard copy at NYC Parks, The Arsenal, Central Park, 830 Fifth Avenue, Room 401, New York, NY 10065. The EA is also available on FEMA's website, https://www.fema.gov/emergency-managers/practitioners/environmental-historic/nepa-repository.

The comment period will end 30 days after the date of this legal notice publication in the *Queens Chronicle* newspaper. Written comments on the EA can be mailed or emailed to the contact below. If no substantive comments are received, the EA will become final and a Finding of No Significant Impact will be signed. Substantive comments will be addressed as appropriate in the final documents. Contact:  Federal Emergency Management Agency, Region II, Environmental Planning and Historic Preservation, 26 Federal Plaza, Suite 1802, New York, NY 10278, or via email, at FEMAR2COMMENT@fema.dhs.gov.

a10-s21

## CHANGES IN PERSONNEL

### POLICE DEPARTMENT
#### FOR PERIOD ENDING 07/08/22

| NAME | | TITLE NUM | SALARY | ACTION | PROV | EFF DATE | AGENCY |
|---|---|---|---|---|---|---|---|
| KHAN | ASRAF | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| KHAN | MOHAMMED | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| KHANOM | KHADIZA | 71651 | $42947.0000 | RESIGNED | NO | 06/15/22 | 056 |
| KIM | SONG S | 70210 | $85292.0000 | RETIRED | NO | 05/01/21 | 056 |
| KIRKLAND | LATARCHA | 71651 | $40513.0000 | DISMISSED | NO | 10/20/21 | 056 |
| KITTERLE | SHAWN D | 70235 | $96017.0000 | PROMOTED | NO | 06/27/22 | 056 |
| KITTLES | MONREKE K | 60817 | $37136.0000 | RESIGNED | NO | 06/22/22 | 056 |
| KRAWITZ | JASON W | 30087 | $99014.0000 | INCREASE | YES | 06/26/22 | 056 |
| KUCEBAK | KEITH W | 70210 | $85292.0000 | RETIRED | NO | 07/01/22 | 056 |
| KULLER | ERIN K | 21744 | $102342.0000 | RESIGNED | YES | 05/28/22 | 056 |
| KUNDU | ANUP K | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LADSON | DAVID P | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LANGDON | AREA T | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LATIMER | PETERA | 10144 | $44777.0000 | RESIGNED | NO | 07/01/22 | 056 |
| LATTANZIO | MARYANN L | 60817 | $34834.0000 | RESIGNED | NO | 05/02/22 | 056 |

### POLICE DEPARTMENT
#### FOR PERIOD ENDING 07/08/22

| NAME | | TITLE NUM | SALARY | ACTION | PROV | EFF DATE | AGENCY |
|---|---|---|---|---|---|---|---|
| LAWRENCE | DEREK | 90702 | $290.0000 | DECREASE | YES | 06/26/22 | 056 |
| LAWRENCE | RICARDO A | 70235 | $96017.0000 | PROMOTED | NO | 06/27/22 | 056 |
| LEAMON | PAMELA J | 10147 | $57093.0000 | RETIRED | NO | 07/02/22 | 056 |
| LEBRIN | STEVE S | 70210 | $42500.0000 | RESIGNED | NO | 05/05/22 | 056 |
| LECTOR | PETERSON | 60817 | $35985.0000 | RESIGNED | NO | 06/14/22 | 056 |
| LEE | SKYE H | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LEWARS | ELEX V | 91212 | $49970.0000 | RETIRED | NO | 07/01/22 | 056 |
| LEWIN | SHEMICKA D | 60817 | $50207.0000 | RESIGNED | NO | 06/08/22 | 056 |
| LEWIS | CAMELA R | 71012 | $45228.0000 | INCREASE | NO | 05/25/22 | 056 |
| LEWIS | ETHAN | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LEWIS | LESLIE R | 71652 | $58347.0000 | INCREASE | NO | 06/26/22 | 056 |
| LI | ALEX L | 70210 | $63125.0000 | RESIGNED | NO | 05/08/22 | 056 |
| LIAQAT | ARIFA | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LOGATTO | ANDREW M | 70235 | $105606.0000 | PROMOTED | NO | 06/27/22 | 056 |
| LOONIE | DANIEL P | 70235 | $105606.0000 | PROMOTED | NO | 06/27/22 | 056 |
| LOPEZ | ARACELY Y | 71651 | $41493.0000 | APPOINTED | NO | 06/22/22 | 056 |
| LOPEZ | JAISON M | 70235 | $96017.0000 | PROMOTED | NO | 06/27/22 | 056 |
| LOPEZ | KLEVER A | 70210 | $46000.0000 | RESIGNED | NO | 07/01/22 | 056 |
| LOW | WINNIE | 10147 | $50518.0000 | PROMOTED | NO | 06/26/22 | 056 |

## LATE NOTICE

## CONTRACT AWARD HEARINGS

**NOTE: LOCATION(S) ARE ACCESSIBLE TO INDIVIDUALS USING WHEELCHAIRS OR OTHER MOBILITY DEVICES. FOR FURTHER INFORMATION ON ACCESSIBILITY OR TO MAKE A REQUEST FOR ACCOMMODATIONS, SUCH AS SIGN LANGUAGE INTERPRETATION SERVICES, PLEASE CONTACT THE MAYOR'S OFFICE OF CONTRACT SERVICES (MOCS) VIA E-MAIL AT DISABILITYAFFAIRS@MOCS.NYC.GOV OR VIA PHONE AT (212) 298-0734. ANY PERSON REQUIRING REASONABLE ACCOMMODATION FOR THE PUBLIC HEARING SHOULD CONTACT MOCS AT LEAST THREE (3) BUSINESS DAYS IN ADVANCE OF THE HEARING TO ENSURE AVAILABILITY.**

## HOUSING PRESERVATION AND DEVELOPMENT

■ **PUBLIC HEARINGS**

**NOTICE IS HEREBY GIVEN** that a Contract Public Hearing will be held on Thursday, September 8, 2022, at 10:00 AM. The Public Hearing will be held via Conference Call. Call-in #: 1-646-992-2010, ACCESS CODE: 715 951 139.

**IN THE MATTER OF** a Purchase Order/Contract between New York City Department of Housing Preservation and Development and Innovee Consulting LLC, 1345 Avenue of the Americas, 2nd Floor, New York, NY 10105, for HQS Inspection Processing and Payments maintenance/support. The Purchase Order/Contract amount shall be $250,000.00. The contract term shall be from October 11, 2022 to November 10, 2023. CB 1, Manhattan.  E-PIN #: 80623W0004001.

The Vendor has been selected by M/WBE Noncompetitive Small Purchase Method, pursuant to Section 3-08 (c)(1)(iv) of the Procurement Policy Board Rules.

A draft copy of the proposed contract is available for public inspection at the Department of Housing Preservation and Development, 100 Gold Street, 8th Floor, Room 8B-06, New York, NY 10038, on business days, from August 31, 2022 to September 8, 2022, excluding Holidays, from 10:00 AM to 4:00 PM. Contact Mr. Gaurav Channan, Deputy ACCO, Room 8B-06 at (212) 863-6140.

In order to access the Public Hearing and testify, please call 1-646-992-2010, ACCESS CODE: 715 951 139 no later than 9:55 AM. If you need further accommodations, please let us know at least five business days in advance of the Public Hearing via e-mail at DisabilityAffairs@mocs.nyc.gov or via phone at 1-212-298-0734.

☛ a31