# EXHIBIT

# 3

1750.

## CHAPTER CCCLXXXVIII.

*An* ACT *for the more effectual preventing accidents which may happen by fire, and for suppressing idleness, drunkenness ,and other debaucheries.* (*r*)

TO the end the provisions already made by our laws, for preventing accidents which may happen by fire in the city of Philadelphia, and several other boroughs and towns, within this province, may be made more generally useful, and to prevent, as much as in us lies, the growing sins of idleness, drunkenness, and other debauch-eries, too frequent among us, *Be it enacted,* That if any person or persons whatsoever, within any county town, or within any other town or borough, in this province, already built and settled, or hereafter to be built and settled, not hitherto restricted nor provided for by our laws, shall set on fire their chimnies to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, or shall fire any gun or other fire-arm, or shall make, or cause to be made, or sell or utter, or offer to expose to sale, any squibs, rockets or other fire-works, or shall cast, throw or fire any squibs, rockets or other fire-works, within any of the said towns or boroughs, without the Governor's special licence for the same, every such person or persons, so offending, shall be subject to the like penalties and forfeitures, and to be recovered in like manner, as in and by an act, passed in the eighth year of the reign of King George the first, entitled, *An act for preventing accidents that may happen by fire,* are directed to be levied and recovered. (*s*)

Former laws against firing chimnies, guns, fire-works, &c. extended.

Passed 9th February, 1750-1.—Recorded A. vol. III. page 240.

(*r*) For a general reference to the acts for preventing accidents by fire, see ante. chap. 245. (*Note to former edition.*)

(*s*) This section as far as it relates to firing chimnies, is repealed and supplied, chap. 1307.

The remaining sections of this act, prohibiting horse-races, shooting matches, &c. have been superseded and supplied by the act for the suppression of vice and immorality, chap. 1747. (*Note to former edition.*)

## CHAPTER CCCXC.

*An* ACT *to encourage the establishing of an Hospital, for the relief of the sick poor of this province, and for the reception and cure of lunaticks.*

WHEREAS the saving and restoring useful and laborious members to a community is a work of public service, and the relief of the sick poor is not only an act of humanity, but a religious duty : And whereas there are frequently in many parts of this province poor distempered persons, who languish long in pain and misery, under various disorders of body and mind, and being scatter-

# ACTS

PASSED

## AT THE FIRST SESSION

OF THE

## FOURTEENTH GENERAL ASSEMBLY

OF THE

## STATE OF TENNESSEE.

—◦◦◦—

KNOXVILLE, TENNESSEE,
PRINTED BY
HEISKELL & BROWN,
PUBLIC PRINTERS TO THE STATE.

1821.

Digitized from Best Copy Available

78

in possession of the tract of school land or any part thereof for which they were appointed commissioners and shall also have power to bring and prosecute suits against all and every person who may commit a trespass or trespasses on any such tract of school land, and shall have power to do all other acts and things necessary to be done, to carry the provisions of this or any former act into full force and effect ; and the original surveys made therefor, shall be considered as vesting the legal title in the same manner as though grants had issued thereon.

Repeal of certain sections.   Sec. 12. *Be it enacted,* That the 9th and 10th sections of an act passed at Knoxville, the 24th November, 1817, entitled, " And act to provide for leasing school lands, and for other purposes," and the second and third sections of an act passed at Murfreesborough, July 28, 1820, entitled, " An act to amend an act passed at Knoxville, 24th November, 1817, entitled, " An act —— to provide for leasing school lands and for other purposes," shall remain in full force and effect, and all other acts and parts of acts within the meaning and purview of this act are hereby repealed.

Sec. 13. *Be it enacted,* That all suits, either in law or equity, which may have been commenced by the chairman of the board of commissioners of school land for any county, shall continue and be prosecuted in the same way as though this act had not passed.

Sec. 14. *Be it enacted,* That the commissioners heretofore appointed for the county of Bedford shall have and exercise the powers hereby given to each and every board of commissioners hereby authorised to be created.

JNO. H. CAMP,
Speaker of the House of Representatives, *pro tem,*
S. BREWER,
Speaker of the Senate,

November 16, 1821.

