# EXHIBIT

# 4

# CHAPTER XIV.

*An* ACT *for erecting the town of Carlisle, in the county of*    1782.
*Cumberland, into a borough; for regulating the buildings, pre-*
*venting nuisances and encroachments on the commons, squares,*
*streets, lanes and alleys of the same, and for other purposes*
*therein mentioned.*

SECT. I. WHEREAS the inhabitants of the town of Car-
lisle have represented, by their petition to
the Assembly, that the said town has greatly improved, and is
yearly encreasing in buildings and number of inhabitants; that
a good court-house and gaol, and three churches or houses for
public worship are erected, and that the courts of justice for the
county are held there; that encroachments and nuisances have
been committed in the public squares, streets, lanes, alleys and
commons of said town; that contentions happen relative to
partition walls and fences, and a variety of other matter, to the
great annoyance and inconvenience of the inhabitants.

SECT. II. And whereas it is necessary, as well for the bene-
fit of the inhabitants of the said town, as those who trade and
resort there, and for the advantage of the public in general,
that the encroachments, nuisances, contentions, annoyances
and inconveniences, in the said town, and commons thereto
belonging, should for the future be prevented:

SECT. III. *Be it enacted, and it is hereby enacted by the Repre-*
*sentatives of the Freemen of the commonwealth of Pennsylvania, in*
*General Assembly met, and by the authority of the same,* That the   Incorporating
said town of Carlisle and commons shall be, and the same is   clause.
hereby, erected into a borough, which shall be called " The
" Borough of Carlisle," for ever; the extent of which borough
is and shall be comprised within the following boundaries, viz.   Boundaries.
beginning at a walnut corner tree of land, now of Thomas
Wilson's heirs, being a post at the corner of the widow M'Do-
nald's out-lots; thence by the said land of Thomas Wilson's
heirs, adjoining the out-lots, south twenty-four degrees and
one quarter east, two hundred and thirty-three perches, to a
post on Letort's Spring; thence down the said spring, the dif-
ferent courses thereof, fifty-nine perches, to a white oak, at
the corner of Jonathan Holme's land; thence by the same and
adjoining out-lots, south twenty-six degrees east, one hundred
and twenty perches, to a post; thence by the same, south sixty-
one degrees east, one hundred and twenty-one perches, to a
hickory; thence by the same, south forty-one degrees east, one
hundred perches, to a white oak stump; thence by number one
of the small tracts of land sold by the late proprietaries to the
inhabitants of the town of Carlisle, now in the possession or
occupancy of James Davis, south forty-nine degrees west, nine-

[ 4 ]

the fpace of three days next after notice to him, her or them, for that purpofe given, by order of the Burgeffes of the faid borough, or by the faid regulators, or any two of them, then, and in that cafe, the regulators aforefaid, or any of them, fhall and may remove the fame, or caufe the fame to be removed ; and the cofts and expences attending fuch removal fhall be paid by the party or parties fo offending.

1782.

Sect. XL. *And be it further enacted by the authority aforefaid,* That the owner or owners of every houfe, within the faid borough, having, at the publication hereof, any porch, cellar-door or ftep, extending into any ftreet beyond the limits aforefaid, or having fixed or faftened to fuch houfe any bulk, jut-window, or other incumbrance whatfoever, fhall, yearly and every year, pay to the fupervifors of the faid ftreets, lanes, alleys and highways, to be applied towards repairing and amending the fame, fuch fum or fums of money as the faid Burgeffes and Affiftants fhall affefs, until fuch porch, cellar-door or ftep, to him, her or them, refpectively, belonging, fhall be reduced to the limits aforefaid, or fuch bulk, jut-window, or other incumbrance, fhall be removed and taken away; and every owner or owners of any houfe or houfes, whereunto any fpouts or gutters fhall, at the time of the publication hereof, be fo fixed or placed, that the waters thereby difcharged may incommode perfons paffing in the ftreets, lanes or alleys, fhall, and they are hereby enjoined and required, forthwith to remove, or effectually to alter or amend the fame.

*Owners of porches, &c. exceeding the above limitation, to be affeffed, till reduced or taken away.*

Sect. XLI. *And be it enacted by the authority aforefaid,* That if any perfon or perfons, after the publication of this act, fhall wilfully or malicioufly remove, mifplace, or injure any pipes or trunks already fixed or placed, or that may or fhall be hereafter fixed or placed, by direction of the Burgeffes and Affiftants of the faid Borough, for conveying water to, from or through any part of the faid borough ; or if any perfon or perfons fhall wilfully and malicioufly, without the confent and direction of the Burgeffes and Affiftants aforefaid, by any ways or means whatfoever, obftruct or prevent the courfe of fuch waters in or through any fuch trunks, pipes or conduits, as are or fhall, or may be placed as aforefaid, or fhall fpoil or injure any ciftern which fhall or may be placed for the reception of fuch water, every perfon fo offending, and being thereof legally convicted before the Burgeffes of the faid borough, or either of them, or before any Juftice of the peace for the county aforefaid, fhall forfeit and pay the fum of five pounds for every fuch offence, and fhall pay the cofts of repairing and putting fuch trunks, pipes, conduits or cifterns, in good order and repair.

*Penalty on perfons removing or damaging the pipes or trunks for conveying water, &c.*

Sect. XLII. And whereas it hath been ufual for the merchants and traders within the faid borough to keep large quantities of gunpowder in their dwelling-houfes and fhops, to

L                                                              the

1782.

No perfons to keep more than 25lb. of gun-powder in their houfes, &c.

the manifeft danger of the inhabitants: *Be it therefore enacted by the authority aforefaid,* That no perfon or perfons whatfoever, within the limits of faid borough, fhall, from and after the publication of this act, keep in any houfe, fhop, cellar, ftore or other place, within the faid borough, any more or greater quantity than twenty-five pounds weight of gunpowder, which fhall be kept in the higheft ftory of the houfe, at any one time, unlefs it be at leaft fifty yards from any dwelling-houfe, under the penalty of ten pounds.

Buildings, &c. erected on the commons, declared nuifances.

SECT. XLIII. And whereas feveral perfons, without right or legal authority, have built on and fenced in many parts of the faid commons, which by this act are included in and made part of the faid borough, which commons ought to be not only beneficial and convenient for the inhabitants for an out-lot for their cattle in the mean time, but in time to come may be appropriated for the further extenfion and increafe of the buildings in the faid borough: *Be it therefore enacted by the authority aforefaid,* That all fuch buildings, fences, or other erections whatfoever, already made or erected, or which fhall or may hereafter be fo made or erected, by any perfon or perfons whatfoever, on any part of the faid commons, fhall be deemed, held and taken for nuifances, and as fuch may be abated, proftrated, thrown down and removed; and that it fhall and may be lawful for the Burgeffes, Affiftants, regulators and fupervifors aforefaid, for the time being, or the majority of them, with the confent and approbation of the Chief Burgefs, to abate, proftrate, throw down and remove all fuch buildings, fences and erections, as are now erected and built, or that hereafter may be erected and built on the fame commons. And in cafe the faid Burgeffes, Affiftants, regulators and fupervifors, or the majority of them as aforefaid, with the confent and approbation of the Chief Burgefs, fhall be oppofed in abating, proftrating, throwing down and removing the faid buildings, fences or other erections, that then it fhall and may be lawful for the faid Burgeffes, Affiftants, regulators and fupervifors, or the majority of them, as aforefaid, to call to their affiftance all or any of the inhabitants of the faid borough, who are hereby enjoined and required to be aiding and affifting to the Burgeffes, Affiftants, regulators and fupervifors, or the majority of them, as aforefaid, in abating, proftrating, throwing down and removing all fuch buildings, fences and erections, by this act declared nuifances, as aforefaid.

Penalty on perfons erecting buildings, &c. on the commons, after the publication of this act.

SECT. XLIV. *And be it further enacted by the authority aforefaid,* That if any perfon or perfons fhall, at any time after the publication of this act, prefume to erect or build any buildings, fences, or other erection whatfoever, on the faid commons, that then the faid buildings, fences or other erections, fhall be abated, proftrated, thrown down and removed as aforefaid; and that the offender or offenders, being thereof duly convicted before

the

Case 7:21-cv-05334-NSR   Document 67-4   Filed 11/30/22   Page 5 of 48

the said Burgeffes, or any one of them, fhall pay a fine, in the difcretion of the faid Burgeffes or any one of them, not exceeding one hundred pounds, to be levied by diftrefs and fale of the offender's goods, as herein before is directed in cafe of fines.

1782.

SECT. XLV. *And be it further enacted by the authority afore-faid,* That if any perfon or perfons fhall dig any hole, pit or quarry, on the commons aforefaid, without having firft obtained leave in writing from the Burgeffes and Affiftants, regulators and fupervifors, as aforefaid, or fhall neglect or refufe to fill up and level fuch hole, pit or quarry, after one month's notice given by the Burgeffes, Affiftants, regulators or fupervifors aforefaid, or any two of them, that then the faid regulators and fupervifors, or any two of them, fhall caufe the faid holes, pits or quarries, to be filled up; and the party or parties fo offending fhall be at the charge and expence of fuch filling up, and moreover pay a fine, at the difcretion of the faid Burgeffes and Affiftants, not exceeding twenty pounds.

*Penalty on perfons digging holes, &c. on the commons.*

SECT. XLVI. *And be it further enacted by the authority afore-faid,* That all the penalties, fines and forfeitures, herein before impofed by this act, the manner of levying and recovering of which is not before directed, not exceeding the fum of five pounds, fhall be recovered before one of the Burgeffes of the faid borough, or before one of the Juftices of the peace of and for the faid county of Cumberland, and fhall be levied by warrant, under the hand and feal of fuch Burgefs or Juftice, directed to any conftable of faid borough or county, who is hereby empowered and required to execute the fame, by diftrefs and fale of the goods and chattels of the offender; and where goods and chattels fufficient cannot be found, then the party or parties fo offending fhall be committed to the common gaol of the faid county, there to remain until payment made, or until difcharged by due courfe of law; and if fuch penalties, fines and forfeitures, fhall exceed the fum of five pounds, then to be recovered by action of debt, bill, plaint or information, in any county court within this ftate, wherein no effoin, protection, or wager of law, nor more than one imparlance, fhall be allowed; and all fines and forfeitures arifing by this act, not herein before appropriated, fhall be paid to the fupervifors of the ftreets, alleys and highways, to be employed in mending and repairing the fame.

