# EXHIBIT

# 5

# GENERAL LAWS,

### AND

## Joint Resolutions, Memorials and Private Acts,

#### PASSED AT THE

## SECOND SESSION

##### OF THE

# LEGISLATIVE ASSEMBLY

##### OF THE

## TERRITORY OF COLORADO.

---

Begun at Colorado City, on the 7th day of July, 1862.
Adjourned to Denver, on the 11th day of July.

---

TOGETHER WITH THE DECLARATION OF INDEPENDENCE, THE
CONSTITUTION OF THE UNITED STATES,

##### AND THE

## ORGANIC ACT OF THE TERRITORY.

---

### PUBLISHED BY AUTHORITY.

DENVER:
Rocky Mountain News Printing Company.
1863.

Digitized From Best Copy Available

CRIMINAL JURISPRUDENCE.

o'clock, in the forenoon of that day; and the causes now upon the docket of the July term, shall be continued thereto without further notice.

Approved July 31st, 1862.

---

## AN ACT

### To Amend an Act Entitled "An Act Concerning Criminal Jurisprudence, Approved Nov. 5, 1861.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

**Death penalty abolished in certain cases.** SECTION 1. That the words "twenty years, or by death," in the last line of section sixty, of an act entitled "An act concerning criminal jurisprudence," upon page three hundred (300) of the printed laws, be and the same are hereby stricken out, and the words "not more than twenty years," be and the same are hereby inserted in lieu thereof.

Approved August 15th, 1862.

---

## AN ACT

### To Prevent the Carrying of Concealed Deadly Weapons in the Cities and Towns of this Territory.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

**Concealed deadly weapons; carrying of prohibited.** SECTION 1. If any person or persons shall, within any city, town, or village in this Territory, whether the same is incorporated or not, carry concealed upon his or her person any pistol, bowie knife, dagger, or other deadly weapon, shall, on conviction thereof before any justice of the peace of the proper county, be fined in any sum not less than five, nor more than thirty-five dollars.

**Sheriffs, etc., excepted.** SEC. 2. The provisions of this act shall not be construed to apply to sheriffs, constables, or police officers when executing their official duties.

Approved August 14th, 1862.

Digitized From Best Copy Available

# ACTS, RESOLUTIONS AND MEMORIALS,

OF THE

# TERRITORY OF MONTANA,

PASSED BY THE

# FIRST LEGISLATIVE ASSEMBLY.

CONVENED AT BANNACK, DECEMBER 12, 1864.

VIRGINIA CITY, MONTANA:
D. W. TILTON & CO.
1866.

AN ACT relating to fords.

———

*Be it enacted by the Legislative Assembly of the Territory of Montana:*

SEC. 1.   That no charter for ferry or bridge company granted by the legislature of this Territory shall be so construed as to authorize such company to exclude or prevent the public from the free use of any ford that may cross any stream at or near the ferry or bridge of said company.

SEC. 2.   The owner or keeper of such bridge or ferry shall not in any way obstruct the passage to or from any ford across any stream; and any person, upon conviction of thus obstructing any fording or ford in any manner whatsoever, shall be liable to a fine of not less than fifty dollars nor more than one hundred dollars.

SEC. 3.   This act to take effect and be in force from and after its passage.

[Approved January 11, 1865.]

———

AN ACT to prevent the carrying of concealed deadly weapons in the cities and towns of this Territory.

———

*Be it enacted by the Legislative Assembly of the Territory of Montana:*

SEC. 1.   If any person shall within any city, town, or village in this Territory, whether the same is incorporated or not, carry concealed upon his or her person any pistol, bowie-knife, dagger, or other deadly weapon, shall, on conviction thereof before any justice of the peace of the proper county, be fined in any sum not less than twenty-five dollars nor more than one hundred dollars.

SEC. 2.   The provisions of this act shall not be construed to apply to sheriffs, constables, or police officers.

SEC. 3.   This act shall be in force from and after its passage.

[Approved January 11, 1865.]

