# EXHIBIT

# 7

THE

# ACTS AND RESOLUTIONS

ADOPTED BY THE

## LEGISLATURE OF FLORIDA,

AT ITS

## FIRST SESSION,

UNDER THE CONSTITUTION OF A. D. 1885,

TOGETHER WITH AN APPENDIX CONTAINING A

## STATEMENT OF RECEIPTS AND EXPENDITURES FOR 1885–6,

AS REQUIRED BY THE CONSTITUTION.

PUBLISHED BY AUTHORITY OF LAW UNDER THE DIREC-TION OF THE ATTORNEY-GENERAL.

TALLAHASSEE, FLA.:
N. M. BOWEN, State P[illegible]
1887.

To execute deeds to property previously sold.

be and is hereby authorized to execute deeds of conveyance to the holder of any public property of or in said Municipality to any such property so held, wherever it shall be shown to the satisfaction of the Board of Commissioners that the city of Pensacola sold the said property and received value therefor from said holder or his grantor, and it shall appear equitable to said Board that such conveyance should be made, due execution and delivery of such deed of conveyance shall vest the title in the grantee therein, his heirs and assigns forever.

Authorized to sell certain property.

SEC. 2. *Be it further enacted*, That the said Board of Commissioners shall have power to sell to any purchaser any of the public places in, or of, said Municipality which are in the opinion of the said Board unnecessary for streets, alleys, parks, squares or other public uses, and a deed executed and delivered by the said Municipality, after due receipt of the purchase money, shall vest the title in the purchaser and his heirs and assigns forever.

Approved June 2, 1887.

---

CHAPTER 3775—[No. 95.]

AN ACT to Establish the Municipality of Jacksonville, Provide for its Government and Prescribe its Jurisdiction and Powers.

City of Jacksonville established.

SECTION 1. *Be it enacted by the Legislature of the State of Florida, as follows:* That a Municipality to be called the City of Jacksonville is hereby established in Duval county, the territorial boundaries of which shall be as follows:

Boundaries.

Beginning on the east side of the channel of the St. Johns river, where the section line between sections five and six, township two south, range twenty-seven east, prolonged eastward would intersect said east side of the channel of said river, and running thence due west along the previously decribed line and between sections one and twelve in township two south, range twenty-six east, and between sections two and eleven, and between sections three and ten to the quarter section stake between the said sections three and ten, thence due south one-half mile, thence west one-half mile to the section line between sections nine and ten, thence due south to the St. Johns river, thence east to the east side of the channel of said river, thence down and along the east and south side of said river channel to the place of beginning.

Powers of corporation.

SEC. 2. Said corporation shall have perpetual succession, shall sue and be sued, plead and be impleaded, may purchase, lease, receive and hold property, real and personal, within said city; and may sell, lease or otherwise dispose of the same for the benefit of the city; and may purchase, lease, receive and hold

cess to compel the attendance of persons and the production of books and papers before the City Council or any committee of the same. The President of the City Council and the Recorder shall have power to administer necessary oaths.

Who to administer oaths.

The City Council shall hold meetings at such times as it may determine, not less than two regular meetings per month.

Meetings of council.

The City Council shall divide the city into wards, the number and boundaries of which may be changed from time to time.

To divide city into wards.

Councilmen shall receive no compensation.

SEC. 2. No bill shall become a law without first having been passed on three several readings by a majority vote, on the third of which readings a majority of the whole number of members of the Board shall be required; nor until said bill shall have been signed by the Mayor, except that it may be passed without his signature, as herein provided. No ordinance or portion of an ordinance vetoed by the Mayor shall go into effect unless the same be passed by two-thirds of the whole number of members of the City Council. If the Mayor fail to return any ordinance at or before the next regular meeting after its passage he shall be deemed to have approved the same, and it shall become a law without further action.

Ordinances, how passed.

How passed over veto.

SEC. 3. The Mayor and City Council shall have power and are hereby authorized to create such offices and provide by ordinance for the appointment or election of all such officers as may be necessary for the good government of the city (not in conflict with nor to interfere with the duties of officers and appointees provided for in this act), whose compensation and terms of service shall be fixed before their election, and the compensation shall not be increased or diminished during their term of office. The Mayor and City Council shall have power to abolish at any time any office created by them, and to discharge any officer elected or appointed by them except as herein otherwise provided; but shall not abolish any office created under this act. All elections by the City Council shall be *viva voce* on the call of the roll. All officers created by this act, or created by city ordinance and appointees of the Board of Public Works, shall be required to give such bond as the Mayor and City Council may by ordinance provide; and the Board of Public Works may demand of its employees, appointees and artisans such bond as it shall deem fit in case there is no ordinance of the Mayor and City Council requiring such bond. No Councilman shall be eligible to any other city office.

Mayor and Council to create necessary offices.

May abolish officers.

Vote of Council to be *viva voce*.

Bond required of officers.

Councilman ineligible to office.

Every officer before entering upon the duties of his office shall take oath to faithfully and impartially perform the same.

Oath to be taken.

