# EXHIBIT

# 9

# Kansas City, MO

# 1880

# AN ORDINANCE

—IN—

# REVISION OF THE ORDINANCES

GOVERNING THE

# CITY OF KANSAS:

TO WHICH ARE PREFIXED

THE CITY CHARTER OF 1875;

AN ACT CONCERNING WATER-WORKS AND A SUPPLY OF WATER FOR
THE CITY OF KANSAS, Approved March 24th, 1873;

CONTRACT WITH THE NATIONAL WATER-WORKS COMPANY
OF NEW YORK, with Amendments thereto;

AN ACT CREATING A BOARD OF POLICE COMMISSIONERS, AND AUTHOR-
IZING THE APPOINTMENT OF A PERMANENT POLICE FORCE
FOR THE CITY OF KANSAS, Approved March 27th,
1874, with Amendments thereto, and

THE OFFICIAL REGISTER OF THE CITY.

RULES OF THE COMMON COUNCIL ARE APPENDED.

---

Printed and Published by Authority of the City of Kansas.

---

COMPILED AND ARRANGED BY

## GARDINER LATHROP AND JAMES GIBSON,

OF THE KANSAS CITY BAR.

---

KANSAS CITY:
ISAAC P. MOORE'S BOOK AND JOB PRINTING HOUSE.
1880.

to Mulberry street, in this city, cry out for or solicit passengers, freight or baggage, for any hotel, inn, boarding house, restaurant, railroad ticket broker's office, or any other public place, or for any other trade, business or vocation whatever, or for the carriage of any person, freight or baggage, in any dray, wagon, cart, hack, carriage, hackney-carriage, omnibus, cab, or other vehicle; nor shall any person, at any place in this city, while engaged in any such business, cry out in a loud, unusual or boisterous manner, or use or utter any profane, obscene or boisterous language, or push, take hold of, jostle or otherwise annoy, vex, harass, disturb or interfere with any passenger or any other person.

Sec. 8.  Any person, violating, failing, neglecting or refusing to comply with any provision, regulation or requirement of this chapter, shall be deemed guilty of a misdemeanor, and, upon conviction thereof before the City Recorder, shall, where no other penalty is provided, be fined not less than five dollars nor more than five hundred dollars.

## CHAPTER XXXIV.

### PUBLIC SAFETY.

Section 1.  No person shall, in this city, ride or drive, or cause to be ridden or driven, any animal, in any street, avenue, highway, thoroughfare, or other public place, faster than a moderate gait, or shall ride or drive, or cause to be ridden or driven, any such animal or any vehicle thereto attached, in such a manner as to come in collision with or strike any other object or person, or shall leave any such animal standing in any street, avenue, alley or other public place, without being fastened or guarded so as to prevent its running away, or shall turn any such animal loose in any street, avenue, alley or other public place, or shall inhumanly, unnecessarily or cruelly beat, injure or otherwise abuse any dumb animal.

Sec. 2.  In all cases where persons meet each other in vehicles in any street, avenue, alley or other public place, in this city, each person so meeting shall turn to the right of such street, avenue, alley or other public place, so as to enable such vehicles to pass each other without collision.

Sec. 3.  No person shall, in this city, wear under his clothes or concealed about his person, any pistol or revolver, except by special permission from the Mayor; nor shall any person wear under his clothes, or concealed about his person, any slung-shot, cross knuckles, knuckles of lead,

brass or other metal, or any bowie knife, razor, billy, dirk, dirk-knife or dagger, or any knife resembling a bowie knife, or any other dangerous or deadly weapon. Any person, violating any provision or requirement of this section, shall be deemed guilty of a misdemeanor, and, upon conviction thereof before the City Recorder, shall be fined not less than fifty dollars nor more than five hundred dollars: *Provided, however,* That this section shall not be so construed as to prevent any United States, State, County or City officer, or any member of the City government, from carrying such weapons as may be necessary in the proper discharge of his duties.

SEC. 4. No person shall, in or upon any street, avenue, alley, sidewalk, public square or public park, fly a kite, or engage in any sport or exercise likely to scare horses or embarrass, obstruct or interfere with the passage of vehicles or pedestrians.

SEC. 5. No person shall trundle, or cause to be trundled, any wheelbarrow or hand cart, in or upon any sidewalk.

SEC. 6. No person shall play at or participate in any game of ball, in or upon any street, avenue, sidewalk, alley, public square or public park.

SEC. 7. No person shall slide or coast upon any hand-sled or skates, or in any other manner, in or upon any street, avenue, alley, sidewalk, public square or public park.

SEC. 8. No person shall, in or upon any street, avenue, sidewalk, alley, public square or public park, carry, bear, support or place, or cause to be carried, borne, supported or placed, any banner, sign, transparency, frame work, device or emblem, intended or tending, or purporting to be used, as an advertisement or publication of any trade, profession or business, place of business, office, store or occupation whatever.

SEC. 9. No person shall blast, or cause to be blasted, any rock, without having the rock covered at the time of setting off the blast, and all sides of the orifice protected with good, sound plank or timber of sufficient length, width and thickness, and so placed as to effectually prevent fragments of rock from ascending into the air.

SEC. 10. No person shall discharge any gun, pistol or other fire arm, except upon his own premises, and there only in proper and necessary cases: *Provided,* That this section shall not be so construed as to prevent any United States, State, County or City officer from discharging any fire arm in the execution of his official duties.

SEC. 11. No person shall dig or cause to be dug, in, near or adjoining any street, avenue, sidewalk, alley or other public place, any

# New York City, NY

# 1881

# ORDINANCES

OF THE

## Mayor, Aldermen and Commonalty

OF THE

## CITY OF NEW YORK,

IN FORCE JANUARY 1, 1881;

REVISED BY

ELLIOTT F. SHEPARD AND EBENEZER B. SHAFER,

COMMISSIONERS APPOINTED FOR THAT PURPOSE.

ADOPTED BY THE COMMON COUNCIL AND PUBLISHED BY THEIR AUTHORITY.

NEW YORK:

MARTIN B. BROWN, PRINTER AND STATIONER,

Nos. 49 AND 51 PARK PLACE.

1881.

**Surplus.**      Sec. 260. The surplus money, if any, arising from any such sale, after deducting the amount of the loan, the interest then due on the same, and the expenses of the advertisement and sale, shall be paid over by the pawnbroker, loanbroker, or keeper of a loan office, to the person who would be entitled to redeem the pledge in case no such sale had taken place.

**Regulations**      Sec. 261. No pawnbroker, loanbroker or keeper of a loan office shall make any loan on the separate or divided part or parts of any one article or thing, and which article or thing shall have been offered entire or collectively to him or her by way of pawn or pledge.

**Ibid.**      Sec. 262. No pawnbroker, loanbroker, or keeper of a loan office, shall, under any pretense whatever, purchase or buy any second-hand furniture, metals or clothes, or any other article or thing whatever, offered to him or her as a pawn or pledge.

**Penalties.**      Sec. 263. Every pawnbroker, loanbroker, or keeper of a loan office, who shall violate or neglect or refuse to comply with any or either of the provisions of sections of this article shall, for every such offense, forfeit and pay the sum of one hundred dollars.

## Article XXVII.

### *Carrying of Pistols.*

**Concealed weapons.**      Sec. 264. Every person, except judges of the federal, state and city courts, and officers of the general, state and municipal governments, authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his

Case 7:21-cv-05334-NSR   Document 67-9   Filed 11/30/22   Page 9 of 63

possession within the city of New York a pistol of any description concealed on his person, or not carried openly, shall be deemed guilty of a misdemeanor, and shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

SEC. 265. Any person, except as provided in this article, who has occasion to carry a pistol for his protection, may apply to the officer in command at the station-house of the precinct where he resides, and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give said person a recommendation to the superintendent of police, or the inspector in command at the central office in the absence of the superintendent, who shall issue a permit to the said person, allowing him to carry a pistol of any description. Any non-resident who does business in the city of New York, and has occasion to carry a pistol while in said city, must make application for permission to do so to the officer in command of the station-house of the police precinct in which he so does business, in the same manner as is required by residents of said city, and shall be subject to the same conditions and restrictions.

SEC. 266. If, at the time of the arrest, a pistol of any description shall be found concealed on the person of, or not carried openly by any one arrested, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner for violation of the provisions of this article.

Revocation of permission to carry pistols.

SEC. 267. The commissioners of police of the police department of the city of New York are hereby authorized and empowered, for reasons appearing to be satisfactory to them, by a vote of a majority of a quorum of said commissioners on ayes and noes, to annul or revoke any permission given under this article. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts, or the consequences that may arise from the use of pistols carried under the permission to be obtained as provided in this article.

## ARTICLE XXVIII.

*Snow-ploughs and Sweeping-machines by Railroad Companies and others in the City of New York.*

Snow-ploughs.

SEC. 268. It shall not be lawful for any or either of the street or horse-car railroads or stage companies, proprietors or corporations, within the limits of the city of New York, or their officers, agents or servants, to cause or allow any snow-plough, sweeping-machine or other similar instrument to pass over the tracks or lines occupied or used by them within the said limits, unless by the express permission in that behalf to be granted to them by the mayor.

