# EXHIBIT

# 10

# Jersey City, NJ

# 1871

# AN ORDINANCE

TO PREVENT THE CARRYING OF LOADED OR CONCEALED
WEAPONS WITHIN THE LIMITS OF JERSEY CITY. (SEE
ORDINANCE APPROVED JUNE 20, 1878.)

*The Mayor and Aldermen of Jersey City do ordain as
follows:*

SECTION 1. That it shall not be lawful for any person or
persons (excepting policemen and private watchmen when on
duty), within the corporate limits of Jersey City, to carry,
have, or keep concealed on his or her person any instrument
or weapon commonly known as slung-shot, billy, sand-club or
metal knuckles, and any dirk or dagger (not contained as a
blade of a pocket-knife), and loaded pistol or other dangerous
weapon, under the penalty of not exceeding twenty dollars for
each offense.

SEC. 2. That it shall not be lawful for any person or per-
sons (excepting policemen and private watchmen when on
duty), within the corporate limits of Jersey City, to carry or
wear any sword in a cane, or air-gun, under the penalty of
not exceeding twenty dollars for each offense.

SEC. 3. Any forfeiture on penalty arising under this ordi-
nance may be recovered in the manner specified by the City
Charter, and all persons violating any of the provisions afore-
said shall, upon conviction, stand committed until the same be
paid.

SEC. 4. All ordinances in anywise inconsistent with this
ordinance are hereby repealed.

Passed July 18, 1871.

GEO. H. FARRIER, *President.*

JOHN E. SCOTT, *City Clerk.*

Approved July 21, 1871.

CHAS. H. O'NEILL, *Mayor.*

Order of the Board of Aldermen. Ordinances of Jersey City, Passed By The Board Of Aldermen since May 1, 1871, under the Act Entitled "An Act to Re-organize the Local Government of Jersey City," Passed March 31, 1871, and the Supplements Thereto. Kennard & Hay Stationery Manufacturing & Printing Company, 1874. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0102899061/MMLP?u=efgssf&sid=bookmark-MMLP&xid=75fefa49&pg=87. Accessed 23 Nov. 2022.

# Nebraska City, NE
# 1872

ORDINANCES OF.

all the charges and remove the same for the period of twenty-four hours after the service of such notice, the said officer shall proceed to sell the same at public auction, first giving two days notice, by not less than five hand-bills conspicuously posted, of the time and place of said sale, which said notice shall also contain a brief description and the name of the owner or custodian thereof, if known.

SEC. 4. If the owner or custodian shall not be known to said officer he shall immediately advertise the same for sale for at least three days prior to such sale, by three handbills conspicuously posted in said city, which said notice shall contain a description of the swine to be sold, where the same were taken up, the time and place of said sale.

SEC. 5. The officer's fees for proceedings under this ordinance shall be as follows, to-wit: One dollar per head for impounding the necessary expenses for keeping; twenty-five cents for each notice served, and twenty per cent of sales for selling.

SEC. 6. From the proceeds of the sale of each hog or lot of swine belonging to one individual the officer shall pay the fees and expenses as hereinbefore provided for, and the balance if any there be, shall be paid to the city treasurer and be kept by him as a separate fund and shall only be paid out by warrant duly drawn and made payable to the party justly entitled thereto.

SEC. 7. This ordinance shall take effect and be in force from and after its passage and approval.

Approved, April 16, A. D. 1872.

---

ORDINANCE No. 7.

An Ordinance prohibiting the carrying of fire arms and concealed weapons.

SECTION 1. *Be it ordained by the Mayor and Councilmen of the city of Nebraska City,* That it shall be, and it is hereby declared to be unlawful for any person to carry, openly or concealed, any musket, rifle, shot gun, pistol, sabre, sword, bowie knife, dirk, sword cane, billy, slung-shot, brass or other metallic knuckles, or any other dangerous or deadly weapons, within the corporate limits of Nebraska City, Neb.; *Provided,* that nothing herein contained shall prevent the carrying of such weapon by a civil or military officer, or by a soldier in the discharge of his duty, nor by any other person for mere purposes of transportation from one place to another.

SECTION 2. Upon complaint before the Police Judge that an offence in violation of this ordinance has been committed, he shall inquire into the circumstances of the case to determine whether the charge is well founded, and exercise his own discretion as to the dismissal thereof. If the complaint shall be made good, and the

# Nashville, TN

# 1873

## CHAPTER 108.

### CARRYING PISTOLS, BOWIE-KNIVES, ETC.

SECTION
1. Penalty imposed for carrying pistols, bowie-knives, etc.
2. Duty of the police to arrest all persons carrying such weapons.
3. Penalty imposed on police officer for failing to arrest persons carrying deadly weapons.

