# EXHIBIT 11

# 2020 CENSUS
# RESULTS FOR NEW YORK CITY

## KEY POPULATION & HOUSING CHARACTERISTICS



NYC PLANNING

# 2020 CENSUS RESULTS FOR NEW YORK CITY

## KEY POPULATION & HOUSING CHARACTERISTICS



**The City of New York**
Bill de Blasio, *Mayor*

**Department of City Planning**
Marisa Lago, *Director*

nyc.gov/planning

August 2021

**Table of Contents**

| | |
|---|---|
| Map of New York City Neighborhood Tabulation Areas (NTAs) | v |
| Decennial Census Public Law 94-171 Redistricting Data | 1 |
| Statement on Data Accuracy | 1 |
| A Note on Neighborhoods | 1 |
| A Note on 2020 Census Data Quality | 2 |
| Key Takeaways | 2 |
| Population Growth, NYC and Boroughs, New York State, and the U.S., 2010 to 2020 | 3 |
| Population Change, 20 Largest Cities in the U.S., 2010 to 2020 | 5 |
| Population, NYC, 1900 to 2020 | 7 |
| Population, NYC Boroughs, 1900 to 2020 | 9 |
| Population, NYC Neighborhood Tabulation Areas, 2020 | 11 |
| Population Change, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 11 |
| Percent Change in Population, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 13 |
| Population by Race/Hispanic Origin, NYC, 2010 and 2020 | 15 |
| A Note on Race/Hispanic Origin in Census Data | 15 |
| Percent of Population by Race/Hispanic Origin, NYC and Boroughs, 2020 | 17 |
| Population by Race/Hispanic Origin, NYC Boroughs, 2010 and 2020 | 19 |
| White Non-Hispanic Population, NYC Neighborhood Tabulation Areas, 2020 | 21 |
| Change in the White NH Population, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 23 |
| Black Non-Hispanic Population, NYC Neighborhood Tabulation Areas, 2020 | 25 |
| Change in the Black NH Population, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 27 |
| Asian Non-Hispanic Population, NYC Neighborhood Tabulation Areas, 2020 | 29 |
| Change in the Asian NH Population, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 31 |
| Hispanic Population, NYC Neighborhood Tabulation Areas, 2020 | 33 |
| Change in the Hispanic Population, NYC Neighborhood Tabulation Areas, 2010 to 2020 | 35 |
| Population by Age Group, NYC and Boroughs, 2010 and 2020 | 37 |
| Race/Hispanic Origin by Age Group, NYC, 2010 and 2020 | 39 |
| Housing Units by Occupancy Status, NYC and Boroughs, 2010 and 2020 | 41 |
| A Note on City Planning's Work to Improve the 2020 Census Address List | 42 |

**Decennial Census Public Law 94-171 Redistricting Data**

Each decade, to allow for states and local governments to redraw voting districts, the Census Bureau releases key results from the decennial census, called the Census (Public Law 94-171) Redistricting Data Summary Files. These files provide a subset of the data produced by the census including population, race and Hispanic origin, population age 18 and over, as well as total and vacant housing units. The PL 94-171 redistricting data are the first decennial census data released at the local level, and this report presents 2020 Census results for New York City, its boroughs, and its neighborhoods. In addition to results from the 2020 Census, the following tables and figures give results from the 2010 Census and change over the decade. Together, the 2010 and 2020 data provide information on population growth and changes in the racial/Hispanic origin composition within New York City.

**Statement on Data Accuracy**

Under Title 13 of the U.S. Code, the Census Bureau is legally bound to protect the privacy of individuals participating in the decennial census. To adhere to the law and to avoid the disclosure of information about individual respondents, the Census Bureau has historically applied a host of techniques, such as top- and bottom-coding, imputation, table- and cell-suppression, and data swapping. The Census Bureau is employing a new technique with the 2020 Census, referred to as the Disclosure Avoidance System (DAS), based on differential privacy. With this approach, the Census Bureau "infuses noise" systematically across census data and sets a quantified disclosure risk, referred to as the Privacy Loss Budget (PLB).

