# EXHIBIT 16

# ACTS AND RESOLUTIONS

OF THE

## GENERAL ASSEMBLY

OF THE

# STATE OF GEORGIA.

## 1878-79.

COMPILED AND PUBLISHED BY AUTHORITY.

ATLANTA, GA.:
JAS. P. HARRISON, PUBLIC PRINTER.
1880.

Arresting Officers may carry Weapons

SECTION II. *Be it further enacted*, That all laws and parts of laws, in conflict with this Act be, and the same are hereby, repealed.

Approved October 18, 1879.

---

## ARRESTING OFFICERS MAY CARRY WEAPONS ON PERSON TO PUBLIC PLACES.

### No. 266.

*An Act to alter and amend section 4528 of the Revised Code of Georgia of 1873, in reference to carrying deadly weapons about the person to public places in this State, by adding a proviso thereto so that said section shall not apply to any Sheriff, deputy Sheriff, Coroner, Constable, Marshal, Policeman, or other arresting officer or officers of this State or their posses, acting in the discharge of their official duties.*

SECTION I. *Be it enacted by the General Assembly of the State of Georgia*, That from and after the passage of this Act, section 4528 of the Revised Code of Georgia of 1873 be, and the same is hereby, altered and amended so that when said section is amended it will read as follows, to-wit: "No person in this State is permitted or allowed to carry about his or her person, any dirk, bowie knife, pistol or revolver, or any kind of deadly weapon to any court of justice, or any election ground or precinct, or any place of public worship, or any other public gathering in this State except Militia muster grounds; and if any person or persons shall violate any portion of this section, he, she or they shall be guilty of a misdemeanor, and upon conviction shall be punished by a fine of not less than twenty nor more than fifty dollars for each and every such offense, or imprisonment in the common jail of the county not less than ten nor more than twenty days, or both, at the discretion of the court; *provided* that this section shall not apply to any Sheriff, deputy Sheriff, Coroner, Constable, Marshal, Policeman, or other arresting officer or officers in this State or their posses, acting in the discharge of their official duties.

[Margin notes: Section 4528 of the Code so amended as to ex'mpt certain officers from its terms. Enumeration of officers excepted.]

SEC. II. *Be it further enacted by the authority aforesaid*, That all laws and parts of laws in conflict with this Act be, and the same are hereby, repealed.

Approved October 14, 1879.