# EXHIBIT 17



# September By the Numbers
## Monthly Key Economic Indicators



**82%** of storefront businesses open in Times Square



**312,611** Average Daily Visitors to Times Square



**81.3%** Average Hotel Occupancy in August



**170,581** Total SF Leased in Times Square



# Average Daily Visitors
## Pedestrian Count

This month, Times Square pedestrian traffic averaged **312,611** people per day, up **42.9%** from September 2021. September's pedestrian average was 17.3% below September 2019, which may be attributed to office workers still not fully back in-person.

Pedestrian counts in September peaked at 370,757 daily visitors on September 3rd over Labor Day weekend.



AVERAGE DAILY PEDESTRIAN COUNT — 2022, 2021, 2020, 2019. August: 363,420; 84,347; 209,282; 342,511. September: 377,813; 105,852; 218,829; 312,611. Source: Springboard



# Storefronts
## Vacancy

Not including theaters or second-floor retail, **82%** of storefronts in Times Square were occupied this month, a 1% increase from August. **3%** of storefronts are prospectively occupied.



STOREFRONT OCCUPANCY: Occupied 82%, Vacant - Ready for Lease 12%, Prospective Occupancy 3%, Purposeful Vacant Construction 2%, Purposeful Vacant Development Site 1%



# Commercial Real Estate
## Class A

In September, Times Square Class A occupancy slightly increased to **83.8%**. Midtown Class A occupancy remained virtually unchanged at **85.3%**.

Times Square's net effective rent had a large increase to **$68.05** per square foot in September. Midtown net effective rent also increased to $77.24.

Leasing activity in September saw **5** new leases, totaling **170,581 SF**. The largest lease was signed by Holland & Knight LLP for **130,296 SF** at 787 Seventh Avenue.



Source: CoStar, CompStak. Times Square figures include properties within the BID boundaries. Midtown figures are based on CoStar Submarkets. Beginning in Dec. 2016, the Alliance changed our methodology for reporting commercial rents to be a six-month moving average of net effective rent.



# Hotels
## Rates & Occupancy

Hotel occupancy in Times Square stayed steady in August at **81.3%**. Average daily rate decreased by $20 to **$223** per night, consistent with seasonal trends seen at the close of summer. These figures still indicate a solid recovery; in August of 2021 Times Square occupancy was 55.9% and the average daily rate was $166.

Midtown and Manhattans' occupancy rates trailed behind Times Square's at 77.9% and 75.6% respectively, with average daily rates of $249 and $265.



Source: Smith Travel Research. All figures are based on representative samples of hotels within respective boundaries. Please note that hotel figures are based on the month prior to the reporting month.

**TIMES SQUARE | SEPTEMBER 2022 KEY INDICATORS**



# Broadway
## Attendance & Gross Sales

In September, Broadway attendance and sales averaged **196,664** visitors and **$24.32 million** per week. This was a decrease of 1,695 visitors and $0.93 million from August's weekly average.

Season-to-date gross sales reached $501,145,098 and season-to-date attendance reached 3,917,076 at the end of September, acccumlating over the course of 3,610 performances. Several shows were in previews this month, including *Cost of Living, 1776, Death of a Salesman,* and *The Piano Lesson.*



Source: The Broadway League. Please note that due to the pandemic, Broadway figures for 2021 and 2020 are unavailable.



David Zayas and Katy Sullivan in *Cost of Living,* live at the Manhattan Theatre Club. (Photo by Jeremy Daniel)



Source: The Broadway League. Please note that due to the pandemic, Broadway figures for 2021 and 2020 are unavailable.

TIMES SQUARE | SEPTEMBER 2022 KEY INDICATORS

# Retail Update
## Opened & Coming Soon



**OPENINGS**

**COMING SOON**

🍴 Food + Beverage
🏪 Retail
🎭 Entertainment
🛏 Hotels
⬢ Other

In September, **5 new businesses** opened in Times Square, including Urban Hawkers Market at 135 W 50th Street, and L'ami Pierre at 149 W 51st Street.

In coming months, we look forward to the anticipated opening of **20** new businesses, including Mermaid Inn, The Dickens, and The Gramercy.