# EXHIBIT

# 18

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

WITH AN APPENDIX



BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

Case 7:21-cv-05334-NSR   Document 68-3   Filed 11/30/22   Page 3 of 26

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid. But the territory hereby detached shall not be relieved in any manner from its just share and proportion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebtedness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hundred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof. *Territory detached shall not be relieved of its share of legal bonded indebtedness.*

SEC. 2.    This act shall not be construed as nullifying or repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty-five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the territory and district in which their jurisdiction now extends. *This act not to repeal the act incorporating the board of education.*

SEC. 3.    The matter of procedure in the matter of apportioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts. *Procedure in the matter of the taxes.*

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety-three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1. *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of all parks and improvements of public grounds.**

SEC. 6. The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city. And they shall likewise have control, management and charge of the improvement and maintenance of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city. The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley. When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**When improvements to be done by contract.**

**May make rules and regulations for maintenance and care of.**

SEC. 7. The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act.

**Protection of.**

And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

Case 7:21-cv-05334-NSR   Document 68-3   Filed 11/30/22   Page 5 of 26

and boulevards, and any of the property in charge of said commissioners against any destruction or injury, and prevent the destruction or injury to or the taking of any trees, shrubs, plants, flowers or other things set out, planted or used by said commissioners in beautifying, improving or ornamenting said parks, public grounds or boulevards, and to prevent any disorder or disturbance on or about said parks, public grounds or boulevards, or any encroachment thereon or interference with the quiet and peaceable use and enjoyment of the same for the purpose for which the same are established and maintained. Said ordinances may provide for the punishment for any breach or violation of any of their provisions by like penalties provided for violation of ordinances of said city. The commissioners of metropolitan police for the city of Detroit, upon the request of said commissioners of parks and boulevards, shall detail for service in any of the grounds under the charge of said park and boulevard commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards: *Provided*, That said commissioners of parks and boulevards, may in lieu of such detail by said commissioners of metropolitan police, appoint as many persons as may be necessary to maintain order and protect the property on any of the grounds, under the charge of the said park and boulevard commissioners, and such persons so appointed shall have all the powers of regularly appointed policemen of said city in and upon said grounds, but not elsewhere.

*Police commissioner to detail police to maintain order and protect property on request.*

*Proviso.*

SEC. 14. The grounds of which 'said commissioners may have control shall be used and enjoyed solely for the purposes for which they were established: *Provided*, That privileges for the hiring of boats and vehicles and other like purposes such as are usual in public parks may be let by the commissioners for a period not exceeding three years, but the same shall be exercised and permitted only upon the same being subject to their supervision and direction, and to such orders, rules and regulations as the said commissioners may make at any time: *Provided further*, That said commissioners may prohibit the construction, use and maintenance of any and all railway or tramway cars, tracks, engines or motors on Belle Isle park, or other city park or boulevard.

*To be used for purpose for which they were established.*

*Proviso.*

*Further proviso.*

SEC. 32. No person shall bring, drive or lead any swine, goat, cattle or any other animal other than horses or other beasts of burden in, on or along the boulevard, Belle Isle or any other parks or public grounds in charge of the commissioners of parks and boulevards; and no person shall lead any horse, mule or other animal on said boulevard or the driveways of either of said parks, or draw a second carriage, wagon or other vehicle with any horse or other motive power, nor drive thereon any

*Driving or leading any swine, goat or cattle on or along boulevard or parks prohibited.*

75

594                    LOCAL ACTS, 1895.—No. 436.

horse, before any sleigh or sled, unless there shall be a suffi-
cient number of bells attached to harness of such horse, or to
such sleigh or sled to warn persons of their approach.

**Driving or speeding.** SEC. 33. No person shall ride or drive in said park or along
said boulevard at a rate of speed exceeding eight miles per
hour, excepting that horses may be speeded on such parts of
said boulevard or Belle Isle park as may be set apart by said
commissioners for that purpose, and then only under such reg-
ulations as the commissioners may prescribe.

**Riding, driving, or drawing any velocipede, bi-cycle, hand-cart, horse or animal on the walks, etc., prohibited.** SEC. 34. No person shall ride, drive or draw any velocipede,
bicycle, tricycle, wheelbarrow, handcart or any other vehicle,
or any horse or other animal on the footwalks or sidewalk,
grass plots or planting places of said parks or boulevard, or
upon any other part or portion thereof, excepting upon the
carriage drives; and no person shall permit any vehicle or
animal to stand upon such roadways or carriage drives to the
obstruction of the way or inconvenience of travel, and no per-
son shall solicit passengers for hire on either of said park or
boulevard, excepting by direction or permission of said com-
missioners.

