# EXHIBIT

# 19

# New York, NY

# 1858

106

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs. plants, turf, or any of the buildings, fences, or other constructions upon the Park ;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-11-22 14:15 GMT  /  https://hdl.handle.net/2027/hvd.32044106459809
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

107

other than geese, of two dollars and the expenses of keeping, and for geese twenty-five cents and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, fifty cents per day.

For each goat, swine, or sheep, twenty cents per day.

For each goose, five cents per day.

These charges shall be paid to the property clerk of the Board, and the money thus collected shall by him be handed over, within one week, to the treasurer of the Board.

If, within one month after the sale of any impounded animals, their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the Board.

No animal shall travel on any part of the Central Park, except upon the "ride," or equestrian road, at a rate exceeding seven miles per hour. Persons on horseback shall not travel on the "ride," or equestrian road, at a rate exceeding ten miles per hour.

No vehicle shall be permitted on the "ride," or equestrian road, the same being devoted exclusively to equestrians; nor shall any vehicle, horse, or animal of burden, go upon any part of the Central Park except upon the "drive" and other carriage and transverse roads, and upon such places as are appropriated for carriages at rest.

No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the Central Park, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person upon the Central Park solicit or invite passengers.

No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the Central Park for the purpose of taking in any other passengers or persons than those carried to the Park by said coach, carriage, or vehicle.

No person shall expose any article or thing for sale upon the Central Park, except previously licensed by the Board of Commissioners of the Central Park, nor shall any hawking or peddling be allowed on the Central Park.

Generated on 2022-11-22 14:14 GMT  /  https://hdl.handle.net/2027/hvd.32044106929603
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

108

No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil, or other articles, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the Central Park except upon the transverse roads.

No threatening, abusive, insulting, or indecent language shall be allowed on the Central Park, whereby a breach of the peace may be occasioned.

No person shall be allowed to tell fortunes or play at any game of chance at, or with any table or instrument of gaming, nor to do any obscene or indecent act whatever on the Central Park.

In case of an emergency, where life or property are endangered, all persons, if required so to by the Superintendent, or any of his assistants, shall remove from the portion of the Central Park specified by the Superintendent or his assistants, and remain off the same till permission is given to return.

The Central Park shall be open daily to the public during the months of December, January, and February, from seven o'clock in the morning until eight o'clock in the evening; during the months of March, April, May, June, October, and November, from six o'clock in the morning until nine o'clock in the evening; and during the months of July, August, and September, from five o'clock in the morning until eleven o'clock in the evening.

The Superintendent may direct that any of the entrances to the Park be closed at any time, and may, on special occasions, also direct that the Park, or any portion thereof, remain open at other times than those above specified.

No person, other than employees of the Board of Commissioners of the Central Park, shall enter or remain in the Central Park, except when it is open, as above provided.

No dog shall be allowed upon any portion of the Central Park, unless led by a chain or proper dog-string, not exceeding five feet in length, nor shall any person be allowed to lead any quadruped (except dogs) in the Central Park.

No person, except in the employ of the Board of Commissioners of the Central Park, shall bring upon the Central Park

Digitized by Google

Original from
HARVARD UNIVERSITY

109

any tree, shrub, plant, or flower, nor any newly plucked branch, or portion of a tree, shrub, plant, or flower.

No person shall bathe, or fish in, or go, or send any animal into any of the waters of the Park, nor disturb any of the fish, water-fowl, or other birds in the Park, nor throw, or place any article or thing in said waters.

No person shall fire, discharge, or set off in the Central Park, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character, as the fireworks above specified.

No person shall place or propel any invalid chairs or perambulators upon any portion of the Central Park, except upon the walks.

No person shall post or otherwise affix any bill, notice, or other paper, upon any structure or thing within the Central Park, nor upon any of the gates or enclosures thereof.

No person shall, without the consent of the Comptroller of the Park, play upon any musical instrument within the Central Park, nor shall any person take into, or carry or display in the Central Park, any flag, banner, target, or transparency.

No military or target company, or civic or other procession, shall be permitted to parade, drill, or perform upon the Central Park, any military or other evolutions or movements.

Generated on 2022-11-29 14:34 GMT / https://hdl.handle.net/2027/hvd.32044106490985
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# Hyde Park, IL

# 1875

*Mar. 18.*    *41*

# LAWS AND ORDINANCES

GOVERNING THE

# VILLAGE OF HYDE PARK

TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND
CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS
IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE
SUPREME COURT RELATING TO MUNICIPAL CORPO-
RATIONS, TAXATION AND ASSESSMENTS.

———————

PRINTED AND PUBLISHED BY
AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF HYDE PARK.

———————

REVISED AND ARRANGED

## By CONSIDER H. WILLETT,

VILLAGE ATTORNEY.

CHICAGO
HISTORICAL
SOCIETY

HYDE PARK:
1876.

§ 2. The bonds authorized to be issued by the act of which this is amendatory and supplemental, may be issued, sold, and the proceeds applied for acquiring said lands, and for any and all purposes in the said act mentioned. Said bonds shall be retired and canceled as fast as the money for that purpose can be obtained, by the collection of the money due upon the special assessment provided for in section seven of the act hereinbefore mentioned, and a sufficient amount of any bonds that may be issued by the city of Chicago under any law now in force or hereinafter enacted, and received by said commissioners, shall be applied to the purpose of retiring the bonds authorized by said act.

§ 3. The ninth section of said act is hereby so amended that the words "during the current year," shall read "during the next succeeding year."

