(b)   Bay windows when allowed to project in the avenue shall not occupy longitudinally with the avenue more than two-thirds of the width of the building from which they project.

C (a)   No balcony, cornice or ornament shall project in the avenue beyond the house line to the extent of more than 4 feet.

(b)   No balcony shall be inclosed on the front or sides, except by a railing not over 4 feet in height.

D.   No vault or other construction below the sidewalk shall be built, except in such manner as shall leave the sewers, gas and water pipes, or space proposed to be occupied by the same, free and uninclosed and in safe condition; nor in any case to extend in the clear beyond the curb line.

Ordinance adopted, pursuant to chapter 453 of the Laws of 1902.

1.   No shade or ornamental tree or shrub shall be planted in any of the streets, avenues or public thoroughfares of The City of New York until such tree or shrub shall have been first approved by a duly appointed employee or expert of the Commissioner having jurisdiction, and a permit granted therefor.

2.   No holes or excavation shall be prepared for planting any tree or shrub unless sufficient mould of satisfactory quality shall be used, and a duly appointed employee or expert of the Department of Parks shall report that the conditions, such as the absence of poisonous gas and deleterious substances, have been made satisfactory and a permit granted therefor.

3.   No stem, branch or leaf of any such tree or shrub shall be cut, broken or otherwise disturbed until a permit has been granted therefor by the Commissioner having jurisdiction.

4.   No root of any such tree or shrub shall be disturbed or interfered with in any way by any individual or any officer or employee of a public or private corporation until a permit shall have been issued therefor by the Commissioner having jurisdiction.

5.   The surface of the ground within three feet of any tree or shrub growing on any street, avenue or other public thoroughfare shall not be cultivated, fertilized, paved, or given any treatment whatever, except under permit granted of the Commissioner having jurisdiction.

6.   It shall not be lawful to attach or maintain any guy rope, cable or other contrivance to any tree or shrub, or to use the same in connection with any banner, transparency, or any business purpose whatever, except under a permit from the Commissioner having jurisdiction.

7.   It shall not be lawful to cut, deface, mutilate, or in any way misuse, any tree or shrub, nor shall any horse or other animal be permitted to stand in a manner or position where it may or shall cut, deface or mutilate any tree or shrub, nor shall any building

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

605                          [November 24, 1903.

material or other material of any kind or any debris be piled or maintained against any tree or shrub.

8.  It shall not be lawful to attach or string any electric or other wire, or to adjust or carry the same into or over any park or parkway, except under a permit from the Commissioner having jurisdiction.

9.  Any person violating the foregoing ordinances of chapter 453 of the Laws of 1902 shall be guilty of a misdemeanor, and shall on conviction thereof before a City Magistrate be punished by a fine not exceeding $50, or in default of payment of such fine, by imprisonment not exceeding thirty days.

Rules and regulations relating to projections and line of curb and surface constructions, under provisions of section 612 of the Greater New York Charter, as amended by chapter 723 of the Laws of 1901.

1.  Each Commissioner may grant permits for the erection and maintenance of projections on any park, parkway, square or public place in his jurisdiction, and on all streets and avenues within a distance of three hundred and fifty feet from the outer boundaries thereof, upon such terms and conditions and upon the making of such compensation to the City as in his discretion he may determine with respect to the particular locality.

2.  Where permits have heretofore been granted upon the making of compensation and a new permit is desired to correct any irregularity, defect or supposed want of jurisdiction in the granting of such permit, a new permit may be granted without the making of further compensation.

3.  Each Commissioner may determine the line of curb and the surface constructions of all streets and avenues lying within any park, parkway, square or public place in his jurisdiction or within a distance of three hundred and fifty feet from the outer boundaries thereof as he may deem advisable according to the particular locality, and best calculated to maintain the beauty and utility of such parks, parkways, squares and public places.

4.  All applications for the privilege of erecting bay windows or other house projections shall be made to the Commissioner in whose administrative jurisdiction the park or parkway affected lies, who may in his discretion grant the same upon payment of a fee to be determined in each case by said Commissioner.

5.  Working plans in duplicate, drawn to a scale of one-quarter inch to the foot, shall be required to accompany each application, showing elevation, plans and vertical section of extent of projection, one copy of which will be filed in the office of the Commissioner having jurisdiction, and one other shall be returned to the applicant for filing in the Department of Buildings.

Generated on 2022-11-22 21:23 GMT / https://hdl.handle.net/2027/uiug.30112105499185
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

6.  No permit will be granted to cover more than four feet of projection beyond the house or building line, nor shall the projections occupy longitudinally with the street or avenue more than two-thirds of the width of the building from which they project.

### Rules and Regulations Relating to Statuary and Works of Art.

1.  No statue, bust, memorial or memorial building of any description shall be erected in any of the public parks, parkways, squares or places of The City of New York under the jurisdiction of the Department of Parks without the consent of the Commissioner having jurisdiction.

2.  No existing natural scenery, no rock, woodland, lawn or existing drive shall be destroyed or altered in order to accommodate any statuary or memorial, and such statuary or memorial shall be secondary in importance to the natural features which must prevail in a park.

3.  Statuary, buildings or other structures of whatever character, shall be considered:

First—As objects of art.

Second—In their relation to the landscape.

No such statuary, building or structure, even if in itself satisfactory as a work of art, shall be accepted unless it will help to heighten the beauty of the landscape, and unless a satisfactory and appropriate site shall be found in conformity with previous rules.

4.  Buildings required for the comfort of the public or for administrative purposes shall be excepted from the above restriction, but such buildings shall be made as unobtrusive as their purpose will admit, and must be of the most moderate size and shall be screened from view as much as possible.

5.  The pedestal of any statue or bust placed in any of the public parks, parkways, squares or places of The City of New York, within the jurisdiction of the Department, shall not exceed two-thirds of the height of the statue proper, nor shall the base occupy more area than is necessary in order to preserve the proper proportions of the pedestal and statue.

6.  Statuary and structures already in the public parks, parkways, squares and places, if not placed in conformity with the previous rules, may, if condemned by the Municipal Art Commission, be removed by the Commissioner of Parks having jurisdiction.

### Affecting Central Park and Fifth Avenue.

1.  Owners of property on the easterly side of said Fifth avenue, between Fifty-eighth and One Hundred and Eleventh streets, are permitted to inclose, for court

Generated on 2022-11-22 21:24 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

607                    [November 24, 1903.

yard purposes, and not otherwise, fifteen feet of the sidewalks adjacent to and in front of their respective lots; and the stoops of buildings erected on said avenue may, in such cases, project to the extent of such courtyards; provided further, that such stoops shall, in every instance, be open above the railing or balustrade thereof, and the form, size and character thereof, together with the form, size and character of the area railings, shall be subject to the approval of the Commissioner having jurisdiction; and provided further, that no stoop or area railing shall be constructed or put upon said Fifth avenue, or upon any of the streets or avenues surrounding said park, within the boundaries first above mentioned, until the plan thereof has been submitted to and approved by the said Commissioner.

2.   No more than four horses shall be allowed to be driven together in the parks of the Borough of Manhattan, and then only when attached to private vehicles, except by special permit.

3.   No person shall go on the turf without the permit of the Commissioner having jurisdiction except when and where a blue flag with a white star is shown as an indication that at that time and place all persons are allowed to go on it.

4.   No bicycle or tricycle shall be allowed to be taken upon or remain on the Mall in Central Park during the progress of a concert.

Rules Relating to Visitors at the Park Conservatories.

1.   The conservatories will be open daily between 10 a. m. and 4.30 p. m.

2.   Visitors on entering will keep to the right in order to avoid crowding.

3.   Any person found pilfering flowers or leaves or causing damage to the buildings or plants will be arrested and punished.

4.   No intoxicated, noisy or disorderly persons will be admitted.

5.   Children under eight years of age will not be admitted except when accompanied by parents or guardians.

6.   No dogs will be allowed inside the buildings or on the grounds.

7.   The scattering of paper or refuse inside the buildings or on the grounds is prohibited.

8.   Any incivility on the part of employees should be reported to the Commissioner having jurisdiction. Visitors are requested not to engage in unnecessary conversation with employees.

