bills, or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the Board of Park Commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 1050. **Cutting, Defacing, Injuring Trees, Shrubs, Etc.** —No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings, or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 1051. **Bicycles, Etc., Must Keep on Certain Paths, Etc.** —All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

Sec. 1052. **Pleasure Vehicles Only in Parks.**—No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 1053. **Lewd or Disorderly Conduct—Sleeping in Parks, Etc.**—No person shall be guilty of disorderly, unchaste or lewd conduct, or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 1054. **Sidewalks, Construction of.**—All sidewalks hereafter constructed on boulevards, avenues, streets and parkways under

Case 7:21-cv-05334-NSR   Document 68-6   Filed 11/30/22   Page 2 of 75

the control of the Board of Park Commissioners, shall be of artificial stone or other durable material selected by the Board of Park Commissioners and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway, and they shall be otherwise constructed and laid strictly in accordance with the plans and specifications and under the supervision of the Board of Park Commissioners.

Sec. 1055. **Driveways Connecting Private Property With Boulevards, Etc.**—All that part or portion of driveways connecting private property with the roadway and lying between the lot line and the roadway on all boulevards and parkways and other avenues under the control of the Board of Park Commissioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner, and of such width as the Board of Park Commissioners may determine in each case; *provided,* however, that the maximum width required by said Board shall not exceed nine (9) feet; *provided,* further, that at the request of the property owner  a special permit may be granted by said Board of Park Commissioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 1056. **Foot-Ways.**—On all boulevards, avenues, streets and parkways, under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways connecting private property with the public walk, and also with the curb line where necessary.  There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners.  Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate.  The width of such foot-ways shall in all cases be established by the Board of Park Commissioners and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect.  The rise of all such foot-ways from top of curb to the property line shall be at the rate of one fourth (¼) of an inch to each foot; *provided,* however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judg-

ment such change will not be detrimental but will improve the appearance of said boulevard, avenue or parkway.

Sec. 1057. **Fences Around Grass Plots, Etc., Prohibited.**— No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 1058. **Penalty.**—Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00), nor more than one hundred dolars ($100.00), for each and every offense.

Sec. 1059. **Recommended by Board of Park Commissioners.**—The Common Council finds and declares that the action of the Common Counsil herein has been recommended by the Board of Park Commissioners of Kansas City, Missouri, as provided by law, and that said Board has adopted said rules and regulations and has recommended to the Common Council the establishment and enforcement of the same by Ordinance as herein provided.

---

## ARTICLE VIII.

### POLES AND WIRES.

Section.
1060. Who is Subject to the Provisions of This Article.
1061. Poles Shall be Placed in Alleys, When.
1062. Only Certain Poles Shall be Used—Must be Painted—Iron Steps Provided—Height of Wires—Poles on Streets, Placed Where.
1063. Proposed Location of Poles Submitted to Board of Public Works—Excavation, Etc., Under Supervision of Superintendent of Street Repairs.

Section.
1064. Right to Alter Location of Poles—Notice of Alteration—Failure to Alter Location.
1065. Deposit Required—How Used—Failure to Make.
1066. Rights Reserved by City.
1067. What Shall be Paid City for Use of Streets.
1068. Owners of Poles and Wires Shall File Statement and Pay City Treasurer Certain Sums.
1069. Incorrect Statement—Duty of Comptroller.
1070. Penalty.

Charter, Art. III, Sec. 1, Cl. 4.    Charter, Art. III, Sec. 1, Cl. 11.

Sec. 1060. **Who is Subject to the Provisions of This Article.**—All telegraph, telephone, electric light companies, and all

# Memphis, TN

# 1909

# A DIGEST

OF THE

# LAWS, ORDINANCES, *etc.*

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, *Tenn.*

CONTAINING ALL LAWS, ORDINANCES AND
CONTRACTS PASSED AND ENTERED INTO
UP TO AND INCLUDING JUNE 30TH, 1909.

---

COMPILED BY

### H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire
and Police Commissioners of the City of Memphis, July 31, 1907.

---

"WHEREAS, It is provided in the City Charter that a Digest of
the local laws shall be prepared at least once in five years, and
oftener if deemed necessary by the Board of Fire and Police Com-
missioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest
is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new
City Digest modeled on the plan of Walker's Digest of 1898, the
work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to in-
corporate therein the city contracts now embraced in Watkins'
Digest of 1902, beginning at page 533 of said Digest; but city
contracts of general and lasting character, and especially those
modifying or changing the above contracts now appearing in
Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal
Courts Relating to the City of Memphis,' commencing at page
105 of Watkins' Digest, and ending with page 160, will also be
omitted.

"A careful index of the contents of the Digest will also be pre-
pared."—(Minute Book "B," Fire and Police Commission, p. 132.)



## CITY ORDINANCES.

657

Sec. 1127.  The Board of Fire and Police Commissioners, and *Improvement.* any park commission hereafter established, shall, as soon as practicable, commence the improvements of said tract of land, and take such steps as are practicable to render said land suitable for a public park.

### ARTICLE 67.

#### PARKWAYS.

Sec. 1128.  That the Park Commission be and is hereby authorized to obtain, establish and construct a system of parkways or boulevards in and around the City of Memphis, and said Commission to have full and complete control over said parkways and boulevards.

*Park Commission to establish parkways.*

Sec. 1129.  Said Commission shall have the power to purchase, by private negotiation, or acquire by condemnation, the necessary lands and property for the establishment and construction of said parkways and boulevards, and is hereby authorized to institute and prosecute, in the name of the city, such condemnation suits as may be necessary.

*Condemnation of right-of-way.*

Sec. 1130.  Said Park Commission shall have the same authority and control of said parkways and boulevards as has heretofore been given them over the several parks of the city.[1]

*Control of parkways.*

### ARTICLE 68.

#### (Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and parkways in the City of Memphis and to declare certain acts therein to be misdemeanors.

Sec. 1131.  *Be it ordained by the Legislative Council of the City of Memphis,* That it shall be a misdemeanor for any person or persons to commit the following acts, to-wit:

---

1 Sections 1128 to 1130, inclusive, passed November 5, 1908.

RULES FOR PARKS AND PARKWAYS.

