# EXHIBIT 20

# LAWS

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A REGULAR SESSION

OF THE

# MISSISSIPPI LEGISLATURE,

HELD IN THE

## CITY OF JACKSON,

Commencing Jan. 8th, 1878, and Ending March 5th, 1878.

**PRINTED BY AUTHORITY.**

JACKSON, MISS.:
POWER & BARKSDALE, STATE PRINTERS.
1878.

## CHAPTER XLVI.

AN ACT to prevent the carrying of concealed weapons, and for other purposes.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused. *[When concealed weapons may be carried. Penalty for carrying weapons. Burden of proof on accused.]*

SEC. 2. *Be it further enacted,* That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months. *[Minors, or persons intoxicated.]*

<dl>
<dt>Minor under 16 years.</dt>
</dl>

SEC. 3. *Be it further enacted,* That any father, who shall knowingly suffer or permit any minor son under the age of sixteen years to carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined not less than twenty dollars, nor more than two hundred dollars, and if the fine and costs are not paid, shall be condemned to hard labor under the direction of the board of supervisors or of the court.

Students.

SEC. 4. *Be it further enacted,* That any student of any university, college or school, who shall carry concealed, in whole or in part, any weapon of the kind or description in the first section of this Act described, or any teacher, instructor, or professor who shall, knowingly, suffer or permit any such weapon to be carried by any student or pupil, shall be deemed guilty of a misdemeanor, and, on conviction, be fined not exceeding three hundred dollars, and if the fine and costs are not paid, condemned to hard labor under the direction of the board of supervisors or of the court.

Tax fee of justice.

SEC. 5. *Be it further enacted,* That each justice of the peace before whom a conviction is had, shall, in addition to the costs now allowed by law, be entitled to a tax fee of two dollars and a half.

Act to be read in courts

SEC. 6. *Be it further enacted,* That immediately after the passage of this Act, the Secretary of State shall transmit a copy to each circuit judge in the State, who shall cause the same to be read in open court on the day for the calling of the State docket of the court.

SEC. 7. *Be it further enacted,* That this Act take effect from and after its passage.

APPROVED, February 28, 1878.

ELEVENTH SESSION, 1881.

# THE

# ACTS AND RESOLUTIONS

ADOPTED BY THE

## LEGISLATURE OF FLORIDA,

AT ITS

### ELEVENTH SESSION,

UNDER THE CONSTITUTION OF A. D. 1868,

TOGETHER WITH AN APPENDIX CONTAINING A

Statement of Receipts and Expenditures for 1879-80,

AS REQUIRED BY THE CONSTITUTION.

Published by Authority of Law, under the Direction of the Attorney-General.

TALLAHASSEE, FLA.:
CHARLES E. DYKE, STATE PRINTER.
1881.

CHAPTER 3284—[No. 66.]

AN ACT to Make the Public Use of Indecent or Obscene Language a Misdemeanor, and Provide for the Punishment thereof.

*The People of the State of Florida, represented in Senate and Assembly, do enact as follows:* SECTION 1. Any person who shall publicly use or utter any indecent or obscene language shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in a sum not to exceed twenty-five dollars, or be imprisoned in the county jail not exceeding thirty days, in the discretion of the court. — Public use of obscene language.

Approved January 24, 1881.

CHAPTER 3285—[No. 67.]

AN ACT to Prevent the Selling, Hiring, Bartering, Lending or Giving to Minors under Sixteen Years of Age, or to any Person of Unsound Mind, Certain Fire-arms or other Dangerous Weapons.

*The People of the State of Florida, represented in Senate and Assembly, do enact as follows:* SECTION 1. It shall be unlawful for any person or persons to sell, hire, barter, lend or give to any minor under sixteen years of age any pistol, dirk or other arm or weapon, other than an ordinary pocket-knife, or a gun or rifle used for hunting, without the permission of the parent of such minor, or the person having charge of such minor, and it shall be unlawful for any person or persons to sell, hire, barter, lend or give to any person or persons of unsound mind any dangerous weapon, other than an ordinary pocket-knife. — Selling, lending, &c., weapons to minors under 16 years without permission of parent, unlawful.

SEC. 2. Any person or persons so offending shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than twenty nor more than fifty dollars, or imprisoned in the county jail not more than three months. — Penalty.

Approved February 4, 1881.

CHAPTER 3286—[No. 68.]

AN ACT to Enforce a Distinctive Wrapping and Proper Labeling of Preparations of Morphine.

WHEREAS, Numerous deaths have occurred in this State by mistakes having been made in giving sulphate and other preparations of morphine as quinine; *and whereas,* such mistakes — Preamble.