# EXHIBIT

# 22

# Acts, Resolutions and Memorials

OF THE

# Twenty-Fourth
# Legislative Assembly

OF THE

## Territory of Arizona

Session Begun on the Twenty-first Day of January,
A. D. 1907
Phoenix, Arizona

THE H. H. McNEIL CO.
PHOENIX, ARIZONA

in like manner file a verified statement of all fees earned by them with the clerk of the board of supervisors and likewise with the county treasurer, and shall at the same time, pay into the county treasury all the fees earned by them as shown by their said statements.

Each salaried county official who shall fail to collect said fees and pay them into the county treasury as herein commanded to be done, shall be, together with the sureties on his official bond, responsible to the county therefor.

Each salaried county official who shall collect said fees and fail to pay them into the county treasury as herein commanded to be done, shall be deemed guilty of embezzlement, and upon conviction thereof, shall be punished as prescribed by Section 10, of Paragraph 398 of the Penal Code.''

Section 2. All Acts and parts of Acts in conflict with this Act are hereby repealed.

Section 3. This Act shall be in full force and effect from and after its passage.

Approved March 5, 1907.

––––––

## CHAPTER 16.

### AN ACT

To Prohibit Officers From Carrying Firearms While Under the Influence of Liquor and for Other Purposes.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

Section 1. It shall be unlawful for any constable or other peace officer in the Territory of Arizona, while under the influence of intoxicating liquor of any kind, to carry or have on his person a pistol, gun, or other firearm, or while so intoxicated to strike any person, or to strike at any person with a pistol, gun or other firearm, or to use any vile or abusive language to any person, or for any such officer while under the influence of intoxicating liquor of any kind, to attempt to arrest, or threaten to arrest any person, with-

16          LAWS OF ARIZONA

out a warrant, except for offenses committed at the time in his own view.

Section 2.   Any constable or other officer who shall violate any of the provisions of this Act shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by imprisonment in the County Jail, for not less than ten, nor more than thirty days.

Section 3.   If any such officer shall be convicted a second time for any offense committed under this Act, he shall be subject to removal from office in the manner prescribed by the Penal Code.

Section 4.   All Acts and parts of Acts in conflict with this Act are hereby repealed.

Section 5.   This Act shall take effect and be in force from and after its passage.

Approved March 5, 1907.

------

## CHAPTER  17.

### AN  ACT

Authorizing the County of Gila to Issue Bonds for the Completion of the Court House and Jail.

*Be it Enacted by the Legislative Assembly of the Territory of Arizona:*

Section 1.   That the Board of Supervisors of the County of Gila, Territory of Arizona, is hereby authorized to issue additional bonds on said County in the sum of Twenty-five Thousand ($25,000) Dollars for the completion and furnishing of the Court House and Jail for said County and vaults for the preservation of the records.

Section 2.   That said bonds be in such denomination as the said Board may prescribe, and shall bear no more than five per centum interest per annum, and shall not be sold for less than their par value.

Section 3.   Said bonds shall be made payable in twenty years, with an option on the part of the County