# EXHIBIT 25

:NSE DIVISION

**UNRESTRICTED CONCEALED CARRY HANDGUN LICENSE**

Issued: 08-18-2022    Expires: 10-06-2025



CHENG, JACK
147 25 NORTHERN B
FLUSHING
NY    113540000
NORTHERN STARRE
MANAGER

Lic: 2004002625
DOB:    Ht: 5'10"   Wt: 150   109 PRECINCT

**BUSINESS CARRY**

**LICENSE DIVISION**

This license is revocable at any time. Upon demand of a police officer a licensee must immediately surrender his/her license and handguns. Lost, stolen, confiscated or surrendered handguns must be reported to the License Division immediately at 646-610-5560 or 646-610-5154.

| MAKE | MODEL | SERIAL # | CALIBER |
|------|-------|----------|---------|
| GLC  | 26    | FUZ327   | 9MM     |
| KIE  | ULTRII | KU27680 | .45     |