

December 7, 2022

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *Frey, et al. v. New York City, et al.*
             21 Civ. 05334 (NSR)

Your Honor,

    I represent the plaintiffs, Jason Frey, Brianna Frey, Jack Cheng, and William Sappe.

    I write in response to the letter motion filed by William Taylor, counsel to proposed amicus Everytown for Gun Safety, to provide the Court with the entirety of Plaintiff's position as communicated to Mr. Taylor earlier today.

    Specifically, "Plaintiffs take no position on your motion and defer to the court as to whether such briefing is helpful or appropriate considering Supreme Court jurisprudence."

Respectfully,

*Amy L. Bellantoni*
Amy L. Bellantoni