UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON FREY, BRIANNA FREY,   Case No. 21 Civ. 05334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

                           Plaintiffs,

    -against-   **DECLARATION OF**
                                   **AMY L. BELLANTONI**
NEW YORK CITY, New York, STEVEN NIGRELLI,   **IN REPLY**
in his Official Capacity, KEECHANT SEWELL,
in her Official Capacity,

                                 Defendants.
------------------------------------------------------------x

AMY L. BELLANTONI, an attorney duly admitted to practice law, declares pursuant to 28 U.S.C. § 1746:

1.    I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein based upon a review of the file maintained by my office in this matter, research, and discussions with my clients and others having personal knowledge of the facts giving rise to this litigation and the instant application. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.    I submit this Declaration in further support of Plaintiffs' application for a preliminary and permanent injunction.

3.    Attached hereto as Exhibit 1 is a true and accurate copy of the biography of Mark W. Smith and his publication, "Not All History Is Created Equal" dated October 1, 2022.

4.    Attached hereto as Exhibit 2 a true and accurate copy of an email communication with the New York State Police Pistol Permit Bureau, Albany, New York dated September 6, 2022.

1

5. Attached hereto as Exhibit 3 is a true and accurate copy of the Declaration of Chuck Haggard in the matter of *Baird v. Bonta*, 2:19-cv-00617-KJM-AC (CAED).

Dated: Scarsdale, New York
      December 15, 2022

                                   THE BELLANTONI LAW FIRM, PLLC
                                   *Attorneys for Plaintiffs*

                                   *Amy L. Bellantoni*
                                   Amy L. Bellantoni (AB3061)
                                   2 Overhill Road, Suite 400
                                   Scarsdale, New York 10583
                                   abell@bellantoni-law.com