USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/18/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON FREY, BRIANNA FREY, JACK CHENG, and WILLIAM SAPPE,

                Plaintiffs,

v.

STEVEN NIGRELLI, Acting Superintendent of the New York State Police, in his official capacity, NEW YORK CITY, New York, and KEECHANT SEWELL, in her official capacity as NYPD Commissioner,

                Defendants.

21 CV 05334 (NSR)
SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court has received and reviewed the parties' motion papers on Plaintiff's request for a preliminary and permanent injunction seeking to enjoin the enforcement of the following New York State and New York City gun laws: N.Y. Penal Law §§ 400.00(6), 400.00(15), 265.01, 265.01-b, 265.01-d, 265.01-e, 265.03(3), and NYC Admin. Code § 10-315. (ECF No. 48.). It is hereby:

    ORDERED that the above case is scheduled for **In-Person Oral Argument on January 24, 2023 at 11:30 am, on the following <u>narrow set of issues</u>:** Plaintiff's challenge to N.Y. Penal Law § 265.01-e [banning guns in sensitive places], with a focus on § 265.01-e(2)(n) which bans firearms in public transportation, including Metropolitan Transit Authority subway cars and train cars and § 265.01-e(2)(t) which bans the carrying of firearms in the Times Square area.

    Any interested party may listen to oral argument via teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-**

**1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

Dated:  January 18, 2023
         White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge