

BELLANTONI
LAW FIRM

January 23, 2023

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Frey, et al. v. New York City, et al.*
21 Civ. 05334 (NSR)

Your Honor,

I represent the plaintiffs in the above-referenced matter.

I write to request an adjournment of the Oral Argument scheduled for tomorrow; for medical reasons I am unable to attend. The State and City Defendants have no objection to this request, and this is Plaintiffs' first request for an adjournment of Oral Argument.

The following dates are mutually available for all counsel, assuming the Court is also available: February 8, 9, and 10.

Counsel for all parties are available for a phone call with the Court this afternoon should the Court have any additional questions or concerns. Thank you for the Court's consideration.

Very truly yours,

/s
Amy L. Bellantoni

cc: All Counsel (via ECF)

2 Overhill Road, Suite 400
Scarsdale, New York 10583
*info@bellantoni-law.com*
www.bellantoni-law.com
(914) 367-0090 (t)
(888) 763-9761 (f)