

**MEMO ENDORSED**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas R. Ciappetta
*Administrative Law Division*
*212-356-4036*
*nciappet@law.nyc.gov*

February 21, 2023

**BY HAND DELIVERY**

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

> City Defts. counsel's request to adjourn the oral argument from Feb. 22, 2023 until Mar. 10, 2023 at 10 am is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 78.
> Dated: White Plains, NY
>         Feb. 21, 2023
>
> SO ORDERED:
> /s/ HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   Frey, et al. v. New York City, et al., 21 CV 5334 (NSR)

Dear Judge Román:

I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for City Defendants in the above-referenced action.

Unfortunately, I became ill last night with a virus and fever. Accordingly, I will not be able to attend tomorrow's oral argument. In accordance with your Honor's Individual Practices in Civil Cases, I discussed this matter with counsel for the parties and counsel is unavailable on the following days during the next few weeks: February 28, 2023; March 2, 2023; March 6, 2023; March 8, 2023; and March 9, 2023.

Thank you for your consideration and understanding of this matter.

Respectfully submitted,

/s

Nicholas Ciappetta (NC 1014)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

Cc:   Amy Bellantoni, Esq., Attorney for Plaintiffs (by email)

Suzanna Publicker Mettham, Esq., Attorney for State Defendants (by email)