UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JASON FREY, BRIANNA FREY,
JACK CHENG, and WILLIAM SAPPE,

                       Plaintiffs,                21 Civ. 05334 (NSR)

  -against-

                                                            **NOTICE OF MOTION**
NEW YORK CITY, New York, STEVEN NIGRELLI,    **FOR AN INJUNCTION**
in his Official Capacity, KEECHANT SEWELL,       **PENDING APPEAL**
in her Official Capacity,                                        **FRAP 8(a)(1)**

                       Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the plaintiffs, JASON FREY, BRIANNA FREY, JACK CHENG, and WILLIAM SAPPE, will move this Court at the United States District courthouse located at 300 Quarropas Street, White Plains, New York on the 7th day of April, 2023, as required by FRAP 8(a)(1) for an Order granting Plaintiffs' requested injunctive relief pending the appeal of this Court's March 13, 2023 Opinion and Order, which denied Plaintiffs' motion for a Preliminary Injunction.

      Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, or on March 31, 2023; reply papers shall be served within seven days after service of the answering papers, or on April 7, 2023.

Dated: March 17, 2023
       Scarsdale, New York

                                                            THE BELLANTONI LAW FIRM, PLLC
                                                            *Attorneys for Plaintiffs*

                                                            _____/s/_____
                                                            Amy L. Bellantoni (AB3061)
                                                           2 Overhill Road, Suite 400
                                                           Scarsdale, New York 10583
                                                           abell@bellantoni-law.com