UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JASON FREY, BRIANNA FREY,　　　　　　　　　　Case No. 21 Civ. 05334 (NSR)
JACK CHENG, and WILLIAM SAPPE,

　　　　　　　　　Plaintiffs,

　　-against-　　　　　　　　　　　　　　　　　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　**AMY L. BELLANTONI**
NEW YORK CITY, New York, STEVEN NIGRELLI,
in his Official Capacity, KEECHANT SEWELL,
in her Official Capacity,
　　　　　　　　　Defendants.
---------------------------------------------------------------x

　　AMY L. BELLANTONI, an attorney duly admitted to practice law, declares pursuant to 28 U.S.C. § 1746:

　　1.　　I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiffs in the above-captioned matter. I am admitted to practice law before the United States District Court for the Southern District of New York. I am also admitted to practice law before the United States District Courts for the Northern and Eastern Districts of New York and the District of Columbia, the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein based upon a review of the file maintained by my office in this matter, research, and discussions with my clients and others having personal knowledge of the facts giving rise to this litigation and the instant application. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

　　2.　　I submit this Declaration in support of Plaintiffs' motion for an injunction pending appeal, as required by Federal Rule of Appellate Procedure 8(A).

3. Attached hereto as Exhibit 1 is the August 2022 Legal Bureau Bulletin Memorandum from the Office of the NYC Deputy Commissioner.

4. Attached hereto as Exhibit 2 is the September 6, 2022 email from the New York State Police Pistol Permit Bureau.

Dated: Scarsdale, New York
       March 16, 2023

                                    THE BELLANTONI LAW FIRM, PLLC
                                    *Attorneys for Plaintiffs*

                                    *Amy L. Bellantoni*
                                    Amy L. Bellantoni (AB3061)
                                    2 Overhill Road, Suite 400
                                    Scarsdale, New York 10583
                                    abell@bellantoni-law.com