(https://www.timessquarenyc.org/locations/shopping?page=1&filter1=all&filter2=Open&search=)
(/broadway/coming-soon-to-broadway)

## SHOPPING

# WHAT'S OPEN
## IN TIMES SQUARE > > >

**WHAT'S NEW**

(/VISITOR-TIPS/MAKE-UP-FOR-LOST-TIME/WHATS-NEW-IN-TIMES-SQUARE)

| SHOPPING SEARCH |   |
|---|---|
| TYPE | ⌄ |
| STATUS | ⌄ |
| SEARCH | |
| ⟳ | APPLY |

124 Shopping Listings Found
Page 1 of 11   **NEXT > (/locations/shopping?page=2)**

SORT

View Map

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

(/locations/aldo-shoes)

**ALDO SHOES (/LOCATIONS/ALDO-SHOES)**

218 W 42nd St



Cited in Frey v. Nigrelli,
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

(/locations/hm)

**H&M (/LOCATIONS/HM)**

1472 Broadway
(855) 466-7467

**LEARN MORE** (/LOCATIONS/HM)

Page 1 of 11 **NEXT > (/locations/shopping?page=2)**



JOIN OUR NEWSLETTER (/visitor-tips/sign-up-for-newsletter)

(https://twitter.com/timessquarenyc) (https://flickr.com/photos/timessquarenyc) (https://youtube.com/user/TimesSquareTSq)

(https://www.facebook.com/timessquarenyc) (https://instagram.com/timessquarenyc) (https://www.tiktok.com/@timessquarenyc)

ADVERTISING & SPONSORSHIPS (/DO-BUSINESS/PROMOTE-PARTNER/ADVERTISING-SPONSORSHIPS)
MEDIA & PRESS (/ABOUT-THE-ALLIANCE/MEDIA-PRESS)
CONTACT US (/ABOUT-THE-ALLIANCE/CONTACT-US)
CAREERS (/ABOUT-THE-ALLIANCE/CAREERS-OPPORTUNITIES)
LEGAL (/ABOUT-THE-ALLIANCE/CONTACT-US/LEGAL)
SITEMAP (/SITEMAP)

© 2023 Times Square District Management Association, Inc. All rights reserved.

(/locations/muji) (/locations/fuji)

**MUJI (/LOCATIONS/MUJI)**      **FUJI (/LOCATIONS/FUJI)**

620 Eighth Ave      730 7th St
(212) 382-2300      (212) 764-2190

**LEARN MORE (/LOCATIONS/MUJI)**      **LEARN MORE (/LOCATIONS/FUJI)**

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.