MENU

(/)

🏠(/) > Agencies and Departments (/agency) > New York City Transit (/agency/new-york-city-transit) > Subway and bus ridership for 2021

# Subway and bus ridership for 2021

## Subway and bus ridership recovering from the pandemic

In 2021, subway and bus ridership continued its recovery from the unprecedented low ridership of 2020 (https://new.mta.info/agency/new-york-city-transit/subway-bus-ridership-2020) resulting from the COVID-19 pandemic. Over the year, restrictions on businesses and travels were gradually lifted; schools reopened in September for in-person learning and workers returned to the office in a gradual manner.

In 2021, our total subway ridership was 760 million, reaching 45% of our 2019 ridership numbers. Total bus ridership was 312 million, back to 56% of our 2019 ridership numbers.

## Overview of New York City's transit system

We operate the largest public transportation agency in North America and one of the largest in the world. The New York City subway has a daily ridership of approximately 2.4 million, and our bus system has a daily ridership of 1.2 million. This represents only 45% and 56%, respectively, of our pre-pandemic ridership levels.

Our system includes:

- More than 6,455 subway cars, which collectively traveled about 331 million miles in 2021
- 472 subway stations
- 665 miles of track
- 5,780 vehicles in our bus fleet, all of which are 100% accessible to riders with disabilities
- 234 local bus routes, 20 Select Bus Service routes, and 73 express bus routes in the five boroughs

Cited in Frey v. Nigrelli
21CV05334 Decided 3/19/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction prohibited without permission.

# How we calculate ridership

Average weekday, Saturday, and Sunday ridership includes every weekday, Saturday, and Sunday in the year, except major holidays and days when the subway system was closed or operated fare-free.

Average weekend ridership is the two-day sum of average Saturday plus average Sunday ridership. Ridership on major holidays (New Year's Day, Presidents Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas) is included only in the annual total.

## Subway ridership

We include:

- All passengers who enter the subway system, including passengers who transfer from buses.

We do not include:

- Employees
- Passengers who exit the subway
- Passengers who transfer from other subway lines, with the exception of out-of-system transfers, where you use your MetroCard or OMNY to make the transfer.

## Bus ridership

We include:

- All passengers who board buses using a valid MetroCard, OMNY, cash, transfer, Select Bus Service ticket, or student MetroCard

We do not include:

- Employees
- Non-revenue passengers (such as children under 44 inches tall traveling with an adult)
- B42 riders boarding inside the paid zone of the Rockaway Parkway subway station.

# Summary of subway ridership

| Year | Average Weekday | Average Saturday | Average Sunday | Average Weekend | Annual Total |
|---|---|---|---|---|---|
| 2016 | 5,655,755 | 3,202,388 | 2,555,814 | 5,758,201 | 1,756,814,800 |
| 2017 | 5,580,845 | 3,156,673 | 2,525,481 | 5,682,154 | 1,727,366,607 |
| 2018 | 5,437,586 | 3,046,289 | 2,392,658 | 5,438,947 | 1,680,060,402 |

Cited in Frey v. Negrelli 21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright. Further reproduction is prohibited without permission.

| Year | Average Weekday | Average Saturday | Average Sunday | Average Weekend | Annual Total |
|---|---|---|---|---|---|
| 2019 | 5,493,875 | 3,087,043 | 2,407,152 | 5,494,195 | 1,697,787,002 |
| 2020 | 2,040,580 | 1,203,072 | 932,240 | 2,135,312 | 639,541,029 |
| 2021 | 2,369,655 | 1,639,067 | 1,249,552 | 2,888,620 | 759,976,721 |

## Top 10 busiest subway stations in 2021

| Rank | Station/Complex | Lines | Ridership |
|---|---|---|---|
| 1 | Times Sq-42 St | N,Q,R,W,S,1,2,3,7,A,C,E | 29,507,558 |
| 2 | 34 St-Herald Sq | B,D,F,M,N,Q,R,W | 15,037,793 |
| 3 | Grand Central-42 St | S,4,5,6,7 | 14,002,142 |
| 4 | 14 St-Union Sq | L,N,Q,R,W,4,5,6 | 13,165,975 |
| 5 | 34 St-Penn Station | A,C,E | 9,855,288 |
| 6 | Fulton St | A,C,J,Z,2,3,4,5 | 9,728,874 |
| 7 | 74-Broadway | 7,E,F,M,R | 9,437,073 |
| 8 | 59 St-Columbus Circle | A,B,C,D,1 | 9,310,678 |
| 9 | Flushing-Main St | 7 | 9,206,396 |
| 10 | 34 St-Penn Station | 1,2,3 | 8,935,671 |

Cited in: Frey v. Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

## About our subway data

We have 472 stations, the largest number of public transit subway stations of any system in the world. Note that our table lists 424 stations. We combined ridership data for station complexes, where stations are connected by transfer passageways. (We can't accurately allocate ridership to each station in a complex.) For example, the 14 St A, C, E station is combined with the 8 Av L station.

The station names and lines stopping at each station reflect service at the end of 2021.

