Case 7:21-cv-05334-NSR   Document 91   Filed 04/14/23   Page 1 of 2



# The Race to Construct the First Subway | The Engineering that Built the World (S1)

HISTORY ✓
11.6M subscribers

Subscribe

👍 741   👎   Share   Save   ⋯

43K views  1 year ago

Boston and New York City compete to build the first subway system, which sends ripples through the mass transit system forever, in this clip from Season 1, "Race to the Underground."

Shop the HISTORY store

| Swamp People Pickle Wh… | The Curse of Oak Island L… | Ancient Aliens Ancient Ast… | The Curse of O |
|---|---|---|---|
| $30.95 | $29.95 | $24.95 | $20.95 |
| History ↗ | History ↗ | History ↗ | History ↗ |



Go For Grubhub
Ad • grubhub.com        Order now

### Watch on YouTube



The Engineering That Built the World
1 season • Documentary • 2021
English audio
TV-14

Cited in Frey v Nigrelli
21CV05334 decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

   

History adds another spin-off of its "That Built" franchise, this time chronicling the stories of the visionaries behind the most epic builds of the past two centuries. The eight-part series…

SHOW MORE



Triscuit & Gordon Ramsay | Crunchy on the Outside, Wholesome on the Inside

Triscuit
1.1M views
Ad



How the Panama Canal Was Built | The Engineering that Built the World (Season 1)
HISTORY
248K views • 1 year ago

METRO overpass upsetting residents in Houston's East End
KHOU 11
1.3K views • 17 hours ago
New

How Did Humans Build The First Skyscrapers? | Supersized Structures | Spark
Spark
166K views • 1 year ago

Mix - HISTORY
More from this channel for you

The Creation of America's Highway System | The Engineering that Built the World (Season 1)
HISTORY
40K views • 1 year ago

How the Transcontinental Railroad Transformed America | The Engineering that Built the World (S1)
HISTORY
106K views • 1 year ago

New York's Subway System: The Most Expensive Railway Ever Constructed
Megaprojects
195K views • 1 year ago

A Day Working Inside The New York City Subway | Our Life
Our Life
19K views • 2 years ago

New York's Underground Societies | Cities of the Underworld (S2, E9) | Full Episode | History
HISTORY
6.8M views • 2 years ago

Buildings In Earthquakes—How it's constructed impacts what you feel (educational)
IRIS Earthquake Science
50K views • 2 years ago

The Sunshine Skyway Bridge Disaster | A Short Documentary | Fascinating Horror
Fascinating Horror
2.1M views • 3 months ago

How Singapore's Subway System Was Built | Building The Biggest | Spark
Spark

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.