Menu



Search

# Manhattan

Select

- Bronx
- Brooklyn
- Manhattan
- Queens
- Staten Island
- Plaza Levels
- Plaza Fees

# Times Square Plazas

The Times Square Alliance and the Department of Transportation manage the pedestrian spaces known as Times Square located on Broadway between 41st and 47th Streets. The iconic Times Square location is broken up into 6 pedestrian plazas of varying sizes. The 42nd Street to 43rd Street Broadway plaza is approximately 11,600 square feet. The 43rd Street to 44th Street Broadway plaza is approximately 1,014 square feet. The triangularly-shaped 44th Street to 45 Street Broadway plaza is 173 feet in length and stretches as wide as 27 feet. The 45th Street to 46th Street Broadway plaza is about 95 feet in length. The largest plaza is on Broadway between 46th Street and 47th Street and is about 209 feet in length. Duffy Square is permitted by NYC Parks.

## Plaza Features and Restrictions

- Almost every plaza holds immobile benches and moveable tables and chairs.
- Each plaza area contains a food kiosk
- Additional street activities fees occur for hosting a special event in Times Square. Read more about the SAPO fees
- Please note when permitting an event in Times Square, it is mandatory to use a protective decking system similar to "DuraDek" to protect the newly installed pavers on the plaza.
- Because of ongoing cultural programming, Times Square Plazas permitted by CECM will not be available for permitting on Tuesdays, Wednesdays, and Thursdays between May 5th – November 5th, 2020

Apply for Plaza Permit

Cited in Trey v. Nigrelli
21-cv-05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.