| Search Times Square Arts | Search the Arts site | Submit |

- Projects
- Artists
- Partners
- Media
- Support Us
- About

Close Menu



Main Menu

- Projects
- Artists
- Partners
- Media
- Support Us
- About

| Search Times Square Arts | Search Times Square Arts | Submit |



nth   Presented by Creative Time, Governors Island, and Times Square Arts, *The American Manifest* is Charles Gaine
      parts over the course of two years across three sites — Times Square, Governors Island, and the banks of the Oh

Go to slide 1
Go to slide 2

Go to slide 3
Go to slide 4
Go to slide 5
PrevNext

# Times Square Arts

Collaborates with contemporary artists to experiment and engage with one of the world's most iconic urban places.



## Midnight Moment

The largest coordinated effort in history by the sign operators in Times Square to display synchronized, cutting-edge creative content on Times Square's spectacular signage.



# At the Crossroads

Installations and performances on the public plazas of Times Square and around the district.



# Artists

View details about our artists.



# This Season in Times Square

View details about our projects this season



# Partners

View details about our art institution partners.

Sign up for Arts E-News

- Twitter
- Instagram
- YouTube

**Times Square Arts**

Times Square, NYC

- Arts@TimesSquareNYC.org

Part Of [The Times Square Alliance](#)

**Times Square Arts Supported By**

- 
- 
- 
- 
- Meta
- Morgan Stanley
- 

© Copyright 2023 The Times Square Alliance, Inc. All rights reserved.

- Legal
- timessquarenyc.org Site Map

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.