New York
City Council

🔍 Search…

# Explore NYC Schools

<u>English</u>     <u>Español</u>

The School Explorer (Beta) provides information to help NYC parents decide where to send their children to school. While the current version focuses on schools with kindergartens, future versions of the School Explorer will expand to include more grade levels and **data sources**.

The deadline to apply for kindergarten was on **Sunday January 26, 2020**.

All NYC families with children born in 2016, can now apply to *Pre-K* for All between **February 5 and March 16, 2020**. Details can be found on the **Department of Education's (DOE) website**.

All NYC families with children born in 2017, can now apply to *3-K* for All between **February 5 and April 24, 2020**. More information, including how to apply, can be found on the **Department of Education's (DOE) website**.

With over 1.1 million students at more than 1,800 schools, and with an annual budget of more than $27 billion, the **New York City Department of Education** manages the largest and most complex public school system in the country. For parents, having more information about schools and school districts can help inform and guide difficult decisions.

<u>Home</u>

Privacy - Terms

# Explore NYC Schools with Kindergartens    BETA

Click the clusters (circles) or scroll to explore schools near you. Numbers on clusters show the number of schools. Map not compatible with Internet Explorer.

Zoom in to see individual schools. Search your address or go full screen to find your neighborhood schools. Boundary lines show NYC school zones.

| English | العربية | বাংলা | 中文 | Français | Kreyòl | 한국어 | Русский |

اردو



Leaflet (http://leafletjs.com)

Data Aggregation Methodology, Sources, and Technical Notes

Schools are unique. As such, comparing the statistics for one school to that of its district or that of the entire City is not always an apples to apples comparison. Data is from the Department of Education (DOE). Like any data source, it may not be updated in a timely fashion and may contain inaccuracies.

# School Zones

Although school zones typically determine a child's admission to kindergarten, a parent or guardian can list up to 12 schools on one application, which can be overwhelming and confusing.

All elementary school zones have defined borders and most New York City addresses are assigned to a specific elementary school zone. DOE encourages families to use the **Find a School website** to identify their zoned school or schools.



**Citywide Info**
**Schools with Kindergarten**



## Admissions

Average Pre K Admissions Rate: 30%

Average Kindergarten Admissions Rate: 43%



## Math Exam Test Scores on Average

| Grade | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| 3rd | 26% | 23% | 29% | 22% |
| 4th | 28% | 27% | 21% | 24% |
| 5th | 36% | 24% | 20% | 20% |
| 6th | 39% | 26% | 19% | 16% |
| 7th | 40% | 26% | 19% | 15% |
| 8th | 41% | 32% | 16% | 12% |

**Level 1**

Below Proficiency

**Level 2**

Partially Proficient

**Level 3**

Proficient

**Level 4**

Above Proficiency



## English Exam Test Scores on Average

| Grade | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| 3rd | 18% | 32% | 42% | 8% |
| 4th | 19% | 32% | 28% | 21% |

Cited in Frey v Nigrelli 21CV05334 Decided 3/13/23 Archived on 3/22/23 This document is protected by copyright. Further reproduction is prohibited without permission.

| Grade | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| 5th | 33% | 30% | 22% | 16% |
| 6th | 31% | 25% | 20% | 25% |
| 7th | 28% | 33% | 26% | 13% |
| 8th | 17% | 35% | 27% | 21% |

**Level 1**

Below Proficiency

**Level 2**

Partially Proficient

**Level 3**

Proficient

**Level 4**

Above Proficiency



## School Demographics

Percentage Asian Students: 14%

Percentage Black Students: 26%

Percentage Hispanic Students: 41%

Percentage Multiple Ethnicity Students: 3%

Percentage White Students: 16%



## School Demographics

Students With Disabilities: 24%

English Language Learners: 15%

Students In Poverty: 75%

# School Data

School data can provide parents, guardians, and advocates with information to make the school decision-making process more manageable.

Information about resources available to students, such as libraries, full-time physical education teachers, gymnasiums, and auditoriums, can help parents determine priority schools.

Data can also assist parents in understanding school admissions rates and admissions methods. Additionally, data can illustrate the diversity and demographics of each school's student body, including ethnicity, poverty, and students with special needs.

Data can also show information about infrastructure and funding across the school system, including the presence or lack of facilities.

Access to information empowers New Yorkers to better advocate for their child's educational needs, creating a more transparent, equitable system for everyone.

💬 For feedback, comments, and questions please email **DataInfo@council.nyc.gov**.

Created by the **NYC Council Data Team**.

Created by the **NYC City Council**.

This site does not support Internet Explorer.

# Data Sources and Technical Notes

 Download Data

*Meta data*

## Data Sources

### 	 Admissions Data
The data on student applications, admissions, and offers results from Local Law 72 of 2018. The data itself is from the fall of 2018 and is only for schools that participate in centralized admissions processes.

The data on admissions method, accessibility, non-zoned offers, G&T in Kindergarten, and dual language programming comes from the 2019 DOE Kindergarten Admissions Guide, which you can find on the NYC Open Data Portal.

## 📊 Arts Programming Data

The data on arts programming is for the 2016-2017 school year, collected through the DOE's annual arts survey. Please note that 2017-2018 data from the NYC Open Data is not used because it lacked meta data documentation.

## 📊 Budgets

The school budget and PTA funding data come from the DOE's school budget web application. The data is valid as of December 20th, 2018.

## 📊 Class Size

The data on class size is for the 2017-2018 School Year, which you can find on the NYC Open Data Portal.

## 📊 Co-Locations

The data on co-locations results from Local Law No. 32 of 2014, requiring the DOE to report academic and demographic information on co-located schools. The data is valid as of the DOE's latest report which is for the 2016-17 school year.

## 📊 Demographics and Enrollment

The demographic and enrollment data comes from the DOE's 2017-18 demographic snapshot, which you can find on the NYC Open Data Portal.

## 📊 Gymnasiums

The data on gyms comes from the NYC Open Data Portal it is for 2016-2017.

## 📊 Auditoriums & Libraries

The data on gyms comes from the NYC Open Data Portal it is for 2016-2017.

## 📊 Guidance Counselors

The data on social workers and guidance counselors results from Local Law 56 of 2017. The data is valid as of February 2018.

## 📊 Locations

Cited in Frey v Nigrelli 21.5V05334 Decided 3/13/23 Archived on 3/22/23 This document is protected by copyright. Further reproduction is prohibited without permission.

The data on school locations, including building age is for the 2017-2018 school year, which you can find on the NYC Open Data Portal.

## 📊 Removals and Suspensions

The data on removals and suspensions is from the 2017-2018 school year.

## 📊 School Food

The school food participation data results from Local Law 215 of 2017. It requires the DOE to create a report on meals served by DOE to students in school, including breakfast served before school, breakfast served after the school day begins, lunch, afterschool snacks and after school suppers.

## 📊 Staffing

The data on the total number of teachers, administrators, and support staff is as of December 20, 2018 and on file with the New York City Council.

## 📊 Test Scores

The data on test scores is for the 2017-2018 school year.

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.