☰  YouTube                                                      🔍  🎤  ⋮  Sign in

▶ Play

Governor Hochul Delivers a Press Conference on Gun Violence Prevention

**Governor Kathy Hochul** ✓
2.62K subscribers

Subscribe                                          👍 13   👎   ↗ Share   ＋ Save   ⋯

3.7K views  6 months ago
Show more

Cited in Frey v Nigrelli
21CV05334 Decided 3/13/23
Archived on 3/22/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

---

**43:17** — Governor Hochul Delivers an Update on the State's Response to the Monkeypox Virus and COVID-19
Governor Kathy Hochul ✓
1.5K views • 8 months ago

**6:04** — New York Gov. Kathy Hochul on Supreme Court ruling on gun law
CBS Mornings ✓
9.2K views • 8 months ago

**2:50** — Economists weigh in on impact rebate checks could have on inflation
KARE 11 ✓
1.1K views • 17 hours ago
New

**53:27** — Governor Hochul Highlights Long Island Budget Investments and Urgency of New York Housing Compact
Governor Kathy Hochul ✓
687 views • 2 weeks ago

**23:24** — Governor Hochul Delivers a Storm Briefing
Governor Kathy Hochul ✓
4.2K views • 8 days ago

Governor Hochul Announces Support for Comprehensive Package to Combat Rise in Domestic Terrorism
Governor Kathy Hochul ✓
2.3K views • 10 months ago

3/22/23, 12:48 PM
Governor Hochul Delivers a Press Conference on Gun Violence Prevention - YouTube
Case 7:21-cv-05334-NSR Document 95 Filed 04/14/23 Page 2 of 2






YouTube   Search   Sign in



12:46

7.8M views • 4 months ago



29:03

Gabapentin & Your Brain Health
I CARE FOR YOUR BRAIN with DR. SULLIVAN
812K views • 9 months ago



2:03:26

Mysterious Death of Reporter Dorothy Kilgallen & the JFK Assassination
City of Allen - ACTV
5.2M views • 3 years ago



14:59

I've studied nuclear war for 35 years -- you should be worried. | Brian Toon | TEDxMileHigh
TEDx Talks
8.6M views • 5 years ago

How To Make A Rude Person Instantly Regret Insulting You
Charisma on Command
11M views • 7 years ago

Governor Hochul Makes a Women's Equality Day Announcement
Governor Kathy Hochul
657 views • 6 months ago

Governor Hochul Delivers Remarks at the Metropolitan Museum of Art's Women History Month Reception
Governor Kathy Hochul
138 views • 6 days ago
New

Governor Hochul Visits Converted Housing Units and Highlights Urgency of New York Housing Compact
Governor Kathy Hochul
189 views • 2 weeks ago

Governor Hochul Signs Landmark Legislative Package to Strengthen Gun Laws and Protect New Yorkers
Governor Kathy Hochul
2.5K views • 9 months ago

New York Gov. Kathy Hochul responds to Supreme Court striking down gun law
CBS News
6.9K views • 8 months ago

Governor Hochul Signs Alyssa's Law
Governor Kathy Hochul
1.4K views • 8 months ago

LIVE: New York Gov. Kathy Hochul Delivers 2022 State of the State Address
Bloomberg Quicktake
2.4K views • Streamed 1 year ago

NY Gov. Hochul On Roe Reversal: "This Is Deeply Personal"
MSNBC
37K views • 8 months ago

Kathy Hochul's Speech After Projected Primary Win | NBC New York
NBC New York
2.2K views • 8 months ago