

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

October 16, 2025

**VIA ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Frey v. James, et al.*, 21 Civ. 5334 (NSR)

Dear Judge Román:

    This Office represents Defendant Steven G. James in his official capacity as Superintendent of the New York State Police, in the above-referenced action. We write jointly on behalf of all parties, to respectfully alert the Court that, on October 14, 2025, the Second Circuit issued its mandate affirming Your Honor's Opinion and Order Denying Plaintiffs' Third Motion for a Preliminary Injunction, and remanding the case to Your Honor's docket. (Dkt. No. 101).

    Plaintiffs report that they do not intend to seek further appellate review of the Second Circuit's decision at this time, and anticipate amending and narrowing the operative complaint. The parties have conferred and propose that Plaintiffs file their Third Amended Complaint by **November 21, 2025**, and that all Defendants respond to that pleading by **December 19, 2025**.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Suzanna Publicker Mettham*
Suzanna Publicker Mettham
Deputy Bureau Chief
Suzanna.Mettham@ag.ny.gov

cc:    Amy Bellantoni, Esq. (via ECF)
       THE BELLANTONI LAW FIRM, PLLC
       *Attorneys for Plaintiffs*

       Rachel K. Moston, Esq. (via ECF)
       Nicholas Ciappetta, Esq
       THE NEW YORK CITY LAW DEPARTMENT
       *Attorneys for Defendant New York City and Jessica Tisch*