# EXHIBIT   1

