

**BELLANTONI**
LAW FIRM

March 9, 2026

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Frey, et al. v. New York City, et al.*
             21 Civ. 05334 (NSR)

Your Honor,

     I represent the plaintiffs, Jason Frey and William Sappe in the above-referenced matter.

     On behalf of all counsel, I submit the attached proposed Civil Case Discovery Plan and Scheduling Order and respectfully request that the Court approve the same.

     Thank you for the Court's consideration.

Sincerely,

/s
Amy L. Bellantoni

cc:    Counsel of Record (via ECF)