UNITED STATES DISTRICT COURT                                        Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

 JASON FREY and WILLIAM SAPPE,

                                                    **CIVIL CASE DISCOVERY PLAN**
                                  Plaintiff(s),      **AND SCHEDULING ORDER**
              - against -

NEW YORK CITY, et al.

                                  Defendant(s).        _7:21_  CV _05334_____  (NSR)


--------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

    1.      All parties [consent] do not consent  to conducting all further proceedings before a
            Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The
            parties are free to withhold consent without adverse substantive consequences.(If
            all parties consent, the remaining paragraphs of this form need not be completed.)

    2.      This case is to be tried to a jury.

    3.      Joinder of additional parties must be accomplished by
            __N/A_____.

    4.      Amended pleadings may be filed until _____N/A_____.

    5.      Interrogatories shall be served no later than    3/27/2026         and responses
            thereto shall be served within thirty (30) days thereafter.  The provisions of Local
            Civil Rule 33.3 [shall] [shall not] apply to this case.

    6.      First request for production of documents, if any, shall be served no later than  3/27/2026.
            .

    7.      Non-expert depositions shall be completed by    6/5/2026                          .

            a.      Unless counsel agree otherwise or the Court so orders, depositions shall not
                    be held until all parties have responded to any first requests for production
                    of documents.

            b.      Depositions shall proceed concurrently.

            c.      Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.    Any further interrogatories, including expert interrogatories, shall be served no later than _____6/12/2026_____.

9.    Requests to Admit, if any, shall be served no later than ___6/19/2026_____.

10.   Expert reports shall be served no later than ____7/31/2026_____.

11.   Rebuttal expert reports shall be served no later than ___9/11/2026_____.

12.   Expert depositions shall be completed by ___10/9/2026_____.

13.   Additional provisions agreed upon by counsel are attached hereto and made a part hereof.    N/A

14.   **ALL DISCOVERY SHALL BE COMPLETED BY** ____10/30/2026_____.

15.   Any motions shall be filed in accordance with the Court's Individual Practices.

16.   This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.   The Magistrate Judge assigned to this case is the Hon. _____.

18.   If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.   The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York

_____

_____
Nelson S. Román, U.S. District Judge