UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
JASON FREY and WILLIAM SAPPE,

                                        Plaintiff(s), -          **ORDER OF REFERENCE**
                                                                **TO A MAGISTRATE JUDGE**
   against -


NEW YORK CITY, et al.                                           21 cv 5334 (NSR)



                              Defendant(s).
                    --------------------------------------------------------X


      The above-entitled action is referred to the Honorable Andrew E. Krause, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes            _____ JURY SELECTION
      scheduling, discovery, non-dispositive
      pre-trial motions and settlement)      _____ HABEAS CORPUS

_____ GENERAL PRE-TRIAL & DISPOSITIVE     _____ INQUEST AFTER DEFAULT /
      MOTION (all purposes except trial)              DAMAGES HEARING

_____ DISPOSITIVE MOTION (i.e., a motion  _____ SOCIAL SECURITY
      requiring a Report & Recommendation)
                                             _____ SETTLEMENT
_____ SPECIFIC NON-DISPOSITIVE MOTION /
      DISPUTE (including discovery dispute) *

_____

_____


Dated: White Plains, New York               SO ORDERED:
       March 10, 2026

                                            _____
                                            Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2026


* Do not check if already referred for General Pre-Trial.                    Rev. 9/10