USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JASON FREY and WILLIAM SAPPE,

                            Plaintiff(s),

          - against -

NEW YORK CITY, et al.

                            Defendant(s).

-------------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

7:21  CV  05334  (NSR)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.  All parties [consent] do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.(If all parties consent, the remaining paragraphs of this form need not be completed.)

2.  This case is to be tried to a jury.

3.  Joinder of additional parties must be accomplished by N/A.

4.  Amended pleadings may be filed until N/A.

5.  Interrogatories shall be served no later than 3/27/2026 and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.  First request for production of documents, if any, shall be served no later than 3/27/2026.

7.  Non-expert depositions shall be completed by 6/5/2026.

    a.  Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b.  Depositions shall proceed concurrently.

    c.  Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ____6/12/2026_____.

9. Requests to Admit, if any, shall be served no later than _6/19/2026_____.

10. Expert reports shall be served no later than ____7/31/2026_____.

11. Rebuttal expert reports shall be served no later than __9/11/2026_____.

12. Expert depositions shall be completed by __10/9/2026_____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.    N/A

14. **ALL DISCOVERY SHALL BE COMPLETED BY** ____10/30/2026_____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Andrew E. Krause____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _November 24 2026_____ at __10 a.m.____.

This conference will be held before Judge Román by Webex Teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681;(2)Enter the Access Code: 2310 494 3855 #; and (3)press # again to enter the teleconference.

SO ORDERED:

Dated: March 10, 2026
White Plains, NY

NELSON S. ROMÁN
United States District Judge