UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JASON FREY and WILLIAM SAPPE,

                    Plaintiffs,              **SCHEDULING ORDER**

        -against-                21 Civ. 5334 (NSR) (AEK)

NEW YORK CITY, New York, STEVEN G.
JAMES, in his Official Capacity, and
JESSICA TISCH, in her Official Capacity,

                    Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 108. A video status conference before Magistrate Judge Krause is hereby scheduled for **Friday, May 1, 2026, at 11:00 a.m.**

      This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Any member of the public who wishes to attend the conference may do so by telephone. To access the conference by telephone, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the conference ID: 23125035451; and (3) press pound (##) to enter the teleconference as a guest.

Dated: March 11, 2026
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge