

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Nicholas R. Ciappetta**
*Administrative Law Division*
*212-356-4036*
*nciappet@law.nyc.gov*

June 10, 2026

**<u>BY HAND DELIVERY</u>**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re:  <u>Frey, et al. v. New York City, et al.</u>, 21 CV 5334 (NSR)(AEK)

Dear Judge Krause:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for the City of New York and New York City Police Department Commissioner Jessica Tisch, in her official capacity (collectively "the City" or "City Defendants"), in the above-referenced action.

I write concerning the discovery conference scheduled for Thursday, June 11, 2026 at 11:00 AM.  This conference was scheduled to address Plaintiffs' responses to Defendant Steven G. James' First Set of Interrogatories and Responses to State Demands for Documents. The Attorney General of the State of New York contends that the Plaintiffs' responses are deficient.

At this time, the City Defendants have not presented any discovery dispute to the Court, though the resolution of the issues raised by the Attorney General will have a bearing on the City's defense.  Accordingly, it appears that City Defendants are not required to attend tomorrow's conference.  That said, if possible, City Defendants would like to appear through a virtual link, telephone call-in number, or any other remote means available, given that the City's attorneys in this case reside in Long Island.

Thank you in advance for your consideration of this matter.

2

Respectfully submitted,

/s

Nicholas R. Ciappetta
Senior Counsel

Cc:     Amy Bellantoni, Esq., Attorney for Plaintiffs (by ECF)
        Suzanna Mettham, Esq., Attorney for Steven G. James (by ECF)
        Daniel Luedtke, Esq., Attorney for Steven G. James (by ECF)
        James Thompson, Esq., Attorney for Steven G. James (by ECF)

2