UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JASON FREY and WILLIAM SAPPE,

                          Plaintiffs,          7:21-cv-05334-NSR-AEK

      -against-                        **STIPULATION OF**
                                             **VOLUNTARY DISMISSAL**
                                           **PURSUANT TO**
                                           **FED. R. CIV. P. 41(a)(1)(A)(ii)**

NEW YORK CITY, New York, STEVEN G. JAMES,
in his Official Capacity, JESSICA TISCH, in her
Official Capacity,

                          Defendants.
----------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

       IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Jason Frey and William Sappe, and defendants New York City, New York, Steven G. James, and Jessica Tisch, and their respective counsels that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims in the above-captioned action, shall be and are hereby dismissed with prejudice, without costs, expenses or fees against any party.

Dated: July 7, 2026                   THE BELLANTONI LAW FIRM, PLLC
                                   *Attorneys for Plaintiffs*

                    By:   _____
                                   Amy L. Bellantoni
                                   2 Overhill Road, Suite 400
                                   Scarsdale, New York 10583

Dated: July 7 , 2026               NYS OFFICE OF THE
                                   ATTORNEY GENERAL
                                   *Attorneys for Steven G. James*

                    By:   _____
                                   Suzanna Publicker Mettham
                                   28 Liberty Street
                                   New York, New York 10005

1

Dated: July ___, 2026

By:

NEW YORK CITY LAW DEPARTMENT
*Attorneys for New York City and Jessica Tisch*

Nicholas R. Ciappetta
100 Church Street
New York, New York 10007

2