## CHAPTER LXLIII,

*An Act to prohibit the improper practice of shooting at marks within the limits of the towns of this state, or within two hundred yards of any public* [road] *of the first or second class.*

Penalty for shooting within the bounds of any town or within 200   Sec. 1. *Be it enacted by the General Assembly of the State of Tennessee,* That any person or persons who shall after the first day of January next, shoot at a mark within the bounds of any town, or within two

Digitized from Best Copy Available

hundred yards of any public road of the first or second class within this state, such person or persons so offending shall be subject to a fine of ten dollars each, to be recovered before any justice of the peace within the county where such offence may be committed, for the benefit of the informer.

Sec. 2. *Be it enacted,* That if such offence shall be committed in the presence of a justice of the peace, it is hereby made the duty of such justice of the peace to give information against such offender or offenders, in which case the forfeiture shall be applied to county purposes.

JNO. H. CAMP,
Speaker of the House of Representatives, *pro tem.*
S. BREWER,
Speaker of the Senate.

November 16, 1821.

## CHAPTER LXIX.

*An Act prescribing the manner of listing of lands for payment of taxes in certain districts, and for other purposes.*

Sec. 1. *Be it enacted by the General Assembly of the State of Tennessee,* That it shall be the duty of each principal surveyor south and west of the congressional reservation line, and of the Surveyor General of the district of Hiwassee, and south of French Broad and Holston, on or before the first day of April next, to make out and transmit to the clerk of each county within his district, a list or abstract of all the claims to lands that may come to his knowledge, and which may lie within the counties of said clerks respectively, and of the county or counties attached thereto, and not organized by any act passed at this present General Assembly, stating distinctly in said list, the names of the owners, and whether it be held by grant or entry, and in columns opposite the names of the owners, the number of the entry, (or grant as the case may be, if within his knowledge,) also in separate columns for that purpose the number of the range and section, and quantity of acres, contained in each claim in form following :

| Owners' Names. | Description of Title. | No. of entry or grant. | No. of range. | No. of section | Quantity of Acres. |
|---|---|---|---|---|---|
| | | | | | |

And it shall be the duty of said Surveyors in the month of January in every year after the period aforesaid, in like manner to transmit to said clerks a list

Digitized from Best Copy Available

# ACTS

OF THE

# GENERAL ASSEMBLY

OF

# VIRGINIA,

PASSED AT THE SESSION COMMENCING DECEMBER 7, 1846, AND
ENDING MARCH 23, 1847,

IN THE

SEVENTY-FIRST YEAR OF THE COMMONWEALTH.

RICHMOND:
SAMUEL SHEPHERD—PRINTER TO COMMONWEALTH.
1847.

CHAP. 78.—An ACT authorizing the taking of the depositions of distant
witnesses.

[Passed March 22, 1817.]

1. *Be it enacted by the general assembly,* That in any suit at law <span>Commission to take depositions of distant witnesses, how awarded.</span>
upon affidavit setting forth that a witness resides more than one hun-
dred miles from the place of holding the court in which the suit is
pending, setting forth also the facts which it is expected the witness
will prove, and the reasons on which such expectation is founded,
said court in term, or the clerk in vacation, on the motion of the
party filing such affidavit, may award a commission to take the depo-
sition of said witness; and the deposition taken in pursuance thereof, <span>Notice to adverse party.</span>
upon reasonable notice, with a copy of the said affidavit to the ad-
verse party, shall be read as evidence on the trial of the cause: *Pro-* <span>Exceptions to depositions.</span>
*vided,* That besides other proper exceptions to the deposition, it shall
be lawful for the adverse party to file in writing an exception to the
credibility of the witness, or of the testimony to which he has de-
posed, which exception shall be acted on and determined by the court,
before the jury is sworn, and an order sustaining it shall have the
effect to make void the commission for taking said witness's deposi-
tion, and to prevent the issuing of any other commission for the
same purpose: *And provided,* That for good cause shewn, the court <span>When witness required to attend.</span>
may require the personal attendance of the witness.

2. This act shall be in force from the passing thereof. <span>Commencement.</span>

CHAP. 79.—An ACT providing for the punishment of certain offences within
the cities, towns and boroughs of this commonwealth.

[Passed January 30, 1817.]