*Manner of recovering and applying fines.*

SECT. XLVII. *And be it enacted by the authority aforefaid,* That nothing in a certain act of Affembly, paffed in the year of our Lord one thoufand feven hundred and feventy-two, entituled, " An act for opening, and better amending and keeping in repair, the public roads and highways within this pro-vince," fhall be deemed, conftrued or taken, to extend to the public roads, ftreets, lanes or alleys, within the faid borough, or to the affefling the inhabitants thereof for the purpofes therein mentioned, or to any other matter or thing to be done or per-formed

*The act relating to public roads and high-ways not to extend to the borough of Carlifle.*

[ 44 ]

1782.

formed therein, but the said act, so far as it respects or relates to said borough, and no further, is hereby declared to be repealed.

Persons sued, &c. may plead the general issue.

SECT. XLVIII. *And be it also enacted by the authority aforesaid,* That if any person or persons be sued or prosecuted for any thing done in pursuance of this act, he, she or they, may plead the general issue, and give this act and the special matter in evidence, for their justification; and if the plaintiff or prosecutor become non-suit, or suffer a discontinuance, or a verdict pass against him, the defendant shall have treble costs, to be recovered as in cases where costs by law are given to defendants. *(r)*

Passed 13th April, 1782.

## CHAPTER XV.

*An* ACT *for methodising the department of accounts of this commonwealth, and for the more effectual settlement of the same. (s)*

SECT. I. WHEREAS the methods heretofore practised for the settlement of the accounts of this state have, by experience, been found not to answer the good purposes intended thereby : For remedy whereof, *Be it enacted by the Representatives of the Freemen of the commonwealth of Pennsylvania, in General Assembly met, and by the authority of the same,* That an office shall be instituted in this commonwealth for auditing, liquidating and adjusting all the accounts thereof, and that the same shall be established and kept at the place where the General Assembly of the state shall hold their sessions, to be

Office for auditing, &c. the accounts of the commonwealth instituted.

*(r)* A college, by the name of " Dickinson College," was established in the borough of Carlisle, endowed, and, from time to time, assisted by legislative grants.—See an act of the 9th of September, 1783, and the acts there referred to.

*(s)* By acts of the 30th of April and 20th of September, 1782, the Comptroller's powers were extended to the issuing depreciation certificates. By an act of the 1st of April, 1784, he was authorized to issue certificates, bearing six per cent. interest, for balances due to officers, soldiers, and citizens, and the benefit of this provision was afterwards given to all persons, as well as citizens, and to claimants against forfeited estates, by an act of the 30th of March, 1785. By an act of the 18th of February, 1785, an appeal from the Comptroller's settlements to the Supreme Court was allowed, and the Executive authorised to direct a suit, if it tend to the furtherance of justice; a provision for the revision of settlements, and quieting claims, was likewise introduced; and, in case of a balance due to the state, the Comptroller's settlement, confirmed by the Executive, was declared to be a lien on the party's real estate. By an act of the 4th of April, 1785, the legislative appointment of John Nicholson was annulled, the duration of the Comptroller's commission fixed at seven years (which, however, was repealed by an act of the 28th March, 1789) and his salary at £.800, &c. By an act of the 28th March, 1789, the Register-General's office was instituted, and altered by an act of the 30th of September, 1789. The collection of the revenue was enforced, and the department of accounts new-modelled, by acts of the 1st of April, 1790, and the 4th of April, 1792.

# THE PUBLIC

# STATUTE LAWS

OF THE

# STATE OF CONNECTICUT,

PASSED AT THE

MAY AND DECEMBER SESSIONS, 1836,

AND THE

MAY SESSION OF THE GENERAL ASSEMBLY, 1837.

TOGETHER WITH THE

ERRATA FOR THE PUBLIC STATUTES, COMPILED IN ONE VOLUME IN 1835.

ALSO,

## SOME PUBLIC ACTS,

THAT ARE NOT INCLUDED IN SAID VOLUME, (BUT ARE INCLUDED IN THE VOLUME

OF PRIVATE ACTS ATTACHED TO THE CHARTERS TO WHICH

THEY PARTICULARLY REFER.)

PUBLISHED BY AUTHORITY OF THE GENERAL ASSEMBLY, (BY A SPECIAL RESOLUTION OF
SAID ASSEMBLY,) UNDER THE DIRECTION AND SUPERINTENDENCE
OF THE SECRETARY OF THE STATE.

HARTFORD: PRINTED BY JOHN L. BOSWELL.

1837.

# ERRATA

## IN COMPILED STATUTES OF 1835.

☞ Acts omitted and not included in the volume of public acts compiled in 1835—and which, with the *errata* to said compilation, were by a resolution passed by the General Assembly in 1836, directed to be published in this pamphlet, to wit:

### TITLE XV.—CHAPTER I.

#### REVISED STATUTES 1821.

## An Act incorporating the Cities of Hartford, New Haven, New London, Norwich, and Middletown.

SECT. 1. BE *it enacted by the Senate and House of Representatives in General Assembly convened*, That all the inhabitants, being electors of the state, dwelling in the town of Hartford, within the following limits, to wit: beginning at a place called the Dutch ground, upon the high land, on the bank of the great river, on the southerly side of said river, as it now runs in the lot belonging to Thomas Seymour, Esq. and from thence, a straight line to the north-west corner of Joshua Hempstead's dwelling-house; thence a westerly line to the north-west corner of James Steele's dwelling-house; from thence a north-westerly course to the south-west corner of James Shepard's malt house; from thence northerly, a straight line to the upper mills, so called, including said mills; thence northerly in a straight line to the northwest corner of Capt. John Olcott's dwelling-house, including said house; and from thence turning and running due east, a straight course to Connecticut river: be, and the same are hereby ordained, constituted, and declared to be, from time to time, and forever hereafter, one body politic and corporate, in fact and in name, by the name of "The Mayor,

*Limits of the city of Hartford.*

Aldermen, Common Council, and Freemen of the city of Hartford:"—That all the inhabitants, being electors of the state, dwelling in New Haven, within the following limits, to wit: beginning at the north-east corner of the long bridge, so called, in said New Haven; thence by the dividing line between the towns of New Haven and Hamden, to long lane, or Cheshire road; thence southerly by Cheshire road, to a point in a direct line from the neck bridge to a bridge across the West river, commonly called Thompson's bridge; thence westerly by said line to the north-east corner of said bridge; thence down the said West river, on the east bank thereof, to the mouth of said river; and from thence a straight line to the extreme point of the land commonly called Five-mile-point, on the east side of New Haven harbor, at high water mark, on said point; thence northward on the shore, on the line of the high water mark, up to the point where the waters of the Little river, and the greater waters, being part of the East river, fall into each other; thence across the mouth of said Little river, to the east shore of the East river; thence up said East river, on the line of high water mark, to the first mentioned point, at the north-east corner of Long bridge, be, and the same are hereby ordained, constituted and declared to be, from time to time, and forever hereafter, one body politic and corporate, in fact and in name, by the name of "The Mayor, Aldermen, Common Council, and Freemen of the city of New Haven:"—That all the inhabitants, being electors of New London, dwelling within the following limits, to wit: beginning at a large rock on Plumb's hill, so called, about four rods west of the road leading from Norwich to New London; thence running south thirty-seven degrees west, to a large rock in land belonging to John Ashcraft, a little to the eastward of Cedar-swamp; from thence running south six degrees east to the main branch of Alwise-brook, or Lester's gut, so called; from thence running with said brook or gut, and on the west side thereof, at high water mark, to the sound, to a large clump of rocks at the western point of said gut or brook, called the Great-shore rock; and from thence across the harbor, to the south end of the division line betwixt the towns of New London and Groton; and thence northerly by said division line, as said line runs, until it comes to a point due east from the bounds first above-mentioned; and thence running due west across the river of Thames, to said bound; be, and the same are hereby ordained, constituted and declared to be, from

*Limits of the city of New Haven.*

*Limits of the city of New London.*

time to time, and forever hereafter, one body politic and
corporate, in fact and in name, by the name of "The
Mayor, Aldermen, Common Council, and Freemen of
the city of New London;"—That all the inhabitants be-
ing electors of the state, dwelling in Norwich, within the
following limits, to wit: beginning at the mouth of Trad-
ing-cove brook, at the bounds between the towns of
New-London and Norwich; thence running up said
brook to the bridge on New-London road, called Trad-
ing-cove bridge; thence a straight line to the west side
of the mills at the iron works, belonging to Elijah Backus,
Esq.; thence an eastwardly line, to the north side of the
dwelling-house of Capt. John Hughes; thence a straight
line to Roatch's landing (so called,) on the south side of
Shetucket river; thence by Shetucket river and the river
Thames, at high water mark, to the mouth of Poupun-
tannock cove; thence north-westwardly across said river,
to the line between the towns of Norwich and New-
London; thence by said New-London line, to the first
mentioned bounds: be, and the same are hereby declar-
ed to be, from time to time, and forever hereafter, one
body politic, and corporate, in fact and in name, by the
name of "The Mayor, Aldermen, Common Council, and
Freemen of the city of Norwich;"—That all the inhabit-
ants, being electors of the state, and dwelling in Middle-
town, within the following limits, to wit: beginning at the
mouth of the Little river, or Ferry river; thence in a
north-east line to the east side of Connecticut river, at
high water mark; thence on the bank of said Connecti-
cut river at high water mark, until it comes to a point,
due east from Sumner's creek; thence in a west line to
the mouth of Sumner's creek; thence southerly and
westerly as said creek runs, to Warwick's bridge; thence
west to the Little river, including the dwelling-house of
Return Jonathan Meigs; thence northerly and easterly
down Little river as the same runs, to the first boundary,
including the waters of the said Little river, Sumner's
creek and Connecticut river, within the preceding limits;
be, and the same are hereby ordained, constituted and
declared to be, from time to time, and forever hereafter,
one body politic and corporate, in fact and in name, by
the name of "The Mayor, Aldermen, Common Council,
and Freemen of the city of Middletown." And by those
names, they, and each of them, and their successors, shall
and may have perpetual succession, and be persons in
law, capable of suing and being sued; pleading and be-
ing impleaded, in all suits of what nature soever; and

*Limits of the city of Norwich.*

*Limits of the city of Middle-town.*

*General pow-ers.*

also to purchase, hold and convey any estate real or personal; and may have a common seal, and may change and alter the same at pleasure; and shall be freemen of said cities.