# LAWS

## OF THE TERRITORY OF

# NEW MEXICO,

### PASSED BY THE

## *LEGISLATIVE ASSEMBLY.*

### SESSION OF 1868-1869.

SANTA FE, N. M.
MANDERFIELD & TUCKER, Public Printers.
1869.

all laws now in force, to each of the justices of the peace and constables in said precincts for the administration of justice in the same.

Sec. 2. That all laws or parts of laws, in conflict with this act are hereby repealed, and this act shall be in force, from and after its passage.

Approved January 29th, 1869.

[Translated from the original Spanish.]

————

## CHAPTER XXXII.

AN ACT Prohibiting the carrying of deadly weapons, either concealed or in any other way, repealing all other laws on the same subject, and for other purposes.

BE IT ENACTED by the Legislative Assembly of the Territory of New Mexico :—

When persons may carry arms.

SECTION 1. From and after the passage of this act it shall be unlawful for any person to carry deadly weapons, either concealed or otherwise, on or about their persons within any of the settlements of this Territory, except it be in the lawful defence of themselves, their families or their property, and the same being then and there threatened with danger, or by order of legal authority, or on their own landed property, or in the execution of an order of court.

Sec. 2. Deadly weapons, in the meaning of this act, shall be construed to mean all kinds and classes of pistols whether the same be a revolver, repeater, derringer, or

any other kind or class of pistol; any and all kinds of
bowie knives, daggers, poniards, butcher knives, dirk
knives, and all such weapons with which cuts can be giv-
en, or by which wounds can be inflicted by thrusting, in-
cluding sword canes and such sharp pointed canes with
which deadly thrusts can be given, and all kinds of slung
shots, and any other kinds of deadly weapon, by whatev-
er name it may be called, by which a dangerous wound
can be inflicted.

*Weapons des-cribed.*

Sec. 3.   The penalty for the violation of the preceding
sections of this act shall not be less than ten dollars nor
more than fifty dollars for each offence, or not less than
ten days imprisonment nor more than fifty days imprison-
ment in the county jail, or both, such fine and imprison-
ment in the discretion of the jury trying the case.

*Violation—pe-nalto of*

Sec. 4.   Any person who shall draw a deadly weapon
on another, or who shall handle a deadly weapon in a
threatening manner at or towards another, in any part of
this Territory, except in the lawful defence of himself, his
family or his property, or by order of legal authority,
upon conviction thereof before the proper tribunal, shall
for each offence be fined in a sum not less than twenty-
five dollars nor more than seventy-five dollars, or by im-
prisonment in the county jail for a term of not less than
twenty days nor more than sixty days, or be punished by
both such fine and imprisonment, in the discretion of the
jury trying the cause.

*Shall be fin-ed*

Sec. 5.   Any person who shall draw or use any dead-
ly weapon in any ball, dance or other public gathering of
the people, or near where any election authorized by law
is being held, in any part of the Territory, except it be
10.

in the lawful defence of himself, his family or his proper-
ty, or in obedience to legal authority, shall, upon convic-
tion before the proper tribunal, be punished by a fine not
**How punish-** less than fifty dollars nor more than one hundred dollars
**ed** for each offence, or by imprisonment in the county jail
for a term of not less than one month nor more than
three months for each offence, or by both such fine and
imprisonment, in the discretion of the jury trying the
cause.

**Justice of the** Sec. 6. Justices of the peace as well as the district
**peace to have** court shall have jurisdiction of all offences under the
**jurisdiction**
preceding sections of this act, and all causes under this
act shall be tried by a jury, and if the person accused of
the crime pleads "guilty" to the charge the jury shall pro-
ceed to hear all the evidence in the cause in order to fix
the penalty.

Sec. 7. A conviction of any person under this act
shall not be a bar to a prosecution and conviction of the
same person for an assault and battery, aggravated as-
sault, assault with a deadly weapon, assault with intent
to kill, or murder, manslaughter, or other crime, and
**Evidence.** where the words "weapons" or "deadly weapons" are
used in this act, such word or words shall be construed
to mean the weapons described in section two of this act.