SEC. 4. The Mayor and City Council shall within the limitations of this act have power by ordinances to levy and collect taxes upon all property and privileges taxable by law for State

Powers of Mayor and Councilmen as to taxes.

purposes; to appropriate money and provide for the payment of the debts and expenses of the city, and also for the debts of the municipal corporation of which said city is the successor; to make regulations to prevent the introduction of contagious diseases in the city; to make quarantine laws for the purpose and to enforce the same within five miles of the city; to establish hospitals, jails, houses of detention and correction and make regulations for the government thereof; to make regulations to secure the general health of the inhabitants and to prevent and remove nuisances; to provide the city with water by water works within or beyond the boundaries of the city; to provide for the prevention and extinguishment of fires and to organize and establish fire departments; to provide for lighting the city by gas or other illuminating material, or in any other manner; to make appropriations to open, alter, abolish, widen, extend, establish, grade, pave or otherwise improve, clean and keep in repair streets, alleys and sidewalks; and to erect, establish and keep in repair bridges, culverts, sewers and gutters; and to make appropriations for lighting the streets and public buildings, and for the erection of all buildings necessary for the use of the city; to license, tax and regulate auctioneers, taverns, peddlers and retailers of liquors, and all other privileges taxable by the State; to license, tax and regulate hackney carriages, carts, omnibuses, wagons and drays, and to fix the rate to be charged for the carriage of persons and of property within the city and to the public works and property without the limits of the city; to regulate, license or prohibit and suppress theatrical and other exhibitions, shows, parades and amusements; to prohibit and suppress all gambling houses, bawdy and disorderly houses and obscene pictures and literature; to regulate, restrain or prevent the carrying on of manufactories dangerous in causing or producing fires, and to regulate and license the sale of firearms and suppress the carrying of concealed weapons; to regulate the storage of gun-powder, tar, pitch, resin, saltpetre, gun-cotton, coal oil, and all other combustible, explosive and inflammable material, and the use of lights, candles, lamps and steam pipes in all stables, shops and other places; and to regulate or suppress the use and sale of fire crackers and other fireworks and toy-pistols; to establish standard weights and measures to be used in the city, and to appoint a sealer of standard weights and measures, who shall have exclusive jurisdiction within the city; to provide for the inspection and measuring of lumber and other building material; to provide for the inspection and weighing or measuring of stone, coal, wood and all fuel, hay, corn and other grain; to provide for and regulate the inspection of beef, pork, flour, meal, and all other provisions, oils,

Quarantine laws.

General powers

Powers as to issue of licenses, &c.

To suppress and prohibit gambling houses, &c.

To regulate sale and storage of certain combustibles.

Sealer of weights and measures.

To appoint certain inspectors, &c.

Case 7:21-cv-05334-NSR Document 67-7 Filed 11/30/22 Page 6 of 6



thority of the corporation the same shall be received in evidence in all courts and places without further proof.

SEC. 5. This act shall take effect from and after its passage.

ARTICLE XIV.

Certain charters abolished.

SECTION 1. The charters of the cities of Jacksonville, LaVilla and Fairfield, in Duval county, under which said cities have heretofore been incorporated, are hereby abolished.

Certain property, &c. vested in corporation created by this act.

SEC. 2. The title, rights and ownership of all property, uncollected taxes, dues, claims, judgments, decrees and choses in action, held or owned by each of said cities, shall pass to and are hereby vested in the corporation created by this act.

Obligations of contracts not impaired.

SEC. 3. Nothing in this act shall be so construed as to impair the obligations of any existing contract into which any of said cities has heretofore entered.

Approved May 31, 1887.

---

CHAPTER 3776—[No. 96.]

AN ACT to Amend an Act entitled "An Act to Establish the Municipality of Jacksonville, Provide for its Government and Prescribe its Jurisdiction and Powers," approved May 31, 1887.

*Be it enacted by the Legislature of the State of Florida:*

Recorder to declare result of election.

SECTION 1. That section 3, of Article IV, be amended so as to read as follows: It shall be the duty of the City Recorder, within one day after he shall have ascertained the result of each general election or special election, to furnish his certificate to each person elected. The following persons, citizens of Duval county, namely, Dexter Hunter, F. M. Robinson, Porcher L' Engle, F. P. Fleming, Joseph E. Lee, James W. Archibald, Philip Walter, A. W. Barrs, James Hoey, A. W. Owens, Loton M. Jones, T. V. Gibbs, are appointed commissioners to divide the territory of said city into nine wards, for the purposes of the first election to be held after the passage of this act.

Commissioners to divide city into wards.

Obligations of certain cities not impaired.

SEC. 2. That sec. 3, of Article [XIV,] be amended so as to read as follows: Nothing in this act shall be so construed as to impair the obligations of any existing contract into which any of said cities has heretofore entered, and that the officers of the cities of Jacksonville, La Villa and Fairfield, whose charters were abolished by act approved May 31st, 1887, respectively, shall continue to discharge the duties of their respective offices until the officers of the municipal corporation succeeding thereto shall have been elected and shall have qualified; and all city ordinances not inconsistent with this act in

Officers of existing corporations to remain in office until successors elected under new law.