Sweeping-machines.

Fines.

SEC. 269. Any of the said companies, proprietors or corporations who shall violate the provisions of the above section, shall be punished by a fine not exceeding one hundred dollars for each offense, and the officers, agents or servants of such companies, proprietors or corporations who shall violate the said provisions

# Chicago, IL

# 1881

*19767*

THE

# MUNICIPAL CODE

OF

# CHICAGO:



COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

Digitized by Google

Case 7:21-cv-05334-NSR   Document 67-9   Filed 11/30/22   Page 13 of 63

lawful for any driver of any vehicle herein mentioned, while waiting for employment at any place assigned for his vehicle, to stand waiting for employment at any other place, or to snap or flourish his whip, or to be away from his vehicle unless from necessity or on business, or to sit or stand about the doorsteps or platforms, or in front of any house, store or other building, to the annoyance of the occupants thereof.

1211.   Any person who shall violate any clause or provision of any section of this article, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, on conviction, excepting as is herein otherwise provided, pay a fine of not less than five dollars nor more than one hundred dollars, and shall forfeit his license.

## ARTICLE XIII.

### *Coal.*

1212.   In the sale of coal, the hundred weight shall consist of one hundred pounds avoirdupois, and twenty such hundred weight shall constitute a ton.

1213.   Any person or persons engaged in the business of selling coal in the city of Chicago, to be delivered in said city, shall deliver to the purchaser at the time of the delivery of the coal purchased, a certificate, signed by a city weigher, showing the weight of the coal so delivered, and the weight of the wagon or cart.

1214.   Any person violating any of the provisions of this article, or who shall deliver to any purchaser a less quantity than two thousand pounds of coal for each ton purchased (or a proportionate amount for any part of a ton), or who shall practice any fraud or deceit in the sale or delivery of any coal purchased, to be delivered in said city as aforesaid, shall upon conviction be fined in a sum of not less than twenty dollars, nor more than fifty dollars, for each offense.

## ARTICLE XIV.

### *Concealed Weapons.*

1215.   It shall be unlawful for any person within the limits of the city to carry or wear under his clothes, or concealed about his person, any pistol, colt or slung shot, cross knuckles, or knuckles of lead, brass or other metal, or bowie knife, dirk knife or dirk, razor or dagger, or any other dangerous or deadly weapon.

1216.   Any such weapon or weapons duly adjudged by any police magistrate or justice of the peace of said city to have been

worn or carried by any person, in violation of the first section of this article, shall be forfeited or confiscated to the said city of Chicago, and shall be so adjudged.

1217.   Any policeman of the city of Chicago may within the limits of said city without a warrant arrest any person or persons whom such policeman may find in the act of carrying or wearing under their clothes or concealed about their persons, any pistol, or colt, or slung shot, or cross knuckles, or knuckles of lead, brass or other metal, or bowie knife, dirk knife, or dirk, or dagger, or any other dangerous or deadly weapon, and detain him, her or them in the city jail or armory until a summons or warrant can be procured on complaint made (under oath or affirmation) for the trial of such person or persons, and for the seizure and confiscation of such of the weapons above referred to as such person or persons may be found in the act of carrying or wearing under their clothes, or concealed about their persons.

1218.   Upon complaint made, under oath or affirmation, to any magistrate or justice of the peace in said city, that any person has been guilty of violating any of the provisions of section 1215 of this article, a summons or warrant shall issue for the summoning or arrest of the offender or offenders, returnable forthwith; upon the return of such summons or warrant, such magistrate or justice shall proceed to the hearing and determination of the matter, and if it shall be adjudged that such person or persons has or have incurred any of the penalties fixed by this article, such magistrate or justice of the peace shall so adjudge, and order that the weapon or weapons, concerning the carrying or wearing of which such penalty shall have been incurred, shall be confiscated to the city of Chicago.

1219.   Any person or persons violating any of the provisions of section 1215 of this article shall pay a fine of not less than five dollars nor more than fifty dollars, or be imprisoned in the house of correction for a term not exceeding six months, or both, in the discretion of the magistrate or court before whom such conviction shall be had.

1220.   The prohibitions of this article shall not apply to the officers or members of the police force of said city when on duty, nor to any officer of any court whose duty may be to serve warrants or to make arrests; nor to persons whose business or occupation may seem to require the carrying of weapons for their protection, and who shall have obtained from the mayor a license so to do, as hereinafter provided.

Digitized by Google

1221.   The mayor may grant to so many and such persons as he may think proper licenses to carry concealed weapons, and may revoke any and all of such licenses at his pleasure.

1222.   Applications for such licenses shall be made to the mayor, and when granted, the person applying therefor shall pay to the city collector the sum of two dollars, and thereupon a license shall be issued by the city clerk, and signed by the mayor.

1223.   Every such license shall state the name, age, occupation and residence of the person to whom it is granted, and shall expire on the thirtieth day of April next following.

## ARTICLE XV.

### Dogs.

1224.   Hereafter, it shall not be lawful to permit any dog to go abroad loose, or at large, in any of the public streets, avenues, alleys, parks, or places within the corporate limits of the city of Chicago, under a penalty of five dollars for each offense, to be recovered against the owner, possessor, or person who knowingly harbored such dog within three days previous to the time of such dog being so found going abroad loose or at large.   Nothing in this article shall prevent any such dog from going into any such street, avenue, alley, park, or other place, provided such dog shall wear a good and substantial wire or leathern muzzle, securely fastened and put on, so as to prevent him from biting.

1225.   Every owner, possessor, or person who harbors or keeps any dog within the limits of the city, shall annually, and within thirty days after the first day of May in each year, pay to the city collector the sum of two dollars for every male dog, and the sum of five dollars for every female dog, and cause such dog to be registered in the office of the city clerk, in a book to be kept for that purpose; and also obtain from such clerk the metal tag hereinafter required to be furnished to said clerk by the city comptroller.

1226.   The city comptroller shall provide, each and every year, such number of metal tags as may be necessary, of such size and shape as he shall deem expedient (the shape to be changed each year), having stamped thereon numbers indicating the year for which the tax is paid, and the letters C. D. T., and deliver the same to the city clerk; and it shall be the duty of the city clerk to deliver one of such metallic plates to the person so paying a tax upon any such dog.

Digitized by Google

# Milwaukee, WI

# 1896

# THE

# GENERAL ORDINANCES

OF THE

# CITY OF MILWAUKEE

UP TO JANUARY 1, 1896,

WITH

# AMENDMENTS THERETO

AND AN

# APPENDIX.

———

COMPILED AND CODIFIED BY

### CHARLES H. HAMILTON,
#### CITY ATTORNEY.

PUBLISHED BY ORDER OF THE COMMON COUNCIL.

———

MILWAUKEE:
Edward Keogh, Printer, 386 and 388 Broadway.
1896.

NEW YORK PUBLIC LIBRARY

Digitized by Google

*Section 3.* The officers or employes of any of said markets shall perform such additional duties as may be imposed upon them by the common council and the commissioner of health of the city of Milwaukee.

*Duties of officers and employes.*

*Section 4.* Any person who shall resist, hinder or obstruct the officers or employes of any of said markets in the lawful discharge of any of the duties imposed upon them, shall, upon conviction thereof, be fined in any sum not exceeding twenty-five dollars.

*Penalty for obstructing officers.*

*Section 5.* It shall be unlawful for any person to sell or offer for sale fruits or berries within the city of Milwaukee, except by the barrel, bushel, or some aliquot part of a bushel, according to the table of dry measures, nor shall it be lawful to sell fruits or berries in packages, except every such package contain a barrel, a bushel or some aliquot part of a bushel, according to the table of dry measures, provided, that this section shall not apply to dry or preserved fruits and berries, or to the sale of fruits retailed at a fixed price per piece or number.

*Sale of fruits and berries.*

*Section 6.* All fruits and berries, fresh or dried, sold or offered for sale in the city of Milwaukee, in packages, shall be of equally good quality in every part of the package.

*Quality in packages.*

*Section 7.* It shall not be lawful for any person to sell except to retailers, between the hours of 6 o'clock in the morning and 12 o'clock at noon, in any street, sidewalk or alley, within two blocks of any of the markets established by this chapter, any vegetables or other articles, the sale of which is regulated by this chapter.

*Hours for selling.*

*Section 8.* Any person violating any of the provisions of sections 5, 6 and 7 in this chapter shall, upon conviction thereof, be fined not less than five nor more than twenty-five dollars.

*Penalty.*

## CHAPTER XX.

### MISDEMEANORS.

*Section 1.* All persons are prohibited from carrying or driving in any vehicle on or over any street, alley, sidewalk or public ground in the city of Milwaukee, any live calf, sheep, lamb, swine or other animal, or any bird, so tied or placed as to inflict torture thereto.

*Cruelty to animals in vehicles.*


Digitized by Google

**Cruelty to animals in buildings or lots.**

*Section 2.* All persons are prohibited from placing or leaving, or keeping or permitting to be placed, left or kept in any building or on any lot in the city of Milwaukee, any live calf, sheep, lamb, swine or any other animal, or any bird so tied or placed as to inflict torture thereto.