SECTION
4. Police Commissioners instructed to increase number of patrolmen to thirty-four.
5. Provisions against carrying deadly weapons do not extend to police officers.

SECTION 1. That every person found carrying a pistol, bowie-knife, dirk-knife, slung-shot, brass knucks or other deadly weapon, shall be deemed guilty of a misdemeanor, and, upon conviction of such first offense, shall be fined from ten to fifty dollars, at the discretion of the court, but upon conviction of every such subsequent offense, shall be fined fifty dollars; *Provided, however,* That no ordinary pocket-knife and common walking-canes shall be construed to be deadly weapons.

SEC. 2. That it shall be the duty of every police officer who sees any person or persons with, or knows of any person carrying, such deadly weapons, to immediately arrest every such person, that they may be dealt with according to the provisions of this act.

SEC. 3. That every police officer who may refuse or neglect to immediately arrest every such person seen with or known to be carrying such deadly weapons, shall be deemed guilty of dereliction of duty, and, upon conviction thereof, shall be dismissed from service, and any two respectable citizens shall be deemed competent to prefer charges to the proper authorities against such police officer for such dereliction of duty.

SEC. 4. To the end that the provisions of this act may be more fully carried out, the Police Commissioners be, and are hereby, instructed to increase the number of patrolmen to thirty-four, to be uniformed, paid and controlled in accordance with the present police law.

SEC. 5. It is expressly understood that the provisions of this act relating to carrying such deadly weapons as are mentioned in the preceding sections, do not extend to police or other officers, or persons that are entitled by law to carry

Case 7:21-cv-05334-NSR   Document 67-10   Filed 11/30/22   Page 9 of 40

such deadly weapons, nor does it extend to the act of handling or moving such deadly weapons in any ordinary business way.

SEC. 6. That all laws and parts of laws in conflict with this act are hereby repealed, and this act to take effect from and after its passage, the public welfare requiring it.

Approved December 26, 1873.

# CHAPTER 109.

### SABBATH.

SECTION
1. No water-craft to unload on Sunday.
2. No vehicle to be laden on Sunday.
3. No grocery or other place of ordinary business to be kept open on the Sabbath; tavern-

SECTION
    keepers and apothecaries excepted.
4. Vendors of ice, ice-cream, soda water, cigars and tobacco excepted.
5. No games allowed on Sunday.

SECTION 1. That if any owner or owners of any steamboat, keel-boat, barge or other water-craft, should load or unload, or cause to be laden or unladen, any such steamboat, keel-boat, barge or other water-craft, on the Sabbath day, within the limits of the corporation of Nashville, unless by the written permission of the Mayor, every person so offending shall forfeit and pay, on conviction thereof, not less than twenty-five nor more than fifty dollars for every such offense.

SEC. 2. That if any person or persons shall load, or cause to be laden, any wagon, cart or dray on the Sabbath day, with any article or package of merchandise, cotton, tobacco or any produce of the country, or unload, or cause to be unladen, any such wagon, cart or dray, or shall receive into his, her or their house, store or warehouse, any such article or package of merchandise, cotton, tobacco, or produce of the country, every person so offending shall forfeit and pay the sum of one dollar for each and every offense.

SEC. 3. That no person or persons shall be allowed to keep his, her or their grocery, dram-shop, confectionery or other place of ordinary business open on the Sabbath day, nor to sell any spirituous liquors on said day, or to deal out the same

Digitized by Google

# Los Angeles, CA

# 1878

Case 7:21-cv-05334-NSR   Document 67-10   Filed 11/30/22   Page 11 of 40

the city limits for the purpose of seeing that said ordinance
is not violated.   That before entering, said Marshal or police-
man shall first inform the owner, or person having control
of said back yard, the purpose of such entry, and any such
owner or person having charge or control of the same, who
shall refuse or resist such entry shall thereupon be arrested,
and upon conviction thereof, shall be fined in a sum not more
than twenty-five dollars, nor less than five, or imprisonment
not more than ten days.   Approved Nov. 22, 1869.

34     Every owner or occupant of every store, hotel, bar-room,
or public house of any kind, as also each and every person
occupying a house having two rooms or more facing the
street, shall hang a light outside of the door of his or their
building, the first two and a half hours of every dark night,
under a penalty of two dollars for the first offence and five
dollars for each and every subsequent offence.

35     Every person who shall draw any species of fire-arms, or
any sword or sword-cane, or knife, or dirk, or other deadly
weapon upon the person of another within the limits of this
city, unless in lawful defence of person or property, shall be
fined not to exceed one hundred dollars, and imprisonment
at the discretion of the Mayor, not to exceed ten days.