While the new DAS approach may diminish the risk of disclosure concerns, it comes at a cost to data accuracy. Consequently, 2020 Census data users should be aware that all sub-state counts, except for housing units (which are unaffected by the DAS), may be adjusted to protect the privacy of Census participants and may be subject to reduced accuracy. Because DAS noise infusion is randomized, it is impossible for data users to know the degree to which any individual statistic is altered. However, it is possible to say that in general the relative size of errors decreases as counts increase. Consequently, data users should have greater confidence in the accuracy of the data as counts get larger. Further, an evaluation of a Privacy-Protected Microdata File (PPMF), treated with a Disclosure Avoidance System like the one applied to 2020 redistricting data, showed that counts of 300 or more rarely have sizable errors (error beyond +/- 10% of the count). Therefore, while data users need to be cognizant of data accuracy limitations, they should have confidence in conclusions based on sizable counts, which are relatively unaffected by the Census Bureau's latest disclosure avoidance method.

**A Note on Neighborhoods**

In this report, our neighborhood-level analyses use 2020 Neighborhood Tabulation Areas (NTAs) as a unit of analysis. NTAs are aggregations of census tracts that approximate neighborhoods, with each having a population sizable enough to ensure confidence in the results. Throughout this text, the term "neighborhoods" is used synonymously with NTAs. For more information on 2020 NTAs, and changes from 2010, see 2020 Census Reconfiguration of Statistical Geographies.

> **A Note on 2020 Census Data Quality**
>
> It is important to note that the 2020 Census was conducted under unique circumstances and employed new methods of data collection and processing. Census Day was April 1, 2020, and the COVID pandemic greatly affected New York City's outreach efforts, as well as Census Bureau field operations. The 2020 Census also featured new methods, including internet response and differential privacy. While 2020 state-level metrics, released by the Census Bureau this April, suggest data quality was comparable to that of the 2010 Census, sub-state data quality metrics are not yet available. As further metrics become available, the NYC Department of City Planning will continue to evaluate the quality of NYC's census results.

## Key Takeaways

- New York City's enumerated population was 8,804,190 as of April 1, 2020, a record high. The city grew by 629,057 people or 7.7 percent – a faster pace of growth than that of New York State and the country.

- New York City now comprises 43.6 percent of the State's population, up from 42.2 percent in 2010.

- Brooklyn continued to be the largest borough with 2,736,074 residents, just 2,100 shy of its 1950 population peak. Queens, the second largest borough, reached a new population peak of 2,405,464, while Manhattan's population increased to 1,694,251. The Bronx achieved a new high of 1,472,654 residents, surpassing its 1970 population peak, and Staten Island's population of 495,747 also represented a new peak.

- Neighborhoods with the highest growth included Long Island City-Hunters Point (up 198 percent), Downtown Brooklyn-DUMBO-Boerum Hill (67 percent), and Williamsburg (41 percent). These neighborhoods had large numbers of newly constructed housing units during the 2010s. Inwood and Washington Heights (South) were the only two neighborhoods in the city that saw substantial declines, of 5 percent and 7 percent, respectively.

- Among the four major racial/Hispanic groups, the Asian population grew at the fastest rate (33.6 percent) over the decade, and other groups saw below average growth or declines. The Hispanic population grew by 6.6 percent, while the number of Black residents declined by 4.5 percent and the White population fell marginally, by 0.1 percent. In absolute terms, the Asian population increased by 345,383, accounting for more than one-half of the city's population growth.

- The White population remained the largest group, comprising 30.9 percent of the population, followed by the Hispanic (28.3 percent), Black (20.2 percent), and Asian (15.6 percent) populations.