**Not to tie any animal to trees, shrubs, electric light tower or lamp post.** SEC. 35. No person shall tie any animal to any tree or
shrub, electric light tower, lamp post, fire hydrant, or dock or
building in said park or boulevard, nor pluck, break, trample
upon or interfere with any grass, flower, plant or shrub in any
of said parks or boulevards, or climb, peel, cut, deface,
remove, injure or destroy any tree or shrub in any public park
or boulevard, or pasture any animal on the grass in any of said
parks or boulevards, and no person shall stand, walk or lie
upon any part of any public park or boulevard laid out and
appropriated for shrubbery or for grass when there shall have
been placed thereon a sign having the words, "Keep off the
grass," or other similar words thereon.

**No heavy traffic permitted.** SEC. 36. No heavy traffic shall be permitted on said boule-
vard or any of said parks, and no person shall drive any wagon,
cart, dray, truck or other vehicle for the carrying of or laden
with merchandise, manure, coal, wood or building material of
**Proviso.** any kind: *Provided,* That where there is no alley or side
street by which premises fronting on the boulevard can be
reached, trucks and such heavy vehicles carrying goods, mer-
chandise or other articles to or from any house or premises
abutting on the boulevard shall be permitted to enter thereon
at the cross street nearest said house or premises in a direction
in which the same are moving, and deliver or receive such
goods, merchandise or articles, but shall not proceed thereon
**Further proviso.** further than the nearest cross street thereafter: *Provided fur-
ther,* That nothing in this section shall prevent the driving of
milk wagons and ordinary light grocery or meat delivery
wagons, along the boulevard for the accommodation of resi-
dents thereon.

**Not to cut, break or injure any property, or post notices.** SEC. 37. No person shall cut, break or in any way injure
any electric light tower, lamp post, fence, bridge, dock, build-
ing, fountain or other structure or property in or upon any of
said parks or boulevards, and no person shall post or fix any

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38. No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. <span style="font-size:smaller">Not to drive any display advertisement or placards along the parks or boulevards.</span>

SEC. 39. No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations with respect to issuing said permits. And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent. Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. <span style="font-size:smaller">Not to dig, remove or carry away any sward, sand or turf from parks.</span>

SEC. 40. No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. <span style="font-size:smaller">Not to deposit dead carcasses, filth, dirt, stone, etc., on the boulevard or parks.</span>

SEC. 41. No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. <span style="font-size:smaller">Not to build any fence or barrier around grass plots or planting place.</span>

SEC. 42. No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the <span style="font-size:smaller">Not to play certain games.</span>

Case 7:21-cv-05334-NSR   Document 68-3   Filed 11/30/22   Page 8 of 26

Proviso.

charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

Not to engage in sport liable to frighten horses.

SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

Not to discharge firearms or fireworks.

SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.

SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

Gambling and disorderly conduct.

SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and

Intoxicating liquors.

no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

All boats, carriages, railroad cars, and vehicles running for hire to be licensed.

SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-FOURTH SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY THIRD, ONE THOUSAND NINE
HUNDRED AND FIVE.

————

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

MINNEAPOLIS:
HARRISON & SMITH CO.
1905.

598          GENERAL LAWS.          [Chap.

H. F. No. 794.

## CHAPTER 344.

Game
and fish.

*An act for the preservation, propagation, protection, taking, use and transportation of game and fish, and certain harmless birds and animals.*

### GENERAL PROVISIONS.

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. Game and Fish Commission—Appointment—Terms—A state game and fish commission is hereby created, consisting of five (5) members to be appointed by the governor for a term of four (4) years each. Those heretofore appointed pursuant to chapter three hundred thirty-six (336) of the laws of 1903 shall continue in office until the expiration of their respective terms. Vacancies arising from any cause shall be filled by the governor. Members shall serve without compensation except for necessary expenses to be paid upon an itemized statement thereof duly audited by said commission.

Term of
present com.

SEC. 2. Office—Said commission shall have an office in the capitol and be supplied with suitable stationery, a seal and blanks and postage for the transaction of its business.