§ 4. That the twelfth section of said act be and the same is hereby amended so as to read as follows : The said commissioners, or either of them, may be removed from office by the judge of the circuit court of Cook county, upon the petition presented to him in term time, or in vacation, by one hundred freeholders of said towns of South Chicago, Hyde Park and Lake, if it shall appear after hearing proof before said judge, that the said commissioners, or either of them, have been guilty of misdemeanor or malfeasance in office under this act ; and if the said judge shall remove any one or more of said commissioners from office for any cause before the expiration of their term of office, he is hereby authorized and empowered to fill the vacancy or vacancies thus created by appointing other commissioners in their place, who shall serve during the unexpired terms of the commissioners so removed.

§ 5. The commissioners to be appointed under said act are hereby vested with the same powers and duties as are conferred by said act in relation to lands designated for parks, over all streets running longitudinally along and adjoining any and all of the proposed parks, or strips of land designated in said original act, as are conferred by said act in relation to such parks and strips of land, as may be necessary to improve and keep in repair the same, in connection with the said parks or strips of land without obstructing the fences or other structures, free access to the said streets from existing roads and streets, and by owners of land abutting on the same.

§ 6. The elections held in the towns of South Chicago, Hyde Park and Lake, on the twenty-third day of March, A. D. 1869, under and by virtue of the eighteenth section of the act to which this is an amendment, are hereby legalized and confirmed, and said act shall be held and deemed to have been regularly and legally adopted by the legal voters of said towns, and shall remain in full force and effect, and shall be liberally construed in all courts, with a view to carry out and enforce the intent and meaning of the same.

§ 7. This act is hereby declared a public act, and shall take effect and be in force from and after its passage.


## SOUTH PARK ORDINANCES.


Whereas, by an act of the general assembly of the State of Illinois, entitled an act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, it is provided as follows, to-wit :

Case 7:21-cv-05334-NSR   Document 68-4   Filed 11/30/22   Page 10 of 100

" The said board shall have full and exclusive powers to govern, manage and direct said park ; to lay out and regulate the same ; to pass ordinances for the regulation and government thereof ; to appoint such engineers, surveyors, clerks, and other officers, including a police force, as may be necessary ; to define and prescribe their respective duties and authority ; to fix the amount of their compensation ; and, generally, in regard to said park, they shall possess all the powers and authority now by law conferred upon or possessed by the common council of the city of Chicago, in respect to public squares and places in said city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1.   The said park, which is under the management and direction of the South Park Commissioners, shall be, and the same is hereby designated, as the South Park.

§ 2.   No person shall, without the consent of the superintendent, play at ball, cricket, or any other game or play whatever, in said park.

§ 3.   No person shall climb or walk upon any wall or fence of said park.

§ 4.   Cattle, horses, goats, swine, or other animals, or domestic fowls, shall not be turned into said park, or allowed to run at large therein.

§ 5.   No dog or bitch, or domestic fowl, belonging to any officer or employee of said commissioners residing within the limits of said park, shall be permitted to run at large.

§ 6.   All persons are forbidden to carry fire arms, or to throw stones or other missiles within said park.   All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon said park.

§ 7.   No person shall converse with, or in any manner hinder those engaged in constructing or repairing said park.

§ 8.   No animal shall be driven or ridden in said park, at a rate of speed exceeding eight miles per hour.

§ 9.   No vehicle, or horse, or other animal, shall be permitted on the foot walks, the same being assigned exclusively to pedestrians ; nor shall any vehicle, or horse or other animal of burden, go or be taken upon any part of said park, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

§ 10.   No vehicles or animals shall be permitted to stand upon the drive or carriage roads of said park, or of any part thereof, to the obstruction of the way, or the inconvenience of travel ; nor shall any person solicit passengers within said park without consent of the board.

§ 11.   No person shall, within said park, expose for sale any article or thing, nor shall any hawking or peddling be allowed therein.

§ 12.   No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure, or other articles, except such as are engaged in repairing or constructing said park, shall be allowed to enter the same.

§ 13.   No language, abusive, insulting, obscene, or calculated to occasion a breach of the peace, shall be permitted in said park, nor shall persons tell fortunes, play at any game of chance, at any table or instrument, be drunk, or do any indecent acts therein.

## SOUTH PARK ORDINANCES.

§ 14.   No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15.   No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16.   No person shall, in the said park, post or fix any notice or bill ; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17.   No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18.   No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19.   No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20.   No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word " common " shall be posted to indicate the permission so to do.

§ 21.   Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22.   Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein provided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23.   The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners.   The captain of police shall have the general charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the commissioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24.   The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during working hours, except in the line of duty ; they shall have power to arrest any persons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as follows, to-wit : when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park ; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake ; and when the offense

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25.   Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so ; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26.   The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27.   The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28.   The police force shall be uniformed as follows : Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29.   Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30.   These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

# Chicago, IL

# 1881

THE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683.   In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684.   All the printed books containing the revised ordinances shall be deposited with the city comptroller.   He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685.   The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

### Article XLIII.

#### Parks and Public Grounds.

1686.   The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687.   It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688.   No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689.   Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690.   All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks.   All persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691. No person shall converse with or in any way hinder those engaged in their construction.

1692. No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693. No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694. In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695. The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696. No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697. No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698. No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency. No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements. Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

1699. No person other than employes shall light, make or use any fire thereon.

1700. No person shall go upon the grass, lawn or turf of the parks except when and where the word " common " is posted, indicating that persons are at liberty at that time and place to go on the grass.

1701. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof when directed, and cause him to be committed for examination.

1702. The foregoing sections of this article so far as applicable shall apply to all the public squares of the city of Chicago.

1703. Any person who shall violate any or either of the provisions of this or any section or clause or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than one hundred dollars.

## Article XLIV.

### *Pawnbrokers and Loanbrokers or Keepers of Loan Offices.*

1704. The mayor may from time to time grant licenses to such persons as shall produce to him satisfactory evidence of their good character to exercise or carry on the business of a pawnbroker, or of a loanbroker or keeper of a loan office; and no person shall exercise or carry on the business of a pawnbroker, loanbroker or keeper of a loan office without being duly licensed, under the penalty of one hundred dollars for each day he or she shall exercise or carry on said business without such license.