9.   Fifteen minutes before closing time visitors will be warned by the call "All out."

10.   No person will be permitted in a house or wing of the conservatory which is not open for public inspection.

Generated on 2022-11-22 21:24 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

11. No smoking will be allowed.

12. Loud, indecent or noisy language is strictly prohibited.

Rules and Regulations Relating to the New York Botanical Garden in Bronx Park.

1. The picking of flowers, leaves, fruits, nuts, or the breaking of branches of any plants, either wild or cultivated, the uprooting of plants of any kind, the defacing of trees, and the carrying of flowers, fruits or plants into or from the grounds of the garden are prohibited, except by written permission of the Director-in-Chief of the garden.

2. Leaving or depositing paper, boxes, glass or rubbish of any kind within the grounds of the garden is forbidden.

3. Dogs are not allowed within the limits of the garden except in leash.

4. It is forbidden to take fish from within the garden, or to molest in any way squirrels, birds, snakes, frogs, toads, turtles or any other wild animal.

5. Throwing of stones or other missiles, playing ball, football, tennis or any other game is prohibited.

6. It is forbidden to offer for sale food, candy, newspapers, books, tobacco beverages, flowers or other objects, without written permission from the Director-in-Chief and the Commissioner of Parks for the Borough of The Bronx.

7. Boating or rafting on the ponds, lakes and streams is forbidden.

8. Trucking or the driving of business wagons of any kind is forbidden on the roads of the Garden, except those designated for such purposes.

9. It is forbidden to accept or solicit passengers for any cab, carriage or other conveyance at any point within the grounds of the Garden, without written permission from the Director-in-Chief of the Garden and the Commissioner of Parks for the Borough of The Bronx.

10. Visitors are not allowed within the Garden after 11 o'clock at night, nor before 6 o'clock in the morning, except upon driveways and paths designated for their use between those hours.

Ordinances Applicable to the Ordinary Use of the Ocean Boulevard, the Eastern Parkway and the Speedway in the Boroughs of Brooklyn and Queens.

Light harness driving on the Speedway, Ocean Parkway (Ocean Parkway between Bay Parkway and Kings Highway) shall not be restricted as to speed between the hours of sunrise and sunset; speeding, however, is only to be permitted from Bay Parkway towards Coney Island, and drivers shall be compelled to observe the rules of the road. Automobiles will not be permitted on the Speedway, but must take the west road on the Ocean Parkway, between Bay Parkway and Kings Highway, at all times

Generated on 2022-11-22 21:21:24 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

(60) [NOVEMBER 24, 1903.

Business wagons, trucks, etc., heavy or light, are prohibited from using the main drive of the Ocean Parkway, and must use the west road at all times. Business wagons, trucks, etc., must use the block pavement at either side of the main road or the traffic roads of the Eastern Parkway.

### Prospect Park.

All lawns in Prospect Park are commons, and may be used as such, except those restricted by special order, and such restricted sections plainly indicated by proper signs.

### Coney Island Cycle Paths.

Cyclists must use the west path when going toward Coney Island, and the east path in returning.

Cyclists must not exceed a speed of twelve miles an hour on the bicycle paths.

Racing on the bicycle paths is prohibited, except by special permission of the Commissioner having jurisdiction.

Horses, wagons, carriages and pedestrians must not use the bicycle paths.

Rules for employees of the Department of Parks.

1. Employees must at all times while on duty wear the uniform prescribed for them.

2. Employees must not enter saloons while wearing the uniform of the Department.

3. Employees must not smoke while on duty in the parks.

4. The bringing of beer or intoxicating liquors of any description at any time into the parks or parkways is positively forbidden, and is a sufficient cause for immediate discharge.

5. Employees must be in uniform, ready for work, at the hour set for beginning their daily work, and must remain actively at work up to the time for quitting. Washing up and changing of clothes must be done after working hours, and not before the hour of quitting.

6. Any employee who is absent from duty must promptly report the reason for his absence to his foreman or person in charge of the gang in which he is employed. Absence without proper excuse will result in dismissal.

7. Employees must conduct themselves properly at all times while on duty.

8. Employees must be civil and polite to visitors at all times. No uncivil conduct or rude replies to questions will be permitted.

9. All employees are required to answer questions asked by visitors to the best of their knowledge and ability.

Generated on 2022-11-22 21:24 GMT  /  https://hdl.handle.net/2027/uiug.30112105495195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

10. Employees must give their names and numbers to any citizen requesting the same.

11. All changes of address must be reported forthwith.

12. Absence of over three days without leave is equal to a resignation, and employees who so absent themselves without a written resignation or permission will be promptly discharged for cause.

13. Employees must wear their badges prominently displayed on their outer garment.

All ordinances or parts of ordinances heretofore adopted affecting the parks, parkways and public places of The City of New York under the jurisdiction of the Department of Parks inconsistent with or in conflict with the ordinances above set forth are hereby repealed.

ARMITAGE MATHEWS, JAMES COWDEN MEYERS, NOAH TEBBETTS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

Which was laid over.

Reports of Committee on Salaries and Offices—

No. 2586.

The Committee on Salaries and Offices, to whom was referred on October 13, 1903 (Minutes, page 76), the annexed resolution in favor of fixing salary of position of Matron of Baths and Public Comfort Stations, Borough of Brooklyn, respectfully

REPORT:

That, having examined the subject, they recommend that the said resolution be adopted.

Department of Finance—City of New York,
October 8, 1903.

Hon. CHARLES V. FORNES, President, Board of Aldermen:

Dear Sir—I send you herewith certified copy of a resolution adopted by the Board of Estimate and Apportionment October 8, 1903, recommending to the Board of Aldermen the fixing of the salary of the position of Matron of Baths and Public Comfort Stations, Department of Public Works, Borough of Brooklyn, at the rate of $1,050 per annum, together with copy of communication from the President of the Borough of Brooklyn relative thereto.

I also inclose form of resolution for adoption by the Board of Aldermen to indicate its concurrence therein.

Very truly yours,

J. W. STEVENSON, Deputy Comptroller.


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Troy, NY

# 1903



# Municipal Ordinances

## OF THE

# CITY OF TROY

## 1905

### RULES AND REGULATIONS
#### of the
### HEALTH DEPARTMENT

### RULES AND REGULATIONS
#### With Reference to the
### WATER WORKS



# Municipal Ordinances

### OF THE

# CITY of TROY

---

## RULES AND REGULATIONS

### OF THE

## HEALTH DEPARTMENT

---

## RULES AND REGULATIONS

### WITH REFERENCE TO THE

## WATER WORKS

---

## 1905

#### COMPILED UNDER THE DIRECTION OF

### JOHN T. NORTON,

#### CORPORATION COUNSEL.

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

AN ORDINANCE IN RELATION TO THE PUBLIC PARKS OF THE CITY OF TROY AND THE MAINTENANCE OF GOOD ORDER THEREIN.

Passed June 4, 1903.

SECTION I. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3.  Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

### PRESCRIBED BY COMMON COUNCIL NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M.

# Houston, TX

# 1904



~~CHARTER~~

*Not in file*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

## HARRIS COUNTY, TEXAS,

### TO OCTOBER 31, 1904.

———

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

———

CODIFIED BY
**ROBERTS & CRAWFORD,**
OF THE HOUSTON BAR
1904.

———

W. H. COYLE & CO.,   STATIONERS, PRINTERS.

HOUSTON, TEXAS.

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### City Parks.

**Art. 914.  Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month.   Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from  depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915.   Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

**Art. 917.   Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.   Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First.   To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second.   To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third.   To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth.   To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth.   To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth.   To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh.   To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth.   To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth.  To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919.  Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920.  Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921.  Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER XL.

### PAWNBROKERS, SECOND-HAND AND JUNK DEALERS AND JUNK.

**Art. 922.  Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars.  It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

# Neligh, NE

# 1904

175 ℓℓ.

# THE

# ORDINANCES

———— OF THE ————

# City of Neligh
## NEBRASKA

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



Case 7:21-cv-05334-NSR   Document 68-5   Filed 11/30/22   Page 21 of 100

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of fire-
arms or gun of any description in any public park be-
longing to the city of Neligh and to provide for the pun-
ishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Ne-
ligh, in Antelope county, Nebraska:—

Section 1.  That if any person shall carry or discharge
any firearm or gun of any description in any public park be-
longing to the city of Neligh, such person shall on conviction
thereof, be fined in any sum not exceeding $25.