**To injure trees, plants, etc.**
1.  To cut, break or in any way injure or deface any tree, plants or grass; pick any flowers, leaves, nuts, wild or cultivated, or carry flowers through the parks.

**Paper and refuse.**
2.  To throw or leave any paper, refuse or rubbish on any of the lawns or walks.

**Peddling in parks.**
3.  To expose any article for sale or exhibition, unless previously licensed by the department of parks therefor.

**Post bills, erect platforms, etc.**
4.  To post any bill, placard, notice or other paper upon any structure.  To erect any structure, stand or platform, or hold any meetings without previous permission therefor from the Commissioners.

**Insulting language, etc.**
5.  To use threatening, abusive or insulting language, or commit any obscene or indecent act thereon, or any act tending to a breach of the public peace.

**Vehicle for hire, etc.**
6.  To stand any coach, carriage, wagon, cart or other vehicle for hire without previous license, and then only at such place as shall be indicated and allowed by the Commissioners.

**Stock in parks.**
7.  To allow to go at large any horse or other animal, except that dogs may be allowed therein when led by a chain or proper dog-string not exceding six feet in length.

**Pond or lakes.**
8.  To bathe or fish in any of the waters or fountains, or cast any substance therein, or disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places.

**Miscellaneous.**
9.  To throw stones or other missiles, or beg or publicly solicit subscriptions or contributions, or tell fortunes, or play games of chance, or make any harangue, or climb upon any wall, fence, shelter, seat, statue or other erection.

CITY ORDINANCES.

659

10.   To drive any automobile, horseless or other vehicle upon  Speed limit.
or over the drives at a greater rate of speed than eight miles an
hour.

11.   To stop any automobile or other vehicle near any of the  Automobiles.
music stands or other places, in or about any of the parks, park-
ways, plazas, concourses, circles or squares, where any number
of persons are accustomed to congregate, or where such vehicles
would be a source of danger to life and limb, except at such places
as are designated by the Commissioners.

12.   To carry garbage, ashes, manure, coal, stone and other  Garbage carts.
material over any of the parkways or through such parks, circles,
squares or concourses, except when such is to be removed from
or delivered to residences fronting on any of the above park-
ways, etc., the vehicle collecting or delivering such material
must leave the parkway as soon as such work is accomplished.

13.   To fire or carry any firearms, firecrackers, torpedo or  Fire arms, etc.
fireworks, or make a fire, or make any oration, or conduct any  Public gatherings.
religious or other meeting or ceremony within any of the parks,
parkways, squares or places without special permission from the
Commissioners.

14.   To enter or leave the parks except at the established  Entrances to parks, etc.
entranceways; or enter or remain therein after 12 o'clock at
night, except as, on special occasions, use thereof may be author-
ized beyond the regular hours.

15.   To use the drives except by persons in pleasure vehicles,  Drives—rate of speed.
on bicycles or on horseback; the bridle paths only by persons on
horseback.   Animals to be used on either shall be well broken,
and constantly held in such control that they may be easily and
quickly turned or stopped; they shall not be allowed to move
at a rate of speed on the drives or bridle paths of more than
eight miles an hour; and when it shall be deemed necessary to

RULES FOR PARKS AND PARKWAYS.

safety, good order, or the general convenience that the speed of an animal or vehicle should be checked, or that it should be stopped, or its course altered, and the officer on duty shall so direct, by gesture or otherwise, such direction shall be obeyed; and no horse or other beast of burden or automobile shall be driven or suffered to stand anywhere except on the drive.

**Rules—use of parks and parkways.**
Sec. 1132.  The following rules shall obtain in the use of the parks and parkways in the City of Memphis, or belonging to the City of Memphis, by persons on horseback or in vehicles:

**Vehicles to carry lamp.**
1.  All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

**Vehicle passing others.**
2.  All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

**Going slow.**
3.  All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road; those going more rapidly must keep nearer the middle of the road.

**Stopping**
4.  No vehicle shall stop for any purpose without drawing up to the curbstone or gutter, and always on the right-hand side of the road.

**Side of drives.**
5.  On all drives and parkways where grass plots divide the drive, all vehicles and horsemen must keep on the right-hand side drive or bridle path.

**Cyclists.**
6.  Cyclists must not coast in the parks, nor on the parkways, or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars; must not mount nor dismount, except on the extreme right of the roads or bicycle paths.

CITY ORDINANCES. 661

RULES FOR PARKS AND PARKWAYS.

7.  Riding more than two abreast is prohibted.

8.  Instruction in operating automobiles, bicycles, tricycles, velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times.

*Automobiles, etc.*

Sec. 1133.  It shall be unlawful for any person, persons, firm or corporation to erect or have erected any telephone, telegraph, electric or other poles and wires in any of the parks or parkways in the City of Memphis, except with a written permit from the Park Commission, given at a regular meeting, which permit shall only be given to continue during the will and pleasure of the said Park Commission, or its successors.

*Telephone poles, etc.*

Sec. 1134.  That any person, persons, firm or corporation erecting or causing to be erected any poles or wires contrary to the provisions of Section 1133 of this ordinance, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not less than $1 nor more than $50.

Sec. 1135.  The following rules shall obtain in the use of the Speedway between Evergreen and Trezevant avenues:

*Speedway—use of restricted.*

1.  The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioners.

2.  Speeding on Sundays and holidays, and after 3 o'clock p.m. on other days, will be permitted in one direction—from west to east only.  Turning is forbidden except at the ends of the Speedway.

*Speeding.*

3.  When not speeding, drivers must keep closely to the right-hand side of the road and keep moving.

662                              CITY ORDINANCES.

SUBDIVISIONS.

Loud shouting.    4.  Loud shouting to make horses break or to urge them on is
strictly forbidden.

Hobbles           5.  The use of hobbles, or similar other device or apparatus,
forbidden.
to fetter or connect the legs of horses, for the purpose of re-
stricting or hampering their motion or gait, is forbidden.