In our spreadsheet, stations are listed alphabetically by borough, and the rankings are by 2021 ridership. The "systemwide adjustment" accounts for miscellaneous ridership and other adjustments that are not allocated by station.

In our tables, stations that were temporarily closed (either fully or partially) are denoted with asterisks; go to the "Closures" tab for the closure dates. For these stations, zero ridership was included in the averages for any days when the station was closed, except for the days when the entire subway was closed or fare-free.

Download our subway ridership data. (https://new.mta.info/document/91476)

# Summary of bus ridership (New York City Transit)

| Year | Average Weekday | Average Saturday | Average Sunday | Average Weekend | Annual Total |
|---|---|---|---|---|---|
| 2016 | 2,038,119 | 1,221,299 | 957,427 | 2,178,725 | 638,413,113 |
| 2017 | 1,923,993 | 1,168,978 | 923,694 | 2,092,672 | 602,620,356 |
| 2018 | 1,811,605 | 1,122,626 | 868,057 | 1,990,683 | 569,361,220 |
| 2019 | 1,770,394 | 1,108,809 | 847,931 | 1,956,740 | 557,036,504 |
| 2020 | 980,374 | 671,835 | 532,002 | 1,203,837 | 316,768,454 |
| 2021 | 984,865 | 646,302 | 482,090 | 1,128,392 | 311,893,583 |

# Summary of bus ridership (MTA Bus Company)

| Year | Average Weekday | Average Saturday | Average Sunday | Average Weekend | Annual Total |
|---|---|---|---|---|---|
| 2016 | 407,201 | 225,844 | 174,057 | 399,902 | 125,617,157 |
| 2017 | 396,229 | 222,833 | 173,565 | 396,398 | 122,214,328 |
| 2018 | 392,617 | 224,751 | 170,892 | 395,643 | 121,448,276 |
| 2019 | 388,075 | 228,364 | 171,762 | 400,126 | 120,551,580 |
| 2020 | 207,042 | 132,387 | 99,713 | 232,100 | 65,655,990 |
| 2021 | 228,425 | 142,112 | 102,744 | 244,856 | 71,431,466 |

Cited in Frey v. Nigrelli, 21cv05334 Decided 3/13/23
Archived on 3/20/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

# Top 10 busiest bus routes by ridership in 2021

| Rank | Route | Borough | Ridership |
|---|---|---|---|
| 1 | M15Lcl/SBS | Manhattan | 7,938,223 |
| 2 | Bx12Lcl/SBS | Bronx | 7,068,723 |
| 3 | B46Lcl/SBS | Brooklyn | 6,278,620 |
| 4 | B6 | Brooklyn | 6,100,428 |
| 5 | Q58 | Queens | 5,783,187 |

| Rank | Route | Borough | Ridership |
|---|---|---|---|
| 6 | B44Lcl/SBS | Brooklyn | 5,782,112 |
| 7 | B82Lcl/SBS | Brooklyn | 5,287,019 |
| 8 | Bx1/2 | Bronx | 4,979,013 |
| 9 | B35 | Brooklyn | 4,849,699 |
| 10 | B41 | Brooklyn | 4,525,720 |

## About our bus data

Local routes begin with one or two letters corresponding to the major borough of operation (B=Brooklyn, Bx=Bronx, M=Manhattan, Q=Queens, S=Staten Island). New York City Transit express routes begin with the letter "X", except for "SIM" used for express routes established under the Staten Island Express Bus Network Redesign.

MTA Bus express routes begin with "BM" for Brooklyn to Manhattan routes, "BxM" for Bronx to Manhattan routes, and "QM" for Queens to Manhattan routes. In the ridership averages, zero was included for any day during the year on which a given route did not operate, except for the days when the entire bus system was closed or fare-free. In the following tables, certain routes that effectively operate as a single route are combined.

**Download our data for New York City Transit (https://new.mta.info/document/91481) and MTA Bus Company (https://new.mta.info/document/91491).**

Cited in Freyre v. Nazeem
21cv05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Download our data

**2021 Subway Ridership Data ⬇ (/document/91476)**

**2021 Bus Ridership Data (NYCT) ⬇ (/document/91481)**

**2021 Bus Ridership Data (MTA Bus) ⬇ (/document/91491)**

**Day-by-day ridership numbers (https://metrics.mta.info/)**

**2020 Subway and Bus Ridership (https://new.mta.info/agency/new-york-city-transit/subway-bus-ridership-2020)**

**2019 Subway and Bus Ridership**

# THE MTA ()

**About the MTA (/about)**
**Contact Us (/contact-us)**
**Careers (/careers)**
**Transparency (/transparency)**

**Doing Business With Us (/doing-business-with-us)**
**Press Releases (https://new.mta.info/press-release)**
**Arts & Design (/agency/arts-design)**
**NY Transit Museum & Shop (https://www.nytransitmuseum.org/)**

# OTHER ()

**Terms & Conditions (/terms-and-conditions)**
**Privacy Policy (/privacy-policy)**



●●(/social)

Select Language    Powered by Google Translate