1. *Be it enacted by the general assembly,* That if any person shall <span>Unlawful shooting in public street, &c., a misdemeanor.</span>
unlawfully shoot at another in any public square, street, lane or alley,
or other place of public resort in any city, town or borough within
this commonwealth, with intent in so doing to maim, disfigure, disa-
ble or kill such person, or to do him some other bodily harm, or with
intent to resist or prevent the lawful apprehension or detention of the
party so offending, or of any other persons, every such offender, his
aiders and abettors, shall be guilty of a high misdemeanor, and shall
on conviction, be punished by imprisonment in the common jail for <span>Punishment.</span>
a period not less than six months nor more than three years; and <span>Penalty.</span>
shall moreover be fined in a sum not less than one hundred dollars,
nor more than one thousand dollars, to be ascertained by the verdict
of a jury.

2. This act shall be in force from the passing thereof. <span>Commencement.</span>

CHAP. 80.—An ACT to provide for the apprehension of prisoners escaping
from the penitentiary, and the better security of felons therein.

[Passed March 22, 1817.]

Whereas there is no authority vested in any person to offer a com- <span>Preamble.</span>
petent reward for the apprehension of felons escaping from the peni-
tentiary in time to make such reward available: For remedy whereof,

1. *Be it enacted by the general assembly,* That it shall be lawful <span>Rewards for prisoners escaping from penitentiary.</span>
for the superintendent, as soon as practicable after the escape of any
prisoner or prisoners from the penitentiary, or elsewhere from his
custody, shall come to his knowledge, to offer a competent reward
for the apprehension and redelivery of such prisoner or prisoners, not
exceeding for any one prisoner the sum of five hundred dollars; one <span>How to be paid.</span>
half of which reward to be paid out of the funds of the institution,
and the other half to be paid by the said superintendent, his seven
assistant keepers and the guards for the interior of the penitentiary,

# ACTS,

## RESOLUTIONS AND MEMORIALS

ADOPTED BY THE

## FOURTH LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF ARIZONA.

SESSION BEGUN ON THE FOURTH DAY OF SEPTEMBER, AND ENDED
ON THE SEVENTH DAY OF OCTOBER, A. D. 1867,
AT PRESCOTT.

PRESCOTT:
OFFICE OF THE ARIZONA MINER,
OFFICIAL PAPER OF THE TERRITORY.
1868.

have failed or refused to join in said work; all of which shall be sustained by the oath or affirmation of one or more of the parties applying; and upon such application being made the clerk of the said court shall post a notice at the office of the County Recorder and in two other conspicuous places within the district, stating the application and notifying the parties interested that unless they appear within sixty days and show good cause why the prayer of the petitioner should not be granted, that the same will be granted if good cause can be shown.

SEC. 4. At the expiration of said sixty days, if the party or parties notified do not appear and show good cause why the prayer of the petitioner should not be granted, the court shall appoint two commissioners to go upon the ground and segregate the claims of the parties refusing to join; and in case they do not agree, they to choose a third party; and said commissioners shall make a report in writing to said court, who shall issue a decree in conformity with said report, which shall be final except appeal be taken to the Supreme Court within thirty days after issuance thereof.

SEC. 5. The provisions of this act shall not apply to the county of Yavapai.

SEC. 6. All acts and part of acts in conflict with the provisions of this act are hereby repealed.

SEC. 7. This act to take effect and be in force from and after its passage.

APPROVED September 30, 1867.

---

## AN ACT

*To prevent the improper use of Deadly Weapons and the Indiscriminate use of Fire Arms in the Towns and Villages of the Territory.*

Be it enacted by the Legislative Assembly of the Territory of Arizona:

SECTION 1. That any person in this Territory, having, carrying or procuring from another person, any dirk, dirk knife, bowie knife, pistol, gun, or other deadly weapon, who shall in the presence of two or more persons, draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self defence, or who shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending upon conviction thereof in any criminal court

22          LAWS OF ARIZONA.

in any county of this Territory, shall be fined in any sum not less than one hundred nor more than five hundred dollars or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court; or both such fine and imprisonment, together with the cost of prosecution.

SEC. 2. That any person or persons having or carrying any pistol or gun who shall in the public streets or highways discharge the same indiscriminately, thereby disturbing the peace and quiet, and endangering the lives of the inhabitants of any town or neighborhood in this Territory, such person or persons upon conviction thereof before any Justice of the Peace in the county where such offence may be committed shall be fined in any sum not less than ten nor more than fifty dollars and imprisonment in the county jail not less than two nor more than ten days, in the discretion of the Justice of the Peace, together with the cost of prosecution.