SECT. 2. The city of Hartford shall have jurisdiction, in all commercial matters, on Connecticut river, opposite the town of Hartford; and the sheriffs of said city, shall have authority to execute all lawful process, on said river, opposite said town. But said city shall have no power to regulate or affect the fisheries in, or the ferry upon said river; or prevent any vessel, boat or other watercraft, from passing and re-passing said river; or from having commercial intercourse with inhabitants residing without the limits of said city, free from any duty or toll imposed by said city.

*Jurisdiction of the city of Hartford on Connecticut river.*

*Limitation.*

SECT. 3. There shall be annual meetings in each of said cities; to be holden in Hartford, in March; in New Haven, in June; in New London, in June; in Norwich, in July; in Middletown, in January; at such times and places as by the by-laws of said cities shall be directed. And said cities, in legal meeting assembled, shall choose a mayor, who shall hold his office during the pleasure of the General Assembly; and, at their annual meetings, shall choose four aldermen, and a common council of not more than twenty, and two sheriffs, out of the freemen of said cities; which officers, and all others, excepting inspectors of produce, shall be chosen by ballot; and on each ballot shall be written the name of the person for whom it is given: which ballot shall be rolled up, and, in presence of the mayor and aldermen, present at such meeting, put, by the person giving the same, into a box, which each city shall provide for that purpose; which shall be a close box, with an aperture in the lid, of a convenient size, through which to put in the ballot; and when the freemen present at any meeting shall have had reasonable time to give in their ballots, either of the sheriffs of the city, or in their absence, the junior alderman present, in presence of the mayor and aldermen, or such of them as are present at such meeting, shall open the said box, and the mayor and aldermen, or such of them as are present, shall open, sort, and count the ballots, and the person who shall have a majority of the ballots given in, shall, by the sheriffs, or in their absence, by the junior alderman present, be declared to be elected; and no ballot shall be received after the box shall have been opened. Each of said cities shall choose a clerk, who shall make true and regular entries of all the votes

*Annual meetings of the several cities.*

*Officers.*

*Mode of voting.*

*Clerk.*

either of the aldermen of the city, provided they have been first sworn according to this act. And the person administering the oath, prescribed by this act, shall give a certificate thereof, to the person to whom he administered it, which certificate shall be recorded in the records of such city, before the person to whom it is given, shall be capable of executing the office to which he is chosen.

*Certificate to be given and recorded.*

SECT. 20. There shall be a court of common council of each city, to be composed of the mayor, aldermen, and common council, who, by a major vote, shall have power to make by-laws, relative to markets and commerce, within the limits of said cities; relative to persons summoned to attend as jurors at city courts, and neglecting to attend, or refusing to serve; relative to the streets and highways of said cities; relative to nuisances; relative to the wharves, channels, anchoring and mooring of vessels; relative to trees, planted for shade, ornament, convenience, or use, public or private, and to the fruit of such trees; relative to trespasses committed in gardens; relative to the sweeping of chimnies; relative to the forms of oaths to be taken by the treasurers of said cities, and the inspectors of produce brought to said cities for sale or exportation; relative to the manner of warning meetings of said cities, and the courts of common council, and the times and places of holding them; relative to the qualifications, in point of property, of the mayor and aldermen; relative to the bonds to be given, by the sheriffs of said cities, for a faithful discharge of their duty; relative to the penalties to be incurred by those, who, being chosen to any city office, shall, (not being excused by the city,) refuse to serve; relative to a city watch; relative to the burial of the dead; relative to public lights and lamps; relative to restraining horses, cattle, sheep, swine, and geese, from going at large within the limits of said cities; relative to the mode of taxation, as to taxes levied by said cities; relative to preserving said cities from exposure to fire; and to prevent the future erection of any building or buildings, in the most compact and populous parts of said cities, or the alteration, or appropriation of any buildings already erected, to be used for baker's shops, blacksmith's shops, hatter's shops, or tallow-chandler's shops, or any other buildings, for those or similar purposes, which in the opinion of the common council of said cities, respectively, shall more immediately expose said cities to injury, and destruction from fire. And the court of common council

*Power to make by-laws.*

of each city, shall have power to designate and assign
the limits to their said cities, within which no person or
persons shall be permitted in future to erect, use, or
occupy any building or buildings of the kind, or for the
use mentioned in this act, without license from the court of
common council ; and to make by-laws relative to licen-
sing and regulating cartmen, or truckmen, butchers, petty
grocers, or hucksters, and common victuallers, under such
restrictions and limitations, as to them shall appear neces-
sary ; and relative to raising and collecting a revenue, by
duties and indirect taxes, within said cities ; relative to
the assize of bread, crackers, and biscuits, and other
manufactories of flour, made and sold within said cities ;
and for securing to the inhabitants of cities, and other
persons, the exercise of their rights, in the use of the
public squares, streets, and highways within said cities,
free from obstruction and molestation ; for designating
the place or places for military parades in or near said
cities ; for laying out and regulating public squares and
walks ; for regulating military parades and rendezvous,
within the limits of said cities ; and the marching of
military companies with music in the streets of said cities ;
for preventing and punishing trespasses on public build-
ings ; for defining the powers and duties of the city
watch, and carrying them into effect ; and relative to
preserving the health of the inhabitants of said cities ;
relative to prohibiting and regulating the bringing in, and
conveying out, or storing of gun-powder in said cities ;
and to inflict penalties and forfeitures of goods and chat- To inflict pen-
tels, for the breach of such by-laws ; which penalties alties.
and forfeitures, shall be to the use of said cities respect-
ively, or to such person or persons, as the by-laws shall
direct, to be recovered by the treasurers of said cities, How recovera-
for the use of the same, or by the persons to whom for- ble.
feited, in an action on such by-law, brought to the city
court, in said city where the offence is committed ; in
which action no appeal shall be allowed. *Provided*, that
no penalty shall exceed the sum of thirty-four dollars; Limitation of
and no forfeiture of goods and chattels, shall exceed the forfeitures.
value of thirty-four dollars; *and provided*, that such pen-
alties shall not exceed thirty-four dollars, for a quantity
of gun-powder not exceeding twenty-five pounds, and
for each and every further amount of twenty-five pounds,
an additional penalty not exceeding fifteen dollars. And
all penalties not exceeding seven dollars, may be sued
for, before the mayor or aldermen of the city, in which
the offence is committed ; and the defendant shall have

14

liberty to appeal, when judgment is rendered against him, to the next city court, to be holden in and for said city, in the same manner as in other cases. *Provided*, that no by-laws shall be made repugnant to the laws of the state; and that all by-laws made by the court of common council, shall be approved by the cities, in legal meeting

By-laws to be published. assembled, and shall be published at least three weeks successively, in some newspaper in, or nearest the cities where made, before the same shall be of any validity. And all the by-laws of said cities, shall, at any time,

May be repealed. within six months after they are made, be liable to be repealed by the superior court, or supreme court of errors, in the county to which the city belongs, if, on hearing, they shall be judged to be unreasonable or unjust.

Mayor, &c. to lay out, alter, and exchange highways. SECT. 21. The mayor, aldermen, and common council of each city, shall have power to lay out new highways, streets, and public walks for the use of the cities, or to alter those already laid out, and exchange highways for highways, or to sell highways for the purpose of purchasing other highways, taking the same measures, in all respects, as are directed by law, in case of highways to be laid out by the selectmen, for the use of their towns; and the party aggrieved, by the laying out of such streets or highways, may have the same remedy, by application to the county courts, as is by law provided, in case of highways laid out by selectmen.

Inspectors of produce. SECT. 22. Each city shall have power to appoint inspectors of every kind of produce, of the United States, brought to such city for sale and exportation.

Grants and leases. SECT. 23. All grants and leases of any real estate belonging to either of said cities, signed by the mayor, and sealed with the city seal, and approved by the city, in a legal meeting, and recorded in the town where the lands granted or leased lie, shall be effectual to convey such estate.

Vacancies in office, how supplied. SECT. 24. Whenever the mayor of either of said cities, or any other officer eligible by the freemen, shall resign, or be removed, by death or otherwise, another shall be elected in his place, and (if the appointment be annual) shall continue in office for the same time as the person whom he succeeds would have done, had he not resigned, or been removed.

Mayor, &c. to be moderator of meetings; which may adjourn. SECT. 25. The mayor of each city, or in his absence, the senior alderman present, at any meeting of the city, or any court of common council, shall, *ex officio*, be moderator thereof. A meeting of the city may be adjourned,

from time to time, by a major vote of the freemen present.
And a special meeting of each city may be called in such
manner as said cities shall direct; and all questions, in a
city meeting, shall be decided by a majority of the votes
of the freemen present. *Major vote to decide.*

SECT. 26. The common council of the city of Hartford
may, on the first Monday of July, annually, nominate and
appoint thirty persons, living within the limits of said
city, as firemen, to serve in the two fire companies,
constituted in said city, by the by-laws thereof, to con-
duct the two fire engines within the same; and to nomi-
nate and appoint thirty persons to serve in an additional
fire company, constituted in said city, by the by-laws
thereof, to work the fire engines within the same, and
shall, while actually serving in said fire companies, be
exempted from military duty. *Firemen in the city of Hart-ford.*

SECT. 27. And the common council of the city of
New Haven may, at their annual meeting in June, nomi-
nate and appoint two fire companies, to consist of twenty
men each, living within the limits of said city, to serve
in the two fire companies constituted in said city, by the
by-laws thereof, to conduct and work the two fire engines
within the same; and shall, while actually serving in said
companies, be exempted from military duty. *Firemen in the city of New Haven.*

SECT. 28. The inhabitants living within the limits of
each city, shall be and remain a part of the town within
which such city is situated. *Inhabitants to be part of town.*

SECT. 29. If this act, or any of the provisions con-
tained in it, shall be found inconvenient, or in any respect
inadequate, the same may be altered, or revoked, on
representation of either of said cities, by the General
Assembly. And this act shall be a public act. *Act may be al-tered.*

## CHAPTER XIX.

An Act in addition to an Act entitled "An act relating
to Sheep," passed 1824.