**Fines how** Sec. 8. It shall not be necessary in the trial of any
**disposed of.** cause arising under the provisions of this act to prove
that the person charged was not in the lawful defence of
himself, his family or his property ; but the accused must
prove to the satisfaction of the jury that the act charged
was done in the lawful defence of himself, his family or
his property, before the jury can acquit.

Sec. 9. Any lawful voter of this territory may with-

out a warrant arrest parties who may violate the preceding sections of this act, and take such persons before a justice of the peace of the county in which the offence was committed, for complaint and trial, and such trial shall be had as soon as possible, giving due time for summoning witnesses.

Sec. 10.   All fines collected by virtue of the preceding sections of this act shall go one-third to the Territory, one-third to the county in which the offence was committed, and one-third to the person or attorney who, on the part of the Territory, procured the conviction.

Sec. 11·   Persons traveling may be permitted to carry arms within settlements or towns of this Territory, for one hour after arriving in such settlements or town, and while going out of such towns or settlements ; and sheriffs and constables of the various counties of this Territory and their lawfully appointed deputies may carry weapons in the legal discharge of the duties of their respective office, when the same may be necessary, but it shall be for the jury to decide from the evidence whether such carrying of weapons was necessary or not, and for an improper carrying or using deadly weapons by any officer mentioned in this section, he shall be punished as other persons are punished for a violation of the preceding sections of this act.

Who may carry arms

Sec. 12.   It shall be the duty of the keeper of each and every hotel, boarding house and drinking saloon, to keep posted up in a conspicuous place in his bar room or reception room, if there be no bar kept in the house, a plain notice in Spanish as also in English, to travelers to divest themselves of their weapons in accordance with section eleven of this act, and the sheriffs of the various

Duty of the keepers of hotels

76                                   LAWS OF NEW MEXICO.

counties shall notify the keepers of hotels, boarding hou-
ses and drinking saloons in their respective counties of
their duties under this law, and if after such notification
any keeper of a hotel, boarding house or drinking saloon
shall fail to keep notices posted as required by this act,
he shall on conviction thereof before a justice of the peace
be fined in the sum of five dollars to go to the county
treasury.

Sec. 13.   Sheriffs and their deputies and constables,
shall be sworn to rigidly enforce this act, and any one of
such officers who may neglect or fail to enforce this act,
shall be fined in a sum not less than fifty dollars nor
more than one hundred dollars for each offence, to be re-
covered by indictment in the district court of the proper
county, and one-third of such fine shall go to the Territo-
ry, one third to the county, and one third to the acting
district attorney, and such conviction and fine shall not
be a bar to any other prosecution and conviction of such
officer under other laws of this Territory.

*Sheriffs and their deputies*

Sec. 14.   Any and every person who receives a li-
cense to give a ball, dance or fandango, shall, at the time
of taking out such license, be sworn to preserve good or-
der and enforce this law at and during such ball, dance
or fandango on and about his premises, and during such
time such person shall have and exercise all the powers of
a sheriff in maintaining good order on and about his pre-
mises, and if the officer who issues such license does not
believe the applicant to be a proper person to preserve
good order, then such officer shall refuse to grant such li-
cense until such applicant shall present a proper person
who shall be sworn as above mentioned, and have the
power and duties as above mentioned, and persons arrest-

*Good order to be kept*

ed by the sworn person mentioned in this section may be confined for the time being in any house or place as well as the jail, or in any secure manner that is not inhuman.

Sec. 15. If any person shall give a ball, dance or fandango where a license is required, without first being himself sworn, or having some other person sworn to preserve good order and enforce this act, he shall be fined in the sum of twenty-five dollars to be collected before any justice of the peace in the county, and one-half of said fine to go to the county and one-half to the person or attorney securing the conviction; provided, that if the applicant secure the attendance at his ball, dance or fandango, of a sheriff or his deputy or of a constable of the county, to preserve good order and enforce this law, then he shall not be fined for not being sworn, nor shall the officer issuing the license in such case require him to be sworn, nor to present a person to be sworn in his or her place; provided, that the Secretary of the Territory is required, after the passage of this act, to forward a copy to each of the probate judges of the different counties of this Territory.