**Cruelty to animals in streets, alleys, etc.**

*Section 3.* All persons are prohibited from placing or leaving in or on any street, alley, sidewalk or public ground, or in any public market, in the city of Milwaukee, any live calf, sheep, lamb, swine or other animal, or any bird, so tied or placed as to inflict torture thereto.

**Cruelly beating animals.**

*Section 4.* All persons are prohibited from cruelly beating any horse, ox or other animal anywhere within the limits of the city of Milwaukee.

**Injuring or killing birds.**

*Section 5.* It shall be unlawful for any person or persons to injure or destroy any kind of birds within the city of Milwaukee. Any person found throwing stones or shooting or using any implements with the intention of killing or injuring any bird within said city, shall be punished by a fine of not less than five dollars nor more than twenty-five dollars for each and every offense.

**Bathing.**

*Section 6.* No person shall bathe or swim in any of the public waters in the city of Milwaukee, except at bathing institutions. No person shall keep a bathing institution at any of said public waters without the consent of the mayor, and then only subject to such regulations as the mayor shall prescribe.

**Disorderly and gaming houses and houses of ill-fame - Inmates.**

*Section 7.* Every person or persons who shall keep a disorderly or gaming house, or house of ill-fame, in the city of Milwaukee, shall forfeit a penalty of not less than twenty-five nor exceeding one hundred dollars for each and every offense, and each and every person being an inmate of, or being found at or frequenting either of the places described in this section, shall forfeit a penalty of not less than five and not exceeding twenty-five dollars for each and every offense.

**Gambling houses.**

*Section 8.* Every person who shall set up, use, or keep for use or permit to be used, within the limits of the city of Milwaukee, any table or gaming device, commonly called A, B, C, faro bank, E, O, roulette, equality, kneo, bagatelle, or any kind of gambling table or device

adapted, devised or designed for the purpose of playing any game of chance for money or property, and shall induce, entice or permit any person to bet or play at, or upon any such gambling table or gambling device, or at or upon any game played at or by means of such table or device or on the side of or against the keeper thereof; and every person who shall suffer or permit any gambling table, bank or device hereby prohibited to be set up or used for the purpose of gambling in any house, building, shed, booth, shelter, lot or other premises within the limits of the city of Milwaukee, to him or her belonging, or by him or her occupied, or of which he or she has at the time, possession or control, and every person who shall suffer any game or games whatever, to be played for gain upon or by means of any gaming device, or machine of any denomination whatever in his or her house or in any out-house, booth, arbor or erection, within the limits of the city of Milwaukee, of which he or she has the care or possession, shall, on conviction thereof, be punished by a fine of not less than one hundred dollars nor more than two hundred dollars and the costs of prosecution.

*Section 9.*   Every person who shall, within the limits of the city of Milwaukee, bet any money or property, notes, drafts, checks, chips or any other paper or thing representing money, at or upon any gaming table, bank or device prohibited by the preceding section, or who shall bet upon or play at any game played at or by means of any such gaming table, bank or other device, or on the side of or against the keeper thereof; and every person who shall at any time, or in any place whatever, within the limits of the city of Milwaukee, play at any game whatsoever for gain, with cards, dice, or any other device, which may be adapted to or which may be used in playing any game of chance, or shall bet or wager on the hands or sides of such as do play as aforesaid, shall, upon conviction thereof, be punished by fine not less than twenty nor more than fifty dollars and the costs of prosecution. **Gambling.**

*Section 10.*   Every person who shall frequent any gambling saloon or other house, building, room or other premises within the limits of the city of Milwaukee, used for the purpose of gambling or in which gambling is carried on, shall, on conviction thereof, be fined not less than **Inmates of gambling houses.**

Digitized by Google

ten nor more than twenty-five dollars and the costs of prosecution.

**One-half of fines to informers.**

*Section 11.* All fines and penalties collected under sections 8, 9 and 10 of this chapter shall be paid the one-half thereof into the city treasury for the use of the city of Milwaukee, and the other half thereof to the person or persons who shall be the means of enforcing the said sections of this chapter and upon the certificate of the judge of the municipal (police) court that he, she or they are entitled thereto.

**Breaking glass in street lamps.**

*Section 12.* Any person who shall break glass in any street lamps or windows of any building owned or occupied by the city in the city of Milwaukee shall be punished by a fine of not less than ten dollars for each and every offense, and any person who shall give information of any person breaking glass in said street lamps shall, upon the conviction of such person, receive the sum of five dollars as a reward for such information.

**Intoxication— indecent or disorderly conduct.**

*Section 13.* Any person who shall be found intoxicated in the city of Milwaukee, or who shall be guilty of any indecent exposure of his or her person, or who shall make use of any vulgar or obscene language, or who shall make use of any loud, boisterous or insulting language tending to excite a breach of the peace, or who shall be guilty of any other disorderly conduct, in said city of Milwaukee, shall forfeit a penalty of not less than one, nor more than twenty-five dollars.

**Exhibiting stud horse or bull.**

*Section 14.* No person shall indecently exhibit any stud horse or bull, or let any such horse to any mare, or any bull to any cow or cows within the limits of this city, unless in some inclosed place out of public view, under a penalty of not less than ten nor more than fifty dollars for each offense.

**Riot—Disorderly assemblage.**

*Section 15.* Any person who shall make, or assist in making any riot, noise or disturbance in this city or shall aid or countenance any disorderly assemblage, shall forfeit a penalty not exceeding fifty dollars for each offense.

**Vagrants, beggars, organ-grinders, street musicians, prostitutes, gamblers.**

*Section 16.* Every person being a vagrant, mendicant, street beggar, organ grinder, street musician playing on any instrument unsolicited and for the purpose of beg-

Digitized by Google

ging, common prostitute or gambler, in this city shall, upon conviction, forfeit a penalty of not less than five nor more than twenty-five dollars.

*Section 17.*   No person shall cut any ice, or any holes in any river, canal, bayou, basin, or slip within the bounds of this city, without first enclosing that portion of said ice, intended to be cut, with a suitable fence, under the penalty of not less than five nor more than twenty-five dollars.

**Cutting ice in river, etc.**

*Section 18.*   No person shall scatter nor deposit any ashes, earth, clay or other grading materials, or material excavated in digging cellars or catch-basins in streets, or preparing the foundation for the erection of buildings, for catch-basins or material collected in cleaning streets and alleys upon any streets or alleys in the city of Milwaukee, and any person who shall scatter or deposit, or cause to be scattered or deposited any such material or ashes upon any street or alley in said city, or who in conveying such material or ashes over or upon any such street or alley in said city, shall, by reason of defective wagon boxes, want of end-boards in such wagon boxes, or any other cause, permit or suffer any such material or ashes, or any blocks or pieces of ice to be dropped or scattered upon any such street or alley, shall be subject to and shall pay a fine of not less than five dollars, nor more than twenty-five dollars.

**Scattering earth, ashes, ice, etc., on streets.**

*Section 19.*   No person shall drive any horse before a sleigh or sled, or other vehicle upon runners, upon or through any of the public streets, avenues or highways of the city of Milwaukee, unless there shall be a sufficient number of bells attached to the harness of such horse or to the sleigh or sled, or other vehicle, to warn persons of the approach of such horse and vehicle, under a penalty of not less than two nor more than ten dollars for each offense, to be paid by the driver, owner or person having the charge or the keeping thereof severally and respectively.

**Driving sleigh without bells.**

*Section 20.*   No person shall throw or place, or through negligence, insecure fastening or otherwise, cause or suffer to be placed, or thrown, or to fall in or upon any street, alley, sidewalk or other public thoroughfare of the city any loose paper or other rubbish of a nature apt to frighten horses.

**Loose paper or other rubbish not to be thrown on streets.**

Digitized by Google

CHAP.
20

**Ball playing in streets, school grounds, etc., prohibited.**

*Section 21.*   The throwing, catching or batting of base-balls in any of the streets, alleys, public school grounds or other public grounds is hereby prohibited.

**Leaving wells and cisterns open.**

*Section 22.*   The occupants of any lot, part of lot or parcel of land in the city of Milwaukee occupied for residence or business purposes, are hereby prohibited from leaving open and not securely guarded any cistern, well or other dangerous excavation on such lot; and every owner of any lot, part of lot or parcel of land in said city, not occupied for residence or business purposes, is hereby in like manner prohibited from leaving open and not securely guarded any well, cistern or other dangerous excavation on such lot, part of lot or parcel of land; and every such occupant or owner who shall offend against the provisions of this section shall, upon conviction, be fined not less than five nor more than fifty dollars for each offense.

**Injuring trees, grass plats, etc., in public parks.**

*Section 23.*   All persons are hereby prohibited from breaking or otherwise injuring any tree, shrub or plant, breaking, soiling or defacing any fountain, statue or other ornamental structure; treading, walking or riding upon any grass plat, or in any way injuring, soiling or defacing any public property in any public park, square, sidewalk or ground in the city of Milwaukee, whether the same shall be owned or held in trust by said city, or held in trust for the use of any ward of said city; any person violating any of the provisions of this section shall, upon conviction thereof, be fined not less than five nor more than fifty dollars.