36     In future, no persons, except peace officers, and persons
actually traveling, and immediately passing through Los
Angeles city, shall wear or carry any dirk, pistol, sword in
a cane, slung-shot, or other dangerous or deadly weapon,
concealed or otherwise, within the corporate limits of said
city, under a penalty of not more than one hundred dollars
fine, and imprisonment at the discretion of the Mayor, not
to exceed ten days.

It is hereby made the duty of each police officer of this
city, when any stranger shall come within said corporate
limits wearing or carrying weapons, to, as soon as possible,
give them information and warning of this ordinance; and
in case they refuse or decline to obey such warning by depos-
iting their weapons in a place of safety, to complain of them
immediately.

37     No person shall ride any mule, horse or other animals
within the fire limits of this city, at a furious rate, or at a
greater speed than eight miles per hour.   Nor shall any person
drive any wagon, carriage, or other vehicle, at a greater speed
than as above stated.   Nor shall any person leave any horse
or mule, saddled or harnessed, loose in the aforesaid limits.

Salina, KS

1879

## ORDINANCE No. 268.

An Ordinance relating to the carrying of deadly weapons.

*Be it ordained by the Mayor and Councilmen of the city of Salina :*

SECTION 1.  That it shall be unlawful for any person to carry on or about his person any pistol, bowie knife, dirk, or other deadly or dangerous weapon, anywhere within the limits of the city of Salina, save and except as hereinafter provided.

SEC. 2.  This ordinance shall not apply to cases when any person carrying any weapon above mentioned is engaged in the pursuit of any lawful business, calling or employment and the circumstances in which such person is placed at the time aforesaid, are such as to justify a prudent man in carrying such weapon, for the defense of his person, property or family, nor to cases where any person shall carry such weapon openly in his hands, for the purpose of sale, barter, or for repairing the same, or for use in any lawful occupation requiring the use of the same.

SEC. 3.  Any person violating any of the provisions of this ordinance shall, upon conviction thereof before the police court, be fined in any sum not less that twenty-five nor more than one hundred dollars.

SEC. 4.  This ordinance shall take effect and be in force from and after its publication in pamphlet form.

Approved June 24th, 1879

WM. BERG, Mayor.

Attest: E. E BOWEN, City Clerk.

I hereby certify the above and foregoing to be a true copy of an ordinance passed by the mayor and councilmen of the city of Salina on the 24th day of June, 1879.  See page 97 of the Journal B for the record of the final vote on its passage.

[CITY SEAL.]                    E. E. BOWEN, City Clerk.

# La Crosse, WI

# 1880

176                          CITY ORDINANCES.

limits of the city of La Crosse shall be punished by a fine
not exceeding twenty-five dollars.

**Committing nuisance.** SECTION 13. Any person found committing any
nuisance upon any street, alley, vacant lot, or upon any
public ground, shall be punished by a fine not exceeding
five dollars.

**Penalty for intoxica- tion, using indecent language or creating riots.** SECTION 14. Every person who shall be found in a
state of intoxication in any street, thoroughfare or public
place within the corporate limits of the city of La Crosse;
or who shall make use of any vulgar, indecent or ob-
scene language; or who shall make use of any loud,
boisterous, profane or insulting language, or of any lan-
guage tending to excite a breach of peace, or who shall
be engaged in fighting; or who shall make or assist in
making any riots, noise or disturbance in said city, or
shall aid or countenance any riotous or disorderly as-
semblage therein; or who shall be guilty of any disorderly
or improper conduct in said city of La Crosse, shall upon
conviction be punished by a fine of not less than one
dollar nor more than one hundred dollars.

**Penalty for carrying concealed weapons** SECTION 15. It shall be unlawful for any person other
than a policeman or other officer authorized to maintain
the peace and to serve process to carry or wear any pistol,
slungshot, knuckles, bowie knife, dirk or any other dan-
gerous weapon, and any person convicted of a violation
of this section shall be punished by a fine not exceeding
one hundred dollars. In all cases of conviction here-
under, any and all dangerous weapons found on the per-
son of the accused shall be confiscated and become the
property of the city of La Crosse, and may be sold for
the benefit thereof at such times and in such manner as
the common council may from time to time direct.