- While the overall population of New York City grew, the population under 18 years old declined by nearly 28,000, a reflection of declining births and an aging population. Those identifying as Hispanic comprised the largest share of the under 18 population.

**Population Growth**
**New York City and Boroughs, New York State, and the U.S., 2010 to 2020**

|  | 2010 | | 2020 | | Change | |
|---|---|---|---|---|---|---|
|  | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| **New York City** | 8,175,133 | 100.0 | 8,804,190 | 100.0 | 629,057 | 7.7 |
| **Bronx** | 1,385,108 | 16.9 | 1,472,654 | 16.7 | 87,546 | 6.3 |
| **Brooklyn** | 2,504,700 | 30.6 | 2,736,074 | 31.1 | 231,374 | 9.2 |
| **Manhattan** | 1,585,873 | 19.4 | 1,694,251 | 19.2 | 108,378 | 6.8 |
| **Queens** | 2,230,722 | 27.3 | 2,405,464 | 27.3 | 174,742 | 7.8 |
| **Staten Island** | 468,730 | 5.7 | 495,747 | 5.6 | 27,017 | 5.8 |
| **New York State** | 19,378,102 | | 20,201,249 | | 823,147 | 4.2 |
| **NYC share of NYS** | 42.2 | | 43.6 | | | |
| **United States** | 308,745,538 | | 331,449,281 | | 22,703,743 | 7.4 |
| **NYC share of US** | 2.6 | | 2.7 | | | |

Source:  U.S. Census Bureau, 2010 and 2020 Census Redistricting Data (Public Law 94-171) Summary Files
Population Division, New York City Department of City Planning

3

**Population Growth**

- New York City's enumerated population was 8,804,190 as of April 1, 2020, a record high. The city grew by 7.7 percent (629,057 people), a faster pace of growth than that of the country.
- Brooklyn grew at the fastest rate, 9.2 percent, adding 231,374 people since 2010, and attaining a population of 2,736,074 in 2020. It continued to be the most populous borough.
- The Bronx surpassed its 1970 peak, reaching a record population of 1,472,654. It grew 6.3 percent or by 87,546 people since 2010.
- Queens reached a new record population of 2,405,464 in 2020. It added 174,742 people over the decade, a gain of 7.8 percent.
- The population of Manhattan was 1,694,251 in 2020, an increase of 108,378 or 6.8 percent since 2010.
- Staten Island grew at the slowest pace, 5.8 percent, adding 27,017 people over the decade. Its population was enumerated at 495,747 in 2020.
- New York State's population increased by 4.2 percent, reaching 20,201,249 in 2020. New York City accounted for more than three-quarters of New York State's population growth since 2010. Given New York City's higher rate of growth, it comprised 43.6 percent of the State's population, up from 42.2 percent in 2010.
- The population of the United States increased by 7.4 percent, or 22,703,743, reaching a total population of 331,449,281 in 2020. One out of every 38 people in the United States lived in New York City.