SEC. 3. General Powers—Duties—Said commission shall enforce the laws of this state involving the protection and propagation of all game animals, game birds, fish and harmless birds and animals.

Said commission shall have general charge of—

Propagation
and pro-
tection.

1. The propagation and preservation of such varieties of game and fish as it shall deem to be of public value.

Statistics.

2. The collection and diffusion of such statistics and information as shall be germane to the purpose of this act.

Fish
hatcheries.

3. The construction, control and management of all state fish hatcheries, including the control of grounds owned or leased for such purposes.

Spawn or
fry from
U. S. com.
of fisheries
and others.

4. The receiving from the United States commissioner of fisheries or other person, and the gathering, purchase and distribution to the waters of this state, of all fish spawn or fry.

Stocking
of waters.

5. The taking of fish from the public waters of the state for the propagation and stocking of other waters therein.

620          GENERAL LAWS          [Chap.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

In counties of 150,000 and over.

SEC. 51.  Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

## MISCELLANEOUS PROVISIONS.

SEC. 52.  Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter.

Fifteen birds in one day.

Twenty-five fish. Exception.

The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, taking or killing of more than twenty-five fish by any one person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

Hunting, etc., prohibited.

SEC. 53.  State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

As to fire arms.

No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded. Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal.  The provisions of this section shall apply to all persons including Indians.

To residents.

SEC. 54.  Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

# STATE OF NORTH CAROLINA

# PUBLIC LAWS AND RESOLUTIONS

ENACTED BY THE

## EXTRA SESSION

OF THE

## GENERAL ASSEMBLY

OF

## 1921

BEGUN AND HELD IN THE CITY OF RALEIGH
ON
TUESDAY, THE SIXTH DAY OF DECEMBER, A.D. 1921

**PUBLISHED BY AUTHORITY**

RALEIGH
MITCHELL PRINTING COMPANY
STATE PRINTERS
1922

*First.* To supplement the funds in those counties specified in *Supplements to* section two of this act, in order to provide a six months school *county funds.* term in each of said counties;

*Second.* After the provisions of section two have been complied, *Apportionment of* with, then the State Board of Education shall apportion the resi- *residue.* due of the funds provided in this section in order to pay the sala- *County superin-* ries of the county superintendents and assistant superintendents *tendents and* for six months, and all city superintendents, all supervisors not *City superintend-* otherwise provided for, all principals of elementary schools having *ents.* *Supervisors.* ten or more teachers, and principals of standard high schools, for *Principals of ele-* three months. *mentary and high schools.*

SEC. 5.  That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the follow-ing:  "*Provided,* that no action in the nature of a writ of man- *Proviso: man-* damus shall be brought against the board of county commissioners *increase of tax* to compel said board to levy a rate of taxation greater than the *rate not to lie.* rate authorized by the General Assembly."

SEC. 6.  All laws and clauses of laws in conflict with the provi- *Repealing clause.* sions of this act are hereby repealed.

SEC. 7.  This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

### CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1.  That it shall be unlawful for any person or persons *Protection of* to hunt, trap, capture, willfully disturb, or kill any animal or *game in parks or* bird of any kind whatever, or take the eggs of any bird within the *reservations.* limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation.

SEC. 2.  That any person or persons who shall hunt, trap, cap- *Misdemeanor.* ture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation

Punishment.

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

Carrying weapons in parks or reservations.
Misdemeanor.

SEC. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be

Punishment.

guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

Application of act.

SEC. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

Repealing clause.

SEC. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

SEC. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

---

## CHAPTER 7

### AN ACT TO CHANGE THE MONTH DURING WHICH AC-COUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

Date changed.

SECTION 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

SEC. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

---

## CHAPTER 8

### AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

Preamble : tax at special session.

Purpose.

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

# WISCONSIN

# SESSION LAWS

## Acts
## Resolutions and Memorials

Passed at the Biennial Session of the
Legislature, 1917

————

The Acts are Numbered in Consecutive Chapters in the Order in
Which They are Received from the Governor

————

*Published by Authority*

————

MADISON, WIS.
DEMOCRAT PRINTING CO., STATE PRINTER
1917

LAWS OF WISCONSIN—Ch. 668.     1197

No. 666, A.]                                   [Published July 16, 1917.