1705. Any person who loans money on deposit or pledge of personal property or other valuable thing, or who deals in the purchasing of personal property or other valuable thing on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

1706. Every person receiving such license shall pay therefor the sum of one hundred and fifty dollars for the use of the city.

1707. Every person so licensed shall at the time of receiving such license, enter with two sufficient sureties into a joint and several bond to the city of Chicago in the penalty of five hundred dollars, conditioned for the due observance of all such ordinances of the city council as may be passed or in force respecting pawnbrokers and loanbrokers or keepers of loan offices, at any time during the continuance of such license.

# Danville, IL

# 1883

# THE REVISED

# ORDINANCES

OF THE

# CITY OF DANVILLE.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

REVISED AND ARRANGED BY

## MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:
BOWMAN & FREESE, BOOK AND JOB PRINTERS.
1883.



# GENERAL INCORPORATION LAW

## OF

# CITIES AND VILLAGES.

OCT 13 1915

## CHAPTER XIX.

### PARKS.

| SECTION. | | SECTION. | |
|---|---|---|---|
| 1. | Committee on public grounds, etc. to have charge. | 8. | Abusive, profane language, etc. prohibited. |
| 2. | Entering Parks, etc.—Climbing on fences. | 9. | Gaming, etc. prohibited. |
| 3. | Turning animals into park, etc. | 10. | Intoxicated persons, indecent or unlawful acts. |
| 4. | Firearms—Shooting—fire works prohibited. | 11. | Fires in parks forbidden. |
| 5. | Injury to trees, grass, buildings. | 12. | Carriages on turf, etc.— hitching horses to trees, etc. |
| 6. | Selling, hawking, peddling, etc. forbidden. | 13. | Throwing stones, rubbish, etc. in parks. |
| 7. | Bathing, fishing, etc. prohibited. | 14. | Posting bills, etc. forbidden. |

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

Case 7:21-cv-05334-NSR   Document 68-4   Filed 11/30/22   Page 22 of 100

SELLING, HAWKING OR PEDDLING FORBIDDEN.]   § 6.   Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.]   § 7.   Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.]   § 8.   Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.]   § 9.   Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10.   Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose ; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.]   § 11.   Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.]   § 12.   Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13.   Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.]   § 14.   Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

# St. Louis, MO

# 1883

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1. To enter or leave the park except by the gateways.

2. To climb the fences.

3. To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4. To carry firearms or to throw stones or other missiles within it.

5. To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6. Or to converse with, or in any way hinder, those engaged on the work of the park.

7. A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day. These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8. No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9. No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

upon any part of the park except upon the "drive," and upon such places as are appropriated for carriages at rest.

10.  No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11.  No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12.  No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13.  No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14.  No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16.  Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17.  The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18.  No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19.  No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20.  No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21.  No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.   No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.   No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.   No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.   No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.   No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.   No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

# Salt Lake City, UT

# 1888

Case 7:21-cv-05334-NSR   Document 68-4   Filed 11/30/22   Page 28 of 100

[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

## Salt Lake City,

*Ordinances, etc.*

WITH THE

## CITY CHARTER AND AMENDMENTS THERETO.

---

### FEBRUARY 14, 1888.

---

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.
1888.

# CHAPTER XXVII.

### OF LIBERTY PARK.

1.  May or to control Park and appoint Keepers.   Keepers given police powers.
2.  When gates to be closed.
3.  Drays, trucks, etc., not to travel upon drives.
4.  Rate of speed.  Racing prohibited.
5.  Vending in Park prohibited.
6.  Injuring property.   Disturbance.   Animals trespassing, etc. Firearms.
7.  Rule in meeting vehicles.
8.  Associations, etc., to get permit.
9.  Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter. *Mayor to control Park and appoint Keepers.* *Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor. *When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park. *Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said *Rate of speed.*

248 REVISED ORDINANCES

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said

Racing prohibited.

Park except by consent of the Keeper thereof.

Vending in Park prohibited.

SEC. 5. No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

Injuring property.

SEC. 6. No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or

Disturbance.

offensive language; or, except authorized by the

Animals trespassing, etc.

Mayor: 1—Let loose any cattle, horses, goats, sheep or swine. 2—Drive a herd of said animals through the grounds. 3—Carry or discharge

Firearms.

firearms. 4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided. 6—Catch or kill any birds or fish of any kind.

Rule in meeting vehicles.

SEC. 7. All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

Associations, etc., to get permit.

SEC. 8. When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

Penalty.

SEC. 9. Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

# Williamsport, PA
# 1890

ORDINANCES.

## AN ORDINANCE

**Brandon Park** *Prescribing the rules and regulations for the government and protection of Brandon Park, imposing penalties for the violation of the same, and closing part of Packer street.*

**Regulations.**  SECTION 1. *Be it ordained by the select and common councils of the city of Williamsport,* That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

**Driving.**  1. No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

**Upon roads.**  2. No person shall ride or drive upon any part of the park, except on the avenues and roads.

**Vehicles prohibited.**  3. No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

**Regulating speed.**  4. No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

**Law of road.**  5. When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

**Entrance and exit.**  6. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

**Led horses.**  7. No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

**Animals at large.**  8. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

**Shrubbery.**  9. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the park, nor throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

**Nuisances.**  10. No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

**Fish, etc.**  11. No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

**Trees.**  12. No person shall attach a swing to, fasten a horse to, nor climb a tree in said park.

**Bills and notices.**  13. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same.

**Traffic prohibited.**  14. No person shall expose any article for sale within the park.





15. No person shall have any musical or other entertainment in the park, nor shall any parade or procession take place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners. *Parades, etc., prohibited.*

16. No person shall engage in any play at base ball, cricket, shinny, foot-ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners. *Games prohibited.*

17. No person shall introduce any spirituous, malt or brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park. *Liquors prohibited.*

18. No person shall curse or swear or use threatening or abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park. *Swearing.*

19. No person shall indulge in any insulting or indecent language, or commit a nuisance in the park. *Nuisances.*

20. No person shall engage in playing cards or gambling in said park. *Gambling.*

21. No person shall carry fire-arms, or shoot in the park, or discharge any fire-works, or throw stones or missiles therein. *Firearms.*

SEC. 2. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes. *Penalty.*

SEC. 3. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection. *Street vacated.*

APPROVED—June 18th, 1890.