Section 2.  This ordinance shall be in full force and ef-
fect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. WILSON,          M. B. HUFFMAN,
[SEAL]          City Clerk.                    Mayor.

# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city
streets in the city of Neligh, Antelope county, Nebraska,
as surveyed, platted and established by the City
Engineer.

Be it ordained by the mayor and city council of the city of
Neligh, Antelope county, Nebraska:—

Section 1.  That the grade as surveyed, platted and es-
tablished and returned by the City Engineer of the following
streets, to-wit:  Walnut, Ash, Box-Elder, Locust, Mulberry,
Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

# Pueblo, CO

# 1904



# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

## ALL THE ORDINANCES OF A GENERAL AND PERMANENT NATURE IN FORCE TO APRIL 1st, 1908

AND

## DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

## THE ARTICLES OF CONSOLIDATION OF THE PUEBLOS

———

Compiled by
**D. A. HIGHBERGER** AND **JOHN A. MARTIN**
of the Pueblo Bar

———

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

DEC 1   1908

# PARKS AND PARK PROPERTY

## CHAPTER XXVII.

**654. Damage in Public Parks Unlawful.**

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**655. Penalty.**

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**656.   Rules and Regulations—Parks and Park Property.**

Ord. 678.   That for the purpose of governing and reg-

384

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1. From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2. No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3. No horse or other animal or second horse and vehicle shall be led on the roadways.

4. No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5. No fast driving or speeding permitted.

6. No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7. No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8. No placard, notice or advertisement of any kind

or nature shall be distributed, posted, or attached to anything movable or immovable on park or boulevard property, unless by consent of the board.

9. No velocipede, bicycle, tricycle, wheelbarrow, handcart, or other vehicle, or any horse or other animal, shall be permitted on the foot walks, sidewalks, grassplats or planting places.

10. No hackney coach, carriage, or other vehicle for hire shall stand upon any part of the parks for the purpose of soliciting or taking in any other passenger or person than those carried to the parks by said coach, carriage or vehicle, except at stands specially designated by the board.

11. Hitching horses or other animals to any tree, shrub, fence, railing, or other structure, except such as are provided for such purpose, or allowing horses or other animals to stand unhitched while the driver or attendant is beyond reach of such horse is prohibited.

12. No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers, or embarrass the passage of vehicles, except at such places as may be designated for such purpose.

13. No gambling shall be permitted.

14. Picnics may be held in such parts of the parks as shall be designated for that purpose, and portions of the parks may be set apart for ball, croquet, and other games subject to such regulations as may be made by the board,

386

and no person shall join any such picnic or games without
the consent of the persons of whom they are composed, or
shall in any manner disturb or interfere with the same.

15. No booth, tent, stall, or other structure shall be
erected for any purpose, and no hawking or peddling shall
be done, or article or thing exposed for sale, unless by per-
mit from the board.

16. No indecent exposure of person, disorderly con-
duct, noise, riot or breach of the peace; nor the use of ob-
scene, threatening, abusive or insulting language shall be
permitted.

17. No person shall enter any building, inclosure or
place upon which the words "no admittance" or similar sign
is posted, or violate the injunction of such sign.

18. No person shall stand, walk, ride or lie upon any
place laid out and appropriated for shrubbery or grass when
there shall have been placed thereon a sign forbidding the
same.

19. No person shall play upon any musical instrument,
carry, or display any flag, target, or transparency, nor shall
any military or private company, band or procession, parade,
march, drill or perform any evolution movement or cere-
mony, and no person shall do or perform any act tending to
congregate persons except by permission of the board.

20. No person shall fire or discharge any gun or pistol;
carry firearms, kindle, or build fires or throw stones or other
missiles.

21.  No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22.  No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23.  No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24.  No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25.  No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26.  No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27.  No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28.  No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29.  No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

388

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30.   No intoxicated person will be allowed to enter or remain within any of the parks.

31.   All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32.   It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33.   All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

board of park commissioners, in case such board shall become liable to the person or persons so injured or damaged.

35. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

34. Park benches shall not be moved without permission.

36. In case of an emergency or where in the judgment of the board of park commissioners, the public interest demands it, portions, or all of the parks may be closed to the public and all persons thereon be excluded therefrom until permission is given to return.

37. No public meetings nor public discussions of any subject, religious, social, political or other of any kind shall be held within the limits of the parks without the consent of, and a permit from the board.

38. No hammocks shall be allowed without permission, and then only in such places as may be designated.

39. Solicitors, agents, fakers, peddlers, mendicants, strolling musicians, organ grinders, exhorters, showmen, newsboys and bootblacks are prohibited from plying their several vocations within any park or park property unless by permit from the board.

40. No person shall ride or drive upon any part or portion of any park at a rate of speed exceeding six miles per hour. Every person so using the driveways, roads, park-

390

ways and bridle paths, shall as to the rate of speed of driving or riding thereon and to moving or driving on, or stopping any vehicle, horse or team in such rides or drives, be subject to and shall obey the orders of any officer or foreman connected with the parks, whenever in the judgment of such officer or foreman the safety or convenience of those using such rides or drives shall require a greater or less rate of speed than that at which such person shall be riding or driving or that he ride or drive on, or stop, and all animals in motion shall keep to the right.

41.   All entertainments or amusements, proposed to be given are subject to the approval of the board, and the use of any of the buildings is prohibited for any person not duly authorized by said board.

## RULES REGULATING AUTOMOBILES.

42.   Automobiles are accorded all the rights of other vehicles on roadways and shall observe the ordinary rules of the road.   The chauffeur, when meeting or overtaking any horse which may become restive, shall take every precaution by stopping or otherwise, to avoid danger.   The speed of automobiles on parks is limited to six miles per hour.

## RULES AND REGULATIONS GOVERNING BICYCLES AND TRICYCLES.

43.   Bicycles and tricycles shall possess all the rights and privileges now accorded to vehicles drawn by horses and shall strictly comply with all rules of the roadway, and

in addition thereto will be subject to the following rules and regulations:

Machines shall not be stacked less than ten feet from the driveways.

No more than two machines shall be ridden abreast.

Riding crossways of the drives and curving to and fro is strictly prohibited.

Children under ten years of age riding small machines may use the foot walks.

Bicycle riders shall have at least one hand on the handle bar when riding.

Bicycle riders meeting or overtaking any horse which may become restive shall take every precaution by dismounting or otherwise, to avoid danger.

Wheelmen shall follow the ordinary rules of the road. In meeting an opposing vehicle, they shall pass on the right hand side. In passing a vehicle moving in the same direction, they shall pass on the left hand side.

Speeding is restricted to six miles per hour. Blowing of horns, playing of musical instruments of any kind, or having musical instruments attached in any way to the bicycle is forbidden.

A bicycle shall not be drawn by a rope or otherwise.

## BUILDINGS AND PRIVILEGES.

44. The buildings are for the use of the public and the convenience of the park system, and shall be used for

392

the purpose for which they may be assigned, all of which are subject to the rules and regulations that now exist or which may hereafter be made.

The park privileges leased, of whatever nature, are each subject to the conditions and agreements specified in the lease of the respective privilege, and also to the rules and regulations that do not exist or that may hereafter be made.

The lessee of any privilege shall post in a conspicuous place a schedule of the prices charged the public for the various items under his lease.

The lessee shall have control and charge of the building occupied in conducting the privilege leased and shall be responsible for the conduct of his patrons and employes.

## BOATS AND BOATING.

45. The season during which the boats shall be provided for the service and accommodation of the public shall be from the 1st day of May to the 15th day of November, in each year, unless otherwise directed by the board.

The superintendent shall see that all boats in use shall be water tight, shall be staunchly built, and shall always be clean and in perfect condition and repair; and a sufficient number shall be provided to accommodate the public at all times without unreasonable delay.

The size, shape and style of build of all the boats shall be subject to the control of the park board, and they shall be painted in such colors, stripes or tints as may be pre-

scribed, and be furnished with awnings, flags or cushions as may be directed by the board.

The superintendent shall hire a sufficient number of assistants to insure prompt service in furnishing boats, and in assisting people in going into or getting out of them. Each boatman shall wear a distinctive badge and costume, such as the board may prescribe, and shall be at all times clean and neat in person, and civil and courteous in deportment. He shall not allow any boat to be too much crowded nor let any boat to a person too young to manage a boat properly; and he shall take all proper precaution to insure the safety of the occupants. He, under the supervision of the superintendent, shall assist in preserving order and enforcing obedience to these regulations in and around and in close proximity to the lakes, ponds and streams in the parks.