Sec. 1136.  *Be it further ordained*, That any person or persons
failing or refusing to observe the rules and regulations set out
in Sections 1131 to 1136, inclusive, of this ordinance shall be
guilty of a misdemeanor and upon conviction shall be fined not
less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan       Sec. 1137.  Hereafter when the owner of any land situated
of subdivisions
to Council.     within the limits of the city shall determine to subdivide the
same into lots and dedicate streets and alleys to the public use,
it shall be the duty of such owner to submit a full and complete
plan and map of such subdivision to the Legislative Council for
its approval.  If the Legislative Council shall approve such
plan, the same shall be put of record and the Council may by
resolution accept the dedication of such streets and alleys, and
establish the same as public highways.  If the Council disap-
proves the plan of such subdivision, the owner shall be notified
thereof, and he shall be advised of the changes which the Council
directs to be made.  If the owner refuses to make such changes
and records in the plat as prepared by him, the Council may by
ordinance or resolution close up the streets and alleys as laid
out by such owner; and if it is desirable to open streets and
alleys through such land, the Council may order the City Attorney
to institute condemnation proceedings for the opening of streets
and alleys in accordance with the plan chosen by the Council.

1 Sections 1131 to 1136, inclusive, passed March 4, 1900.

Paducah, KY

1909

STONE & WEBSTER

May 29  *3111.031
1910
61

c7

# Constitution, Charter
# and Revision of the Ordinances and
# Municipal Laws

OF THE

# CITY OF PADUCAH

KENTUCKY

Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

BY E. H. PURYEAR
JUNE, 1910

By Order of the General Council



BILLINGS PRINTING CO.
PADUCAH, KY.

known as Riverside Hospital of the City of Paducah, and said board
is empowered to adopt such rules and regulations in the manage-
ment of said hospital as may be deemed proper by said board, and
it shall have the power to employ and discharge at will all of the
employees of the said Riverside Hospital and fix the salaries there-
of.

Sec. 3.  The Mayor, the President of the Board of Aldermen
and the President of the Board of Councilmen shall be ex-officio
members of said Hospital Board, together with two practicing physi-
cians of the City of Paducah, who shall be elected in the month of
June, 1908, by the General Council of the City of Paducah, in joint
session, and said two physicians shall hold their offices respectively
until the month of December, 1909, and thereafter such two mem-
bers of said Hospital Board shall be selected by vote in joint session
of the General Council, and shall hold their offices respectively for
the term of one year thereafter or until their successors are elected
and duly qualified, and the election of said two members of the
Hospital Board shall be held annually thereafter in the month of
December.

Sec. 4.  No compensation shall be paid to any of the members
of said Hospital Board by the City of Paducah.

Sec. 5.  This ordinance shall take effect and be in force from
and after its passage, approval and publication.

Approved June 8, 1908.


### PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly govern-
ment of parks, boulevards, parkways, park roads, streets, avenues
and other public grounds under the control and management of the
Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah,
Kentucky:

Section 1.  No omnibus, wagon, cart, dray, truck or other vehicle
for carrying goods, merchandise, manure or any other article, ex-
cept such as are engaged in repairing or constructing said parks,
boulevards, streets, avenues, or driveways shall be allowed to enter
upon any boulevard, parkway, street, avenue or park road under
the control and management of the Board of Park Commissioners
of Paducah, Kentucky; provided, however, that wagons or other
vehicles carrying goods, merchandise or other articles to or from
any house or premises abutting upon any of such boulevards or
parkways shall be permitted to enter thereon at the cross street
nearest to said house or premises in the direction in which the
same are moving, and deliver or receive such goods, merchandise
or other articles, but shall not proceed thereon further than the
nearest cross street thereafter;  and  said  boulevard, parkways,

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five (5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

any park, that such animal can damage the same by biting or otherwise.

Sec. 15. No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16. No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17. Every person having the use of any portion of any buievard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18. No person shall play any game whatsover in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.    But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19. No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

Sec. 20.  No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stone or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish.

Sec. 21.  No person shall expose any article or thing for sale, or do any hawking or peddling or distributing hand bills or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flag, stone fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway or other public grounds under the control or supervision of the Board of Park Commissioners of said city.  Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 22.  No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 23.  All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the park or grass.

Sec. 24.  No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 25.  No person shall be guilty of disorderly, unchaste, or lewd conduct or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise, or riot or breach of the peace, within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 26.  All sidewalks hereafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable

material, selected by the Board of Park Commissioners, and shall
be of such width as the Board of Park Commissioners may estab-
lish in each case, and they shall be uniform in character and ap-
pearance throughout each boulevard and parkway and they shall
be otheriwse constructed and laid strictly in accordance with the
plans and specifications, and under the supervision of the Board of
Park Commissioners.

Sec. 27. All that part or portion of driveways connecting pri-
vate property with the roadway, and lying between the lot line and
the roadway on all boulevards and parkways, and other avenues un-
der the control of the Board of Park Commi ·sioners, shall be con-
structed by the Board of Park Commissioners, or under its super-
vision, at the expense of the property owner and of such width as
the Board of Park Commissioners may determine in each case; pro-
vided, however, that the maximum width required by said Board
shall not exceed nine (9) feet; provided, further, that at the request
of the property owner a special permit may be granted by said
Board of Park Commi ·sioners for a greater width, and such drive-
ways shall be constructed in accordance with the plans and speci-
fications furnished by and under the provision of the Board of Park
Commissioners, and their location shall be with the consent of said
Board of Park Commissioners.

Sec. 28. On all boulevards, avenues, streets, and parkways un-
der the control of the Board of Park Commissioners, there shall be
constructed at the expense of the property owner, foot-ways, con-
necting private property with the public walk, and also with the curb
line where necessary. There shall be not more than one foot-way
for each residence, except by special permit of the Board of Park
Commissioners. Such foot-ways shall be located at such points as
the Board of Park Commissioners may direct or designate. The
width of such foot-ways shall in all cases be established by the
Board of Park Commissioners, and be constructed of the same ma-
terials and in accordance with the plans and specifications govern-
ing the construction of public walks with which said foot-ways con-
nect. The rise of all such foot-ways from top of curb to the prop-
erty line shall be at the rate of one-fourth (1-4) of an inch to each
foot; provided, however, that this rate of slope may be increased
or diminished by permission of the Board of Park Commissioners
when in their judgment such change will not be detrimental but will
improve the appearance of said boulevard, avenue, or parkway.