SEC. 3. It shall be the duty of all sheriffs, deputy sheriffs, constables, and all peace officers and private citizens to see that the provisions of section second of this act are enforced, by informing on all persons violating its provisions, by having them arrested and brought before the proper officer for trial and punishment.

SEC. 4. It is hereby made the duty of all civil and peace officers in this Territory to be diligent in carrying into effect the provisions of section one of this act, as well also as all grand juries, or grand jurors, to enquire into and make presentment of each and every offence against the provisions of said section one of this act which shall come within their knowledge. And it is also made the duty of all judges in this Territory to give said section one in charge of the grand juries at each term of their respective courts.

SEC. 5. This act shall take effect and be in force from and after its passage.

APPROVED September 30, 1867.

---

AN ACT

*Amendatory of an act entitled "An Act authorizing the Board of Supervisors of Yavapai County to levy a Special Tax for the purpose of raising funds to purchase the necessary Grounds and to erect thereon a Jail," approved November 6th, 1866.*

Be it enacted by the Legislative Assembly of the Territory of Arizona:

SECTION 1. Said act is hereby amended so as to read as follows:

# SPECIAL LAWS

### OF THE

## TWELFTH LEGISLATURE

### OF THE

# STATE OF TEXAS.

## FIRST SESSION—1871.

### BY AUTHORITY



AUSTIN:
PRINTED BY J. G. TRACY, STATE PRINTER.
1871.

services rendered by him he shall receive such fees as are allowed justices of the peace for similar services, and he shall have jurisdiction to try and determine all infractions or violations of the laws of the corporation, under such rules as may be prescribed by the council. He shall have power to issue such warrants and process as may be necessary to enforce his jurisdiction.

Sec. 9. The Governor shall appoint a mayor, aldermen, and marshal, of said corporation, who shall hold their offices respectively, until the next general election, or until otherwise provided by law; and it shall be the duty of the mayor and marshal to cause an election to be held annually thereafter, at least ten days before the expiration of their term of office, for the election of all officers herein provided for; and should said mayor and marshal fail or refuse to order any such election, then any five citizens of said corporation may order and hold said election after giving five days notice.   All persons who reside within the corporate limits, and are entitled under the Constitution and laws of this State to vote, shall, under this charter, be entitled to vote at any election herein provided for, and the mayor shall have power to order elections to fill all vacancies that may occur by reason of death, resignation, and otherwise.

Sec. 10. That this act shall take effect and be in force from and after its passage.

Approved March 8, 1871.

---

## CHAPTER VI.

#### AN ACT TO INCORPORATE THE TOWN OF MILLICAN, COUNTY OF BRAZOS.

*Be it enacted by the Legislature of the State of Texas*, as follows :

ARTICLE 1.   That all that part of the county of Brazos, to-wit : Having for a centre point the store house of R. J. Shelton, and extending from there north, one mile; south, one mile; west, one mile; east, one mile; shall constitute the town of Millican.

ART. 2.   That the inhabitants of the town of Millican, as the same extends and is laid out as above, and their successors be and are hereby constituted a corporation and body politic in fact and in law, by the name and style of the "Town of Millican," and by that name shall have perpetual succession, shall sue and be sued, im-

12          SPECIAL LAWS.

plead and be impleaded, defend and be defended, in all courts of law
and equity, and in all actions whatsoever.

ART. 3.   That there shall be a town council, to consist of a
Mayor and Board of Aldermen ; that the Board of Aldermen shall
consist of five members, to be chosen for two years, by the qualified
voters ; and no person shall be an alderman, unless he be a citizen
of the State of Texas, and a bona fide resident of the town, and
shall have resided within the town limits for six months preceding
his election.   That if any alderman shall, after his election, remove
from the town, his office shall thereby be vacated.   The town coun-
cil shall judge of the election returns and the qualification of its mem-
bers, and shall determine contested elections.   The majority of the
town council shall constitute a quorum to do business ; but a smaller
number may adjourn from day to day, and may compel the attend-
ance of absent members, in such manner and under such penalties as
they may prescribe.   The town council may determine the rules of
its proceedings, punish its members for disorderly conduct, and, with
the concurrence of three members, may expel a member.   All elec-
tions of officers shall be governed by the general law of the State
concerning elections, and no property qualification for voters shall
ever be required.