BE *it enacted by the Senate and House of Representa-
tives in General Assembly convened*, That the following
proviso be, and the same is hereby added to, and made
a part of the sixth section of the act to which this is an
addition, viz: *Provided however*, that whenever any
number of rams exceeding one, shall go at large, or out
of the owner's enclosure, at the same time, and from the *Proviso, that but one for-feiture shall be incurred.*

# ACTS

OF THE

## SIXTY-FIRST

# GENERAL ASSEMBLY

OF THE

## STATE OF NEW JERSEY,

AT A SESSION BEGUN AT TRENTON ON THE TWENTY-FIFTH DAY OF
OCTOBER, EIGHTEEN HUNDRED AND THIRTY-SIX.

### Being the Second Sitting.



TRENTON:

PRINTED FOR THE STATE.

1837.

### An act to incorporate the City of Trenton.

Sec. 1. Be it enacted *by the Council and General Assembly of this state, and it is hereby enacted by the authority of the same,* That the inhabitants of the city of Trenton, as the same now extends and is laid out, be, and they and their successors for ever are hereby constituted and declared to be a body corporate and politic, in fact and in law, by the name, style, and title of "The Inhabitants of the City of Trenton," and by the same name shall have perpetual succession; and they and their successors shall at all times for ever hereafter be persons able and capable in law to have, purchase, take, receive, possess, and enjoy lands, tenements, liberties, franchises, and jurisdictions, goods, chattels, and effects, to them and their successors for ever, or for any other or less estate, and the same lands, tenements, and hereditaments, goods, chattels, and effects to grant, bargain, and sell, alien, convey, demise, and dispose of at their will and pleasure; and, by the name and style aforesaid, shall be for ever able and capable in law to sue and be sued, implead and be impleaded, answer and be answered unto, defend and be defended, in all courts of record and elsewhere, in all manner of actions, suits, complaints, pleas, causes, and matters whatsoever, and to do and execute all and singular other matters and things that to them, as a body corporate and politic in law and in fact shall and may appertain, and for that purpose to make and use one common seal, and the same to alter and renew at pleasure.

Sec. 2. *And be it enacted,* That the said "The Inhabitants of the City of Trenton," and their successors, shall by virtue of this act become, and they are hereby declared to be absolutely and completely vested with and possess and enjoy all the lands, tenements, hereditaments, liberties, franchises, and jurisdictions, property, rights, causes of action, and estate whatsoever, both in law and equity, in possession, reversion, or remainder, which at the time of the passing of this act are vested in or belong to the inhabitants of the city of Trenton as now incorporated, by the name of "The Mayor, Aldermen, and Assistants of the City of Trenton," according to such estate and interest as the said "The Mayor, Aldermen, and Assistants of the City of Trenton," at the time of the passage of this act, have, or of right ought to have, in the same; and shall also be absolutely and completely vested with, possess, and enjoy all the lands, tenements, hereditaments, property, rights, causes of action, and estate whatsoever, both in law and equity, in possession, reversion,

*[Marginal notes:]*
City of Trenton incorporated.

Style of incorporation.

Powers of corporation.

Rights and estate of former corporation vested in present.

Rights and estate of the township of Trenton vested in city corporation.

373

and to meet upon their own adjournments; and that the whole legislative power of the corporation of the said city shall be exclusively vested in the said common council; *pro-* Proviso. *vided*, that no ordinance or by-law shall be at any time enacted, altered, or repealed, except by the concurrence of a majority of all the members of council.

Sec. 23. *And be it enacted*, That the place of meeting of Meeting of common the said common council shall be open for the admission of mon council to all peaceable and orderly persons who shall be desirous of be open. being present at the discussion of any by-laws, ordinances, rules, or regulations for the welfare and good government of the city.

Sec. 24. *And be it enacted*, That it shall and may be Powers of the lawful for the common council of the said city, in common common council, and on what council convened, to pass such ordinances as to them shall subjects it is seem meet for regulating, cleansing, and keeping in repair lawful for them to legislate. the streets, alleys, sidewalks, highways, and bridges in said city; for preventing the encumbering or obstructing the streets, sidewalks, or alleys, and the riding, driving, or passing over or upon the sidewalks with horses or other beasts, or with wagons, carts, or carriages of any description; for ascertaining and establishing the boundaries of all public streets and alleys in said city, and for preventing and removing all encroachments in or upon the same; for paving, flagging, or gravelling the streets, alleys, and sidewalks of said city, and for lighting the same; for preventing or regulating the running at large of horses, cattle, dogs, swine, and other domestic animals; for preventing the immoderate riding or driving through or in any street of said city; for abating or removing any nuisance in any street or alley, or upon any lot or enclosure in said city, and for causing common sewers, drains, or vaults to be made in any part thereof; for preventing or restraining riots, routs, disturbances, or disorderly assemblages in any street, house, or place in said city; for locating and preserving aqueducts in said city, and sinking and regulating wells, pumps, and cisterns in the streets thereof; for regulating the use of lights in stables; for the prevention or suppression of fires, and the purloining of goods at fires; for the regulating or preventing the carrying on manufactures dangerous in causing or promoting fires; for regulating the keeping and transporting of gunpowder or other combustible or dangerous materials; for regulating the construction and dimensions, and compelling the cleaning of chimneys; for appointing watchmen, and prescribing their powers and duties; for regulating weights and measures and the gauging of all casks of liquor and li-

quids; for regulating petty grocers, keepers of ordinaries or victualling houses, and the vending of meats and vegetables; for establishing and regulating public pounds; for restraining vagrants, mendicants, and street beggars; for regulating the police of said city; for regulating cartmen and cartage; for erecting, maintaining, and regulating one or more public markets in said city, and a city hall or townhouse, and workhouse and city jail; for preserving peace and good order; for the prevention of forestalling and regrating; for suppressing and restraining disorderly and gaming houses, and such other by-laws, ordinances, and regulations in writing, not inconsistent with the laws and constitution of this state or of the United States, as to them shall appear necessary for the good government of the said city and the inhabitants thereof, and the same to put in execution, revoke, alter, and make anew as to them shall appear necessary and convenient; and to make, limit, impose, and tax reasonable fines, penalties, and amercements against all and upon all persons who shall offend against the laws, ordinances, and regulations of the corporation made as aforesaid, and all and every such fines and amercements to take, demand, require, and levy of the goods and chattels of such offender, by warrant issued under the hand and seal of the mayor, recorder, or either of the aldermen, directed to the marshal or either of the constables of the said city, who is hereby authorized and required to execute the same; which fines and amercements shall be paid to the city treasurer, to be appropriated to the use and benefit of the inhabitants of said city; *provided always*, that any person who may think himself aggrieved by the judgment, order, or decision of the said mayor, recorder, or either of the aldermen, may appeal to the common council, who are hereby required to hear his or her cause of complaint, and to do therein what unto them shall appear just and reasonable.

*Mode of collecting fines and penalties.*

Sec. 25. *And be it enacted*, That it shall and may be lawful for the common council of said city to order and cause to be assessed and raised, by tax, from year to year, such sum or sums of money as they shall deem expedient for defraying the expenses of lighting the streets of said city, regulating, paving, flagging, and gravelling the streets, maintaining and supporting the poor, schooling poor children, for defraying the contingent expenses of said city, and for all other objects and purposes authorized by this act, to be assessed and collected in such manner as the said common council shall by ordinance direct; which taxes, when collected, shall be paid into the hands of the treasurer of the said city, to be subject to the

*Common council to raise money by tax.*

that purpose a poll shall be opened at such time prior to the first day of April next, and at such place in said city as the present mayor shall designate, of the time and place of which election the like notice shall be given by the said mayor as is required to be given by him in calling a town meeting to supply a vacancy in any office rendered elective by the freeholders and inhabitants of said city; and the electors entitled to vote at such elections shall express their acceptance or refusal of this act by depositing their ballots in the box provided for that purpose; and those electors who are in favour of this act shall each deposit a ballot containing the word "for" written or printed thereon, and those who are opposed shall each deposit a ballot with the word "against" written or printed thereon; and the said election shall be conducted and regulated in all other respects as the city elections in said city now are; and if a majority of those who vote at such election are found to be in favour of this act, it shall then, but not otherwise, go into effect, if this charter be accepted; *provided*, that the mayor *Proviso.* of the said city shall within ten days after such election make and file in the office of the secretary of this state a certificate, under his hand and the seal of the said city, of the adoption of the said charter; and nothing in this section contained shall be construed to render proof of such acceptance necessary in any suit or proceeding to be had or instituted, or purporting to be had or instituted, under or by virtue of this act.

Sec. 47. *And be it enacted*, That the act entitled, "An *Former acts re-* act to incorporate a part of the township of Trenton, in the *pealed.* county of Hunterdon," passed the thirteenth day of November, one thousand seven hundred and ninety-two, and the several supplements thereto, the act entitled, "An act to alter the western limits of the city of Trenton," passed the fourteenth day of February, one thousand eight hundred and thirty-one, and all other acts and parts of acts repugnant to the provisions of this act, be, and the same are hereby repealed from and after the second Monday of April next.

Passed March 7, 1837.

# ACTS

### OF THE

# LEGISLATIVE COUNCIL,

#### OF THE

# Territory of Florida,

### PASSED AT ITS SIXTEENTH SESSION,

Commencing Monday January 1st, and Ending
Sunday February 11th, 1838.

#### WITH ALSO

## THE RESOLUTIONS

#### OF A

## PUBLIC OR GENERAL CHARACTER

#### ADOPTED BY THE

## LEGISLATIVE COUNCIL,.

---

**By Authority.**

---

*TALLAHASSEE:*

S. S. SIBLEY, PRINTER.

**1838.**

No. 57. AN ACT for the relief of J. J. Sands.