Sec. 16. All acts or parts of acts in regard to carrying or using deadly weapons, now in force in this Territory, are hereby repealed, and all acts or parts of acts that conflict with this act are hereby declared null and void so far as they conflict with this act; and this act shall be in force from and after its passage.

Approved January 29, 1869.

# LAWS

### OF THE

# STATE OF MARYLAND.

## MADE AND PASSED

At a Session of the General Assembly, begun and held at the
City of Annapolis, on the Third day of January, 1872,
and ended on the First day of April, 1872.

# 1872.



Published by                    Authority.

## BALTIMORE:

### PUBLISHED BY JOHN MURPHY & CO.

Publishers of the Maryland Code and Supplements, Maryland Reports, &c.

### 182 BALTIMORE STREET.

S. S. MILLS, and L. F. COLTON, State Printers.

### 1872.

56            LAWS OF MARYLAND.

Screw Dock Company," be and the same is hereby
revived, and shall continue in full force and effect
until the year eighteen hundred and ninety, and
until the end of the next session of the General As-
sembly that shall happen thereafter, to every intent
and purpose as if the corporate existence thereof had
not been interrupted, or the Act aforesaid had not
expired.

Re-organiza-
tion.

SEC. 2. *And be it enacted*, That the person or per-
sons holding stock in said corporation, shall, within
three months after the passage of this Act, meet for
the purpose of re-organizing the same at the office
last occupied by said corporation, for the transaction
of business, and at such meeting, of which the holder
or holders of all said stock shall be duly notified,
transfers of stock may be made by the holder or
holders thereof, on the books of the company, and
officers of the company may be elected, and such
other business transacted as may be necessary for
the interest of said corporation.

In force.

SEC. 3. *And be it enacted*, That this Act shall take
effect from the date of its approval by the Governor.

    Approved February 26, 1872.

---

## CHAPTER 42.

AN ACT to add an additional section to article two
of the Code of Public Local Laws, entitled "Anne
Arundel county," sub-title "Annapolis," to pre-
vent the carrying of concealed weapons in said
city.

Additional
section.

SECTION 1. *Be it enacted by the General Assembly of
Maryland*, That the following section be added to
article two, of the Code of Public Local Laws, en-
titled "Anne Arundel county," sub-title "Annapolis:"

SEC. 246. It shall not be lawful for any person to Concealed carry concealed, in Annapolis, whether a resident thereof or not, any pistol, dirk-knife, bowie-knife, sling-shot, billy, razor, brass, iron or other metal knuckles, or any other deadly weapon, under a penalty of a fine of not less than three, nor more than ten dollars in each case, in the discretion of the Justice of the Peace, before whom the same may be tried, to be collected as other fines and penalties are now collected; *provided*, the provisions of the section Proviso. shall not apply to any officer of the law, either of the State or city, where any pistol or other weapon is a part of the prescribed outfit of said officer, *and provided further*, that either party, feeling aggrieved at the decision of said Justice of the Peace, shall have the right to appeal to the Circuit Court of Anne Arundel county.

SEC. 2. *And be it enacted*, That this Act shall take In force. effect from the date of its passage.

Approved February 26, 1872.

————— ··•·· —————

## CHARTER 43.

AN ACT to amend an Act, entitled "An Act to incorporate the President and Directors of the Maryland Fire Insurance Company of Baltimore," passed at January session, eighteen hundred and fifty-eight, by decreasing the capital stock and par value of the shares thereof, and by altering the mode of voting by the stockholders.

SECTION 1. *Be it enacted by the General Assembly of* Par value re-*Maryland*, That the par value of the shares of the duced. capital stock of the President and Directors of the Maryland Fire Insurance Company of Baltimore, be and the same is hereby reduced to five dollars per share, and the said Company may at any time here- Capital stock after increase its capital stock to the amount of two decreased.

# THE COMPILED

# LAWS OF WYOMING.

INCLUDING ALL THE

Laws in force in said Territory at the close of
the Fourth Session of the Legislative Assembly of said
Territory, together with such Laws of the United States
as are applicable to said Territory; also the Treaties made with
the Sioux and Shoshone Tribes of Indians in the Year
1868; with a Synopsis of the Pre-Emption, Home-
stead and Mining Laws of the United States.