**Leasing buildings for prostitution.**

*Section 24.*   All persons are hereby prohibited from leasing or letting, either as landlord or agent of the landlord, tenant or agent of the tenant, or as landlord through any agent or sub-agent, any house, room or other premises in the city of Milwaukee, to be used for the purpose of prostitution or lewdness; any person violating any of the provisions of this section shall, upon conviction thereof, be fined not less than fifty nor more than five hundred dollars.

**Carrying dangerous weapons— Permit. Fee. Penalty.**

*Section 25.*   It shall be unlawful for any person except policemen, regular or special, or any officer authorized to serve process, to carry or wear concealed about his person, any pistol or colt, slung-shot, cross-knuckles,

Digitized by Google

knuckles of lead, brass or other metal, or bowie-knife, dirk knife, or dirk or dagger, or any other dangerous or deadly weapon, within the limits of the city of Milwaukee; provided, however, that the chief of police of said city may upon any written application to him made, issue and give a written permit to any person residing within the city of Milwaukee, to carry within the said city a pistol or revolver when it is made to appear to said chief of police that it is necessary for the personal safety of such person or for the safety of his property or of the property with which he may be entrusted, to carry such weapon; and the holding of such permit by such person shall be a bar to prosecution under this ordinance. Said chief of police shall keep the names and residences of all persons to whom he may grant such permits, in a book to be kept for that purpose, and he shall have power to revoke such permit at any time.

Said chief of police shall, upon granting each and every such permit, collect from the person to whom the same is granted, the sum of three (3) dollars, and he shall pay all moneys so collected by him upon granting such permits, into the city treasury.

Any person who shall wear or carry any such pistol, slung-shot, cross-knuckles, knuckles of brass, lead or other metal, knife, dirk or dagger, or any other dangerous or deadly weapon, within the limits of the city of Milwaukee, contrary to the provisions of this chapter, shall be liable to a penalty of not less than ten nor more than one hundred dollars for each and every offense.

*Section 26.* All employes of the Gaslight company of the city of Milwaukee, under the superintendent of the said company, are hereby required upon all occasions when inspecting the meters of said Gaslight company in any dwelling house or other building in the city of Milwaukee, to wear badges or stars in a conspicuous place on the breast, which badges or stars shall be provided to said employes by said Milwaukee Gaslight company, and shall be subject to the approval of the city clerk of the city of Milwaukee.

Employes of Gas Company to wear badge.

*Section 27.* It shall be a misdemeanor for any such employe of the said Milwaukee Gaslight company, or any other person, to inspect or attempt to inspect or take away any gas meter of said company from any dwelling house

Not to inspect meters without wearing badge.

Digitized by Google

# Salt Lake City, UT

# 1888

# THE

# REVISED ORDINANCES

OF

# SALT LAKE CITY, UTAH,

EMBRACING

ALL ORDINANCES OF A GENERAL NATURE IN
FORCE DECEMBER 20, 1892,

TOGETHER WITH THE

# CHARTER OF SALT LAKE CITY,

THE AMENDMENTS THERETO, AND TERRITORIAL LAWS
OF A GENERAL NATURE APPLICABLE TO
SALT LAKE CITY, AND THE

# CONSTITUTION OF THE UNITED STATES.

COMPILED AND ARRANGED BY
JOSEPH LIPPMAN.

PUBLISHED BY AUTHORITY OF THE
CITY COUNCIL OF SALT LAKE CITY, UTAH.

### Dance House.

SEC. 13.  Any person who shall keep a dance house, where lewd or disorderly persons assemble together for dancing, shall, upon conviction thereof, be fined in any sum not exceeding one hundred dollars for each and every offense.

[February 14, 1888.]

### Dangerous and Concealed Weapon.

SEC. 14.  Any person who shall carry any slingshot, or any concealed deadly weapon, without the permission of the mayor first had and obtained, shall, upon conviction, be liable to a fine not exceeding fifty dollars.

[February 14, 1888.]

### Defacing or Destroying Property.

SEC. 15.  Any person who shall willfully injure, deface or destroy any building or fixture thereof, or injure, destroy or secrete any goods, chattels or valuable papers of another, or prepare any deadfall, or dig any pit, or arrange any trap, to injure another's person or property, or take down, injure or remove any monument, street sign, or any tree marked as a boundary of any tract of land or city lot, or destroy, deface or alter the marks of any monument or street sign, or injure or destroy any fence or fountain, or any shade or fruit tree, or any other kind of public or private property, or deface sidewalks with painted or printed handbills or signs, posters or other advertisements, shall be liable to a fine in any sum not exceeding one hundred dollars, or to imprisonment not to exceed three months, or to both fine and imprisonment.

[March 16, 1860; May 17, 1872; July 31, 1877.]

### Discharging Guns.

SEC. 16.  Any person discharging guns or pistols within the limits of the city (except in self-defense, or in the case of any civil officer in the discharge of his duty), shall be liable to a fine of not more than ten dollars for every such offense.

[April 27, 1860; February 14, 1888.]

# Wheeling, WV
# 1891

# LAWS

## —AND—

# ORDINANCES,

### FOR THE GOVERNMENT OF THE

## CITY OF WHEELING,

## WEST VIRGINIA.

### PRINTED BY THE AUTHORITY OF THE COUNCIL.

### COMPILED BY WHITE & ALLEN.

WHEELING, W. VA.

PRINTED BY THE WEST VIRGINIA PRINTING CO.

1891.

Digitized by Google

204                           ORDINANCES.

Imprisonment     imposed for a violation of any of the provisions of this or-
of violators of  dinance (if a male) to imprisonment and to labor at any of
this ordinance.  the public works or improvements, undertaken or to be
                 undertaken by the city, in default of the payment of the
                 fine imposed for a period not exceeding thirty days.

## LICENSE ON MERRY-GO-ROUNDS.

(Passed November 12th, 1889.)

AN ORDINANCE fixing a license tax upon riding gal-
leries, commonly known as "Merry-go-rounds."

*Be it Ordained by the Council of the City of Wheeling:*

O.B.1885, p. 364.    SECTION 1.   That upon every riding gallery, commonly
Annual license   known as a "Merry-go-round," there shall be an annual
tax, $50.        license tax of fifty dollars, when the said gallery is used
                 for profit to the owner, or any agent of the owner opera-
                 ting the same.

Id.                  SEC. 2.   If it is desired by such owner or his agent to
                 operate such gallery within the city of Wheeling for a
                 term less than one year, he shall pay a license tax at the
Per month, $10.  rate of ten dollars per month for and during the time such
                 gallery may be used or operated.

Id.                  SEC. 3.   This ordinance shall be in force from its passage.

## OFFENSES.

(Passed April 12th, 1881.)

AN ORDINANCE in relation to offenses and to repeal
an ordinance entitled "An ordinance in relation to of-
fenses, passed January 18, 1881," and all other ordinan-
ces in so far as they conflict with this ordinance.

Pr.Ord.B.1881,       SECTION 1.   *Be it ordained by the Council of the City of*
p. 157.          *Wheeling,* That it shall be unlawful for any person to ride
Riding or driv-  or drive any horse or other animal on any part of any
ing on bridge
faster than a    wooden or iron bridge within the city across Wheeling
walk.            creek or across Caldwell's run at any gait faster than a
For penalty,     walk.
see § 19.

Id.                  SEC. 2.   It shall be unlawful for any person to commit
Indecent, &c.,   or perpetrate any indecent, immodest, lewd or filthy act,
acts.            by words or action, in any street or other public place.
For penalty,
see § 19.

Digitized by Google

Sec. 3.  It shall be unlawful for any person to utter or speak any lewd or filthy words or profane language in any street or other public place. *Id.* Lewd, filthy or profane language. For penalty, see § 19.

Sec. 4.  It shall be unlawful for any person to make any indecent and immoral exhibition or exposure of his or her person, or to cause or procure any person or persons to do the same, in the presence or view of any other person or persons, or to appear on any street or other public place within the city in a state of intoxication or drunkenness. *Id.* Exposure of person. Drunkenness. Penalty, § 19.