**Penalty for interfering with street lamps, lamp posts, or in- juring fences, trees, plants, buildings, sign-boards, etc.** SECTION 16. Every person who shall wilfully, mali-
ciously or wantonly break the glass on any street lamp
post or in any window or sky light in the city of La
Crosse, or extinguish any lamp or climb upon any post,
or destroy, remove, throw down or injure any fence or
other enclosure on land belonging to or lawfully occu-
pied by another, or interfere with any gate or bars in any
such enclosure, or destroy, injure or carry away any
tree or plant, or tear down, mutilate, deface or injure any
building, signboard, fence or railing being the property
of another; or who shall wilfully, maliciously or wantonly
injure, destroy or remove any useful or ornamental tree
or plant of any kind, vase, statue, arbor, stand or any

# Syracuse, NY

# 1885

Case 7:21-cv-05334-NSR Document 67-10 Filed 11/30/22 Page 17 of 40

three months, or to both such fine and imprison-
ment.

§ 5. Any person who shall immoderately ride or Immoder-
ate driving
drive any horse or other animal whether attached and riding.
to a private or public ambulance or other vehicle
in any avenue, street, alley or lane in the city, shall
be subject to a fine of not less than five nor more
than fifty dollars, or to imprisonment in the peni- Penalty.
tentiary of the county for not less than ten nor
more than thirty days.

§ 6. Any person who shall solicit alms in the Soliciting
alms.
city for any purpose whatever, without permission
from the mayor, shall be subject to a fine of two
dollars or to imprisonment in the penitentiary of Penalty.
the county for ten days for each offense.

§ 7. Any person who shall carry about his or her Carrying
of deadly
person any dirk, bowie knife, sword or spear cane, weapons.
pistol, revolver, slung shot, jimmy, brass knuckles,
or other deadly or unlawful weapon, or shall use
any deadly or unlawful weapon, with intent to do
bodily harm to any person, shall be subject to a
fine of not less than twenty-five nor more than one Penalty.
hundred dollars, or to imprisonment in the peni-
tentiary of the county for not less than thirty days
nor longer than three months, or to both such fine
and imprisonment.

§ 8. Any person who shall ring any gong or bell Ringing of
gongs and
or cry any auction in any street, lane for alley, or bells.
upon any sidewalk, or upon any piazza, step or

# Dallas, TX

# 1887

80 ORDINANCES.

## UNLAWFUL CARRYING OF ARMS.

AN ORDINANCE Prohibiting and Punishing the Unlawful Carrying of Arms.

SECTION 1. Be it ordained by the City Council of the City of Dallas, that if any person in the City of Dallas shall carry on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slungshot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by fine of not less than twenty-five nor more than two hundred dollars and shall be confined in the city prison not less than twenty nor more than sixty days.

SEC. 2. That the preceding section shall not apply to a person in actual service as a militiaman, nor to a peace officer, or policeman or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack upon legal process.

SEC. 3. That all Ordinances or parts of Ordinances in conflict with this Ordinance be and the same are hereby repealed.

SEC. 4. That this Ordinance take effect from and after its passage.

Approved July 18, 1887.

# Checotah, OK

# 1890

---

## ORDINANCE NO. 11.

An ordinance relating to the public peace.

Be it ordained by the town council of the incorporated town of Checotah:

Section 1. That it shall be a misdemeanor to do or cause to be done any of the following acts, and any person convicted thereof shall be fined not more than Twenty Five dollars.

Section 2. To be connected with or participate in any masked ball not authorized by the mayor of the town.

Section 3. To wear or carry any pistol of any kind whatever, or any dirk, butcher knife or bowie knife, or a sword, or a spear in a cane, brass or metal knuckles or a razor, slung shot, sand bag, or a knife with a blade over three inches long, with a spring handle, as a weapon.

Section 4. To be drunk or in a state of intoxication in any public or private place within the town limits.

Section 5. To use rude, boisterous, offensive, obscene or blasphemous language in any public place, or to make, aid, countenance, or assist in making any improper noise, disturbance, breach of the peace or diversion, or conduct one's self in a disorderly manner in any public place, or in any other place within the town limits.

Section 6. To keep a disorderly house or place of public resort in the open air, or by making or causing to be made therein, loud or improper noises, or by collecting therein or permit the collection therein, or allow to remain therein, drunken, disorderly and noisy persons to the annoyance of others and the disturbance of the neighborhood, or to give admission, or cause to be given admission therein, to women of known ill repute or prostitutes, or fail to remove or expel such persons after being notified of their character.

Section 7. To employ any device, noise or performance tending to the collection of persons on the streets or other places to the obstruction of the same, or to exhibit any tricks or legerdemain or other devices of like kind, or perform with bells, or-

New Haven, CT

1890

City for any such purpose, shall forfeit and pay a penalty of not less than ten, nor more than fifty dollars for every such offense.

SEC. 192.  Every person who shall carry in said City, any steel or brass knuckles, pistol, or any slung shot, stiletto or weapon of similar character, or shall carry any weapon concealed on his person without permission of the Mayor or Superintendent of Police in writing, shall, on conviction, pay a penalty of not less than five, nor more than fifty dollars for every such offense.