**Population Change**
**20 Largest Cities* in the U.S. (Ranked by Population in 2020), 2010 to 2020**

| 2020 Rank | Geographic Area<br>NYC and *Boroughs* | Total Population 2010 | Total Population 2020 | Population Change Number | Population Change Percent |
|---|---|---|---|---|---|
| 1 | New York, NY* | 8,175,133 | 8,804,190 | 629,057 | 7.7 |
| 2 | Los Angeles, CA* | 3,792,621 | 3,898,747 | 106,126 | 2.8 |
| 3 | Chicago, IL | 2,695,598 | 2,746,388 | 50,790 | 1.9 |
|  | *Brooklyn* | *2,504,700* | *2,736,074* | *231,374* | *9.2* |
|  | *Queens** | *2,230,722* | *2,405,464* | *174,742* | *7.8* |
| 4 | Houston, TX* | 2,099,451 | 2,304,580 | 205,129 | 9.8 |
|  | *Manhattan* | *1,585,873* | *1,694,251* | *108,378* | *6.8* |
| 5 | Phoenix, AZ* | 1,445,632 | 1,608,139 | 162,507 | 11.2 |
| 6 | Philadelphia, PA | 1,526,006 | 1,603,797 | 77,791 | 5.1 |
|  | *Bronx** | *1,385,108* | *1,472,654* | *87,546* | *6.3* |
| 7 | San Antonio, TX* | 1,327,407 | 1,434,625 | 107,218 | 8.1 |
| 8 | San Diego, CA* | 1,307,402 | 1,386,932 | 79,530 | 6.1 |
| 9 | Dallas, TX* | 1,197,816 | 1,304,379 | 106,563 | 8.9 |
| 10 | San Jose, CA* | 945,942 | 1,013,240 | 67,298 | 7.1 |
| 11 | Austin, TX* | 790,390 | 961,855 | 171,465 | 21.7 |
| 12 | Jacksonville, FL* | 821,784 | 949,611 | 127,827 | 15.6 |
| 13 | Fort Worth, TX* | 741,206 | 918,915 | 177,709 | 24.0 |
| 14 | Columbus, OH* | 787,033 | 905,748 | 118,715 | 15.1 |
| 15 | Indianapolis, IN* | 820,445 | 887,642 | 67,197 | 8.2 |
| 16 | Charlotte, NC* | 731,424 | 874,579 | 143,155 | 19.6 |
| 17 | San Francisco, CA* | 805,235 | 873,965 | 68,730 | 8.5 |
| 18 | Seattle, WA* | 608,660 | 737,015 | 128,355 | 21.1 |
| 19 | Denver, CO* | 600,158 | 715,522 | 115,364 | 19.2 |
| 20 | Washington, D.C. | 601,723 | 689,545 | 87,822 | 14.6 |
| 37 | Atlanta, GA* | 420,003 | 498,715 | 78,712 | 18.7 |
|  | *Staten Island** | *468,730* | *495,747* | *27,017* | *5.8* |
| 38 | Omaha, NE* | 408,958 | 486,051 | 77,093 | 18.9 |

* Populations are for "places" as defined by the Census Bureau in 2010 and 2020. Cities with an asterisk achieved population peak in 2020.

Source: U.S. Census Bureau, 2010 and 2020 Census Redistricting Data (Public Law 94-171) Summary Files
Population Division, New York City Department of City Planning

5

**Population Change in the Largest Cities**

- New York City remained the largest city in the United States, with more than twice the population of the second largest city, Los Angeles.
- Among the 20 largest cities in the United States, those with the fastest growth rates were in the Sun Belt and the West. The top five cities by growth rate were Fort Worth (24.0 percent), Austin (21.7 percent), Seattle (21.1), Charlotte (19.6), and Denver (19.2).
- New York City's growth rate of 7.7 percent was comparable to major Sun Belt cities like San Antonio (8.1 percent) and Dallas (8.9 percent). The second largest city in the Northeast, Philadelphia, grew relatively slowly by comparison (5.1 percent).
- In the Midwest, the population of the country's third largest city, Chicago, grew by 1.9 percent, while both Columbus and Indianapolis had higher growth rates (15.1 and 8.2 percent, respectively).
- Individually, New York City's boroughs would rank among the largest cities in the country. Brooklyn and Queens would each be the fourth largest, after Chicago. Manhattan would rank fifth after Houston, and the Bronx would be the seventh largest, after Philadelphia. Staten Island would rank 38th, after Atlanta.

## New York City Department of City Planning

Marisa Lago, *Director*

Anita Laremont, *Executive Director*

## Strategic Planning

Howard Slatkin, *Deputy Executive Director*

## Population Division

Arun Peter Lobo, *Director*

Joel Alvarez, *Deputy Director*

Eric Ketcham

Donnise Hurley

Erica Maurer

Jillian Walsh

Stephen Wolkwitz

www.nyc.gov/population

August 2021