# CHAPTER 668

AN ACT to repeal sections 62.04 to 62.58, inclusive, and sections
4562d, 4567b, and 4567c; to create a new chapter to be num-
bered 29, and sixty-four new sections thereof, to be num-
bered 29.01 to 29.63, inclusive; to amend sections 4567d and
4567f; and to create sections 4562d and 172—41, relating to
wild animals, and the regulation of the enjoyment, disposition
and conservation thereof, prescribing penalties, and creating
a conservation fund.

*The people of the State of Wisconsin, represented in Senate and
Assembly, do enact as follows:*

SECTION 1.  Sections 62.04 to 62.58, inclusive, and sections
4562d, 4567b, and 4567c of the statutes are repealed.

SECTION 2.  A new chapter is added to the statutes, to be
numbered and entitled as follows:  "CHAPTER 29.  WILD
ANIMALS, AND THE REGULATION OF THE ENJOY-
MENT, DISPOSITION AND CONSERVATION THEREOF."

SECTION 3.  Sixty-four new sections are added to the stat-
utes, to be inserted in chapter 29, and to be numbered and to
read:

## TABLE OF CONTENTS

### CHAPTER 29

WILD ANIMALS, AND THE REGULATION OF THE EN-
JOYMENT, DISPOSITION AND CONSERVA-
TION THEREOF; GENERAL CON-
TROL AND REGULA-
TION

29.01   General definitions:
    (1)  Wild animal.
    (2)  Carcass.
    (3)  Game; game fish; rough fish.
    (4)  Waters classified.
    (5)  Hunting.
29.02   Title to wild animals.
29.03   Public nuisances.
29.04   Abandoned dams.
29.05   Police powers; searches; seizures.
    (1)  Arrests.
    (2)  Investigations.
    (3)  Search warrants.

1198        LAWS OF WISCONSIN—Ch. 668.

            (4) Opening packages.
            (5) Access to storage places.
            (6) Seizure and confiscation of game, or game fish.
            (7) Seizure and confiscation of property.
            (8) Entire shipment affected.
            (9) Exemption from liability.
29.06  Sales of confiscated game and apparatus.
29.07  Assistance of police officers.
29.08  Interstate comity.

### GAME LICENSES

29.09  General provisions.
            (1) License requisite.
            (2) Form of application.
            (3) Form of license.
            (4) Duplicates.
            (5) Supply of blanks.
            (6) Licenses issued by county clerks.
            (7) Return of fees by county clerks.
            (8) Record of licenses issued.
29.10  Resident hunting licenses.
29.11  Settlers' hunting licenses.
29.12  Nonresident hunting licenses.
29.13  Trapping licenses.
29.14  Hook and line fishing licenses.
29.15  Other licenses.
29.16  Interstate license privileges.
29.17  Certificates to scientists.

### CLOSE SEASONS

29.18  Close seasons for wild mammals and birds.
29.19  Close seasons for hook and line fishing.
29.195 Close season in Rush lake.
29.20  Close seasons for crawfish and frogs.

### CONSERVATION COMMISSION

29.21  Powers of commission.

### METHODS OF HUNTING AND FISHING

29.22  General restrictions on hunting.
            (1) Prohibited methods.
            (2) Possession of ferrets.
            (3) Guide licenses.
            (4) Guides as special deputies.

29.23  Deer hunting.
      (1) Prohibited methods.
      (2) Dogs in camp.
29.24  Fur-bearing animals; methods of taking.
29.25  Game birds; hunting.
      (1) Prohibited methods.
      (2) Open water defined.
      (3) Live decoys.
      (4) Use of dogs.
**29.26  Prohibited fishing under particular conditions.**
29.27  Prohibited methods of fishing.
      (1) Hook and line fishing; spearing.
      (2) Snag lines.
29.28  Ice fishing.
29.29  Noxious substances.
      (1) Explosives; stupefactives.
      (2) Medicated bait.
      (3) Deleterious substances.

FISHING WITH NETS AND SET LINES

29.30  Fishing with nets and set lines.
      (1) License required.
      (2) Restrictions on use of nets.
29.31  Dip nets in inland waters.
29.32  Minnow nets.
      (1) Use limited.
      (2) Inland waters.
      (3) Outlying waters.
29.33  Net and set hook fishing in outlying waters.
      (1) License authorized.
      (2) Form of license.
      (3) License period and fees.
      (4) Metal tags.
      (5) Reserve waters.
      (6) Close seasons.
      (7) Prohibited nets.
      (8) Bass, muskellunge and sturgeon.
      (9) Undersize fish.
    (10) Possession, sale, and transportation.
    (11) Penalty.
    (12) Reports.
29.34  Net licenses; Mississippi river waters.
      (1) License authorized.
      (2) Bond.