F. H. KELLER,
*Mayor.*

# Grand Rapids, MI
# 1891

*Grand Rapids, Mich. Ordinances, etc.*

# COMPILED ORDINANCES

c7

## OF THE

# City of Grand Rapids

Containing all Ordinances passed by the
Common Council, of the City of Grand Rapids,
in force September 1, 1906

---

Compiled and Indexed
Under Authority of the Common Council
By
COLIN P. CAMPBELL. LL. M.

---

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

*The Public Lib
Jan 27 1912*

*1907?*

dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than five days, nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, until the payment of such fine and costs, for a period of not less than five days nor more than ninety days.

### Repealing Clause.

Sec. 429 (14). The following ordinances are hereby repealed, to-wit: An ordinance entitled "An Ordinance Relative to Public Lamps and Lamp Posts in the City of Grand Rapids," passed March 1, 1873;

Also an ordinance entitled, "An ordinance Relative to Public Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also all other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of Public Property Therein. Passed May 4, 1891. Amended June 20, 1892, and October 11, 1897.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Parks—Injury to Trees, Etc.—Animals, Etc.—Handbills.

Sec. 430 (1). No person shall break, cut, mutilate, injure,

---

SEC. 429. Record A of Ordinances, p. 143.          SECS. 430-432. Record B of Ordinances, p. 130.

SECS. 430-435. Charter, Section 73.

overturn, remove or carry away any tree, shrub, plant, flower, stone, or stone-work, bench, chair, seat, bower, stand, house, arbor, structure, fence or property, or anything whatsoever in, upon or belonging to any park, spuare or open space, in the City of Grand Rapids, or in any street, avenue, or highway in, adjoining to or around the same; nor shall any person climb up, or upon, any building, house, fence, table, seat or other structure in said park, place or square; nor shall any person kill, disturb, or molest any bird or bird's nest, or any fish or animal within, belonging to or being therein; nor shall any person paste or affix or inscribe any hand-bill, sign, poster, card, device or inscription to, upon or against any fence, tree, structure, or property of or on such park, place, square or highway, in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in, or upon, the same, unless the same shall be designated and set apart for such purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding eight miles per hour.

### Parks—Speeches in.

Sec. 431 (2). No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall have first received permission from the Common Council of the City of Grand Rapids, or the Mayor or other lawful authority so to do; nor shall any public meeting be held therein unless leave is first obtained.

### Parks—Dogs in—Fire Arms.

Sec. 432 (3). No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place or square; nor shall any person carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids, and no dog shall be allowed therein except when fastened or led by a cord or string not exceeding six feet in length.

### Parks—Disorderly Language—Games—Handbills—Peddlers—Picnics in.

Sec. 433 (4). (As amended October 11, 1897.) No person shall

use any threatening, obscene, profane or indecent language in any such park, open place or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanor calculating or tending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the Committee on Parks; nor shall any person post, exhibit or distribute any advertisement, circular or hand bill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the Common Council of the City of Grand Rapids. Picnics and social parties may be allowed in such portions of said parks as shall be designated and set apart by the Park Committee of the Common Council of the City oif Grand Rapids from time to time.

### Hours When Parks Open to Public.

Sec. 434 (5). (As amended June 20, 1892.) The three public parks belonging to said city and respectively named and known as the "John Ball Park," "Lincoln Park" and "Highland Park," shall be open to the public only between the hours of sunrise and 9 p. m. of each and every day, and it shall not be lawful for any person or persons, except the person and employes in charge of any such park, to enter therein before the hour above named for the opening of said park, or to remain therein after the hour above fixed for the closing thereof; Provided, however, That the Committee on Parks of the Common Council or Mayor of said city shall have the power, in their discretion, whenever special occasion may require it, to specially provide for all or any of said parks above named being opened at an earlier hour or closed at a later hour than the hours above designated.

Any person who shall violate any of the provisions or requirements of this section shall be liable to the punishment prescribed in Section 6 of this ordinance.

### Penalty.

Sec. 435 (6). (As re-numbered June 20, 1892, and amended

October 11, 1897.) Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof, shall be punished by a fine of not less than two dollars nor more than one hundred dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house or correction of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than two days nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house of correction of said city, until the payment of such fine and costs, for a period of not less than two days nor more than ninety days.

An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 13, 1896.

The Common Council of the City of Grand Rapids do ordain as follows:

### Public Cemeteries—What Are.

Sec. 436 (1). All cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all cemeteries now within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall establish or locate any other cemetery within the limits of said city.

### No Interments Except in Cemeteries.

Sec. 437 (2). No interment of the body of any person shall be made in any other place than within a cemetery devoted to that purpose.

### Cemeteries—Property in Not to be Injured.

Sec. 438 (3). No person or persons shall injure, cut or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any cemetery or cemetery grounds belonging to said city.

SECS. 436-454. Charter, Section 73. Record B of Ordinances, p. 378.

Lynn, MA

1891

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden :

1.   To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2.   To have possession of any freshly-plucked tree or bush.

3.   To throw stones or other missiles ; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties ; to discharge or carry firecrackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, to offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.   To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5.   To drive a horse or horses at a rate faster than eight miles an hour.