Children under twelve years of age shall not be allowed the use of the boats, unless accompanied by an adult.

No improper character or intoxicated person shall be allowed the use of a boat or boats. So far as applicable, the provisions of this section shall apply to the use of the lakes, ponds or streams as skating fields.

The charge for the use of any boat shall be regulated by the board, but no charge shall be less than twenty-five cents.

All persons using the boats shall enter or leave them only at the designated boat landings, and shall return boats

394

at landing from which they receive same; they shall not unnecessarily disturb any water fowl nor act in any noisy or unseemly or disorderly manner, and they shall be liable for any careless or wanton damage to any boat.

The boats, and all appurtenances thereto, shall be regarded as property belonging to the parks, and any injury or damage done thereto shall be punishable under these rules and regulations the same as in the case of injury or damage to other park property.

## PUNISHMENT FOR VIOLATION OF RULES AND ORDINANCES.

46.   The terms "park" and "park property," mentioned in these rules, regulations and ordinances, whenever they occur, shall each be construed to mean and include all the park property and grounds owned by the city of Pueblo or the board, and subject to and under the jurisdiction and control of the board of park commissioners.

The terms "board," "commission," or "commissioners," herein mentioned, whenever they occur, shall be construed to mean the board of park commissioners.

47.   These ordinances are subject to repeal or amendment as the board may see fit.

48.   For any violation of any of the provisions of these ordinances or any section or clause or any provision of any section thereof, or neglect or failure or refusal to comply with any or either of the requirements thereof, the offender

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49.   These ordinances take effect from and after their passage.

(No. 678.  Passed and approved August 22, 1904.)

Note:  For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

# Harrisburg, PA

# 1905

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG *Pa. Ordinances, etc.*

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.
By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.
By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
1906

1698

YALE LAW LIBRARY.

APR 15 1906

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

AND SPECIAL ACTS OF ASSEMBLY
RELATING THERETO.

COMPILED BY

## JAMES M. LAMBERTON, ESQUIRE.

(317)

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang. 1 April, 1902. O, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city. 23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils. 19 June, 1906. D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed. Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

## Passenger Railways.

### [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

# Haverhill, MA

# 1905

FEB 6 - 1922

# APPENDIX A.

### RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

#### Adopted 1905.

IT IS FORBIDDEN:

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads: to enter or drive within the parks in any automobile; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or, tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.

 Digitized by Google

12                    RULES AND REGULATIONS

8.  To engage in any game or athletic sport except upon grounds
    that may be provided therefor.

9.  To throw stones, balls or other missiles ; to discharge or carry
    firearms, torpedoes, firecrackers or fireworks ; to sell, offer
    or expose for sale any goods or wares ; to post or display
    in any manner within any park or upon the gates, fences or
    inclosures thereof. any advertisement, posters or written or
    printed notice of any description ; to play games of chance ;
    to utter profane, indecent or threatening language ; to bathe
    or fish ; to commit any nuisance or to annoy wilfully any
    visitor within the parks.

10. To light any fire for any purpose within any public park.

11. To refuse to obey such orders or requests of either of the park
    commissioners or of the superintendent or other agents of the
    commissioners, as shall have for their object the preserva-
    tion of the parks and their contents or the maintenance of
    order and decorum within the limits of the park.

It is also forbidden without the prior consent of the board of park
commissioners, granted in writing and signed by the chairman
or secretary of said board :

12. To open any trench for any purpose within the limits of any pub-
    lic park or to stretch any wire, rope or chain across any part
    of such park.

13. To hold any public meeting or gathering for political or other pur-
    poses, or to make any oration or harangue, or to discharge
    any fireworks upon any public park.

Whoever violates any of the provisions of the foregoing rules
and regulations shall be punished therefor by a fine not exceed-
ing $20.00.

Digitized by Google

Saginaw, MI

1905

# CHARTER

### ·OF THE

# CITY OF SAGINAW

## MICHIGAN. 

### WITH AMENDMENTS THERETO.

#### AND THE

## ACTS OF THE LEGISLATURE

#### RELATING TO OR AFFECTING
#### THE
#### CITY OF SAGINAW.



YALE LAW LIBRARY

##### PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

·SAGINAW.
WM. K. MCINTYRE, PRINTER.
1905.

# TITLE XX.

## Park and Cemetery Commissioners.

Park and cemetery commissioners.

When and how appointed.

Section 1. At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

Term.

Sec. 2. At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw. The members elected under this act shall,

When to meet and organize.

within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3. Such board of park and cemetery commissioners shall hold regular meetings once a month,

and shall adopt all necessary rules for the regula- Shall meet once a month. tion of its business; it shall keep a complete record of all its procedings, which record, or a copy there- Record of proceedings. of, duly certified by the clerk of said board, shall be competent evidence of the transactions of said board in all the courts of this State; the ayes and nays shall be called upon the passage of every resolution or order; three members of the board shall consti- tute a quorum for the transaction of all business, Quroum. but no resolution or order shall be adopted unless three members shall vote in its favor.   The city City Clerk clerk of board. clerk shall act as the clerk of such board of park and cemetery commissioners, and shall receive no addi- tional salary or compensation for such services.

Sec. 4.   Such board of park and cemetery com- Board may employ superintend- ents, etc. missioners may employ such superintendents, land- scape gardeners and other employes as it may deem necessary for the execution of its duties, and fix their salaries or compensation; and any such persons May fix compensa- tion. may be removed by such board at any time.

Sec. 5.   Such board of park and cemetery com- Shall have control of parks. missioners shall have the entire management and control of all parks now belonging to such city, or which may here after be acquired.   Such board of park and cemetery commissioners shall also have the direction and control of public baths and all improve- ments of every nature within the park or parks of Public baths. such city, and (subject to the approval of the com- mon council), of all the moneys derived from levies Moneys and proceeds of all bonds issued for nark pur- poses. made for park purposes, and of all moneys from the general fund appropriated by the council for such purposes, and of the proceeds of all bonds issued or sold for park purposes, and of all moneys or other property donated to such city for park purposes; all of which moneys shall be placed in a special fund called the "park fund," and shall be disbursed by Park fund. the treasurer of such city, only upon a warrant of the city clerk, drawn in accordance with the order of such board of park and cemetery commissioners.

Sec. 6.   Such board of park and cemetery com-

**Power to contract for park pets, etc.**

missioners shall have power to contract for park pets. such as small animals, birds and fishes, and for the improvements of the grounds, the erection of public baths, necessary bridges and structures con-

**May adopt rules for the protection of street shade trees.**

nected therewith, and to adopt rules for the protection, care, promotion and government of street shade trees and ornamentation and the parks under its charge, and such rules, when approved by the council of such city, shall have the same effect and may be enforced by the same penalties as ordinances of the city. Such board of park and cemetery commis-

**Shall have no power to incur liability for parks beyond amount levied therefor.**

sioners shall have no power to incur any liability for park purposes beyond the amount of the funds levied therefor or appropriated to their order by the council for such purposes.

**Improvements.**

Sec. 7.   It shall be the duty of such board of park and cemetery commissioners, before entering into any contract for the performance of any work, the cost of which exceeds five hundred dollars, to cause plans and specifications and forms of bids to be pre-

**Plans, etc., to be prepared.**

pared, and when adopted by such board, it shall have the same printed for distribution among bidders.

Sec. 8.   The board shall not enter into any contract for work or supplies where the estimated cost

**Ten day' notice to be given.**

thereof exceds five hundred dollars, without first causing ten days' notice in the official paper that sealed proposals may be received for doing the work or furnishing such materials and supplies.

**Certified check.**

Sec. 9.   Each bid shall be accompanied by a certified check to guarantee the acceptance of the contract, if awarded by the board.

**Bids to be deposited with clerk.**

Sec. 10.   All bids for work and supplies shall be enclosed in a sealed envelope and same deposited with the clerk of the board, and such sealed envelope shall have endorsed thereon the nature of the same, and all bids shall be opened at a regular meeting of the board.