Sec. 29. No person shall be permitted to build or place any
fence or other barrier around any grass plots or planting spaces
on any boulevard or parkway.

Sec. 30. Any person who shall violate any of the foregoing
provisions, rules, and reulations shall be deemed guilty of a misde-
meanor, and upon conviction thereof shall be punished by a fine of
not less than five dollars ($5.00) nor more than one hundred dol-

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31. The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32 This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33. All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

## STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

Colorado Springs, CO
1911

Compliments of the City of Colorado Springs
to Harvard University.
————o————

# THE CODE

## OF COLORADO SPRINGS
### 1922

Comprising Article XX of the Constitution
of the State of Colorado

The Charter as Amended, and the General Ordi-
nances of the City, Excepting Ordinances Fixing
Salaries, Concerning the Dedication and Vacation of
Streets and Alleys, Concerning the Annexation of
Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.

**§ 1068.   Park Rules and Regulations.**   Whereas, By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS.   All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

450

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

451

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

TEARING UP PAVEMENTS, SIDEWALKS, ETC.   No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

MOVING BUILDINGS.   No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

FUNERALS.   No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

HEAVY TEAMING.   Loads over two thousand pounds prohibited.   It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

WAGON BOXES TO BE TIGHT.   It shall be unlawful for

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED. It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE. Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE. No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE. It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

453

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same.   [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

**§ 1069.  Acceptance.**   (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

454

New York City, NY

1912

# NEW

# CODE OF ORDINANCES

OF

# THE CITY OF NEW YORK

INCLUDING

## THE SANITARY CODE, THE BUILDING CODE AND PARK REGULATIONS

### ADOPTED JUNE 20, 1916

### WITH ALL AMENDMENTS TO JANUARY 1, 1926 AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED

BY

## ARTHUR F. COSBY

FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

THE BANKS LAW PUBLISHING CO.
NEW YORK
1926

Case 7:21-cv-05334-NSR   Document 68-6   Filed 11/30/22   Page 30 of 75

CC

New York.

1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914,
1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926

BY

THE BANKS LAW PUBLISHING COMPANY.

Case 7:21-cv-05334-NSR   Document 68-6   Filed 11/30/22   Page 31 of 75

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1. General provisions.
     2. Traffic regulations.
     3. Building and other projections.
     4. Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec. 1. Definitions.
   § 2. Interfering with lands or improvements thereon.
   § 3. Sub-surface disturbances.
   § 4. Over-head wires.
   § 5. Destruction of or injury to park property.
   § 6. Preservation of lawns and grass plots.
   § 7. Bringing trees, plants and flowers into parks.
   § 8. Use of roller skates.
   § 9. Rubbish and refuse matter.
   § 10. Processions; drills; music.
   § 11. Public meetings.
   § 12. Sales or exhibitions.
   § 13. Posting bills or placards.
   § 14. Bathing, fishing, boating and skating.
   § 14a. Camping.
   § 15. Protection of animals, birds and reptiles.
   § 15a. Baseball and other games.
   § 16. Animals at large.
   § 17. Disorderly conduct.
   § 18. Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

§ 2. *Interfering with lands or improvements thereon.*—No person

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard, building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; provided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground,

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes:
6. Play cards or other games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statue or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.
12. Do any act tending to a breach of the public peace;
13. Bring into any park or consume publicly, any beverage containing alcohol;
14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;
15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

# Oakland, CA

# 1912

# CITY OF OAKLAND, Cal.

# General Municipal Ordinances etc.

## In effect January 1, 1918

———————

NOTE.— This publication contains all ordinances which are general in their application.   Ordinances concerning street work, appropriations, salaries and other details of city government have not been included.   Ordinances relating to street work are on file in the office of the Superintendent of Streets. Ordinances covering certain fields of activity, such as Building Laws, Jitneys, Plumbing, Liquor, etc., are printed in pamphlet form and can be obtained by application at the office of the City Clerk.

———————

Classified, Compiled and Published by the
Mayor of the City of Oakland and by
Authority of the City Council


JOHN L. DAVIE, *Mayor of Oakland*

Sec. 4. The Directors immediately upon appointment shall organize by electing one of their number President; the person elected President shall hold his office for one year and until his successor is elected.

Sec. 5. The Board of Directors shall have the complete and exclusive control, management and direction of the aforesaid Public Woodyard. Said Directors may employ and appoint a Superintendent of Oakland Public Woodyard and provide necessary quarters for maintenance of such woodyard.

Sec. 6. [Amended by Ordinance No. 985, N. S.] The salary of said Superintendent of Oakland Public Woodyard is hereby fixed at not less than $1500.00 and not more than $1800.00 per year, payable in equal monthly installments.

Sec. 7. This ordinance shall take effect immediately.

[In effect January 8, 1912.]

## ORDINANCE NO. 121, N. S.

### An Ordinance Prohibiting the Cutting Down or Removal of Trees in Any of the Public Streets or Squares of the City of Oakland and Providing Penalty for Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1. It shall be unlawful for any person, firm or corporation to cut down, remove or mutilate any tree or trees growing upon any of the streets or public squares of the City of Oakland, except by permission from the Board of Park Directors.

Sec. 2. Any person, firm or corporation violating this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five dollars ($5.00), nor more than one hundred dollars ($100.00), and in case such fine is not paid, by imprisonment at the rate of one day for every two dollars ($2.00) of the fine so imposed.

Sec. 3. This ordinance shall take effect immediately.

[In effect January 22, 1912.]

[See Ordinance No. 129, N. S.]

## ORDINANCE NO. 129, N. S.

### An Ordinance Regulating the Use of the Parks, Streets and Places Under the Control of the Board of Park Directors of the City of Oakland and Providing a Penalty for the Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1. No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Board of Park Directors.

Sec. 2. No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Board of Park Directors.

Sec. 3. No person shall be permitted to bring led horses within the limits of the parks under the control of the Board of Park Directors, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Sec. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of

the Board of Park Directors, without the order or permission of the Board of Park Directors.

SEC. 5.   No person shall engage in any game of baseball, cricket, shinney, football, croquet, or any other game, with ball and bat, within the limits of the parks under the control of the Board of Park Directors, except on such grounds as shall be specially designated for such purpose.