### SESSIONS OF THE TOWN COUNCIL.

ART. 4.   That all ordinances of the town council shall be read
on three different days ; and a majority of the votes of the town
council shall be necessary to pass all ordinances ; and on the passage
of all ordinances, the "yeas" and "nays" shall be recorded.

### GENERAL POWERS OF THE MAYOR AND TOWN COUNCIL.

ART. 5.   That the mayor and town council shall have power
within the town, by ordinance :   First—To make regulations for
preventing the introduction of contagious diseases into the town.
Second—To establish a hospital, and make regulations for the gov-
ernment thereof.   Third—To make regulations to secure the general
health of the inhabitants, and prevent and remove nuisances.
Fourth—To erect a market house, and market place, and to pro-
vide for the government thereof.   Fifth—To license, tax and regulate
billiard tables, tippling houses, and dram shops, and to suppress
gaming and gambling houses, and other disorderly houses.
Sixth—To provide for the prevention and extinguishment of fires,
and organizing and establishing fire companies, and to regulate and
restrain the carrying on of manufactories dangerous in causing or

producing fires. Seventh—To establish standard weights and measures and to regulate the weights and measures to be used in the town, in all cases not otherwise provided by law. Eighth—To fix the compensation of the town officers, not otherwise provided for, and to regulate the fees of all jurors, witnesses, and others, for services rendered under this act, or an ordinance. Ninth—To regulate the police of the town, to impose fines, forfeitures and penalties, to provide for the recovery and appropriation of such fines and forfeitures, and the enforcement of such penalties ; *provided,* no fine shall exceed one hundred dollars, nor shall any term of imprisonment exceed fifteen days for any one offense. Tenth—To prevent the assemblage of idle persons at or near store house doors, whereby the trade of such store is interrupted, and also to prevent or restrain any riot, disturbance or disorderly assemblage in any street, house, or place in the town. Eleventh—To prevent and remove all encroachments upon all streets, lanes, avenues and alleys established by law, or ordinance. Twelfth—To exercise complete and perfect control over the common, and all property belonging to the town, real or personal, whether lying within or beyond the limits of the corporation created by this act, and the same to lease, sell, transfer and dispose of, either absolutely or within limitation, to any person or persons whomsoever, and generally to make such rules, regulations, by-laws, and ordinances for the purpose of maintaining the peace, good order and government of the "town of Millican," and the trade, commerce, and manufactures thereof, as the council may deem expedient, and as may not be repugnant to the laws and Constitution of the State ; and to enforce the observance of said rules, regulations, by-laws, and ordinances, by inflicting penalties for the violation thereof, not exceeding one hundred dollars for any one offense, recoverable with costs in any action of debt, by and in the name of the "town of Millican," for the use of the town, before any court having cognizance of the same.

ART. 6. That the mayor shall be the chief executive officer of the town, and shall be elected by the qualified voters thereof, and shall hold his office for the term of two years. His salary shall be fixed by the aldermen of the town, but shall not, in any event, exceed the sum of five hundred dollars per annum and fees of office.

ART. 7. That there shall be a town marshal, whose duties shall be the same as those of other peace officers, and such other duties as may be prescribed by ordinances. The marshal shall be elected by the qualified voters of the town for the term of two years, and shall receive such salary, besides his fees in office, as the mayor and board of aldermen may, by by-law, determine.

ART. 8. That the mayor and the other officers of the corpora-

**14**                    SPECIAL  LAWS.

tion shall reside within the limits of the town during their continu-
ance in office; and if the mayor shall cease to reside within the
limits of the town, his office shall thereby be vacated.  The mayor
shall have the same jurisdiction as justices of the peace, within the
limits of the town, in all State cases; he shall have jurisdiction
over all cases arising under any ordinance of the town, subject to
an appeal or writ of *certiorari*, in all cases, to the district court;
and every such appeal shall be taken and granted in the same
manner as appeals or writs of *certiorari* are taken and granted
from the justice's court to the district court, under the general laws
of the State.  He shall charge in all cases the same fees as are
now allowed to justices of the peace for the same kind of services,
which fees shall be charged and collected as other costs; and he
shall act as president of the board of aldermen.