Compensation.

Section 1. Be it enacted by the Governor and Legislative Council of the Territory of Florida, That the Treasurer pay to John J. Sands the sum of seventy-seven dollars and sixty three cents as a full compensation for his services in guarding John W. Davis, indicted for murder.

Passed 11th, Feb. 1838.—Approved 11th, Feb. 1838.

---

No. 58. AN ACT to incorporate the city of Key West.

Section 1. Be it enacted by the Governor and Legislative Council of the Territory of Florida, That all the white inhabitants of that part of the Island of Key West, comprehended within the limits of the city of Key West, as designated by the plan or map of said city, now on file in the clerk's office in the County of Monroe, (excepting that part at present, or that may hereafter be occupied by the United States for military or naval purposes) be, and the same are hereby, constituted a body corporate, by the name and style of the City of Key West: and by said corporate name may sue and be sued, plead and be impleaded, grant and receive donations, purchase and hold real, mixed, and personal property, and dispose of the same for the benefit of said city: and do all the acts, possess all the rights, liberties, and privileges, that a corporation, body politic, or natural person, may do, or possess; and may have and use a corporate seal, which may be altered at pleasure.

Limits of incorporation.

Sec. 2. Be it further enacted, That the government of said city shall be vested in a Common Council, consisting of a Mayor and four Aldermen, and such other necessary officers as the said mayor and aldermen may appoint.

Government.

Sec. 3. Be it further enacted, That the annual election for mayor and aldermen shall be held on the first Monday of December of each year, at such places as the common council may appoint, and the votes shall be given by ballot. All free white male citizens of the United States, who are over twenty-one years of age, who shall have resided within the limits of said city three months next preceding the day of election, and who shall have paid all legal taxes that may have been demanded of them, shall have a right to vote at elections for mayor and aldermen authorised by this act.

Who may vote at election.

Sec. 4. Be it further enacted, That it shall be the duty of the mayor of said city, to order an election for mayor aldermen, and appoint judges therefor, at least five days previous to the

day designated for the annual election; and if the mayor shall neglect to order and advertise said election, it shall be the duty of the clerk of the common council to do so; and in case of the neglect of the clerk, or should there be no clerk, it shall be lawful for the citizens of said city, who may be qualified to vote for members of the said common council, to assemble at any convenient place in said city, appoint judges of the election, and then proceed to elect a mayor and four aldermen. The mayor and aldermen so elected, shall immediately enter upon the discharge of their official duties. If from a refusal to serve by any member elect, or by the occurrence of an equality of votes given, or other causes, the mayor and aldermen, or either of them do not enter upon the duties of their office, the corporation for that cause shall not become void, but another election shall take place within five days thereafter, until which election, if the new council cannot be organized, the preceding mayor and aldermen shall continue in office till others are elected and qualified to fill their places. And it is hereby made the duty of all judges of election acting under this charter, to make returns in writing of the result of elections, to be deposited and recorded in the archives of the corporation.

*Election shall be advertised.*

*New election may be held.*

Sec. 5. Be it further enacted, That the meetings of the said common council shall be public, and be held at such places, and at such times, as the majority of the council shall think proper. The mayor and at least two aldermen, shall constitute a quorum for the transaction of business. In case of the absence or inability of the mayor, the aldermen shall appoint one of their own number as president of the council, who during said absence or inability, shall exercise all the power and authority conferred on the mayor by this act.

*Meetings of council.*

Sec. 6. Be it further enacted, That on the death, resignation, or removal from the city, of any member, or in case of the absence of any member from the meetings of the council for more than two months without leave, it shall be the duty of the mayor or president of the council to order an election to fill such vacancies, within five days, in the manner prescribed in the fourth section.

*Vacancies.*

Sec. 7. Be it further enacted, That it shall be the duty of the mayor of said city, to see that the ordinances of the council are faithfully executed—to recommend for appointment all necessary city officers, and to recommend their removal, whenever by neglect or misconduct the interest of the city may require it. He shall preside at all meetings of the council, and be entitled to the casting vote—he shall recommend such measures as he may think important to the public interest—he shall have power to convene the council at extra sessions—shall be judge of

*Duty of Mayor.*

the inspections of the city ordinances, and adjudge fines and penalties for the same.

**Powers of the council.**

Sec. 8. Be it further enacted, That the common council of said city shall have power and authority to prevent and remove nuisances; to regulate and establish streets, squares, and fences in said city; to establish and regulate markets, and provide for the safe keeping of standard weights and measures; to provide safe storage of gun-powder, and to encourage efficient fire companies; to regulate and fix the assize of bread; to prohibit all sorts of gambling; to license, tax or restrain billiard tables, nine or ten pin alleys, and other public games, shows, or amusements; to license, tax, or restrain keepers of bars, grog shops, and retailers of spirituous liquors; tax hawkers, pedlars, and transient traders, retailers of dry goods, commission merchants, and auctioneers; to appoint and license weighers, guagers, and measures; to appoint and regulate patrols, and to punish or remove vagrants; to establish quarantine regulations for the preservation of the health of said city (not incompatable with the laws of the Territory); to tax pleasure carriages, and carts and drays; to tax slaves resident in said city; to tax sales at auction, not exceeding one per cent. on the amount thereof; to tax real estate, not exceeding one-fourth of one per cent, on the cash valuation thereof, to be estimated by appraisers under oath; to assess and collect a poll tax, not exceeding one dollar on every white male over twenty-one years of age, and not exceeding two dollars on every free coloured male over twenty-one years, resident in said city; to tax, restrain, or destroy all dogs, hogs, or goats roaming at large in said city. The said council shall have power to pass all ordinance and laws necessary and proper to carry the powers and provisions of this act into effect, and to provide for the internal police, peace, and good order of said city; to establish by-laws for the proper transaction of business, and to compel the attendance of members. It shall have and exercise a general control over the public cementries and burying grounds, used by the inhabitants of said city.

Sec. 9. Be it further enacted, That all taxes shall be assessed annually for the said city, and taxes once assessed shall be considered as a debt due said city, and may be collected as such at

**Taxes how collected.**

any time within five years. It shall be the duty of the common council at least once a year, to publish an account current, showing the whole amount of taxes collected, and the whole amount of expenditures for the year preceding.

**Ordinances to be published.**

Sec. 10. Be it further enacted, That all laws and ordinances of the said common council shall be signed by the mayor and clerk, and published in a newspaper, or posted up at three

( 71 )

public places in the city, at least three days before they shall be
enforced.

Sec. 11. And be it further enacted, That the mayor and
aldermen of the said city of Key West, shall have no power to
fill up any street, or build or repair any bridge across that part
of the city, known as the Pond, except such public bridges as
are now erected, until the proprietors of the lots adjoining the
streets across the said pond, shall have first filled up the said
lots; nor shall the proprietors of the said lots fill up the pond in
any manner whatever, so as to obstruct the ingress or egress of
tide water to and from the head of the said pond. *Bridges, streets, etc.*

Sec. 12. Be it further enacted, That all acts and parts of
acts inconsistent with the provisions of this act, be and the same
are hereby repealed.

Passed 11th February, 1838.—Approved 11th Feb. 1838.

———

No. 59:—AN ACT to amend An Act incorporating the East and South Florida
Canal Company.

WHEREAS, owing to the existence of the Indian War which is
now raging in the Southern portion of the Territory of Flo-
rida, it is doubtful whether all the capital stock of the East
and South Florida Canal Company, will be subscribed for,
by the first day of May next, when, by the provisions of the
books of subscription to said capital stock, are required to be
closed. *Preamble.*

Section 1. Be it enacted by the Governor and Legislative
Council of the Territory of Florida, That if all the capital
stock of the said company shall not have been subscribed for,
on the said first day of May next, the said books may be kept
open for the period of one year thereafter, unless the whole of
the said capital stock shall be sooner subscribed; but whenever
the whole of the said capital stock be subscribed upon the books
aforesaid, it shall be the duty of the commissioners to close
them, and then the same proceedings shall take place, as are
required by the said third section of the said charter, to be
adopted at the closing of the said books in May next. *Time extended for subscription to stock.*

Sec. 2. Be it further enacted, That the books of the St.
Augustine and Picolata Rail Road Company, be continued
open until the first of May 1839.

Passed 11th February 1838.—Approved 11th Feb. 1838.

# LAWS OF IOWA,

## PASSED AT THE ANNUAL SESSION

### OF THE

# LEGISLATIVE ASSEMBLY,

WHICH COMMENCED ON THE FIRST DAY OF DECEMBER,
EIGHTEEN HUNDRED AND FORTY-FIVE.

JAMES CLARKE, Governor :
JESSE WILLIAMS, Secretary :
STEPHEN HEMPSTEAD, President of the Council :
GEORGE W. McCLEARY, Speaker of the House of Representatives,

## PUBLISHED BY AUTHORITY.

### IOWA CITY:
A. H. & G. D. PALMER, PRINTERS.
1846.

114                    LAWS OF IOWA.

## Chapter 123.

## DUBUQUE CITY.

AN ACT to incorporate and establish the City of Dubuque.

SECTION
1 Town of Dubuque incorporated; and corporate bounds defined.
2 New corporation succeed to rights of the old.
3 Mayor and aldermen elected 1st Monday in April.
4 Treasurer elected by people.
5 Mayor to issue proclamation.
6 Qualification of electors.
7 Eligibility of city council.
8 Mayor's duties as a police officer, &c.
9 Oath of treasurer, marshal, recorder, &c.
10 Meetings of the board.
11 Vacancies, how filled.
12 By-laws and ordinances.
13 Organization of fire companies.
14 Restrictions as to buildings.
15 To regulate taverns and tippling houses.

SECTION
16 Abatement of nuisances.
17 Supervisors and other officers.
18 Public schools.
19 Collection and disbursement of city revenue.
20 Publication of laws and ordinances.
21 Owner, to include leases for a term of years.
22 Grading streets and wharves.
23 Duty of justices of the peace.
24 Jury of six citizens.
25 Corporation to hold and convey property.
26 Levy and collection of taxes.
27 Borrowing money, requisites before.
28 Adoption of this charter.
29 This charter a public act.
30 Repealing clause.