---

PUBLISHED BY AUTHORITY OF THE ACT OF THE FOURTH LEGISLATIVE ASSEMBLY OF
SAID TERRITORY, ENTITLED
"AN ACT TO COMPILE AND PUBLISH THE LAWS OF WYOMING IN ONE VOLUME."

---

J. R. WHITEHEAD, Superintendent of Compilation.

---

# H. GLAFCKE:

LEADER STEAM BOOK AND JOB PRINT, CHEYENNE, WYOMING.

## 1876.

# CHAPTER 52.

AN ACT to Prevent the Carrying of Fire Arms and Other Deadly Weapons.

*Be it enacted by the Council and House of Representatives of the Territory of Wyoming:*

Carrying weapons within city, town or village limits, prohibited.

SECTION. 1.   That hereafter it shall be unlawful for any resident of any city, town or village, or for any one not a resident of any city, town or village, in said Territory, but a sojourner therein, to bear upon his person, concealed or openly, any fire arm or other deadly weapon, within the limits of any city, town or village.

Non-resident to be first notified.

SEC. 2.   That if any person not a resident of any town, city or village of Wyoming Territory, shall, after being notified of the existence of this act by a proper peace officer, continue to carry or bear upon his person any fire arm or other deadly weapon, he or she, shall be deemed to be guilty of a violation of the provisions of this act and shall be punished accordingly.

Violation of this act a misdemeanor.

Penalty.

SEC. 3.   Any person violating any of the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not less than five dollars nor more than fifty dollars, and, in the default of the payment of any fine which may be assessed against him, shall be imprisoned in the county jail for not less than five days nor more than twenty days.

In force.

SEC. 4.   This act shall take effect and be in force from and after its passage.

Approved, December 2nd, 1875.

# STATE OF KANSAS.

# SESSION LAWS OF 1881,

PASSED AT THE NINETEENTH REGULAR, THE SAME BEING THE SECOND BIENNIAL
SESSION OF THE LEGISLATURE OF THE STATE OF KANSAS.

DATE OF PUBLICATION OF VOLUME, MAY 10, 1881.

TOPEKA, KANSAS:
GEO. W. MARTIN, KANSAS PUBLISHING HOUSE.
1881.

# CHAPTER XXXVII.

### CITIES OF THE FIRST CLASS—AN ACT TO REGULATE.·

An Act to incorporate and regulate cities of the first class, and to repeal
all prior acts relating thereto.

*Be it enacted by the Legislature of the State of Kansas:*

#### ARTICLE I.—GENERAL PROVISIONS.

SECTION 1. Whenever it shall have been duly ascertained, *Shall become city of the first class, when.* by any census or enumeration taken under any law of the United States or of the state of Kansas, or by any city, that any city has attained a population of over fifteen thousand inhabitants, such fact shall thereupon, by the mayor and council of such city, be certified to the governor of the state, who shall thereupon, by public proclamation, declare such city to be, and the same shall thereupon become, a city of the first class.

SEC. 2. All cities of the first class shall be governed by the provisions of this act.

SEC. 3. Each city governed by the provisions of this act *Shall be a body corporate, and have power to sue, etc.* shall be a body corporate and politic, and shall have power —

*First:* To sue and be sued.

*Second:* To purchase and hold real and personal property for the use of the city.

*Third:* To sell and convey any real or personal estate owned by the city, and make such order respecting the same as may be deemed conducive to the interests of the city.

*Fourth:* To make all contracts, and do all other acts in relation to the property and concerns of the city necessary to the exercise of its corporate or administrative powers.

*Fifth:* To exercise such other and further powers as may be conferred by law.

SEC. 4. The corporate name of each city of the first class *Corporate name.* shall be "The city of ———."

SEC. 5. The power hereby granted shall be exercised by *Powers, how exercised.* the mayor and council of such city, as hereinafter set forth.

SEC. 6. All and every process whatever affecting any such *Process, how served.* city shall be served upon the mayor, or, in his absence, upon the president of the council, or, in the absence of both from the city, then upon the city clerk.