Sec. 5.  It shall be unlawful for any person to publicly exhibit any indecent painting, engraving, print, sculpture, picture or representation within this city. Pr.Ord.B.1881, p. 158. Indecent painting, &c. Penalty, see § 19

Sec. 6.  It shall be unlawful for any person to print, engrave, make, sell, or offer for sale, or exhibit for sale, any indecent, immodest and lascivious books, pamphlets, papers, pictures or statuary. *Id.* Indecent, immodest and lascivious books, &c. Penalty, see § 19

Sec. 7.  It shall be unlawful for any person to commit or cause any riot, noise, disorder or tumult, or loud personal abuse of any person by words, to the disturbance, or tending to the disturbance, of the peace or just quiet of the city, or by loud cries on the Sabbath day.   And for the purpose of enforcing the provisions of this section it shall be lawful for the mayor, or any sergeant of the city, to enter any house, out-house, garden, or place of amusement, to arrest any person violating the same. *Id.* Disturbance of the peace. Provision for enforcing this section. Penalty, see § 19

Sec. 8.  It shall be unlawful for any one to commit an assault and battery, or an assault, or aid and abet, or encourage any one in so doing. *Id.* Assault and battery. Penalty, see § 19

Sec. 9.  It shall be unlawful for any one to wilfully cause a false alarm of fire, or cry fire, or ring any bell, or to do anything creating or tending to create a false alarm of fire. *Id.* False alarm of fire. Penalty, see § 19

Sec. 10.  It shall be unlawful for any person or persons to idly loiter at or near any dwelling house, or store in said city, or to ring any door bell, or to rap upon any door or window, with intent to annoy or deceive the inmates of any such house or store; or to maliciously or intentionally engrave, deface, mutilate or destroy any property of the city, or any house, fence, railing, or any goods or chattels, the property of any other person or persons. *Id.* Loitering, annoying inmates of houses or defacing property Penalty, see § 19

Sec. 11.  It shall be unlawful for any person or persons, on any of the sidewalks, streets or alleys, to conduct themselves in a manner annoying to persons passing by, or occupants or residents of adjoining buildings. *Id.* Conduct on sidewalks, streets or alleys Penalty, see § 19

Digitized by Google

206                    ORDINANCES.

Id.
Assembling for
prostitution,
lewdness or in-
decency.
Prostitutes.
Penalty, see § 19

SEC. 12.   It shall be unlawful for any persons to assemble on any street, alley, or other public place, or in any house, or out-house, office, stable, shed, or fire engine or hose house, market house, board yard, or lot of ground, for the purpose of prostitution, lewdness or indecency.   It shall also be unlawful for any prostitute to be in any such place between sun down and sun up.

Pr.Ord.B.1881,
p. 150.

House of ill-
fame.
Penalty, see § 19

SEC. 13.   It shall be unlawful for any person to keep any house of ill-fame or bawdy house, or house of resort for prostitution, or keep or harbor persons therein for the purpose of prostitution, and it shall further be unlawful for any person to be found lounging or loitering in any house of ill-fame or bawdy house; or in any house reputed to be a house of ill-fame or bawdy house, but the person charged with or arrested for being found lounging or loitering in any house so reputed, shall be discharged if he or she shall show and establish in defense, that the house is not in fact a house of ill-fame or bawdy house.

Id.
Carrying
weapons.

Selling or giv-
ing to minor.
Penalty, see § 19

SEC. 14.   It shall be unlawful for any person to carry any slung shot, colt, or knucklers of lead, brass or other metal or material, or to carry about his person, hid from common observation, any pistol, dirk, bowie knife, or weapon of the like kind, without a permit in writing from the mayor so to do.   It shall be unlawful for any person or persons to sell or give away to a person not of age, any slung shot, colt, or knuckler or knucklers of lead, brass or other metal or material, or any pistol, dirk, bowie knife or weapon of the like kind.

Id.
Loitering on
bridges.
Penalty, see § 19

SEC. 15.   It shall be unlawful for any person to loiter upon the sidewalks, or sit upon the parapet walls of any bridge across Wheeling creek within the limits of the city, so as to obstruct the free passage along said sidewalks, or in any manner to annoy persons crossing said bridges.

Id.
Molesting or
insulting per-
son going to
or from relig-
ious meetings.
Penalty, see § 19
and see § 22.

SEC. 16.   It shall be unlawful for any person to wantonly molest or insult any person whatsoever, when going to or returning from a religious meeting, and within one hundred yards of the place of holding the same.

Id.
Loitering near
church or place
of amusement.
Penalty, see § 19
and see § 22.

SEC. 17.   It shall be unlawful for any person to idly loiter at or near the door of any church, meeting house or place of public amusement, but shall depart therefrom peaceably and quietly when requested so to do.

Id.
Disorderly con-
duct in or near
church.
Penalty, see § 19
and see § 22.
O.B.1885, p. 322.
May 14, 1880.

SEC. 18.   It shall be unlawful for any person to behave rudely or disorderly in or near any church, meeting house or place of religious worship.

SEC. 19.   Any persons offending against any of the foregoing provisions shall forfeit and pay to the city a fine of

Digitized by Google

# Evanston, IL

# 1893

*Evanston, Ill. Ordinances.*

# REVISED ORDINANCES

OF THE

# CITY OF EVANSTON

ALSO

## SPECIAL LAWS
## AND ORDINANCES OF GENERAL INTEREST

———————

REVISED BY

## GEORGE W. HESS AND FRANK R. GROVER

———————

PUBLISHED BY AUTHORITY OF THE
CITY COUNCIL OF THE CITY OF EVANSTON

———————

LANSING, MICHIGAN:
DARIUS D. THORP, PRINTER AND BINDER,
1893.

Case 7:21-cv-05334-NSR   Document 67-9   Filed 11/30/22   Page 35 of 63

# CHAPTER XXIX.

## CONCEALED WEAPONS.

531.   *Unlawful to carry.*
532.   *Confiscation of weapons.*
533.   *Arrest for carrying.*
534.   *Procedure.*
535.   *Penalty.*
536.   *To whom not applicable.*
537.   *Mayor to grant licenses.*
538.   *Fee for license.*
539.   *Contents of license.*

531.   It shall be unlawful for any person within the limits of the city of Evanston to carry or wear under his clothes or concealed about his person, any pistol, colt or slung shot, cross knucklet, or knuckles of lead, brass or other metal, or bowie knife, dirk, dagger, or any other dangerous or deadly weapon.

532.   Any such weapon or weapons duly adjudged by any police magistrate, or justice of the peace, to have been worn or carried by any person, in violation of section 531 shall be forfeited or confiscated to the said city of Evanston, and shall be so adjudged.

533.   Any policeman of the city of Evanston may, within the limits of said village, without a warrant, arrest any person or persons whom he may find in the act of carrying or wearing concealed about his or their persons, under their clothes, any weapon specified in section 531, until a summons or warrant can be procured on complaint made (under oath or affirmation) for the trial of such person or persons, and for the seizure and confiscation of such weapons.

534.   Upon complaint made, under oath or affirmation, to any magistrate or justice of the peace in said city, that any person has been guilty of violating any of the provisions of section 531, a summons or warrant shall issue for the summoning or arrest of the offender or offenders returnable forthwith; upon the return of such summons or warrant, such magistrate or justice shall proceed to the hearing and determination of the matter, and if it shall be adjudged that such person or persons has or have incurred any of the penalties fixed by this chapter, such magistrate or justice of the peace shall so adjudge and order that the weapon or weapons, concerning the wearing or carrying of which such pen-

132          ORDINANCES OF THE

alty shall have been incurred, shall be confiscated to the city of Evanston.

535.    Any person or persons violating any of the provisions of this chapter shall pay a fine of not less than five dollars nor more than two hundred dollars, in the discretion of the magistrate or court before whom such conviction shall be had.

536.    The prohibitions of this chapter shall not apply to the officers or members of the police force of said city when on duty, nor to any officer of any court whose duty it may be to serve warrants or to make arrests; nor to persons whose business or occupation may seem to require the carrying of weapons for their protection, and who shall have obtained from the mayor a license so to do, as hereinafter provided.

537.    The Mayor may grant to so many and such persons as he may think proper, licenses to carry concealed weapons, and may revoke any and all of such licenses at his pleasure.

538.    Applications for such licenses shall be made to the city clerk, and when granted, the applicant therefor shall pay to the said clerk, for the use of the city, the sum of two dollars.

539.    Every such license shall state the name, age and occupation and residence of the person to whom it is granted.

Digitized by Google

# Oakland, CA

# 1895

# GENERAL

# Municipal Ordinances

OF THE

# CITY OF OAKLAND, CAL.

IN EFFECT JANUARY 1, 1895.

Compiled by Authority of the City Council by

FRED L. BUTTON,

ATTORNEY AT LAW.

ALSO

# CITY CHARTER

(ANNOTATED)

AND

LIST OF OFFICERS.

OAKLAND:

ENQUIRER PUBLISHING COMPANY, PRINTERS,

416 418 TENTH STREET

1895.

Section 4.  This ordinance shall take effect immediately upon its approval.

(Approved May 15, 1890.   Vol. 3, p. 438.)

# ORDINANCE No. 1141.

AN ORDINANCE TO PROHIBIT THE CARRYING OF CONCEALED WEAPONS.

*Be it Ordained by the Council of the City of Oakland as follows:*

Section 1.  It shall be unlawful for any person in the City of Oakland, not being a public officer or a traveler actually engaged in making a journey, to wear or carry concealed about his person without a permit, as hereinafter provided, any pistol, slung-shot, brass or iron knuckles, sand club, dirk or bowie knife, or iron bar or other dangerous or deadly weapon, or any sling or other contrivance by which shot or other missiles are or may be hurled or projected.  A written permit may be granted by the Mayor for a period of not to exceed one year to any peaceable person whose profession or occupation may require him to be out at late hours of the night to carry a concealed deadly weapon upon his person.

Section 2.  Every person violating any provision of this ordinance is guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not to exceed one hundred dollars ; and in case such fine be not paid, then by imprisonment at the rate of one day for every two dollars of the fine so imposed.

Section 3.  An ordinance entitled "An Ordinance to Prohibit the Carrying of Concealed Weapons in the City of Oakland," approved November 10, 1875, and also Section 1 of an ordinance entitled "An Ordinance Prohibiting the Carrying of Pistols and Sling-shots," approved May 4, 1881, are hereby repealed.