## JURORS OF THE CITY COURT.

Section.
193. Penalty for neglecting to serve as juror when summoned.

*Be it ordained by the Court of Common Council of the City of New Haven:*

SEC. 193.  If any person chosen, drawn and summoned to serve on a jury at any session of the City Court of said City, in accordance with the provisions of the Charter of said City, shall make default of appearance, according to the direction of the summons, which shall have been duly served upon him, and returned to Court, he shall forfeit and pay a penalty of five dollars, unless on cause shown, said City Court shall excuse him therefrom.

## LAMPS.

Section.
194. Court of Common Council may order lamps to be set up.

Section.
195. Unauthorized interference with lamps prohibited, etc.; penalty.

*Be it ordained by the Court of Common Council of the City of New Haven:*

SEC. 194.  The Court of Common Council is hereby authorized to cause to be set up such lamps in the streets and public places in said City, for the purpose of

Superior, WI

1896

# CHARTER ❦ ORDINANCES

—OF THE—

# City of Superior

Also Harbor Act, Municipal Court Act, Rules of the
Common Council and Board of Education.

## Published by Authority of the City.

Compiled by
KELLOGG & DURLEY
ATTORNEYS-AT-LAW
1895

Wisconsin

THE LIBRARY
OF CONGRESS

**Lurking about with evil intent.**

Sec. 14. Any person who may hereafter be found lurking, lying in wait or concealed, in any house or other building, or in any yard, premises, street or alley within the City of Superior, with intent to do any mischief, or to pilfer or to commit any crime or misdemeanor whatever, shall for every such offense, upon conviction thereof, be punished by a fine of not less than five (5) dollars nor more than twenty-five (25) dollars.

**Drunkenness and breach of peace.**

Sec. 15. Any person who shall be found in a state of intoxication in any street, thoroughfare or public place within the City of Superior, or who shall make use of any loud, boisterous, profane or insulting language, or of any language tending to incite a breach of the peace, or who shall be engaged in fighting, or who shall make or assist in making any riot, noise or disturbance in said city, or shall aid or countenance any riotous or disorderly assemblage therein shall, upon conviction thereof, be punished by a fine of not less than one (1) dollar nor more than one hundred (100) dollars.

**Cruelty to animals.**

Sec. 16. Any person who shall cruelly beat, kick, whip, injure or otherwise abuse any horse, or other animal within the limits of the city of Superior, shall, upon conviction thereof, be punished by a fine of not less than two (2) dollars nor more than fifty (50) dollars.

**Indecent exhibition of stud-horses.**

Sec. 17. No person shall indecently exhibit any stud horse or jack or let any stud horse or jack to any mare or mares within the City of Superior, unless in some enclosed place out of public sight or view. Any person who shall violate this section shall, upon conviction thereof, be punished by a fine of not less than two (2) dollars nor more than fifty (50) dollars for each offense.

**Carrying concealed weapons.**

Sec. 18.   It shall be unlawful for any person, other than a policeman or other officer authorized to maintain the peace or to serve process, to carry or wear any pistol, sling-shot, knuckles, bowie knife, dirk, dagger or any other dangerous weapon within the limits of the City of Superior, and any person convicted of a violation of this section shall be punished by a fine of not less than ten (10) dollars nor more than one hundred (100) dollars.

**Discharge of firearms and fireworks.**

Sec. 19.   No person shall fire or discharge any cannon, gun, fowling piece, pistol or firearms of any description, or fire, explode or set off any squib, cracker or other thing containing powder or other combustible or explosive material, or set off or exhibit any fireworks, within the limits of the City of Superior, without first having obtained written permission from the mayor, which permission shall limit the time and fix the place of such firing, and be subject to be revoked at any time after the same may have been granted.  Any person who shall violate any provision of this section shall, upon conviction thereof, be punished by a fine of not less than one (1) dollar nor more than fifty (50) dollars for each offense; but this section shall not be construed to prohibit the discharge of firearms when done in the lawful defense of person or property, or family or in the necessary enforcement of law; nor to prohibit shot-gun practice upon the grounds used by any gun club for such purpose.