1200        LAWS OF WISCONSIN—Ch. 668.

      (3) License period; nets specified.
      (4) License fees.
      (5) Metal tags.
      (6) Protected fish.
      (7) Reserve waters.
      (8) Temporary ponds; shipments.
      (9) Reports.
29.35  Net licenses; whitefish and cisco in inland lakes.
29.36  Net licenses; rough fish in Winnebago waters.
29.37  Set line licenses; inland waters.

CLAMMING

29.38  Clamming licenses.

POSSESSION OF GAME

29.39  Possession during close season, or in excess of bag limits.
29.40  Possession of deer.
      (1) Deer tags.
      (2) Home consumption.
      (3) Heads and skins.
29.41  Skins of fur-bearing animals.
29.42  Possession of game birds.
      (1) Without license.
      (2) Nests and eggs.

TRANSPORTATION OF GAME

29.43  Transportation; general provisions.
      (1) During close season.
      (2) Trunks, valises.
      (3) Transportation employes.
      (4) Labeling game shipments.
29.44  Interstate transportation.
29.45  Transportation of deer.
29.46  Transportation of game birds.
29.47  Transportation of fish.
      (1) Time limitation.
      (2) From inland waters.
      (3) From outlying waters.
      (4) Shipments from inland points.
      (5) Foreign shipments.
      (6) Injurious fish minnows.

LAWS OF WISCONSIN—Ch. 668.          1201

## COMMERCE IN GAME

29.48  Sale of game.
29.49  Serving of game to guests.
    (1) Prohibited.
    (2) Free lunch.
    (3) Penalty.

## PROPAGATION OF WILD ANIMALS

29.50  Propagation privileged.
29.51  State propagation of fish.
    (1) State fish hatcheries.
    (2) Transplantation of fish.
    (3) Delivery of spawn.
    (4) Removal of spawn or fish from state.
    (5) Unlawful fishing by employes.
29.52  Private fish hatcheries.
29.54  State propagation of wild mammals and birds.
29.55  Wild animals for parks.
29.56  Forest county game refuge.
29.57  Wild life refuges.
    (1) Establishment.
    (2) Enclosure.
    (3) Publication.
    (4) Absolute protection.
    (5) Animals procured by the commission.

## DESTRUCTION OF INJURIOUS ANIMALS

29.58  Muskrats injuring dams.
29.59  Beaver causing damage.
    (1) Complaint.
    (2) Supervision.
    (3) Disposition of animals.
    (4) Sale and disposition of proceeds.
    (5) In Price, Rusk and Sawyer counties.
    (6) Penalty.
29.595 Deer causing damage.
29.60  Bounties on wolves.
    (1) Rate of bounty.
    (2) Presentation of claim.
    (3) Examination of carcass.
    (4) Payment by county.

76—L.

(5) Payment by state.
(6) Return of skin.
(7) Blanks.
(8) Poisoned baits for wolves, wildcats and lynxes.
29.61   Destruction of other injurious animals; rewards.
29.62   Removal of injurious rough fish.

## PENALTIES

29.63   General penalty provisions.
(1) Penalties.
(2) "Person" defined.
(3) Revocation of license.
(4) Construction of penalty provisions.
(5) Presumptions.
(6) Reward to informers.

## GENERAL CONTROL AND REGULATION

29.01   GENERAL DEFINITIONS.   The following terms, wherever used in this chapter, shall be construed to apply as follows:

(1) Wild animal.   "Wild animal" means any mammal, bird, fish, or other creature of a wild nature endowed with sensation and the power of voluntary motion.

(2) Carcass.   "Carcass" means the dead body of any wild animal to which it refers, including the head, hair, skin, plumage, skeleton, or any other part thereof.

(3) Game; game fish; rough fish.   "Game" includes all varieties of mammals or birds for which, at any time of the year anywhere within the state, a close season is prescribed in or pursuant to this chapter; "game fish" includes all varieties of fish except rough fish; and, until the state conservation commission otherwise determines "rough fish" includes chubs, dace, suckers, carp, red horse, sheephead, eelpout, dogfish, garfish, buffalo fish, and lawyers, in all waters, and pickerel in lakes Winnebago, Winneconne, Poygan, Big Butte des Morts, Little Butte des Morts, and in the Fox river in Winnebago county.