6.   To ride a horse at a rate faster than ten miles an hour.

7.   To drive or ride any animal not well broken and under perfect control of the driver.

8.   To play ball or other games or sports, except on grounds provided therefor.

9.   To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

24          REPORT OF THE PARK COMMISSIONERS.

10.  To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the use of these premises.

Digitized by Google

# Springfield, MA

# 1891

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden : —

1. To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles; to discharge or carry firearms, fire-crackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5. To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7. To drive or ride a horse or horses at a rate faster than eight miles an hour.

8. To drive or ride any horse or animal not well broken and under perfect control of the driver.

9. To ride a cycle at a rate faster than eight miles an hour.

10. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required.   Any person wilfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,
EVERETT H. BARNEY,
WILLIAM F. CALLENDER, *Secretary,*

}   *Park
Commissioners.*

Digitized by Google

# Peoria, IL

# 1892

# LAWS AND ORDINANCES

OF THE

# CITY OF PEORIA

ILLINOIS

REVISED AND EDITED BY

## WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

## DANIEL F. RAUM

AND

# PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL

PEORIA

J. W. FRANKS & SONS, PRINTERS AND BINDERS

1892

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.

1721. Parks and Public Grounds--Superintendence of.

1722. Entrance and Egress.

1723. Animals Prohibited.

1724. Fire-arms, Missiles, etc.--Injury to Property.

1725. Sales--Peddling and Hawking—Prohibited.

Section.

1726. Indecent Words or Act—Fortune Telling—Gaming.

1727. Bill Posting Forbidden.

1728. Grass Not to be Trodden—Except.

1729. Police--Arrest of Offenders.

1730. Penalty.

---

**1721. Parks and Public Grounds—Superintendence of.]** § 1. The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722. Entrance and Egress.]** § 2. No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723. Animals Prohibited.]** § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724. Fire Arms, Missiles, Etc.—Injury to Property.]** § 4. All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city. All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725. Sales, Peddling and Hawking Prohibited.]** § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726. Indecent Words or Acts—Fortune Telling— Gaming.]** § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727. Bill Posting Forbidden.]** § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728. Grass Not to be Trodden—Except.]** § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729. Police--Arrest of Offender.]** § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730. Penalty.]** § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

# Spokane, WA
# 1892

# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

## WASHINGTON

TOGETHER WITH THE

# CITY CHARTER

**AND AMEND**MENTS, RULES OF THE CITY COUNCIL, AND LIST
OF FRANCHISE ORDINANCES

REVISED, COMPILED AND CODIFIED BY

## E. O. CONNOR

OF THE SPOKANE BAR

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

Sec. 2.  This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

----

## ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

Section 1.  The management and control of all public parks and public squares of the city is vested in the Park Commission.

Sec. 2.  It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

SEC. 3.  No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway.  No person shall climb or walk upon their walls or fences.

SEC. 4.  Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person.  All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SEC. 5.  No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SEC. 6.  No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 7.  The Park Commission may direct that any of the entrances to the public park be closed at any time.

SEC. 8.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

SEC. 9.  No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency.  No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement.  Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SEC. 10.  No person other than employes shall light, make or use any fire in said parks or other public grounds.

SEC. 11.  No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass.  The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SEC. 12.  Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SEC. 13.  Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14.   All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15.   This ordinance shall take effect ten days after its passage. Passed by the City Council March 11, 1892.

---

## ORDINANCE NO. 99.

### AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1.   No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2.   Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3.   No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4.   No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5.   Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6.   This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.

Pittsburgh, PA

1893

## BUREAU OF PARKS.

July 31, 1893, § 1.
O. B. 9, 262.

**Bureau of parks created.**

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

**Officers and employees.**

July 6, 1896.
O. B. 11, 139.

**Preamble.**

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

**Preamble.**

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid. § 1.

**Watchmen compensation.**

3. *Be it ordained, &c.,* That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893, § 1.
O. B. 9, 260.

**Rules adopted.**

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

*Fifth.* No military or other parade or procession, or funeral July 27, 1865. shall take place in or pass through the limits of the parks with- Park rules. out permission from the chief of department of public works.

*Sixth.* No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.* No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.* No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.* No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.* No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh.* No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.* No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.* No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.* No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.* No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.* When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.* No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.* No benches or seats shall at any time be removed

33

Digitized by Google

498                    ORDINANCES—EXECUTIVE DEPARTMENTS.

July 27, 1893    or changed from their places in the parks, except by the order
first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the
use of the roadways, and be controlled by the same law which
governs horses, vehicles and equestrians, and must pass to the
right, when meeting the same or each other. When passing a
carriage or equestrian from the rear to the front, it must be done
to the left side and at a moderate rate of speed. Bicycles and
tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and
bicycles is prohibited at any time, and bicycles and tricycles
must not be driven or propelled at greater speed than eight
miles per hour.

Ibid. § 2.         6.   Any violation of any of the foregoing rules shall subject
Penalty.       the party so offending to a fine of twenty-five dollars, to be col-
lected by summary process.

Aug. 28, 1871, § 1.   7.   The citizens of the Sixth and Fourteenth wards of the city
O. B. 3, 122.    of Pittsburgh, residing in the vicinity of Bluff street, shall be
Improvement    and are hereby authorized to enclose with a good substantial
of part of Bluff  fence a portion of Bluff street, from Gist to Magee street, as
street as a park
authorized.    follows, viz: Commencing at Gist street thirty feet south of the
northern curb line, and thence running by a line preserving the
same width to Magee street, said fence to be constructed with
openings at the street crossings, and at such other points as may
be deemed proper openings for the convenient access of foot
passengers. Said citizens shall be further authorized to lay off
the grounds south of said fence to the line of said street with
walks, and within said enclosure, and on the outside thereof, to
plant trees and shrubbery, erect fountains and make other im-
provements thereon suitable for a public promenade: *Provided,*
That no trees or other improvements shall be placed upon said
street within a distance of twenty feet from the north curb line
of said street.