Sec. 11.   The board shall enter into contract with the lowest responsible bidder, upon his giving bond

to the corporation with such sureties as the board <sup>Board shall</sup> shall approve, that he will perform the work or fur- <sup>contract</sup> n'sh the material and supplies in accordance with <sup>responsible</sup> his contract, and such board shall be the final judges <sup>Bidder to</sup> as to who are responsible bidders, and on the failure <sup>furnish</sup> of such bidder, within a reasonable time, to be fixed <sup>sureties.</sup> by the board, to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid:  Provided, That the board may reject <sup>Proviso.</sup> any and all bids, and that no member of the said board shall be in any manner, either directly or indirectly, interested in any contract.

Sec. 12.  The title of all property now or here- <sup>Parks, etc.,</sup> after acquired for park purposes, park entrances, <sup>from all</sup> park driveways and park boulevards, with all im- <sup>taxes.</sup> provements and equipments, shall be held free from all taxes and assessments by State, county or municipality.

Sec. 13.  Such board of park and cemetery com- <sup>Annual re-</sup> missioners shall annually, on the first Monday in <sup>port.</sup> April, make a report to the council of their proceedings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year.

Sec. 14.  The common council with the consent of <sup>Common</sup> the board of estimates, may cause to be placed upon <sup>board of</sup> the general tax roll and raised by tax, the same as <sup>may raise</sup> other taxes, such sum as they may think proper to be <sup>maintenance of</sup> raised for each of the several objects of expenditures <sup>parks, etc.</sup> estimated as aforesaid for the maintenance and im- <sup>by taxation.</sup> provements of said parks, public grounds or baths, or for the payment of any other expenses which said <sup>Public</sup> commissioners are, by this act, authorized to incur. <sup>baths.</sup> For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

May borrow sum not exceeding ten thousand dollars.

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and

Park improvement bonds.

shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than

Council to provide for advertising and sale of bonds.

thirty years from date of issue. The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

Money to be paid into the city treasury and credited to park fund.

issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

All bills to be audited by commissioners.

Sec. 15. All bills, accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval.

Allowed by council.

When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

Proviso.

in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill, account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund, or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made. *Pay rolls. No debt to be created in excess of money then in fund. Commissioners may receive donations, etc. To be paid into city treasury and warrants drawn as in case of other expenses.*

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the *It shall be unlawful for any person to injure any tree, building, etc. Commissioners and their officers shall have power to make arrests.*

May seize and impound cattle, etc., found at large in parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of speed for vehicles.

Sec. 17.   No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on footpath.

Sec. 18.   No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to trees.

Sec. 19.   No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words "keep off the grass" or other similar words thereon.

Case 7:21-cv-05334-NSR   Document 68-5   Filed 11/30/22   Page 56 of 100

Sec. 20.   No person shall cut, break, or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners. *Injury to lamp post, etc.*

Sec. 21.   No person shall engage in any sport or exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon. *Frightening horses, etc.*

Sec. 22.   No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe. *Noise.* *Fire arms and explosives.*

Sec. 23.   No person shall gamble, nor make any indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners. *Gambling.* *Sale of liquors.*

Sec. 24.   Any violation of the provisions of this act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days. *Punishment.*

Sec. 25. The police commissioners of the city of Saginaw, upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards.

*Police to maintain order.*

Sec. 26. No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

*Filth, etc., not to be deposited on boulevard or parks.*

*Fishing.*

*Bathing.*

Sec. 27. No person shall play at any game whatever in any of the said parks under the charge of said commissioners: Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

*Playing games.*

Sec. 28. No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or transparency; nor shall any military or target company, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

*Hawking and peddling.*

*Music.*

*Marching and drilling.*

within any of said parks, or perform any act tending to the congregating of persons on said boulevards or in said parks without permission of said commissioners. *May be permitted by commissioners.*

Sec. 29. Said board of park and cemetery commissioners may assist in the promotion of street or civic improvement associations, clubs or societies, and may receive funds from said associations or individuals for the purchase of trees. shrubs or plants in large quantities by said board. The distribution of same to be made by the employes of said board of park and cemetery commissioners, without further cost to the purchaser or depositor. *Commissioners may assist in the promotion of civic improvement associations.*

Sec. 30. The city may acquire, hold and own such cemetery or cemeteries, or public burial place or places, either within or without the limits of the corporation, as in the opinion of the board of park and cemetery commissioners, and approved by the common council. as shall be necessary for the public welfare, and suitable for the convenience of the inhabitants, and may prohibit the interment of the dead within the city, or may limit such interment therein to such cemetery or burial place as the regulations may prescribe; and the council may cause any bodies buried within the city in violation of any rule or ordinance made in respect to such burials to be taken up and buried elsewhere. *City may acquire cemeteries.* *May prohibit or limit interment of dead within the city.*

Sec. 31. The council may upon the recommendation of the board of park and cemetery commissioners within the limitations of this act contained, raise and appropriate such sums as may be necessary for the purpose of cemetery grounds, and for the improvement, adornment. protection and care thereof. *Common council may raise money for maintenance of cemeteries, etc.*

Sec. 32. The city clerk shall be the clerk of the board, and the council may by ordinance invest the board with such powers and authority as may be necessary for the care, management and preservation of such cemetery and grounds, the tombs, and monuments, and the appurtenances thereof; and in addition to the duties herein mentioned, the board *City Clerk to be clerk of board.* *Ordinances for care and management of cemeteries.*

# Denver, CO

# 1906

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

CONTAINING ALSO

### Article XX of the Constitution of Colorado
### The Charter Adopted March 29, 1904
### Liquor Ordinances of Annexed
### Towns and Cities

COMPILED BY

CHARLES W. VARNUM
AND J. FRANK ADAMS
OF THE DENVER BAR

Published by Authority of the Council of the City
and County of Denver

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

# CHAPTER XXXIV.

Parks, Boulevards and Bicycle Paths.

**Section 1364. Hours and Months Open.** The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365. When Closed.** In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366. Funerals.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367. Prohibited Acts.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways); to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

drunkenness or indecency in or upon any of the parks; to lie or
sleep on the benches or to lie in indecent positions; to tell fortunes
or to play games of chance; to offer any article or thing for sale
except by written permission of the park commissioners; to dis-
tribute or expose any kind of circulars or advertisements, or post,
stencil or otherwise affix any notice, or bills or other paper upon
any structure or thing in or about the park premises; to bathe
or fish in, or to go or ride upon, or to send any animal into or
to throw or place any article or thing in any of the waters of the
parks, or to disturb any of the fish, water fowl or other birds, or
any animal belonging to or preserved in the parks; or to take,
carry or display any flag, banner, target or transparency, or to fly
any kite within or upon any park, or to parade, drill or perform
therein any military or other evolutions or movements as a mili-
tary or target company, civic or otherwise, without the written
consent of the park commissioners; to light, make or use any
fire therein unless an employe of the parks duly authorized; to
go on foot or otherwise upon the grass, lawn or turf of the parks
wherever the sign "Keep Off the Grass" is shown. No shrubs,
plants or flowers shall be taken or given away from any of the
parks without written permission from the park commissioners,
except for the decoration of soldiers' graves, to be cut under the di-
rection of the superintendent of the parks, for use May 30 of each
year.

Sec. 1368. **Pavements, Sidewalks, Roadways, Grass Plats, Etc.**
No person shall dig, injure or tear up any pavement, sidewalk,
cross-walk, grass plat or roadway, or any part thereof, or of
any boulevard or pleasureway, without first having obtained the
written permission of the park commissioners.

Sec. 1369. **Water Pipes and Sewers.** No person shall dig
down to, expose or tear up, disconnect or connect with any of
the water pipes or sewers in or under any pleasureway or boule-
vard without first having obtained the written permission of
the park commissioners.

Sec. 1370. **Moving Buildings.** No person shall move any
building along, across or upon any park, pleasureway or boule-
vard without first having obtained the written permission of the
park commissioners.

Sec. 1371. **Meetings.** No gathering or meeting of any kind,
nor public speaking, shall be permitted in the parks without the
written permission of the park commissioners.

Sec. 1372. **Political Meetings.** No gathering or meeting for
political purposes in the parks shall be permitted under any
circumstances.