SEC. 6.   No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, or keep boats of any kind in Lake Merritt except by special order or permission of the Board of Park Directors, and only at places designated by and under restrictions determined upon by said Board.

SEC. 7.   No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Board of Park Directors.

SEC. 8.   No person shall turn loose into the parks controlled by the Board of Park Directors any dogs, cattle, goats, swine, horses or other animals.

SEC. 9.   No person shall carry firearms, or shoot birds or throw stones or other missiles within the boundaries of the parks controlled by the Board of Park Directors.

SEC. 10.   No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, benches or statuary, or foul any fountains or springs within the parks controlled by the Board of Park Directors.

SEC. 11.   No person shall drive or ride within the boundaries of the parks controlled by the Board of Park Directors at a rate exceeding seven miles per hour.

SEC. 12.   No person shall ride or drive within the limits of the parks controlled by the Board of Park Directors upon any other than the avenues and roads therefor.

SEC. 13.   No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Board of Park Directors for the purpose of hire, except in waiting for persons taken by it into the parks, unless in either case at points designated by the Board of Park Directors.

SEC. 14.   No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Board of Park Directors for burden transportation.

SEC. 15.   No person shall expose or display any article for sale within the parks without the order or permission of the Board of Park Directors.

SEC. 16.   No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.   No person shall disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any firearms therein, nor affix any bills or notices therein.

SEC. 18.   No person shall fish in Lake Merritt without written permission from the Board of Park Directors so to do.

SEC. 19.  No person shall be allowed to catch more than two bass in one day of twenty-four hours in Lake Merritt.

SEC. 20.  No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Board of Park Directors.

SEC. 21.  No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purposes provided and arranged.

SEC. 22.  No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Board of Park Directors without the previous permission of the Board; nor shall any gathering or meeting for political purposes in the parks be permitted under any circumstances.

SEC. 23.  No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Board of Park Directors.

SEC. 24.  No tree shall be planted in any street or public highway of the City of Oakland at a distance of less than twenty-five feet from any other tree standing in the same street, except by written permit of the Board of Park Directors, or at a distance of less than two feet from the established curb line of said street.

SEC. 25.  No person, firm or corporation shall, without the written permission of the Board of Park Directors, remove, destroy, break, or in any way injure any tree, plant or shrub that is now or may hereafter be growing in any street or public highway of the City of Oakland.

SEC. 26.  No person shall hitch or fasten any horse or other animal to any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, nor shall any person cause or permit any horse or other animal to stand or be near enough to any tree, plant or shrub to bite or rub against, or in any manner injure or deface the same; nor shall any person place a post for the hitching of horses within five feet of any tree, plant or shrub now or hereafter growing in any of the streets or public highways of the City of Oakland; nor shall any person attach or place any rope, wire, sign, poster, handbill or other thing on any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, or on any guard or protection of the same.

SEC. 27.  No person shall remove, injure or misuse any guard or device placed or intended to protect any tree, plant or shrub now or hereafter growing in any street or public highway of the City of Oakland.

SEC. 28.  No person or corporation shall, without the written permit of the Board of Park Directors, attach any electric wire, insulator or any other device for holding electric wire to any tree now or hereafter growing in any street or public highway in the City of Oakland.

SEC. 29.  Every permit granted by the Board of Park Directors shall specifically prescribe the work to be done under it and shall expire sixty days from its date.  A charge of fifty cents shall be made for each permit to trim trees in front of property not owned by the applicant thereof, when, in the judgment of the Board of Park Directors, expert supervision is required.

SEC. 30. Any permit granted hereunder may be revoked at any time by said Board of Park Directors upon satisfactory proof to said board that the privilege thereunder is being abused or that the same was granted under a misapprehension of the facts.

SEC. 31. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than $200.00, and in case said fine be not paid, then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 32. All ordinances or parts of ordinances in conflict herewith are hereby repealed.

SEC. 33. This ordinance shall take effect immediately.

[In effect February 13, 1912.]

## ORDINANCE NO. 140, N. S.

### An Ordinance Prohibiting Placing Advertising Matter in Private Letter Boxes and Providing a Penalty Therefor.

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. It shall be unlawful for any person, firm or corporation to place in any private letter box in the City of Oakland upon which the following language appears: "For use of United States Mail," any advertising circular or matter of any kind.

SEC. 2. Any person, firm or corporation violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five ($5.00) dollars and not more than fifty ($50) dollars, and in case said fine be not paid, then by imprisonment at the rate of one day for each two ($2.00) dollars of said fine so imposed and unpaid.

SEC. 3. This ordinance shall take effect immediately.

[In effect March 11, 1912.]

## ORDINANCE NO. 160, N. S.

### An Ordinance Regulating the Construction, Erection and Maintenance of Signs, Transparencies, Advertisements, Bulletin Boards, Marquees and Clocks on, or About Buildings or Over Public Streets and Thoroughfares, Providing for the Inspection of the Same.

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No sign, transparency, advertising sign, device or marquee included in the classes set forth in Sections 5 and 6 of this ordinance shall hereafter be constructed, placed, reconstructed or allowed on or about the exterior of any building or structure, or on or over any sidewalk or public thoroughfare without first obtaining a permit from the Bureau of Permits and Licenses.

SEC. 2. The person, firm, association or corporation applying for such permit shall file with the Bureau of Permits and Licenses, plans drawn to scale, specifications and such other information as said Bureau of Permits and Licenses may require. Said plans and specifications shall be referred to the Building Inspector, and if to be wired for electricity, to the Electrical Department. Said Building Inspector and Electrical Department shall examine into the matter and report on same to the Bureau of Permits and Licenses, which shall, providing

# Grand Rapids, MI

# 1914



*Grand Rapids, Mich. Ordinances, etc.*

# Compiled Ordinances

OF THE

# City of Grand Rapids,

Containing all Ordinances passed by the
Common Council of the City of Grand Rapids
in force June 1, 1915.