ART. 9.   The mayor shall be authorized to procure a seal for
the use of his office, on which shall be engraved "Town of Milli-
can, Mayor's Office."

ART. 10.   That from and after the passage of this act it shall be
unlawful to fire any pistol, rifle, shot gun, or other kind of firearms,
within the limits of the town of Millican, and any person violating
this act shall be fined not less than five nor more than twenty-five
dollars, to be collected by the mayor of the town; but this act shall
not prevent any gunsmith within the limits of the town from dis-
charging on the premises thereof firearms made or repaired in his
shop, for the purpose of training such firearms; *provided*, that
none but gunsmiths shall have the privilege of being authorized to
discharge firearms, and for that purpose each gunsmith shall build a
rock wall, in front of which he shall cause a target to be placed.
The mayor shall issue a permit to any gunsmith applying for the
same for the period of one year, which permit may be renewed after
its expiration.

ART. 11.   That it shall not be lawful for any person to establish
a slaughter house within the corporate limits of the town without
the permission of the town council, nor shall it be lawful for any
person to slaughter any butcher's meat of any kind within said cor-
porate limits, except for the use of the person so slaughtering.  Any
person or persons so offending shall be deemed guilty of a misde-
meanor, and, on conviction thereof, shall be fined not less than ten
dollars for each offense.

ART. 12.   That this act shall take effect from and after its pas-
sage, and shall be subject to the provisions of an act entitled "An
act to authorize the Governor to appoint certain officers to fill vacan-
cies," approved June 28, 1870.

Approved March 13, 1871.

# PUBLIC LAWS AND RESOLUTIONS

OF THE

# STATE OF NORTH CAROLINA

PASSED BY THE

# GENERAL ASSEMBLY

AT ITS

## SESSION OF 1899,

BEGUN AND HELD IN THE CITY OF RALEIGH

ON

## WEDNESDAY, THE FOURTH DAY OF JANUARY, A. D. 1899.

### PUBLISHED BY AUTHORITY.

RALEIGH, N C
Edwards & Broughton and E M Uzzell, State Printers and Binders.
1899

250                     1899—CHAPTER 119—120—121.

and construed to relate to and include the town of Wadesboro and any other incorporated town in said township, as well as the portion of said township outside the corporate limits of said towns in the matter and question of voting for and issuing bonds and of voting for and levying taxes for the purposes defined in said act.

**Subjects of taxation shall be included within meaning of act.**  SEC. 2. That in any tax levy in any other township in Anson county, made in pursuance of said act, any incorporated town therein and the subjects of taxation in any such town shall be included within the meaning and intent of said act.

SEC. 3. That this act shall be in force from and after its ratification.

Ratified the 10th day of February, A. D. 1899.

---

## CHAPTER 120.

### An act to prohibit shooting guns or pistols in the towns of Sparta, Alleghany county, and Jefferson, Ashe county.

*The General Assembly of North Carolina do enact:*

**Shooting guns in Sparta and Jefferson unlawful.**  SECTION 1. That it shall be unlawful for any person wantonly or in sport to shoot or discharge any gun or pistol in or within one hundred yards of any street in or any public road leading out of the towns of Sparta in Alleghany county and Jefferson in Ashe county for a distance of one-fourth mile from the court-houses in said towns.

**Misdemeanor. Penalty.**  SEC. 2. That any person violating section one of this act shall be guilty of a misdemeanor, and upon conviction shall be fined not to exceed fifty dollars or imprisoned not to exceed thirty days.

SEC. 3. That this act shall be in full force from and after April first, eighteen hundred and ninety-nine.

Ratified the 10th day of February, A. D. 1899.

---

## CHAPTER 121.

### An act to amend section one of chapter eighty-one, of public laws of eighteen hundred and ninety-seven.

*The General Assembly of North Carolina do enact:*

**Section 1, chapter 81, public laws of 1897, relating to killing of deer in Hyde county, amended.**  SECTION 1. That section one of said act be amended by placing after the word "do" in said section the following: "*Provided*, that all that portion of Hyde county between Alligator and Long Shoal rivers and bounding Mattamuskeet lake on the north, east and northeast be and the same is excluded from the application of this act."

SEC. 2. This act shall be in force from and after its ratification.

Ratified the 10th day of February, A. D. 1899.