SECTION 1.  *Be it enacted by the Council and House of Representatives of the Territory of Iowa,* That all that part of the Territory of Iowa included within the following limits, to-wit:—Beginning at a point in the middle of the main channel of the Mississippi river eastwardly and in line with the south boundary of the town of Dubuque, as surveyed and laid out by the commissioners appointed in pursuance of an act of Congress, to lay off the towns of Fort Madison, Burlington, Dubuque, &c. thence south sixty-seven degrees, thirty-nine minutes west, to a stone planted in the ground; thence on the westerly boundary, north, twenty-two degrees, thirty minutes west, to a stake and stone; thence on the north boundary, north sixty-seven degrees, thirty minutes east, to the middle of the main channel of the Mississippi river; thence down the said river with said channel to the place of beginning; shall be and hereby is declared to be a city, and the inhabitants thereof are created a body corporate and politic, with perpetual succession by the name and style of the city of Dubuque; and as such by that name shall be capable in law of contracting and being contracted with, of sueing and being sued, pleading and being impleaded, answering and being answered unto, in all courts and places, in all matters whatsoever, and also of purchasing, using, occupying, enjoying and conveying real, personal

and mixed estate, and may have and use a corporate seal, and change, alter and renew the same at pleasure, and shall be competent to have, exercise and enjoy all the rights, immunities, powers and privileges, and be subject to all the duties and obligations incumbent upon and appertaining to a municipal corporation, and for the better ordering and governing said city, the exercise of the corporate powers of the same, hereby and herein granted, and the administration of its fiscal, prudential and municipal concerns with the conduct, direction and government thereof shall be vested in a mayor and board of aldermen, consisting of thirteen members to be denominated the city council, together with such other officers as are hereinafter mention.d and provided for.

Sec. 2.  That the said city of Dubuque, shall be, and is hereby invested as the lawful owner and proprietor, with all the real, personal and mixed estate, and all the rights and privileges thereof, together with the property, funds and revenues, and all moneys, debts, accounts and demands due and owing, or in any wise belonging to said city; or which by, or under the authority of any former act or acts, have been acquired, vested in, or is, or may be owing or belonging to the city of Dubuque ; and the same are hereby transferred to the corporate body, created and established by this act ; and all suits pending and judgments recovered by, in favor of, or against the city of Dubuque, together with all rights, interests, claims and demands in favor of or against said city, may be continued, prosecuted, defended and collected in the same manner as though this act had never been passed.

Sec. 3.  That the qualified electors of said city shall on the first Monday of April, annually, elect a Mayor who shall have resided in said city three years; and the qualified electors of said city, shall at the same time elect thirteen aldermen, who shall have resided in said city two years, and the mayor and aldermen so elected when assembled together and duly organized, shall constitute the city council, a majority of the whole number of whom shall be necessary to constitute a quorum for the transaction of business ; they shall be the judges of the election returns, and qualifications of their own members, and shall continue in office for the term of one year, and until their successors shall be chosen and qualified.   They shall determine the rules of their proceedings, and keep a journal thereof, which shall be open to the inspection and examination of every citizen ; and may compel the attendance of absent members in such manner and under such penalties as they may prescribe. And they shall meet at some convenient place in said city, on the first Monday in May, and after taking the oath of office before some officer

sickness or temporary absence shall be discharged by the president *pro tem* who shall be obeyed and respected accordingly.

SEC. 12.  That the said city council shall have power, and it is hereby made their duty to make and publish from time to time, all such ordinances as shall be necessary to secure said city and the inhabitants thereof, against injuries by fire, thieves, robbers, burglars and all other persons violating the public peace; for the suppression of riots and gambling, and indecent and disorderly conduct; for the punishment of all lewd and lacivious behavior in the streets and other public places in said city; they shall have power from time to time to make and publish all such laws and ordinances as to them shall seem necessary to provide for the safety, preserve the health, promote the prosperity and improve the morals, order, comfort and convenience of said city, and the inhabitants thereof, to impose fines, forfeitures and penalties on all persons offending against the laws and ordinances of said city, and provide for the prosecution, recovery and collection thereof, and shall have power to regulate by ordinance the keeping and sale of gun-powder within the city.

SEC. 13.  That the city council shall have power to establish and organize all fire companies and provide them with proper engines, and such other instruments as shall be necessary to extinguish fire and preserve the property of the inhabitants of said city from conflagration, and they shall have power to establish and constitute landing places, wharves, docks and basins in said city at or on any of the city property, and fix the rates of landing, wharfage and dockage of all steamboats, boats, rafts and other water crafts, and of all goods, wares, merchandize, produce and other articles that may be moored at, landed on, or taken from any landing, wharf, dock, or basin belonging to said city.

SEC. 14.  That for the purpose of more effectually securing said city from the destructive ravages of fire, the said city council shall have power and authority on the application of three-fourths of the whole number of owners and proprietors of any square or fractional square in said city, to prohibit in the most effectual manner, the erection of any building or the addition to any building before erected more than ten feet high in any such square or fractional square, except the outer walls thereof shall be composed entirely of brick or stone and mortar, and to provide for the most prompt removal of any building or addition to any building which may be erected contrary to the true intent and meaning of this section.

SEC. 15.  That the city council shall have power, and it is hereby made their duty to regulate by good and wholesome laws and ordinan-

of taxable property for territorial and county purposes, which said taxes shall be collected by the city collector and paid into the treasury in such a manner and under such restrictions and regulations as may be prescribed by ordinance; the city council shall have power to cause to be opened, paved or re-paved, or improved any street, lane, alley, market space or public landing on petition of not less than two thirds of the number of owners of any square or parts of a square of said city, boundary or abutting on such street, lane, alley, market space or public landing so to be opened, paved, re-paved or improved; and to levy and collect a special tax for defraying the costs and expenses of the same by an equal assessment on the first front boundary and abutting as aforesaid.

SEC. 27. That whenever in the opinion of the city council it is expedient to borrow money for any public purpose, the question shall be submitted to the citizens of Dubuque, the nature and object of the loan shall be stated, and a day fixed for the electors of the said city to express their wishes, the like notice shall be given as in cases of an election, and the loan shall not be made unless two-thirds of all the votes polled at such election shall be given in the affirmative.

SEC. 28. That before this act shall take effect and be in force, a vote shall be taken upon the adoption of the same by the qualified voters residing within the limits of said city, at such time and place, and under such regulations as the present mayor and aldermen of said city may prescribe and determine: *Provided*, that a majority of the whole vote cast, shall be deemed necessary to adopt and carry into effect this act.

SEC. 29. That this act shall be taken and received in all courts, and by all judges, magistrates and other public officers, as a public act, and all printed copies of the same which shall be printed by or under the authority of the Council and House of Representatives, shall be admitted as good evidence thereof without any other proof whatsoever.

SEC. 30. That all acts and parts of acts heretofore passed relative to the incorporation of said city of Dubuque and coming within the purview of this act, be and the same is hereby repealed.

APPROVED, January 19th, 1846.

# Laws, Joint Resolutions and Memorials

## PASSED AT THE TWELFTH SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF NEBRASKA,

BEGUN AND HELD AT OMAHA CITY, N. T.,

JANUARY 10, A.D. 1867.

———

PUBLISHED BY AUTHORITY.

———

BARKALOW BROS., PUBLIC PRINTERS.
1867.

INCORPORATIONS.

## AN ACT

### To incorporate Nebraska City.

SECTION 1. *Be it enacted by the Council and House of Representatives of the Territory of Nebraska*, That the following described territory, being the east half of section eight, fractional sections nine and ten, and the north half of the northeast quarter of section sixteen, of township number eight north, of range number fourteen east of the sixth principal meridian, in the county of Otoe, and territory of Nebraska, and embraced within the original corporate limits of Nebraska City, South Nebraska City, Kearney City and Prairie City, together with all the additions which may hereafter be made thereto according to law, is hereby declared to be a corporation, by the name and style of Nebraska City.

SEC. 2. The said city is hereby made a body corporate and politic, and is invested with all the powers and attributes of a municipal corporation, and by that name may sue and be sued, plead and be impleaded, complain and defend in any court of record or any other legal tribunal; may have a common seal and may alter it at pleasure, and may acquire, purchase, hold, lease, sell and convey any estate, real, personal or mixed, for the use of the corporation.

SEC. 3. The legislative authority of said city shall be vested in a mayor and a board of six aldermen, and each ward shall be entitled to two aldermen, who shall reside in the ward from which they are elected.

SEC. 4. The said mayor and board of aldermen shall, on or before the tenth of April, 1867, divide said city into three wards, numbered one, two and three, which division shall be so made as to give to each ward, as near as practicable, an equal number of resident electors.

SEC. 5. The qualified electors of said city shall, on the first Monday of May, A. D. 1867, and annually, thereafter elect a mayor, recorder, assessor, treasurer, marshal, and at the election on the said first Monday in May, 1867, each ward shall elect two aldermen, one of whom shall be chosen for two years and the other for one year, and at each subsequent election one alderman shall be chosen in each ward to serve two years, to fill the place of the alderman whose term of office shall expire; and said aldermen shall be property holders in Nebraska City, and a majority of said aldermen shall constitute a quorum for the transaction of business.

SEC. 6. Every legal voter of the territory who shall be an actual resident of the city at the time of an election, is declared to be a citizen of said city, and is entitled to vote at all city elections.

SEC. 7. The election of city officers shall be conducted in the same manner as precinct elections.

SEC. 8. No person shall be eligible to any elective office mentioned in this act unless he be a legal voter of the city, and has been a resident six months in the territory, thirty days in the

county, and ten days in the city or precinct, next preceding his election.

SEC. 9. It shall be the duty of the mayor to see that the laws and ordinances of the city are faithfully executed, and their violation punished; to superintend and direct the official conduct of subordinate officers; to sign and seal all commissions, licenses and permits granted by the city council, and to perform such duties and exercise such powers as pertain to the mayor of a city, and as may be granted or imposed by the council consistent with law.