ARTICLE II.—BOUNDARIES OF CITIES AND WARDS, AND HOW
CHANGED.

Corporate limits.

SEC. 7. The corporate limits of any city of the first class shall remain as heretofore, until changed as provided by law. Such limit shall be declared by ordinance, and upon any change being made therein, the entire boundary as changed shall be declared in one ordinance.

Adjoining territory may be added, when.

SEC. 8. Whenever any territory adjoining to the city limits shall be subdivided into lots, blocks, streets, and alleys, the same may, when approved by the mayor and council, be added to the city.

Number of wards.

SEC. 9. Each city of the first class shall be divided into not less than four wards, which shall be as near equal in population as can conveniently be provided, and the territory of each ward shall be contiguous and compact.

Number of wards may be changed, how.

SEC. 10. The number and boundaries of wards may be changed by ordinance, when the same shall be passed by a vote of at least three-fourths of all the city council elected; and when so fixed by ordinance, the number and boundaries of such wards shall not be again changed for a period of two years, except for the purpose of adding thereto such territory as may at any time be added to the city limits.

ARTICLE III.—GENERAL POWERS.

*Powers of the Mayor and Council.*

Powers of mayor and council.

SEC. 11. The mayor and council shall have the care, management and control of the city, and its property and finances, and shall have power to enact ordinances for the purposes hereinafter named not repugnant to the constitution and laws of this state, and such ordinances to alter, modify and repeal; and shall have power —

Extent of tax levy for revenue and improvements.

*First:* To levy and collect taxes upon all the real, mixed and personal property within the limits of said city taxable according to the laws of this state, the valuation of such property to be taken from the assessment rolls in the county clerk's office: For general-revenue purposes, not to exceed six mills on the dollar in any one year; for general-improvement purposes, not to exceed three mills on the dollar in any one year.

Levy for interest on bonds.

*Second:* To levy and collect, annually, taxes on all the taxable property within the city, in addition to other taxes, in a sufficient amount, for the purpose of paying the interest

Extent of tax levy.

current year for all purposes, exclusive of school, water works and special-improvement taxes, exceed two per cent. of the taxable property of the city.

Bridges, sidewalks, etc., estimate of cost to be made.

SEC. 22. Before the city council shall make any contract for building bridges or sidewalks, or for any work on streets, or for any other work or improvement, a detailed estimate of the cost thereof shall be made under oath by the city engineer, and submitted to the council; and no contract shall be entered into for any work or improvement for a price exceeding such estimate. And in no case shall the city be liable for any allowance beyond the original contract price for such work.

Punishment for carrying firearms.

SEC. 23. The council shall prohibit and punish the carrying of firearms, or other dangerous or deadly weapons, concealed or otherwise, and cause to be arrested and imprisoned,

Vagrants, tramps, etc.

fined or set to work, all vagrants, tramps, confidence men and persons found in said city without visible means of support, or some legitimate business.

General fund to be used to compromise indebtedness, when.

SEC. 24. The mayor and council shall have power in their discretion to use any or part of the general fund of the city not necessary for the general purposes of the city, and when the city is not indebted in any manner for debts payable out of such general fund for the purchase or compromise of any outstanding indebtedness of the city: *Provided,* That the bonds so purchased shall be immediately canceled in manner and form as directed by the mayor and council: *And provided further,* Said bonds shall not be purchased at a price exceeding the market value for the time being, and in no case at a price in excess of fifty per cent. of their face value.

Sinking fund.

SEC. 25. The city council is hereby authorized to make provision for a sinking fund, to redeem at maturity the bonded indebtedness of the city; and the tax levied for said sinking fund shall be payable in cash.

Mayor and council may compel sidewalks, etc., to be kept in good order.

SEC. 26. The mayor and council shall have power to prescribe by ordinance rules and regulations, compelling owners or occupants of real property to keep in good order and proper place any of the improvements of any sidewalk, gutters, and also to clean or remove from sidewalks and gutters ice, snow, or other substances. Such rules and regulations shall be deemed police regulations, and violations thereof may be punished accordingly by fine or imprisonment.