Section 4.  This ordinance shall take effect immediately upon its approval.

(Approved May 15, 1890.   Vol. 3, p. 439.)

Lincoln, NE

1895

# REVISED ORDINANCES

OF

# LINCOLN, NEB.

Together with Special Ordinances of the City of Lincoln,
Laws of Nebraska Relating to the City of Lincoln,
and Rules of the Excise Board.

COMPILED AND REVISED BY

L. W. BILLINGSLEY AND R. J. GREENE.

*PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.*

LINCOLN, NEB.:
STATE JOURNAL COMPANY, PRINTERS.
1895.

coal purchased, a certificate showing the weight of the coal so delivered, and the weight of the wagon or cart.

781. § 3. Any person violating any of the provisions of this ordinance, or who shall deliver to any purchaser a less quantity than two thousand pounds of coal for each ton purchased, (or a proportionate amount for any part of a ton,) or who shall practice any fraud or deceit in the sale or delivery of any coal purchased, to be delivered in said city as aforesaid, shall, upon conviction, be fined in a sum of not less than twenty dollars, nor more than fifty dollars, for each offense; and it is hereby made the duty of every driver of any coal wagon or cart to drive said wagon or cart upon the city scales and have the same weighed with and without the load, whenever requested by the purchaser, the expense of said weighing to be paid by said purchaser if the weights in said certificate are found correct, otherwise to be paid by the dealer.

§ 4. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.
§ 5. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.
Passed August 26, A. D. 1895.
Approved August 26, A. D. 1895.                            F. A. GRAHAM, *Mayor.*
Attest: J. W. BOWEN, *City Clerk.*  [SEAL.]

AN ORDINANCE regulating the carrying of concealed weapons in the city of Lincoln, prohibiting the carrying of the same save under certain conditions, prescribing penalties for violation of the provisions of this ordinance, and repealing ordinances in conflict herewith.

*Be it ordained by the Mayor and Council of the City of Lincoln:*

## ARTICLE XVI.

### *Concealed Weapons.*

782. § 1. It shall be unlawful for any person within said city to carry about the person any concealed pistol, revolver, dirk, bowie knife, billy, sling-shot, metal knuckles, or other dangerous or deadly weapons of any kind, excepting only officers of the law in the discharge of their duties; and any person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be subject to the penalty hereinafter provided.

Digitized by Google

783.  § 2. Any such weapon or weapons, duly adjudged by the Police Judge of said city to have been worn or carried by any person, in violation of the first section of this ordinance, shall be so forfeited or confiscated to the said city of Lincoln, and shall be so adjudged.

784.  § 3. Any policeman of the city of Lincoln may within the limits of said city without warrant arrest any person or persons whom such policeman may find in the act of carrying or wearing under their clothes or concealed about their person, any pistol, or revolver, slung shot, or cross-knuckles, or knuckles of lead, brass or other metal, or bowie knife, dirk knife, or dirk, or dagger, or any other dangerous or deadly weapon, and detain him, her, or them, in the city jail until a warrant can be procured.

785.  § 4. Any person or persons violating any of the provisions of the first section of this ordinance, shall, upon conviction, pay a fine of not more than one hundred dollars, and be committed until such fine and costs are paid.

786.  § 5. The prohibitions of this ordinance shall not apply to the officers or members of the police force of the city when on duty, nor to any officer of any court whose duty may be to serve warrants or to make arrests, nor to persons whose business or occupation may seem to require the carrying of weapons for their protection, and who shall have obtained from the Mayor a license so to do.

787.  § 6. The Mayor may grant to so many and such persons as he may think proper, licenses to carry concealed weapons, and may revoke any and all of such licenses at his pleasure. Every such license shall state the name, age, occupation, and residence, of the person to whom granted, and shall be good for one year.  A fee of fifty cents shall be paid therefor to the City Treasurer, and by him placed in the police fund.

§ 7. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.

§ 8. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.

Passed August 26, A. D. 1885.

Approved August 26, A. D. 1885.                              F. A. GRAHAM, *Mayor.*

Attest : J. W. BOWEN, *City Clerk.*   [SEAL.]

Spokane, WA

1896

# THE

# MUNICIPAL CODE

## OF THE

# CITY OF SPOKANE,

## WASHINGTON.

### COMPRISING THE

# ORDINANCES OF THE CITY

(excepting ordinances establishing street grades)

## REVISED TO OCTOBER 22, 1896.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

COMPILED BY

## ROSE M. DENNY,

OFFICIAL STENOGRAPHER.

1896.

Digitized by Google

Case 7:21-cv-05334-NSR   Document 67-9   Filed 11/30/22   Page 46 of 63

SECTION 2.   It shall be unlawful for any person under the age of sixteen years to smoke or use cigarettes on any street car, street, or in any public place within the limits of the City of Spokane.

SECTION 3.   Any person or persons violating any of the provisions of this ordinance, shall be guilty of a misdemeanor, and on conviction thereof shall be fined in any sum not exceeding twenty-five dollars.

SECTION 4.   This ordinance shall be in force and take effect ten days after its passage.

Passed the City Council June 25, 1891.

---

## ORDINANCE No. A234.

### AN ORDINANCE RELATING TO THE DISCHARGE OF FIRE-ARMS WITHIN THE LIMITS OF THE CITY OF SPOKANE.

The City of Spokane does ordain as follows:

SECTION 1.   It shall be unlawful for any person or number of persons to fire or discharge any gun, rifle, fowling piece, pistol or any other fire-arm within the limits of the City of Spokane, without having first obtained the consent and permission of the City Council of the City of Spokane so to do.

SECTION 2.   Any violation of Section one of this ordinance shall subject the offender or offenders to a fine not exceeding the sum of twenty-five dollars.

SECTION 3.   This ordinance shall be in force and effect from and after ten days after its passage.

Passed the City Council August 2, 1892.

---

## ORDINANCE No. A544.

### AN ORDINANCE TO PUNISH THE CARRYING OF CONCEALED WEAPONS WITHIN THE CITY OF SPOKANE.

The City of Spokane does ordain as follows:

SECTION 1.   If any person within the City of Spokane

Digitized by Google

shall carry upon his person any concealed weapon, consisting of either a revolver. pistol or other fire-arms, or any knife (other than an ordinary pocket knife), or any dirk or dagger, sling-shot or metal knuckles, or any instrument by the use of which injury could be inflicted upon the person or property of any other person, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than twenty dollars, nor more than one hundred dollars and costs of prosecution, and be imprisoned until such fine and costs are paid; provided, that this section shall not apply to police officers and other persons whose duty it is to execute process or warrants or make arrests, or persons having a special written permit from the Superior Court to carry weapons.

SECTION 2.  This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council January 2, 1895.

———

## ORDINANCE No. 15.

### AN ORDINANCE PROHIBITING THE SMOKING OR INHALING OF OPIUM.

Be it ordained by the City of Spokane Falls :

SECTION 1.  No person or persons shall keep a house, cellar or place within the limits of the City of Spokane Falls in which such person or persons, or any other person or persons, smoke or inhale opium.

SECTION 2.  No person shall smoke or inhale opium in any such house, cellar or place, or visit such house, cellar or place for the purpose of smoking or inhaling opium.

SECTION 3.  Any person or persons violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred dollars.

SECTION 4.  This ordinance shall take effect and be in force from and after its passage and publication.

Passed the City Council September 9, 1885.

Digitized by Google

# Oregon City, OR

# 1897

*Mar. 14*     40

# THE CHARTER

### ~OF~

# OREGON CITY, OREGON,

## TOGETHER WITH THE

## Ordinances and Rules of Order.

PUBLISHED BY ORDER OF THE CITY COUNCIL.

**Charter Approved February 25, 1895.**

**Ordinances in Force July 1, 1898.**

OREGON CITY, OREGON,
COURIER PRINTING HOUSE.
1898.

Sec. 7.   No female dog, in time of heat, nor a fierce, dangerous or mischievous dog, or mad dog, shall be permitted to run at large within the city limits, and it shall be lawful for any person to kill any such dog running at large, whether wearing a tag or not, and the owner or person permitting any such dog to run at large shall be liable to prosecution under this ordinance.

Sec. 8.   It shall be the duty of the chief of police to prosecute all persons violating any of the provisions of this ordinance.

Sec. 9.   Any person or persons violating any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction before the mayor or recorder shall be fined in any sum not exceeding fifty dollars, or by imprisonment for any term not exceeding twenty-five days, or both fine and imprisonment.

## ORDINANCE NO. 209.

An ordinance providing for the punishment of disorderly persons, and keepers and owners of disorderly houses.

Passed November 17, 1897.

Oregon City does ordain as follows:

Section 1.   It shall be unlawful for any person to lie or sleep on any of the streets, highways, alleys, side-

walks, parks or other public places within the corporate limits of Oregon City, or to appear therein in such state of intoxication as to be unable to take proper care of himself or herself, or to disturb the peace and quiet of any person, family or neighborhood by drunkenness, or by making loud or unusual noises, or by violent or obscene, profane, insulting or offensive language, or by threatening, traducing, quarreling, fighting or offering or challenging to fight, or who shall assault any person, or in any other way or manner whatsoever disturb the peace, quiet and decency of any person or neighborhood.