**Willful injury to property.**

Sec. 20.   Every person who shall, within the City of Superior willfully, maliciously or wantonly, break the glass of any street lamp, window or skylight, or extinguish any lamp, or destroy, remove, throw down or injure any fence or other inclosure on land belonging to or occupied by another, or interfere with any gate or bars in any such inclosure or destroy, injure or carry away

any tree or plant, or tear down, mutilate, deface
or injure any building, signboard, fence or railing,
being the property of another, or who shall will-
fully, maliciously or wantonly injure, destroy or
remove any ornamental or useful tree or plant
of any kind, vase, statue, arbor, stand or other
building or other structure, or destroy, mutilate
or injure any mile-stone, board or guide post, or
who shall wilfully, maliciously or wantonly in-
jure, deface or destroy any property not his own,
whether real or personal, or whether belonging
to any private person or to any private or public
corporation, shall, upon being convicted of a vio-
lation of any provision of this section, be punished
by a fine of not less than two (2) dollars nor more
than one hundred (100) dollars for each offense.

### Allowing horses to injure trees etc.

Sec. 21. No person shall permit any horse or
other animal, belonging to him or in his charge,
to remain unhitched or loose, or to stand, whether
hitched or not, where such horse or animal can
reach any tree, flower, shrub or grass plat, wheth-
er in the street or upon private or public grounds,
within the city limits; and any person so offend-
ing shall, upon conviction, be punished by a fine
of not less than three (3) dollars nor more than
fifty (50) dollars.

### Disturbing schools and religious assemblages.

Sec. 22. Any person who shall, within the
limits of the City of Superior, willfully, malicious-
ly or wantonly interrupt or disturb any private
or public school or Sunday school, or assemblage
for religious worship, or shall create or encourage
any noise, riot or disturbance at or near the same,
which shall have the effect to hinder or disturb
the exercises of any such school or the services
of any such assemblage for religious worship, or
who shall willfully, maliciously or wantonly in-
terrupt, molest or disturb any lawful assemblage
of people, or shall create any noise or disturbance
at or in the place of any concert, theater or other
public entertainment, shall, upon being convicted

of a violation of any provision of this section, be punished by a fine of not less than two (2) dollars nor more than one hundred (100) dollars.

**Cemetery regulations.**

Sec. 23. It shall be unlawful for any person to use any fire arms, or to shoot off a gun or pistol, or to hunt game or birds within the limits of any cemetery in the City of Superior, or to rob or disturb birds' nests therein, or to enter any cemetery except by the gate, and then only at such times as the same may be open for the public, or to ride or drive therein faster than a walk, or ride or drive on other than the laid out avenues in such cemetery, or to use the same as a thoroughfare in going from one place to another, or to use any such cemetery for the purpose of pasturing or keeping horses or other animals therein, or to allow any horse or cattle to roam therein. Any person who shall violate any provision of this section shall, upon conviction thereof, be punished by a fine of not less than two(2) dollars nor more than fifty (50) dollars for each offense.

**Wanton injury of monuments, etc.**

Sec. 24. Any person who shall willfully or wantonly destroy, mutilate, injure or remove any tomb, monument, gravestone, building or other structure, fence, wall, railing, tree, shrub, plant or flower within the limits of any burying ground or cemetery in the City of Superior or any other thing intended for the ornamentation or protection thereof, shall, upon conviction thereof, be punished by a fine of not less than two (2) dollars nor more than one hundred (100) dollars.

**Bill posting.**

Sec. 25. No bill-poster or other person shall post, or in any manner put up, any written or printed bill, notice or advertisement upon any building or fence within the City of Superior, without written consent of the owner or lessee thereof. Any person who shall violate any pro-

# Rawlins, WY

# 1893




CITY OF RAWLINS.                    131

more than one hundred dollars for each and every offense.

SEC. 4.   If any person shall expose for sale in any market, house, shop or elsewhere in this city, any emaciated, tainted or putrid meat or provision, which from these or other causes may be deemed unwholesome, every such person, on conviction, shall forfeit and pay a penalty of five dollars for each offense.

SEC. 5.   No person shall steam, or boil, or in any way render any offal, tainted or damaged lard or tallow, or steam, boil or render any animal substance in such a manner as to occasion any offensive smell, or which by steaming, boiling or otherwise rendering will so taint the air so as to render it unwholesome to the smell within the limits of the city.   Any person who shall violate the provisions of this section, shall, on conviction, be fined in a sum not less than ten dollars nor more than one hundred dollars.

## ARTICLE VII.

### CARRYING FIRE ARMS AND LETHAL WEAPONS.

SECTION 1.   It shall be unlawful for any person in said city to keep or bear upon the person any pistol, revolver, knife, slungshot, bludgeon or other lethal weapon, except the officers of the United States, of the State of Wyoming, of Carbon County and of the City of Rawlins.

SEC. 2.   Any person convicted of a violation of the preceding section shall be fined not exceeding one hundred dollars, or imprisoned in the city jail not exceeding thirty days.

SEC. 3.   Persons not residing in said city shall




（空白）

132          REVISED ORDINANCES OF THE

be notified of this Ordinance by the police or any citizen, and after thirty minutes from the time of notification, shall be held liable to the penalties of this article, in case of its violation.