(4) Waters classified.   All waters within the jurisdiction of the state are classified as follows:   Lakes Superior and Michigan and the harbors and bays immediately connected therewith, Green Bay, Sturgeon Bay, Sawyer's Harbor, and the Fox river from its mouth up to the dam at De Pere are "outlying waters." All other waters are "inland waters."

(5) Hunting.   "Hunt" or "hunting" includes shooting,

of any person, grant a permit to such person to take and transport wild animals for propagation within the state, under the supervision of the commission or its deputies

29.56   FOREST COUNTY GAME REFUGE.   Townships thirty-eight north, of range twelve and thirteen east, Forest county, shall be known as the Forest County Refuge.   No person shall at any time or in any manner, hunt any game within said refuge.

29.57   WILD LIFE REFUGES.   (1) Establishment.   The owner or owners of any tract, or contiguous tracts, of land comprising in the aggregate not less than one hundred and sixty acres located outside the limits of any city or village, may apply to the state conservation commission for the establishment of said lands as a wild life refuge.   The commission may thereupon employ such means as it may deem wise to inform itself regarding the premises; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the establishment of said lands as a wild life refuge will promote the conservation of one or more useful species or varieties not native within this state, it may by order designate and establish the said lands as a wild life refuge.

(2) Enclosure.   Within thirty days after the date of such order the owner or owners of the said lands shall enclose the same, wherever the same are not already enclosed by a fence, with a single substantial wire, and shall post and maintain along the said wire or fence, at each interval of twenty rods, signs or notices, furnished by the state conservation commission, proclaiming the establishment of said refuge.

(3) Publication.   No such order shall be effective until at least thirty days after the date of its issue; nor unless the commission shall have caused notice thereof to be given by its publication, once in each week for three successive weeks next preceding the date of its effect, in at least one newspaper published in the county embracing the said lands.   Thereupon the said lands shall be a wild life refuge, and shall so remain for a period of not less than five years, from and after the date of effect stated in said order.

(4) Absolute Protection.   No owner of lands embraced within any such wild life refuge, and no other person whatever, shall hunt or trap within the boundaries of any wild life refuge, state park, or state fish hatchery lands; nor have in his possession or under his control therein any gun or rifle, unless the same is unloaded and knocked down or enclosed within its carry-

ing case; but nothing herein shall prohibit, prevent, or interfere with the state conservation commission, or its deputies, agents or employes, in the destruction of injurious animals.

(5) Animals procured by commission. The state conservation commission may place within any such wild life refuge, for the purpose of propagation, wild animals of any species or variety.

## DESTRUCTION OF INJURIOUS ANIMALS

29.58 MUSKRATS INJURING DAMS. The owner or lessee of any dam may in any manner capture or kill muskrats at any time when said muskrats are injuring or destroying such dams or the levees connected therewith; but shall not sell, barter, or give to any other person the skin of any muskrat captured or killed during the close season therefor.

29.59 BEAVER CAUSING DAMAGE. (1) Complaint. Upon complaint in writing, by the owner or lessee of any lands, to the state conservation commission, that beaver are causing damage thereto the commission shall employ such means as it may deem wise to inquire into the matter; and if, upon inspection, investigation, hearing, or otherwise, it shall appear to the satisfaction of the commission that the facts stated in such complaint are true, it may, by written permit, authorize the said owner or lessee to capture and remove such beaver, as hereinafter prescribed.

(2) Supervision. No beaver shall be captured or killed under such permit except only during such period of time, from and after the first day of January in each year, as may be limited by the commission, and then only under the direct supervision of a deputy conservation warden.

(3) Disposition of animals. The owner or lessee shall capture, alive and without avoidable injury, such number of beaver as may be designated by the commission, for delivery to zoological parks or collections or for transplantation to other localities within the state; all others shall be killed and skinned with care to conserve the value of the skins, which shall be shipped without delay to Madison, consigned to the state conservation commission.

(4) Sale and disposition of proceeds. All such skins shall be sold by the commission, in the manner of a sale of confiscated game, and the proceeds paid into the conservation fund.

(5) In Price, Rusk, and Sawyer counties. Licenses for the taking, catching or killing of beaver in Price, Rusk, and Sawyer