Ibid. § 2.         8.   Said improvements shall be made and maintained at the
City not liable  expense of the parties making the same, and the city shall not
for expense.   be liable for any expense contracted for or on account of the
same.

Ibid. § 3.         9.   Said city reserves the right to direct the grading and pav-
City may grade  ing of said street at any time hereafter, without compensation
and pave.      for the improvement which may be made thereon as fully as if
this ordinance had not been adopted.

Ibid. § 4.         10.   Said improvements and the maintenance and care of the
same shall be under the charge of such persons as may be se-
lected by subscribers to the fund for making the same.

Ibid. § 5.         11.   It shall be unlawful for any person to injure or destroy
Penalty for in-  any fence, trees, shrubbery or other improvement upon said
juring improve-  ground; and if any person shall wilfully injure or destroy the
ments.
same, or any part thereof, he or she shall forfeit and pay the
sum of ten dollars, in addition to a sum sufficient to repair or
replace the damage, to be recovered by action in the name of the
city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same.

Aug. 28, 1871.

12. The superintendent of the water works shall be authorized to direct a supply of water, free of charge, for not more than two fountains upon said ground at all reasonable times and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided*, That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply.

Ibid. § 6.

Supply of water for two fountains authorized.

13. WHEREAS, The public market-house on Second street is of no benefit to the city ;

Sept. 27, 1858.
O. B. 2, 125.

*And whereas*, The heirs and legal representatives of the estate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area ; therefore,

Preamble.

14. *Be it ordained, &c.*, That all that portion of Second street extending from Grant to Ross street, and used for the purpose of a market house, be and the same is hereby devoted to the purpose of a public park, to be ornamented in such manner as shall be directed by the mayor of the city and members of councils for the time being of the Second ward, who are hereby authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gate-posts thereof : *Provided*, The whole expense of removing the market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury.

Ibid. § 1.

Second street made a park.

Rules.

Proviso.

15. Any person that shall injure or destroy any tree, shrub or any other thing within said park, or the wall or fence that may surround it, shall, upon conviction before the mayor, be fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable.

Ibid. § 2.

Penalty for injuries.

16. It shall be lawful to erect within the said area or park one or more fountains, to be supplied from the public water pipes without any charge for the use of the water.

Ibid. § 3.

Fountains.

17. Before the work necessary for said improvement shall be commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treasurer, and shall proceed to agree upon a plan of the work, &c.

Ibid. § 4.

18. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoir known as the Herron Hill Reservoir.

Sept. 14, 1880 § 1.
O. B. 7, 131.

Dedication of Herron Hill Park.

Digitized by Google

500 ORDINANCES—EXECUTIVE DEPARTMENTS.

Sept. 14, 1889, § 2.
Improvement.

19. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

Sept. 16, 1889, § 1.
Dedication of Highland Park.

20. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

Ibid. § 2.
Improvements.

21. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

## BUREAU OF CITY PROPERTY.

Dec. 17, 1887, § 3 18.
O. B. 6, 227.
Bureau created.
Title of head.
Salary.
Duties.
Clerk.

1. There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

Feb. 28 1890, § 1.
O. B. 7, 321.
Salary of clerk of bureau of city property.

2. From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

City Code, 234, § 1.
Penalty for injuring.
Proviso.

3. If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

Ibid. § 2.
City officers to report to controller.

4. It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

Digitized by Google

# St. Paul, MN

# 1894

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A
PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

───────

COMPILED BY

JOHN A. GILTINAN, ESQ.,
MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF
EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

───────

PUBLISHED BY AUTHORITY OF
THE COMMON COUNCIL.

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

(208)

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

(Ord. 1767, June 19, 1894, § 1.)

## § 681. Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

(Id. § 2.)

# Canton, IL

# 1895

# REVISED ORDINANCES

OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney.*

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

Case 7:21-cv-05334-NSR   Document 68-4   Filed 11/30/22   Page 66 of 100

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20   *Sales on streets prohibited.*   No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21.   *Construction of foregoing section.*   The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22.   *Telephone and telegraph poles.*   No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

SEC. 23.   *Public Parks shall be known by their respective names.*   The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24.   *Care of parks.*   It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council.   The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25.   *Regulations of Parks.*   No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26.   *Depredations not to be committed in Parks.*   Neither cattle, horses, goats, swine or animals, except as herein specified shall be turned into any one of the said Parks by any person.   All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks.   All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27.   *Bills are not to be posted in Parks.*   No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28.   *Persons in Parks must keep off the grass.*   No person shall go upon the grass, lawn or turf of the Parks except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.   Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC. 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

Indianapolis, IN

1896

REVISION OF 1904

# THE

# GENERAL ORDINANCES

OF THE

# CITY OF INDIANAPOLIS

CONTAINING, ALSO

## ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

## A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

## AND RULES GOVERNING THE COMMON COUNCIL

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

Case 7:21-cv-05334-NSR Document 68-4 Filed 11/30/22 Page 71 of 100

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed "Keep Off the Grass" has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

### PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis,* That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

# Boulder, CO

# 1899

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

**510.  Washington Park.**

SEC. 5.   That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and hereafter known as WASHINGTON PARK.

## PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Provide Penalties for Injuring the Same.

Passed October 4, 1898.

(With amendment as noted.)

**511.  No firearms or shooting in.**

SECTION 1.   Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor.   (As amended August 2, 1899.)