Case 7:21-cv-05334-NSR   Document 68-5   Filed 11/30/22   Page 63 of 100

**Sec. 1373.  Intoxicating Liquors.**  No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374.  Straw, Dirt, Ashes, Rubbish, Etc.**  No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375.  Unmanageable Horses.**  No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376.  Tents, Booths, Etc.**  No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377.  No Bicycles on Speedway.**  No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378.  Bicycle Privileges and Requirements.**  Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a.  Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b.  Not more than two machines may be ridden abreast.

c.  Riding crosswise and curving to and fro are strictly prohibited.

d.  Children riding small machines and invalid wheel chairs may use the footwalks.

e.  Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road.  In meeting an opposing vehicle they must pass on the right-hand side.  In passing a vehicle moving in the same direction, they must pass on the left-hand side.  The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379.  Automobiles—Rules for.**  The following orders of the park commission are hereby declared to be in full force and

17

effect, and it shall be unlawful for any person or persons to vio-
late said orders, or any of them, viz.:

1. No person shall ride or drive any automobile, motor-
cycle, locomobile, steam or gasoline wagon or any other vehicle
or conveyance, for the carriage of passengers or commodities,
other than conveyances drawn by horses or other animals,
within the limits of City park, or in any of the other public parks,
at a rate of speed greater than eight (8) miles an hour.

2. After seven o'clock p. m., between the 1st day of May
and the 1st day of November, and after six o'clock p. m., be-
tween the 1st day of November and the 1st day of May, in each
year, no person shall ride or drive any automobile, motor-cycle,
locomobile, steam or gasoline wagon, or other vehicle or con-
veyance for the carriage of passengers or commodities other than
vehicles drawn by horses or other animals, within the limits of
City park, without displaying on each side of such automobile,
locomobile, steam or gasoline wagon, or upon the front of such
motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380. Rules of Speedway.** Rule I. This speedway is
intended for the pleasure of speeding horses in light road wagons
or buggies.

Rule II.  All drivers must turn to the right on entering the
gates and follow the same direction while on the speedway.

Rule III.  No two-wheeled vehicles will be permitted on the
speedway from 12 m. to 10 p. m.

Rule IV.  All carriages, hacks, phaetons and two or more
seated vehicles are also excluded from driving on the speedway.

Rule V.  Women drivers are not accorded the privileges of
the speedway.

Rule VI.  Bicycles are strictly prohibited.

Rule VII.  When jogging or resting horses, drivers must
keep to the outer edge of the speedway.

Rule VIII.  Reckless driving or any abuse of horses will not
be allowed.

Rule IX.  No unbroken or unmanageable horses will be per-
mitted on the speedway.

**Sec. 1381. Duties of Park Police.** It shall be the duty of
the park police, appointed to duty in the parks, without warrant,
forthwith to arrest any offender against the preceding rules and
regulations whom they may detect in the commission of such
offense, and to take the person or persons so arrested forthwith
before a magistrate having competent jurisdiction.

**Sec. 1382. Written Reports.** It shall be the duty of the
park police appointed to duty in parks, at the termination of

each week to make a written report to the park commission of
all infractions of these rules and regulations, the number of ar-
rests made, the nature of each offense, the name of the magis-
trate before whom each offender was taken, and the amounts
of fines imposed in each case. Also to make, at the termination
of each week, a report to the park commission of all picnics or
other public gatherings in the parks, by whom held, dates, na-
ture, etc., and such reports as the park commission may from
time to time require.

**Sec. 1383. Employes.** Persons in the employ of the park
commission shall not be permitted to leave their work to par-
ticipate in partisan political matters.

**Sec. 1384. Penalties.** Any person or persons who shall vio-
late any or either of the provisions of this article, or of any sec-
tion or clause or any provision of any section thereof, or who
shall neglect or fail to comply with any or either of the require-
ments thereof, shall, upon conviction, pay a fine of not less than
five dollars, or more than two hundred dollars for each offense,
and a further penalty, not exceeding fifty dollars, for every
twenty-four hours that such violation shall continue after notice
given by any officer or agent of the park commission to remove,
discontinue or abate the same.

**Sec. 1385. Eighteenth Avenue Made a Boulevard—Resolution
of Board of Public Works.** Whereas, By resolution of the board
of public works of the city of Denver, adopted on the 17th day
of December, A. D. 1896, certain regulations and orders were
adopted, prohibiting certain heavy traffic on Eighteenth avenue
between Broadway and the City park, or which resolution the
following is a true copy, to wit:

"Whereas, Eighteenth avenue from Broadway to York
street, in the city of Denver, has heretofore been set apart as a
boulevard, and in and by article 111, section 37, of the city char-
ter, this board is authorized to issue and enforce orders for the
regulation and government of boulevards, and to prohibit cer-
tain or any heavy traffic upon such boulevards; and

"Whereas, Large sums of money have been expended on
Eighteenth avenue aforesaid to make said avenue attractive and
available for the use of light vehicles, and other and parallel
avenues are equally available, and are wholly sufficient for the
demands of heavy traffic in the same vicinity; therefore,

"Be it Resolved, by the board of public works of the city of
Denver, and its is hereby ordered, That the use of said avenue
between said limits for heavy traffic, to wit, for the hauling of
coal, stone, bricks or other articles in loads weighing, together

with the vehicle, more than two thousands pounds, is hereby prohibited unless the vehicle is provided with tires four inches in width; Provided, That this order shall not apply to omnibuses, hacks or carriages.

"And this board doth hereby recommend the city council of the city of Denver by ordinance to prohibit and punish any violation or violations of the above regulation;" and

Whereas, In and by article 111, section 37, of the city charter, the city council is authorized by ordinance upon the recommendation of said board, to prohibit and punish any violation or violations of such regulations and orders; therefore,

**Sec. 1386. Load of Over 2,000 Pounds Prohibited—Penalty.** It shall be unlawful for any person or persons to violate said order of said board, or at any place on Eighteenth avenue, between Broadway and the City park, to haul or cause to be hauled in any vehicle any coal, stone, brick, dirt or other article or articles in any vehicle weighing, together with the vehicle, two thousand pounds or more, unless the vehicle is provided with tires four inches or more in width; Provided, That this prohibition shall not apply to omnibuses, hacks or carriages. And any person or persons violating said order or this section shall, upon conviction, be fined in a sum not less than ten nor more than one hundred dollars for each offense.

**Sec. 1387. Logan Avenue a Boulevard.** Whereas, The board of public works of the city of Denver has, by resolution, in accordance with the provisions of the charter of the said city of Denver, designated and set apart certain portions of Logan avenue (as hereinafter fully described) within the limits of the said city of Denver, as a boulevard and pleasureway, and has forbidden all heavy traffic upon said avenue within the said limits, and has requested the city council to provide by ordinance for the punishment of all violations of its regulations in reference thereto; therefore,

Be It Enacted by the City Council of the City of Denver:

Section 1. It shall be unlawful for any person or persons or company or corporation to use Logan avenue from the intersection of Twentieth avenue to the intersection of Evans avenue, all within the limits of the city of Denver, Colorado, for the purpose of heavy traffic or teaming, or for the conveyance of coal, stone, brick, building materials, merchandise or any other article or things in loads weighing, together with the vehicle, more than two thousand pounds, unless the said vehicle is provided with tires four inches or more in width.

Sec. 2.   Any person or persons or company or corporation violating the provisions, or any of them, of this ordinance shall, upon conviction thereof, be fined in a sum not less than five dollars ($5.00) nor more than two hundred dollars ($200.00) for each such offense.

Sec. 1388.  **Driving Animals or Vehicles Upon Side-paths or Bicycle paths Prohibited—Penalty.**  Any person who shall wilfully, and without authority or necessity, drive any cattle, sheep, horses, swine or other animals, or any teams or vehicles except a bicycle, or suffers or permits under his custody or control to be driven or to stray or remain, upon any side-path, bicycle path or wheelway, constructed by or for the exclusive use of bicyclists, within the limits of said city and county, such person so offending shall, upon conviction thereof, be fined in a sum not less than five dollars nor more than two hundred dollars for each offense.

Sec. 1389.  **Placing Glass, Tacks, Wire, Briers, Etc., on Side-paths, Bicycle paths, Etc., Prohibited—Penalty.**  Any person who shall place or cause to be placed on any side-path, bicycle path or wheelway, or in or upon any street, avenue, alley, road, highway, sidewalk or public way or place, any glass, tacks, nails, wire, pieces of metal, briers, thorns or any substance which might tend to injure or puncture a bicycle tire, or which might tend to injure any person using a bicycle in close proximity to such articles or substances, shall, upon conviction thereof, be fined in a sum not less than five dollars nor more than two hundred dollars for each offense.