———

Compiled and Indexed
Under Authority of the Common Council
by

RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

———

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein. Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

### Destroying or Removing Public Property.

Sec. 555. (1).   No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

### Dogs in Parks.

Sec. 556 (2).   No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground.   Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds.   Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

### Disorderly Persons.

(b)   No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

### Games.

(c)   No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

### Rubbish.

(d)   No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

### Fire Arms.

(e)   No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

### Begging.

(f)   No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

### Advertising.

(g)   No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

### Driving and Hitching.

(h)   No person shall fasten or hitch any animal to any tree,

fence or structure in the parks unless the same shall be designated and set aside for that purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding ten miles an hour.

No person shall be permitted to drive any vehicle used for the transportation of merchandise or refuse, such as farm products, wood, coal, manure, lumber, dirt gravel, stone, building material, and others of like nature (except wagons carrying material for building and improvement within such parks, playgrounds, boulevards or places) in or through said parks, places or squares; and no cattle, sheep or other animals excepting horses, shall be led or driven through the parks; and no funeral procession shall be permitted in any such public places.

### Destroying Birds.

(i)   No person shall kill, disturb or molest any birds or bird's nest, or any fish or animal within, belonging to, or being in the parks.

### Picnics.

(j)   Picnics and social parties may be allowed by notifying the Superintendent, in such portions of said parks as shall be designated and set apart by the Board of Park and Cemetery Commissioners from time to time.

### Lecturing, Etc.

(k)   No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall first have received permission from the Board of Park and Cemetery Commissioners; nor shall any public meeting or concert be held therein unless such leave is first obtained.

### Building or Place Marked "No Admission."

(l)   No person shall enter any building, enclosure or place upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m)   No basin, pool, lake or fountain shall be fouled by stone, wood, or any other substance; nor shall they be bathed in or waded in unless specially set apart for that purpose; and any body of water

which is set aside and designated as a wading pool, tank or swim-
ming pool within the aforesaid limits shall not be fouled by any
person; and it shall be unlawful for any person to expectorate in
such water or spit tobacco juice in the same, or blow his nose
therein, or commit any nuisance therein, or within the bathhouse
enclosures; and before any person shall bathe in any of the places
within the limits aforesaid, the officers or attendants having charge
of such swimming place are hereby empowered to cause said person
or persons to thoroughly cleanse their bodies by the use of shower
baths or such other methods as may be provided at such bathing
places.  The Park Commissioners shall regulate the hours of bath-
ing, and make all rules and regulations necessary for the protection
of the public.

### Fires.

(n)   No person except employes under instruction shall build,
kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557.(3)   The Public Parks and Playgrounds belonging to
said city shall be open to the public only between the hours of sun-
rise and 9 o'clock p. m. of each and every day, and it shall not be
lawful for any person or persons, except the persons or employes
in charge of such park to enter therein before the hour above named
for the opening of said park, or remain therein after the hour above
fixed for the closing thereof.  Provided, however, That the Board
of Park and Cemetery Commissioners of said city shall have power
in their discretion, whenever the occasion may require it, to es-
pecially provide for all or any of said parks, playgrounds or swim-
ming pools being opened between the hours of 5 and 9 o'clock a.
m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 (4)   Any person or persons who shall violate any of
the provisions or requirements of this ordinance, on conviction
thereof shall be punished by a fine of not less than one dollar or
more than one hundred dollars and the cost of prosecution, or by
imprisonment at hard labor in the common jail of Kent County,
in the discretion of the court or magistrate before whom the con-
viction may be had, for a period of not less than one day nor more
than thirty days; and in case such court or magistrate shall impose

only a fine and costs of prosecution, the offender may be imprisoned in the common jail of Kent County until the payment of such fine and costs, or for a period of not more than thirty days.

### Repealing Clause.

Sec. 559 (5). An Ordinance (230) entitled "An Ordinance to regulate the use of the Public Parks of the City of Grand Rapids and to provide for the preservation of public property therein," passed and approved by the Common Council of the City of Grand Rapids, Michigan, in regular session held August 24, 1908, is hereby repealed.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.**

The Common Council of the City of Grand Rapids doth ordain as follows:

### What Are Public Burial Grounds.

Sec. 560 (1). All Cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all Cemeteries within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall locate or establish any other Cemetery within the limits of said city.

### No Interment in Any Place Other Than Cemetery.

Sec. 561 (2). No interment of the body of any person shall be made in any other place than within a Cemetery devoted to that purpose.

### Trees, Shrubbery, Etc.

Sec. 562 (3). No person nor persons shall cut, injure or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any Cemetery or Cemetery grounds belonging to said city.

### Flowers, Etc.

Sec. 563 (4). No person shall cut, remove, injure or carry away any flowers, trees, shrubs, plants or vines being or growing in and upon any Cemetery lot, or grounds used for Cemetery pur-

# New Haven, CT

# 1914

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF NEW HAVEN, CONN.

Ordinances, etc.



AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.

PRESS OF SAMUEL Z. FIELD

1914.

—438—

RULES AND REGULATIONS OF THE NEW HAVEN COMMISSION OF
PUBLIC PARKS.

1.   No domestic animal, except dogs, shall be permitted to enter
or to go at large in any of said parks, either with or without a
keeper.  Dogs must be held in leash by the owners, otherwise they
may be killed by any park-keeper, special constable or policeman.

2.   No person shall pick any flowers, foliage or fruit, or cut,
break, dig up, or in any manner mutilate or injure any tree, shrub,
plant, grass, turf, railing, seat, fence, structure, or other thing in
any of said parks, or cut, carve, paint, mark or paste on any tree,
stone, fence, wall, building, monument, or other object therein,
any bill, advertisement or inscription whatsoever.

3.   No person shall carry or have any firearms on any of said
parks, and no firearms shall be discharged from, or into any of
the same.  No stone or other missile shall be thrown or rolled
from, into, within or upon any of said parks, except in such place
as the commission may designate as a ball-field, in playing games
in which a ball is used.

4.   No person shall ride or drive on any road within any of
said parks at a faster gait than eight miles per hour, and this shall
apply to the use of cycles.

5.   No threatening, abusive, boisterous, insulting or indecent
language, or gesture shall be used on any of said parks, nor shall
any oration, harangue, or other public demonstration be made,
unless by special authority of said commission.