SEC. 10. For all elections for city officers the mayor shall issue a proclamation to the voters of the city, naming the time and places for holding such election, and the officers to be chosen, and cause a copy of the same to be published in all newspapers printed in the city, at least ten days previous to the day of election. The polls shall be opened between the hours of eight and ten in the forenoon, and continue open until four o'clock in the afternoon. Within two days after the election, the judges of election shall make out their returns to the mayor or president of the city council, as the case may be, who shall examine them at their next meeting, and cause an abstract of the votes to be recorded; and the mayor or president of the city council shall issue certificates to those who are elected to the several offices, notifying them of their election.

SEC. 11. The city council shall be the judge of the election and qualifications of its own members; it may determine the rules of its own proceedings, and shall keep a record thereof, which shall be open to inspection of every citizen, and it may compel the attendance of its members in such manner as it may adopt. The council shall hold at least two public sessions in each month, and may by ordinance provide for special meetings.

SEC. 12. No member of the city council shall be eligible to any office within the gift of the city council, during the term for which he was elected, nor shall he be interested, directly or indirectly, in the profits of any contract, job, work or services to be performed for the city.

SEC. 13. The mayor shall be the presiding officer of the city council when present, and shall give the casting vote when there is a tie, and in his absence the council may appoint a president *pro tempore* from their own body.

SEC. 14. The mayor shall sign all ordinances passed by a majority of all the aldermen, and the recorder shall attest the same, and before they take effect they shall be published in one or more newspapers printed in the city; and they shall also be recorded in a book to be kept for that purpose, and each and every ordinance in said book shall be signed by the mayor and attested by the recorder.

SEC. 15. The mayor shall be a conservator of the peace within the city, and *ex officio* justice of the peace, and is invested with ex-

5

clusive original jurisdiction, for the violation of the city ordinances, and with criminal jurisdiction of offenses against the laws of the territory committed within the city, in the same manner as justices of the peace; he shall not be disqualified from acting in such judicial capacity by reason of the proceedings being in the name or in behalf of the city, and he shall be entitled to demand and receive as mayor the same fees as are allowed by law to justices of the peace.

SEC. 16.  The marshal shall be a conservator of the peace, and the executive officer of the mayor's court, and shall execute and return all processes directed to him by the mayor, and in cases for the violation of the city ordinances and of the criminal laws of the territory, may execute the same in any part of the county, and he shall have the same authority within the city to quell riots and disturbances, to prevent crimes and to arrest offenders that the sheriff has within his county, and may, in the same cases and under the same penalties, require the aid of citizens, and perform all duties imposed by the city council.  He may, with the approval of the council, appoint one or more deputies, for whose official conduct he shall be responsible.    For the service of legal process he shall be entitled to the same fees as a constable, and for service required by the council such compensation as it may allow.

SEC. 17.   The treasurer, recorder, assessor, tax collector and marshal shall give such bonds, perform such duties and exercise such powers as may be required of them by ordinance, not inconsistant with law, which bond shall be approved by the council and filed with the mayor.

SEC. 18.  It shall be the duty of the recorder to keep a true record of all the proceedings of the city council, and such record shall be open in all business hours to the inspection of any citizen.

SEC. 19.  The mayor, recorder, marshal, tax collector, treasurer and assessor shall respectively take an oath to support the constitution of the United States and the laws of this territory, and faithfully and impartially to perform their duty to the best of their knowledge and ability.  The oath of office may be administered by the mayor or recorder, and in the transaction of the business of the corporation, those officers and the president, for the time being, may administer oaths, which shall have the same effect as if administered by any other judicial officer.

SEC. 20.  The compensation of the city officers shall not exceed the following sums:  For the mayor, $200; each alderman, $50; the assessor, $150; the recorder, $200.   But the recorder and marshal shall be allowed such additional compensation as the nature of their services may entitle them to.  The tax collector shall be allowed commissions as follows:  On all moneys by him collected (except school funds) under $3,000, ten (10) per cent., over $3,000 and under $5,000, six (6) per cent., over $5,000 and under $10,000, four (4) per cent., over $10,000 two (2) per cent.  On school moneys under $5,000, two (2) per cent., on school moneys over $5,000,

one (1) per cent. The treasurer may be allowed commissions on moneys paid into his hands, two per cent. on all except school funds, and on school funds, one per cent. The council shall fix, by ordinance, the manner of estimating and paying commissions.

SEC. 21. It shall be the duty of the council to annually appoint a tax collector, who shall, previous to taking the tax books for collection, execute a bond payable to said city, in such sum as the said city council may direct, with good and sufficient sureties for the faithful discharge of his duties, and the council may further appoint, during its pleasure, street commissioners, clerk of market, city supervisors, health officers and such other officers as it may be deemed advisable, and may prescribe their duties, powers and qualifications, and may provide for the election of any such officer by the citizens.

SEC. 22. When a vacancy occurs in any of the elective offices, the council may fill the vacancy by appointment, until the next election and qualification of a successor.

SEC. 23. The city council is invested with authority to make ordinances to secure the inhabitants against fire, against violation of the public peace, to suppress riots, gambling, drunkenness, houses of ill-fame, and indecent behavior in public places, and in general to provide for the safety and good order of the city, and the health, morals, comfort and convenience of the inhabitants, and to impose penalties for the violation of its ordinances, not exceeding one hundred dollars for each offense; and the laws of the territory relative to conveying into effect a judgment of the justice of the peace imposing a fine, shall be applicable to judgments in the above cases; and the mayor is hereby vested with authority, in all cases of the violation of the city ordinances, or the penal laws of the territory, where a justice of the peace has jurisdiction, upon information filed upon oath, to issue a warrant in the name of the territory, and to arrest such persons as for crime, and proceed summarily to hear and determine the case, and impose such penalty as shall be by ordinance fixed, or as may be prescribed by the laws of the territory, and to issue execution thereon. If default be made in the payment of the penalty imposed, and if an execution be issued and returned by the proper officer "no property found," he may sentence any such person convicted to work on the streets or highways for a period not to exceed six months, said sentence to be carried into execution in such manner as the mayor shall direct, and no appeal shall be allowed from the judgment of mayor or a justice of the peace in the cases of the violation of city ordinances when the fine does not exceed twenty-five dollars; provided, that no appeal shall be allowed in any case unless the defendant shall first deposit with the mayor or justice the amount of costs assessed against him or her, which costs shall be refunded in case the judgment shall be reversed.

SEC. 24. The city council is authorized to establish fire companies, and provide them with fire engines, hose and other apparatus,

and by ordinance prescribe the manner of constructing flues, chimneys, stove-pipes, or other conductors of the smoke or gases from any warming or other fire apparatus in any building within said city, and when such chimneys, flues, pipes or other conductors, from any warming or fire apparatus shall, in the opinion of the fire warden, be in a condition to endanger by fire the property in which the same is situated, or contiguous thereto, the council shall order the same to be put in proper repair or condition, by or at the expense of the owner thereof, or remove the same, and on his or her failure to comply with such order, he or she shall be liable to a fine not exceeding one hundred dollars, to be collected as other penalties under the provisions of this act, and the city marshal of said city shall be *ex officio* fire warden, and shall have the authority to carry out the ordinances of the council in that behalf enacted.

SEC. 25.   The city council shall regulate the keeping and sale of gun-powder within the city, and may, in its discretion, fix the rate of license for concerts, circuses, shows, theatres, billiard or bagatelle tables, bowling alleys, butcher shops, peddlers, auctioneers or any legitimate business; provided, that no charge shall be made for exhibitions of a purely scientific character, and that the council shall not license lotteries, gift enterprises, or any business which common report construes to be gambling.  The city council shall have exclusive authority to regulate the keeping of and traffic in malt, vinous and spirituous liquors, or may prohibit the same within said city, and said council may impose a license fee not exceeding one thousand dollars per annum, for the manufacture or sale of such liquors, and all license moneys or fines, under this section, shall be paid into the city school fund.  No person shall be allowed, under any pretext whatever, to open or keep any place for the sale of intoxicating liquors until he or she shall have first obtained the license therefor prescribed by the city ordinances under this act; and any person charged with violating the provisions of this section, or any ordinance under it, shall be tried by a jury of six freeholders, if the accused shall so demand, before a mayor or a justice of the peace within the city, and if found guilty, he or she shall be fined not less than twenty-five, nor more than one hundred dollars, and from a judgment rendered after such jury trial, there shall be no appeal. The jury provided herein shall be obtained as follows:  The mayor or justice shall write in a panel the names of twelve persons, and when the time of trial has arrived, the defendant or his attorney may strike therefrom six names, and the six remaining shall constitute the jury to try the case.

SEC. 26.   The city council may make all necessary ordinances in relation to the cleanliness or health of the city; may regulate the system of cartage, drayage, hacks and omnibuses within the city, and may issue licenses therefor, and may prohibit hogs and other animals from running at large within the city.

SEC. 27.   The council shall provide by ordinances for the keeping of the public moneys of the city, and the manner of disbursing

the same, and shall cause all claims against the city to be audited, and all city officers shall be accountable to the city council in such manner as it directs. The council shall publish annually a particular statement of the receipts and expenditures of the city, and of all debts owing to or by the same.

SEC. 28.  The council shall have the exclusive authority to make necessary surveys, to establish the grade of all streets, alleys and wharves in the city, and may change the same upon the petition of the owners of two-thirds of the value of the real estate upon both sides of the street.

SEC. 29.  The city council shall have the title to, and full control of the streets, alleys, public grounds, wharves, squares, parks and commons belonging to the city, and may provide for the improvement of the same at the public expense, and may cause sidewalks to be paved in the same, and may require owners of lots to lay or construct pavements of such width and material as may be prescribed by ordinance of the council along the street line of their respective lots, and in case of neglect, after a reasonable time to comply with such requirements, the estimated cost of such pavements shall be assessed on the lots named in the order, which shall have the same force and effect of a tax levied thereon, and the same shall be sold therefor as for a tax, subject to the same right of redemption.

SEC. 30.  When the owners of two-thirds in value of the real estate on both sides of any street shall petition the council, it shall have authority to levy a tax of not exceeding one per centum on the property contiguous to said street, to be expended in grading and improving the same.