Liabilities to be paid monthly.

SEC. 27. Each month the mayor and council shall provide by ordinance for the payment of all liabilities of the city in-

SEC. 122. All acts and parts of acts heretofore enacted by *Acts of territory repealed.* the legislature of the territory or state of Kansas in conflict with this act are hereby repealed.

SEC. 123. Chapter 46 of the session laws of 1874, being an *Acts repealed.* act entitled "An act to incorporate and regulate cities of the first class," approved March 6, 1874, and chapter 47 of the session laws of 1874, being an act entitled "An act to amend an act entitled 'An act to incorporate cities of the first class,'" approved March 9, 1874, and chapter 70 of the session laws of 1875, being an act entitled "An act to amend an act entitled 'An act to incorporate and regulate cities of the first class,' approved March sixth, eighteen hundred and seventy-four," approved March 3, 1875, and chapter 74 of the session laws of 1875, being an act entitled "An act to provide for the collection of judgments, and to repeal section three of chapter sixty-three of the laws of eighteen hundred and seventy-one," approved March 5, 1873, and chapter 87 of the session laws of 1877, being an act entitled "An act relating to cities of the first class, and providing for the election and appointment of officers therein named, and prescribing the duties of such officers," approved March 6, 1877, and chapter 82 of the session laws of 1879, being an act entitled "An act to incorporate cities of the first class," approved March sixth, eighteen hundred and seventy-four, and all amendatory and supplemental acts, and to authorize cities of the first class to refund certain indebtedness and to levy taxes to pay for the same, and providing for certain officers and their compensation and duties," approved March 12, 1879, be and the same are hereby repealed.

SEC. 124. This act shall take effect and be in force from and after its passage, approval, and publication in the official state paper.

Approved March 4, 1881.

I hereby certify that the foregoing is a true and correct copy of the original enrolled bill now on file in my office, and that the same was published in the official state paper, March 6, 1881.                JAMES SMITH, *Secretary of State.*

8

# GENERAL LAWS

OF THE

# TERRITORY OF IDAHO,

PASSED AT THE

## FIFTEENTH SESSION

OF THE

## TERRITORIAL LEGISLATURE,

CONVENED ON THE

TENTH DAY OF DECEMBER, A. D. 1888, AND ADJOURNED ON THE
SEVENTH DAY OF FEBRUARY, A. D. 1889,

AT

## BOISE CITY.

PUBLISHED BY AUTHORITY.

———

JAMES A. PINNEY, TERRITORIAL PRINTER.
1889.

around the head of Panther Creek, to the divide between Hat Creek and Ellis Creek, thence on the divide between Hat and Ellis Creeks in an easterly direction to the Salmon River, thence up the main channel of said Salmon River to the place of beginning.

Sec. 2. This act to take effect and be in force, from and after its passage.

Approved February 4, 1889.

## CARRYING DEADLY WEAPONS.

### AN ACT

REGULATING THE USE AND CARRYING OF DEADLY WEAPONS IN IDAHO TERRITORY.

*Be it enacted by the Legislative Assembly of the Territory of Idaho, as follows:*

Section 1. That it is unlawful for any person, except United States officials, officials of Idaho Territory, County officials, Peace officers, Guards of any jail, and officers or employees of any Express Company on duty, to carry, exhibit or flourish any dirk, dirk-knife, sword, sword-cane, pistol, gun or other deadly weapons, within the limits or confines of any city, town or village or in any public assembly of Idaho Territory. Every person so doing is guilty of a misdemeanor and is punishable by fine not less than fifty dollars nor more than one hundred dollars, or by imprisonment in the county jail for a period of not less than twenty days nor more than fifty days, or by both such fine and imprisonment.

Sec. 2. One half of all fines collected under the provisions of this act shall be paid to the officer making the arrest, which amount shall be payment in full for his services. The other one half shall be paid into the Common School Fund of the county, after deducting the necessary costs of the prosecution of the case.

Sec. 3. All acts or parts of acts in conflict with this act are hereby repealed.

Sec. 4. This act shall take effect and be in force from and after its passage.

Approved February 4, 1889.