Sec. 2.   It shall be unlawful for any person to carry any sling shot, billy, dirk, pistol or any concealed deadly weapon or to discharge any firearms, air gun, sparrow gun, flipper or bean shooter within the corporate limits of the city, unless in self defense, in protection of property or an officer in the discharge of his duty; provided, however, permission may be granted by the mayor to any person to carry a pistol or revolver when upon proper representation it appears to him necessary or prudent to grant such permission.

Sec. 3.   It shall be unlawful for any person or persons to congregate at or upon any railway station or depot within the corporate limits of the city, and to loiter and remain about the same without lawful business.

Sec. 4.   It shall be unlawful for any person, other than a railroad employe and his assistant, to climb or

enter upon or to get on board of any portion of a railroad car or train at any place within the corporate limits of the city, except for passengers at the regular depot platform of such railroad company, or in any way to interfere with railroad cars or trains, or their operation within the limits of the city, excepting officers in discharge of their duties.

Sec. 5.   It shall be unlawful for any person or persons to keep a riotous or disorderly house, or permit any riotous or disorderly conduct, or to use or allow the use of any obscene or profane language in his house, yard or premises connected with his house, or to be guilty of any riotous or disorderly conduct in any house, yard or premises, whereby the peace, quiet or decency of the neighborhood of such house or of persons may be disturbed.

Sec. 6.   It shall be unlawful for any person or persons to build or assist in building bonfires within one hundred feet of any building within the corporate limits of the city.

Sec. 7.   It shall be unlawful for any person to set up, open or cause to be opened, or keep any house as a resort for the purpose of smoking opium, or to sell or offer to sell any opium to any person for the purpose of smoking it within the corporate limits of Oregon City.

Sec. 8.   It shall be unlawful for any person or persons to bargain for, buy or sell, give or take, smoke or

cause to be smoked any opium (except for medicinal purposes, and only then on a physician's prescription) within the corporate limits of Oregon City.

Sec. 9.   It shall be unlawful for any minor to loiter or remain around, about or in any saloon, bar-room or other place where spirituous, vinous, malt or intoxicating liquors are sold or kept for sale by the glass, or to engage in any game of cards, billiards or other games in such saloon, barroom or other place.

Sec. 10.   Any person or persons violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the recorder or mayor, shall be fined in any amount not exceeding one hundred dollars, or by imprisonment in any term not exceeding fifty days, or both fine or imprisonment.

----

## ORDINANCE NO. 210.

An ordinance to define and punish vagrancy.

Passed November 17, 1897.

Oregon City does ordain as follows:

Section 1.   The following persons are declared to be vagrants, and shall be subject to arrest and punished as in this ordinance provided, viz:

Washington, DC

1892

# THE

# MISCELLANEOUS DOCUMENTS

OF THE

## SENATE OF THE UNITED STATES

FOR THE

## FIRST SESSION OF THE FIFTY-SECOND CONGRESS.

# 1891-'92.

VOLUME 7.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1892.

Digitized by Google

By the act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it shall not be lawful for any person or persons within the District of Columbia to have concealed about their person any deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles.

SEC. 2. That it shall not be lawful for any person or persons within the District of Columbia to carry openly any such weapons as hereinbefore described with intent to unlawfully use the same, and any person or persons violating either of these sections shall be deemed guilty of a misdemeanor, and upon conviction thereof shall, for the first offense, forfeit and pay a fine or penalty of not less than fifty dollars nor more than five hundred dollars, of which one half shall be paid to any one giving information leading to such conviction, or be imprisoned in the jail of the District of Columbia not exceeding six months, or both such fine and imprisonment, in the discretion of the court: *Provided,* That the officers, non-commissioned officers, and privates of the United States Army, Navy, or Marine Corps, or of any regularly organized Militia Company, police officers, officers guarding prisoners, officials of the United States or the District of Columbia engaged in the execution of the laws for the protection of persons or property, when any of such persons are on duty, shall not be liable for carrying necessary arms for use in performance of their duty: *Provided, farther,* that nothing contained in the first or second sections of this act shall be so construed as to prevent any person from keeping or carrying about his place of business, dwelling house, or premises any such dangerous or deadly weapons, or from carrying the same from place of purchase to his dwelling house or place of business or from his dwelling house or place of business to any place where repairing is done, to have the same repaired, and back again: *Provided further,* That nothing contained in the first or second sections of this act shall be so construed as to apply to any person who shall have been granted a written permit to carry such weapon or weapons by any judge of the police court of the District of Columbia, and authority is hereby given to any such judge to grant such permit for a period of not more than one month at any one time, upon satisfactory proof to him of the necessity for the granting thereof; and further, upon the filing with such judge of a bond, with sureties to be approved by said judge, by the applicant for such permit, conditioned to the United States in such penal sum as said judge shall require for the keeping of the peace, save in the case of necessary self-defense by such applicant during the continuance of said permit, which bond shall be put in suit by the United States for its benefit upon any breach of such condition.

SEC. 3. That for the second violation of the provisions of either of the preceding sections the person or persons offending shall be proceeded against by indictment in the supreme court of the District of Columbia, and upon conviction thereof shall be imprisoned in the penitentiary for not more than three years.

SEC. 4. That all such weapons as hereinbefore described which may be taken from any person offending against any of the provisions of this act shall, upon conviction of such person, be disposed of as may be ordered by the judge trying the case, and the record shall show any and all such orders relating thereto as a part of the judgment in the case.

SEC. 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. No person shall engage in or conduct

Digitized by Google

the business of selling, bartering, hiring, lending, or giving any weapon or weapons of the kind hereinbefore named without having previously obtained from the Commissioners of the District of Columbia a special license authorizing the conduct of such business by such person, and the said Commissioners are hereby authorized to grant such license, without fee therefor, upon the filing with them by the applicant therefor of a bond with sureties to be by them approved, conditioned in such penal sum as they shall fix to the United States for the compliance by said applicant with all the provisions of this section; and upon any breach or breaches of said condition said bond shall be put in suit by said United States for its benefit, and said Commissioners may revoke said license. Any person engaging in said business without having previously obtained said special license shall be guilty of a misdemeanor, and upon conviction thereof shall be sentenced to pay a fine of not less than one hundred dollars nor more than five hundred dollars, of which one half shall be paid to the informer, if any, whose information shall lead to the conviction of the person paying said fine. All persons whose business it is to sell barter, hire, lend or give any such weapon or weapons shall be and they hereby, are, required to keep a written register of the name and residence of every purchaser, barterer, hirer, borrower, or donee of any such weapon or weapons, which register shall be subject to the inspection of the major and superintendent of Metropolitan Police of the District of Columbia, and further to make a weekly report, under oath to said major and superintendent of all such sales, barterings, hirings, lendings, or gifts. And one half of every fine imposed under this section shall be paid to the informer, if any, whose information shall have led to the conviction of the person paying said fine. Any police officer failing to arrest any person guilty in his sight or presence and knowledge of any violation of any section of this act shall be fined not less than fifty nor more than five hundred dollars

SEC 6. That all acts or parts of acts inconsistent with the provisions of this act be, and the same hereby are, repealed.

Approved, July 13, 1892.

By the act for the preservation of the public peace and the protection of property within the District of Columbia.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it shall not be lawful for any person or persons to destroy, injure, disfigure, cut, chip, break, deface, or cover, or rub with or otherwise place filth or excrement of any kind upon any property, public or private, in the District of Columbia, or any public or private building, statue, monument, office, dwelling, or structure of any kind, or which may be in course of erection, or the doors, windows, steps, railing, fencing, balconies, balustrades, stairs, porches, or halls, or the walls or sides, or the walls of any inclosure thereof; or to write, mark, or paint obscene or indecent words or language thereon, or to draw, paint, mark, or write obscene or indecent figures representing obscene or indecent objects; or to write, mark, draw, or paint any other word, sign, or figure thereon, without the consent of the owner or proprietor thereof, or, in case of public property, of the person having charge, custody, or control thereof, under a penalty of not more than fifty dollars for each and every such offense.

SEC. 2. That it shall not be lawful for any person or persons to destroy, break, cut, disfigure, deface, burn, or otherwise injure any building materials, or materials intended for the improvement of any street, avenue, alley, foot pavement, roads, highways, or inclosure, whether public or private property, or remove the same (except in pursuance of law or by consent of the owner) from the place where the same may be collected for purposes of building or improvement as aforesaid; or to remove, cut, destroy, or injure any scaffolding, ladder, or other thing used in or about such building or improvement, under a penalty of not more than twenty-five dollars for each and every such offense.

S. Mis. 227——19

Digitized by Google

# St. Louis, MO
# 1901

# THE

# MUNICIPAL CODE

OF

# ST. LOUIS

(ANNOTATED),

Being Ordinance No. 19991, Approved April 3, 1900.