SEC. 4.   The city marshal and policemen of the city shall arrest, without warrant, all persons found violating the provisions of this article, and are hereby authorized to take any such weapon from the person of the offender and to imprison the offender for trial, as in case of violations of other Ordinances of said city.

SEC. 5.   This ordinance shall be in force and take effect from and after its passage.

Revised, passed and adopted March 3, 1893.

CHAS. E. BLYDENBURGH,
President of Board.

Approved,
JOHN C. DAVIS,
Mayor.






# Wichita, KS

# 1899

SECTION.

80. Selling Wearing Apparel by Club Drawing.
81. Stealing Parts of a House.
82. Moving Houses with Unpaid Tax.
83. Time for Hauling Slops Along Street.
84. Dead Animals, Disposition of.
85. Traction and Threshing Engine on Paved Streets.
86. Manure not to be Thrown in Streets or Alleys; Limits; Provisions to Make Pen for.
87. Privy Vaults to be Cleaned and not to be Transferred.
88. Stables and Water Closets to be on Line of Alley.
89. Secondhand and Junk Dealers; Buying from Minors; Description book; Night Purchases.
90. Leaving Holes for Stagnant Water.
91. Advertisement on Street Poles.
92. Bicycle Riding Regulated; Sidewalks, Speed, Dismounting, by Threes, Alarm Bell.
93. Obstructing Streets or Walks; How Used by Merchants and Builders; Gutters not to be Obstructed; Debris to be Cleared.
94. Red Night Lights on Building Material on Street.

SECTION.

95. Hitching to Fire Hydrant or Pole with Alarm Box.
96. Ball Playing in Streets.
97. Running Water into Streets.
98. Throwing Rubbish into the Street.
99. Projections Over the Sidewalks.
100. Stringing Banners Across Streets.
101. Crowds Upon Sidewalks, Streets and Crossings.
102. Obstructing Crossings with Engines or Cars.
103. Digging and Leaving Holes in the Street.
104. Breaking Horses Upon Streets.
105. Leaving Horse, Mule or Ox on Street After Midnight.
106. Auction Sales not on Certain Streets.
107. Height of Telegraph, Telephone and Light-Wires, (20 ft.)
108. Building Lines Located by Engineer; Cellar-way Excavation; Power of Mayor and Council to Permit or Remove; Nuisance Declared and Abated; Penalty; Proviso for Parking Fence.
109. Injuring Shade or Ornamental Trees.
110. Public Vehicles; Limits Prohibited.
111. Take Effect.

## ORDINANCE NO. 1641.

AN ORDINANCE relating to certain public offenses and fixing the penalty therefor.

*Be it ordained by the Mayor and Councilmen of the City of Wichita:*

### Drawing Deadly Weapons Upon Another. SECTION 1.

That any person, not an officer of the law in the execution of his duty, who shall in the city of Wichita, draw a pistol, revolver, knife or any other deadly weapon upon another person shall upon conviction, be fined not less than twenty-five dollars nor more than one hundred dollars.

### Carrying Unconcealed Deadly Weapons. SEC. 2.

Any person who shall in the city of Wichita carry unconcealed, any fire-arms, slungshot, sheath or dirk knife, or any other weapon, which when used is likely to produce

death or great bodily harm, shall upon conviction, be fined
not less than one dollar nor more than twenty-five dollars.

***Using or Carrying Bean Snapper.*** SEC. 3. Any
person who shall, in the city of Wichita, use or carry con-
cealed or unconcealed, any bean snapper or like articles
shall upon conviction be fined in any sum not less than
one dollar nor more than twenty-five dollars.

***Carrying Concealed Deadly Weapons.*** SEC. 4.
Any person who shall in the city of Wichita, carry con-
cealed about his person any fire-arm, slungshot, sheath or
dirk knife, brass knuckles, or any weapon, which when
used is likely to produce death or great bodily harm, shall
upon conviction, be fined in any sum not exceeding one
hundred dollars.

***Disturbing the Peace.*** SEC. 5. Any person who
shall in the city of Wichita, disturb the peace of the city,
or any lawful assembly of persons, or of any neighborhood,
family, person, or persons, shall upon conviction, be fined
in any sum not exceeding one hundred dollars.

***Cursing and Using Violent Language.*** SEC. 6.
Any person who shall in the city of Wichita, curse, swear,
quarrel or use violent or threatening language, or make
any great noise, so as to disturb the peace of any person
or neighborhood shall, upon conviction be fined in any
sum not exceeding twenty-five dollars.