**512.  No powder or explosives in.**

SEC. 2.   Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

**513.  No fires or explosives.**

SEC. 3.   Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

### 514. Injury to property.

SEC. 4.   Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

### 515. Injury continued.

SEC. 5.   Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

### 516. Violation—Misdemeanor Penalty.

SEC. 6.   Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.


### PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.


WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

# Hartford, CT

# 1902

# MUNICIPAL REGISTER *of the* City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



## 1907

*Printed by THE SMITH-LINSLEY CO., Hartford, Conn.*

COMPILED AND ARRANGED

BY

# HENRY  F.  SMITH,

## City Clerk,

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford.   Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st.   To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd.   To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd.   To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th.   To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th.   To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.   To throw any stick, stone, or other missle on any portion of any Park.

7th.   To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.   To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.   To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.   To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.   To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

business wagon, or cart upon any **Park** driveway or carriageway, excepting upon Park business.

12th.   To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th.   To sleep upon, lie upon, or overturn, any seat upon any park.

14th.   For any men to occupy any seat designated as reserved for women and children.

15th.   To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th.   To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

# New Bedford, MA

# 1902

# Park Ordinances.

Office of Park Commission,
New Bedford, Mass.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1. To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2. To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3. To throw stones. balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74

Digitized by Google

Original from
HARVARD UNIVERSITY



wares; to post or display signs, placards, flags or any advertising devices whatsoever; to play games of chance or to have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

4. To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6. To drive or ride any horse or animal not well broken and under perfect control of the driver.

7. To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8. Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

> JAMES E. MOORE, Chairman,
> SAMUEL P. RICHMOND,
> OBED C. NYE,
> CHARLES T. SMITH,
> ERNEST A. WHEATON, Secretary.

Board of Park Commissioners.

THOMAS W. COOK,
    General Superintendent.



# Trenton, NJ

# 1903

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

**When to take effect.**

9. That this ordinance shall take effect immediately.

**An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.**

**Vol. 6, p. 181.**

Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

**Rate of speed for driving or riding.**

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

**Driving, where allowed.**

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

**What vehicles not allowed in park.**

3. No vehicle of burden or traffic shall pass through said park.

**How persons shall enter.**

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

**Wagons not to stand in park for hire.**

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

**No threatening language to be used.**

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

**No obscene act to be permitted.**

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

**No person to carry firearms.**

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

**No person to annoy any of the animals.**

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

**Not to deface trees or buildings.**

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

Digitized by Google

SPECIAL ORDINANCES.—PARKS.                    391

outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares.

*Not to throw any offensive matter in water.*

12. No person shall go into bathe within said park.

*Bathing prohibited.*

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares.

*No animals to go loose in park.*

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same.

*Notices not to be defaced.*

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law.

*Penalty.*

**An Ordinance to name the Five Points "Monument Park."**

*The Inhabitants of the City of Trenton do ordain:*

1. That the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park."

*Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.*

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed.

*Ib., § 2.*


Digitized by Google

Lowell, MA

1903

# Rules and Regulations

### GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF LOWELL.

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1.   It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2.   It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3.   It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,                    } *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.



Generated on 2022-11-22 21:19 GMT  /  https://hdl.handle.net/2027/hvd.li3d6k
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# New York City, NY

# 1903

597 [NOVEMBER 24, 1903.

REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I.   To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II.   To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III.   To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV.   To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V.   To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI.   To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.

Digitized by  Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112065499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

VII.  To use threatening, abusive or insulting language upon any of such public parks, parkways, squares or places, or doing any obscene or indecent act thereon, or any act tending to a breach of the public peace.

VIII.  No hackney coach, carriage, wagon, cart or other vehicle for hire shall stand upon any such public park, parkway, square or place, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, without previous license, and then only at such place as shall be indicated and allowed by the Commissioner having jurisdiction.

IX.  No horse or other animal shall be allowed to go at large upon such public parks, parkways, squares or places, except that dogs may be allowed therein when led by a chain or proper dog-string not exceeding six feet in length.

X.  No persons shall bathe or fish in any of the waters or fountains, nor cast any substance therein, nor disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places, except in the waters adjacent to Pelham Bay Park, where bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the Commissioner of Parks for the Borough of The Bronx.  Fishing may be allowed in the lakes of Prospect Park under permits granted by the Commissioner having jurisdiction.

XII.  No animal or vehicle shall be permitted to stand, nor any incumbrance of any kind be allowed to remain upon any street adjacent to or bounding upon any public square or place in the The City of New York, under the jurisdiction of the Department of Parks, without permission of the Commissioner for the boroughs wherein located, except that vehicles may be permitted to take up and set down passengers, and to load and unload merchandise in the usual manner, and may occupy the street a reasonable time for the purpose; provided, however, that they shall not while so doing unnecessarily incumber the street or obstruct travel therein.

XIII.  No one shall throw stones or other missiles, nor beg or publicly solicit subscriptions or contributions, nor tell fortunes, nor play games of chance or with any table or instrument of gaming, nor make any harangue, nor climb upon any wall, fence, shelter, seat, statue or other erection within such public parks, parkways, squares or places within The City of New York.

XIV.  No automobile or horseless vehicle shall be driven upon or over the drives of such public parks, parkways, squares or places at a greater rate of speed than eight miles an hour.

XV.  No fence in or about any land fronting upon or adjacent to any public park, parkway, square or place in The City of New York, shall be erected until a plan, showing the height, character and method of construction of the proposed fence,

Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112085499595
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 7:21-cv-05334-NSR   Document 68-4   Filed 11/30/22   Page 96 of 100

has been submitted to the Commissioner of Parks having jurisdiction, and approved by him, and a permit in writing issued therefor.

XVI.   No poster or advertising device shall be placed upon any fence or other structure used for advertisement or the exhibition in, about or upon any land fronting upon or adjacent to any public park, parkway, square or place in The City of New York, until a description or a drawing of the same shall be filed with the Commissioner of Parks having jurisdiction, and approved by him, and a permit in writing issued therefor.