# Los Angeles, CA

# 1906

*Mio*

# PENAL
# ORDINANCES

## OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance   No. 42,021 (New Series)

Compiled by
### JESS E. STEPHENS,
City Attorney

and

### E. H. DELOREY
Deputy City Attorney

Indexed by
### PARKER & STONE CO., Law Publishers



Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

BE IT RESOLVED, that the book of compiled penal ordinances of the City of Los Angeles, as published by the Parker & Stone Publishing Company, be and the same is hereby designated as and declared to be the official publication of the said ordinances.

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,   } SS.
CITY OF LOS ANGELES.

I, Robt. Dominguez, City Clerk of the City of Los Angeles, do hereby certify that the foregoing is a full, true and correct copy of the resolution adopted by the City Council of the City of Los Angeles, at its meeting of January 26, 1922.



In Witness Whereof, I have hereunto set my hand and seal of the said city this 26th day of January, 1922.

ROBT. DOMINGUEZ,
*City Clerk of the City of Los Angeles.*

APR 18 1923

## BRICKYARDS DISTRICT.

ORDINANCE No. 13,077 (New Series).

Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1. It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

## REGULATIONS FOR PUBLIC PARKS.

ORDINANCE No. 13,182 (New Series).

Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slingshot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11. To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12. To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13. To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17. To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a. It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners. (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20. To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

CITY OF LOS ANGELES                    43

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3. No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7. It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8. It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9. It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b. It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13. Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14. That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

## TAKING WATER FROM WATER MAINS.
### ORDINANCE No. 13,281 (New Series).
Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1. It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2. It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

## EMPLOYMENT AGENCIES.
### ORDINANCE No. 13,348 (New Series).
Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1. That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency. That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½. Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt. If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license. If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2. That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

Olean, NY

1907

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

## AS AMENDED TO
## SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

## OLEAN CITY ORDINANCE

Section 19.   Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.   This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

### AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

#### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

### PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

## OLEAN CITY ORDINANCE

1.   City Hall Park lying between North and South Streets and Union and Barry Streets.

2.   Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3.   Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4.   Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1.   No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2.   No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3.   No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

# OLEAN CITY ORDINANCE

**Section 4.** No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5. No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6. No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7. No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8. The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9. All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

## OLEAN CITY ORDINANCE

Section 10. Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11. No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.

2. Be intoxicated.

3. Throw stones or missles.

4. Utter loud or indecent language.

5. Tell fortunes.

6. Play any game of cards or chance.

7. Beg.

8. Publicly solicit subscriptions.

Section 12. The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

## OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or devices the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

Seattle, WA

1907

# THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

### AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

ARRANGED, ANNOTATED AND INDEXED
By
## CHARLES S. GLEASON
Of the Seattle Bar

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

## ORDINANCE NO. 16066.

**AN ORDINANCE** directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills.  Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.  **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2.  **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3.  **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4.  **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.


## ORDINANCE NO. 16081.

**AN ORDINANCE** regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1..  **Words and Phrases Defined:**—The words "public place" wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.

Sec. 2. **Awnings, Permit for, Required:**—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3. **Awning Permit, How Obtained:**—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4. **Awnings, How Constructed and Maintained:**—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

Sec. 89.   **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90.   **Throwing or Permitting Liquids to Flow Upon Public Places:**—It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91.   **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92.   **Obstruction of Sidewalks and Public Places by Waste Material:**—It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93.   **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94.   **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95.   **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96.   **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97.  **Destruction or Mutilation of Park Property:**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98.  **Occupying Borders, etc., in Parks:**—It shall be unlawful for any person to walk, stand or sit on any borden, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99.  **Dogs in Parks:**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100.  **Fire Arms and Explosives in Parks:**—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101.  **Molesting Animals in Parks:**—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102.  **Peddlers, etc., Excluded From Parks:**—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103.  **Public Meetings in Parks:**—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104.  **Horses in Parks; Hitching and Leaving Unguarded:**—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105.  **Games of Chance in Parks:**—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106.  **Disorderly Conduct in Parks:**—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107.  **Intoxicated Persons in Parks:**—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108.  **Use of Lakes in Parks:**—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109.  **Picnics in Parks:**—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

222                    16084, LICENSING ENGINEERS

Sec. 110. **Bicycles in Parks:**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as ''Bicycle Paths.''

Sec. 111. **Athletic Games in Parks:**—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112. **Swinging Scaffolds Over Public Places:**—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113. **Hoisting Safes, etc., in Public Places:**—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114. **Penalties:**—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18. Subs. 7, 31 and 36; XIII., Sec. 3.


# ORDINANCE NO. 16084.

**AN ORDINANCE** providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance.  Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **Operating Steam Boilers, License for, Required:**—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year. Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

# Oakland, CA

# 1909

thence running Westerly along the Northerly line of street to a point where the said Northerly line of First street intersects the Westerly line of Magnolia street; thence running Westerly in a straight line to a point where the Easterly line of the right of way of the Southern Pacific Company intersects the Northerly line of Seventh street; thence running Northerly along the Eastern boundary line of the right of way of the Southern Pacific Company to a point where the same intersects the Northerly Charter Line of the City of Oakland and the Southerly boundary line of the Town of Emeryville and point of beginning.

SEC. 2.   The Superintendent of Fire Alarm and Police Telegraph is hereby directed to report to the Council of the City of Oakland all violations of the provisions of this ordinance.

SEC. 3.   Any person, firm or corporation violating any of the provisions of this ordinance shall be punished by a fine of not less than one hundred ($100) dollars nor more than five hundred ($500) dollars, and in case said fine be not paid, then by imprisonment at the rate of one (1) day for each two (2) dollars of said fine so imposed and unpaid.

SEC. 4.   This ordinance shall be in full force and effect ninety (90) days after its approval.

SEC. 5.   All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

(Approved Oct. 28, 1909.   Vol. 8, p. 165.)

## ORDINANCE NO. 2967.

*An Ordinance Regulating the Use of the Parks and Places Under the Control of the Park Commission and Providing a Penalty for Violation Thereof.*

*Be It Ordained by the Council of the City of Oakland, as follows:*

SECTION 1.   No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Park Commission.

SEC. 2.   No person shall injure, deface or destroy any notices, rules, or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Park Commission.

SEC. 3.   No person shall be permitted to bring led horses within the limits of the parks under the control of the Park Commission, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Generated on 2022-11-22 16:29 GMT / https://hdl.handle.net/2027/uc1.32044020916269 Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by    Original from HARVARD UNIVERSITY

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

SEC. 5. No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

SEC. 6. No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

SEC. 7. No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

SEC. 8. No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

SEC. 9. No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

SEC. 10. No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

SEC. 11. No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

SEC. 12. No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

SEC. 13. No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

SEC. 14. No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

SEC. 15. No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.

Digitized by Google

Original from
HARVARD UNIVERSITY

Sec. 16.   No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

Sec. 17.   No person shall fish in or disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any fire-arms therein, nor affix any bills or notices therein.

Sec. 18.   No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Park Commissioners.

Sec. 19.   No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purpose provided and arranged.

Sec. 20.   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Park Commission without the previous permission of the Commission; nor shall any gathering or meeting for political purpose in the parks be permitted under any circumstances.

Sec. 21.   No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Park Commission.

Sec. 22.   Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than $200.00 and in case said fine be not paid then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

Sec. 23.   This ordinance shall be in full force from and after its approval.

(Approved Oct. 28, 1909.   Vol. 8, p. 167.)

---

## ORDINANCE NO. 2969.

*An Ordinance Regulating the Establishment and Maintenance of Public Laundries and Public Washhouses.*

*Be It Ordained by the Council of the City of Oakland as follows:*

Section 1.   It shall be unlawful for any person, firm, or corporation hereafter to establish and maintain any building or premises as a public laundry or washhouse without first obtaining a permit therefor from the Board of Public Works specifying the name of the permittee and the location of the premises to be used as such laundry or washhouse, provided, however, that the Board of Public Works in the granting or

Digitized by Google

Original from
HARVARD UNIVERSITY

Case 7:21-cv-05334-NSR   Document 68-5   Filed 11/30/22   Page 92 of 100

# Kansas City, MO
# 1909

# CHARTER

### a n d

# REVISED ORDINANCES *etc.*

### o f

# KANSAS CITY *Mo.*

## 1909.

———

Compiled, Arranged, Annotated and Indexed by

REES TURPIN,
GEORGE KINGSLEY and
CHARLES L. SHANNON,
of the Kansas City Bar,

assisted by

JOHN T. HARDING, City Counselor, and the Associate Counselors,

and an Advisory Committee Consisting of

WILLIAM C. CULBERTSON, R. EMMET O'MALLEY and ALVAH O.
THOMPSON, of the Upper House, and

EDMUND C. MORRIS, FRANK J. SHINNICK and CHARLES J. GILMAN,
of the Lower House of the Common Council.

———

PRINTED AND PUBLISHED BY AUTHORITY OF
KANSAS CITY, MISSOURI.

———

Kansas City, Mo.
VERNON LAW BOOK COMPANY
1909

Art. VII.                    MISCELLANEOUS.                    Sec. 1028.

ARTICLE VII.

PARK AND BOULEVARD REGULATIONS.

Section.
1028.  Certain Vehicles Prohibited on Boulevards, Etc.
1029.  Lights on Vehicles.
1030.  Lights on Motor Cycles, Etc.
1031.  Vehicles and Horsemen Keep to Left in Passing, When.
1032.  Vehicles and Horsemen Should Occupy What Part of Road.
1033.  Red Street Lights—"Slow Down and Keep to Right."
1034.  Where Vehicles Must Stop.
1035.  Automobiles, Speed of.
1036.  Automobiles, Etc., on Cliff Drive.
1037.  Moving Houses on Boulevards, Etc.
1038.  Permit to Move House—Conditions Thereof.
1039.  Animals or Vehicles Standing on Boulevards.
1040.  Racing, Speeding, Etc., on Boulevards.
1041.  Animals and Vehicles on Sidewalks, Grass, Etc.—Herds of Animals—Roller Skating Prohibited.
1042.  Hitching Animals—Driving Over Sidewalks, Etc.
1043.  Rubbish on Sidewalks, Etc.
       Charter, Art. 13, Sec. 6.

Section.
1044.  Building Material on Boulevards.
1045.  Obstructions on Boulevards, Etc., Red Lights.
1046.  Games Prohibited — Crossing Grass Plots.
1047.  Dangerous Sports Prohibited.
1048.  Discharging Fire Arms, Explosives, Etc., Prohibited.
1049.  Selling Goods—Posting and Distributing Hand Bills, Etc., Prohibited.
1050.  Cutting, Defacing, Injuring Trees, Shrubs, Etc.
1051.  Bicycles, Etc., Must Keep on Certain Paths, Etc.
1052.  Pleasure Vehicles Only in Parks.
1053.  Lewd or Disorderly Conduct—Sleeping in Parks, Etc.
1054.  Sidewalks, Construction of.
1055.  Driveways Connecting Private Property With Boulevards, Etc.
1056.  Foot-ways.
1057.  Fences Around Grass Plots, Etc., Prohibited.
1058.  Penalty.
1059.  Recommended by Board of Park Commissioners.

Sec. 1028.  **Certain Vehicles Prohibited on Boulevards, Etc.** —No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Kansas City, Missouri; *provided,* however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this pro-

vision shall not apply to any of the driveways within the limits
of the parks, and said boulevards, parkways, avenues, streets or
park roads shall not be used by business vehicles for traffic pur-
poses, except as hereinbefore provided; and provided further,
that Independence Boulevard from Dykington Avenue to Benton
Boulevard shall be exempt from this regulation until parallel
streets are made available for such vehicles.

Sec. 1029.  **Lights on Vehicles.**—All carriages, cabs and
other vehicles usually carrying lamps must keep the same lighted
from sunset until sunrise; and all automobiles and other motor
vehicles must display a white light ahead and red light behind
from sunset to sunrise.

Sec. 1030.  **Lights on Motor Cycles, Etc.**—All motor cycles
and bicycles must carry a lighted lamp showing a white light
ahead and red lights to the sides from sunset until sunrise, and
said motor cycles and bicycles must strictly comply with the rules
of the road as provided for all other vehicles and must not con-
gregate nor run more than two abreast of each other.

Sec. 1031.  **Vehicles and Horsemen Keep to Left in Pass-
ing—When.**—All vehicles and horsemen, when passing another
vehicle or horseman going in the same direction, must keep to the
left and leave the vehicle or horseman they are passing, on the right.

Sec. 1032.  **Vehicles and Horsemen Shall Occupy What
Part of Road.**—All vehicles or horsemen going at a walk or slow
trot must keep near the curbstone or gutter on the right-hand side of
the road in the direction in which they are going; those going more
rapidly must keep nearer the middle of the road.

Sec. 1033.  **Red Street Lights—"Slow Down and Keep to
the Right."**—Red street lights located in the center of driveways
at intersections and turns indicate this rule of the road: "SLOW
DOWN AND KEEP TO THE RIGHT;" and this rule of the road
must be complied with on all intersections and turns of the boulevards
and parkways whether lights are so located or not.

Sec. 1034.  **Where Vehicles Must Stop.**—No vehicle shall
stop for any purpose without first drawing up to the curbstone or

gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 1035. **Automobiles, Speed of**—Automobiles or any other vehicles must not exceed a speed limit of 18 miles per hour on any of the boulevards, avenues, streets or parkways, must not exceed a speed limit of 15 miles per hour on any of the park roads within any park, and on Cliff Drive in North Terrace Park must not exceed a speed limit of 10 miles per hour.

Sec. 1036. **Automobiles, Etc., on Cliff Drive.**—All automobile and motor vehicles of every kind are strictly prohibited from entering upon Cliff Drive in North Terrace Park on Sunday of each week; on all other days of each week, such vehicles shall be permitted to enter upon and pass over said Cliff Drive, subject, however, to their strict compliance with the following rules and regulations:

*First*: Such vehicles must enter said Cliff Drive at its eastern terminus, or at one of its eastern entrances, and proceed in a westerly direction; such vehicles must not enter at the western terminus thereof and travel in an easterly direction.

*Second*: Such vehicles must keep to the right hand side of the road.

*Third*: Such vehicles must not exceed the prescribed speed limit of ten (10) miles per hour.

*Fourth*: Such vehicles must, at all times, be kept under perfect control by the operator or driver thereof, and said operator or driver must use extraordinary precaution to avoid accidents.

Sec. 1037. **Moving Houses on Boulevards, Etc.**—No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said Board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in the next succeeding section of this article.

Sec. 1038. **Permit to Move House—Conditions Thereof.**—Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space shall be required to deposit with the Secretary of the Board of Park Com-

missioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue, street, park road or sidewalk space caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park road or sidewalk space, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 1039.  **Animals or Vehicles Standing on Boulevards.**— No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street, or park road to the obstruction of the same or to the inconvenience of travel.

Sec. 1040.  **Racing, Speeding, Etc., on Boulevards.**—No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 1041.  **Animals and Vehicles on Sidewalks, Grass, Etc. —Herds of Animals—Roller Skating Prohibited.**—No velocipede, bicycle, tricycle, wheelbarrow, handcart, nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same, upon the sidewalks, curbstones, grass plots or planting spaces of any park, boulevard, parkway, avenue, street or park road, nor to cross the same.  Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives

and crossings provided therefor.  Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.  Roller skating on the sidewalks of any boulevard, avenue, street or parkway is prohibited.

Sec. 1042.  **Hitching Animals—Driving Over Sidewalks, Etc.**—No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise.

Sec. 1043.  **Rubbish on Sidewalks, Etc.**—No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth of any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway.  Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 1044.  **Building Material on Boulevards, Etc.**—No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent as provided in Section 1039 of this article, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 1045.  **Obstructions on Boulevards, Etc.—Red Lights.**—Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each

day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 1046.  **Games Prohibited—Crossing Grass Plots.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; *provided,* however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said Board.  The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.  But this Section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 1047.  **Dangerous Sports Prohibited.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supevision of the Boad of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Sec. 1048.  **Discharging Fire Arms, Explosives, Etc., Prohibited.**—No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Sec. 1049.  **Selling Goods—Posting and Distributing Hand Bills, Etc.—Prohibited.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-