6.   No person shall expose any article or thing for sale on any
of said parks, unless licensed therefor by said commission.

7.   No person shall bathe naked or otherwise in any waters in,
or adjacent to any of said parks, or be naked within any of said
parks, except in such places and subject to such regulations, as
the commission may, from time to time, specially designate by a
public notice set up for that purpose within the park.

8.   No person, unless by authority of said commission, shall
light, kindle, or use any fire on any of said parks.

—439—

9.  No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10.  No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14.  No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15.  No horse shall be hitched to any shrub or tree in any of said parks.

16.  No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

Joplin, MO

1917

# THE JOPLIN CODE
## OF 1917

Containing All the General Ordinances of the City, Except Ordinances Numbered 4487 and 5941 (Specifying in Detail the Regulations Relating to Street Improvements and Street Excavations, Respectively), Including Public Utility Franchise Ordinances in Force January 30, 1917; Also the Charter Act of 1913, Applying to Cities of the Second Class in Missouri in Force on Said Date; Also Certain Material Provisions of the Constitution and Statutes of the State of Missouri Applicable to Cities of the Second Class; Also a Brief Historical Sketch of the Municipal Incorporation of Joplin; Also a Directory of the Officers of the City from the Date of Its Early Incorporation in 1873 to the Present Time; Also Information in Relation to the Ownership of Real Estate by the City of Joplin.

Printed and Published by
AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by
HUGH McINDOE,
Mayor.

Assisted by
E. F. CAMERON,
City Attorney.

porch or any other projection from any house or other building in the city, any flower-pot, wooden box, bowl, pitcher or other article or thing whatever, unless the same is securely and firmly fastened or protected so as to render it impossible for any such pot, box, bowl, pitcher or other article to fall into the street, shall be deemed guilty of a misdemeanor.

Sec. 1210. **Women; Mashing, Etc.** It shall be unlawful for any person in said city to use any suggestive, leering or immoral word or act toward, or in the presence of another person, of the same or opposite sex, for the purpose of attracting the attention of or annoying such person, or to go, or stand, or loiter upon, or near, any thoroughfare, and by word, or act, attempt to annoy or attract the attention of any person of the opposite sex, by any leering or suggestive act or word, ordinarily known as "mashing"; or to solicit the company or acquaintance of another person for any immoral or unlawful purpose. Any person violating the provisions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211. **Thoroughfare Defined.** The term "thoroughfare" when used in this article, shall include all streets, alleys, avenues, parks, parkings, drives, highways and other public places used by vehicles and private ways when a public use is permitted thereof.

Sec. 1213. **Misdemeanor.** Any person violating any of the provisions of this article, or who does anything prohibited herein, or who fails to do anything herein required to be done, shall be deemed guilty of a misdemeanor, and upon conviction, shall, for each offense, be punished by a fine of not exceeding three hundred dollars or by imprisonment not exceeding sixty days, or by both such fine and imprisonment.

## ARTICLE 68.

## PARKS.

Sec. 1214. **Conduct in Parks.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises except that dogs may be led or carried, but not allowed loose; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon any park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within any of the parks of the city of Joplin; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitch-

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215.   **Flowers, Shrubs, Etc.**   No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216.   **Public Gatherings.**   No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217.   **Intoxicating Liquors in Parks.**   No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

or upon any of its boulevards, driveways or roads under the control of the park board.

Sec. 1218.  **Rubbish Not to Be Thrown in Parks.**  No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

Sec. 1219.  **Placing of Buildings, Tents, Booths, Etc.**  No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

Sec. 1220.  **Injuring Park Property.**  No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

Sec. 1221.  **Housemoving Through Parks Prohibited.**  No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

Sec. 1222.  **Funeral Processions.**  No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

Sec. 1223.  **Hauling Heavy Loads.**  It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

Sec. 1224.  **Hauling Gravel, Cinders or Other Loose Material.**  It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.

**Sec. 1225. Scattering Contents of Loaded Wagon Upon Park.** It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

**Sec. 1226. Stock in Parks.** Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

**Sec. 1227. Ordinances Shall Apply to Parks Outside City Limits.** All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

**Sec. 1228. Definition of Word "Parks."** Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

**Sec. 1229. "Written Permission" Defined.** Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

**Sec. 1230. Misdemeanor.** Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

## PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

**Sec. 1231. Pawnbroker Defined.** Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

**Sec. 1232. Second-Hand Dealer Defined.** Any person who

# Salt Lake City, UT

# 1920

# REVISED ORDINANCES _etc._

OF

## SALT LAKE CITY, UTAH

### 1920

REVISED, COMPILED AND ARRANGED

BY

W. H. GREGORY _of the_ UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, City Attorney, and
HORACE H. SMITH, Assistant City Attorney

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

Amendments of 1921.

Printing and Binding by
ARROW PRESS
Salt Lake City


BRANCH OF
NEW YORK PUBLIC LIBRARY
MUNICIPAL REFERENCE

## CHAPTER XLII.

## PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

property and one chief clerk at salaries not to exceed $1,620 per annum, such supervisors of playgrounds and other employees as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city, at such salaries and for such periods of time as the board of commissioners may determine.

Sec. 1486. **Assistant superintendent of parks and public property. Duties.** It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautification of the parks of Salt Lake City, not under the control, care, and supervision of some other officer, to act as florist at Liberty Park, and to do and perfom such other services as shall be required of him by the commissioner of parks and public property.

Sec. 1487. **Superintendent of parks, etc. Duties.** It shall be the duty of the superintendent of parks and public property to supervise the work of the care, maintenance, improvement and beautifying of all parks and public property in Salt Lake City, not under the control, care and supervision of some other department of the city.

Sec. 1488. **Assistant superintendent of parks. Duties. Employees.** The board of commissioners may employ the following officers, clerks and employees in the department of parks and public property, at salaries not to exceed the following, to wit:

One assistant superintendent of parks and public property, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautifying of the parks in Salt Lake City not under the control, care and supervision

PARKS

of some other officer; to act as florist at Liberty park; and to do and perform such other services as shall be required of him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary; and to furnish and provide such equipment as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489. Custodian of joint building. Salary.** The board of commissioners may appoint a competent and suitable person custodian of that part of the joint city and county building owned and controlled by said city at a salary of not to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county building owned and controlled by Salt Lake City, shall, before he enters upon the duties of his office, take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of $1,000, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490. Duty of custodian.** It shall be the duty of the custodian of said building to supervise the work of the care and maintenance of that part of the joint city and county building in Salt Lake City owned and controlled by said city, and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise the work of the care and maintenance of the public safety building.

Section 601, C. L. U., 1917.

**Sec. 1491. Joint building. Janitors. Other employees.** The board of commissioners may employ such janitors and other employees in that part of the joint city and county building owned and controlled by Salt Lake City as may be necessary to the proper care and maintenance of said building; said employees to receive such wages as may be fixed by the board of commissioners; and in connection with Salt Lake county, employ one night watchman for the inside of said building, one night watchman for the outside of said building and grounds surrounding the same, one engineer, one assistant engineer, and such firemen as said board and said county may determine, and pay said employees such wages as may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492. Public safety building. Engineers. Janitors, etc.** The board of commissioners of Salt Lake City may employ such engineers, firemen, stokers, janitors, and other employees as may in the judgment of the board be necessary for the proper care of the public safety building, at such wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493. Warm Springs. Custodian. Other employees.** The board of commissioners may employ the following employees at the compensation named, to perform duties at what is known as the Warm Springs sanitarium building, owned by Salt Lake City, situated on the corner of Second West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per annum, payable monthly.

One assistant custodian, at a compensation not to exceed $1,800 per annum, payable monthly.

One fireman and such other employees as in the judgment of the board may be necessary for the proper care, maintenance and conduct of said property and the building thereon, at such wages as may be fixed by said board.

474                    . PARKS

That the persons named as custodians and assistant custodian shall, before entering upon the discharge of their duties, take the constitutional oath of office, and execute to Salt Lake City a bond, with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the sum of $1,000, the conditions of said bond being that they will faithfully perform the duties of their office as prescribed by the board of commissioners and the commissioner of parks and public property, and observe and obey all laws and ordinances of the city, and pay to the city treasurer all moneys received by them as such custodian and assistant custodian, according to law and the ordinances of the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494.   Offenses in parks and play grounds.**  It shall be unlawful for any person to do or suffer or permit to be done any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place now, or which may hereafter be set aside or used as a public park or play ground, to wit:

1.   To lead or let loose any cattle, horse, mule, goat, sheep, swine, dogs or fowl of any kind.

2.   To carry or discharge any firearms, firecrackers, rockets, torpedoes, powder, or any other fireworks or explosive.

3.   To cut, break, injure, deface or disturb any trees, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, flower, or to mark, or write upon any building, monument, fence, bench or other structure.

4.   To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10. To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11. To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12. To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13. To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

PARKS

wheel, machine or other instrument or device for betting, gambling or gaming.

16.  To practice, carry on, conduct or solicit for any trade, occupation, business or profession, without the written permission of the commissioner of parks and public property.

17.  To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18.  To drive or have any dray, truck, wagon, cart, perambulator or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be specially provided or designated for such use.

19.  To throw or deposit any bottles, tin or tin cans, broken glass, nails, tacks, crockery, wire, paper, clothes, scrap or sheet iron, boxes, boards, lumber or stone, or any rubbish or garbage.

20.  To conduct or carry on any celebration, parade, service, speech-making or exercise, without first obtaining permission from the commissioner of parks and public property; or to take part in any celebration, parade, speech-making or exercise held or conducted contrary to the provisions hereof.

21.  To suffer or permit any dog to enter or remain in a public park or play ground, unless it be led by a leash of suitable strength, not more than six feet in length.

22.  For any male person over eight years of age to enter or use any water closet designated for women in a public park or play ground.

23.  To hunt or fish at any park or public grounds.

24.  To annoy, injure, release from confinement, or in any manner interfere with any swan, duck, goose, bird or animal, the property of the city.

# Burlington, VT

# 1921

# REVISED

# ORDINANCES *etc.*

## OF 1921

———

# CITY OF BURLINGTON

# VERMONT

———

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

---

### PARKS.

1. No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper. Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same. No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks. Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8. No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, turf or lawns of said parks.

10. No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fireworks, except by license from the commission.

2                              ORDINANCES.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14.  No horse shall be hitched to any shrub or tree in any of said parks.

15.  No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16.  No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17.  No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

---

## CEMETERIES.

### GENERAL PROVISIONS.

1.  Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season.  All persons must leave the grounds before the gates are closed.

2.  No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3.  No fast driving will be allowed in the grounds.

4.  Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

# Chattanooga, TN
# 1922

# DIGEST OF THE

# CHARTER AND ORDINANCES

### OF THE

## CITY OF CHATTANOOGA

### IN FORCE ON JANUARY 1st, 1922.

————

ALSO CONTAINING STATE LAWS INCORPORATING AND
RELATING TO SAID CITY, FRANCHISES GRANTED
BY SAID CITY AND A DIGEST OF THE BONDED
INDEBTEDNESS THEREOF.

————

COMPILED BY

**FRANK S. CARDEN,** City Attorney,

and

**RUTH DURANT EVANS,** Member of the Chattanooga Bar.

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

144            ORDINANCES.            [§§ 509

## CHAPTER 2.

## PUBLIC GROUNDS.

Article     I.    General Regulations for Public Parks.
            II.    Citizens' Cemetery Park.
          III.    Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509. Unlawful to drive any animal or vehicle in parks except along driveways, &c. Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510. Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511. Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512. Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513. Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

**Section 514.   Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515.   Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516.   Offenses against public safety, good morals and the public peace, unlawful.   Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517.   Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings.  (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518.   Unlawful to hitch horse to tree &c. or allow horse unhitched.** —It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519.   Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520.   Unlawful to ride bicycles &c. except along driveways &c.**— It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as "Bicycle paths." (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521.   Unlawful to play baseball, &c. except at places designated.** —It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

**Section 522.  Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523.  Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524.  Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525.  Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526.  Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings.  (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527.  Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars.  (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528.  Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).


# ARTICLE II.

# CITIZENS' CEMETERY PARK.

**Section 529.  Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530.  Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park.  And he is authorized, through his subordinates or otherwise, to see that all such