SEC. 31.  The city council is authorized to levy and collect taxes not exceeding one-half of one per centum on all taxable property within the city for general purposes of the city, according to the laws of the territory; and a further tax not to exceed two mills upon the dollar for a sinking fund, to pay off bonds heretofore, or which may hereafter be authorized to be issued by authority of law for the extinguishment of the outstanding indebtedness of said city, and shall levy annually the taxes provided for by special enactment of the legislative assembly for the redemption of central high school bonds, and such further taxes for the support of schools, not exceeding ten mills on the dollar as may be demanded by the requisition of the board of education. The council may also in its discretion levy a tax annually of two mills on the dollar, to carry out the provisions of section twenty-four hereof, which said tax when levied and collected shall be used for no other purpose whatever.

SEC. 32.  The city assessor shall enter upon his duties on or before the first Monday in June of each year, and shall return his assessment roll to the city council at its first sitting in August, and said roll shall embrace a valuation upon each lot, or part of lot, where there are two or more distinct titles within such lot, separately,

with as far as possible to obtain them, the names of the owners set over against their respective lots; an alphabetical list of the persons against whom personal property is assessed, and a list of persons against whom a poll tax is to be levied; and each column of valuation shall be footed up. The city council shall, upon receipt of the roll, proceed to levy the taxes for the year by an ordinance which shall be published in all the newspapers of the city four weeks; and any person deeming himself aggrieved by the assessment shall appear before the council, within that time of publication, and ask for a correction of such assessment or be thereafter barred from such remedy; at the expiration of four weeks from the first publication of the tax ordinance, the recorder shall take the assessment roll and proceed to make up the tax book which shall be completed, and by the mayor placed in the hands of the tax collector on or before the first day of December following, and thereupon the tax collector shall notify the public by advertisement of his readiness to collect taxes. In all other matters pertaining to the collection of taxes by voluntary payment, or by distress and sale, and for the sale of property for delinquent taxes, the rules of the revenue laws of the territory shall govern the collector the same as if otherwise especially applied.

SEC. 33. The council are authorized to borrow money for any object in their discretion, if, at a regular or special election, after twenty days' public notice, stating distinctly the nature and object of the loan and the amount thereof, the voters, by two-thirds of the legal votes at such election, shall determine in favor of said loan, but the loan shall in no case be diverted from the specified object.

SEC. 34. All road tax which may be levied on any property in said city, in lieu of labor or otherwise, shall be paid to the proper authorities of said city for the improvement of the streets thereof.

SEC. 35. Any person being a resident of said city, subject by the laws of the territory to work on roads and highways, shall be required to do and perform such work, or cause the same to be done, under the direction of the proper authorities, upon the streets of said city or upon the public roads leading thereto, as the authorities may direct. The city council shall have exclusive jurisdiction within the limits of the city.

SEC. 36. The city council may employ a civil engineer or any attorney at law to perform any special service required by the city, who shall be allowed such compensation as may be agreed upon at the time of making the contract for their services.

SEC. 37. The city council is authorized to establish the rates and provide for the collection of wharfage and charges for the use of the wharf or levee, and shall provide that the net proceeds of all moneys so collected shall be applied to and expended for the improvement of the wharf and for no other purpose whatever.

SEC. 38. The tax collector of said Nebraska City shall pay into said city treasury all moneys, warrants and scrip received for taxes in said city, in the same funds in which the same were

received, and if he shall pay into said treasury any scrip, warrants or other evidence of city indebtedness, in lieu of money by him received for taxes or from any other sources, he shall, upon conviction thereof, before any court having jurisdiction of the same, forfeit and pay the sum of five hundred dollars, and be sentenced to the penitentiary not less than one year.

SEC. 39.   All ordinances passed by the city council which are not inconsistent with the organic act and the acts of the legislative assembly of the territory of Nebraska, shall have the same force and effect within the limits of said Nebraska City as the statutes of the territory, and the book of ordinances provided for in section fourteen of this act, or an authenticated copy, under the seal of the city, of any ordinance therein written, may be read in evidence in any court of this territory.

SEC. 40.   An act approved December 31, 1857, an act approved December 22, 1859, an act approved January 11, 1861, an act approved January 9, 1862, an act approved February 13, 1865, and all acts or parts of acts amendatory of the act entitled "an act to consolidate the corporations of Nebraska City, South Nebraska City and Kearney City, and incorporate Nebraska City," approved December 31, 1857, and an act approved February 12, 1866, be and the same are hereby repealed.

SEC. 41.   This act shall be in force and take effect from and after its passage; and a certified copy of this act, furnished by the secretary of the territory, shall be published in all the newspapers of Nebraska City.

Approved February 12, 1867.

------

## AN ACT

### To incorporate the Nebraska Mining and Manufacturing Company.

SECTION 1.   *Be it enacted by the Council and House of Representatives of the Territory of Nebraska, and it is hereby enacted by the authority of the same,* That J. R. Hardenbergh, F. F. Hardenbergh, J. S. Gregory, jr., S. B. Linderman and E. H. Hardenbergh, and their successors, associates and assigns, be and they are hereby created a body corporate by the name and style of the Nebraska Mining and Manufacturing Company, and by that name and style shall be capable in law of contracting and being contracted with, of sueing and being sued, defending and being defended against in all courts of law and eqity, and in all matters whatsoever, with full power to acquire, hold, occupy, lease and enjoy all such real and personal property as may be necessary in the prosecution, operation and usefulness of the work of said company, and they may have and use a common seal and the same alter at their pleasure, and may ordain and establish all such by-laws, rules and regulations as by

# LAWS, JOINT RESOLUTIONS AND MEMORIALS.

PASSED AT THE FOURTH AND FIFTH SESSION OF THE

## LEGISLATIVE ASSEMBLY

OF THE

# STATE OF NEBRASKA.

———————

BEGUN AND HELD AT THE CITY OF LINCOLN,

JANUARY 10, A.D. 1869.

PUBLISHED BY AUTHORITY.

———•◆•———

CITY OF OMAHA.
ST. A. D. BALCOMBE, PRINTER TO THE STATE.
1869.

exhibited by a wife in her own name, as well as a husband; and in all cases the respondent may answer such bill without oath," be amended as follows: A petition or bill of divorce, alimony and maintenance, may be exhibited by a wife in her own name, as well as a husband; and in all cases the respondent may answer such petition or bill without oath; and in all cases of divorce, alimony and maintenance, when personal service can not be had, service by publication may be made as is provided by law in other civil cases under the code of civil proceedure.

SEC. 2.  *And be it further enacted,* That either party may be a witness as in other civil cases, and all acts inconsistent with this act is hereby repealed.

SEC. 3.  This act to take effect and be in force from and after its passage.

Approved February 8, 1869.

---

AN ACT

To Incorporate Cities of the First Class in the State of Nebraska.

SECTION 1.  *Be it enacted by the Legislature of the State of Nebraska,* That all cities within this State which at the last Federal census had, or now have, three thousand qualified voters, under the provisions of the election laws of this State, as shown by the regis-try of qualified voters therein, or by the official vote polled at the last preceding general election, shall be deemed cities of the first class, within the meaning of this act, and shall be invested with all the powers and be subject to all the restrictions hereinafter conferred or imposed. *(Three thousand qualified voters.)*

SEC. 2.  Cities organized or to be organized under the provisions of this act, be, and they are hereby declared to be bodies corporate and politic, under the name and style of "The city of ————," capable to sue and be sued, contract and be contracted with, to acquire, hold and possess property, real and personal; and to have a common seal, and to change and alter the same at pleasure; and to exercise such other powers, and to have such other privileges as are incident to municipal corporations of like character or degree, not inconsistent with this act or the general laws of this State. *(Bodies corporate.)*

SEC. 3.  All municipal corporations organized or to be organized under this act, shall have the general power and privileges, and be subject to the rules and restrictions granted and prescribed in the succeeding sections of this act. *(Power and privileges.)*

Council, shall be, remain and continue in force until altered or repealed by the City Council established by this act.

SEC. 46.  That the City Council, whenever, in their opinion the interests of the corporation require it, shall have power to levy and collect a tax on dogs and other domestic animals not included in the list of taxable property for State and county purposes, which said tax shall be collected by the collector of such corporation, and be paid into the treasury thereof. *Levy and collect tax on dogs and other animals.*

SEC. 47.   The City Council shall have power to license all exhibitors of shows, and performances of every kind not otherwise prohibited by law, all hawkers and peddlers, all auctioneers of horses or other animals in the highways or public grounds of the city; all venders of gun powder, all taverns and houses of public entertainment; all hucksters in the public streets or markets; and in granting such license may exact and receive such sum or sums of money as the Council shall think fit and expedient.  Any such Council may also require the owners of all vehicles of every description, used for the carriage or transportation of persons or property for hire in the corporation; all undertakers or owners of hearses to take out a license ; but the owner of any such vehicle may be made liable for the breach of any ordinance regulating the conduct of the drivers thereof. *City Council have power to license shows, peddlers, auctioneers, &c.* *Livery stables.* *Undertakers, &c.*

SEC. 48.   The City Council of any city in which a gas company has been or may be hereafter established, shall have power to fix, from time to time, by ordinance, the minimum price at which such Council shall require such gas company to furnish gas to the citizens or public buildings of such city, or for the purpose of lighting the streets, alleys and public grounds thereof, for any period not exceeding ten years; and from and after the assent of the company to such ordinance, by a written acceptance thereof filed in the Clerk's office of such city, it shall not be lawful for said City Council to require the said company to furnish gas to the citizens, public buildings, public grounds or public lamps of such city, at a less price during the period of time agreed upon, not exceeding ten years as aforesaid :  *Provided,* That this act shall not operate to impair or effect any contract heretofore made between any city and any gas light or gas light and coke company. *Ordinance relating to Gas Company, fix price for public and private use*

SEC. 49.   The City Council shall have power to provide for the punishment of vagrants, common street beggars, common prostitutes, habitual disturbers of the peace, known or reputed pickpock- *Power to punish vagrants, prostitutes, gamblers and drunkards.*