---

IN CONNECTION WITH WHICH ARE PUBLISHED THE CONSTITUTION OF THE UNITED STATES, THE ACT OF ADMISSION OF MISSOURI, ORDINANCE OF ACCEPTANCE AND CONSTITUTION OF MISSOURI, A COMPILATION OF LAWS OF THE STATE OF MISSOURI SPECIALLY APPLICABLE TO THE CITY OF ST. LOUIS (ANNOTATED), THE SCHEME OF SEPARATION OF THE CITY AND COUNTY OF ST. LOUIS (ANNOTATED), THE CHARTER OF THE CITY OF ST. LOUIS (ANNOTATED), GENERAL NOTE TO THE CHARTER, INCLUDING COMMENTS ON THE LAW OF MUNICIPAL CORPORATIONS, AND AN APPENDIX CONTAINING ACTS OF THE FORTY-FIRST GENERAL ASSEMBLY OF MISSOURI, SPECIALLY APPLICABLE TO ST. LOUIS, ADDITIONAL ANNO-TATIONS TO THE CHARTER, LATE GENERAL ORDINANCE PROVISIONS DOWN TO AUGUST 21, 1901, A TABLE OF MAYORS, ALDERMEN, DELEGATES, COUNCILMEN AND MEMBERS OF THE MUNICIPAL ASSEMBLY FROM THE BEGINNING OF THE CITY GOVERNMENT (1823) TO AND INCLUDING THE PRESENT ADMINISTRATION, A DIRECTORY OF THE MUNICIPAL ASSEMBLY (1901 TO 1903), THE COMPOSITION OF THE BOARD OF PUBLIC IMPROVEMENTS FROM ITS ORGANIZATION (1877) TO DATE, THE PRESENT MUNICIPAL OFFICERS, TABLES OF MUNICIPAL DEPART-MENTS AND BOARDS, CHIEF DEPUTIES AND CHIEF ASSISTANTS TO MUNICIPAL OFFICERS, AND A TABLE OF YEARLY WATER RATES.

---

Published by Authority of Ordinance No. 19203, Approved November 26, 1897

BY

## EUGENE McQUILLIN,

OF THE ST. LOUIS BAR.

---

ST. LOUIS, MO.:
WOODWARD & TIERNAN PRINTING CO., PRINTERS.
1901

Digitized by Google

mission of the acts aforesaid, such person shall be deemed guilty of a misdemeanor, and on conviction thereof, shall be fined not less than twenty-five dollars nor more than five hundred dollars.  (R. O. 1892, sec. 1043.)

Sec. 1471.  **Concealed weapons—carrying of, prohibited.**—Hereafter it shall not be lawful for any person to wear under his clothes, or concealed about his person, any pistol or revolver, colt, billy, slung shot, cross knuckles, or knuckles of lead, brass or other metal, bowie knife, razor, dirk knife, dirk, dagger, or any knife resembling a bowie knife or any other dangerous or deadly weapon, within the City of St. Louis, without written permission from the mayor; and any person who shall violate this section shall be deemed guilty of a misdemeanor, and upon conviction thereof, be fined not less than ten nor more than five hundred dollars for each and every offense.  (R. O. 1892, sec. 989—r.)

Sec. 1472.  **Weapons may be worn by officers, when.**—Nothing in the next preceding section shall be so construed as to prevent any United States, state, county or city officer, or any member of the city government, from carrying or wearing such weapons as may be necessary in the proper discharge of his duties.  (R. O. 1892, sec. 990.)

## ARTICLE III.[*]

### OF OFFENSES AFFECTING THE PUBLIC SAFETY.

SECTION
1473.  Fast driving prohibited.
1474.  Bells—use of in driving—when prohibited.
1475.  Sleighs without bells—prohibited.
1476.  Rules of the road on highways.
1477.  Kite flying—when prohibited.
1478.  Blasting—precautions required.
1479.  Ball playing on highways prohibited.
1480.  Purloining horse, etc., penalty.
1481.  Firearms loaded with powder and ball—forbidden in theaters.
1482.  Proprietors responsible.
1483.  Minors—conditions of sale to of ammunition.

SECTION.
1484.  Penalty.
1485.  Bridges—rate of speed in driving over.
1486.  Notice to be posted.
1487.  Bridges to what ordinance applies.
1488.  Penalty.
1489.  Cattle—hours for driving in streets.
1490.  Cattle—regulations for driving.
1491.  Police—duty of.
1492.  Preceding sections construed.
1493.  Cattle, hogs, etc., estray—disposition of.
1494.  Impounded cattle, etc., to be sold.
1495.  Duty of marshal as to estrays.
1496.  Expenses—limitation of.

Sec. 1473.  **Fast driving—prohibited.**—Any person who shall, in this city, ride or drive any animals in any highway, thoroughfare or public place, quicker than or beyond a moderate gait, or shall not slacken the pace of such animal or animals in approaching any crosswalk upon which any person may be in the act of crossing, or in the act of approaching or leaving a street car; or shall ride or drive any such animal so as to cause such animal or any vehicle thereto attached, to come in collision with or strike any other object or other person, or shall leave any such animal standing in any public place without being fastened or so guarded as to prevent its running away, or shall turn any such animal loose in any thoroughfare, or shall inhumanly, unnecessarily or cruelly beat, injure or otherwise abuse any dumb animal, shall be deemed guilty of a misdemeanor. R. O. 1892, sec. 1044—s.)

(r) St. Louis has power to enact ordinances against the carrying of concealed weapons. St. Louis v. Vert, 84 Mo. 204. An ordinance prohibiting the carrying of concealed weapons is not invalid because it fails to include certain exceptions included in the state laws provided as a defense against the charge. Linneus v. Dusky, 19 Mo. App. 20. A city ordinance prohibiting the carrying of concealed weapons is not void because it provides for a fine less than that fixed by a state statute. Ex parte Caldwell, 138 Mo. 233.

[*]See Article IX of Ch. XII.

(s) **Fast driving.**—An incorporated town is authorized by statute to prohibit by ordinance riding or driving in its streets faster than an ordinary trot, and to inflict a fine therefor. Mealls v. Haywards, 48 Ind. 19; 2 Dillon Mun. Corp. (3rd ed.), sec. 713.  Persons driving in the streets of a city (in the absence of municipal regulation as to fast driving), are not limited to any particular rate of speed. They may drive slowly or rapidly, but they must use proper care and prudence so as not to cause injury to other persons lawfully upon the streets.  Crocker v. Knickerbocker Ice Co., 92 N. Y. 652; 13 Amer. & Eng. Ency. of Law, 963.

# Stockton, CA
# 1901

# Charter and Ordinances

## of the

# City of Stockton

Compiled and Published by
Authority of the City Council

MAY, 1908

STOCKTON, CAL.

Stockton Mail, Printers and Bookbinders



Digitized by Google

# PENAL.

## ORDINANCE No. 53.

(Being originally No. 324, approved March 31, 1891, as amended.)

**Relating to the Offense of Misdemeanor; Specifying Acts and Omissions Which, Within the City of Stockton, Constitute the Same and Fixing the Penalties Thereof.**

Be it ordained by the City Council of the City of Stockton as follows:

### One—Concealed Weapons, Burglars' Tools.

Section 1.  It shall be unlawful and a misdemeanor:

1.  For any person not being a peace officer or actually prosecuting a journey to or from the town, city or county of his residence, to wear or carry concealed about his person any pistol, dirk, bowie-knife, slungshot, sand-club, metallic knuckles or any other deadly or dangerous weapon, except he first have a written permit to so do from the Mayor of the City of Stockton.

2.  For any person not being a peace officer to have in his possession a picklock, jimmy, skeleton key, key to be used with bits, burglars' nippers or any other burglars' tools or burglars' instrument, unless such possession be shown to be innocent or for a lawful purpose.

### Two—Firearms, Fireworks, Etc.

Sec. 2.  It shall be unlawful and a misdemeanor for any person:

1.  To fire or discharge any pistol, gun, rifle, firearm, cannon, anvil loaded with powder, bow, airgun, or other device whereby a shot, bullet or other dangerous missile is projected within the corporate limits of the City of Stockton; provided, that with the permission of the Mayor first had, cannon or anvils may be discharged at any point in such permission specified, and that any person may within or upon his own inclosure shoot dangerous or destructive beasts.

2.  To fire, discharge or set off, except on holidays, fete days, or occasion of public parade, and under and by virtue of the written permit of the Chief of Police first had, any cracker, rocket, bomb, torpedo, squib, chaser, Roman candle or any other kind of fireworks.

### Three—Criminal Intoxication.

Sec. 3.  It shall be unlawful and a misdemeanor:

1.  For any person to be found on or in any public street, sidewalk, highway, square or place, or place open to public view, in a state of intoxication.

2.  For any person not being a lawful occupant of such house or premises to be found in any private house or private premises in a state of intoxication to the annoyance of any other person.

### Five—Disorderly, Immoral and Unlawful Resorts.

Sec. 5.  It shall be unlawful and a misdemeanor:

1.  To frequent, become an inmate of or contribute to the support of any disorderly house, house or place of ill-fame, assignation or prostitution, or place for gambling, or for any unlawful practice.

2.  Knowingly to let, sub-let or transfer possession of any premises or portion thereof for use for gambling or any unlawful practice.

Digitized by Google