***Assault and Battery.*** SEC. 7. Any person who
shall, in the city of Wichita, assault and beat or wound
another, shall be deemed guilty of an assault and battery
and shall, upon conviction, be fined in any sum not ex-
ceeding one hundred dollars, or imprisonment in the city
jail not exceeding three months.

***Provoking Another to Breach of Peace.*** SEC.
8. Any person who shall, in the city of Wichita, by signs,
words or gestures, provoke or attempt to provoke another
to commit assault and battery or other breach of the
peace, shall, upon conviction, be fined in any sum not
less than three dollars, nor more than twenty-five dollars.

***Aiding Resistance or Escape from Officer.*** SEC
9. Any person who shall, in the city of Wichita, in any

# McKinney, TX

# 1899

(13.)

# ORDINANCE NO. 20.

### UNLAWFULLY CARRYING ARMS.

Be it ordained by the city council of the city of Mc-Kinney:

Sec 1. If any person in the limits of the city of McKinney shall carry on or about his person. saddle, or in his saddle bags, any  pistol, dirk, dagger, slung-shot, sword-cane, spear or nuckles made of any metal or of any hard substance Bowie knife or any other knife manufactured or sold for the purposes of offense or defense, he shall be punished by fine not less than twenty-five nor more than two hundred dollars.

Sec. 2. The preceding section shall not apply to a person in actual service as a militiaman, nor to a peace officer or a policeman or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so iminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

# ORDINANCE NO. 21.

### INDECENT PUBLICATION AND EXPOSURES.

Be it ordained by the city council of the city of Mc-Kinney:

That if any person within the limits of the city of Mc-Kinney, shall make, publish or print any indecent and obscene print, picture or written composition manifestly designed to corrupt the morals of the youth, or shall designedly make any obscene and indecent exhibition of his own or the person of another in public, he shall be fined not exceeding one hundred dollars.

San Antonio, TX

1899

some conspicuous place about his person, and said badge shall authorize the person holding the same to pursue such occupation only during good behavior, and at the pleasure of the mayor.

**Sec. 2.** The city marshal, on said person complying with Section 1 of this ordinance, shall designate a place or beat, on the public sidewalk or street, where the said person may pursue and follow his said occupation,

*City marshal to designate place or stand.*

**Sec 3.** The badge provided for in Section 1 of this ordinance shall not be transferable.

*Badge not transferable.*

**Sec. 4.** All persons permitted to pursue the occupation hereinbefore provided for shall be under the immediate supervision and control of the city marshal and police, and it shall be unlawful for any person to pursue and follow said occupation without first complying with Sections 1 and 2 of this ordinance: and it shall be unlawful to pursue said occupation at any other place or beat than that indicated by the city marshal.

*Boot blacks under supervision of city marshal.*

**Sec. 5.** Any person violating any of the provisions of this ordinance shall be fined in any sum not exceeding five dollars ($5.00) for each offense.

*Penalty affixed.*

## CHAPTER TEN.

### CONCEALED WEAPONS.

**Section 1.** If any person, within the corporate limits of the city of San Antonio, shall carry on or about his or her person, saddle, or in his saddle bags, any pistol, dirk, dagger, sling shot, sword cane, spear, or knuckles made of any metal

*Carrying concealed weapons.*
*Penalty.*

184              REVISED CRIMINAV ORDINANCES.

or any hard substance, bowie knife, or any other kind of knife
manufactured or sold for purposes of offense or defense, he
or she shall be punished by a fine of not less than twenty-five
dollars ($25.00) nor more than two hundred dollars ($200.00).

*What persons exempted.*

**Sec. 2.**  The preceding section shall not apply to a person in actual service as a soldier of the United States army
or as a militia man, nor to a peace officer or policeman engaged in the discharge of official duty, or person summoned
to his aid, or other person authorized or permitted by law to
carry arms at the places therein designated, nor to a revenue
or other civil officer engaged in the discharge of official duty,
nor to the carrying of arms on one's own premises or place
of business, nor to persons traveling, nor to one who has a
reasonable ground for fearing an unlawful attack upon his
person, where the danger is so imminent and threatening as
not to admit of the arrest of the party about to make such
attack, upon legal process.

## CHAPTER ELEVEN.

### DISORDERLY HOUSES.

*Disorderly house defined.*

**Section 1.**  A disorderly house is one kept for prostitution, or where prostitutes are permitted to resort or reside, for the purpose of plying their vocation, or any theatre,
play house or house where spirituous, vinous, or malt liquors
are kept for sale, and prostitutes, lewd women, or women
of bad reputation for chastity, are employed, kept in service,
permitted to display or conduct themselves in a lewd, lascivious, or indecent manner, or to which persons resort for the
purpose of smoking or in any manner using opium.