XVII.   Owners of fences or other structures now existing in, about or upon lands fronting upon or adjacent to any park, parkway, square or place in The City of New York used for advertising or the exhibition of advertisements, shall not modify or alter such structures or the advertising device placed thereon until a written application has been made to the Commissioner having jurisdiction over the same, requesting his permission for the said alteration or modification, which shall be fully described in the said application, and the necessary permit obtained therefor.

XVIII.   No military or target company, or civic or other procession, shall be allowed to parade, drill or perform upon any of the parks, parkways, squares, or public places, without permission from the Commissioner of Parks having jurisdiction, except in the case of the use of Van Cortlandt parade ground in Van Cortlandt Park by the National Guard of the State of New York.

XIX.   No automobile, stage or other vehicle shall be allowed to carry passengers for hire over or upon any of the parks, parkways or drives, concourses, plazas, or circles, under the control of the Department of Parks, excepting upon traffic roads and except by special permission of the Commissioner having jurisdiction.

XX.   It shall be unlawful for the owner or operator of any automobile, to go upon or stop near any of the music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, of the said Department of Parks, where any number of persons are accustomed to congregate, or where such automobiles would be a source of danger to life and limb.

XXI.   No garbage, ashes, manure or other offensive material, is to be carried over any of the parkways or through such parks, circles, squares or concourses, except upon traffic roads set apart for such purpose.  When such refuse is to be removed from residences fronting on any of the above parkways, etc., the vehicles collecting such refuse must leave the parkway as soon as such collection is accomplished, and within the time prescribed by the Commissioner having jurisdiction.

43

Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII.  It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII.  No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks.  No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction.  No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV.  No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV.  No one shall enter or leave the parks except at the established entranceways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI.  The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback.  Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112056499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

601 [NOVEMBER 24, 1903.

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII.   No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose.   No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII.   No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX.   No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX.   No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New-York at the parade grounds situated in Van Cortlandt Park.

XXXI.   No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks   All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1.   All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112185496395
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

2. All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

3. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right hand side of the road; those going more rapidly must keep in the middle of the road.

4. No vehicle should stop for any purpose without drawing up to the curbstone or gutter, and always on the right hand side of the road.

5. Before pulling up and before crossing from one side to the other of the road or street the driver should signal to those behind him by raising his whip.

6. On all drives and parkways where grass plots divide the drive all vehicles and horsemen must keep on the right hand side drive or bridle path.

7. Drivers, riders and cyclists must not exceed a speed of eight miles an hour in the parks and parkways.

8. Cyclists must not coast in the parks, nor on the parkways or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars.

9. Cyclists must not mount or dismount, except on the extreme right of the roads or bicycle paths.

10. All bicycles, tricycles, velocipedes or other vehicles of propulsion must be provided with a bicycle bell, not to exceed three inches in diameter.

11. Riding more than two abreast is prohibited.

12. Instruction in operating automobiles, bicycles, tricycles, velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times.

13. Wheelmen shall not ride on the paths in any park; those walking upon the park paths may push their wheels along said paths; but in no case shall the wheels be taken upon the turf.

14. The delivery of supplies to the residences of West Seventy-second street, Riverside Drive and Cathedral Parkway (One Hundred and Tenth street west of Seventh avenue) will be permitted in the forenoon; but no business vehicles shall enter upon or pass over the said parkways after the hour of noon, excepting by special permission of the Commissioner of Parks for the boroughs of Manhattan and Richmond. In passing over the said parkways, business vehicles must go direct to place of delivery, must leave the said parkways without unnecessary delay, and by the shortest route—the place of entry, if possible. The said parkways must not be used to enable business vehicles to reach places exterior to them.


Generated on 2022-11-22 21:22 GMT  /  https://hdl.handle.net/2027/uiug.30112105489595
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

603                        [November 24, 1903.

Ordinances applying to the Harlem River driveway.

1.   The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioner having jurisdiction.   Exercising carts may be used until 1 p. m. only.

2.   Speeding on Sundays and holidays, and after 3 o'clock p. m. on other days, will be permitted in one direction—from north to south only.

Turning is forbidden except at the ends of the driveway and at the bridges.

3.   When not speeding, drivers must keep closely to the right hand side of the road and keep moving.

4.   Pedestrians must not cross on the Speedway; subways are provided for that purpose.

5.   Loud shouting to make horses break or to urge them on is strictly forbidden.

6.   The use of hobbles, or other similar device or apparatus to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden upon the Harlem River Driveway.

Rules and regulations for establishing limits of projection for constructions on the line of Riverside Drive.

1.   No structure or construction of any description or any part thereof shall be placed or permitted on or under Riverside avenue until working plans in duplicate, drawn to a scale of one-quarter inch to the foot, shall have been filed with the Department of Parks, with an application for the erection or construction of the said structure; said drawings to show elevations, floor plans and vertical sections of the extent of projections, and that the applicant has received permission to erect the said projection, as shown on drawings from the Department of Parks.

A  (a)   Stoops or steps, courtyards and areas, or any part or appurtenance thereof shall not project in the avenue beyond the building line to the extent of more than 5 feet where the sidewalk is 16 feet wide; 7 feet where the sidewalk is 20 feet wide; 8 feet where the sidewalk is 25 feet wide; and in proportion to the above where the sidewalk is between 16 and 20 feet or between 20 and 25 feet.

(b)   No stoop or steps shall be covered, except over the landing or platform at the top; nor shall they be inclosed except by an open railing not more than 4 feet in height.

B  (a)   Bay windows shall not project in the avenue beyond the building line to the extent of more than 4 feet.


Generated on 2022-11-22 21:23 GMT  /  https://hdl.handle.net/2027/uc1.b3117209499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN